ANDY DOGALI, ESQ. (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI, ESQ. (CA Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
401 E. Jackson Street, Suite 1825
Tampa, Florida 33602
Tel:   (813) 289-0700

EUGENE FELDMAN, ESQ. (CA Bar No. 118497)
Eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone: (310) 844-9696

JENNIFER A. LENZE, ESQ. (CA Bar No.: 246858)
jlenze@lenzelawyers.com
Lenze Lawers, PLC
1300 Highland Ave. Suite 207
Manhattan Beach, CA 90266
Telephone (310) 322-8800
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-R |
| | ) |
| v. | ) **AMENDED NOTICE OF** |
| | ) **TAKING DEPOSITION OF** |
| WALT DISNEY PARKS AND | ) **MOLLY ENJEM** |
| RESORTS U.S. INC., | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

Page 1

PLEASE TAKE NOTICE that the undersigned, as attorney for the Plaintiffs, at the time and location specified below, will take the deposition of:

**Deponent:** Molly Enjem*

**Date:** Wednesday, March 27, 2019

**Location:** McDermott Will & Emery LLP
18565 Jamboree Road
Suite 250
Irvine, CA 92612-2565

**Time:** 12:00 p.m. Pacific Time

(*To be produced by Defendant and its counsel)

upon oral examination, pursuant to the Federal Rules of Civil Procedure and applicable law before an associate or deputy court reporter or some other Notary Public who does not represent either of the parties and is not interested in the outcome of the case.  This deposition is being taken for the purpose of discovery and for any other purpose allowed by law and the Federal Rules of Civil Procedure.

//
//
//
//
//
//
//
//

Page 2

Notice of Taking Deposition of Molly Enjem
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                                   Case No. 15-CV-5346-R

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2019 a true and correct copy of the foregoing was furnished via electronic mail to:

Chris C. Scheihauer, Esq.
McDermott Will & Emery LLP
4 Park Plaza, Ste 1700
Irvine, CA  92614
cscheithauer@mwe.com

Kerry A. Scanlon, Esq.
Jeremy White, Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capital Street, N.W.
Washington, DC  20001
kscanlon@mwe.com;
jmwhite@mwe.com

**DOGALI LAW GROUP, P.A.**

 /s/Andy Dogali
Andy Dogali, Esq.
Admitted *pro hac vice*
Fla. Bar No.: 0615862
Barbara U. Uberoi, Esq.
CA Bar No. 208389
401 East Jackson Street, Suite 1825
Tampa, FL 33602
Telephone (813) 289-0700
adogali@dogalilaw.com
buberoi@dogalilaw.com

Jennifer A. Lenze, Esq.
CA Bar No.: 246858
jlenze@lenzelawyers.com
Amanda D. Mcgee, Esq.
CA Bar No.: 282034
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave. Suite 207
Manhattan Beach, CA 90266
Telephone (310) 322-8800

*Attorneys for Plaintiffs*

Eugene Feldman, Esq.
CA Bar No. 118497
Arias, Sanguinetti,
Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone (310) 844-9696
eugene@aswtlawyers.com

Page 3

Notice of Taking Deposition of Molly Enjem
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*            Case No. 15-CV-5346-R