**McDERMOTT WILL & EMERY LLP**
Chris C. Scheithauer (SBN 184798)
cscheithauer@mwe.com
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Telephone: +1 949 757 7163
Facsimile: +1 949 851 9348

Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone: + 310 788 4125
Facsimile: + 310 277 4730

Kerry Alan Scanlon (admitted pro hac vice)
kscanlon@mwe.com
Jeremy M. White (admitted pro hac vice)
jmwhite@mwe.com
Emma T. Chen (admitted pro hac vice)
etchen@mwe.com
Julie H. McConnell (admitted pro hac vice)
jmcconnell@mwe.com
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
Telephone: +1 202 756 8000
Facsimile: +1 202 785 8087

Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as Next Friend, Parent and Natural Guardian; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | CASE NO. 2:15-cv-05346-R-E<br><br>**DISNEY'S WITNESS LIST (J.A.S., J.F.S., C.M.H., H.A.H.)**<br><br>Judge: Hon. Manuel L. Real<br>Courtroom: 880 |

Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure 26(a)(3)(A), Walt Disney Parks and Resorts U.S., Inc. ("Disney") hereby provides its list of witnesses who will likely and may likely be called[1] at trial on the claims of J.A.S., J.F.S., C.M.H., and H.A.H, as follows:

1. Alison Armor
   Disney
   c/o McDermott Will & Emery LLP

2. Bethany Baker*
   Disney
   c/o McDermott Will & Emery LLP

3. Molly Enjem* [*Expert Pursuant to Rule 26(a)(2)(C)*]
   Disney
   c/o McDermott Will & Emery LLP

4. Kara Grace*
   [For privacy reasons, contact information has been provided separately to plaintiffs' counsel.]

5. A.M.H. (father of C.M.H.)*
   c/o Dogali Law Group, P.A.

6. Plaintiff H.A.H.
   c/o Dogali Law Group, P.A.

7. Greg Hale
   Disney
   c/o McDermott Will & Emery LLP

8. Deborah Hart*
   Disney
   c/o McDermott Will & Emery LLP

9. Mark Jones*
   Disney
   c/o McDermott Will & Emery LLP

10. Dr. Jill Kelderman, Ph.D. ABPP-CN [*Expert Pursuant to Rule 26(a)(2)(B)*]
    c/o McDermott Will & Emery LLP

11. Bruce Laval [*Expert Pursuant to Rule 26(a)(2)(B)*]
    c/o McDermott Will & Emery LLP

12. S.M. (mother of J.A.S.)*

---

[1] Pursuant to Local Rule 16-5, witnesses who may be called only if the need arises are indicated with an asterisk.

Disney's Witness List (J.A.S., J.F.S., C.M.H., H.A.H.) - 1 - (Case No. 2:15-cv-05346-R-E)

13. Sarah Riles*
    Disney
    c/o McDermott Will & Emery LLP

14. Teri Rosenfeld*
    Disney
    c/o McDermott Will & Emery LLP

15. Plaintiff J.F.S.

16. Ketan Sardeshmukh* [*Expert Pursuant to Rule 26(a)(2)(C)*]
    Disney
    c/o McDermott Will & Emery LLP

17. Dr. Ronald Schouten, M.D., J.D. [*Expert Pursuant to Rule 26(a)(2)(B)*]
    c/o McDermott Will & Emery LLP

18. Dr. Bernard R. Siskin, Ph.D. [*Expert Pursuant to Rule 26(a)(2)(B)*]
    c/o McDermott Will & Emery LLP

19. Jenny Sweetman
    Disney
    c/o McDermott Will & Emery LLP

20. Tim Sypko*
    Disney
    c/o McDermott Will & Emery LLP

21. James Wigginton*
    Disney
    c/o McDermott Will & Emery LLP

22. Pat G. Wilson* [*Expert Pursuant to Rule 26(a)(2)(C)*]
    Disney
    c/o McDermott Will & Emery LLP

23. All witnesses who were properly identified by plaintiffs.

24. All witnesses required for impeachment or rebuttal.

25. All custodians of records or other witnesses necessary to authenticate or otherwise lay the foundation for admission of any evidence at trial.

Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure 26(a)(3)(A)(ii), Disney hereby designates the following deposition testimony to be presented at trial:

1. Deposition of Kara Grace (December 18, 2018) (By deposition if she does not appear in person for trial):  6:3-24:7, 38:1-39:5, 61:9-62:3.

2. Deposition of A.M.H. (November 16, 2018) (By deposition if he does not appear in person for trial): 6:14-7:17, 9:7-15, 10:16-10:19, 11:7-12:15, 12:22-15:24, 16:21-20:24, 22:15-24:4, 24:17-25:25, 27:3-32:3, 32:23-33:1, 34:21-35:8, 35:16-38:13, 39:7-41:9, 42:2-48:6, 48:9-49:10, 50:10-17.

3. Deposition of S.M. (November 13, 2018) (By deposition if she does not appear in person for trial): 8:10-13:12, 15:5-19:14, 30:14-31:3, 35:14-17, 40:12-41:9, 44:15-24, 45:5-10, 47:6-57:16, 58:4-64:23, 65:6-66:15, 69:1-75:22, 77:11-83:1, 83:6-88:1, 90:25-95:22, 96:20-98:1, 98:15-101:14, 101:18-111:15, 113:18-121:18, 122:6-127:20, 127:25-135:3.

Disney reserves the right to amend, revise, or supplement this list based on anticipated motions *in limine*. Disney further reserves the right to use deposition testimony in accordance with the Federal and Local Rules if witnesses are unavailable, or become unavailable, after the date of this document. Disney reserves all evidentiary objections as to witness testimony, including for witnesses identified in this document.

Dated: March 22, 2019	**McDERMOTT WILL & EMERY LLP**

By: /s/ Jeremy M. White
    Jeremy M. White

Attorney for Walt Disney Parks and Resorts U.S., Inc.

# CERTIFICATE OF SERVICE

I certify that on March 22, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. A true and correct copy of this document will also be served via First Class and electronic mail to:

> J.A.S. and J.F.S.
> 1804 Brockwell Ave.
> Monterey Park, CA 91754
> Senajoseph6@gmail.com

/s/ Jeremy M. White
Jeremy M. White