**McDERMOTT WILL & EMERY LLP**
Chris Scheithauer (SBN 184798)
cscheithauer@mwe.com
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Telephone: +1 949 851 0633
Facsimile: +1 949 851 9348

Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone: +1 310 788 4125
Facsimile: +1 310 277 4730

Kerry Alan Scanlon (admitted pro hac vice)
kscanlon@mwe.com
Jeremy M. White (admitted pro hac vice)
jmwhite@mwe.com
Emma T. Chen (admitted pro hac vice)
Etchen@mwe.com
Julie H. McConnell (admitted pro hac vice)
jmcconnell@mwe.com
The McDermott Building
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: +1 202 756 8000
Facsimile: +1 202 785 8087

Attorneys for Defendant Walt Disney Parks and
Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian; et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Defendant. | CASE NO. 2:15-cv-05346-R-E <br><br> **DISNEY'S EXHIBIT LIST (J.A.S., J.F.S., C.M.H., H.A.H.)** <br><br> Judge: Hon. Manuel L. Real <br> Courtroom: 880 |

Disney's Exhibit List (J.A.S., J.F.S., C.M.H., H.A.H.)

(Case No. 2:15-cv-05346-R-E)

Case Title: T.P. v. Walt Disney Parks and Resorts U.S., Inc.

Case No: 2:15-cv-05346-R-E

**DISNEY'S EXHIBIT LIST (J.A.S., J.F.S., C.M.H., H.A.H.)[1]**

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | 58, 600 | Exhibit 1 to Deposition of Disney Corp. Rep'v, Email re: Attraction Access Working Team Membership (Disney-AL1011162-1011163) | | |
| 2 | 178 | Email re: DAK GAC Situation (Disney AL1019719) | | |
| 3 | 579 | Today Show article: "Undercover at Disney: 'Deplorable' Scheme to Skip Lines" (AL,DL001701 to AL,DL001703) | | |
| 4 | 580 | Letter from Meg Crofton (Disney-AL0000001) | | |
| 5 | 581 | Disney Parks DAS Fact Sheet (Disney-AL0000002 to Disney-AL0000006) | | |
| 6 | 582 | Disney Parks DAS Fact Sheet (Disney-AL0000102 to Disney-AL0000103) | | |

[1] Walt Disney Parks and Resorts U.S., Inc. ("Disney") will ensure that the joint exhibit list filed with the final pretrial conference order conforms with Central District of California Rule of Civil Procedure 16-6.

[2] A number of documents on Disney's exhibit list pertaining to these Bellwether III plaintiffs (J.A.S., J.F.S., C.M.H., and H.A.H.) were also on the parties' joint exhibit list for the Bellwether II phase of this case (pertaining to plaintiffs P.F.E., B.P.E., E.A.P., and A.E.P.) (Doc. 196-1). This column provides a cross-reference to the joint exhibit number for these documents from the Bellwether II phase of the case.

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 7 | 583 | Disney Parks Blog entry re: DAS (Disney-AL0000107) | | |
| 8 | 584 | Disneyland Resource Guide for Guests with Cognitive Disabilities (Disney-AL0000016 to Disney-AL0000036) | | |
| 9 | 585 | L.K. letter re: DAS (Disney-AL0000954 to Disney-AL0000956) | | |
| 10 | 586 | A.G. email re: DAS (Disney-AL0001034) | | |
| 11 | 587 | C.B. email re: DAS (Disney-AL0001250 to Disney-AL0001252) | | |
| 12 | 588 | R.P.S. letter re: DAS (Disney-AL0001478-Disney-AL0001480) | | |
| 13 | 589 | M.L. email re: DAS (Disney-AL0001714) | | |
| 14 | 590 | B.W. email re: DAS (Disney-AL0003431) | | |
| 15 | 591 | Disney Parks Disability Access Service Card (Disney-AL0004392 to Disney-AL0004393) | | |
| 16 | 592 | B.J.H. email re: DAS (Disney-AL0004648 to Disney-AL0004649) | | |
| 17 | 593 | Email re: GAC (Disney-AL1003908 to Disney-AL1003912) | | |
| 18 | 594 | Email re: disabled tour guide (Disney-AL1005177 to Disney-AL1005177) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 19 | 595 | Email re: Guest Assistance Card Program Changes (Disney-AL10055965 to Disney-AL10055966) | | |
| 20 | 596 | WDW and DLR Guest Assistance Card (GAC) Distribution and Usage (Disney-AL1007026 to Disney-AL1007036) | | |
| 21 | 597 | Email re: GAC ad (Disney-AL1008272 to Disney-AL1008273) | | |
| 22 | 598 | Guest Assistance Card (GAC) Impact – Toy Story Mania Scenario (Disney-AL1010280) | | |
| 23 | 599 | WDW and DLR Guest Assistance Card (GAC) Distribution and Usage (Disney-AL1010281 to Disney-AL1015219) | | |
| 24 | 601 | Email re: NY Post article (Disney-AL1014859 to Disney-AL1014862) | | |
| 25 | 602 | Email re: DAK GAC Situation (Disney-AL1014901 to Disney-AL1014904) | | |
| 26 | 603 | FoxNews.com article: "Moms pay $1000-a-day to hire disabled members to skip lines at Disney" (Disney-AL1015875 to Disney-AL1015877) | | |
| 27 | 604 | Email re: Possible Mtg w/Autism Speaks Reps re: GAC Mods (Disney-AL1017135 to Disney-AL1017136) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 28 | 605 | Email re: disabled tour guide (Disney-AL1017248) | | |
| 29 | 606 | Craigslist Ad re Selling GAC (Disney-AL1021269) | | |
| 30 | 607 | Email re: "Dee Patrick" and unofficial VIP tour (Disney-AL1018063 to Disney-AL1018064) | | |
| 31 | 608 | Email re: draft "Guide to DLR for Guests with Cognitive Disabilities" (Disney-AL1019134 to Disney-AL1019140) | | |
| 32 | 609 | Conceptual Prototypes for Guest Assistance Program – Project Update February 2013 (Disney-AL1019159 to Disney-AL1019167) | | |
| 33 | 610 | Email re: Counterfeit GACs at EC (Disney-AL1037372 to Disney-AL1037373) | | |
| 34 | 611 | Email re: Counterfeit GAC card (Disney-AL1040009 to Disney-AL1040011) | | |
| 35 | 612 | NY Post article: "Rich Manhattan moms hire handicapped tour guides so kids can cut lines at Disney World" (Disney-AL1044366 to Disney-AL1044367) | | |
| 36 | 613 | Email re: Guest Assistance Card for Sale on Craigslist (Disney-AL1049280 to Disney-AL1049281) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 37 | 614 | Email re thank you for new disability policies (Disney-AL1052571) | | |
| 38 | 615 | Disney Parks Disability Access Service Card (Disney-AL1053034 to Disney-AL1053038) | | |
| 39 | 616 | Email re: Disabled Tour Guide (Disney-AL1057805 to Disney-AL1057806) | | |
| 40 | 617 | Email re: GAC on eBay (Disney-AL0004505 to Disney-AL0004606) | | |
| 41 | 618 | WDW & Disneyland Resort Operations: Thanksgiving Week Highlights: 11/23/2014-11/30/2014 (Disney-AL1070717 to Disney-AL1070721) | | |
| 42 | 619 | Email re: outreach to organizations (Disney-AL1119378 to Disney-AL1119382) | | |
| 43 | 620 | Email re: DAS Feedback from Autism Org. Contact (Disney-AL1069942 to Disney-AL1069945) | | |
| 44 | 621 | Email re: FW: Q1 GAC trends (DLR) (Disney-AL1034517 to Disney-AL1034519) | | |
| 45 | 622 | Email re: Autism Speaks and DAS Update (Disney-AL1073084) | | |
| 46 | 625 | Kelderman CV Updated | | |
| 47 | 627 | Siskin CV Updated | | |
| 48 | 628 | Declaration of James Wigginton | | |
| 49 | 629 | Complaint (ECF No. 1 Ex. A) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 50 | 635 | Disability Etiquette Basics (Disney-AL1034287) | | |
| 51 | 636 | Disneyland Annual Passport Brochure DLRAP-12-22970 (DisneyCA-TP0125145 to DisneyCA-TP0125146) | | |
| 52 | 637 | Disneyland Annual Passport Brochure DLRAP-13-26399 (DisneyCA-TP0125141 to DisneyCA-TP0125142) | | |
| 53 | 638 | Disneyland Annual Passport Brochure DLRAP-14-32851 (DisneyCA-TP0125139 to DisneyCA-TP0125140) | | |
| 54 | 639 | Exemplar Disneyland Theme Park Ticket (DisneyCA-TP0125137) | | |
| 55 | 640 | Exemplar Disneyland Theme Park Ticket (Diamond Celebration) (DisneyCA-TP0125138) | | |
| 56 | 641 | Exemplar Disneyland Annual Passport (Mickey Mouse) (DLAP-J7T4-C3P7-A9J9) ((DisneyCA-TP0125143 to DisneyCA-TP0125144) | | |
| 57 | 1060 | Disneyland Resorts Cognitive Disabilities Guide (DisneyCA-TP0000016 to DisneyCA-TP0000036) | | |
| 58 | 1061 | Walt Disney World Resort Cognitive Disabilities Guide (DisneyCA-TP0000051 to DisneyCA-TP0000073) | | |
| 59 | 1158 | Laval Expert Report | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 60 | 1159 | Laval Expert Report Ex 1 - DAS Usage by Month | | |
| 61 | 1160 | Laval Expert Report Ex 2 - MK Peak Period Data | | |
| 62 | 1161 | Laval Expert Report Ex 3 - FY 14 Disneyland Resort Attraction Wait Time Assessment | | |
| 63 | 1162 | Laval Expert Report Ex 4 - Posted Standby Wait Time Report | | |
| 64 | 1163 | Laval Expert Report Ex 5 - DAS Audit Study | | |
| 65 | 1164 | Laval Expert Report Ex 6 - Attraction Experience Comparison | | |
| 66 | 1165 | Laval Expert Report Ex 7 - Incremental Analysis | | |
| 67 | 1167 | Siskin Expert Report | | |
| 68 | | Kelderman Expert Report | | |
| 69 | | Schouten Expert Report re: H.A.H. | | |
| 70 | | H.A.H. Letter to Disney (CMH,HAH0001 to CMH,HAH0003) | | |
| 71 | | Email re: DAS (DisneyCA-TP0130806) | | |
| 72 | | Email re: Email from the Dinseyland Resort (DisneyCA-TP0130807 to DisneyCA-TP0130808) | | |
| 73 | | Email re: Email from the Disneyland Resort (DisneyCA-TP0130809 to DisneyCA-TP0130810) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 74 | | Email Communications between the Disneyland Resort and A.M.H. (DisneyCA-TP0130811 to DisneyCA-TP0130813) | | |
| 75 | | Magic File for H.A.H. (DisneyCA-TP0130790 to DisneyCA-TP0130798) | | |
| 76 | | Magic File for A.M.H. (Disney CA-TP0130799 to DisneyCA-TP0130804) | | |
| 77 | | Entitlement Report for C.M.H. (DisneyCA-TP0130805) | | |
| 78 | | Posted Standby Wait Time Report (DisneyCA-TP0130940 to DisneyCA-TP0130951) | | |
| 79 | | Posted Standby Wait Time Report (DisneyCA-TP0130953 to DisneyCA-TP0130962) | | |
| 80 | | Posted Standby Wait Time Report (DisneyCA-TP0130963 to DisneyCA-TP0130973) | | |
| 81 | | Posted Standby Wait Time Report (DisneyCA-TP0130974 to DisneyCA-TP0130985) | | |
| 82 | | Posted Standby Wait Time Report (DisneyCA-TP0130986 to DisneyCA-TP0130999) | | |
| 83 | | Posted Standby Wait Time Report (DisneyCA-TP01301000 to DisneyCA-TP01301016) | | |
| 84 | | Posted Standby Wait Time Report (DisneyCA-TP0130814 to DisneyCA-TP0130827) | | |
| 85 | | Posted Standby Wait Time Report (DisneyCA-TP0130828 to DisneyCA-TP0130839) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 86 | | Posted Standby Wait Time Report (DisneyCA-TP0130840 to DisneyCA-TP0130851) | | |
| 87 | | Posted Standby Wait Time Report (DisneyCA-TP0130852 to DisneyCA-TP0130862) | | |
| 88 | | Posted Standby Wait Time Report (DisneyCA-TP0130924 to DisneyCA-TP0130939) | | |
| 89 | | Posted Standby Wait Time Report (DisneyCA-TP0130863 to DisneyCA-TP0130878) | | |
| 90 | | Posted Standby Wait Time Report (DisneyCA-TP0130879 to DisneyCA-TP0130891) | | |
| 91 | | Posted Standby Wait Time Report (DisneyCA-TP0130892 to DisneyCA-TP0130907) | | |
| 92 | | Posted Standby Wait Time Report (DisneyCA-TP0130908 to DisneyCA-TP0130923) | | |
| 93 | | H.A.H. 7 - Disneyland DAS Card Valid for December 1, 2013 to December 5, 2013 (CMH,HAH0097) | | |
| 94 | | H.A.H. 8 - H.A.H. Facebook Pictures of Visits to Disneyland | | |
| 95 | | H.A.H. 9 - C.M.H. Pictures of Visits to Disneyland (CMH,HAH0098 to CMH,HAH0136) | | |
| 96 | | A.M.H. 2 - A.M.H. Facebook Pictures of Visits to Disneyland | | |
| 97 | | C.M.H. and H.A.H.'s Responses to Disney's First Set of Interrogatories | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 98 | | C.M.H. and H.A.H.'s Supplemental Responses to Disney's First Set of Interrogatories | | |
| 99 | | C.M.H. and H.A.H.'s Responses to Disney's Second Set of Interrogatories | | |
| 100 | | C.M.H. and H.A.H.'s Supplemental Responses to Disney's Second Set of Interrogatories | | |
| 101 | | C.M.H. and H.A.H.'s Responses to Disney's Third Set of Interrogatories | | |
| 102 | | C.M.H. Person Centered Plan (3P-CMH-000214 to 3P-CMH-000217) | | |
| 103 | | C.M.H. Person Centered Plan (CMH,HAH0471 to CMH,HAH0475) | | |
| 104 | | C.M.H. Evaluation by Dr. Patricia Garlinger, M.D., Developmental Pediatrician (CMH,HAH0012 to CMH,HAH0015) | | |
| 105 | | C.M.H. Evaluation by Dr. E. Gene Stubbs, M.D., (CMH,HAH0009 to CMH,HAH0011) | | |
| 106 | | Individualized Education Program for C.M.H. (CMH,HAH0060 to CMH,HAH0077) | | |
| 107 | | Intellectual Assessment by Luke Patrick, Ph.D. (3P-CMH-000235 to 3P-CMH-000238) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 108 | | Individualized Education Program for C.M.H. (CMH,HAH0078 to CMH,HAH0095) | | |
| 109 | | Beaverton School District Evaluation Report (CMH,HAH0031 to CMH,HAH0033) | | |
| 110 | | Beaverton School District Evaluation Report (CMH,HAH0028 to CMH,HAH0029) | | |
| 111 | | Washington County Developmental Disabilities Program Diagnosis and Evaluation Services Eligibility Summary (3P-CMH-000231 to 3P-CMH-000234) | | |
| 112 | | C.M.H. Individual Support Plan for January 1-December 31, 2012 (CMH,HAH0482 to CMH,HAH0486) | | |
| 113 | | Individualized Education Program for C.M.H. (3P-CMH-000227 to 3P-CMH-000230) | | |
| 114 | | Employee Status Report (3P-CMH-000272) | | |
| 115 | | H.A.H. 2 - Email re: C.M.H. Individualized Education Program Behavior Plans (3P-CMH-000274) | | |
| 116 | | C.M.H. Interaction Guidelines for Tualitin Valley Workshop (3P-CMH-000226) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 117 | | Tualitin Valley Workshop Incident Report (CMH,HAH0570 to CMH,HAH0573) | | |
| 118 | | Individual Emergency Information Summary  (3P-CMH-000210 to 3P-CMH-000212) | | |
| 119 | | Tualitin Valley Workshop Incident Report (CMH,HAH0567 to CMH,HAH0569) | | |
| 120 | | Tualitin Valley Workshop Incident Report (CMH,HAH0561 to CMH,HAH0563) | | |
| 121 | | Tualitin Valley Workshop Incident Report (CMH,HAH0553 to CMH,HAH0556) | | |
| 122 | | Tualitin Valley Workshop Incident Report (CMH,HAH0549 to CMH,HAH0552) | | |
| 123 | | Tualitin Valley Workshop Incident Report F(CMH,HAH0544 to CMH,HAH0547) | | |
| 124 | | C.M.H. Behavior Contract (CMH,HAH0543) | | |
| 125 | | Tualitin Valley Workshop Incident Report (CMH,HAH0540 to CMH,HAH0542) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 126 | | Tualitin Valley Workshop Incident Report (CMH,HAH0526 to CMH,HAH0531) | | |
| 127 | | Medication Assessment and Management, Lori J. Olson, PMHNP (3P-CMH-000167 to 3P-CMH-000172) | | |
| 128 | | Tualitin Valley Workshop Incident Report (3P-CMH-000243 to 3P-CMH-000244) | | |
| 129 | | Employee Status Report (3P-CMH-000206) | | |
| 130 | | Email re: C.M.H. and Travis (CMH,HAH0521) | | |
| 131 | | Agency Service Agreement - January 1, 2015 - December 31, 2015 (CMH,HAH0487 to CMH,HAH0493) | | |
| 132 | | H.A.H. 4 - Functional Assessment and Positive Behavior Support Plan (CMH,HAH0459 to CMH,HAH0470) | | |
| 133 | | Agency Service Agreement - January 1, 2016 - December 31, 2016 (3P-CMH-000039 to 3P-CMH-000044) | | |
| 134 | | H.A.H. 5 - Medication Assessment and Management, Lori J. Olson, PMHNP (3P-CMH-000173 to 3P-CMH-000178) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 135 | | C.M.H. Individual Support Plan for January 1-December 31, 2018 (3P-CMH-000328 to 3P-CMH-000339) | | |
| 136 | | Adult In-Home Support Needs Assessment (3P-CMH-000292) | | |
| 137 | | C.M.H. Person Centered Information (3P-CMH-000315 to 3P-CMH-000327) | | |
| 138 | | H.A.H. 6 - Oregon Department of Human Services Person Centered Information (CMH,HAH0495 to CMH,HAH0507) | | |
| 139 | | C.M.H. Vocational Profile (3P-CMH-000297 to 3P-CMH-000314) | | |
| 140 | | Schouten Expert Report re: J.F.S. | | |
| 141 | | Magic File for J.A.S. (DisneyCA-TP0130742 to DisneyCA-TP0130756) | | |
| 142 | | Magic File for J.A.S. (DisneyCA-TP0130757 to DisneyCA-TP0130762) | | |
| 143 | | Magic File for J.A.S. (DisneyCA-TP0130763 to DisneyCA-TP0130784) | | |
| 144 | | Entitlement Report for J.A.S. (DisneyCA-TP0130787 to DisneyCA-TP0130789) | | |
| 145 | | J.F.S. Annual Pass to Disneyland (JAS,JFS0048) | | |
| 146 | | Posted Standby Wait Time Report (DisneyCA-TP01301045 to DisneyCA-TP01301057) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 147 | | Posted Standby Wait Time Report (DisneyCA-TP01301102 to DisneyCA-TP01301113) | | |
| 148 | | Posted Standby Wait Time Report (DisneyCA-TP01301150 to DisneyCA-TP01301163) | | |
| 149 | | Posted Standby Wait Time Report (DisneyCA-TP01301230 to DisneyCA-TP01301242) | | |
| 150 | | Posted Standby Wait Time Report (DisneyCA-TP01301017 to DisneyCA-TP01301030) | | |
| 151 | | Posted Standby Wait Time Report (DisneyCA-TP01301058 to DisneyCA-TP01301071) | | |
| 152 | | Posted Standby Wait Time Report (DisneyCA-TP01301089 to DisneyCA-TP01301101) | | |
| 153 | | Posted Standby Wait Time Report (DisneyCA-TP01301182 to DisneyCA-TP01301195) | | |
| 154 | | Posted Standby Wait Time Report (DisneyCA-TP01301312 to DisneyCA-TP01301330) | | |
| 155 | | Posted Standby Wait Time Report (DisneyCA-TP01301278 to DisneyCA-TP01301295) | | |
| 156 | | Posted Standby Wait Time Report (DisneyCA-TP01301261 to DisneyCA-TP01301277) | | |
| 157 | | Posted Standby Wait Time Report (DisneyCA-TP01301296 to DisneyCA-TP01301311) | | |
| 158 | | Posted Standby Wait Time Report (DisneyCA-TP01301331 to DisneyCA-TP01301348) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 159 | | Posted Standby Wait Time Report (DisneyCA-TP01301031 to DisneyCA-TP01301044) | | |
| 160 | | Posted Standby Wait Time Report (DisneyCA-TP01301072 to DisneyCA-TP01301088) | | |
| 161 | | Posted Standby Wait Time Report (DisneyCA-TP01301114 to DisneyCA-TP01301131) | | |
| 162 | | Posted Standby Wait Time Report (DisneyCA-TP01301132 to DisneyCA-TP01301149) | | |
| 163 | | Posted Standby Wait Time Report (DisneyCA-TP01301164 to DisneyCA-TP01301181) | | |
| 164 | | Posted Standby Wait Time Report (DisneyCA-TP01301196 to DisneyCA-TP01301212) | | |
| 165 | | Posted Standby Wait Time Report (DisneyCA-TP01301213 to DisneyCA-TP01301229) | | |
| 166 | | Posted Standby Wait Time Report (DisneyCA-TP01301243 to DisneyCA-TP01301260) | | |
| 167 | | J.A.S. and J.F.S.'s Responses to Disney's First Set of Interrogatories | | |
| 168 | | J.A.S. and J.F.S.'s Supplemental Responses to Disney's First Set of Interrogatories | | |
| 169 | | J.A.S. and J.F.S.'s Responses to Disney's Second Set of Interrogatories | | |
| 170 | | J.A.S. and J.F.S.'s Supplemental Responses to Disney's Second Set of Interrogatories | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 171 | | J.F.S. 6 - J.A.S. and J.F.S.'s Responses to Disney's Third Set of Interrogatories | | |
| 172 | | Downey-Montebello Individualized Education Program for J.A.S. (3P-JAS-000457 to 3P-JAS-000471) | | |
| 173 | | J.F.S. 2, S.M. 2 - Eastern Los Angeles Regional Center Individual Program Plan for J.A.S. (3P-JAS-000968 to 3P-JAS-000976) | | |
| 174 | | J.F.S. 1 - Montebello Unified School District Individualized Education Plan for J.A.S. (3P-JAS-000110 to 3P-JAS-000130) | | |
| 175 | | Letter from ELARC to J.F.S. re: Informal Hearing Decision-Respite (3P-JAS-001053 to 3P-JAS-001055) | | |
| 176 | | Addendum to Individualized Education Program for J.A.S. (3P-JAS-000058 to 3P-JAS-000079) | | |
| 177 | | Annual Individualized Education Program Meeting for J.A.S. (3P-JAS-000355 to 3P-JAS-000372) | | |
| 178 | | J.F.S. 3 - Los Angeles Office of Education Addendum to Individualized Education Program (3P-JAS-000348 to 3P-JAS-000354) | | |
| 179 | | Los Angeles Office of Education Behavior Support Plan (3P-JAS-000700 to 3P-JAS-000701) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 180 | | Northeast Community Clinic Pediatric Progress Note, Sarah Nago, MD (3P-JAS-000148) | | |
| 181 | | Annual Individualized Education Program Meeting for J.A.S. (3P-JAS-000328 to 3P-JAS-000347) | | |
| 182 | | Eastern Los Angeles Regional Center Service Coordinator Note for J.A.S. (3P-JAS-000985) | | |
| 183 | | Eastern Los Angeles Regional Center Notice of Proposed Action (3P-JAS-001031 to 3P-JAS-001032) | | |
| 184 | | Eastern Los Angeles Regional Center Service Individual Program Plan for J.A.S. (3P-JAS-000932 to 3P-JAS-000940) | | |
| 185 | | J.F.S. 4 - Los Angeles Office of Education Report of Triennial Multidisciplinary Evaluation (3P-JAS-000632 to 3P-JAS-000640) | | |
| 186 | | Northeast Community Clinic Pediatric Progress Note, Sarah Nago, MD (3P-JAS-000144) | | |
| 187 | | Downey-Montebello Individualized Education Program for J.A.S. (3P-JAS-000277 to 3P-JAS-000303) | | |
| 188 | | Addendum to Individualized Education Program for J.A.S. (3P-JAS-000276) | | |
| 189 | | Downey-Montebello Individualized Education Program (3P-JAS-000253 to 3P-JAS-000275) | | |

| Disney Exhibit No. | Prior Jt. Exhibit No. (Doc. 196-1)[2] | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 190 | | J.F.S. 5 - Downey-Montebello Individualized Education Program (3P-JAS-000229 to 3P-JAS-000251) | | |
| 191 | | Addendum to Individualized Education Program for J.A.S. (3P-JAS-000226 to 3P-JAS-0000227) | | |
| 192 | | S.M. 3, Los Angeles County Office of Education Twenty-Four Hour Continuing Medication Regimen (3P-JAS-000793) | | |
| 193 | | Los Angeles County Office of Education Triennial Multidisciplinary Psychoeducational Assessment (3P-JAS-000598 to 3P-JAS-000621) | | |
| 194 | | Downey-Montebello Individualized Education Program for J.A.S. (3P-JAS-000198 to 3P-JAS-000225) | | |
| | | Disney's demonstrative exhibits | | |
| | | All documents needed for impeachment or rebuttal | | |
| | | Any document appearing on the bellwether plaintiffs' exhibit list, subject to objections | | |
| | | Any documents related to visits by bellwether plaintiffs between now and trial in this matter | | |

1    Dated: March 22, 2019              **McDERMOTT WILL & EMERY LLP**

2

3                                        By: /s/ Jeremy M. White

4                                            Jeremy M. White

5                                            Attorney for Walt Disney Parks and
                                             Resorts U.S., Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

 I certify that on March 22, 2019, I electronically filed the foregoing with the

3

Clerk of the Court for the United States District Court, Central District of

4

California, by using the CM/ECF system.  Participants in the case who are

5

registered CM/ECF users will be served by the CM/ECF system.  A true and

6

correct copy of this document will also be served via First Class and electronic mail

7

to:

8

    J.A.S. and J.F.S.
    1804 Brockwell Ave.

9

    Monterey Park, CA 91754
    Senajoseph6@gmail.com

10

11

    <u>/s/ Jeremy M. White</u>

12

    Jeremy M. White

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28