ANDY DOGALI (admitted *pro hac vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
401 E. Jackson St., Suite 1825
Tampa, Florida 33602
(813) 289-0700

EUGENE FELDMAN (CA Bar No. 118497)
eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
(310) 844-9696

JENNIFER A. LENZE (CA Bar No. 246858)
jlenze@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave. Suite 207
Manhattan Beach, CA 90266
(310) 322-8800
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| T.P., et al., | ) |
|            Plaintiffs, | )  Case No.: 15-cv-5346-R |
| v. | ) **PHASE III PLAINTIFFS' WITNESS LIST** |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) **Hon. Manuel L. Real** |
|            Defendant. | ) <u>**Date of Trial:**</u>  **July 9, 2019** |

Plaintiffs, C.M.H. by and through H.A.H. as Next Friend, Parent and

Page 1

DOGALI LAW GROUP, P.A.

Natural Guardian, and H.A.H., Individually, through undersigned counsel, and

pursuant to the Federal Rules of Civil Procedure and the Local Rules and Orders

of this Court, serves this list of Plaintiff's Witnesses.

| **PLAINTIFFS' ATTORNEY:** | **DEFENDANT'S ATTORNEY:** |
|---|---|
| **Andy Dogali**<br>**Barbara U. Uberoi**<br>Dogali Law Group, P.A.<br>401 East Jackson St., Ste 1825<br>Tampa, FL 33602<br>(813) 289-0700<br>adogali@dogalilaw.com<br>buberoi@dogalilaw.com | **Kerry A. Scanlon, Esq.**<br>**Jeremy White, Esq.**<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001<br>kscanlon@mwe.com;<br>jmwhite@mwe.com |
| **Eugene Feldman**<br>Arias, Sanguinetti, Wang & Torrijos,<br>LLP<br>6701 Center Drive West<br>Suite 1400<br>Los Angeles, CA  90045<br>(310) 844-9696<br>gfeldmanlaw@att.net | **Chris C. Scheihauer, Esq.**<br>McDermott Will & Emery LLP<br>4 Park Plaza, Ste 1700<br>Irvine, CA  92614<br>cscheithauer@mwe.com |
| **Jennifer A. Lenze**<br>**Amanda D. McGee**<br>jlenze@lenzelawyers.com<br>mcgee@lenzelawyers.com<br>Lenze Lawyers, PLC<br>1300 Highland Ave. Suite 207<br>Manhattan Beach, CA 90266<br>(310) 322-8800 | |

DOGALI LAW GROUP, P.A.

| PLAINTIFFS' WITNESSES WHO ARE LIKELY TO BE CALLED | |
| --- | --- |
| H.A.H.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St.<br>Suite 1825<br>Tampa, Fl 33602 | Plaintiff - Next Friend, Parent and Natural Guardian of C.M.H. and individually |
| | |
| Mark Jones<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC 20001 | Disney employee |
| Betty Appleton<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC 20001 | Disney employee |
| Corporate Representative<br>Walt Disney Parks and Resorts US<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC 20001 | |
| Joette James, Ph.D., ABPP-CN<br>P.O. Box 43566<br>Washington, D.C. 20010 | Neuropsychology expert |
| | |

DOGALI LAW GROUP, P.A.

| TREATING AND EXAMINING PROFESSIONALS | |
|---|---|
| E. Gene Stubbs, M.D.<br>Oregon Health & Science Univ.<br>Child Development &<br>Rehabilitation Center<br>700 SW Campus Dr.<br>P.O. Box 574<br>Portland, OR 97239 | C.M.H. Psychologist |
| Mary Patricia Garlinger, M.D.<br>Child Development &<br>Rehabilitation Center<br>3181 S.W. Sam Jackson Park Rd.<br>Portland, OR 97239 | C.M.H. Developmental Pediatrician |
| Lori Olsen, P.M.H.N.P.<br>4511 S.E. Hawthorne Blvd.<br>Suite 215<br>Portland, OR 97215 | C.M.H. Psychiatric Mental Health Nurse Practitioner |
| Kim Haydon, M.D.<br>Legacy Med. Group – Raleigh Hills<br>8329 SW Beaverton Hillsdale Hwy.<br>Portland, OR 97225 | C.M.H. Physician – family medicine |
| Hugh Alexander, M.D.<br>The Children's Clinic<br>9555 S.W. Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Pediatrician |
| James P. Hayden, Jr., D.M.D.<br>Hayden Family Dentistry<br>732 SW 3rd Ave., Ste. 200<br>Portland, Oregon 97204 | C.M.H. Dentist<br>Exceptional Needs Dental Services |

| | |
|---|---|
| Bradley Hagedorn, D.M.D.<br>Summit Dental<br>973 Saltzman Rd.<br>Portland, OR 97225 | C.M.H. Dentist |
| Ravez J. Pohwalla, M.D., M.P.H.<br>Ravez J. Pohwalla, P.C.<br>501 N. Graham, Ste. 550<br>Portland, OR 91227 | C.M.H. Pediatric Neurologist |
| Robert J. Gillispie, M.D.<br>The Children's Clinic<br>9555 SW Barnes Rd. Ste. 301<br>Portland, OR 97225 | C.M.H. Pediatrician |
| Kelly Oh, M.D.<br>5555 NE Elam Young Pkwy<br>Hillsboro, OR 97124 | C.M.H. Primary Care Provider |
| Any medical professionals,<br>psychiatric professionals and<br>social workers listed in C.M.H.<br>Answers to Interrogatories | |
| **RECORDS CUSTODIANS** | |
| Records Custodian<br>The Children's Clinic<br>955 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Provider |

DOGALI LAW GROUP, P.A.

DOGALI LAW GROUP, P.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Records Custodian<br>Self Determination Resources, Inc.<br>12770 SW First St.<br>Beaverton, OR 97006 | C.M.H. Service Provider |
| Records Custodian<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97006 | C.M.H. Service Provider |
| Records Custodian<br>Beaverton School District, Special Education,<br>Administration Center-Aloha Branch<br>17880 SW Blanton St.<br>Beaverton, OR 97007 | C.M.H. Service Provider |
| Records Custodian<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97007 | C.M.H. Service Provider |
| Records Custodian<br>Social Security Administration<br>SSA S40 Salem OR DDS<br>P.O. Box 30741<br>Salt Lake City, UT, 84130-9178 | C.M.H. Benefits Provider |
| Records Custodian<br>Self Determination Resources, Inc.<br>12770 SW First St.<br>Beaverton, OR 97225 | C.M.H. Service Provider |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    *Case No. 15-CV-5346-R*

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Records Custodian<br>Wildwood Psychiatric Resource Center, P.C.<br>16110 SW Regatta Ln.<br>Beaverton, OR 97006 | C.M.H. Medical Provider |
| Records Custodian<br>Providence St. Vincent Hospital<br>9205 SW Barnes Rd.<br>Portland, OR 97225 | C.M.H. Medical Provider |
| Records Custodian<br>Assisted Community Ties, LLC<br>3351 SE Little Valley Way<br>Hillsboro, OR 97123 | C.M.H. Service Provider |
| **WITNESSES PLAINTIFF MAY CALL** | |
| **FRIENDS & FAMILY** | |
| Diana Zia<br>Address to Be Determined | C.M.H. Aunt |
| Mark Vernon<br>Address to Be Determined | Friend |
| Brenda Teich<br>Address to Be Determined | Friend |
| Paul Jones<br>Address to Be Determined | C.M.H. Uncle |
| **MEDICAL, PSYCHOLOGICAL & THERAPY WITNESSES** | |
| Donald Plapinger, Ed.D.<br>Child Development & | C.M.H. Pediatric Audiologist |

| | |
|---|---|
| Rehabilitation Center<br>P.O. Box 574<br>Portland, OR 97207 | |
| Rita Peterson, NCSP<br>155 N. First Ave., Ste. 250<br>MS 66<br>Hillsboro, OR 97124-3072 | C.M.H. School Psychologist |
| Luke Patrick, Ph.D.<br>Wildwood Psychiatric Resource<br>Center, P.C.<br>16110 S.W. Regatta Ln.<br>Beaverton, OR 97008 | C.M.H. Psychologist |
| Suellen Newby OTR<br>Child Development &<br>Rehabilitation Center<br>P.O. Box 574<br>Portland, OR 97207 | C.M.H. Occupational Therapist |
| Heather O'Leary RN<br>The Children's Clinic<br>9555 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Care |
| Kristi Nelson, M.S. CCC-SP<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Speech Language Pathologist |
| Amanda Leibe, R.N.<br>The Children's Clinic<br>9555 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Care |

DOGALI LAW GROUP, P.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 8

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Susan Lavigne<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. School Psychologist |
| Laurie Lane<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. School Psychologist |
| Elizabeth P. Kellogg, M.S.<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. School Psychologist |
| Kelli Johnston, CMA<br>The Children's Clinic<br>955 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Provider |
| Alan Horowitz<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Speech Pathologist |
| Allison Heslin, R.N.<br>The Children's Clinic<br>955 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Provider |
| Nan Farrell, RPT<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Physical Therapist |
| Charlene Clark, Ph.D.<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Speech Language Pathologist |

Page 9

| | |
|---|---|
| Lori Bearden, OTR/L<br>NW Regional ESD<br>9560 SW Nimbus Ave.<br>Beaverton, OR 97008 | C.M.H. Occupational therapist |
| Elaine C. Ruys, RPT<br>Child Development &<br>Rehabilitation Center<br>P.O. Box 574<br>Portland, OR 97207 | C.M.H. Physical Therapist |
| Kathy Bond<br>Eligibility Specialist<br>Washington County Oregon<br>5420 NE Elam Young Parkway,<br>Ste. 150<br>Hillsboro, 97124-3072 | C.M.H. Education & Assessment |
| Tina Campbell<br>Assistant Production Manager<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97123 | C.M.H. Therapy/Work Assistance Program |
| Susan Cassady<br>Learning Disability Teacher<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Terry Cherney<br>Transition Specialist<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |

DOGALI LAW GROUP, P.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Vincent Chirimwani<br>Special Education Teacher<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Jean Davidson<br>Special Education Facilitator<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Susan Dean III<br>Production Manager<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97123 | C.M.H.  Therapy/Work Assistance Program |
| Deb Farrell<br>Disability Analyst<br>Social Security Administration<br>SSA S40 Salem OR DDS<br>P.O. Box 30741<br>Salt Lake City, UT 84130-9178 | C.M.H. Condition & Benefits |
| Shelby Frantz<br>Autism Specialist<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Lisa Gorham<br>Habilitation Coordinator<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97006 | C.M.H.  Therapy/Work Assistance Program |

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Jim Healy<br>District Representative<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Roger Henderson<br>Case Manager<br>Beaverton School District18550<br>SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Bryant Hinkle<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97006 | C.M.H. Therapy/Work Assistance Program |
| Detych Johnson<br>Lead Personal Agent<br>Self Determination Resources, Inc.<br>12770 SW First St.<br>Beaverton, OR 97006 | C.M.H. Therapy/Work Assistance Program |
| Cindy Lopez<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97006 | C.M.H. Therapy/Work Assistance Program |
| Keenan Lopez<br>Production Supervisor<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97006 | C.M.H. Therapy/Work Assistance Program |

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Greg Lukshaitis<br>APE Teacher<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| B. Marriox, Principal<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Melissa Merrick<br>General Education Teacher<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97008 | C.M.H. Education & Assessment |
| Luz Miranda<br>Certified Employment Specialist<br>Housing Independence<br>9500 SW Barbur Blvd. Ste. 115<br>Portland, OR 97219 | C.M.H.  Therapy/Work Assistance Program |
| Mary Oliver<br>Lead Personal Agent<br>Self Determination Resources, Inc.<br>12770 SW First St.<br>Beaverton, OR 97006 | C.M.H.  Therapy/Work Assistance Program |
| Patricia Pazdalski<br>Special Education Teacher<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97124-3072 | C.M.H. Education & Assessment |

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Frank Rodriguez<br>Personal Agent<br>Self Determination Resources,<br>Inc.<br>12770 SW First St.<br>Beaverton, OR 97006 | C.M.H.  Therapy/Work Assistance<br>Program |
| Rebecca Samarin<br>Vocational Coordinator<br>Tualatin Valley Workshop<br>6615 SE Alexander<br>Hillsboro, OR 97006 | C.M.H.  Therapy/Work Assistance<br>Program |
| Chris Siebert<br>Adapted Physical Education<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR, 97124-3072 | C.M.H. Education & Assessment |
| Peter Thorpe<br>Adapted Physical Education<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97124-3072 | C.M.H. Education & Assessment |
| Lisa Twain, MS CCC-SLP<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97124-3072 | C.M.H. Education & Assessment |
| Peter Vandercoevering<br>Assisted Community Ties, LLC<br>3351 SE Little Valley Way<br>Hillsboro, OR 97123 | C.M.H.  Therapy/Work Assistance<br>Program |

DOGALI LAW GROUP, P.A.

Page 14

| | |
|---|---|
| Shirley J. Wallace<br>Early Intervention Intake<br>Specialist/School Psychologist<br>Beaverton School District<br>18550 SW Merlo Rd.<br>Beaverton, OR 97124-3072 | C.M.H. Education & Assessment |
| Janet Swan<br>The Children's Clinic<br>955 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Care |
| Cindy Harrison, Lab Tech<br>The Children's Clinic<br>955 SW Barnes Rd., Ste. 301<br>Portland, OR 97225 | C.M.H. Medical Care |
| **OTHER DISNEY GUESTS/COMPLAINANTS** | |
| A.E.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.L.K.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| M.B.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| J.E.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| R.K.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| K.P.B.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| R.E.S.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| P.A.K.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| R.M.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

DOGALI LAW GROUP, P.A.

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    *Case No. 15-CV-5346-R*

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| C.R.J.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| E.G.R.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| N.F.B.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.J.H.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| K.J.I.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| G.L.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    *Case No. 15-CV-5346-R*

| | |
|---|---|
| C.F.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| M.A.M.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| M.I.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| L.M.M.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| M.M.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| V.M.N.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

DOGALI LAW GROUP, P.A.

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    *Case No. 15-CV-5346-R*

| | |
|---|---|
| J.R.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| G.M.G.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| J.M.G.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| T.L.F.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| L.V.F.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| M.F.B.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    *Case No. 15-CV-5346-R*

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| M.B.B.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| B.D.G.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| D.L.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| N.L.C.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| B.P.E.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| Y.Z.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   *Case No. 15-CV-5346-R*

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| S.D.T.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.L.B.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| J.L.C.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| C.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| J.F.S.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| D.L.W.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

| | |
|---|---|
| R.D.W.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| L.J.T.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| G.L.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| C.F.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| L.V.F.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| E.G.R.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| D.A.J.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| V.M.N.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| M.I.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| R.C.R.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| T.W.R.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

DOGALI LAW GROUP, P.A.

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    *Case No. 15-CV-5346-R*

| | |
|---|---|
| B.D.G.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| A.E.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.L.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St., Ste. 1825<br>Tampa, FL 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| L.A.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| N.L.C.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl 33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |

DOGALI LAW GROUP, P.A.

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                Case No. 15-CV-5346-R

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| M.Y.R.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl  33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| D.R.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl  33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| S.D.T.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl  33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| D.L.W.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl  33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| R.D.W.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl  33602 | Next Friend and Parent of disabled Disney guest; name previously provided to Defendant |
| C.A.W.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St. Suite 1825<br>Tampa, Fl  33602 | Next Friend of disabled Disney guest; name previously provided to Disney |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*          *Case No. 15-CV-5346-R*

| | |
|---|---|
| D.L.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St.<br>Suite 1825<br>Tampa, Fl  33602 | Parent of disabled Disney guest |
| E.M.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St.<br>Suite 1825<br>Tampa, Fl  33602 | Next Friend of disabled Disney guest;<br>name previously provided to Disney |
| C.M.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St.<br>Suite 1825<br>Tampa, Fl  33602 | Parent of disabled Disney guest |
| A.E.P.<br>c/o Andy Dogali<br>Dogali Law Group, P.A.<br>401 E. Jackson St.<br>Suite 1825<br>Tampa, Fl  33602 | Parent of disabled Disney guest |
| Michael Naggar<br>City of Temecula<br>41000 Main Street<br>Temecula, CA 92590 | |
| Corporate Representative<br>Autism Speaks Southern<br>California Chapter<br>6330 San Vicente Blvd. Suite 401<br>Los Angeles, CA 90048<br>(323) 549-0500 | |

Page 26

| | |
|---|---|
| Corporate Representative<br>Autism Society of Los Angeles<br>Pacific Center<br>21250 Hawthorne Blvd. Suite 500<br>Torrance, CA 90503<br>(562) 804-5556 | |
| **PRESENT AND FORMER DISNEY EMPLOYEES** | |
| Greg Hale<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Steve Riggs<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |
| Chris Lutz<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Scot Reynolds<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |

DOGALI LAW GROUP, P.A.

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Sarah Riles<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Josh D'Amaro<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Teri Rosenfeld<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Tim Sypko<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Joan Manangu<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*          *Case No. 15-CV-5346-R*

DOGALI LAW GROUP, P.A.

| | |
|---|---|
| Patti Stafford<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Deborah Hart<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | |
| Jennifer Sweetman<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |
| Thomas O. Staggs<br>Address TBD | Disney former employee |
| Bethany Glader<br>Address TBD | By Deposition |
| Justin Michelena<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*      *Case No. 15-CV-5346-R*

DOGALI LAW GROUP, P.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Alison Armor<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |
| Pat G. Wilson<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |
| Ketan Sardeshmukh<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |
| Michael Colglazier<br>c/o Kerry A. Scanlon, Esq.<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capital Street, N.W.<br>Washington, DC  20001 | By Deposition |
| Any and all witnesses listed or called by Defendant | |
| **Rebuttal Witnesses** | |
| Lila Kopeliofff Kimel, Ph.D.<br>Kimel Phsychological Services, LLC | |

| 1814 S. Unita Way<br>Denver, CO 80231 | |
|---|---|
| Joseph E. Conroy, Ph.D.<br>Lowcountry Neuropsychology<br>1859 N. Paris Ave.<br>Port Royal, SC 29935 | |
| Any and all witnesses called for<br>rebuttal purposes | |

## CERTIFICATE OF SERVICE

I CERTIFY that on this 29th day of March, 2019 a true and correct copy

of the foregoing was furnished via Electronic Mail to:

**Kerry A. Scanlon, Esq.**
**Jeremy White, Esq.**
McDermott Will & Emery LLP
The McDermott Building
500 North Capital Street, N.W.
Washington, DC  20001
kscanlon@mwe.com;
jmwhite@mwe.com

**Chris C. Scheihauer, Esq.**
McDermott Will & Emery LLP
4 Park Plaza, Ste 1700
Irvine, CA  92614
cscheithauer@mwe.com

_/s/Andy Dogali_
**Andy Dogali**
**Barbara U. Uberoi**
Dogali Law Group, P.A.
401 East Jackson St., Ste 1825
Tampa, FL 33602
(813) 289-0700
adogali@dogalilaw.com
buberoi@dogalilaw.com

**Eugene Feldman**
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West

Page 31

DOGALI LAW GROUP, P.A.

Suite 1400
Los Angeles, CA  90045
(310) 844-9696
gfeldmanlaw@att.net

**Jennifer A. Lenze**
**Amanda D. McGee**
jlenze@lenzelawyers.com
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave. Suite 207
Manhattan Beach, CA 90266
(310) 322-8800
*Attorneys for Plaintiffs*

DOGALI LAW GROUP, P.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs' Phase III Witness List
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*          *Case No. 15-CV-5346-R*