**DOGALI LAW GROUP, P.A.**

ANDY DOGALI (admitted *pro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (CA Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
401 E. Jackson St., Suite 1825
Tampa, Florida 33602
(813) 289-0700

EUGENE FELDMAN (CA Bar No. 118497)
eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
(310) 844-9696

JENNIFER A. LENZE (CA Bar No. 246858)
jlenze@lenzelawyers.com
AMANDA MCGEE (CA Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave. Suite 207
Manhattan Beach, CA 90266
(310) 322-8800
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

Page 1

Declaration of Barbara U. Uberoi In Support of Application to File Under Seal Unredacted Documents Containing Confidential Information
T.P., et al. v. Walt Disney Parks & Resorts *US, Inc.*    *Case No. 15-CV-5346-R*

| | |
|---|---|
| T.P., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WALT DISNEY PARKS AND<br>RESORTS U.S. INC.,<br><br>        Defendant. | Case No.: 15-cv-5346-R<br><br>**AMENDED DECLARATION IN SUPPORT OF UNOPPOSED APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION**<br><br>**Hon. Manuel L. Real** |

## DECLARATION OF BARBARA U. UBEROI

I, Barbara U. Uberoi, declare and state as follows:

1. I am counsel for the Plaintiffs in the above-captioned matter.

2. I respectfully submit this declaration in support of the unopposed application to file under seal unredacted documents containing confidential information.

3. Pursuant to Local Rule 79-5.2, Plaintiffs apply concurrently herewith for leave to file under seal an unredacted version of their memorandum of law in opposition to Defendant's Motion for Summary Judgment [Doc. 303-1] and their statement of uncontroverted facts and conclusions of law (collectively, "Motions"), along with exhibits cited therein. Defendant, Walt Disney Parks and Resorts U.S., Inc. ("Disney") does not oppose this Motion. As for Plaintiffs, J.A.S. and J.F.S., consistent with Local Rule 7-3, I contacted J.F.S. by phone on April 15, 2019, informing him that we intended to file this application to file under seal, and asked if he had any objection. J.F.S. stated that he would not oppose the motion.

4. Plaintiff's Motions and supporting exhibits reference documents and information that identify the Plaintiffs or contain information that is considered

Page 2

Declaration of Barbara U. Uberoi In Support of Application to File Under Seal Unredacted Documents Containing Confidential Information
T.P., et al. v. Walt Disney Parks & Resorts *US, Inc.*                                   Case No. 15-CV-5346-R

DOGALI LAW GROUP, P.A.

confidential, proprietary, or trade secrets. Because Plaintiffs' Motions and supporting exhibits contain or reference such confidential information, Plaintiffs apply for an Order permitting Plaintiff to file the unredacted Motions under seal, and will file public versions of these documents with the minimum redactions necessary to maintain the confidentiality of this information.

5. On August 19, 2016, the Court entered a protective order that governs the treatment of all confidential documents produced and information disclosed in this matter ("Protective Order") [Doc. 76]. The parties have exchanged fact and expert discovery (including interrogatory responses, document production, and expert reports) and have taken several depositions. Both parties have designated certain of these documents and materials as "Confidential" or "Highly Confidential" in accordance with the Protective Order.

6. Pursuant to L.R. 79-5.2, Plaintiffs submit this declaration to establish good cause for permitting certain material to be filed under seal and to demonstrate compelling reasons why the presumption of public access in civil cases should be overcome in this case with respect to limited categories of information.

7. Attached hereto as Exhibit "A" is a list of documents and their descriptions which Plaintiffs seeks to file under seal.

8. As further explained below, the sealing of these documents is necessary "because they contain private and proprietary information of the parties, which outweighs the public's common law right of access to judicial records." *A.L. v. Walt Disney Parks & Resorts U.S., Inc.*, Case No. 6:14-cv-01544, Order at 5 [Doc. 152]; The disclosure of this information could harm Plaintiffs who have a privacy interest in not having their identities and personal information disclosed publically as well as cause Walt Disney Parks & Resorts U.S., Inc. economic harm or place it at a competitive disadvantage.

Page 3

Declaration of Barbara U. Uberoi In Support of Application to File Under Seal Unredacted Documents Containing Confidential Information
T.P., et al. v. Walt Disney Parks & Resorts *US, Inc.*     Case No. 15-CV-5346-R

9. Plaintiffs' unredacted Motions should be filed under seal because they contain references to and excerpts from documents and materials that have been designated "Confidential" or "Highly Confidential." These references and excerpts are essential to the Plaintiffs opposition because they help form the factually basis supporting their legal arguments. The unredacted exhibits should be filed under seal because they contain confidential, proprietary information, including but not limited to Plaintiffs' identities and health information.

10. Filing these documents under seal is the only way to provide the Court with access to the information in the documents while still protecting the confidentiality of that information and complying with the parties' obligations under the Protective Order. The Plaintiffs are not aware of a less restrictive alternative to sealing the unredacted Motions and its accompanying exhibits, and the redactions are limited in scope.

11. The Plaintiffs hereby propose and join with Defendant's proposal that the unredacted Motions and exhibits remain sealed until the conclusion of the case and any appears therefore, or until such time as the information referenced therein is declassified as "Highly Confidential" or "Confidential," whichever is later:

## ARGUMENTS AND AUTHORITEIS SUPPORTING APPLICATION TO FILE UNDER SEAL

12. In considering an application to seal, the Court must balance the parties' interest in keep information confidential against the public's interest in accessing court documents. *In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.*, 686 F. 3d 1115, 1119 (9th Cir. 2012). The common law right of access to public documents is not absolute and can be overridden with sufficiently compelling reason. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

Declaration of Barbara U. Uberoi In Support of Application to File Under Seal Unredacted Documents Containing Confidential Information
T.P., et al. v. Walt Disney Parks & Resorts *US, Inc.*     Case No. 15-CV-5346-R

13. In addition, the Supreme Court has recognized that individuals have a general privacy interest in preventing dissemination of personal information. *See U.S. Dep't of Justice v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 760 (1989).

14. The Plaintiffs Motions and attached exhibits contain highly proprietary and sensitive information related to their identity and medical information as well as information regarding Disney's internal processes and programs.

15. In their public filing of the Motions and related exhibits, Plaintiffs will redact only information which constitutes confidential information, confidential or proprietary information or trade secretes of the Defendant, or third parties' identities, thereby permitting public access to the greatest extent possible while also complying with the Protective Order and protecting the parties' legitimate interests.

16. On the basis of the foregoing, compelling reasons exist for filing Plaintiffs' Motion and accompanying exhibits under seal.

I declare under penalty of perjury under the laws of the United States, and the states of California and Florida, that the foregoing is true and correct.

Dated: April 16, 2019

Barbara U. Uberoi

Page 5

Declaration of Barbara U. Uberoi In Support of Application to File Under Seal Unredacted Documents Containing Confidential Information
T.P., et al. v. Walt Disney Parks & Resorts *US, Inc.*     Case No. 15-CV-5346-R

**Exhibit "A"**

| EX. | NAME | DESCRIPTION |
|---|---|---|
| 1. | Plaintiffs C.M.H.'s and H.A.H.'s Opposition to Defendant's Motion for Summary Judgment [Doc. 314-1] | Memorandum of Law |
| 2. | Plaintiffs C.M.H.'S and H.A.H.'s Objections to Defendant's Evidence in Support of its Separate Statement of Uncontroverted Facts in Support of Opposition to Motion for Summary Judgment [Doc. 314-2] | Objections with incorporated Memorandum of Law |
| 3. | Plaintiffs C.M.H.'s and H.A.H.'s Statement of Uncontroverted Facts in Opposition to Defendant's Motion for Summary Judgment | Statement of Uncontroverted Facts |
| 4. | Notice of Filing Declaration of H.A.H. in Support of Opposition to Defendant's Summary Judgment | Declaration of H.A.H. |
| 5. | Notice of Filing Relevant Excerpts of the Deposition of H.A.H. in Support of Opposition to Defendant's Summary Judgment | Deposition Excerpts of H.A.H. |