**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:  + 310 788 4125
Facsimile:   + 310 277 4730

Kerry Alan Scanlon (admitted *pro hac vice*)
kscanlon@mwe.com
Jeremy M. White (admitted *pro hac vice*)
jmwhite@mwe.com
Julie H. McConnell (admitted *pro hac vice*)
jmcconnell@mwe.com
500 North Capitol Street, Northwest
Washington, D.C. 20001
Telephone:  +1 202 756 8000
Facsimile:   +1 202 785 8087

Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | CASE 2:15-cv-05346-CJC-E<br><br>**DISNEY'S REQUEST TO LIFT STAY IN LIGHT OF DENIAL OF PETITION FOR PERMISSION TO APPEAL AND TO FILE UPDATED MOTIONS FOR SUMMARY JUDGMENT IN BELLWETHER IV**<br><br>Date:  September 14, 2020<br>Time:  1:30 p.m.<br>Judge:  Hon. Cormac J. Carney<br>Courtroom:  9B |

**PLEASE TAKE NOTICE THAT,** on September 14, 2020, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Cormac J. Carney, United States District Court Judge, Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Courtroom 9B, Defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") will hereby request that the Court lift the stay in this case and proceed with summary judgment briefing in Bellwether IV because the U.S. Court of Appeals for the Ninth Circuit, pursuant to 28 U.S.C. § 1292(b), denied plaintiffs' petition for permission to appeal Judge Manual Real's order granting summary judgment in favor of Disney on the claims of C.M.H. and H.A.H. (Doc. No. 355).  *See* Exhibit 1.

After Disney filed its motions for summary judgment in Bellwether IV (Doc. Nos. 413, 414 & 415) and after these cases were stayed pending the petition for interlocutory appeal, Judge Anne C. Conway issued a 51-page opinion in *A.L. v. Walt Disney Parks and Resorts U.S., Inc.*, Case 6:14-cv-01544-ACC-GJK, slip. op. (M.D. Fla. June 22, 2020) (Doc. 345) (Exhibit 3), following a bench trial in that case in February of this year.  Counsel for both sides in that case are the same counsel in this case.  The *A.L.* opinion is a detailed and comprehensive analysis of the behavioral characteristics of autism in the context of a theme park environment, which answered all the questions identified by the U.S. Court of Appeals for the Eleventh Circuit in the earlier appeal of 30 DAS cases from the Middle District of Florida.  *A.L. v. Walt Disney Parks and Resorts U.S., Inc.*, 900 F.3d 1270 (11th Cir. 2018).

The *A.L.* decision is relevant to Disney's arguments that the plaintiffs in the instant case cannot establish a violation of the Americans with Disabilities Act ("ADA") and, in turn, California's Unruh Civil Rights Act because plaintiffs' requested modification of Disney's Disability Access Service ("DAS") program is neither necessary nor reasonable.  It is also instructive of Disney's affirmative defense that the plaintiffs' proposed modification of the DAS program would

"fundamentally alter" the nature of the services Disney provides at its theme parks.[1] In fact, *A.L.* is only the second time any court has ruled on the fundamental alteration defense in a case challenging Disney's DAS program, and the first ruling to do so based on in-court testimony. As a result, Disney seeks to file an updated motion for summary judgment that includes a discussion of the ruling in *A.L.* as it relates to this case. A copy of the updated motion for summary judgment is attached hereto as Exhibit 2.[2]

On August 7, 2020, the undersigned counsel conferred with plaintiffs' counsel by calling his mobile telephone, leaving a voice message and following up with an email. Plaintiffs' counsel was told that we were attempting to determine his position on this motion. C.D. Cal. R. Civ. P. 7-3. Disney's counsel followed up with plaintiffs' counsel by email on August 10, 2020 and indicated that because he had not responded at all, counsel for defendant assumed plaintiffs were opposed to the motion. Plaintiffs' counsel has not responded to Disney's requests or otherwise advised Disney of their position on this motion.

WHEREFORE, for the foregoing reasons, Disney respectfully requests that this Court lift the stay of the instant case and grant Disney leave to file an updated summary judgment motion in this matter, and in the two other plaintiff-family cases in Bellwether IV.

---

[1] Under Title III of the ADA, even if the plaintiff proves that the requested modification of a rule or policy is both necessary and reasonable, there is no violation if the defendant proves that it would result in a fundamental alteration of its business. Thus, it is a complete defense that depends on the impact of plaintiff's request for relief on defendant's operations, not on the particular facts related to plaintiff's disability or his experience in defendant's theme park.

[2] The attached updated summary judgment motion relates to the claims of V.J.B. and S.L.B., and if this request is granted, Disney would also file within two weeks updated motions as to the other two plaintiff-families (K.A.C./J.L.C. and Y.Z./M.Y.R.), all of which are part of Bellwether IV.

Disney's Request To Lift Stay and To File
Updated Motions for Summary Judgment in                           (No. 2:15-cv-05346-CJC-E)
Bellwether IV

Dated: August 14, 2020     **McDERMOTT WILL & EMERY LLP**

By: /s/ Kerry Alan Scanlon
Kerry Alan Scanlon

Attorney for Walt Disney Parks and Resorts U.S., Inc.

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeremy M. White
Jeremy M. White

Disney's Request To Lift Stay and To File Updated Motions for Summary Judgment in Bellwether IV

(No. 2:15-cv-05346-CJC-E)