| | |
|---|---|
| 1 | **McDERMOTT WILL & EMERY LLP** |
| 2 | Jason D. Strabo (SBN #246426)<br>jstrabo@mwe.com |
| 3 | 2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067-3218 |
| 4 | Telephone: +1 310 788 4125<br>Facsimile: +1 310 277 4730 |
| 5 | Kerry Alan Scanlon (admitted *pro hac vice*) |
| 6 | kscanlon@mwe.com<br>Jeremy M. White (admitted *pro hac vice*) |
| 7 | jmwhite@mwe.com<br>Julie H. McConnell (admitted *pro hac vice*) |
| 8 | jmcconnell@mwe.com<br>The McDermott Building |
| 9 | 500 North Capitol Street, NW<br>Washington, D.C. 20001-1531 |
| 10 | Telephone: +1 202 756 8000<br>Facsimile: +1 202 785 8087 |
| 11 | Attorneys for Defendant Walt Disney Parks |
| 12 | and Resorts U.S., Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Walt Disney Parks and Resorts U.S., Inc.,<br><br>Defendant. | CASE NO. 2:15-cv-05346-CJC-E<br><br>**WALT DISNEY PARKS AND RESORTS U.S., INC.'S APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION**<br><br>Judge: Hon. Cormac J. Carney<br>Trial Date: To Be Determined |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") respectfully applies to file under seal certain unredacted documents designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL by the parties, pursuant to Local Rule 79-5.2.2 and the Protective Order entered in this action on August 19, 2016 (Doc. 76). Specifically, Disney will be filing documents containing confidential information in connection with its Motions for Summary Judgment on the claims of the phase IV bellwether plaintiffs K.A.C., J.L.C., V.J.B., S.L.B., Y.Z., and M.Y.R. Plaintiffs do not oppose this application.

A Declaration and Proposed Order are filed concurrently herewith.

Dated: October 9, 2020

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By:  /s/ Jeremy M. White
     Jeremy M. White

Attorney for Walt Disney Parks and Resorts U.S., Inc.

# CERTIFICATE OF SERVICE

I certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    /s/ Jeremy M. White
Jeremy M. White