**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:  +1 310 788 4125
Facsimile:   +1 310 277 4730

Kerry Alan Scanlon (admitted *pro hac vice*)
kscanlon@mwe.com
Jeremy M. White (admitted *pro hac vice*)
jmwhite@mwe.com
Julie H. McConnell (admitted *pro hac vice*)
jmcconnell@mwe.com
The McDermott Building
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone:  +1 202 756 8000
Facsimile:   +1 202 785 8087

Attorneys for Defendant Walt Disney Parks
and Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Walt Disney Parks and Resorts U.S., Inc.,<br><br>Defendant. | CASE NO. 2:15-cv-05346-CJC-E<br><br>**[PROPOSED] ORDER ON WALT DISNEY PARKS AND RESORTS U.S., INC.'S APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION**<br><br>Judge:  Hon. Cormac J. Carney<br>Trial Date:  To Be Determined |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Having considered Defendant Walt Disney Parks and Resorts U.S., Inc.'s ("Disney") Application To File Under Seal certain documents containing confidential and highly confidential information in connection with Disney's Motions for Summary Judgment, the Court HEREBY ORDERS as follows:

The Application is GRANTED.  Disney is permitted to file under seal the following documents:

| Exhibit No. | Item | Description |
| --- | --- | --- |
| N/A | Disney's Unredacted Memoranda of Law in Support of its Motions for Summary Judgment; and Statements of Uncontroverted Facts and Contentions of Law | Disney's memoranda of law in support of its motions for summary judgment and statements of uncontroverted facts and contentions of law contain sensitive information regarding internal confidential studies and statistical information related to Disney's operations, as well as confidential information regarding Disney's internal business operations, including its development process and strategy relating to the creation and implementation of the Disability Access Service ("DAS") program. |
| 1-A | Deposition of Jennifer Sweetman (May 8, 2017) (excerpts) | Excerpts of transcript contain proprietary information on business processes and personal and identifying information of a third-party guest. |

| Exhibit No. | Item | Description |
|---|---|---|
| 1-B | Deposition of Alison Armor, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (July 7, 2015) (excerpts) | Excerpts of transcript contain information regarding DAS business and communication strategy, including DAS development and implementation.  It also contains proprietary statistical information, such as attraction wait times and park attendance numbers, and discusses confidential studies. |
| 1-D | Deposition of Greg Hale, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (Apr. 28, 2015) (excerpts) | Excerpts of transcript contain information regarding DAS business and communication strategy, including DAS development and implementation. |
| 1-F | Expert Declaration of Jill Kelderman (December 31, 2019) | Declaration contains personal and identifying information of plaintiffs and third-parties guests. |
| 1-G | Expert Declaration of Ronald Schouten, Regarding Claims of Plaintiff M.Y.R. (December 31, 2019) | Declaration contains personal and identifying information of Y.Z. and a third-party guest. |
| 1-H | Expert Declaration of Ronald Schouten, Regarding Claims of Plaintiff J.L.C. (December 31, 2019) | Declaration contains personal and identifying information of K.A.C. and J.L.C. |

[Proposed] Order on Disney's Application To File Under Seal

(No. 2:15-CV-05346-CJC-E)

| Exhibit No. | Item | Description |
|---|---|---|
| 1-I | Deposition of Bruce Laval, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (Sept. 18, 2015) (excerpts) | Excerpts of transcript contain information regarding DAS business and communication strategy, proprietary information on patented business processes, and statistics on park attendance numbers and DAS distribution numbers. |
| 1-J | Declaration of Bruce Laval (May 18, 2017) | Declaration contains information regarding DAS business and communication strategy, proprietary information on patented business processes, and statistics on park attendance numbers and DAS distribution numbers. |
| 1-K | Exhibit 1, DAS Usage by Month, to Declaration of Bruce Laval (May 18, 2017) | Document contains proprietary statistical information on DAS usage. |
| 1-L | Exhibit 2, MK Peak Period Data, to Declaration of Bruce Laval (May 18, 2017) | Document contains proprietary information on wait times. |
| 1-M | Exhibit 3, FY14 Disneyland Resort Attraction Wait Time Assessment, to Declaration of Bruce Laval (May 18, 2017) | Document contains proprietary information on wait times. |

McDermott Will & Emery LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | Item | Description |
|---|---|---|
| 1-N | Exhibit 4, Wait Time Report for June 14, 2014, to Declaration of Bruce Laval (May 18, 2017) | Document contains proprietary statistical information on wait times. |
| 1-O | Exhibit 5, July 2015 DAS Audit Study, to Declaration of Bruce Laval (May 18, 2017) | Document contains proprietary information regarding confidential internal study results. |
| 1-P | Exhibit 6, Attraction Experience Comparison Between DAS Guests and Non-DAS Guests, to Declaration of Bruce Laval (May 18, 2017) | Document discusses proprietary information regarding confidential internal study results. |
| 1-Q | Exhibit 7, July 2015 Incremental Analysis, to Declaration of Bruce Laval (May 18, 2017) | Document contains proprietary information regarding confidential internal study results. |
| 1-S | Deposition of S.L.B. (Dec. 3, 2019) (excerpts) | Document contains personal and identifying information of V.J.B and S.L.B. |
| 1-T | Deposition of B.W.B. (Dec. 4, 2019) (excerpts) | Document contains personal and identifying information of V.J.B., S.L.B., and third-party guests. |

| Exhibit No. | Item | Description |
|---|---|---|
| 1-U | Exhibit 2, Medical Records of V.J.B. (3P-VJB-000173 to 3P-VJB-000190), to the Deposition of S.L.B. (Dec. 3, 2019) | Document contains personal and identifying information of V.J.B. and S.L.B. |
| 1-V | Exhibit 3, Medical Records of V.J.B. (3P-VJB-000143 to 3P-VJB-000161), to the Deposition of S.L.B. (Dec. 3, 2019) | Document contains personal and identifying information of V.J.B. and S.L.B. |
| 1-W | Exhibit 23, Medical Records of V.J.B. (3P-VJB-000106 to 3P-VJB-000108), to the Deposition of S.L.B. (Dec. 3, 2019) | Document contains personal and identifying information of V.J.B. and S.L.B. |
| 1-X | Deposition of J.L.C. (Nov. 11, 2019) (excerpts) | Document contains personal and identifying information of K.A.C., J.L.C, and third-party guests. |
| 1-Y | Deposition of F.C. (Nov. 12, 2019) (excerpts) | Document contains personal and identifying information of K.A.C., J.L.C., and third-party guests. |
| 1-Z | K.A.C.'s and J.L.C.'s Responses to Disney's First Set of Interrogatories (May 4, 2016) | Interrogatory responses contain personal and identifying information of K.A.C., J.L.C., and third-party guests. |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

| Exhibit No. | Item | Description |
| --- | --- | --- |
| 1-AA | K.A.C.'s and J.L.C.'s Responses to Disney's Second Set of Interrogatories (Oct. 4, 2019) | Interrogatory responses contain personal and identifying information of K.A.C., J.L.C., and third-party guests. |
| 1-BB | Deposition of Dr. Stephen Elliott (Dec. 16, 2019) (excerpts) | Document contains personal and identifying information of K.A.C. |
| 1-CC | Deposition of Dr. Carissa Meyer (Dec. 17, 2019) (excerpts) | Document contains personal and identifying information of K.A.C. |
| 1-DD | Deposition of Angela K. Klutts, M.Ed., BCBA (Dec. 17, 2019) (excerpts) | Document contains personal and identifying information of K.A.C. |
| 1-EE | Deposition of M.Y.R. (Part 1 of 2) (Nov. 12, 2019) (excerpts) | Document contains personal and identifying information of Y.Z., M.Y.R., and third-party guests. |
| 1-FF | Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) (excerpts) | Document contains personal and identifying information of Y.Z., M.Y.R., and third-party guests. |
| 1-GG | Deposition of F.Z. (Nov. 14, 2019) (excerpts) | Document contains personal and identifying information of Y.Z., M.Y.R., and third-party guests. |

| Exhibit No. | Item | Description |
|---|---|---|
| 1-HH | Exhibit 8, Y.Z. and M.Y.R.'s Responses to Disney's First Set of Interrogatories (May 4, 2016), to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | Interrogatory responses contain personal and identifying information of Y.Z. and M.Y.R. |
| 1-II | Exhibit 7, Y.Z. DAS Card, to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | Document contains personal and identifying information of Y.Z. and M.Y.R. |
| 1-JJ | Exhibit 1, Y.Z. Medical Record (YZ,MYR0028 to YZ,MYR0040), to the Deposition of M.Y.R. (Part 1 of 2) (Nov. 12, 2019) | Document contains personal and identifying information of Y.Z. and M.Y.R. |
| 1-KK | Exhibit 2, Y.Z. Medical Record (YZ,MYR0013 to YZ,MYR0025), to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | Document contains personal and identifying information of Y.Z. and M.Y.R. |
| 1-LL | Exhibit 4, Y.Z. Medical Record (YZ,MYR0001 to YZ,MYR0007), to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | Document contains personal and identifying information of Y.Z. and M.Y.R. |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

| Exhibit No. | Item | Description |
|---|---|---|
| 1-MM | Exhibit 10, Wait Time Summary Report, to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | Document contains proprietary information on wait times and personal identifying information of M.Y.R. |
| 2-G | WDW and DLR Guest Assistance Card (GAC) Distribution and Usage (DisneyCA-TP0017877) | Document discusses confidential data regarding park attendance numbers, GAC distribution, and other park statistics and metrics. |
| 2-J | WDW Guest Assistance Card (GAC) Impact -- Toy Story Mania Scenario (DisneyCA-TP0017875) | Document discusses confidential data regarding park attendance numbers, GAC distribution, and other park statistics and metrics. |
| 2-K | Email from Alison Armor to Greg Hale et al. (Apr. 16, 2012, 2:56 p.m.) (DisneyCA-TP0020236 to DisneyCA-TP0020237) | Email discusses internal business operations and communications strategy. |
| 2-N | Disney Wait Time Reports for V.J.B. (DisneyCA-TP0132439 to DisneyCA-TP0132465) | Document contains proprietary statistical information on wait times. |
| 2-O | V.J.B. Entitlement Report (DisneyCA-TP0132261) | Document contains personal and identifying information of V.J.B. and proprietary information on wait times. |

[Proposed] Order on Disney's Application To File Under Seal

(No. 2:15-CV-05346-CJC-E)

DM_US 173070905-1.043919.0018

| Exhibit No. | Item | Description |
|---|---|---|
| 2-P | V.J.B. Updated Entitlement Report (DisneyCA-TP0134571) | Document contains personal and identifying information of V.J.B. and proprietary information on wait times. |
| 2-Q | V.J.B. Magic File (DisneyCA-TP132202 to DisneyCA-TP0132205) | Document contains personal and identifying information of V.J.B. |
| 2-R | K.A.C. and J.L.C.'s Entitlement Report (DisneyCA-TP0132256) | Document contains personal and identifying information of K.A.C. and proprietary information on wait times. |
| 2-S | K.A.C. and J.L.C.'s Updated Entitlement Report (DisneyCA-TP0132904 to DisneyCA-TP0132905) | Document contains personal and identifying information of K.A.C. and J.L.C. and proprietary information on wait times. |
| 2-T | Disney Wait Time Reports for K.A.C. (DisneyCA-TP0131979 to DisneyCA-TP0132082, DisneyCA-TP0132600 to DisneyCA-TP0132803, DisneyCA-TP0133016 to DisneyCA-TP0133214, DisneyCA-TP0133313 to DisneyCA-TP0133424) | Document contains proprietary statistical information on wait times. |

DM_US 173070905-1.043919.0018

| Exhibit No. | Item | Description |
|---|---|---|
| 2-U | Disney Wait Time Reports for Y.Z. (DisneyCA-TP0132493 to DisneyCA-TP0132515, DisneyCA-TP0131737 to DisneyCA-TP0131751) | Document contains proprietary statistical information on wait times. |
| 2-V | Y.Z. Entitlement Report (DisneyCA-TP0132266) | Document contains personal and identifying information of Y.Z. and proprietary information on wait times. |

    SO ORDERED.

THIS __ DAY OF _____, 2020.


                                        _____
                                        Hon. Cormac J. Carney
                                        United States District Judge