# Exhibit 1-I

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

09/18/2015 Bruce Laval
Highly Confidential                                    Page 1

```
 1   UNITED STATES DISTRICT COURT FOR THE
     MIDDLE DISTRICT OF FLORIDA
 2   ORLANDO DIVISION

 3

     A.L. by and through D.L.,
 4   as Next Friend, Parent and
     Natural Guardian, and
 5   D.L., Individually,

 6            Plaintiffs,
                                Case: 6:14-cv-1544-Orl-22GJK
 7   v.

 8   WALT DISNEY PARKS AND
     RESORTS US, INC.,
 9
              Defendant.
10
     _____/
11

12
                    ***HIGHLY CONFIDENTIAL***
13

14

15              DEPOSITION OF BRUCE LAVAL

16                 (Taken by Plaintiffs)

17               Brevard, North Carolina

18            Friday, September 18, 2015

19

20

21

22

23

24          Reported by Marianne S. Aguirre
          Verbatim Court Reporter, Notary Public
25   Transcript produced by computer-aided transcription
```

CaseWorks, Inc.          www.caseworksonline.com          800.955.0541

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

09/18/2015 Bruce Laval
Highly Confidential                                                              Page 2

```
 1                       APPEARANCES

 2    ON BEHALF OF THE PLAINTIFFS:

 3            MR. GEOFFREY PARMER, Esquire
              Dogali Law Group, P.A.
 4            101 East Kennedy Boulevard
              Suite 1100
 5            Tampa, Florida 33602
              Gparmer@dogalilaw.com
 6
      ON BEHALF OF DEFENDANT:
 7
              MR. KERRY SCANLON, Esquire
 8            Kaye Scholer, LLP.
              901 Fifteenth Street NW
 9            Washington, DC 20005
              Kerry.Scanlon@kayescholer.com
10

11

12

13

14

15

16

17

18

19          This is the DEPOSITION of MR. BRUCE LAVAL, a

20    witness called on behalf of Plaintiffs, being taken

21    before Marianne S. Aguirre, Verbatim Reporter and

22    Notary Public, at Neumann Law Firm, 9 Park Place West,

23    Suite 102, Brevard, North Carolina, on the 18th day of

24    September 2015 beginning at 9:03 A.M.

25
```

```
 1                       BRUCE LAVAL,
 2         having been first duly sworn, was examined
 3                   and testified as follows:
 4                         EXAMINATION
 5    BY MR. PARMER:
 6         Q.   Good morning, sir.  Could you first please
 7    state your full name for the record?
 8         A.   Bruce Laval.
 9         Q.   What is your current address?
10         A.   Permanent residence or up here?
11         Q.   Permanent residence.
12         A.   400 Beach Drive Northeast, Unit 1404, St.
13    Petersburg 33701.
14         Q.   Mr. Laval, have you ever been deposed
15    before?
16         A.   Yes.
17         Q.   How many times?
18         A.   Once.
19         Q.   And when was that?
20         A.   Let me see, it would have been in either
21    2002 or possibly early '3, I'm not sure.
22         Q.   And what was that with regards to?
23         A.   With Disney.  I was already retired but
24    there was a -- someone brought suit against Disney on
25    the FastPass.  It never went to -- I was deposed, it
```

09/18/2015 Bruce Laval

Highly Confidential

Page 20

```
 1   developing new theme parks, a second theme park in
 2   Disneyland, a second theme park in Paris, a second
 3   theme park in Tokyo and were opening a new theme park
 4   in Hong Kong.  So I became -- just like what I did
 5   with the Disney-MGM Studios and Epcot, I became the
 6   operating executive responsible for working with the
 7   imagineers, the creative team in terms of providing
 8   input in terms of the design and development of that
 9   from an operating perspective.
10        Q.   At that time in approximately 1998 was there
11   a concern at Disney regarding the length of lines and
12   wait times experienced by guests at the theme parks?
13        A.   In what year?
14        Q.   About that time of 1998.
15        A.   I would say from 1971 through 1998 and
16   beyond wait times is always one of the number one
17   priorities of Disney always.  It was a fundamental
18   principle to ensure that we need to do whatever we can
19   do to minimize wait times.
20        Q.   And why was that important?
21        A.   ███████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████
```

09/18/2015 Bruce Laval — Highly Confidential — Page 21

1 ▉

▉

▉

▉

▉

6    Q.   What is the -- ▉

▉

▉

9    A.   Yes.  You know, ▉

▉

▉

▉

▉

▉

▉

▉

▉

18   ▉

▉

▉

▉

▉

▉

▉

25   Q.   In about that time in 1998 were you involved

CaseWorks, Inc.   www.caseworksonline.com   800.955.0541

Evidence Packet P.0260

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

09/18/2015 Bruce Laval                Highly Confidential                    Page 22

```
 1   with or did you create something that was -- became
 2   known as FastPass?
 3        A.   Yes.
 4        Q.   And can you describe the process that you
 5   went through and how you created FastPass?
 6        A.   It was quite a long process and began -- in
 7   this new role I was responsible for integrated
 8   innovative theme park best practices throughout the
 9   company and the president at that time really
10   challenged me to, you know, we need to continue to do
11   things to eliminate wait time.  And also at that same
12   time we had new technologies, computer technology.
13   And I actually kind of was on a ski trip and it kind
14   of hit me, you know, I had the light bulb go off and I
15   was in the standby line where they fill in, you know,
16   a chair lift goes off and there's two people you kind
17   of fill in, put in the standby line.  And so I said,
18   well, geez, you know, [REDACTED]
          [REDACTED]
          [REDACTED]
          [REDACTED]
22             And for example, if you walk up to the
23   attraction and there's this 60-minute wait, normally
24   you'd have to stand in line for 60 minutes.  So I said
25   well, geez, [REDACTED]
```

CaseWorks, Inc.                www.caseworksonline.com                    800.955.0541

Evidence Packet P.0261

09/18/2015 Bruce Laval  Highly Confidential  Page 23

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11       And so the concept is you're still waiting
12 the same amount of time as you normally would.  The
13 difference is instead of physically standing in line
14 the computer's saving your space, you can go on, see
15 another attraction, do whatever you want to and you
16 come back at the same time that you normally would
17 have been ready to board that attraction if you stood
18 in line.  So that's what the concept of a virtual
19 queue is.
20     Q.   And what benefits, if any, does the virtual
21 queue provide the customer?
22     A.   Oh, tremendous.  And this was all documented
23 in the research we did when we were justifying the
24 system.  First of all, it greatly reduced the amount
25 of time that you had to stand in line because instead

```
 1   Plaintiff's Exhibit Number 5, did you conduct any
 2   independent calculations to verify the accuracy of the
 3   underlying assumptions used?
 4        A.   I reviewed it to make sure I understood it
 5   and the methodology in terms of how those numbers were
 6   calculated, yes, but that's -- that's what I did.
 7        Q.   Well, for example, the -- strike that.
 8             I'm going to go next to --
 9        A.   Are we switching to another exhibit?
10        Q.   Yes, we are.
11        A.   Can I take a restroom break?
12        Q.   Yes, let's just take an overall break.
13             (RECESS TAKEN FROM 11:08 A.M. TO 11:14 A.M.)
14   BY MR. PARMER:
15        Q.   Mr. Laval, I'm going to refer you now back
16   to Plaintiff's Exhibit Number 2, Incremental Re-Ad and
17   Daily DAS Users as a Percent of Attendance.  Did you
18   decide the criteria for the assumptions and data in
19   Plaintiff's Exhibit Number 2 or is that decided by the
20   IEs at Disney?
21        A.   We discussed it.  I wouldn't say it was at
22   my sole discretion, but we discussed it.
23        Q.   And can you relate what specifically you
24   discussed about the criteria or assumption going in to
25   Plaintiff's Exhibit Number 2?
```

09/18/2015 Bruce Laval
Highly Confidential
Page 88

1   A.   Well, it's really -- these two go together.
2   It's kind of hard to separate this.  I thought this
3   was part of Exhibit 6.  But what we were trying to
4   identify is what impact additional usage such as re-
5   ads would have. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
12  Q.   And did you conduct your own calculations of
13  the underlying data that resulted in the figures on
14  Plaintiff's Exhibit Number 2 or did you rely on the
15  engineers at Disney?
16       MR. SCANLON:  Objection to form.
17       THE WITNESS:  I went through these
18  examples and after seeing them, again, we had
19  talked in methodology and we all understood how
20  it would be put together and I did take and go
21  through the calculations on these to make sure
22  that they're correct, yes.
23  BY MR. PARMER:
24  Q.   And that's the mathematical calculations of
25  the data that's on the face of Exhibit Number 2?

CaseWorks, Inc.    www.caseworksonline.com    800.955.0541

Evidence Packet P.0264

09/18/2015 Bruce Laval  
Highly Confidential  
Page 89

```
 1        A.   Yes.  It's taking this data and then you use
 2   that data to come up with these figures here in terms
 3   of the wait times.  So for example, it went from ▉
     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
 5        Q.   But you didn't compile the underlying data
 6   used to arrive at the figures on Plaintiff's Exhibit
 7   Number 2.  You relied on the engineers at Disney?
 8        A.   To put it together with the methodology that
 9   we had discussed and I agreed with and then I, after
10   seeing this, I went through my own calculations to
11   validate that this methodology that's represented here
12   does represent the correct methodology.
13        Q.   And what calculations are those?
14        A.   You want me to go through it with you?
15        Q.   We don't have to do the actual calculation,
16   but you can just tell me what calculation.
17        A.   This is the existing ▉▉▉▉▉ wait time
18   that you start with.  You want to be able to determine
19   what the new wait time is.
20        Q.   Okay.  Are you talking about Mania?
21        A.   Yeah, do that as an example.  I mean, you
22   can do it with any of them with the same methodology.
23        Q.   So we're talking about page 1 of Plaintiff's
24   Exhibit Number 2, Mania has current standby wait
25   minutes, ▉.  And that's an assumption that was
```

09/18/2015 Bruce Laval     Highly Confidential                Page 90

```
 1    provided by -- the [REDACTED] current standby wait time
 2    would be --
 3         A.   Was the assumption that was what documented
 4    as what the wait time is.
 5         Q.   A peak wait time.
 6         A.   Yeah, during the period that it was taken.
 7    [REDACTED]
      [REDACTED]
 9         Q.   No, I prefer you just write on scratch
10    paper.  You can just describe what figure you're
11    pointing to.
12         A.   [REDACTED]
      [REDACTED]
      [REDACTED] --
15         Q.   And that's the top chart, average PP standby
16    GC for guest carry?
17         A.   Right.
18         Q.   And that's for Mania.  Okay.
19         A.   [REDACTED]
      [REDACTED]
      [REDACTED]
      [REDACTED]
      [REDACTED]
      [REDACTED]
      [REDACTED]
```

09/18/2015 Bruce Laval   Highly Confidential   Page 91

```
 1              ▮▮▮▮▮▮▮▮▮▮▮  I'm assuming.
 2         Q.   Well, I'm not going to hold you to the
 3    figure being correct.  I just want to understand the
 4    calculation.
 5         A.   Well, I want to make sure I can come up to
 6    the same number.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```



1    A.   No.
2         MR. SCANLON:  Objection.  Vagueness.  I
3    think it's confusing.
4         THE WITNESS:  Yeah, I'm -- I am a little
5    confused.
6  BY MR. PARMER:
7    Q.   Okay.  Well, let me start over.  This study
8  in Plaintiff's Exhibit Number 2 makes an assumption
9  based upon a population of DAS users, let's say for
10 example in Mania as one of the subsets, correct?
11   A.   Yes.
12   Q.   And the study purports to say what would the
13 impact be of giving those DAS users, ▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮
15   A.   Yes.
16   Q.   The other assumption the study makes in
17 determining the impact that giving the DAS users ▮
    ▮▮▮▮▮ is that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20   A.   No.
21        MR. SCANLON:  I think that's where the
22   confusion is.
23        THE WITNESS:  No, that's not the case.
24   This shows you all the attractions.  If the guests
25   were given one additional re-ad, they could use

09/18/2015 Bruce Laval  Highly Confidential  Page 98

```
 1    that re-ad at any one of these attractions.  ▮
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 6    So we currently have data of how they use their
 7    current usage of the card.  We know that.  ▮
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      (additional redacted lines)
18  BY MR. PARMER:
19      Q.  Okay.  I see.  And but the data under -- the
20  data that Disney has collected regarding the expected
21  or actual usage of DAS is -- you didn't review any
22  separate written documents other the Plaintiff's
23  Exhibit 2 or the other documents we've talked about in
24  reaching your conclusion?
25      A.  Yeah.  I used these documents here.
```

CaseWorks, Inc.    www.caseworksonline.com    800.955.0541

Evidence Packet P.0270

09/18/2015 Bruce Laval

Highly Confidential                                     Page 112

```
1    STATE OF NORTH CAROLINA)
                            )    C E R T I F I C A T E
2    COUNTY OF RUTHERFORD   )

3

4            I, Marianne S. Aguirre, Verbatim

5    Reporter and Notary Public, do hereby certify that

6    BRUCE LAVAL, was duly sworn by me prior to the taking

7    of his deposition; that said deposition was taken by me

8    and transcribed by me and that the foregoing pages

9    constitute a verbatim transcript of the testimony of

10   the said BRUCE LAVAL.  I do further certify that the

11   persons were present as stated.

12           I do further certify that I am not of

13   counsel for or in the employment of any parties to this

14   action, nor do I have any interest, financial or

15   otherwise, in the outcome thereof.

16           IN WITNESS WHEREOF, I have hereunto

17   subscribed my name, this 1st day of October 2015.

18

19                         _____
20                         Marianne S. Aguirre
                           Notary Number: 19961490099
21                         Verbatim Reporter
22

23

24

25
```

```
 1                    WITNESS'S CERTIFICATE

 2

 3         I, BRUCE LAVAL, do hereby certify

 4   that I have read and understand the foregoing

 5   transcript and believe it to be a true, accurate, and

 6   complete transcript of my testimony, subject to

 7   the attached list of changes, if any.

 8
                                    _____
 9                                        BRUCE LAVAL
10
11          This deposition was signed in my presence by
12   ___Bruce Laval___, on the 27th day of
13   ___October___, 2015.
14
15
                                    _____
16                                       Notary Public
17
18   My commission expires: 11/4/2015
```

09/18/2015 Bruce Laval  
Highly Confidential  
Page 115

| | | |
|---|---|---|
| 1 | Page __23__ Line __9__ should | (Page 2 of 2) |
| 2 | read: algorithm predicts how long that line is and how long it would take to get | |
| 3 | Page __24__ Line __12__ should | |
| 4 | read: So what it did is, first of all it | |
| 5 | Page __24__ Line __15__ should | |
| 6 | read: See in a day. and the biggest driver of guest | |
| 7 | Page __39__ Line __9__ should | |
| 8 | read: A. It's over a million dollars. Is that enough range | |
| 9 | Page __45__ Line __9__ should | |
| 10 | read: about them until working on this case | |
| 11 | Page __50__ Line __7__ should | |
| 12 | read: engineering is to provide unbiased facts and they do a | |
| 13 | Page __56__ Line __19__ should | |
| 14 | read: averaged the results for three days | |
| 15 | Page __100__ Line __5__ should | |
| 16 | read: Their guest satisfaction decreases, and as their guest | |
| 17 | Page ____ Line ____ should | |
| 18 | read: | |
| 19 | Page ____ Line ____ should | |
| 20 | read: | |
| 21 | Page ____ Line ____ should | |
| 22 | read: | |
| 23 | Page ____ Line ____ should | |
| 24 | read: | |
| 25 | | |