REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-J

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., by and through S.P., as Next Friend, Parent, and Natural Guardian, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>  Defendant. | Case No 2:15-cv-05346-R-E<br><br>Hon. Judge Manuel Real |

**EXPERT DECLARATION OF BRUCE LAVAL**

I, Bruce Laval, declare as follows:

1. I have been retained to testify as an expert in the above-referenced matter on behalf of Walt Disney Parks and Resorts U.S., Inc. ("Disney"). I have been asked to review certain studies, data and other information related to Disney's Disability Access Service ("DAS") at both Walt Disney World ("WDW") and Disneyland Resort ("DLR"). I have also been asked to provide an opinion on the issues raised by the plaintiffs in this case from the perspective of an industrial engineer and expert on theme park wait times, attraction entitlements that mitigate wait times, and the impact of wait times on guest satisfaction. This report is made based on information available to me at this time and I reserve the right to modify or supplement my report should additional information become available.

2. I am being compensated at a rate of $400 per hour for my time on this matter. My compensation is not dependent on the outcome of this case or on the substance of the opinions in this report.

3. I am a retired industrial engineer and former Executive Vice President of Operations Planning and Development for Walt Disney Parks and Resorts.

1  During my 30-year career with Disney, I held key roles in the planning,
2  development, and operation of many of the Disney Parks around the world.  I hold
3  a Bachelor of Science degree in Industrial & Systems Engineering and a Master of
4  Business Administration from the University of Florida.  My studies included,
5  among other things, operations research, computer simulations, statistical analysis,
6  and other electives involving technical analyses.

7      4.    I joined Disney in 1971 as an Industrial Engineer and was promoted to
8  Manager of the Industrial Engineering Department in 1973.  In 1976, I joined the
9  project development team for Epcot at WDW and was responsible for developing
10 the original design criteria for the park, which quantified the required program and
11 capacity requirements for all public facilities and all other support facilities within
12 the park.  I later was promoted to the position of Director of Administration &
13 Planning for Walt Disney Imagineering.  When Epcot opened in the early 1980s, I
14 assumed the role of General Manager of Epcot.

15     5.    In 1985, I was promoted to Director of Project Development for what
16 was then known as Disney-MGM Studios, one of the WDW parks.  In that role, I
17 was the lead operating executive responsible for providing all project design criteria
18 and operational input to the creative design team.  In 1989, I was promoted to Vice
19 President of Disney-MGM Studios responsible for the overall operation of the Park.
20 In 1994, I was promoted to Executive Vice President of Theme Parks and oversaw
21 the operation of the Magic Kingdom, Epcot, and Disney-MGM theme parks.  I later
22 assumed the role of Executive VP of WDW Operations, which included
23 responsibility for all of the theme parks and all resort/hotel operations at WDW.

24     6.    In 1998, I was promoted to Executive VP of Operations Planning and
25 Development for Walt Disney Parks and Resorts.  In this role, I was responsible for
26 integrating innovative theme park design with operational best practices for the
27 Company's Theme Parks and Resorts throughout the world.  During this time, I
28

1  invented Disney's FastPass system and was instrumental in the design and
2  implementation of the system throughout all Disney parks worldwide.
3       7.     As an Industrial Engineer ("IE") and Manger of the Industrial
4  Engineering department, I pioneered the development of the process which later
5  became known as "Guestology." Guestology at the time was defined as . . . "*the*
6  *scientific study of the behaviors, needs, and expectations of people in a theme park*
7  *environment, and the application of this knowledge to optimize the operation of*
8  *existing attractions & facilities and the design efficiency of future theme parks.*"
9  Over the years the term Guestology evolved to cover much broader functions, but it
10 was always based on using the most sophisticated technical and quantitative tools to
11 study all aspects of the guests experience and then to use these tools and
12 information to refine, improve, and optimize all aspects of the park operation.
13      8.     [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21      9.     Therefore, there was always a very strong value proposition and
22 motivation on everyone's part at Disney to do whatever was reasonably possible to
23 reduce wait times. In addition, Disney also pioneered the development of themed
24 queue lines and entertainment in the lines wherever possible.
25      10.    Despite these various attempts and strategies to reduce wait times over
26 the years, wait time and its impact on guest satisfaction remained a top priority, and
27 led in the late 1990s to the development of the FastPass system. In developing
28

1  FastPass, I accepted the fact that it is impossible to totally eliminate wait times.

2  ■

3  ■

4  ■    With the availability of new computer technology, the concept of a

5  "Virtual Queue" was conceived.

6  11.   The FastPass system eliminates the physical standing in line problem

7  by establishing a "Virtual Queue" which essentially saves the guest's place in line

8  and then (through an algorithm) projects when the saved place will move to the

9  front of the line and be ready to enter the attraction.  This is accomplished with the

10 issuance of a ticket with an attraction return time on it, which would have been

11 approximately the same time the guest would have entered the attraction if they had

12 stood in line the whole time.  Therefore, instead of standing in a physical line, the

13 guests were now able to spend that previously unproductive time going to other

14 attractions, entertainment venues, shopping, or dining.

15 12.   ■

16 ■

17 ■

18 ■

19 ■

20 ■

21 13.   When FastPass was first implemented, a guest could only get one

22 FastPass at a time and only when they had redeemed that entitlement could they

23 obtain another FastPass time. ■

24 ■

25 ■

26 ■

27 ■

28

HIGHLY CONFIDENTIAL        - 4 -        EXPERT DECL. OF BRUCE LAVAL
                                          (2:15-CV-05346-R-E)

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Therefore, guests entering the park after 12:00 would not have access to the FastPass System and would have to wait in the standby line at all attractions.

14. Implementation of these restrictions was necessary in order to provide everyone equal opportunity and access to the FastPass system throughout the day. In addition to these limitations, on some of the most popular attractions, access to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This also ensured that all guests at the end of the day would still have the opportunity to visit the attraction through the standby line if they were unable to obtain FastPass.

15. Over the years, Disney has continued to expand and make improvements to FastPass. Today, the FastPass+ system at WDW allows guests to reserve, on a first come first serve basis, up to three FastPass times for different attractions each day. They can do this online up to 60 days in advance of their visit. For example, one attraction might be at 10 am, one at 1:30 pm and the third at 4 pm. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. In addition to the three FastPass+ times guests can reserve in advance of their visit to WDW, once those three entitlements have been redeemed, additional FastPasses can be requested if available (one at a time) and that works the same way the original FastPass system worked.

17. The principle behind the Disability Access Service or DAS is similar to the FastPass system, but it is not limited in some of the ways FastPass is. DAS provides an entitlement to persons with cognitive disabilities, such as autism, who state they cannot wait in a traditional queue environment. I am aware of the fact

that Disney adapted DAS because the prior means of accommodating guests with cognitive disabilities, which was called the Guest Assistance Card or GAC, was subject to abuse by guests who claimed they could not wait in a traditional queue environment, even though they may not have had a disability. A guest with a GAC was able to go to any attraction and board through the "backdoor" with little or no wait, or through the shorter FastPass line, and never had to reserve a time in advance. It was, in effect, like having your own premium pass that could be used without limitation at any attraction at WDW or DLR. The GAC privilege was also extended to everyone in the same party of the person with the disability.

18. At WDW, a DAS card can be obtained at the Guest Relations office in each park. When DAS was launched at WDW in October of 2013, it was a physical card that was filled out and issued to the guest requesting it; today it is loaded into the guest's electronic ticket or Magic Band. Similarly, at DLR, a DAS card can be obtained at the Guest Relations office. As with WDW, DLR's DAS program was launched in October of 2013 with physical cards issued to guests; today, DAS is loaded into a guest's electronic park ticket.

19. There are several differences between DAS and FastPass, although the principle is similar. With a DAS card, the guest or anyone in the guest's party can request a return time at an attraction that is 10 minutes less than the posted wait time for that attraction. DAS entitlements never run out for the day and can always be requested.

20. DAS can also be used to access any attraction with a wait time of 10 minutes or less. Because 10 minutes is always subtracted from the posted wait time, on rides with a wait time of 10 minutes or less, the DAS guest and his or her party can bypass the standby line altogether, without having to receive a return time. This is a significant benefit, because the majority of the attractions in the four parks usually have wait times of 10 minutes or less. Thus anyone with a DAS card,

including everyone in that person's party, can go on any of these rides with no wait at all; they essentially are waved in.

21. Under the DAS system, once the return time arrives and the guest redeems the DAS entitlement, he or she can then obtain another return time for the same attraction, or for any other attraction. In addition to the ability to use the DAS card repeatedly throughout the day (and every other day of the guest's visit), the DAS guest can take advantage of the three FastPass+ entitlements discussed above and often one additional entitlement. ███████████████████

███████████████████████████████████████ The holder of this pass may use it to enter the shorter FastPass line at any time of the day at any attraction at DLR and at any attraction in any of the four theme parks at WDW.

22. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████ even if they are the most popular attractions that may have stand-by wait times on busy days of 1-2 hours each.

23. I have reviewed and discussed with the IE team at WDW a study that confirms that wait times for obtaining a DAS card are minimal. This study, which is summarized in Table 2 in Dr. Siskin's Report, measured wait times and transaction times at Magic Kingdom and Epcot in the queue used to request a DAS card. These observations were recorded at Magic Kingdom on July 16 and July 20, 2015, and at Epcot on July 17 and July 21, 2015. The median wait time ████

1
2
3

24. I have reviewed and discussed with the IE team at DLR a study that confirms that wait times for obtaining a DAS card are minimal. This study, which is summarized in Table 3 of Dr. Siskin's report, measured wait times and transaction times in the queues used to request a DAS card. These observations were recorded on January 16, 2016. The results from Table 3 of Dr. Siskin's report shows that at the Disneyland park ("DL"), the median waiting time for service is

For Disney's California Adventure ("DCA"), the typical guest had

25. Despite the fact that a small percentage of DAS users have complained that it is not as good as GAC, overall DAS has been extremely popular, and presumably many if not most of the individuals who have received DAS are guests with cognitive disabilities, because they are the individuals for whom this accommodation was primarily intended.

26. Records from May and June of 2015 show that in those two months alone, there were           and the median number of guests per party was approximately 4, meaning that            in just two months in a single park. The number of parties who used DAS during this period at Hollywood Studios was

1 ▮ and the numbers at Epcot and Animal Kingdom were ▮
2 respectively. *See* Table 1 in Dr. Siskin's Report. Similarly, ▮
3 ▮ were issued at DLR in May and June of 2015 (Exhibit 1 at 2), and therefore,
4 applying an average of 4 guests per party, there were ▮
5 ▮ at DLR during those two months.
6     27. From the inception of DAS on October 9, 2013 to March 31, 2017,
7 there were ▮ at WDW and ▮ at
8 DLR. *See* Exhibit 1, attached hereto. These figures are powerful evidence in my
9 opinion that DAS is working for the persons with cognitive disabilities for whom it
10 was principally designed.
11     28. There are many reasons in my opinion why DAS has been extremely
12 popular among persons with cognitive disabilities, and this is obvious from several
13 studies Disney has conducted. At WDW in FY 2014, for example, the standby wait
14 time that most guests experienced at the Seven Dwarfs Mine Train was, on average,
15 ▮ The wait time during peak hours for
16 the FastPass line which DAS users go through was only ▮ for the same
17 attraction. Another popular attraction at Magic Kingdom, Splash Mountain, had an
18 average standby wait time of ▮ and a FastPass wait time of only ▮
19 ▮ Guests using the standby line at Peter Pan's Flight waited ▮ on
20 average during FY 2014 while DAS guests using the FastPass line only waited ▮
21 ▮ These types of differences are apparent for many other Magic Kingdom
22 attractions. *See* Exhibit 2, attached hereto.
23     29. Similarly, at DLR in FY 2014, the standby wait time that most guests
24 experienced at DCA's Radiator Springs attraction was on average ▮
25 ▮ The wait time during peak hours for the
26 FastPass line which DAS users go through was only ▮ for the same
27 attraction. Another popular attraction at Disneyland, Splash Mountain, had an
28

HIGHLY CONFIDENTIAL      - 9 -      EXPERT DECL. OF BRUCE LAVAL
(2:15-CV-05346-R-E)

1  average standby wait time of ▮▮▮ and a FastPass wait time of only ▮
2  ▮▮▮ Guests using the standby line at Space Mountain waited ▮▮▮ on
3  average during FY 2014 while DAS guests using the FastPass line only waited ▮
4  ▮▮▮ These types of differences are apparent for many other Disneyland
5  attractions.  *See* Exhibit 3, attached hereto.

6  30.  In short, having a DAS card provides a guest with faster access to the
7  premium or most popular attractions than what is experienced by guests without
8  DAS, who must frequently wait in long queues.  Instead of being stuck in line, a
9  DAS guest and his party have nearly unlimited opportunities to experience other
10 things during the time they have between obtaining a return time and redeeming
11 that entitlement.  For example, they can watch a parade, search for Disney
12 characters, enjoy looking at castles and other landmarks, shop in one of the many
13 stores, eat lunch, and do many other things.  If they just want to go on more rides,
14 however, they can do that as well.

15 31.  This opportunity to gain immediate access to short-wait attractions is
16 unique to the DAS card.  This can be done all day long, with no limitation, and it
17 perfectly complements the "free time" which all DAS cardholders have prior to
18 each return time, when almost all other guests who want to experience the same
19 attraction are stuck in the standby line.  This opportunity is available at DLR and in
20 each of the four parks at WDW.  Today, Disney also has a smartphone app that
21 shows on a map where the closest attractions are and what the wait time is at each
22 attraction, making it extremely easy for DAS guests to use the time they have to
23 experience other nearby attractions.  This is particularly significant, because if you
24 look at a typical busy summer day in 2014 for example ▮▮ ▮▮▮
25 ▮▮▮▮▮▮▮ of all attraction at Disneyland and ▮ of all
26 attractions at Disney's California Adventure Park had posted wait times under ▮
27 ▮▮ *See* Exhibit 4, attached hereto.
28

1     32.    One of the biggest benefits a DAS guest has is the ability, if he or she
so desires, to experience significantly more rides (including premium rides) in a day than guests without DAS can experience. At WDW, both DAS and non-DAS guests are entitled to three FastPass+ return times which can be scheduled in advance, as described above. Similarly, at DLR, both DAS and non-DAS guests are entitled to use Fast Pass. But that is the only type of quick-entry passes that most guests receive. Except when they use FastPass or redeem a FastPass+ entitlement, most guests have to wait in the standby line for every attraction which has a wait time, and most of the premiere rides have wait times. DAS recipients, however, have two additional tools for avoiding long lines and experiencing more attractions.

    33.    First, they have the DAS itself which they can use, as described, to gain access to both long-wait and short-wait attractions, and this can be done simultaneously. Second, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which I discussed above, and these can be used to obtain near-immediate access to any attraction in any theme park. There is also no time limit on these types of entitlements as long as they are used the same day.

    34.    The combination of DAS, FastPass/FastPass+ and re-ads allows a party which is so inclined to experience a very high number of attractions, including premium attractions, in a single day -- far more than most guests without DAS could experience. This fact was demonstrated in a series of tests done at both WDW and DLR. These tests show that DAS guests, if they so choose, can experience significantly more attractions and spend much less time waiting in queues. Before these studies were conducted, I discussed with Disney's Industrial Engineering team the study design, and provided input regarding the number of testers they should use. With respect to the sample sizes used, the studies were conducted over three days at WDW and averaged across the three days, and the

1  DLR study was conducted over two days and averaged across the two days. I also
2  reviewed the team's protocols before the studies began. Once the data was
3  collected, I verified it by reviewing the methodology and rechecking/confirming the
4  mathematical calculations.

5    35. WDW conducted a series of tests using ▮▮▮▮
6  ▮▮▮▮
7  ▮▮▮▮ On July 27, 28 and 29, ▮▮▮
8  ▮▮▮▮
9  ▮▮▮▮
10 ▮▮▮▮
11 ▮▮▮▮
12 ▮▮▮▮
13 ▮▮

14    36. On the first day of testing at Magic Kingdom, when it was raining
15 (which tends to shorten all wait times), on average the DAS tester ▮▮▮
16 ▮▮▮▮. On the second day,
17 on average the DAS tester ▮▮▮▮
18 ▮▮▮ On the final day, on average the DAS tester ▮▮▮
19 ▮▮▮▮ The
20 differences in wait times were also dramatic. On day one, the total amount of wait
21 time the average DAS tester spent in queues was ▮▮▮
22 ▮▮▮▮
23 ▮▮▮▮
24 ▮▮▮▮
25 ▮ *See* Exhibit 5, attached hereto.

26    37. Very similar numbers were produced on days two and three: on day
27 two, the non-DAS tester waited in queues a ▮▮▮
28

1
2
3  ███████████████████████████████████████████████ The
4  third day results were similar overall to the first two days.  *See* Exhibit 5, attached
5  hereto.
6         38.    DLR also conducted a series of tests using ████████████
7  ████████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████████████
9  ████  On January 3 & 4 of 2016, ██████████████████████████████████
10 ████████████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████████████
14 ██████████████████████████████████
15         39.    On the first day of testing at Disneyland, on average the DAS tester
16 █████████████████████████████████████████████████████████████ On
17 the second day, the DAS tester ████████████████████████████████████
18 █████████████████████ The differences in wait times were also dramatic.  The
19 average wait time per attraction was ███████████████████████████████
20 ████████████████████████████████████████████████████████████████
21 ████████████████████ *See* Exhibit 6, attached hereto.
22         40.    Very similar numbers were produced at DCA.  On the first day, the
23 DAS tester ██████████████████████████████████████████████████████
24 ███████  On the second day, the DAS tester ████████████████████████
25 █████████████████████████████████ For the two days this amounted to
26 average per attraction wait times of █████████████████████████████████
27 █████████████████████  *See* Exhibit 6, attached hereto.
28

41. What plaintiffs are seeking here is in essence a request that Disney return to the GAC system. This would be a dangerous path and would, in my opinion, fundamentally alter the operation of WDW and DLR. The way to analyze this issue is rooted in the science of studying the relationship between attraction capacity and wait times. Guest wait time is a function of how many guests are standing in line and the actual processing capacity of the attraction at the time the guests are in line. To calculate the wait time, ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ Because demand (number of guests in line) is constant at any given point in time, then any slight change in the attraction capacity has an immediate impact on the resulting wait time.

42. With the implementation of the FastPass system, a specific percentage of the available attraction capacity is assigned to FastPass users. The remaining attraction capacity is set aside for standby guests. Therefore, when DAS guests use their DAS passes, re-admission passes and FastPasses (or FastPass+s at WDW), this reduces the total amount of capacity that is available for the guests waiting in the standby line, which in turn increases the wait time for the standby line. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒. This demonstrates that any excessive use of non-standard entitlements such as re-ads or GAC abuses can have

43. This principle was played out when GAC was in effect and was studied by the company. In April 2013, the Industrial Engineering (IE) team conducted a study to measure the volume of guests using GAC at select WDW attractions as compared to the percentage of total ridership (hereinafter referred to as the "GAC Easter Study").

44. At the time, Disney estimated that approximately ▓▓▓ of guests at WDW were issued a GAC.

45. In short,

1 ▮

2 ▮ To me, this is like turning civil rights or disability rights

3 on its head.

4     46.    Disney has not performed a similar study at DLR, but it is my expert

5 opinion that, to a reasonable degree of scientific certainty, results similar to what

6 happened at WDW would also occur at DLR. The theme parks at WDW and DLR

7 have many of the same rides, a similar park layout, and the same kinds of line

8 options at the attractions: standby and FastPass lines.

9     47.    If the plaintiffs who have sued Disney were to prevail on their request

10 for relief, which is as I understand it to return to the unfettered, immediate access to

11 all rides and attractions that GAC offered, it would in my opinion have the same

12 impact as was seen in the GAC Easter Study. ▮

13 ▮

14 ▮

15 ▮

16 ▮

17 ▮

18     48. ▮

19 ▮

20 ▮

21 ▮

22 ▮

23 ▮

24 ▮

25 ▮

26 ▮

27 ▮ *See* Exhibit 7, attached hereto.

28

49. The team also studied █████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████.

50. Due to the fact that DLR does not use the Magic Band and does not have access to the same more extensive database, Disney did not perform a similar study at DLR. However, it is my expert opinion that, to a reasonable degree of scientific certainty, results similar to what happened at WDW would occur at DLR.

51. Based on everything I have reviewed and discussed with the industrial engineers at Disney about DAS and based on many years of working in this area, it is my conclusion that DAS provides *faster* access and, if the guest desires, *more* access to more attractions than what a guest at WDW or DLR can experience without DAS.

52. It is my opinion, to a reasonable degree of scientific certainty, that DAS not only reasonably accommodates and provides equal access to guests with disabilities, for whom it may be difficult to wait in a traditional queue, but that it also provides *more* than equal access to such guests overall because they can experience the most popular attractions faster and, if they desire, in greater number than what ████████ of guests at WDW and DLR can do without DAS. Moreover, DAS guests are able to experience these attractions with essentially little or no time waiting in a physical line.

53. It is also my opinion, to a reasonable degree of scientific certainty, that if Disney were required to provide unlimited "backdoor" access to all rides, with no return time that approximates the posted wait time, and if that type of access could be obtained by any guest who simply states that he or she is unable to wait in a traditional queue, significant abuse would result -- as previously documented under the GAC system. It is my opinion, to a reasonable degree of scientific certainty,

[REDACTED]

54. Because of the adverse impact of requiring Disney, in essence, to return to the GAC system, it is my opinion, to a reasonable degree of scientific certainty, that such a requirement would constitute a fundamental alteration of the operation of WDW and DLR and would adversely impact the company and the vast majority of its guests, who would have to endure longer stand-by wait times on the most popular attractions.

I declare under penalty of perjury that the foregoing is true and correct.

May 18, 2017

*Bruce Laval* (signature)
Bruce Laval

**Appendix A**

The following is a list of all cases in which I testified as an expert at trial or by deposition during the previous four years:

- A.L,., et al. v. Walt Disney Parks and Resorts U.S., Inc. (2015)

HIGHLY CONFIDENTIAL

EXPERT DECL. OF BRUCE LAVAL
(2:15-CV-05346-R-E)