# Exhibit 1-K

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**DAS Usage by Month - Starting 10/9/2013**

| Site | Month | Year | Total Issued |
|---|---|---|---|
| Walt Disney World - FL | 10 | 2013 | |
| Walt Disney World - FL | 11 | 2013 | |
| Walt Disney World - FL | 12 | 2013 | |
| Walt Disney World - FL | 1 | 2014 | |
| Walt Disney World - FL | 2 | 2014 | |
| Walt Disney World - FL | 3 | 2014 | |
| Walt Disney World - FL | 4 | 2014 | |
| Walt Disney World - FL | 5 | 2014 | |
| Walt Disney World - FL | 6 | 2014 | |
| Walt Disney World - FL | 7 | 2014 | |
| Walt Disney World - FL | 8 | 2014 | |
| Walt Disney World - FL | 9 | 2014 | |
| Walt Disney World - FL | 10 | 2014 | |
| Walt Disney World - FL | 11 | 2014 | |
| Walt Disney World - FL | 12 | 2014 | |
| Walt Disney World - FL | 1 | 2015 | |
| Walt Disney World - FL | 2 | 2015 | |
| Walt Disney World - FL | 3 | 2015 | |
| Walt Disney World - FL | 4 | 2015 | |

| Site | Month | Year | Total Issued |
|---|---|---|---|
| Disneyland Resort - CA | 10 | 2013 | |
| Disneyland Resort - CA | 11 | 2013 | |
| Disneyland Resort - CA | 12 | 2013 | |
| Disneyland Resort - CA | 1 | 2014 | |
| Disneyland Resort - CA | 2 | 2014 | |
| Disneyland Resort - CA | 3 | 2014 | |
| Disneyland Resort - CA | 4 | 2014 | |
| Disneyland Resort - CA | 5 | 2014 | |
| Disneyland Resort - CA | 6 | 2014 | |
| Disneyland Resort - CA | 7 | 2014 | |
| Disneyland Resort - CA | 8 | 2014 | |
| Disneyland Resort - CA | 9 | 2014 | |
| Disneyland Resort - CA | 10 | 2014 | |
| Disneyland Resort - CA | 11 | 2014 | |
| Disneyland Resort - CA | 11 | 2014 | |
| Disneyland Resort - CA | 12 | 2014 | |
| Disneyland Resort - CA | 1 | 2015 | |
| Disneyland Resort - CA | 2 | 2015 | |
| Disneyland Resort - CA | 3 | 2015 | |
| Disneyland Resort - CA | 4 | 2015 | |

HIGHLY CONFIDENTIAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## DAS Usage by Month

| Site | Month | Year | Total Issued |
|---|---|---|---|
| Walt Disney World - FL | 5 | 2015 | ▮ |
| Walt Disney World - FL | 6 | 2015 | ▮ |
| Walt Disney World - FL | 7 | 2015 | ▮ |
| Walt Disney World - FL | 8 | 2015 | ▮ |
| Walt Disney World - FL | 9 | 2015 | ▮ |
| Walt Disney World - FL | 10 | 2015 | ▮ |
| Walt Disney World - FL | 11 | 2015 | ▮ |
| Walt Disney World - FL | 12 | 2015 | ▮ |
| Walt Disney World - FL | 1 | 2016 | ▮ |
| Walt Disney World - FL | 2 | 2016 | ▮ |
| Walt Disney World - FL | 3 | 2016 | ▮ |
| Walt Disney World - FL | 4 | 2016 | ▮ |
| Walt Disney World - FL | 5 | 2016 | ▮ |
| Walt Disney World - FL | 6 | 2016 | ▮ |
| Walt Disney World - FL | 7 | 2016 | ▮ |
| Walt Disney World - FL | 8 | 2016 | ▮ |
| Walt Disney World - FL | 9 | 2016 | ▮ |
| Walt Disney World - FL | 10 | 2016 | ▮ |
| Walt Disney World - FL | 11 | 2016 | ▮ |
| Walt Disney World - FL | 12 | 2016 | ▮ |
| Walt Disney World - FL | 1 | 2017 | ▮ |
| Walt Disney World - FL | 2 | 2017 | ▮ |
| Walt Disney World - FL | 3 | 2017 | ▮ |

| Site | Month | Year | Total Issued |
|---|---|---|---|
| Disneyland Resort - CA | 5 | 2015 | ▮ |
| Disneyland Resort - CA | 6 | 2015 | ▮ |
| Disneyland Resort - CA | 7 | 2015 | ▮ |
| Disneyland Resort - CA | 8 | 2015 | ▮ |
| Disneyland Resort - CA | 9 | 2015 | ▮ |
| Disneyland Resort - CA | 10 | 2015 | ▮ |
| Disneyland Resort - CA | 11 | 2015 | ▮ |
| Disneyland Resort - CA | 12 | 2015 | ▮ |
| Disneyland Resort - CA | 1 | 2016 | ▮ |
| Disneyland Resort - CA | 2 | 2016 | ▮ |
| Disneyland Resort - CA | 3 | 2016 | ▮ |
| Disneyland Resort - CA | 4 | 2016 | ▮ |
| Disneyland Resort - CA | 5 | 2016 | ▮ |
| Disneyland Resort - CA | 6 | 2016 | ▮ |
| Disneyland Resort - CA | 7 | 2016 | ▮ |
| Disneyland Resort - CA | 8 | 2016 | ▮ |
| Disneyland Resort - CA | 9 | 2016 | ▮ |
| Disneyland Resort - CA | 10 | 2016 | ▮ |
| Disneyland Resort - CA | 11 | 2016 | ▮ |
| Disneyland Resort - CA | 12 | 2016 | ▮ |
| Disneyland Resort - CA | 1 | 2017 | ▮ |
| Disneyland Resort - CA | 2 | 2017 | ▮ |
| Disneyland Resort - CA | 3 | 2017 | ▮ |

HIGHLY CONFIDENTIAL