REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-L

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

## MK Peak Period Data[1]

| Park | Attraction | FY | Avg Peak Period[2] Standby Wait Time (minutes)[3,4,5] | Avg Peak Period[2] FP Wait Time (minutes)[3,4,5] |
|---|---|---|---|---|
| MK | Backstage Magic With Mickey Mouse (Town Square) | 2014 | ■ | ■ |
| MK | Big Thunder Mountain Railroad | 2014 | ■ | ■ |
| MK | Buzz Lightyear's Space Ranger Spin | 2014 | ■ | ■ |
| MK | Cinderella | 2014 | ■ | ■ |
| MK | Rapunzel | 2014 | ■ | ■ |
| MK | Dumbo the Flying Elephant (Storybook Circus) | 2014 | ■ | ■ |
| MK | Enchanted Tales with Belle | 2014 | ■ | ■ |
| MK | Jungle Cruise | 2014 | ■ | ■ |
| MK | Tinkerbell Meet and Greet | 2014 | ■ | ■ |
| MK | Peter Pan's Flight | 2014 | ■ | ■ |
| MK | Seven Dwarfs Mine Train | 2014 | ■ | ■ |
| MK | Space Mountain | 2014 | ■ | ■ |
| MK | Splash Mountain | 2014 | ■ | ■ |
| MK | The Barnstormer at Goofy's Wiseacre Farm | 2014 | ■ | ■ |
| MK | The Many Adventures of Winnie the Pooh | 2014 | ■ | ■ |
| MK | Under the Sea - Journey of The Little Mermaid | 2014 | ■ | ■ |

Notes:
1. 85th %ile Attendance Ranges are as follows: ■
2. Peak period hours are as follows: ■
3. Excludes hours with downtimes.
4. Average hourly GC for scheduled shows could include hours where no shows were performed. ■
5. Wait Time shown is as recorded by FLIK or estimated by Operations.

HIGHLY CONFIDENTIAL

Evidence Packet P.0298