# Exhibit 1-M

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**FY14 Disneyland Resort Attraction Wait Time Assessment**

| Attraction | Avg Peak Period Hourly Standby Wait Time (min) | Avg Peak Period Hourly FP Wait Time (min) |
|---|---|---|
| DCA Radiator Springs | ■ | ■ |
| DCA Soarin' over CA | ■ | ■ |
| DCA Tower of Terror | ■ | ■ |
| DL Indiana Jones | ■ | ■ |
| DL Space Mountain | ■ | ■ |
| DL Splash Mountain | ■ | ■ |
| DL Star Tours | ■ | ■ |

*Notes:*

Column Details and Definitions:

    **Peak Period Hourly Standby Wait Time**- is the average wait time for each attraction in the standby queue during peak period hours.

    **Peak Period Hourly FP Wait Time**- is the average wait time for each attraction in the FP queue during peak period hours.

    *Peak Period Hours ■

    *Excludes hours with ■

    *Wait Time shown is as recorded by FLIK or estimated by Operations.