REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-N

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

## OpSheet Posted Standby Wait Time Report for 6/14/14

| Theme Park [2] | Percentage of minutes posted less than 30 minutes [1] | Percentage of minutes posted less than 20 minutes | Percentage of minutes posted less than 10 minutes | Number of attractions with at least one standby wait time of less than 30 minutes | Number of posted standby wait times updates of less than 30 minutes |
|---|---|---|---|---|---|
| Disney California Adventure Park | | | | | |
| Disneyland Park | | | | | |

[1] Sum of all minutes wait time posted <30  /  sum of minutes operational
[2] Locations that publish show times instead of wait times are not included in this report

### Locations reporting no wait for the day

| Park | Land/Area | Attraction |
|---|---|---|
| Disney California Adventure Park | Disney Animation | Sorcerer's Workshop |
| Disneyland Park | Adventureland | Tarzan's Treehouse |
| Disneyland Park | Fantasyland | Meet the Disney Princesses at the Royal Hall |
| Disneyland Park | Fantasyland | Pixie Hollow |
| Disneyland Park | Fantasyland | Sleeping Beauty Castle Walkthrough |
| Disneyland Park | Frontierland | Big Thunder Ranch |
| Disneyland Park | Magic Eye / Tomorrowland Theater | Captain EO |
| Disneyland Park | Main Street, U.S.A. | Main Street Cinema |
| Disneyland Park | Main Street Vehicles | Fire Engine, presented by National Car Rental |
| Disneyland Park | Main Street Vehicles | Horse-Drawn Streetcars, presented by National Car Rental |
| Disneyland Park | Main Street Vehicles | Horseless Carriage, presented by National Car Rental |
| Disneyland Park | Main Street Vehicles | Omnibus, presented by National Car Rental |
| Disneyland Park | Opera House | The Disneyland® Story presenting Great Moments with Mr. Lincoln |
| Disneyland Park | Tomorrowland | Innoventions |

### Locations with Posted wait times

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disney California Adventure Park | Buena Vista Street | Red Car Trolley | 09:00 |
| Disney California Adventure Park | Bug's Life Theater | Maleficent sneak preview | 09:00 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 09:00 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 11:05 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 11:09 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 11:23 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 19:31 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 19:35 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 19:45 |
| Disney California Adventure Park | Cars Land | Luigi's Flying Tires, presented by Alamo | 20:25 |
| Disney California Adventure Park | Cars Land | Mater's Junkyard Jamboree | 09:00 |
| Disney California Adventure Park | Cars Land | Mater's Junkyard Jamboree | 09:42 |
| Disney California Adventure Park | Cars Land | Mater's Junkyard Jamboree | 10:47 |
| Disney California Adventure Park | Cars Land | Mater's Junkyard Jamboree | 11:24 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 09:00 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 09:11 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 09:24 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 09:36 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 11:10 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 11:35 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 12:28 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 12:37 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 14:23 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 14:38 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 15:40 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 16:15 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 16:42 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 16:48 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 17:06 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 17:56 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 18:07 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 18:22 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 18:26 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 19:32 |

Walt Disney Parks and Resorts Confidential   All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.   1/9

CONFIDENTIAL

Evidence Packet P.0302

## OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 19:35 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 19:41 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 20:08 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 21:50 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 22:27 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 22:33 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 00:04 |
| Disney California Adventure Park | Cars Land | Radiator Springs Racers | 00:13 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 09:35 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 11:09 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 12:01 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 12:25 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 12:30 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 12:43 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 12:59 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 13:55 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 14:16 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 14:28 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 14:40 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 16:41 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 18:06 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 18:08 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 18:15 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 18:27 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 18:52 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 18:55 |
| Disney California Adventure Park | Condor Flats | Soarin' Over California | 19:16 |
| Disney California Adventure Park | Disney Animation | Turtle Talk With Crush | 09:00 |
| Disney California Adventure Park | Flik's Fun Fair | Flik's Flyers | 09:00 |
| Disney California Adventure Park | Flik's Fun Fair | Francis' Ladybug Boogie | 09:00 |
| Disney California Adventure Park | Flik's Fun Fair | Heimlich's Chew Chew Train | 09:00 |
| Disney California Adventure Park | Flik's Fun Fair | Tuck and Roll's Drive'Em Buggies | 09:00 |
| Disney California Adventure Park | Flik's Fun Fair | Tuck and Roll's Drive'Em Buggies | 11:37 |
| Disney California Adventure Park | Flik's Fun Fair | Tuck and Roll's Drive'Em Buggies | 17:22 |
| Disney California Adventure Park | Flik's Fun Fair | Tuck and Roll's Drive'Em Buggies | 18:37 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 09:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 09:01 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 10:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 11:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 12:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 13:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 14:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 15:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 16:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 17:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 18:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 19:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 20:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 21:00 |
| Disney California Adventure Park | Grizzly Peak | Redwood Creek Challenge Trail | 22:00 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 09:00 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 12:55 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 13:41 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 16:52 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 17:52 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 18:24 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 18:36 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 19:24 |
| Disney California Adventure Park | Hollywood Land | Monsters, Inc. Mike & Sulley to the Rescue | 20:42 |

Walt Disney Parks and Resorts Confidental   All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.   2/9

CONFIDENTIAL

Evidence Packet P.0303

OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disney California Adventure Park | Paradise Pier | California Screamin' | 09:00 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 09:27 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 09:30 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 09:37 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 09:55 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 09:57 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 10:06 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 10:36 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 10:58 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 11:26 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 12:03 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 12:25 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 12:40 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 14:50 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 15:17 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 18:17 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 18:35 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 19:34 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 19:50 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 20:30 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 20:33 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 22:28 |
| Disney California Adventure Park | Paradise Pier | California Screamin' | 23:18 |
| Disney California Adventure Park | Paradise Pier | Golden Zephyr | 09:00 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 10:31 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 10:50 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 11:10 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 12:21 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 13:11 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 13:27 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 13:52 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 14:35 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 14:57 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 15:11 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 15:52 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 16:33 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 16:41 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 16:52 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 17:21 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 17:36 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 18:00 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 18:16 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 18:43 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 19:05 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 19:23 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 19:49 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 20:06 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 00:03 |
| Disney California Adventure Park | Paradise Pier | Goofy's Sky School | 01:56 |
| Disney California Adventure Park | Paradise Pier | Jumpin' Jellyfish | 09:00 |
| Disney California Adventure Park | Paradise Pier | King Triton's Carousel | 09:00 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 09:00 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 10:39 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 10:45 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 11:58 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 12:04 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 12:43 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 13:21 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 14:00 |

Walt Disney Parks and Resorts Confidential — All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.

CONFIDENTIAL

## OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 15:47 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 15:58 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 16:05 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 16:11 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 17:35 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 17:53 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 17:57 |
| Disney California Adventure Park | Paradise Pier | Mickey's Fun Wheel | 00:29 |
| Disney California Adventure Park | Paradise Pier | Silly Symphony Swings | 09:00 |
| Disney California Adventure Park | Paradise Pier | Silly Symphony Swings | 11:11 |
| Disney California Adventure Park | Paradise Pier | Silly Symphony Swings | 12:52 |
| Disney California Adventure Park | Paradise Pier | The Little Mermaid - Ariel's Undersea Adventure | 09:00 |
| Disney California Adventure Park | Paradise Pier | The Little Mermaid - Ariel's Undersea Adventure | 12:31 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 09:12 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 09:46 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 10:01 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 10:24 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 11:03 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 11:18 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 12:13 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 12:36 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 13:37 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 16:18 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 16:38 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 17:57 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 19:08 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 20:05 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 20:34 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 20:46 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 21:06 |
| Disney California Adventure Park | Paradise Pier | Toy Story Midway Mania | 21:54 |
| Disney California Adventure Park | The Muppet Theater | Muppet*Vision 3D | 09:00 |
| Disneyland Park | Adventureland | Enchanted Tiki Room | 09:00 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 09:00 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 09:09 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 09:37 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 10:27 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 10:56 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 12:16 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 12:30 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 12:38 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 12:47 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 13:03 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 13:37 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 13:54 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 14:15 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 14:26 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 14:30 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 16:50 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 16:58 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 17:03 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 18:40 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 19:08 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 19:18 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 19:28 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 20:22 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 21:31 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 21:55 |
| Disneyland Park | Adventureland | Indiana Jones Adventure | 23:18 |

Walt Disney Parks and Resorts Confidential — All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park. — 4/9

CONFIDENTIAL

Evidence Packet P.0305

## OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disneyland Park | Adventureland | Jungle Cruise | 09:00 |
| Disneyland Park | Adventureland | Jungle Cruise | 09:13 |
| Disneyland Park | Adventureland | Jungle Cruise | 09:39 |
| Disneyland Park | Adventureland | Jungle Cruise | 09:50 |
| Disneyland Park | Adventureland | Jungle Cruise | 10:08 |
| Disneyland Park | Adventureland | Jungle Cruise | 12:11 |
| Disneyland Park | Adventureland | Jungle Cruise | 13:07 |
| Disneyland Park | Adventureland | Jungle Cruise | 14:16 |
| Disneyland Park | Adventureland | Jungle Cruise | 17:35 |
| Disneyland Park | Adventureland | Jungle Cruise | 18:31 |
| Disneyland Park | Adventureland | Jungle Cruise | 19:00 |
| Disneyland Park | Adventureland | Jungle Cruise | 19:40 |
| Disneyland Park | Adventureland | Jungle Cruise | 21:07 |
| Disneyland Park | Critter Country | Davy Crockett's Explorer Canoes | 11:00 |
| Disneyland Park | Critter Country | Splash Mountain | 09:00 |
| Disneyland Park | Critter Country | Splash Mountain | 10:11 |
| Disneyland Park | Critter Country | Splash Mountain | 10:18 |
| Disneyland Park | Critter Country | Splash Mountain | 10:25 |
| Disneyland Park | Critter Country | Splash Mountain | 10:58 |
| Disneyland Park | Critter Country | Splash Mountain | 11:08 |
| Disneyland Park | Critter Country | Splash Mountain | 11:28 |
| Disneyland Park | Critter Country | Splash Mountain | 13:07 |
| Disneyland Park | Critter Country | Splash Mountain | 13:14 |
| Disneyland Park | Critter Country | Splash Mountain | 13:21 |
| Disneyland Park | Critter Country | Splash Mountain | 13:31 |
| Disneyland Park | Critter Country | Splash Mountain | 13:40 |
| Disneyland Park | Critter Country | Splash Mountain | 13:55 |
| Disneyland Park | Critter Country | Splash Mountain | 14:05 |
| Disneyland Park | Critter Country | Splash Mountain | 14:56 |
| Disneyland Park | Critter Country | Splash Mountain | 15:27 |
| Disneyland Park | Critter Country | Splash Mountain | 15:37 |
| Disneyland Park | Critter Country | Splash Mountain | 15:53 |
| Disneyland Park | Critter Country | Splash Mountain | 17:12 |
| Disneyland Park | Critter Country | Splash Mountain | 17:40 |
| Disneyland Park | Critter Country | Splash Mountain | 17:42 |
| Disneyland Park | Critter Country | Splash Mountain | 17:50 |
| Disneyland Park | Critter Country | Splash Mountain | 18:05 |
| Disneyland Park | Critter Country | Splash Mountain | 19:48 |
| Disneyland Park | Critter Country | Splash Mountain | 20:56 |
| Disneyland Park | Critter Country | Splash Mountain | 21:14 |
| Disneyland Park | Critter Country | The Many Adventures of Winnie the Pooh | 09:00 |
| Disneyland Park | Critter Country | The Many Adventures of Winnie the Pooh | 10:35 |
| Disneyland Park | Critter Country | The Many Adventures of Winnie the Pooh | 11:06 |
| Disneyland Park | Fantasyland | Casey Jr. Circus Train | 09:00 |
| Disneyland Park | Fantasyland | Casey Jr. Circus Train | 09:52 |
| Disneyland Park | Fantasyland | Casey Jr. Circus Train | 11:00 |
| Disneyland Park | Fantasyland | Casey Jr. Circus Train | 12:11 |
| Disneyland Park | Fantasyland | Casey Jr. Circus Train | 16:01 |
| Disneyland Park | Fantasyland | Casey Jr. Circus Train | 18:30 |
| Disneyland Park | Fantasyland | Dumbo the Flying Elephant | 08:00 |
| Disneyland Park | Fantasyland | Dumbo the Flying Elephant | 09:52 |
| Disneyland Park | Fantasyland | Dumbo the Flying Elephant | 11:00 |
| Disneyland Park | Fantasyland | Dumbo the Flying Elephant | 19:47 |
| Disneyland Park | Fantasyland | it's a small world Holiday | 08:00 |
| Disneyland Park | Fantasyland | it's a small world Holiday | 09:00 |
| Disneyland Park | Fantasyland | it's a small world Holiday | 12:54 |
| Disneyland Park | Fantasyland | it's a small world Holiday | 23:30 |
| Disneyland Park | Fantasyland | King Arthur Carrousel | 09:52 |
| Disneyland Park | Fantasyland | King Arthur Carrousel | 11:00 |

Walt Disney Parks and Resorts Confidential    All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.    5/9

CONFIDENTIAL

Evidence Packet P.0306

OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disneyland Park | Fantasyland | King Arthur Carrousel | 12:11 |
| Disneyland Park | Fantasyland | King Arthur Carrousel | 12:31 |
| Disneyland Park | Fantasyland | King Arthur Carrousel | 19:47 |
| Disneyland Park | Fantasyland | King Arthur Carrousel | 19:52 |
| Disneyland Park | Fantasyland | Mad Tea Party | 09:52 |
| Disneyland Park | Fantasyland | Mad Tea Party | 12:11 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 08:00 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 08:06 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 08:29 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 10:35 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 12:04 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 18:50 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 21:40 |
| Disneyland Park | Fantasyland | Matterhorn Bobsleds | 22:00 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 08:00 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 09:52 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 11:00 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 11:39 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 12:11 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 16:01 |
| Disneyland Park | Fantasyland | Mr. Toad's Wild Ride | 19:47 |
| Disneyland Park | Fantasyland | Peter Pan's Flight | 08:00 |
| Disneyland Park | Fantasyland | Peter Pan's Flight | 09:52 |
| Disneyland Park | Fantasyland | Peter Pan's Flight | 11:00 |
| Disneyland Park | Fantasyland | Peter Pan's Flight | 11:39 |
| Disneyland Park | Fantasyland | Peter Pan's Flight | 16:01 |
| Disneyland Park | Fantasyland | Peter Pan's Flight | 17:10 |
| Disneyland Park | Fantasyland | Pinocchio's Daring Journey | 08:00 |
| Disneyland Park | Fantasyland | Pinocchio's Daring Journey | 11:39 |
| Disneyland Park | Fantasyland | Snow White's Scary Adventures | 08:00 |
| Disneyland Park | Fantasyland | Snow White's Scary Adventures | 09:11 |
| Disneyland Park | Fantasyland | Snow White's Scary Adventures | 11:00 |
| Disneyland Park | Fantasyland | Snow White's Scary Adventures | 11:11 |
| Disneyland Park | Fantasyland | Snow White's Scary Adventures | 12:11 |
| Disneyland Park | Fantasyland | Snow White's Scary Adventures | 14:16 |
| Disneyland Park | Fantasyland | Storybook Land Canal Boats | 09:00 |
| Disneyland Park | Fantasyland | Storybook Land Canal Boats | 10:16 |
| Disneyland Park | Fantasyland | Storybook Land Canal Boats | 11:34 |
| Disneyland Park | Fantasyland | Storybook Land Canal Boats | 21:15 |
| Disneyland Park | Fantasyland | Storybook Land Canal Boats | 21:40 |
| Disneyland Park | Fantasyland | Storybook Land Canal Boats | 23:23 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 09:00 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 09:15 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 09:23 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 10:11 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 10:18 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 10:30 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 10:56 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 11:01 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 11:04 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 11:20 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 11:35 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 11:45 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 17:30 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 17:49 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 18:28 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 19:36 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 19:59 |
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 20:11 |

Walt Disney Parks and Resorts Confidential   All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.   6/9

CONFIDENTIAL

Evidence Packet P.0307

## OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disneyland Park | Frontierland | Big Thunder Mountain Railroad | 20:52 |
| Disneyland Park | Frontierland | Mark Twain Riverboat | 10:00 |
| Disneyland Park | Frontierland | Mark Twain Riverboat | 11:25 |
| Disneyland Park | Frontierland | Mark Twain Riverboat | 16:19 |
| Disneyland Park | Frontierland | Pirate's Lair on Tom Sawyer Island | 10:00 |
| Disneyland Park | Frontierland | Sailing Ship Columbia | 11:00 |
| Disneyland Park | Main Street, U.S.A. | Disneyland® Railroad | 09:00 |
| Disneyland Park | Main Street, U.S.A. | Disneyland® Railroad | 11:26 |
| Disneyland Park | Main Street, U.S.A. | Disneyland® Railroad | 23:15 |
| Disneyland Park | Mickey's Toontown | Gadget's Go Coaster | 10:00 |
| Disneyland Park | Mickey's Toontown | Gadget's Go Coaster | 11:51 |
| Disneyland Park | Mickey's Toontown | Gadget's Go Coaster | 15:11 |
| Disneyland Park | Mickey's Toontown | Mickey's House and Meet Mickey | 10:00 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 10:20 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 10:47 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 11:05 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 11:32 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 12:07 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 13:42 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 13:45 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 14:40 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 14:50 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 15:45 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 16:28 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 18:32 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 18:41 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 19:03 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 19:20 |
| Disneyland Park | Mickey's Toontown | Roger Rabbit's Car Toon Spin | 20:17 |
| Disneyland Park | New Orleans Square | Haunted Mansion | 09:00 |
| Disneyland Park | New Orleans Square | Haunted Mansion | 10:48 |
| Disneyland Park | New Orleans Square | Haunted Mansion | 18:41 |
| Disneyland Park | New Orleans Square | Haunted Mansion | 18:54 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 09:00 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 09:52 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 10:45 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 13:07 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 17:38 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 19:42 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 21:01 |
| Disneyland Park | New Orleans Square | Pirates of the Caribbean | 22:47 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 08:00 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 10:14 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 10:19 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 10:40 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 13:23 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 16:32 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 17:08 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 18:27 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 19:01 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 19:25 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 21:20 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 21:57 |
| Disneyland Park | Tomorrowland | Astro Orbitor | 22:36 |
| Disneyland Park | Tomorrowland | Autopia | 08:30 |
| Disneyland Park | Tomorrowland | Autopia | 09:04 |
| Disneyland Park | Tomorrowland | Autopia | 10:21 |
| Disneyland Park | Tomorrowland | Autopia | 10:51 |
| Disneyland Park | Tomorrowland | Autopia | 11:12 |

Walt Disney Parks and Resorts Confidential   All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.

CONFIDENTIAL

OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disneyland Park | Tomorrowland | Autopia | 12:10 |
| Disneyland Park | Tomorrowland | Autopia | 14:15 |
| Disneyland Park | Tomorrowland | Autopia | 14:25 |
| Disneyland Park | Tomorrowland | Autopia | 15:15 |
| Disneyland Park | Tomorrowland | Autopia | 16:04 |
| Disneyland Park | Tomorrowland | Autopia | 20:37 |
| Disneyland Park | Tomorrowland | Autopia | 21:15 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 08:00 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 11:11 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 12:07 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 12:42 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 13:46 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 14:42 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 15:39 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 17:17 |
| Disneyland Park | Tomorrowland | Buzz Lightyear Astro Blasters | 22:13 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 08:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 09:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 10:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 11:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 12:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 13:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 14:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 15:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 16:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 16:45 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 17:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 17:15 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 17:45 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 18:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 19:15 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 19:59 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 21:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 22:00 |
| Disneyland Park | Tomorrowland | Disneyland Monorail | 23:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 08:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 09:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 10:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 11:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 12:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 13:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 14:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 15:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 16:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 17:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 18:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 19:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 20:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 21:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 22:00 |
| Disneyland Park | Tomorrowland | Disneyland® Monorail (DTD) | 23:00 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 08:00 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 08:06 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 09:05 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 09:31 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 09:43 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 10:25 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 10:35 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 12:41 |

Walt Disney Parks and Resorts Confidental   All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.   8/9

CONFIDENTIAL

OpSheet Posted Standby Wait Time Report for 6/14/14

| Park Name | Land/Area | Attraction | Posted Time |
|---|---|---|---|
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 12:58 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 13:07 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 13:50 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 14:18 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 16:30 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 16:56 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 17:03 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 17:46 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 18:33 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 19:10 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 19:41 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 19:45 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 20:23 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 20:37 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 21:21 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 21:48 |
| Disneyland Park | Tomorrowland | Star Tours - The Adventures Continue | 23:07 |

Walt Disney Parks and Resorts Confidential    All wait time data is from OpSheet, and reflects what was published on the electronic signage or wait time applications in the park.    9/9

CONFIDENTIAL

Evidence Packet P.0310

## Attractions included in Reporting

### Disney California Adventure Park

| Attraction |
| --- |
| California Screamin' |
| Flik's Flyers |
| Francis' Ladybug Boogie |
| Golden Zephyr |
| Goofy's Sky School |
| Heimlich's Chew Chew Train |
| Jumpin' Jellyfish |
| King Triton's Carousel |
| Luigi's Flying Tires, presented by Alamo |
| Maleficent sneak preview |
| Mater's Junkyard Jamboree |
| Mickey's Fun Wheel |
| Monsters, Inc. Mike & Sulley to the Rescue |
| Muppet*Vision 3D |
| Radiator Springs Racers |
| Red Car Trolley |
| Redwood Creek Challenge Trail |
| Silly Symphony Swings |
| Soarin' Over California |
| Sorcerer's Workshop |
| The Little Mermaid - Ariel's Undersea Adventure |
| Toy Story Midway Mania |
| Tuck and Roll's Drive'Em Buggies |
| Turtle Talk With Crush |

### Disneyland Park

| Attraction |
| --- |
| Astro Orbitor |
| Autopia |
| Big Thunder Mountain Railroad |

CONFIDENTIAL

| |
|---|
| Big Thunder Ranch |
| Buzz Lightyear Astro Blasters |
| Captain EO |
| Casey Jr. Circus Train |
| Davy Crockett's Explorer Canoes |
| Disneyland Monorail |
| Disneyland® Monorail (DTD) |
| Disneyland® Railroad |
| Dumbo the Flying Elephant |
| Enchanted Tiki Room |
| Fire Engine, presented by National Car Rental |
| Gadget's Go Coaster |
| Haunted Mansion |
| Horse Drawn Streetcars, presented by National Car Rental |
| Horseless Carriage, presented by National Car Rental |
| Indiana Jones Adventure |
| Innoventions |
| it's a small world Holiday |
| Jungle Cruise |
| King Arthur Carrousel |
| Mad Tea Party |
| Main Street Cinema |
| Mark Twain Riverboat |
| Matterhorn Bobsleds |
| Meet the Disney Princesses at the Royal Hall |
| Mickey's House and Meet Mickey |
| Mr. Toad's Wild Ride |
| Omnibus, presented by National Car Rental |
| Peter Pan's Flight |
| Pinocchio's Daring Journey |
| Pirate's Lair on Tom Sawyer Island |
| Pirates of the Caribbean |
| Pixie Hollow |
| Roger Rabbit's Car Toon Spin |
| Sailing Ship Columbia |

CONFIDENTIAL

Evidence Packet P.0312

| |
|---|
| Sleep ng Beauty Castle Walkthrough |
| Snow Wh te's Scary Adventures |
| Splash Mounta n |
| Star Tours   The Adventures Cont nue |
| Storybook Land Canal Boats |
| Tarzan's Treehouse |
| The D sneyland® Story present ng Great Moments w th Mr. L ncoln |
| The Many Adventures of W nn e the Pooh |

CONFIDENTIAL

Evidence Packet P.0313