REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-O

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## July 2015 DAS Audit Study

| | | Attendance | Total Attrs | DAS Attr | Re-Add Attrs | Stand-By | FP+ | Total WT in Queue | Avg WT/Experience |
|---|---|---|---|---|---|---|---|---|---|
| MK - 7/27/15 | DAS | | | | | | | | |
| | Non DAS | | | | | | | | |
| MK - 7/28/15 | DAS | | | | | | | | |
| | Non DAS | | | | | | | | |
| MK - 7/29/15 | DAS | | | | | | | | |
| | Non DAS | | | | | | | | |

**Notes:**
1. Rainy conditions on Day 1
2. Data includes RPC attractions experienced only
3. Column Definitions:
   **Attendance** - Attendance was based on the [REDACTED]
   **Total Attrs** - The total number of attractions experienced
   **DAS Attr** - Number of attractions experienced through DAS return process
   [REDACTED]
   **Stand-By** - Number of attractions experienced after waiting in the stand-by queue
   **FP+** - Number of attractions experienced after waiting in the FP+ queue
   **Total WT in Queue** - The total amount of wait time in queues
   **Avg WT/Experience** - The total wait time in queue divided by the total number of attractions experienced

**HIGHLY CONFIDENTIAL**

Evidence Packet P.0315