REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-P

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Attraction Experience Comparison between DAS Guests and non-DAS Guests

**Disneyland Secret Shopper Study**

| | | Attendance | Total Attrs | Total Attrs Range | DAS Attr | Re-ADD Attrs | Stand-By | FP | No. Priority Attrs | Total WT in Queue | Avg WT/Experience | Avg SB WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DL-1/3/16 | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |
| DL-1/4/16 | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |
| DCA-1/3/16 | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |
| DCA-1/4/16 | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |
| DCA | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |
| DL | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |
| TOTAL | DAS | | | | | | | | | | | |
| | Non DAS | | | | | | | | | | | |

*Notes:*

Column Definitions:

**Attendance -** Attendance was based on the [REDACTED]
**Total Attrs -** The total number of attractions experienced
**Total Attrs Range -** The Minimum and Maximum number of total attractions experienced in a given sample set
**DAS Attr -** Number of attractions experienced through DAS return process [REDACTED]
**Stand-By -** Number of attractions experienced after waiting in the stand-by queue
**FP -** Number of attractions experienced after waiting in the FP queue
**No. Priority Attrs:** Total number of priority attractions experienced
**Total WT in Queue -** The total amount of wait time in queues
**Avg WT/Experience -** The total wait time in queue divided by the total number of attractions experienced
**Avg SB WT -** The average duration the auditors waited in Stand-By queues only