REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-Q

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**July 2015 Incremental Analysis**

| Attraction | Current Standby Wait (minutes) |
|---|---|
| Soarin | ■ |
| Seven Dwarfs Mine Train | ■ |
| Pan | ■ |
| Meet Frozen Princesses | ■ |
| Mania | ■ |

**Resulting Wait Time**

| Attraction | |
|---|---|
| Soarin | ■ |
| Seven Dwarfs Mine Train | ■ |
| Pan | ■ |
| Meet Frozen Princesses | ■ |
| Mania | ■ |

**Wait Time Δ in minutes**

| Attraction | |
|---|---|
| Soarin | ■ |
| Seven Dwarfs Mine Train | ■ |
| Pan | ■ |
| Meet Frozen Princesses | ■ |
| Mania | ■ |

HIGHLY CONFIDENTIAL

Evidence Packet P.0319