REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-S

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

█████████████ Confidential
December 03, 2019                                    1

```
                    *** CONFIDENTIAL ***
 1       UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA

 3

 4   T.P., by and through S.P.,    )

 5   as Next Friend, Parent and    )

 6   Natural Guardian; S.P.,       )

 7   Individually, et al.,         )

 8          Plaintiffs,            )

 9      vs.                        ) No. BC 581528

10   WALT DISNEY PARKS AND         )

11   RESORTS US, INC.,             )

12          Defendant.             )

13

14          The ** CONFIDENTIAL ** videotaped

15   deposition of ████████████, called for

16   examination, taken pursuant to the provisions of the

17   Code of Civil Procedure and the Rules of the Supreme

18   Court of the State of Illinois pertaining to the

19   taking of depositions for the purpose of discovery,

20   taken before DINA G. MANCILLAS, a Certified Shorthand

21   Reporter within and for the State of Illinois,

22   CSR No. 84-3400 of said State, at Suite 4100, 444

23   West Lake Street, Chicago, Illinois, on December 3,

24   2019, at 10:00 a.m.

25
```

Evidence Packet P.0339

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

██████████ Confidential

December 03, 2019                                                    2

```
 1     PRESENT:

 2

 3          DOGALI LAW GROUP, PA,

 4          (101 East Kennedy Boulevard, Suite 1100,

 5          Tampa, Florida  33602,

 6          813-289-0700), by:

 7          MR. ANDY DOGALI,

 8          adogali@dogalilaw.com,

 9               appeared on behalf of the Plaintiffs;

10

11          McDERMOTT, WILL & EMERY,

12          (The McDermott Building,

13          500 North Capitol Street, NW,

14          Washington, D.C.  20001-1531,

15          202-756-8000), by:

16          MR. KERRY ALAN SCANLON,

17          kscanlon@mwe.com,

18          MS. JULIE H. McCONNELL,

19          jmcconnell@mwe.com,

20               appeared on behalf of the Defendant.

21

22

23

24

25
```

Evidence Packet P.0340

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                    9

```
 1              THE VIDEOGRAPHER:  We are now on the

 2       record for the video deposition of ███████████

 3       ███████████ in the matter of T.P. versus Walt

 4       Disney Parks and Resorts, et al.

 5              The time is -- sorry --

 6       10:03 a.m.  Will all present please identify

 7       themselves, beginning with the witness?

 8              THE WITNESS:  ███████████████.

 9              MR. DOGALI:  Andy Dogali, counsel for

10       the plaintiffs.

11              MR. SCANLON:  Kerry Scanlon, counsel

12       for defendant.

13              MS. McCONNELL:  Julie McConnell,

14       counsel for defendant.

15              THE VIDEOGRAPHER:  Will the court

16       reporter please swear in the witness?

17              (The witness was duly sworn.)

18              ███████████████████,

19  called as a witness herein, having been first duly

20  sworn, was examined and testified as follows:

21                    EXAMINATION

22  BY MR. SCANLON:

23       Q.    Good morning.

24       A.    Good morning.

25       Q.    Would you please state your full name
```

Evidence Packet P.0341

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████████████ Confidential
December 03, 2019                                    10

```
 1    and home address for the record?

 2         A.    ████████████████████████████████

 3    █████████████████████.

 4         Q.    And how long have you live -- have you

 5    lived at that address?

 6         A.    A long time.  Probably about 20 years.

 7         Q.    And who lives there with you at the

 8    present time?

 9         A.    My husband, ████████████, my son,

10    ████████████, and my daughter, ████████████.

11         Q.    And how old is your son and daughter

12    right now?

13         A.    My son is 28 years old, and my daughter

14    is 25 years old.

15         Q.    And what is her name?

16         A.    What is her name?

17         Q.    Right.

18         A.    ████████████.

19         Q.    Is she employed?

20         A.    Yes.

21         Q.    Where does she work?

22         A.    She has two jobs, both part-time.  She

23    works at Walgreens, and she works at ████████

24    ████ which is a escape room.

25         Q.    A skate room?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████████████ Confidential
December 03, 2019                                    11

```
 1        A.      Escape.

 2        Q.      What is that?

 3        A.      It's entertainment, I guess you could

 4   say, where a person goes with the families or

 5   their work- -- coworkers, and they go in a room.

 6   And they have to solve puzzles to get out of the

 7   room.  So it's -- it's kind of a collaborative

 8   process.

 9        Q.      Okay.  Is it for children or adults or

10   both?

11        A.      It's for both, but not little children,

12   no.

13        Q.      Okay.  And your son, is he employed at

14   the present time?

15        A.      He is.

16        Q.      Where is he employed?

17        A.      ███████████.

18        Q.      And what does he do there?

19        A.      He's a bagger, and he also is a

20   cashier.

21        Q.      So by "bagger," you mean the person who

22   stands next to the cashier and helps put food in

23   the bags?

24        A.      Correct.

25        Q.      Does he do both of those?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                    12

1      A.     Yes.

2      Q.     And what are his normal hours, if you

3   know?

4      A.     He is part-time.  He's supposed to be

5   only getting 12 hours a week.  Sometimes they go

6   over that, and it's various hours.  He cannot

7   start before 10:00, I think.  We --

8      Q.     Why -- why is that?

9      A.     His doctor -- his doctor -- I'm sorry?

10     Q.     Why is it that he can't start before

11  10?

12     A.     He has trouble with sleeping.  So he

13  has trouble getting up.  He has trouble going to

14  sleep.  Consequently, he has trouble getting up.

15  So he can't start early.

16     Q.     Okay.  And do you know where the

17  12-hour-per-week number came from?  Was it from

18  the employer or from -- from him?

19     A.     That's the minimum number of hours that

20  we were told ███████████ would allow an

21  employee to work, the minimum number of hours.

22     Q.     And does he typically work Monday

23  through Friday, or what are his -- what are the

24  days that he works?

25     A.     Various days.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                          13

```
 1        Q.     Approximately how long per day?

 2        A.     He works between four hours to eight

 3   hours.

 4        Q.     On a day?

 5        A.     On a day.

 6        Q.     So he only works a couple days a week,

 7   is that right?

 8        A.     It depends.

 9        Q.     Well, if he can only work 12 hours per

10   week, and he works four to eight hours, he usually

11   only works a couple days a week, right?

12        A.     They typically give him four-hour

13   shifts because that's his optimum -- with a break,

14   that's -- that's his optimum time frame he can

15   work.

16        Q.     So that would be three days a week on

17   average, right, if he's working --

18        A.     It depends.

19        Q.     -- four days?

20        A.     It depends.

21        Q.     Well, if he's working four days -- four

22   hours -- I'm sorry -- a day, that would be three

23   days a week, right?

24        A.     Correct, but, remember, I said that

25   that is what the minimum is, and they've been
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                          15

```
 1    work hours Friday at noon supposedly.  Sometimes

 2    it's later.

 3              And he'll then find out his hours for

 4    the next week.

 5        Q.    And how long has he been working for

 6    Jewel Foods?

 7        A.    About two years.

 8        Q.    And during that time, would you say

 9    that his average time per week has -- has been

10    somewhere between 12 and 20 hours per week?

11        A.    I don't know what his average is, but

12    it's --

13        Q.    Somewhere in that range?

14        A.    It's in that range.

15        Q.    Okay.  And you mentioned that he takes

16    breaks, is that right?

17        A.    Correct.

18        Q.    How often is he allowed to take a

19    break, if you know?

20        A.    I don't know.

21        Q.    You don't know how long the breaks are?

22        A.    I don't.

23        Q.    How do you know he takes them?

24        A.    He tells me.

25        Q.    What does he tell you about the breaks?
```

Evidence Packet P.0346

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    67

```
 1   know, considered our area college -- community

 2   college.

 3        Q.    Right.  Okay.  Did she ever graduate?

 4        A.    Oh, yes.

 5        Q.    And did [REDACTED] graduate from

 6   Valparaiso?

 7        A.    Yes.

 8        Q.    With a -- a BS degree?

 9        A.    Uh-huh.

10        Q.    Do you know what his grade point

11   average was?

12        A.    I don't.

13        Q.    Was it pretty good?

14        A.    It was good.

15        Q.    Do you know if he graduated with

16   honors?

17        A.    I think he did, but not the highest

18   honors.

19        Q.    You mean he wasn't a summa cum laude?

20   Is that what you mean?

21        A.    That's what I mean.

22        Q.    And do you know what -- when he was at

23   Valparaiso -- and I'm talking about the academic

24   year.  I know you said he came home during the

25   summer.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                              69

```
1        A.     Well, he picked the major.

2        Q.     Okay.  What major was it?

3        A.     Meteorology.

4        Q.     Okay.  And then when he chose that

5    major, then he took courses that were related to

6    meteorology, right?

7        A.     Right.

8        Q.     I've seen references in the records to

9    the -- he was interested in storm chasing, and

10   he --

11       A.     Yes.

12       Q.     -- did some of that --

13       A.     Yes.

14       Q.     -- at times?  And I don't have a lot of

15   knowledge about -- is that where they sort of

16   track hurricanes or -- or -- or -- or -- or

17   tornados?

18       A.     Tornados mostly and other types of

19   storms.

20       Q.     And how do they go about tracking if

21   it's a tornado?

22       A.     They look at the models, from what I

23   understand.  There's various models, and then they

24   look at where they think, you know, based on

25   geography, the storm might become an issue or hit
```

```
 1    that a single room, or did he have roommates?

 2         A.    So his first semester -- I'm not sure

 3    if it's first semester or first year -- he had a

 4    roommate.  And then from then on, it -- I think it

 5    was only one semester -- he did not have a

 6    roommate.  It did not work out for him too well.

 7         Q.    Do you remember the roommate's name?

 8         A.    No.

 9         Q.    So the second year, when he was in the

10    dorm, he didn't have a roommate?

11         A.    Correct.  He was in a single.  That was

12    part of his accommodations.

13         Q.    Did he get an accommodation of more

14    test -- more time to take tests?

15         A.    Yes.

16         Q.    How much more time did he get?

17         A.    I don't remember.  I -- I want to say

18    either time-and-a-half or double time.

19         Q.    Were his tests usually in class or were

20    they take-home exams, do you remember?

21         A.    He would -- from what I understand, he

22    would -- they were in class, but he would go to a

23    quiet place.  That was part of his accommodation.

24    To take the test, he could go to a quiet place,

25    and that was usually administered through the
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                              77

```
 1    disability office personnel.

 2         Q.     So if students were given two hours to

 3    take an exam, he would be given 3-1/2 or 4 hours?

 4         A.     Something like that, yeah.

 5         Q.     Okay.  And did he usually take

 6    advantage of that time, or did he call and say, "I

 7    didn't need it.  I finished it in the regular

 8    amount of time"?

 9         A.     Both.  He did both.

10         Q.     He did both?

11         A.     Yeah.

12         Q.     Sometimes he would use all the time,

13    and sometimes he would finish --

14         A.     Correct.

15         Q.     -- in the normal time?

16         A.     From what I understand, yes.

17         Q.     Do you have any idea how long the exams

18    were?

19         A.     I do not.

20         Q.     No idea?

21         A.     No, I don't.

22         Q.     And when he was taking those exams, he

23    was by himself, or he didn't have any assistants

24    or tutors or anything like that, right?

25         A.     Right.  I mean, it was his knowledge
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                          85

1    games?

2         A.     Video games are a real problem for us.

3         Q.     He plays a lot of video games, doesn't

4    he?

5         A.     Yes, he does.

6         Q.     Until late at night?

7         A.     All the time.

8         Q.     Right.  And sometimes into the early

9    morning, right?

10        A.     Right.

11        Q.     Until 2 or 3 a.m.?

12        A.     Sometimes.

13        Q.     Which is part of the reason it's hard

14   for him to get up in the morning, right?

15        A.     Part of it.

16        Q.     What's the other part?

17        A.     He just can't shut his mind down.

18        Q.     Right.  But if you don't go to sleep

19   until the middle of the night, it's going to be

20   hard to get up in the morning, right?

21        A.     That's correct.

22        Q.     Is that something that you're having an

23   ABA therapist look at now, that issue?

24        A.     We don't have an ABA therapist right

25   now.

Evidence Packet P.0351

Confidential
December 03, 2019                                    93

```
 1    game.

 2            So they thought that was -- that was a

 3    good way for him to manage time better.

 4       Q.    But you said when he was in public.

 5    What -- what do you mean by being in public?  I --

 6       A.    Anything where he's around people.

 7       Q.    Okay.  But other than being in his

 8    college dorm room, where else would he be that

 9    would be around people that you -- that it was a

10    good idea for him to be using video games?  You're

11    not talking about that he would be walking down

12    the street --

13       A.    I am.

14       Q.    -- playing video games?

15       A.    Yes.

16       Q.    That's what you -- that someone

17    recommended?

18       A.    I don't think they thought it would get

19    to that far, but they said, when he had to wait or

20    when he had to go to the doctor's office, anything

21    where a typical person has to wait and has time

22    that is not well planned, they thought, take his

23    mind off it by giving him another -- you know,

24    something to focus on.

25            They called it multitasking.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                          146

1   successful in the most part except in terms of

2   transition planning."

3            Does that refer to the high schools he

4   went to in that paragraph?

5       A.    ████ and ██████ are the two high

6   schools he went to.

7       Q.    Right.

8       A.    Correct.

9       Q.    So this is talking about his experience

10  and progress at those two high schools, correct?

11      A.    Correct.

12      Q.    And it says -- a couple sentences

13  later, it says, "With respect to his current

14  academic functioning, ████ is an honor roll

15  student and a member of the National Honor

16  Society."

17           Is that accurate, as far as you know?

18      A.    Yes.

19      Q.    And was he in that fifth year of high

20  school at this point, or was it still the fourth

21  year?  You discussed the fifth year when he had

22  the depression.

23           Was this that year or the year before,

24  if you know?

25      A.    I don't know.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    150

 1    that one of his habits was that he would sometimes

 2    lie on the ground when he was tired, right?

 3         A.     Correct.

 4         Q.     And there are quite a few references in

 5    these medical reports to his lying on the ground

 6    or lying on a bench, correct?

 7         A.     Right.

 8         Q.     And that's just something that he does,

 9    right?

10         A.     Not always.

11         Q.     Well, not always, but he has done that

12    frequently, right?

13         A.     I'm having trouble with the -- the word

14    "frequently."  He has done it.  It's a maladaptive

15    behavior.  It's not appropriate for him to do it

16    in many circumstances.  I'm not with him all the

17    time, but when I notice he's doing it, I bring it

18    to his attention and I say, "What's going on?  Why

19    are you laying down?"  Try to get him to

20    understand.

21         Q.     But the -- the fact is these medical

22    reports refer to on several occasions the fact

23    that he does this, right?

24         A.     Yes.

25         Q.     Okay.

Evidence Packet P.0354

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                    157

```
 1    temperament where gets bored easily and then

 2    complains endlessly about it."

 3              Do you see that?

 4       A.     I see that.

 5       Q.     Do you agree with that statement?

 6       A.     Partially.

 7       Q.     Do you agree that -- that he fatigues

 8    easily when he's performing tasks, physical tasks?

 9       A.     Yes.

10       Q.     And what is the solution to that?  Is

11    he -- is it to request breaks?  You mentioned that

12    with regard to his job current -- the job he has

13    currently?

14       A.     Partially, yes.  Partially hopefully

15    build up stamina.

16       Q.     Okay.  But he benefits from taking

17    breaks, right?  That's why you wanted them at

18    the -- at the grocery store?

19       A.     Oh, yes.

20       Q.     The reference to "complains endlessly

21    about it," is that something you've seen happen?

22       A.     Yes.

23       Q.     And what do you try to do to counteract

24    that as a -- as a parent?

25       A.     Well, it depends what the situation is,
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                    Confidential
                      December 03, 2019                      174
```

```
1    about apparently some feedback from a program that

2    he was volunteering for.

3              Do you see that?

4         A.    I see "Community Volunteer Work Site

5    Observation."

6         Q.    Uh-huh.  Is that something he

7    participated in as a community volunteer?

8         A.    Supposedly through ███████ High

9    School.

10        Q.    Okay.  And it says down -- if you --

11   about two-thirds of the way down this page, the

12   paragraph starts, "█████ was able to follow the

13   verbal directions of the supervisor and ask

14   questions."

15             Do you see that?

16        A.    I see that.

17        Q.    It says, "He appeared to enjoy the work

18   and his facial expressions were consistent with

19   conversation and environment."

20             Do you see that?

21        A.    Yes.

22        Q.    And then it says, the last sentence,

23   "He demonstrated an awareness of time both with

24   and without cues to look at the clock."

25             Do you see that?
```

███████████ Confidential
December 03, 2019                                    175

1        A.      Yes.

2        Q.      And on the next page, under

3    "Strengths," the first string is -- strength is,

4    "Oriented to time, place, and person."

5              Do you see that?

6        A.      Yes.

7        Q.      And under "Limitations," it lists the

8    limitations here in terms of occupational

9    assessment.  That's what this was.

10             And there's nothing about an inability

11   to wait referenced under "Limitations," is there?

12       A.      Those words are not used.

13       Q.      Would you look at Page 14?  The

14   next-to-last paragraph in the middle.

15             It says, "It is recommended that ███████

16   have a behavior analysis in community settings

17   conducted" -- I think it meant to say "conducted

18   by an individual qualified to do so."

19             Do you see that?

20       A.      The last paragraph before "Money

21   Manage-" --

22       Q.      The next-to-the-last paragraph before

23   "Money Management."

24       A.      Okay.  "It is recommended" -- okay.

25   "Analysis."  Yeah.

                                    ███████ Confidential
                              December 03, 2019                    201

```
 1                        (WHEREUPON, there was a short

 2                        cell phone interruption.)

 3    BY THE WITNESS:

 4        A.    Right.

 5              MR. SCANLON:  That's not a judge's

 6        number.  It's Maryland.  So I'm not answer

 7        it.

 8    BY MR. SCANLON:

 9        Q.    Correct?

10        A.    Correct.

11        Q.    And that's what we talked about earlier

12    in your deposition today, that you felt it was

13    beneficial to him to take breaks, which is why you

14    wanted him to have more breaks at the ████

15    grocery stores, right?

16        A.    Yes.

17        Q.    Okay.  Can I have that back?

18        A.    Oh, yeah.

19                        (Document tendered.)

20                        (████ Deposition Exhibit 9

21                        was marked for identification.)

22                        (Document tendered.)

23              MR. SCANLON:  This is Exhibit?

24              THE COURT REPORTER:  9.

25              MR. SCANLON:  9.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                    231

```
 1   responses to this, correct?
 2            MR. DOGALI:  Object to the form of the
 3       question.
 4   BY THE WITNESS:
 5       A.    It says here, "Disneyland rides, Tower
 6   of Terror, Space Mountain, Cars Rides."
 7   BY MR. SCANLON:
 8       Q.    No.  I'm going back to the document
 9   requests.
10       A.    I think I was referring to this
11   [indicating].
12       Q.    To what?
13       A.    To this answer here [indicating] on --
14       Q.    You're looking at the interrogatory
15   answer?
16       A.    Interrogatory answers, Page 14 and 15.
17   That's what I was referring to.  We did the best
18   effort that we could to try to piece it together
19   of which rides we went on, and if ██████ was on
20   the ride, we would have been using the disability
21   pass.
22       Q.    Okay.  So you're saying that every ride
23   you went on at -- at Disneyland or California
24   Adventure in 2014 was -- you used a DAS card for?
25       A.    With the caveat if there was a short
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                              232

```
 1    wait time, we might have jumped on a ride.

 2         Q.    Okay.  But every other one, you

 3    actually used the DAS card on both days of your

 4    visits?

 5         A.    We tried it, yes.

 6         Q.    No.  My question is, did you use it?

 7    Did you use the DAS card?

 8         A.    Yes.

 9         Q.    Meaning, you got a return time.  You

10    went to the -- at the return time and got on

11    through the FastPass line?

12         A.    Yes.

13         Q.    Okay.  So every ride that you went on

14    in those two days?

15         A.    No.

16         Q.    What were the rides you didn't use it

17    on?

18         A.    There was a caveat I just mentioned.

19    If there was a short --

20         Q.    Okay.

21         A.    -- wait time.

22         Q.    Right.

23         A.    And then I think the second day in

24    Disneyland, we were given two or three of those

25    return or fa- -- we called them fast passes, but I
```

Evidence Packet P.0360

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    233

 1   don't know if it was a return --

 2       Q.     Readmission passes?

 3       A.     Readmission passes.  I think --

 4       Q.     Okay.

 5       A.     -- we got those the second day when I

 6   went back and tried to explain again why it wasn't

 7   working for us.

 8       Q.     Okay.

 9       A.     And we --

10       Q.     You said you got three of those?

11       A.     I think we said we have three of those.

12       Q.     Okay.  So my question, though, goes

13   back to my original document request.

14              Which rides did you use the DAS card

15   for and which rides did you use the readmission

16   passes for?

17       A.     I don't remember.

18       Q.     Okay.  And is this list of rides under

19   Disneyland on Page 15 of your interrogatory

20   answer -- it only mentions three rides.

21              Are those all the rides you went on in

22   two days, or are they all the rides you went on in

23   one day, or what does that mean?

24       A.     We didn't go on very many rides, but I

25   don't remember.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

                                                    Confidential
                              December 03, 2019                    235

1          A.      Those three for sure.

2          Q.      Anything else?

3          A.      Don't recall.

4          Q.      Okay.  And the Disney World list of

5     rides here is -- that's from a 2011 trip?

6          A.      Apparently, yes.

7          Q.      So -- so this thing at the bottom of

8     Page 15 where you list six or seven rides, that

9     had nothing to do with the trip in 2014, did it?

10         A.      Right.  Correct.

11         Q.      So the only rides you can recall from

12    the 2014 day trip, which was a two-day trip, that

13    you went on were Tower of Terror, Space Mountain

14    and Cars Ride, and you don't know whether you used

15    a DAS or whether you used a readmission pass or --

16    with the exception that you might have gone on

17    some shorter wait rides, correct?

18         A.      Correct.

19         Q.      Okay.  So this interrogatory answer

20    does not specify what the document request asks

21    for, does it, which was the rides or attractions

22    visited using your DAS card?

23         A.      I don't keep track of it.

24         Q.      Okay.  But it doesn't answer that

25    question, does it?  Your response does not answer

Evidence Packet P.0362

Confidential
December 03, 2019                            274

```
 1    the disability -- the people --

 2         Q.    Ma'am, I'm just asking you the question

 3    right now.

 4         A.    Right.

 5         Q.    I'm not asking you for an explanation.

 6         A.    Okay.

 7         Q.    I'm just saying, you did not try using

 8    DAS with the FastPass system, even though it's

 9    highly encouraged in 2014, did you?

10         A.    I don't know.

11         Q.    You don't know?  You just said you

12    didn't use it because you didn't know about it?

13         A.    I just said that, but I don't know

14    because my daughter might have.  I don't know if

15    she did or didn't.

16         Q.    Well, apart from your daughter, you

17    didn't use it for your son, right?

18         A.    Well, she would have been in there to

19    help him.

20         Q.    But are you saying that your daughter

21    may have taken your son on -- on a FastPass ride

22    that she got a FastPass?

23         A.    She may have.

24         Q.    Okay.  But -- but as far as you're

25    concerned, you don't know that he ever used
```

Confidential
December 03, 2019                    275

1   FastPass with DAS, do you?

2        A.    Not in 2014.

3        Q.    Right.  And the records indicate that

4   you never used FastPass in that year because we

5   have records of when you used FastPass, and there

6   are no records that you used it --

7        A.    Okay.

8        Q.    -- under your name or any other family

9   name that you have.

10            MR. DOGALI:  Objection.  There's no --

11   BY MR. SCANLON:

12       Q.    So --

13            MR. DOGALI:  -- question pending.

14   BY MR. SCANLON:

15       Q.    So -- so you don't really know whether

16   DAS would work for your son or not if you use it

17   with FastPass, do you?

18       A.    It would be better, but it may not

19   still work.

20       Q.    Right, but you don't know, correct?

21       A.    Correct.

22       Q.    Why do you think Disney puts this on

23   here in such prominent print about using it

24   whenever possible for people with cue-related

25   disabilities, which is what you claim your son

Evidence Packet P.0364

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

█████████████ Confidential
December 03, 2019                            278

```
1              MR. DOGALI:  Asked and answered, and

2        the answer was, "I don't know."

3    BY MR. SCANLON:

4        Q.     Go ahead.

5        A.     I don't know.

6        Q.     And let's talk about DAS by itself,

7    even without FastPass.

8               Given the information on this

9    Exhibit 16, ████████████████████████████

10   ████████████████████████████████████████

11   ████████████?

12       A.     I do.

13       Q.     And do you see that ███████████████

14   ██████████████████████████████████?

15       A.     The document speaks for itself.

16       Q.     Okay.  So your son told one of the

17   doctors that he could -- he could stand up for 20

18   minutes, right?

19       A.     At a time, yes.

20       Q.     Okay.  So he could have stood in the

21   standby line, as long as he took breaks in between

22   rides, right?  If it was a ride --

23       A.     It would depend if he would want to go

24   on that.

25       Q.     What?
```

Evidence Packet P.0365

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                               279

```
 1        A.     It would depend on if he wanted to go

 2   on a ride.

 3        Q.     Sure.  If he wanted to go on a ride and

 4   it was 20 minutes --

 5        A.     He could probably do that.

 6        Q.     Right.  And that -- that would mean 34

 7   of the 57 rides, he could go on without any

 8   accommodation?

 9        A.     If he wanted to.

10        Q.     Right.  Right.  And you don't know that

11   he didn't want to go on the 34 rides here that had

12   █████████████████████, do you?

13        A.     I would probably guess there's some he

14   would not want to be going on, yes.

15        Q.     Sure.  But there's some that he would

16   want to go on, right?

17        A.     Some he would want to go on, right.

18        Q.     Right.  And if he's only going to be

19   there for one day or two days, he's not going to

20   go on any -- every ride anyway, right?

21        A.     Oh, correct.

22        Q.     Okay.  So he would have had plenty of

23   opportunities in a short two-day visit to go on a

24   lot of these rides that had short wait times of 20

25   minutes or less, correct?
```

Evidence Packet P.0366

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████  Confidential

December 03, 2019                                    309

```
 1              Wouldn't you agree that that's kind of
 2    like, no one could do any better than that, right?
 3         A.    I wouldn't like it, but he did.
 4         Q.    What?
 5         A.    I wouldn't like it, but he did.
 6         Q.    What do you mean you wouldn't like it?
 7         A.    I don't like to go on rides.  So --
 8         Q.    Well, right.  But if you liked going on
 9    rides, you can't do any better than going to the
10    front of the line as many times as you want with
11    no wait whatsoever, right?  So, of course, he
12    would prefer that --
13         A.    There was some wait, but, yeah, I -- I
14    understand what you're saying.  Yes.
15         Q.    Of course he would prefer that,
16    wouldn't he?
17         A.    Of course he would.
18         Q.    So he wouldn't enjoy it quite as much
19    as he did then if he couldn't do that, would he?
20         A.    No.
21         Q.    Okay.  What's the next picture?  "Cars
22    Land"?
23         A.    This was in 2014.  So they're kind of
24    mixed up.
25         Q.    Right.  I -- I don't know what order
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    315

```
 1        A.     He's starting to.

 2        Q.     And -- but -- but lying on a floor like

 3   that or lying on a bench was not anything unusual

 4   for him, was it?

 5        A.     It happens sometimes.

 6        Q.     Right, but it happens a lot of times

 7   having nothing to do with Disney, right?

 8        A.     Correct.

 9        Q.     Okay.  And so you don't know what

10   caused -- what may have caused him to lie on the

11   ground like this, do you?

12        A.     Well, he told me he was very frustrated

13   with having to wait.

14        Q.     This is the -- this is the son who you

15   said can't communicate very well verbally, right?

16        A.     Right.

17        Q.     Right.  And do you think that your

18   standing in line to get a -- a special pass is

19   some form of discrimination, that it might --

20   might have taken a few minutes to get that pass?

21              Do you think that was discrimination

22   against him?

23        A.     No.

24        Q.     Okay.  Do you think any other children

25   ever get frustrated at Disneyland?
```

Evidence Packet P.0368

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

██████████████  Confidential
December 03, 2019                                    320

```
 1        A.      Sometimes.

 2        Q.      Okay.  So that would be even more

 3   evidence that if you go to a crowded place that

 4   has lots of people and lots of commotion like a

 5   theme park, it would be a good idea for him to

 6   take breaks, right?

 7        A.      Yes.

 8        Q.      Okay.  The next exhibit I'd like to

 9   show you is 24.

10                      (███████  Deposition Exhibit 24

11                      was marked for identification.)

12                      (Document tendered.)

13   BY MR. SCANLON:

14        Q.      Have you seen this document before?

15        A.      No.

16        Q.      No?

17        A.      No.

18        Q.      You know some of the people that have

19   signed it, right?

20        A.      I do.

21        Q.      And under the second box, it says,

22   "Patient reports substantial use of the internet,

23   which could be impacting on sleep and schoolwork."

24                Do you see that?

25        A.      "Patient" -- "Objective"?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                        331

```
 1    you're recording from the terms and condition

 2    shown on the DAS card.

 3              Do you see that?  Do you see the -- the

 4    part that's quoted in italics?

 5        A.    Yes.

 6        Q.    And one of the things that you quote in

 7    your complaint from the DAS terms and conditions

 8    is, "When utilizing this service" -- referring to

 9    DAS -- "it is possible to experience waits greater

10    than the posted wait time," correct?

11        A.    That's what it says.

12        Q.    That's what it says?

13        A.    That's what it says.

14        Q.    Right.  And so -- so part of your

15    agreement with Disney, if you will, included a

16    provision that said, "We're not guaranteeing any

17    particular length of time that you're going to

18    have to wait using this pass," right?

19              Would you agree with that?

20        A.    It seems like it, yes.

21        Q.    Okay.  And that was part of your

22    agreement with Disney, right, the terms and

23    conditions of the DAS card?

24        A.    Yes.

25        Q.    Okay.  And if you look at
```

Evidence Packet P.0370

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                    353

```
 1    experience.

 2         Q.    Can you answer my question?  I asked

 3    you a question that is much more specific than

 4    that.

 5         A.    I guess --

 6         Q.    I can read it back.

 7         A.    -- I missed your question.

 8         Q.    Okay.  The question was, do you allege

 9    in this case that there was any specific

10    contractual requirement that Disney provide you or

11    your son with a specific level of enjoyment in the

12    parks?

13         A.    I don't know.

14         Q.    You don't know?

15         A.    I don't know.

16         Q.    You don't -- you couldn't identify

17    anything that would do that, can you?

18         A.    I don't know if I allege that.

19              MR. DOGALI:  Objection; ambiguous.

20    BY MR. SCANLON:

21         Q.    No.  The question is, is that your

22    claim in this case?

23              MR. DOGALI:  And the answer was, "I

24         don't know."

25
```

█████████████ Confidential
December 03, 2019                              354

```
 1    BY THE WITNESS:

 2         A.    No.

 3    BY MR. SCANLON:

 4         Q.    And can you identify, based on your

 5    knowledge of the terms and conditions of the park

 6    admission pass or anything like that -- can you

 7    identify any term that would -- that would call

 8    for that kind of agreement, that you were being

 9    provided with a specific level of enjoyment?

10         A.    Not off the top of my head.

11         Q.    Okay.  And you took contracts in law

12    school, right?

13         A.    Yes.

14         Q.    So you know what a contract is?

15         A.    Yes.

16         Q.    Okay.  And are you familiar with the

17    general principle that you don't read into a

18    contract terms that are not there?

19               Are you familiar with that general

20    principle?

21         A.    It depends on what theory of contracts

22    you use.

23         Q.    Are you familiar with that general

24    legal principle?

25         A.    That's one of the legal principles,
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    371

1    take your kids with you or not?

2         A.    What determines -- if -- if it's

3    something that would be something of interest to

4    them would be a factor, whether -- what else?  How

5    we think it would go as a family.

6              Is it a good, you know, kind of family

7    vacation?

8         Q.    So you recently went to Paris via

9    London with your family?

10        A.    Yes.

11        Q.    From Chicago?

12        A.    Yes.

13        Q.    And you took -- you flew to London and

14   took a train to Paris?

15        A.    Yes.

16        Q.    And then you flew home directly from

17   Paris to Chicago?

18        A.    Right.

19        Q.    And how long was that flight?

20        A.    I don't remember.  Six hours, eight

21   hours.  I don't know.

22        Q.    And do you visit family in -- outside

23   of Illinois; for example, in Ohio and other states

24   from time to time?

25        A.    Sometimes.

Evidence Packet P.0373

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                    372

```
 1        Q.     And you've flown to Las Vegas?

 2        A.     Yes.

 3        Q.     With your kids?

 4        A.     Once.

 5        Q.     And you mentioned Carbondale.

 6               Do you -- did you used to drive with

 7   your son to Carbondale and back?

 8        A.     We have done that.

 9        Q.     And that's 4-1/2 hours each way, right,

10   from Frankfort?

11        A.     It sounds about right.

12        Q.     Okay.  What kind of a car do you have?

13        A.     Minivan.

14               MR. SCANLON:  Okay.  Other than waiting

15        to get a ruling from the judge about the

16        questions I wanted to ask you and that

17        interrogatory answer, I'm reserving my right

18        to inquire about that.

19                    Depending on what the Court says,

20        I have no more further questions at this

21        time.

22               MR. DOGALI:  I have no questions.

23               MR. SCANLON:  Thank you.

24               THE VIDEOGRAPHER:  We are going off the

25        record at 7:13 p.m.
```

Evidence Packet P.0374

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    375

```
 1                      CERTIFICATE

 2                          OF

 3                 SHORTHAND REPORTER

 4

 5          I, DINA G. MANCILLAS, a Certified

 6    Shorthand Reporter of the State of Illinois,

 7    CSR License No. 084-003400, do hereby certify:

 8              That previous to the commencement of the

 9    examination of the aforesaid witness, the witness was

10    duly sworn and/or duly affirmed by me to testify the

11    whole truth concerning matters herein;

12              That the foregoing deposition transcript

13    was stenographically reported by me and was

14    thereafter reduced to typewriting under my personal

15    direction and constitutes a true and accurate record

16    of the testimony given and the proceedings had at the

17    aforesaid deposition;

18              That the said deposition was taken before

19    me at the time and place specified;

20              That I am not a relative or employee or

21    attorney or counsel for any of the parties herein,

22    nor a relative or employee of such attorney or

23    counsel for any of the parties hereto, nor am I

24    interested directly or indirectly in the outcome of

25    this action.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential

December 03, 2019                                        376

```
 1          IN WITNESS WHEREOF, I do hereunto set my

 2   hand at Chicago, Illinois, this 5th of December,

 3   2019.

 4

 5

 6

 7

 8        _____

 9        DINA G. MANCILLAS, CSR, RPR, CRR, CLR

10        CSR LICENSE NO. 084-003400

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Evidence Packet P.0376