REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-U

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**CHICAGO NEUROBEHAVIOR SPECIALISTS, LTD.**

700 Ravinia Place     Phone: 708.349.4420
Orland Park, Illinois 60462    Facsimile: 708.349.4421

JOHN D. ATKINSON, PSYD

*Licensed Clinical Psychologist*

## NEUROPSYCHOLOGICAL EVALUATION

**NAME:** ███████████      **DOB:** ██████
**DATES EVALUATED:**   02/15, 03/03, & 9/9/10     **AGE:** 18 years, 8 months

### IDENTIFYING INFORMATION AND REASON FOR REFERRAL

████████████ is an 18 year, 3 month old male who was referred by his parents for a neuropsychological evaluation in order to assess his current level of cognitive functioning, and to assist in post-high school planning. ███████ is in his senior year at ████████████ He lives with his parents and 16-year-old sister.

### BACKGROUND INFORMATION

██████████ parents were interviewed and records were reviewed in order to obtain background information. He is the product of a full-term pregnancy, born via Cesarean section, secondary to a breech presentation. He was slightly jaundiced at birth, but other than this, there were no neonatal complications reported. As an infant, ████ experienced colic, but was otherwise described as a happy baby. He showed vigorous activity when awake and when played with, but was equally often observed playing quietly and generally relaxed. Basic language and motor milestones were achieved on time, as was toilet training.

██████████ parents indicated that he has a long-standing history of significant neurodevelopmental difficulties. ████████ began to exhibit severe behavioral difficulties in preschool when he was 3-years-old. He would reportedly leave the room or building, was very noncompliant, and occasionally displayed aggressive behavior. At home, ████ displayed a great deal of cognitive rigidity and would often throw temper tantrums, which typically consisted of screaming, stomping his feet, throwing things, banging his head, or flailing himself on the floor. When ████ was 4-years-old, he was evaluated and diagnosed with Attention Deficit/Hyperactivity Disorder (ADHD).

████ entered kindergarten at the age of 5. He required special education classes (for language arts), resource services, and speech and language therapy (to improve pragmatic speech skills). He also received occupational therapy to treat fine motor delays and sensory integration dysfunction. Ongoing cognitive, behavioral, and emotional difficulties led to another evaluation when ████ was 6-years-old, which yielded the diagnosis with Asperger's Disorder.

Over the years, ████ has received ongoing services through his school and privately. These services have included speech and language therapy (to enhance social and pragmatic language skills); occupational therapy (to improve sensory integration processing/modulation, fine and gross motor skills, and coordination and motor planning skills); physical therapy; and biofeedback. In addition to the aforementioned diagnoses,

---

ROGER STEFANI, PHD    ❖    FRANK MORDINI, PSYD    ❖    JOHN D. ATKINSON, PSYD

CONFIDENTIAL      FOR ID ████ 12·3·19, DVM     3P-VJB-000173

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

█████ has been identified as having an Expressive Language Disorder and Processing Disorder.

█████ has also received psychiatric treatment throughout the years to address his behavioral and emotional difficulties. Specifically, █████ has experienced problems with impulsivity, emotional regulation, and severe anxiety. Past medications have included Adderall, Ritalin, Focalin, Tenex, Zoloft, Prozac, Effexor, Depakote, Welbutrin, Risperdal, Mirtazapine, Augmentin, Propranolol, Seroquel, Paxil, Imipramine, Indomethicin, Clonidine, Pancrease and Remeron. At the present time, █████ is prescribed Concerta to alleviate ADHD symptoms. █████ also takes Advair and Albuterol as needed for asthma control; he takes Atavan, on occasion, for extreme anxiety, and Nexium (or equivalent medications) for digestive difficulties. He also takes over-the-counter pain medication for headaches and hydrocodone for neck and back pain. . His family is working with Dr. Perez, Psychiatrist, attempting to find a medication to help alleviate his anxiety and help regulate his mood. Many of the medications which have been tried so far have either not helped or had severe side effects.

In terms of █████ academia, he has had an Individual Education Plan (IEP) throughout his entire school career. He has been taught in special education classrooms and included in regular education classes as appropriate. Two years (3rd grade and 5th grade), he received instruction at home by the public school because his emotional outbursts were uncontrolled. He had attended █████ which is an alternative day school for children with autism or other significant developmental, emotional, or behavioral disabilities, between 8th grade and half of his junior year before transferring to █████ (after a period of transition where he attended both schools). █████ has attended summer school every year since childhood. He attended a private day school for summer of 2010 to work on daily living skills, social skills and work skills. He now attends Lincoln-way as a 5th year Senior student. He plans on staying at Lincoln-way as a 6th year Senior student during 2011-2012 or until plans for his future are made.

Even though █████ has completed his credits to graduate, he has missed some of the basic coursework which he may need in going forward with post-secondary schooling. His experience and progress a █████ as reportedly successful in the most part except in terms of transition planning. Victor's current IEP has a primary designation of Autism and a secondary designation under Other Health Impaired (OHI), and a Learning Disability for Written Expression, secondary to ADHD, sensory integration dysfunction, motor apraxia, and Central Processing Disorder. With respect to his current academic functioning █████ s an honor roll student and a member of the National Honor Society. He also attained a 33 on his ACT. When reporting the scores that █████ achieved on the ACT, it is important to document that █████ received extensive tutoring to prepare him for those tests. His attended PSAE and ACT review courses were sponsored by a private vendor at the school. He also received extensive one-to-one instruction at Huntington Learning Center. It is also important to note that he received accommodations on the ACT test but not on the PSAT test.

Despite his strong academic standing, █████ has significant problems with written expression, organization, and verbal expression. He tends to do well on tests, but when it comes to homework, he often forgets necessary materials, feels overwhelmed, procrastinates, cannot get himself organized, and exhibits very poor time management skills.

Page 2 of 17

Evidence Packet P.0401

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████ s intelligent and can remember many rote facts.  He exhibits strength in understanding spatial relationships; however, he has great difficulty with abstract/conceptual information. ████ an honor roll student. He has a good memory and good analytical reasoning skills.  He has difficulty with understanding abstract information and has a delay in processing of information. His adaptive skills appear to be greatly affected including communication, independent functioning, social skills and some of his motor skills. ████ also gets easily overwhelmed. Many times, he needs his work broken into smaller manageable pieces.  He is impulsive, disorganized and distractible, even with daily medication.

████ parents also indicated that any time writing is involved, his academic achievement is adversely affected.  He has difficulty taking notes. He also has difficulty writing papers, from organization to providing details to completing the written product. He is easily frustrated and this impedes his progress. When looking at the teacher reports, concerns were reported by some of ████ teachers regarding Written Expression, especially pertaining to handwriting and processing and organizing information on paper.  Most of his teachers reported problems with handwriting, fine motor skills, and written communication.  Several of the teachers remarked that ████ does not seek assistance when needed and has difficulty in large groups.

In 2009, ████ was evaluated by Amy Jackson, Audiologist of "Hearing Alternatives". The conclusion was that while ████ did not specifically demonstrate an auditory processing disorder, the testing may be biased due to extensive therapies over the years, and he was found to be struggling in 5 of the 6 major areas tested in the Listening Inventory. Those are deficits in linguistic organization, attention, organization, sensory/motor, social/behavior and auditory processes, based on teacher ratings. Also, ████ was found to have executive functioning disorder which affects communication. He was rated "at-risk" for listening in noise and in quiet, auditory memory sequencing, and auditory attention span.

████ motor abilities are inconsistent.  He has received Occupational (OT) and Physical Therapy (PT) over the years and has overcome some of his challenges.  He still has some challenges and receives OT from Children's Therapy Specialists and PT from Mett Therapy Services.

████ has been recently evaluated by METT Therapy and Children's Therapy Services to assess the impact of dyspraxia and hypotonia.  It was determined that he does continue to have poor muscle tone and strength. ████ posture is reported to be a problem along with poor muscle tone and that he tires easily.  These issues cause him pain.  Since the issues will likely affect his academic and vocational successes in the future, they should be further evaluated.  These medical issues also indirectly affect his socialization since he will sometimes lie on the ground when fatigued, and this appears "odd" to his peers and casual observers.  His therapists have suggested that, along with continued therapy and exercises, that ████ undergo a work function evaluation for people with developmental disabilities to further assess his current and future work functional abilities.

████ Social Worker, Nancy Milnes noted that when ████ s under pressure, he becomes very anxious. He is naïve, seems young for his age, and lacks common sense in everyday situations.  He can be impulsive and irritable when under pressure.  If predictable routine is disrupted, he gets overwhelmed and does not know how to

Page 3 of 17

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

regroup and change direction without help from adults. ███ has one or two friends with whom he has limited but regular contact. ███ preoccupied with severe weather, certain old comedy routines, and planning elaborate fund raising events which never happen. He does not understand others' lack of interest in these topics and gets hurt and angry if they do not get involved in repetitive conversations about them. He gets depressed and indignant at their perceived rejection and disinterest. Although he can become angry, he is not aggressive or violent in any way and does not threaten others verbally or physically. Among other statements, Nancy Milnes stated that ███ required a great deal of on-going support in written and oral communications, organization, pragmatics, life skills, social skills, and having realistic expectations of himself and others. His communication disorder greatly interferes with everyday tasks let alone complex conversations which would be required in social conversations and most job settings. He rarely extends a greeting upon meeting or says an appropriate good-bye. He has difficulty expressing his ideas succinctly, clearly, and concisely. He misinterprets nonverbal cues and facial expressions. In conversation, he has difficulty taking turns verbally and has trouble getting to the point. He tends to add in irrelevant information to a conversation that is not on topic. When asked a question, it takes him a long time to formulate a response. He is often immature and oftentimes only gives one word answers or grunts. He has difficulty expressing wants and needs and this often becomes a guessing game for others. He has great trouble staying on topic unless it is a topic of interest. Overall, he has poor expressive language and communication skills. He has a very immature view of the world and is getting lost in the complexities and demands of life as he gets older.

███ case worker through the Department of Rehabilitation Services, Cassandra Hotchiss, stated that due to the severity of ███ disability and as a direct result of functional limitations related to his disability ███ has been accepted into a program which would allow for a "Trial Work" program to ascertain the appropriateness of community-based employments. Expected functional limitations are in the area of communication, self direction, and work skills. DHS also referred ███ to the Evaluation Developmental Center to assist with life skills. (However, there is currently a waiting list.) To date, ███ as had one volunteer work experience which was last spring for approximately 5 hours. Anecdotal information from ███ club sponsors at school or teachers which have taken him into the community, indicated that he tires easily and that he is socially inappropriate. For example, when he gets tired, he sometimes will lay down no matter where he is located.

███ Psychiatrist, Dr. Perez, stated tha ███ current handicaps have been evident throughout his life. ███ as severe social deficits which have been pervasive since childhood; he continues to be anxious; is easily frustrated and, at times, shuts down altogether. He has poor social skills which affects relationship with peers. He is often irritable and complains constantly about how others mistreat him. She stated tha ███ has great difficulty in interacting with his peers at an appropriate developmental level. He has inconsistent eye contact and feels victimized and unappreciated in his interactions with others. He fixates on issues he feels are important to him and is unable to understand why the other kids his age and not interested in the same subject matter. When he gets frustrated by these situations, he feels bullied and victimized by others and therefore can make statements that are interpreted as threatening to others. Because of his very significant developmental, emotional, and social impairments, ███ interactions in an occupational setting will critically affect his ability to maintain consistent employment.

Page 4 of 17

3P-VJB-000176

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Klipfel, who has been following ████ or the last 9 years, indicated that ████ has been diagnosed with several neurologic and orthopedic conditions. These conditions include Autism in the form of Asperger's Disorder, Hypontonia, Global Developmental Delay, Sensory Integration Disorder, and Spastic Bladder Disease. His opinion is that ████ will require specialized services and adult supervision for most of his life.

Recently, ████ complained of chest pains, which necessitated several emergency medical visits for evaluation and treatment. It was determined that most likely the chest pains were caused by anxiety, although his asthma medication may have also been a contributing factor to his acute feelings of anxiety.

████ parents additionally mentioned that he has extreme difficulty with writing. This difficulty primarily relates to the act of writing and the process of organizing his thoughts and producing well-written products with adequate detail. With regard to the act of writing, he does not use cursive writing (except to sign his name) and he has difficulty with writing fast and his work product is often not legible. With regard to producing a well-written product, he struggles. Many times he shuts down and pounds the paper and needs much encouragement.

████ adaptive functioning was recently assessed at By Your Side, An Autism Language Center. The results of the Vineland Adaptive Behavior Scales, Second Edition, generally yielded low to moderately low adaptive functioning abilities in the areas of communication, daily living skills, and socialization. Overall, ████ Adaptive Behavior Composite Score fell in the moderately low range at the 3rd percentile.

Emotionally, ████ ontinues to struggle mightily with significant anxiety and mood regulation problems. As ████ has gotten older, he has taken on more responsibility, but is unable to effectively handle the stress. Adding to this is ████ ongoing social ineptness. His parents indicated that he has trouble reading social cues, initiating contact with others, and often overly personalizes matters in a negative manner. His parents further commented that ████ s a very bright individual who is a nice person, but does not understand the nuances, contradictions, and unpredictable nature of many people and society at large. They are greatly concerned about his ability to function independently as he enters the adult phase of his life.

████ parents have observed that ████ s minimally functional in several essential life skill areas, including self-motivation, asking for and receiving assistance, communication, organization, and knowing what questions to ask and to whom to navigate basic processes. Those include tasks such as ordering a meal at a restaurant, explaining to the doctor or dentist of his medical issues, stating when he is sick or hungry, shopping for food or clothes. He is not able to do tasks that require organizational skills such as applying for college and jobs; therefore he needs extensive assistance. His organizational and writing skills are deficient which means that he is going to need extensive accommodations at post-secondary schools, or at places of employment, if he is ever going to be successful. He will not be able to perform mental tasks because he fatigues easily and because of his temperament where he gets bored easily and then complains endlessly about it. He does not drive nor know how to navigate public transportation systems. He has nervous habits that are socially inappropriate, such as talking to himself or endlessly mumbling about how people have mistreated him, and he often picks at skin and pulls at his hair. ████ scalp often bleeds from this habit and he has bald spots on his head. ████ has great difficulties

Page 5 of 17

Evidence Packet P.0404

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

interacting with his peers. He can fool certain adults who entertain and cater to his eccentricities. He has inconsistent eye contact and feels victimized and unappreciated by others. As stated above, he perseverates on issues he feels are important to him and is unable to understand why the other kids his age are not interested in the same subject matter. This is when he gets frustrated by these situations, he feels bullied and victimized by others and therefore makes statements about hurting other people or property such as "blowing up" stuff. His parents are concerned that, because of his age, comments like this could result in him getting prosecuted as an adult. ███ chooses to tune out others and plays video games rather than socialize with friends. When he eats, he likes to eat with his hands rather than with utensils. He has extreme anxiety. When he gets upset he runs away or throws objects. ███ parents stated that ███ eats a restricted diet and needs reminders to eat healthy. If left to his own devices, he eats candy and cereal. His parents confirm that they have attempted many medications to help him with these issues. Some of these medications have actually caused more adverse effects such as aggression. He receives on-going therapies such as speech, occupational therapy, physical therapy, massage therapy, social language therapy, social work and psychotherapy. ███ participates in special recreation programming and the Special Olympics. However, even these types of programs require his parents to be his personal aide and to transport him to and from events in order to allow him to be successful. Last year ███ competed in special recreation and Olympics for track and basketball. In the summer of 2010 ███ competed in a track event for the Special Olympics in Bloomington, Illinois. Due to other commitments, his parents hired an aide, to stay with him during the event. Unfortunately, ███ collapsed during the event and needed emergency medical care. His parents also explained that, while they are eligible to receive 15 hours per month of respite care, this does not come close to covering the amount of adult care and supervision that ███ needs. They end up hiring a care-worker / nanny to help with caring for ███ and to help transport him to his various therapy appointments.

## BEHAVIORAL OBSERVATIONS

███ presented as a casually dressed, well groomed young man who appeared to be his chronological age. He displayed left hand dominance and wore corrective lenses throughout the evaluation due to myopia. He was polite, cooperative, and engaging. His affect was predominantly blunted and he tended to maintain a serious demeanor throughout the evaluation.

As testing commenced ███ worked diligently, put forth good effort, and appeared to want to do his best. There were no overt signs or symptoms of distractibility, impulsivity, or disinhibition.

Noted throughout the testing was ███ slow rate of processing, especially when trying to formulate answers on verbal tasks. He also exhibited problems with decision making on an executive function test, which greatly increased the completion time of the task. Within this context ███ appeared extremely anxious as he painstakingly attempted to answer questions or make decisions correctly. He often displayed deep, heavy sighs and pulled lightly on his hair, apparently out of the frustration he was feeling. Similar observations of anxiety were also noted on a written expression test. These factors, in part, are why the evaluation required several days to complete.

Page 6 of 17

3P-VJB-000178

Evidence Packet P.0405

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Despite some of these difficulties ▮▮▮ was able to complete all tasks that were asked of him. Therefore, it is felt that the results of this evaluation are a valid and reliable representation of ▮▮▮ current level of neuropsychological functioning.

## TESTS ADMINISTERED

Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV)
Wechsler Individual Achievement Test, Third Edition (WIAT-III)-Selected subtests
California Verbal Learning Test-Second Edition (CVLT-II)
Wide Range Assessment of Memory and Learning-2 (WRAML2)-Selected subtests
Controlled Oral Word Association Test (COWAT)
Trailmaking Test (Parts A & B)
Paced Auditory Serial Addition Test (PASAT)
Stroop Color and Word Test
Rey Complex Figure Test
Wisconsin Card Sorting Test (WCST)
Grooved Pegboard Test
Conners 3 Parent and Rating Scales
Behavioral Assessment System for Children, Second Edition (BASC-2)
        Parent/Teacher/Self-Report Forms
Behavior Rating Inventory of Executive Function (BRIEF)-Self-Report
Beck Depression Inventory, Second Edition (BDI-II)
Beck Anxiety Inventory (BAI)
Gilliam Asperger's Disorder Scale (GADS)
Gilliam Autism Rating Scale, Second Edition (GARS-2)
Thematic Apperception Test (TAT)
Clinical Interview

CONFIDENTIAL

3P-VJB-000179

Evidence Packet P.0406

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## SUMMARY OF TEST SCORES AND FUNCTIONAL LEVELS

### *INTELLECTUAL FUNCTIONING*

#### WAIS-IV

The WAIS-IV evaluates an individual's intellectual abilities in a variety of functional areas including verbal and nonverbal reasoning skills, working memory abilities, and processing speed. Performance outcomes were compared to other individuals in the same cohort.

**Composite Score Summary**

| | Composite Score | Percentile Rank | Functional Level |
|---|---|---|---|
| Verbal Comprehension | | | Above Average |
| Perceptual Reasoning | | | Very Superior |
| Working Memory | | | Very Superior |
| Processing Speed | | | Above Average |
| Full Scale IQ | | | Very Superior |

**Verbal Comprehension Subtest Scores Summary**

| Subtest | Scaled Score | Percentile Rank | Functional Level |
|---|---|---|---|
| Similarities | | | Average |
| Vocabulary | | | Above Average |
| Information | | | Very Superior |

**Perceptual Reasoning Subtest Scores Summary**

| Subtest | Scaled Score | Percentile Rank | Functional Level |
|---|---|---|---|
| Block Design | | | Very Superior |
| Matrix Reasoning | | | Above Average |
| Visual Puzzles | | | Very Superior |

**Working Memory Subtest Scores Summary**

| Subtest | Scaled Score | Percentile Rank | Functional Level |
|---|---|---|---|
| Digit Span | | | Very Superior |
| Arithmetic | | | Very Superior |

**Processing Speed Subtest Scores Summary**

| Subtest | Scaled Score | Percentile Rank | Functional Level |
|---|---|---|---|
| Symbol Search | | | Above Average |
| Coding | | | Above Average |

### *ACADEMIC ACHIEVEMENT*

The Numerical Operations subtest from the WIAT-III was administered to assess current mathematical abilities. Performance outcomes were compared to other individuals at the same grade level.

#### WIAT-III

| Subtest | Standard Score | Percentile Rank | Functional Level |
|---|---|---|---|
| Numerical Operations | | | Very Superior |

Page 8 of 17

CONFIDENTIAL

3P-VJB-000180

Evidence Packet P.0407

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

*Please note:* The Essay Composition subtest from the WIAT-III was also administered; however, the test could not be scored to determine a quantitative number. This was due to ▮▮▮▮ extremely poor handwriting skills, along with other factors that precluded the examiner from quantifying and reporting ▮▮▮▮ performance in a single score. More specifically, in addition to being unable to read much of what ▮▮▮ wrote, he printed all of his letters in capitals and substituted some letters with unknown symbols. Therefore, the required scoring components of Written Mechanics, Theme Development, and Text Organization could not be measured. In assessing ▮▮▮▮▮ performance on this task from a qualitative perspective, from the text that was legible, ▮▮▮ essay was noted to contain fragments, misspellings, run-on sentences, and poor use of conjunctions. In addition, the essay contained many erasure marks and topics within the essay were not separated by paragraphs, which is another important component of the scoring criteria, and suggests that ▮▮▮▮ tremendous difficulty planning and executing his written work. Certain observations of ▮▮▮▮ while conducting this test were also noteworthy. He appeared to be rather anxious and stressed. He oftentimes sighed and pulled at his hair during the test. In general, it seems clear that ▮▮▮ has significant difficulty effectively communicating his thoughts and ideas in writing, and that this type of exercise appears to produce a great deal of tension for ▮▮▮

## MEMORY AND NEW LEARNING

### CVLT-II

This test evaluates verbal learning abilities and requires one to learn a lengthy list of words when provided with repetition of information. It also measures retention of information over time and recognition memory. The key measures of the test and functional levels are listed below. Performance outcomes were compared to other individuals of the same chronological age.

| Key Measures | Functional Level |
|---|---|
| Total recall/overall performance | Above Average |
| 1st trial recall and initial auditory attention span | Average |
| Performance on 5th and last learning trial | Above Average |
| Recall consistency across 5 trials | Average |
| Learning slope across 5 trials | Average |
| List 2 free recall vs. List 1 trial 1 free recall | Average |
| Vulnerability to proactive interference | Average |
| List 1 short delay free recall | Average |
| Vulnerability to retroactive interference | Average |
| List A short delay cued recall | Average |
| List A long delay free recall | Above Average |
| List A long delay cued recall | Above Average |
| Delayed recognition memory | Above Average |

### WRAML2

The Story Memory subtest of the WRAML2 was administered in order to asses ▮▮▮ ability to learn and retain information from paragraph-length stories. Performance outcomes were compared to other individuals of the same chronological age.

Page 9 of 17

CONFIDENTIAL

3P-VJB-000181

Evidence Packet P.0408

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| Subtest | Scaled Score | Functional Level |
|---|---|---|
| Story Memory (Immediate Recall) | ███████ | Above Average |
| Story Memory (Delayed Recall) | | Above Average |

### BASIC VERBAL FLUENCY

### COWAT

This is a test of word and verbal fluency where one is required to generate words beginning with specific letters, and from a semantic category (i.e., animals).

| Subtest | Raw Score | Functional Level |
|---|---|---|
| Total words generated with specific beginning letters | █████ | Superior |
| Semantic category #1 score | | Above Average |

### ATTENTION, IMPULSE CONTROL, AND MENTAL PROCESSING SPEED

### Trailmaking Test (Parts A & B)

Part A of the Trailmaking Test requires one to visually scan and rapidly connect a series of numbers scattered on a page. Part B has the added requirement of shifting one's attention between numbers and letters while maintaining both sequential orders simultaneously. Performance outcomes and functional levels are as follows. Performance outcomes were compared to other individuals of the same chronological age.

| Test | Completion Time | Functional Level |
|---|---|---|
| Trails A | ████████ | Above Average |
| Trails B | | Very Superior |

### PASAT

The PASAT is a measure of information processing and efficiency, concentration skills, and immediate memory. The task requires one to listen to an audio tape of single digit numbers presented in a series, mentally add the first and second digits only and verbally give the sum, then add the second and third digits only and give the sum, and continue adding back-to-back numbers through the series of digits over a span of 4 trials, each progressively faster than the one before.

| Number Correct | Z Score | Functional Level |
|---|---|---|
| ████████ | ████ | Above Average |
| | | Superior |
| | | Superior |
| | | Superior |

### Stroop Color and Word Test

This test is comprised of three different tasks and assesses motor-free processing speed and mental control.

Page 10 of 17

CONFIDENTIAL

3P-VJB-000182

Evidence Packet P.0409

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| Task | T-Score | Functional Level |
|------|---------|------------------|
| Word | █████████ | Borderline |
| Color | █████████ | Low Average |
| Color-Word | █████████ | Average |

### VISUAL MOTOR INTEGRATION, PLANNING, & ORGANIZATION

#### Rey Complex Figure Test

This test requires one to copy a complex figure of integrated geometric shapes. It measures visual constructional ability, visual organizational skills, immediate visual constructional memory, and visual retention over time. Performance outcomes and functional level are as follows. Performance outcomes were compared to other individuals of the same chronological age.

| Subtest | T-Score | Percentile Rank | Functional Level |
|---------|---------|-----------------|------------------|
| Copy | ████████ | ████████ | Average |

### BASIC FINE MOTOR SPEED AND COORDINATION

#### Grooved Pegboard Test

This test assesses fine motor speed and coordination with each hand by manipulating and placing pegs in a pegboard. Performance outcomes were compared to other individuals of the same chronological age.

| Hand | Completion Time | Functional Level |
|------|-----------------|------------------|
| Right (Dominant) | █████████ | Above Average |
| Left (Non-dominant) | █████████ | Above Average |

### EXECUTIVE FUNCTIONING

#### WCST

This is essentially a matching test, and requires nonverbal concept formation, problem solving skills, and the ability to benefit from informational feedback. Performance outcome and functional level are listed below. Performance outcomes were compared to other individuals of the same chronological age.

| Number of Errors | Standard Score | Percentile Rank | Functional Level |
|------------------|----------------|-----------------|------------------|
| ████████ | ████████ | ████████ | Low Average |

It should be noted that, similar to the Essay Composition subtest from the WIAT-III discussed above, this test also appeared to produce extreme anxiety and stress for ████████ He oftentimes sighed and pulled at his hair during this test as well. The nature of the test was very difficult for him, and he mentioned that he did not want to complete the test since (per the perimeters of the test) the examiner kept changing the rules in order

Page 11 of 17

Evidence Packet P.0410

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

to assess his ability to effectively shift thought processes. His low-average score is markedly lower than his general cognitive abilities, suggesting substantial problems with effective problem solving, adjusting his thought processes, maintaining an established pattern of responses, and effectively utilizing cognitive shifting skills.

On the **BRIEF-Self-Report**, clinically significant problems were indicated in the areas of inhibition control, cognitive and behavioral shift, emotional control, self-monitoring, working memory, anticipatory planning and organization, and a task completion. At-risk problems were indicated in the area of external organization of materials.

### SOCIAL, EMOTIONAL, AND BEHAVIORAL ADJUSTMENT

Parent, teacher, and self-report questionnaires were completed in order to assess social, emotional, and behavioral adjustment. Listed below are the names of the questionnaires, areas indicated as maladaptive/problematic, and their degree of severity. Response outcomes were compared to other individuals in the same age group.

On the **Conners 3 Parent Rating Scale**, clinically significant problems were indicated in the areas of oppositional behavior, hyperactivity, anxious-shy behavior, social problems, psychosomatic complaints, at risk behavior for ADHD, restlessness, impulsiveness, and global behavioral difficulties. Borderline level problems were indicated in the area of inattention. Based solely on the results of this questionnaire, ▮▮▮▮ symptoms are elevated to a level of severity that corresponds with diagnostic criteria for ADHD, Combined Type.

On the **BASC 2 – Parent Rating Scale**, clinically significant problems were indicated in the areas of hyperactivity, depression, somatization, atypicality, attention problems, adaptability, activities of daily living, functional communication, anger control, social communication, emotional self-control, executive functioning, negative emotionality, and resiliency. At risk problems were indicated in the areas of aggression, anxiety, social skills, and disruptive behavior.

On the **BASC 2 – Teacher Rating Scale**, clinically significant problems were indicated in the areas of atypicality and social communication. At risk problems were indicated in the areas of depression, withdrawal behavior, adaptability, social skills, functional communication, anger control, emotional self-control, executive functioning, negative emotionality, and resiliency.

On the **BASC 2 – Self-Report**, clinically significant problems were indicated in the areas of social stress, attention problems, hyperactivity, interpersonal relations, anger control, mania (defined as a heightened state of arousal with the inability to relax), and ego strength. At-risk problems were indicated in the areas of attitude toward school, atypicality, locus of control, sense of inadequacy, relations with parents, self-esteem, and self-reliance.

Results of the **BDI-II** indicated that ▮▮▮▮ is reporting "mild" symptoms related to depression.

Results of the **BAI** indicated that ▮▮▮▮ s experiencing "moderate" levels of anxiety.

Page 12 of 17

3P-VJB-000184

Evidence Packet P.0411

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Results of the **TAT** suggested that ▮▮▮▮ experiences a great deal of frustration related to internal conflicts. These conflicts often involve difficulty in making decisions, interpersonal matters, insecurities, and uncertainties about the future. Themes also indicated that ▮▮▮▮ feels a great deal of stress, which often involves interpersonal problems, self-reliance, and the inability to effectively cope with and resolve conflicts. He uses denial and fantasy as defense mechanisms, and conflicts are often left unresolved. There is a sense that ▮▮▮▮ can be rather indecisive, which creates additional stress and anxiety for him, as he is not able to successfully utilize and employ strategies to mitigate difficult emotional states.

### Gilliam Asperger's Disorder Scale-(GADS)

The GADS is a parent questionnaire that contains a series of statements that are rated as observed or not observed. The GADS examines several areas of functioning and, based on the outcome, helps to determine if a child is exhibiting symptoms suggestive of Asperger's Syndrome. The results are compared to other individuals of the same age. The subscales, scaled scores, percentile rankings, and overall Asperger Syndrome Quotient are listed below, along with the interpretation of the probability of Asperger's.

| Subscales | Standard Score | Percentile Rank |
|---|---|---|
| Social Interaction | | |
| Restricted Patterns of Behavior | | |
| Cognitive Patterns | | |
| Pragmatic Skills | | |
| Asperger's Disorder Quotient | | |

The results of the questionnaire yielded the probability of Asperger's Disorder to be "high/probable."

### Gilliam Autism Rating Scale-(GARS-2)

The GARS-2 is a parent questionnaire that contains a series of statements that are rated on different levels of observed behaviors. The GARS examines several areas of functioning and, based on the outcome, helps to determine if a child is exhibiting symptoms suggestive of Autism. The results are compared to other individuals of the same age. The subscales, scaled scores, percentile rankings, and overall Autism Index are listed below, along with the interpretation of the probability of Autism.

| Subscales | Standard Score | Percentile Rank |
|---|---|---|
| Stereotyped Behaviors | | |
| Communication | | |
| Social Interaction | | |
| Autism Index | | |

The results of the questionnaire yielded the probability of Autism to be "very likely."

### IMPRESSIONS

▮▮▮▮▮▮▮ is an 18-year-old young man who was referred by his parents for a neuropsychological evaluation in order to assess his current level of cognitive functioning, and to assist in post-high school planning.

Page 13 of 17

CONFIDENTIAL

3P-VJB-000185

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███ has a long-standing history of significant neurodevelopmental difficulties, which date back to when he was a young boy. He has been diagnosed with ADHD, Asperger's Disorder, Expressive Language Disorder, Central Auditory Processing Disorder, Sensory Integration Disorder, and Motor Apraxia. He has also struggled with mood regulation problems, anxiety, and social dysfunction. Over the years, ███ has required psychiatric care and has been prescribed numerous psychotropic medications to help alleviate problems associated with the various aforementioned conditions. He has additionally received numerous private therapies to help improve his functional abilities. Furthermore, ███ as needed specialized educational programming throughout his academia to help optimize his school functioning. The breadth of ███ needs throughout the years underscores the magnitude of his past, current, and ongoing functional limitations and weaknesses.

The current evaluation continues to provide evidence for significant functional impairments. The most salient finding pertains to problems that are consistent with the diagnosis of Asperger's Disorder. ███ social difficulties have existed since early childhood and continue to the present day. Behavioral questionnaires completed by ███ parents and teacher revealed significant problems in the areas social skills, atypicality, adaptability, and developmental social issues, which are often associated features of Asperger's Disorder. In addition, results from the GADS and GARS-2 revealed substantial problems that were consistent with an Autistic Spectrum Disorder.

Perhaps even more striking and pertinent to ███ functional capabilities were the results of the Vineland Adaptive Scales, Second Edition, recently completed by By Your Side, An Autism Language Center. These results not only corroborate data obtained from background information and past records, but also accentuate the severity of how ███ autistic spectrum disorder impacts his adaptive functioning. In all areas assessed, i.e., communication, daily living skills, and socialization domains, ███ scores consistently fell in the low to moderately low range, and his overall Adaptive Behavior Composite Score indicated that his general, functional adaptability is better developed than only approximately 3% of age-mates.

Another concerning finding in this evaluation relates to ███ emotional level of functioning. Historically ███ has had significant problems related to anxiety and emotional dysregulation. Parent and teacher questionnaires continue to indicate substantial problems with emotional functioning. Clinically significant concerns were indicated in the areas of depression, somatization, anger control, emotional self-control, negative emotionality, and resiliency. ███ self-report questionnaires also indicated that he is experiencing feelings associated with anxiety and depression, along with problems related to social stress, interpersonal relations, anger control, mania (defined as a heightened state of arousal with the inability to relax), reduced ego strength, locus of control, sense of inadequacy, self-esteem, and self-reliance. In addition, results of the TAT suggested that ███ lacks the internal resources to effectively cope with daily stressors and difficult emotional states, which leaves him further vulnerable to states of anxiety, frustration, and depression. Given these results ███ symptoms rise to a level of severity to warrant the diagnosis of Generalized Anxiety Disorder.

Testing data also indicated that ███ continues to demonstrate insufficiencies in the area of language processing, particularly with higher-order, language-based reasoning. Results from the WAIS-IV revealed that ███ erbal reasoning skills area substantially

CONFIDENTIAL

3P-VJB-000186

Evidence Packet P.0413

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

lesser developed that his nonverbal processing abilities. These results are consistent with ███████ history of Expressive Language Disorder, early verbal processing deficits, and ongoing social communication insufficiencies.

Results of the evaluation additionally continue to substantiate the diagnosis of ADHD. Although ███████ tended to perform well on formal measures of attention, he demonstrated considerable difficulties on tasks of mental processing speed and organization, which are often associated features of ADHD. Behavioral questionnaires also revealed ongoing symptoms that are consistent with diagnostic criteria for ADHD, Combined Type. Another poignant and related finding pertains to ███████ executive functioning. Executive functions are a collection of processes that are responsible for guiding, directing, and managing cognitive, emotional, and behavioral functions, particularly during activities and novel problem solving. The term executive function represents an umbrella construct that includes a collection of interrelated functions that are responsible for purposeful, goal directed, and problem solving behaviors. Important aspects of executive functions that relate to the highest levels of cognition include anticipation, judgment, self-awareness, and decision-making. Executive functions are also involved in the regulatory or management functions which include the ability to initiate behavior; inhibit competing actions or stimuli; select relevant tasks/goals; planning and organizing means to solve complex problems; shift problem solving strategies flexibly when necessary; and monitor and evaluate behavior. Results of the WCST suggested substantial weaknesses with executive functions, particularly with adjusting response patterns based on the feedback that was provided by the examiner. ███████ad difficulty establishing and maintaining a set pattern of responses, often deviated from established patterns, tended to provide numerous perseverative responses, and showed general inflexibility and indecisiveness in his response style.

As was stated by ███████ social worker, Nancy Milnes, although he is a highly intelligent and motivated student, he still needs a great deal of ongoing support in written and oral communication, organization, pragmatics, life skills, social skills, and having realistic expectations of himself and others. ███████ will need extensive support and training to be ready to enter the work force. Although he is highly intelligent and should eventually be able to be a productive worker, he is not capable of negotiating the complexities and social demands of a job at this time due to interpersonal and life skills deficits. He has a supportive family who will continue to help him seek the appropriate assistance and further education that he will need for adult self-sufficiency.

From a neuropsychological perspective, testing results revealed that ███████ possesses numerous areas of cognitive proficiency. However, given his areas of profound cognitive, social, emotional, communication, and adaptive deficiencies, he will unquestionably need assistance as he enters adulthood. It is unforeseeable at this time that ███████ill be able to function independently without supportive services that provide financial assistance, life skills training, functional academic development, and occupational coaching. While ███████ parents have been, and will remain, a stable entity in his life, the scope of ███████eeds secondary to his developmental disability and the functional impairments that accompany problems identified during the course of this evaluation, likely go beyond what ███████ parents will be able to solely provide. Therefore, it will be imperative that ███████eceive a high degree of assistance in an effort to optimize his functional capacities as he enters adulthood.

Page 15 of 17

Evidence Packet P.0414

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███ has a long-standing history of significant neurodevelopmental difficulties, which date back to when he was a young boy. He has been diagnosed with ADHD, Asperger's Disorder, Expressive Language Disorder, Central Auditory Processing Disorder, Sensory Integration Disorder, and Motor Apraxia. He has also struggled with mood regulation problems, anxiety, and social dysfunction. Over the years, ███ has required psychiatric care and has been prescribed numerous psychotropic medications to help alleviate problems associated with the various aforementioned conditions. He has additionally received numerous private therapies to help improve his functional abilities. Furthermore, ███ has needed specialized educational programming throughout his academia to help optimize his school functioning. The breadth of ███ needs throughout the years underscores the magnitude of his past, current, and ongoing functional limitations and weaknesses.

The current evaluation continues to provide evidence for significant functional impairments. The most salient finding pertains to problems that are consistent with the diagnosis of Asperger's Disorder. ███ social difficulties have existed since early childhood and continue to the present day. Behavioral questionnaires completed by ███ parents and teacher revealed significant problems in the areas social skills, atypicality, adaptability, and developmental social issues, which are often associated features of Asperger's Disorder. In addition, results from the GADS and GARS-2 revealed substantial problems that were consistent with an Autistic Spectrum Disorder.

Perhaps even more striking and pertinent to ███ functional capabilities were the results of the Vineland Adaptive Scales, Second Edition, recently completed by By Your Side, An Autism Language Center. These results not only corroborate data obtained from background information and past records, but also accentuate the severity of how Victor's autistic spectrum disorder impacts his adaptive functioning. In all areas assessed, i.e., communication, daily living skills, and socialization domains, ███ scores consistently fell in the low to moderately low range, and his overall Adaptive Behavior Composite Score indicated that his general, functional adaptability is better developed than only approximately 3% of age-mates.

Another concerning finding in this evaluation relates to ███ emotional level of functioning. Historically, ███ has had significant problems related to anxiety and emotional dysregulation. Parent and teacher questionnaires continue to indicate substantial problems with emotional functioning. Clinically significant concerns were indicated in the areas of depression, somatization, anger control, emotional self-control, negative emotionality, and resiliency. ███ self-report questionnaires also indicated that he is experiencing feelings associated with anxiety and depression, along with problems related to social stress, interpersonal relations, anger control, mania (defined as a heightened state of arousal with the inability to relax), reduced ego strength, locus of control, sense of inadequacy, self-esteem, and self-reliance. In addition, results of the TAT suggested that ███ lacks the internal resources to effectively cope with daily stressors and difficult emotional states, which leaves him further vulnerable to states of anxiety, frustration, and depression. Given these results ███ symptoms rise to a level of severity to warrant the diagnosis of Generalized Anxiety Disorder.

Testing data also indicated that ███ continues to demonstrate insufficiencies in the area of language processing, particularly with higher-order, language-based reasoning. Results from the WAIS-IV revealed that ███ verbal reasoning skills area substantially

Page 14 of 17

3P-VJB-000188

Evidence Packet P.0415

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

### RECOMMENDATIONS

1. Given the magnitude of ███████ developmental disability, emotional problems, and impaired adaptive functioning, it will be imperative that he be found eligible for extended high school programming in his home public school district for individuals between the ages of 18 and 22. His IEP should remain in place under the current designations and he should be provided with the same provisions therein.

2. Under his IEP, educational efforts should include life skills training, functional academic development, and enhancement of adaptive skills. Specialized instruction in areas of interest or aptitude is also encouraged with the hope that ███████ could someday use his education and cognitive strengths to secure gainful employment. Additionally, his transcripts should be reviewed and compared to possible college paths to determine what standard high school classes he may have missed over the course of his academia since it is likely that he will attend college in some fashion. This is especially important for him since he missed some key classes while he received his education at the alternative therapeutic day school and has missed some classes due to health issues.

3. Given ███████ language-based processing insufficiencies, it is recommended that he follow up for comprehensive social language and speech and language evaluations at Speech Plus Language Clinic in Frankfort, Illinois, under the direction of Renee Matlock (Speech and Language Pathologist). ███████ pragmatic language skills should also be evaluated and addressed accordingly. It is my understanding that ███████ has been seen at Speech Plus and is undergoing evaluation.

4. Based on the findings in this evaluation, besides the speech and social language evaluation discussed above, the following additional evaluations should be conducted: functional vocational assessments; driving and transportation assessments; and assistive technology assessments. The purpose of these additional evaluations is to assess his current functioning and to offer assistance in organizing and planning his life, as well as to help with writing tasks. In the meantime, with assistance, ███████ should explore getting access to the transportation system for disabled adults, such as the PACE bus system.

5. Based on the findings in this evaluation, ███████ level of adaptive impairment will most probably preclude him from independently securing and maintaining employment. Therefore, it is strongly recommended that ███████ apply for and be found eligible for Supplemental Security Income (SSI).

6. ███████ will also likely require long-term vocational assistance. His parents are encouraged to contact Services Inc. Joliet, Illinois, which is the local pass agent, to determine eligibility for supportive services through the Department of Human Services (DHS). Their phone number is 815-741-0800.

7. Further vocational assistance and training, educational considerations, and help with independent living arrangements can be accessed through Department of

Page 16 of 17

3P-VJB-000189

Evidence Packet P.0416

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Rehabilitative Services (DRS). DRS is a government-funded agency that provides numerous services, including job placement and on-the-job training to individuals with cognitive and developmental disabilities. Their number is 800.843.6154.

8. For further assistance, ███████ parents can contact the Developmental Disabilities helpline at 888.337.5257.

9. Given ████ executive function difficulties, his parents are encouraged to contact Robin Speizman, M.S. Ed., in this office to inquire about our Executive Training Program. Robin can be reached at 708.349.4420 or 630.529.9855.

10. It is important that an attorney be consulted to consider whether the parents should obtain guardianship or powers of attorney for him in the areas of education, health care, and property, and to discuss setting up a special-needs trust for his future.

11. Given ████ physical ailments, he should continue with therapies, to work on strengthening exercises, and he should undertake a regular exercise program, possibly at a health club, with assistance. He would also benefit from some nutrition classes to help him make healthy food choices as he gets older.

12. Lastly, it will be paramount that ████ continues to follow up with his psychiatrist for ongoing medication management.

I have enjoyed the opportunity to work with ████ and his parents. If I can be of further assistance, please feel free to contact me at 708.349.4420.

John Atkinson, Psy.D.
Clinical Psychologist

CONFIDENTIAL

3P-VJB-000190

Evidence Packet P.0417