REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-V

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**Watson VR Resources, Inc.**
126 E. Wing St. #311, Arlington Heights, IL 60004
847-259-3925   Fax 1-866-371-9083

This report contains sensitive information. It is not recommended that this report be provided directly to ▇▇▇▇▇ but rather that a vocational rehabilitation counselor or other professional qualified to do so, review this report with ▇▇▇▇▇

The opinions in this assessment are based on available records and information as of the date of this report. The conclusions and recommendations may change if new or additional information is received.

**Functional Assessment**

RE: ▇▇▇▇▇
Date of Birth: ▇▇▇▇▇
Evaluation Date: 12/27/10 & 02/02/11
Report Date: 03/23/11

▇▇▇▇▇ is a 19 year-old male with a date of birth of ▇▇▇▇▇ He was referred for a functional vocational assessment by ▇▇▇▇▇ In addition to this assessment ▇▇▇▇▇ s also having a vocational assessment with Jim Boyd, MS. CRC, CVE. ▇▇▇▇▇ did not have specific questions to be answered by this evaluation.

On 12/27/10, I met with ▇▇▇▇▇ in my office in Arlington Heights IL for a functional vocational assessment. Coordination for the functional assessment was arranged with ▇▇▇▇▇ mother, ▇▇▇▇▇ In addition to the evaluation on 12/27/10, I observed ▇▇▇▇▇ at school and in the community on 02/11/11 to complete the assessment. Coordination for the school assessment was coordinated with Anna Shanahan, ▇▇▇▇▇

**Record Review**
All records reviewed were provided by ▇▇▇▇▇ mother, ▇▇▇▇▇

**Records Reviewed**
- Lincoln-Way Unofficial Transcripts
- IEP and Transition Plans, and various records from ▇▇▇▇▇ 3/09 through 09/08/10;
- ▇▇▇▇▇ Assisted Vocational Program, Job Reports, 09/10 to 03/11
- Parent Input Statements
- Psychological Report, 05/21/10, Nicole Porter, School Psychologist

EXHIBIT 3
FOR ID 12.3.19 / DM

CONFIDENTIAL                                    3P-VJB-000143

Evidence Packet P.0419

- Neuropsychological Evaluation, 02/15/10 to 09/09/10, John Atkinson, Psy.D.
- Social Thinking Assessment, May 2010, Julie Belka, MA, CCC-SLP
- Comprehensive Communication Evaluation, 05/10 to 06/10, Renee H. Matlock, MA, CCC-SLP
- Occupational Therapy ReEvaluation, 07/02/10, Brian Baud, MS, OTR/L
- Auditory Processing Evaluation Report, 10/19/09, Hearing Alternatives, Inc, Amy Lauren Jackson, MS/FAAA
- By Your Side, An Autism Language Center, Evaluation, 11/03/09, Julie Martin, MS, CCC-SLP/L
- Occupational Therapy Driver Rehabilitation Evaluation, 11/16/10, Kim EdmondsWolfe, OTR/L, 11/11/10
- Correspondence, 06/11/10, Clara T. Perez, MD, Psychiatrist
- DHS Correspondence 12/23/10 and Work Trial Agreement
- Correspondence, Karen Welborn, 05/10,
- Correspondence, Charles N. Swisher, MD, Pediatric Neurology, 05/05/09

The records reviewed are extensive and will not be reviewed in detail within this report.

Records reviewed find a history of various diagnoses from early childhood to present including: Asperger's Syndrome, Autism, Attention Deficit Hyperactivity Disorder, Dyspraxia/Sensory Integration Disorder, Hypotonia, Expressive Language Disorder, Central Auditory Processing Disorder, Learning Disability for Written Language, Global Development Delay, Spastic Bladder Disease, Generalized Anxiety Disorder, and Migraine Headaches.

The various evaluations have noted ▮ to have significant functional impairments of: executive functioning, adaptive functioning, behavior difficulties, social difficulties, emotional functioning, anxiety, depression, anger control, processing speed, written and oral communication, fatigue, endurance, strength, muscle tone, and motor planning.

▮ has many strengths in intelligence, memory and school achievement. Testing has found him to have a WAIS-IV full scale IQ of 142, placing ▮ in the 97%ile, with a Working Memory Score of 150, placing him in the 99.9%ile. For the school year 2009 - 2010, his GPA was ▮

The records reflect that ▮ has had extensive treatment, including: speech and language therapy, occupational therapy, social work therapy, psychiatric treatment, medication. In addition to treatment, ▮ as had many allied health evaluations.

Recommendations have been for ▮ to have accommodations in school and to continue with his therapies to improve functioning mostly specific to adaptive functioning, and social and emotional behavior issues.

**Information from Parents**
Information in this section contains information obtained from an interview with ▮ mother and information contained in a referral form completed by ▮ father.

████ parents present these concerns for their son: easily frustrated, very poor social/communication skills, limited proficiency in life skills, does not drive and limited experience with public transportation, fatigues easily

Parent's goal for son: "Employment in area of college major/degree," and "Live independently with some assistance."

**Medical Information**
- Asperger's Syndrome, ADAH, Motor Apraxia
- Medications: Concerta for organization and impulsivity; Clonazepum for anxiety
- 5'10", 135 lbs.
- No physical limitations or physical restrictions
- Has been working with a occupational therapist since middle school
- Has sleep problems
- Difficulties with motor programming
- Low stamina
- Poor posture, tends to slouch

**Emotional/Mental Health Information**
- Sees social worker at school
- Has difficulties interacting with the public
- Becomes easily overwhelmed
- Soft spoken
- Increasing frustration with parents

**Educational Information**
- Presently a "super senior", does not like being with high school students
- Taking classes at two different high schools and college level class
- Has delayed processing
- Composing is difficult for him
- Poor handwriting that has not improved
- Slow taking notes due to delayed processing and handwriting
- Becomes overwhelmed with too many instructions
- Performs better in smaller groups

**Vocational Information**
- Participate in janitorial work several hours a week at a park district with a job coach
- Has expressed interest in teaching (special education) and science and engineering; likes to help people
- No previous vocational testing; has not had vocational rehabilitation counseling
- Took ASVA at school

**Household Activities**

3

- Responsibilities at home include laundry, vacuuming, grooming, and minimal food preparation
- Needs reminders to do laundry, does not like to shave

**Social Information**
- Lives in house with parents, ages 50 and one sister, age 16
- English spoken in home; no second language
- Has girlfriend
- No arrest

**Transportation Information**
- Passed drivers education but does not drive
- Anxious when driving
- Had formal driving assessment with occupational therapist; driving training recommended
- Does not take public transportation and not independent with community transportation

**Financial Information**
- Dependent on parents for money management

**Recreational/Physical Activity**
- Participates in basketball, bowling, community plays, and going to the movies

**Interview with** ▮
Prior to meeting individually with ▮ met with ▮ and his mother, ▮ Per Ms. ▮ she has power of attorney for ▮ I provided a copy of my credentials and reviewed my professional disclosure including the scope and limitations of services. At the beginning of my individual meeting with ▮ I reviewed a simplified professional disclosure that specified that I would be disclosing information that he provided to me to his school and his parents.

▮ is a 19-year-old left-handed male who gives his date of birth as ▮ His gives his address as ▮ He reports that he was born in Blue Island. He refers to himself as a ▮ and gives his height as 6 feet "or so," and weight as 130 lbs.

**Medical Information**
▮ states that he has the medical diagnosis of ADAH and Asperger's. He states that he sees a Dr. Klipfield a pediatrician, whom he has seen in the past 2 weeks. When asked if he had any other significant medical history and about his general health ▮ replied that he could be better. He reported that he has asthma and chronic poor posture. ▮ volunteered that he is stressed. When asked if he had. if he had any health related issues that would affect his ability to work he reported that stress makes it impossible for him to think and that it would be hard for him to work in any place where dust is common because of his asthma.

4▮

███ denies the use of alcohol, tobacco, or drugs and denied any treatment for substance abuse. He reports that his vision is worse than 20/20 and that he wears glasses. He reports that his hearing is good.

Per ███ he uses an inhaler for asthma and Concentra for "focusing".

███ does not feel that he has the ability to manage his medical needs. He states that he has never tried to arrange his medical appointments or obtain prescriptions on his own.

### Emotional/Mental Health Information
Per ███ he is not capable of managing his emotions. He reports that he expresses anger in little burst, which he described as hitting his hands together. He also reported that he yells a lot. When asked what causes his reported stresses ███ reported that his parents do not know when to stop or back off.

### Self Reported Physical Abilities
Per ███ he reports the ability to sit for several hours; stand for a few minutes which he described as maybe 20 minutes; walk for 1 to 2 miles; lift a backpack from the floor; lift a small TV at waist level; he can climb stairs and crawl; he reports no problems with stooping and bending, or reaching and grasping and feeling with his fingers. When asked about his physical ability to do yard chores, he replied that yard chores were kind of annoying. He stated that he would think that he could physically perform household chores. Regarding his ability to drive ███ stated that he could not focus on driving while taking other classes.

### Household Activities
███ reports that he is able to dust, vacuum, wash dishes, and do laundry. He reports that he does not like to clean his bedroom or clean a bathroom. He states that he can shovel snow, mow the yard, and rake.

### Educational and Functional Related Information
███ reports that his first language is English and that he knows parts of Spanish. When asked if he could read and understand a newspaper ███ stated, "I would think so." He reports that he reads a few times a week and that he sometimes reads books. He stated that he thought he could compose a note, but that composing a letter is confusing for him. He reports that he has the ability to add, subtract, multiply, divide and calculate fractions and percentiles. He reports that he can use a calculator and count change. ███ states that he has a personal computer at home and that he uses the computer for leisure activities. He uses email and does not use Facebook. He reports that he does not touch type. He uses a mobile phone and reports that he can send a text message.

███ reports that he is a "super senior," which he described as a 2nd year senior, at Lincoln Way North. He reports that his school accommodations are for extended time,

5

CONFIDENTIAL

3P-VJB-000147

Evidence Packet P.0423

when necessary. He described himself as a student who tries, but feels that he has too much to do. He states that his best subjects are science and basic math, and his worst subjects are English and advanced calculus. He reports being in the National Honor Society and participating in Deep Discussion Club, Future Educators of American Club and being nominated for the science student of the year.

**Vocational Information**

▮ reports that he has never been employed, but reports that he works at the park district doing maintenance work such as, mopping, sweeping, and window cleaning three days a week, which he likes better than being in school. He does not know what is meant by the term "legal status to work".

Regarding what he would like to do for work, ▮ thought that he has the mind of an engineer and that he would want to be an engineer or work in special education. He reported that he had had thoughts about being a meteorologist. Regarding what he would not want to do for work, he reported that he would not want to work in a job that was unpredictable, which he described as, "ones that call you to come in."

**Social Information**

▮ reports that he lives in a home with his parents ▮ nd his sister, who he believes is 16 years old. He reported that he feels that his relationship with his family is stressed and that this stress has been building up.

Regarding social contact with friends ▮ referred to people he calls the "evils," which he described as failed friends. He reports that he has a few friends but that he is not eager to spend energy on making new friends. ▮ acknowledged that he has a girlfriend and that he spends time with her on the weekends.

▮ tates that he is interested in starting a charity group, a band, and a friend group. He reports that his hobbies are looking at YouTube, looking at weather, and recording thunderstorms. For enjoyment, he reports that he writes stories, and does word searches and coding puzzles.

**Transportation Information**

▮ does not have a driver's license. Her states that his parents drive him to school or he rides in a carpool. He receives rides to attend all his activities. ▮ does not feel that he has the ability to travel alone and does not feel that he has the ability to use public transportation

**Financial/Money Management Information**

▮ does not believe that he has the ability to write checks or money orders. He says that he hopefully has the ability to balance a checkbook. He questions his ability to manage his own finances but notes that he knows when something is "a rip off."

**Recreation/Physical Activity**

▮ eports that he plays basketball and rides his bike. He reports that he is on a

CONFIDENTIAL

3P-VJB-000148

Evidence Packet P.0424

basketball team that is not school related. He reports that in the summer, he exercises 3 to 4 times per week and in the winter once a week. For leisure activities, he states that he likes to build things and go to movies.

**Safety or Other Concerns**
Per ▇ he states that his teachers have not expressed any concerns regarding him, except that he needs to stop obsessing over the "evils." He denies that there are any activities that his parents express concern for his safety, but reports that they say he does too much on the computer.

**Other**
Regarding his weekday routine, ▇ states that he is woken up and attends school against his will. After school, he returns home and they have something for him. Regarding his weekends, ▇ states that on Saturday, they rope him into some activity, and on Sundays, he does nothing.

**Assessment**

**Tests Administered**
  McCarron Assessment of Neuromuscular Development MAND
  Independent Living Scale
**Functional Assessments:**
  Faucet Assembly, Order Processing, Data Entry, Map Reading, Measuring, Functional Reading, Form Completion
**Volunteer Work Observation**

All testing was conducted following the testing protocols.

**McCarron Assessment of Neuromuscular Development MAND**
The MAND was administered to obtain information on ▇ psychomotor abilities of fine and gross motor skills and strength. The MAND can be used to help determine potential for independent living and work competency of individuals with cognitive disabilities.

| Motor Factor | Standard | Predicted Vocational Setting |
|---|---|---|
| Fine Motor | 103 | Skilled |
| Gross Motor | 102 | Skilled |
| Total Motor | 100 | Skilled |
| Persistent Control | 80 | Transitional |
| Muscle Power | 112 | Technical-Professional |
| Kinesthetic Integration | 86.5 | Semi-Skilled |
| Bimanual Dexterity | 65.5 | Below Transitional |
| Neuromuscular Development Index | 87 | |

* MAND definitions of work settings or work skills are not equal to the Department of Labor definitions.

7 ▇

CONFIDENTIAL                                                                 3P-VJB-000149

Evidence Packet P.0425

Motor Skills ▆ fine motor, gross motor, and total motor skills are average and are relative strength for him. His scores suggest that he should not have difficulties in jobs that require average abilities in motor skills.

Persistent Control This psychomotor factor is defined by focused attention, controlled eye-hand coordination and continuous regulation of hand movement. ▆ score suggest that he would have difficulties with job tasks that require persistent eye-hand coordination attention and control.

Muscle Power This psychomotor factor is a measure of simultaneous contraction of the muscle systems of handgrip strength and simultaneous use of leg and body muscle in the standing broad jump. Muscle power is a strength for ▆ however, review of records suggests that he does not have the ability to sustain muscle power.

Kinesthetic Integration This is a measure of control of balance and the orientation of the body in space from sensations in muscles, tendons and joints. ▆ score for kinesthetic integration is below normal and suggests that he does not have the skills needed for work, household activities and community activities, that require working at heights and/or a high level of balance.

Bimanual Dexterity This psychomotor factor is defined by readiness and skill in coordinating the two hands to perform a psychomotor task. This is a relative weakness for ▆ and his score suggests that he would have difficulty with work activities that require an efficient coordination and use of two hands together. He might have difficulties operating moving machinery requiring use of two arms, performing minor household repairs, driving, and performing some community recreation activities such as playing billiards.

The results of the MAND are not reflective of an individual's ability to sustain the above-defined skills over a prolonged period. An on-site assessment would provide more accurate information on an individual's abilities to sustain neuromuscular abilities throughout a day.

**Independent Living Scales (ILS)**
The ILS is a functional measure that can be used to assess an individual's competence, ability to live independently, and to provide information to assist in determining the most appropriate living environment and identify specific support services needed.

**Independent Living Scale**

| ILS Full-Scale Standard Score | 68 Low | |
|---|---|---|
| Subscale | Standard Score | Level |
| Memory/Orientation | 54 | High |
| Managing Money | 37 | Low |
| Managing Home & Transportation | 35 | Low |

8 ▆

| Health & Safety | 23 | Low |
|---|---|---|
| Social Adjustment | 20 | Low |
| Problem Solving | 20 | Low |
| Performance/Information | 47 | Moderate |

Memory/Orientation assesses an individual's general awareness and short-term memory. ▇ score indicated that he has no difficulties in this area and should have the memory and orientation skills to function in home and community environments.

Managing Money is an assessment of the ability to count money, do monetary calculations, pay bills and take money precautions. ▇ was able to correctly answer questions related to calculations, but it took him an extended time to answer problems that required counting and money calculations. He was not able to correctly complete a sample check writing activity. ▇ had a good general understanding of money management but has a decreased understanding of higher-level money management concepts. He would need assistance with setting up a bank account and would need some type of supervision with any household money management activities.

Managing Home and Transportation is an assessment of the ability to use the telephone, utilize public transportation and maintain a safe home. ▇ ad a good general understanding of managing a home and personal transportation, but he had difficulties with problem solving for typical problems an individual might occasionally encounter within a home or with transportation. ▇ ould most likely need intermittent supervision to assist him with household management and if there was a change in his transportation routine.

Health and Safety is an assessment of an individual's awareness of their health status and the ability to take care of health problems, medical emergencies and to take safety precautions. ▇ ad a good understanding of healthy behaviors and what to do in most medical and household emergencies, but had difficulties with problem solving in with household emergencies. If he were to live alone or in a group home, specific actions to take for medical and household emergencies should be set up for him. He should practiced and show competency performing these.

Social Adjustment is an assessment of mood and attitude toward social adjustment. ▇ cored the lowest in this subsection. He agreed with the statements that he does not look forward to tomorrow, always feels down, and is often angry with others. He agreed somewhat with the statements of: "I feel good about myself," and that he would be missed if he were not around anymore. ▇ cknowledged that he has things in his life that are of value to him, that it is important to have friends, and that he has friends. This score suggest that ▇ ill need supervision with managing his feelings and social adjustment

Problem Solving assesses knowledge of relevant facts and the ability of abstract reasoning and problem solving. ▇ as knowledge of relevant facts but his scores indicate that he would have difficulty problem solving some household and personal

9

CONFIDENTIAL

3P-VJB-000151

Evidence Packet P.0427

emergencies. He would most likely need assistance learning specific steps to take for emergencies situations, specific to every environment he is in. He will need assistance when there is any change to his living, work, or community situation.

Performance/Information is an assessment of general knowledge, short-term memory and the ability to perform simple, everyday tasks. ▮ has a good general fund of information, and his score indicates that he has enough knowledge to perform everyday tasks, but that he will need some supervision and monitoring for household and personal affairs.

**Faucet Assembly**
The faucet assembly is complex task that requires the ability to follow a diagram and perform exact sequencing, have good hand strength, use bi-manual coordination, and use a tool. This assembly consists of 9 different parts and a screwdriver. The parts range in size and are from a palm size part to small washers and a small screwdriver. He was able to read a diagram to assemble the faucets. Prior to assembling the faucets, ▮ organized his work area ▮ held the screwdriver awkwardly and did not adjust his hold on the screwdriver as he proceeded with the assembly. He also had an awkward hold on the parts. As he proceeded with the task, he became more efficient. The last part to each faucet assemble is to place a screw and use a screwdriver. For each faucet, ▮ screwed tightly. He was cued several times that he did not need to turn the screw so tightly, but he was not able to discontinue doing this. ▮ completed this task within a few seconds of average. This is not industrial time for this task.

**Date Entry**
The Data Entry is a simulated date entry task that would be similar to entering data in a job. For this task ▮ as asked to take 7 fields of data from a 5 x 7 card and input the date onto a form on the computer. ▮ was able to understand the multistep directions without repetition. After a practice exercise, ▮ worked on this task for 10 minutes. He made one keystroke error on 1 of 10 data cards, which gave him a 90% correct score. He was able to attend to the task.

**Order Processing**
The Order Processing is a task that simulates transferring a paper order to an order on the computer and then review inventory to see if the ordered items are in stock. After a practice exercise, ▮ worked on this task for 12 minutes and made no errors on 18 orders. He was able to attend to the task.

Functional Reading: ▮ monstrated the ability to locate various items on a restaurant menu. ▮ was able to read the microwave directions from a box on a microwave meal. He was able to state what cooking at 50% was. ▮ was able to find the nutritional information section on a can of soup and identify the number of servings on the can. He could not find the number of calories per serving. ▮ was able to read and understand a store sales flier. ▮ was able to find and read the expiration date and the milligrams of the pills. He was able to explain the reason for an

10 ▮

expiration date on an over the counter medication bottle. He was not able to find the directions for taking the medication. ▊ was able to read a train schedule and find the chart of times and fares.

Map Reading: ▊ was able to correctly identify a map of Illinois. He was able to identify the Chicago area on the map and locate his town on the map. He was able to correctly identify north, south, east and west directions on the map.

Form Completion ▊ eft blanks for his height, location of his doctor, name and location of his pharmacy, name of emergency contact and allergies. His writing was not neat, but legible. He took a long time to complete the form and his writing was not efficient.

Measuring: ▊ was able to use a ruler and tape measure without any difficulties.

**Observation for 12/27/10**

▊ was orientated to person, place and time. He was able to state his understanding of the purpose of his meeting with me as an "assessment-of-stuff" such as vocational stuff the school is not doing for him. He appeared to put forth a full effort into testing.

▊ appears to be slightly shorter than his given height of about 6' and appears his given weight of 130 lbs. He does appear thin and appears younger than his given age of 19. He wore jeans and a tee shirt, and his attire was appropriate for the setting. He wore glasses and his hair was somewhat disheveled. His gait appears to be different, and to an untrained eye, his gait would appear odd.

Eye contact was consistently fair. He was able to follow the conversation and follow my instructions. Although ▊ did smile and laugh occasionally, his demeanor was mostly flat. During my interview with ▊ and during pauses between the different tests ▊ consistently played with his inhaler. He also found a water and color oil desk toy and took this and began playing with it; I had to take this away from ▊ as he would not stop playing with the object after several requests. He did not ask if he could take this object from the desk. National Geographic magazines were located in the waiting room, and upon entering the office suite, ▊ immediately went to these magazines without greeting or acknowledging me. During the testing breaks, ▊ would go directly to the magazines in the waiting room. After the breaks, it took between 3 to 5 requests to ▊ before he would put down the magazines and resume testing.

During one testing break, ▊ sat on the floor and began looking at magazines. In the testing room, I asked ▊ if it would be OK to sit on the floor in an office building as an employee and he thought that that would be OK. I asked what if his employer asked him not to sit on the floor. ▊ expressed that the employed should accept it and get over it and not be so uptight and if the employer could not get over it, he would not want to work there. Throughout the testing, ▊ would ask how many more tests were left or how much longer the testing was going to take.

11 ▊

CONFIDENTIAL

3P-VJB-000153

Evidence Packet P.0429

In all writing activities, ▮ worked in a slouched position with his head very close to the writing surface. At times, he laid his head on the table to write.

**Community Assessment**
On 02/11/11, I observed ▮ at ▮ and at a community volunteer work site at the ▮

**Community Volunteer Worksite Observation**
Per information from the high school, ▮ volunteers at the park district 3 days a week for 50 minutes each day. All work is performed in the ▮ building. On Monday, he mops the classroom, hall, and bathroom floors. On Wednesday, he washes windows and cleans tables and drinking fountains. On Friday, he works in the greenhouse. A job coach drives ▮ to the worksite, which is within a few miles of the high school. He was observed working in the greenhouse. Upon arrival at the park district area ▮ is oriented to the worksite and clocked himself in and then reported to the nature center building, where he went directly to the greenhouse.

At the nature center ▮ performed the following tasks:
- reading an electronic temperature gauge and logging temperate data by pencil onto a form
- putting potting soil into a large plastic container and mixing water into the soil
- selecting plastic containers (of starter seedlings) form large table containing planting containers
- using a pencil as a tool and thinning small seedlings contained in small plastic potting containers
- transferring the seedlings into same size containers and then placing the containers with like containers

▮ as able to follow the verbal directions of the supervisor and asked questions. He appeared to enjoy the work and his facial expressions were consistent with conversation and environment. He was able to attend to the tasks without being distracted. He demonstrated an awareness of time both with and without with cues to look at the clock.

▮ worked sitting a desk. The objects he was working with were on the desk. Throughout the activity, ▮ sat in a slouched position and worked with his head within a few inches of the objects his was working with. At times, ▮ placed his foot on his chair, which placed his knee at his face level or above face level.

**School Observation**
At school in an office within the special education department, ▮ was observed working at a computer on a writing assignment to summarize his work experiences for the week. At times, ▮ was observed raising his arms to shoulder level and above and then striking the keyboard hard with his fingers. When asked what he was doing, ▮ explained that the computer had messed up what he was writing and that he did not like that. When further questioned, ▮ acknowledged that the computer did not

12▮

CONFIDENTIAL                                                           3P-VJB-000154

Evidence Packet P.0430

mess up his work, but rather, he had made errors. When he completed the assignment, ▇ attempted to open a desk drawer to put his equipment back. The drawer would not open and appeared to be locked. ▇ continued to pull on the drawer and then pulled on the other drawers, which also would not open. ▇ made statements that the drawers were stupid and that they always opened before. I asked ▇ about his actions and he was not able to verbalize a solution to how he thought he could put his equipment away or ask for assistance.

▇ was observed buying lunch in the school cafeteria and did not appear to have any difficulties with this. He was observed walking the halls of school and in and out of the school building. He was orientated to the school facility ▇ always walked in front of me. Appropriately, ½ of the times he entered a doorway, he held a door open for me as I followed behind him.

**Strengths**
Orientated to Time, Person and Place
Good Topographic Orientation
High Scores in Measurements in Intelligence
High GPA
Good General Fund of Knowledge
Good Working Memory
Memory for day-to-day Information
Follows Multistep Directions
Understands Units of Measurements
Family Support
Average Gross and Fine Motor Skills

**Limitations**
Slow Writing
Poor Penmanship
Poor Sitting Posture
Somewhat Immature Behaviors
No Vocational Rehabilitation Counseling
Easily Distracted in Informal Settings
Poor Problem Solving
Easily Frustrated
Bi-manual Dexterity
Decreased Endurance
Decreased Independent Living Skills

**Conclusions/Recommendations**
▇ has many intellectual assets and many functional difficulties. From a vocational and independent living standpoint, ▇ resentation is complicated and would be challenging to any IEP team. Adding to the difficulties is that ▇ has been relatively successful in the school setting with the supports that he receives from his family, therapist and school personnel ▇ has demonstrated the ability to get good grades,

13 ▇

CONFIDENTIAL

3P-VJB-000155

Evidence Packet P.0431

but based on this assessment and other evaluations ▮ unctional difficulties will have an impact on his ability to be successful in post secondary education, work, and independent living settings. The difficulties for the IEP team, as well as ▮ and his parents, is to look beyond the supports provided by his parents, therapists, and school personnel to set realist post secondary education, work, and independent living goals. Considering that ▮ s now 19, it will be important that realistic goals be set as soon as possible and that ▮ s given the opportunity to work on the goals while he is eligible for services.

### Orientation

▮ orientated to person, place and time and appeared to have good topographic orientation. His orientation is adequate for day-to-day community functions.

### Behavior

As supported in ▮ umerous evaluations, ▮ s a bright young man with many assets. As noted throughout his evaluations and this assessment, ▮ behaviors of decrease executive functioning, decreased flexibility, frustration, and decrease verbal and social skills present many obstacles for ▮ in achieving his post secondary goals.

During this assessment, ▮ made statements regarding others that he perceived as not liking him or wanting to do him no good. This is also information found within many of the professional evaluations reviewed. Statements of this kind and this behavior would not be acceptable in many community settings, and may be considered as threatening to co-workers, employers, and fellow students. This certainly would need to be considered when making decisions for community placements for education, work, and living and community activities. ▮ also demonstrated some immature behaviors such as sitting on the floor in an office and requiring numerous requests to resume the evaluation. These types of behaviors would be problematic in many employment settings.

In high school ▮ receives numerous supports that will not be available to him when he leaves high school. Without being able to compensate and accommodate for his significant deficits, ▮ will not be successful in many community settings. It is recommended that ▮ have a behavior analysis in community settings conducted an individual qualified to do so. Based on the evaluation, a program should be developed to increase ▮ unctioning. The behavior goals written for ▮ can be a used as measure when he is in community work settings. The behavior analysis information should also be used by ▮ and the IEP team to make recommendations for realistic post secondary education and work and community goals.

### Money Management

▮ demonstrates the ability to count money, exchange currency and he appears to understand day-to-day money management concepts and some larger money management concepts. It appears that ▮ is dependent on others for all of his money management needs and he does not feel that he has the skills to manage

14 ▮

money. It is recommended that ▆ begin to manage his money. This is a natural and an age appropriate function for a 19 year old to begin taking more responsibility of managing his own affairs with guidance. He should begin a managing a bank savings or checking account, with supervision and he should be given the responsibility of figuring and obtaining the money that he needs on a weekly basis. He should learn how to use a charge card and pay charge cards bills as well as use a debit card.

▆ is presently dependent on others for his every day money management and presently does not demonstrate the ability to manage money on his own. Based on this assessment, this appears to be a task that ▆ should be able to do. He needs further assessment of his money management abilities and a determination of what supports he may or may not need as he transitions from high school. It is recommended that a plan be developed for ▆ to begin to take on money management activities and then determine what supports he may or may not need.

**Transportation**

▆ dependent on others for all his transportation needs and it does not appear that ▆ will be a car driver in the near future. It appears that ▆ has no responsibility for planning any of his transportation needs. As transportation is an essential adult skill needed in order to get to/from school, work, and social/community activities, this needs to be addressed for successful transition to post secondary education and employment. It is recommended that ▆ learn transportation options for him within his community and that ▆ be assessed in his ability to plan and safely use available public transportation, in addition to his ability to plan obtaining rides from family and/or friends. This should include all forms of transportation, such as taxicab (if available) and community transportation services. Once ▆ transportation skills are assessed, a plan should be developed to increase ▆ transportation skills and he should begin utilizing available transportation modalities.

**Household Management**

▆ dependent on others for household management type activities. ▆ goal is to attend college and live in a dorm, ▆ will need supports above what a student typically will need when first living in a dormitory. It should also be discussed how ▆ will do with a roommate before ▆ begins living in a dormitory. As recommended throughout this assessment, it is recommended that ▆ begin taking on more responsibilities so that he will be a more independent student and a measure can be made as to what supports he will need for living in a dormitory. For long-term planning, this assessment suggests that ▆ will always need some sort of supports for living in the community. As ▆ takes on more responsibility, his abilities and needs will become apparent and supports can be planned for him. His level of supports should decrease as he masters household management tasks. Should ▆ move to a new living environment, an assessment of his abilities should be evaluated within the new setting. Consideration should be given to ▆ living in a group home and ▆ and his parents should be provided with information on community resources for community living.

### Medical Management

▮▮▮ s dependent on others for all aspects of medical management. This is an important independent living skill for ▮▮▮ obtain if he is to be successful in post high school settings. ▮▮▮ hould learn his medical diagnoses and their impact on his functioning and be able to explain this to others. ▮▮▮ hould have a list of his medications that he carries on him and he should understand the purpose of these medications. He should have a list of his treating physicians. ▮▮▮ should begin to make medical appointments for himself as well as become responsible for obtaining his medications. It is recommended he start a binder containing his medical information so that he can have that available when he changes living settings.

### Endurance

Per a review of the records ▮▮▮ as decreased physical endurance and ▮▮▮ nay also have limitations is his cognitive endurance and experience cognitive fatigue. This assessment alone was not able to measure ▮▮▮ physical and cognitive endurance/fatigue, but his endurance and fatigue levels need to always be considered for setting education and employment goals. As previously referenced ▮▮▮ currently receives many supports that generally will not be available to him post secondary. These supports, taken away, will place more physical and cognitive demands o▮▮▮ and likely contribute to additional physical and cognitive fatigue, and decrease overall performance by ▮▮▮.

### Executive Functioning

An assessment of executive functioning was beyond the scope of this functional assessment. However, a review of ▮▮▮ evious professional evaluations finds that ▮▮▮ does have decreased executive functioning that has a significant impact on his day-to-day abilities. Considering the supports that ▮▮▮ receives at home and at school, his executive functioning difficulties may not be as apparent. Consideration should be given to decrease some o▮▮▮ upports, and an organizational system be developed and used at home and at school such as checklist, that ▮▮▮ ows before he engages in an activity. Rather than others do the planning for ▮▮▮ he should begin to take on more planning activities and begin to utilize compensation strategies, as he will not have the benefit of significant supports after he leaves high school.

### Work

▮▮▮ s currently participating in community volunteer work. He works for approximately 50 minutes, three times per week at the ▮▮▮ in the Nature Center building, with a job coach, and at the school library. As observed, ▮▮▮ vas able to remember his tasks from the previous week and perform the tasks. In the greenhouse, he is performing tasks that are mainly performed by volunteers and there are no standards for pace and therefore no way to measure his work skills. It was also apparent that the park district supervisor reviewed ▮▮▮ previous duties and cued ▮▮▮ on how to complete a form. It is doubtful that a community employer would review this and would expect an employee to automatically begin his work duties upon arrival at work. The ▮▮▮ upervisor was somewhat supportive and nurturing and it is doubtful that an employer would provide such supports.

16▮▮▮

███ volunteer work evaluations were reviewed, and review of these evaluations finds that the evaluations are genetic and not specific to ███ the worksite, or the tasks performed. There appear to be no specific goals written for the work ███ work speed is rated, but there are no objective measures to evaluate work speed or to compare his work speed to competitive standards. Such as, what would the work rate expectations and behaviors be at a for-profit greenhouse? ███ work quality was also rated on the evaluation, but there are no objective measures for evaluating his work quality or to compare the work quality to competitive employment standards.

As observed, ███ posture was poor at the volunteer work-site and he worked with his head extremity close to the objects he was working with. He also placed his leg up on the chair. It is questionable whether ███ would be able to sustain work in this position throughout a workday. Although placing his leg on his chair did not appear to interfere with his ability to perform tasks in this setting, this would most likely not be acceptable many employment settings. ███ posture and sitting needs to be addressed in the assessment of his work.

As ███ appears to be able to perform the work at the volunteer worksite, as observed on 02/11/11, there appears no reason to continue this volunteer work. If ███ is doing the volunteer work under training, the training he is obtaining needs to be identified and measured. If ███ is doing the volunteer work for a work trial, he appears to be able to perform the tasks. Work trials in nature are short term and he would be ready for a different work trial.

███ does the park district and school volunteer work for 50 minutes and has demonstrated the ability to work for 50 minutes. It is recommended that his community work time increase to determine his physical and cognitive work tolerances and assist with setting appropriate realistic post secondary education and work goals.

For any volunteer work (training or work trial), the purpose and goals of the work should be clear and in writing to the participant. There should be a statement regarding if the participant is going to be paid or not. There should be a clear goal if the volunteer work is for a work trial or for training. If the goal is for training, there should be clear goals as to the purpose and end results of the training. If the volunteer work is for a work trial, there should be set goals for the work trial. The purpose and length of the work trial should be clear. Once a work behavior/s are evaluated and measured, the work trial should end and if indicated, a new work trial initiated. The data from the work trial should be used to assist in developing realistic vocational goals or for further assessment of work behaviors in a new setting.

For work trials or training, the participant should be an active part of goal setting and assessment in a volunteer setting. The participant should evaluate himself or herself and a comparison should be made of the individual's assessment, the worksite supervisor, and employer assessments. Once a skill or work behavior is mastered, new goals should be written that the participant understands and agrees to. If the participant

1 ███

is working with a job coach, the goals should be reviewed with the individual on a continual basis.

This assessment alone is not able to predict as to what level ▇ is capable of working. A functional/situational assessment of ▇ working in a real employment with the measure of a competitive work standards is needed to assess ▇ true employability. ▇ capable of learning work tasks and performing work tasks. His rate of work needs to be assessed and his behaviors at a competitive work setting needs to be evaluated. His ability to sustain any work activity needs to be assessed.

Based on this assessment, the following work recommendations are made ▇ would benefit from the services of a job coach when beginning a new job or for a change in job duties. He would most likely need a job coach for a short period ▇ ould most likely do better in an employment setting with few employees or in a department with few employees; in a setting where fellow employees are able to get to know and understand him. He would be more successful in an employment setting where he would do more routine tasks and job duties that do not require him to make quick decisions or problem solve.

As observed on both assessment dates, ▇ was observed applying force to objects when the use of force was not needed. He also was not able from refraining from using force, when using a screwdriver, after being advised that force was not needed. Based on this, jobs that require precision movements or precise standards are not recommended at this time. At this time, jobs working above ground or working around exposed moving parts would not be recommended. Jobs requiring an efficient and coordinated use of both hands to met production standards would not be recommended.

At this time, ▇ does not appear to be able to perform competitive work and if this is a goal for ▇ an emphasis should be placed on ▇ gaining more exposure to work and developing work behaviors so that he can be competitively employed.

**Goal Setting**

▇ nd his parents have not received any rehabilitation counseling. Considering the contrast between ▇ intellect and functional levels, both ▇ and his parents would benefit from receiving rehabilitation counseling. Rehabilitation counseling would provide information o ▇ demonstrated abilities and expectations of work, training, community living, and education and help ▇ and his parent's understand and set realist goals post secondary goals. The IEP team would also benefit from receiving vocational rehabilitation information to assist Victor and his parents in goal setting and for a successful post secondary transition.

As ▇ egins to manage more of his own affairs without supports, a more accurate representation of his true functional abilities will emerge. It may be found that some activities are challenging for him and as he is challenged in one area, that another function will decrease for him. It may be found that he accelerates in some areas. This

18 ▇

is all good information for assessing his abilities and setting post secondary goals in all areas. These might be difficult for ▮ to process and rehabilitation counseling would help him process this.

Throughout the assessment and in some of the professional evaluations, ▮ expressed that he felt he is over worked and that his schedule is too much. Rehabilitation counseling would be an appropriate means for ▮ to express and understand his post secondary education, work and independent living wants and dislikes.

This assessment should be used in conjunction with the vocational evaluation performed by Jim Boyd for setting appropriate transition goals and setting up the means to accomplish the transition goals.

*Elizabeth M Watson*

Elizabeth M. Watson, MS
Certified Rehabilitation Counselor
Certified Case Manager
Licensed Clinical Professional Counselor
Certified Brian Injury Specialist

19▮

CONFIDENTIAL

3P-VJB-000161

Evidence Packet P.0437