REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-Y

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████████

November 12, 2019                                          1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

T.P., by and through S.P.,    )
as next friend, parent, and   )
natural guardian, et al.,     )
                              )
        Plaintiffs,           )
                              ) CIVIL ACTION NO.
v.                            ) 2:15-cv-05346-R-E
                              )
Walt Disney Parks and         )
Resorts U.S., Inc.,           )
                              )
        Defendant.            )

*********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

███████████████████

VOLUME I OF I

*********************************************************

REPORTED BY:

CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

P.O. BOX 1264

RED OAK, TEXAS 75154

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0509

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

██████████████

November 12, 2019                                        2

BE IT REMEMBERED THAT oral and videotaped

deposition of ████████████████, produced as a witness

at the instance of the Defendant and duly sworn, was

taken in the above-styled and -numbered cause on

Tuesday, November 12, 2019, from 12:02 p.m. to

2:37 p.m., before Candyce E. Fisher, CSR in and for the

State of Texas, reported by machine shorthand, at the

offices of McDermott Will & Emery LLP, 2501 North

Harwood Street, Suite 1900, Dallas, Texas 75201,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record or attached hereto.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████████████

```
                                    November 12, 2019                        3
```

```
 1                         APPEARANCES

 2

 3  FOR PLAINTIFFS:

 4          DOGALI LAW GROUP, P.A.

 5      BY:  Andy Dogali, Esq.
             101 East Kennedy Boulevard
 6           Suite 1100
             Tampa, Florida 33602
 7           (813) 289-0700
             adogali@dogalilaw.com
 8

 9

10  FOR DEFENDANT:

11          MCDERMOTT WILL & EMERY LLP

12      BY:  Jeremy M. White, Esq.
             -and-
13           Sarah Schanz, Esq.
             500 North Capitol Street, NW
14           Washington, D.C. 20001
             (202) 756-8000
15           jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20          Stephanie Moore, Videographer

21

22                     * * * * *

23

24

25
```

Evidence Packet P.0511

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████████████

November 12, 2019                                        6

```
 1                    PROCEEDINGS
 2              THE VIDEOGRAPHER:  We are now on the
 3  record at 12:02.  This is the videotaped deposition of
 4  ████████████.  Will counsel please state their
 5  appearances for the record.
 6              MR. DOGALI:  Andy Dogali for the
 7  plaintiffs.
 8              MR. WHITE:  Jeremy White on behalf of
 9  Defendant, Walt Disney Parks and Resorts U.S.,
10  Incorporated.
11              THE VIDEOGRAPHER:  And will the court
12  reporter please swear in the witness.
13              [Witness sworn.]
14                 ████████████████
15  having first been duly affirmed by me to tell the truth,
16  was examined and testified as follows:
17                    EXAMINATION
18      Q   (BY MR. WHITE)  Good afternoon.
19      A   Good afternoon.
20      Q   Can you please state your full name for the
21  record?
22      A   ████████████████
23      Q   What is your address, your home address?
24      A   ██████████████████████████
25      Q   And you live with your wife, ████████████
```

Evidence Packet P.0512

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                    28

1  I'll give him my -- you know, he may ask for my phone.

2  So I'll let -- you know, so as opposed to the iPad, I'll

3  just let him use my phone on the way to -- that's

4  another option.

5      Q    What does he like to do on your phone?

6      A    Video -- the YouTube Kids and, you know, all

7  that stuff.

8      Q    Do you know what he likes to watch on YouTube

9  Kids?

10     A    Yeah.  He watch Barney sometimes.  For the

11 most part, the Wiggles and a few other ones, you know.

12     Q    Does he watch Mickey Mouse Clubhouse?

13     A    Yeah, Mickey Mouse Clubhouse.

14     Q    He likes that one?

15     A    Yeah.  And -- I mean, pretty much, Dora,

16 all -- you know, pretty much all of the animation.

17     Q    Will he sometimes have a meltdown in the car

18 to school or --

19     A    Oh, yeah.

20     Q    And what do you do in that situation if you're

21 driving?

22     A    It depends on how bad it is, because, you

23 know, now he's much taller than he used to be, so he can

24 kind of reach me and, you know, tap my shoulder or --

25 you know.  But there's been times when he would -- you

Evidence Packet P.0513

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                    33

```
 1      Q    And how long would that be?  Like, is there

 2  a -- in terms of meltdowns and --

 3                  [Simultaneous speakers, unreportable.]

 4                  [Reporter clarification.]

 5      Q    (BY MR. WHITE)  Sure.  In terms of severity,

 6  how long would be a severe meltdown?

 7      A    A severe one -- I think the last real severe

 8  one we had -- I mean, it could be fifteen to twenty

 9  minutes.

10      Q    Mm-hmm.  And what about more of a mild

11  meltdown?  A couple minutes?

12      A    It varies.  I mean, it could be a couple

13  minutes.  It could be ten minutes.  It could be -- you

14  know, I mean, it just really -- eight minutes.  You

15  know, it just depends on the situation.

16      Q    Okay.  And there are times he'll throw himself

17  on the ground?

18      A    He will.  Most of the times, when he throws

19  himself on the ground, it's knowing that, you know,

20  we're trying to pull him in somewhere, like a doctor's

21  office, that kind of thing, you know.  You know.

22      Q    Would you describe that as more of a mild

23  meltdown?

24      A    It depends, because we had one -- I mean,

25  we've had to drag him into the -- I mean, literally --
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                              34

 1  luckily had marble floors.  We were able to slide him

 2  in.  But we literally had to --

 3      Q    Let me guess.  Was this the dentist's office?

 4      A    Doctor's.

 5      Q    Doctor's?

 6      A    Yeah.

 7      Q    Okay.

 8      A    And it's more of -- you know, when he was

 9  younger, he had a lot of -- you know, so many doctors'

10  appointments.  You know, we'd draw blood a lot.  For the

11  meds.  You know, he's kind of got that -- you know.

12      Q    He also has some elopement issues?

13      A    Yes, he will run, run off.

14      Q    But you wouldn't describe that as a meltdown,

15  would you, when he runs?

16      A    It -- it depends on, you know -- like I said,

17  he would -- you know, if he's not -- if he's trying to

18  avoid the dentist office or the doctor's office, you

19  know -- I guess you could consider that a meltdown, but,

20  for the most part, you know, he will run away -- you

21  know, or walk -- run to a certain extent.

22      Q    Has he ever -- to your knowledge, has he ever

23  been injured as a result of a meltdown?

24      A    I would say -- I guess I have to say yes in

25  that -- in the sense where, at school, I know they've

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                              36

```
 1  all these people, you know, trying to control the

 2  situation.

 3      Q    What do you do to calm him during a meltdown?

 4      A    Depends on the type of meltdown.  If it's that

 5  severe, I -- which, last one I think we had was at the

 6  airport.  I basically had to get control of him, grab --

 7  you know, get the hands, you know, pull him down.  And I

 8  think I had either Ms. ▮▮▮▮ or my daughter, you know,

 9  trying to hold his head because -- you know, to keep him

10  from biting.  And we had people all around us, so it was

11  like -- you know, I didn't want him to get in -- and,

12  you know, basically got him to the floor and then just

13  calmly sat there until he finally just, you know -- it

14  took a while, but . . .

15      Q    When was this?

16      A    This was last year.  I'm trying to think,

17  because, like -- it was our last trip to -- which trip

18  was this?

19      Q    Was this the plane ride at Niagara Falls?

20      A    No, I don't think so.  This was the one --

21  this might have been -- or this was this year.  I'm

22  sorry.  This was --

23      Q    To Nashville?

24      A    Nashville.

25      Q    Okay.  And where -- where were you when he had
```

Evidence Packet P.0516

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████

November 12, 2019                                    44

```
 1  issues.  I'm trying to think of which doctor.  I can't

 2  remember --

 3      Q    Did he see a Dr. Naidoo for some -- some kind

 4  of oils that he prescribed for his sleep issues?

 5      A    Yeah.  It was sleep and behavior, too, though.

 6  I thought it was mostly behavior.  With the -- yeah,

 7  Dr. Naidoo.

 8      Q    Have you noticed medications helping your son

 9  in terms of his behaviors?

10      A    Yes.  Yes.  I don't know about the oils as

11  much as the meds themselves -- you know, the -- the

12  other meds that he's taking.  They do have an effect,

13  some good, some bad.  You know, as far as the gastro,

14  you know, that's kind of the -- the bad part of it.

15      Q    Do sometimes the meds contribute to his

16  behaviors?

17      A    Could.  Could.  I mean, you know, the majority

18  of these meds have side effects, you know.  But as far

19  as, you know -- since he's been on them for so long, we

20  kind of have an idea of what they're -- you know, what

21  they're controlling.

22      Q    Have you seen improvement in ██████'s

23  behaviors now in comparison to, let's say, five years

24  ago?

25      A    Oh, yeah.  Yeah.  I mean, when he was -- it's
```

Evidence Packet P.0517

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████████████████████████

November 12, 2019                          45

```
 1  been a process to get to where we are now.

 2       Q    Can you give me an example of that

 3  improvement?

 4       A    I think it's more of communication.  As far as

 5  the -- you know, the meds, you know, we don't have as

 6  many sleep issues as we've had in the past.  I think the

 7  behaviors or -- you know, they're still there.

 8  They're -- I guess it's just, you know, a part of --

 9  they may always be there, but we do see that sometimes

10  they're not as long as they used to be.  But they

11  don't -- you know, just, there's no end to it.  I mean,

12  now, like I said, you know, fifteen, twenty minutes for

13  the severe ones, usually, you know.  But --

14       Q    And ABA therapy has helped?

15       A    Yeah.  I think it -- I think it's helped.

16       Q    Do you speak with the ABA therapist in terms

17  of techniques or tools to use to help ████████?

18       A    Well, yeah.  They're pretty good about, you

19  know, talking to us about different things and -- you

20  know, like the hold and that type of thing, because, you

21  know, there are different things that you can do.  They

22  do try to keep us on -- we're on the same page as to

23  what, you know, what they're working on and, you know,

24  what we're trying to accomplish.  And -- but it's -- you

25  know, it's still a -- you know, it's a work in progress.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                      48

```
 1  know, get on you pretty close to -- you know.  Which he
 2  does do that.  Other than that -- sensory.  You know,
 3  there are all, like -- you know, feeling certain things
 4  and rubber -- you know, the bands and things like that.
 5  But that's -- you know.
 6      Q    What are some of the activities that you'll do
 7  with            on the weekends?
 8      A    Weekends, well, he loves the park and swing,
 9  which, you know, that's kind of his favorite thing.
10  Mary used to be able to take him out to the park from
11  time to time, but as behaviors, you know, got worse, I
12  have -- now I have to be there every time.  So as he --
13  you know, the meltdowns, you know, got worse, you know,
14  and he got bigger, you know, it's no way that, you know,
15  they can take him.  I have to be there at all times.
16  So . . .
17      Q    How many meltdowns would he have on a day,
18  like on a weekend day?
19      A    I couldn't tell you exactly how many.  I mean,
20  it varies.  One -- some days, he may not have -- he may
21  not have a whole bunch.  I mean, he may not have but
22  one, but --
23      Q    Could he have five to ten on a given day?
24      A    It's really hard -- you know, I'd have to look
25  at charts to see if I could, you know, give you more of
```

Evidence Packet P.0519

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                          49

```
 1  a -- because that's kind of a tough one for me.  In

 2  instances where aggression -- it's hard to say.  Like,

 3  if we go to the park -- we've had times when we go to

 4  the park and, you know, he'll -- he'll have a big

 5  meltdown and I'll have to, you know, walk back home, get

 6  the car, and bring him in -- you know, that kind of

 7  thing.  So -- so that's --

 8      Q    Where else do you take him besides the park?

 9      A    We'll try to walk to, like, Target or Wal-Mart

10  and, you know, walk him through.  You know, just to --

11  just to get him out and get him walking.  And, you know,

12  of course, I have to be there again.  But we've had

13  instances where I have to rush him out of Wal-Mart or

14  Target and hold him very tightly because he's upset and

15  fighting.  And I'm trying to get him to the car because

16  I know he -- you know, it's not going to get any better

17  at that point.

18      Q    Right.  How long will you spend at Target or

19  Wal-Mart?

20      A    It depends.  If he's fine, you know,

21  throughout the whole process, if he's happy and he's

22  walking through, we're fine.  If he has a meltdown,

23  then, you know -- it could be five minutes.  Could be --

24  sometimes we've walked in the door and that's it.

25      Q    And if he's fine, are you spending more than
```

Evidence Packet P.0520

November 12, 2019                                        55

1  on or he doesn't want to be there?

2      A    Well, I mean, like I said, he'll -- he'll --

3  he'll have a meltdown of some sort, whether it's

4  grabbing an arm or, you know.  You know.  It's more --

5  you know, it's communication I guess.  It's his

6  communication.  Something's -- something's not right or

7  something's . . .

8      Q    And you said these -- these meltdowns can

9  happen anywhere.  Is that right?

10     A    Yeah.

11     Q    Can happen at any time?

12     A    Yeah.  Could.

13     Q    They're unpredictable?

14     A    For the most part.  I mean, we know it now,

15  where we don't have -- like I said, we don't have --

16  they're not happening every five minutes.  You know, I

17  mean, we have good days.  I mean, we go to school and

18  they'll -- when we go to school to pick him up and they

19  tell us, "We had a great day," you know, we know that

20  that means that -- a lot of that means, you know, no

21  meltdowns, no holds, no -- you know, no issues.

22     Q    And you mentioned earlier that you've seen

23  improvement over the past couple of years?

24     A    Oh, yeah.  We've had -- definitely since we've

25  gotten to the new school.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████

November 12, 2019                                        84

```
 1  on flights as well, so . . .

 2       Q    With regards to those vacations, did ████

 3  usually come with you?

 4       A    She came on some.  Not all, but some.

 5       Q    Are there times in which someone has to stay

 6  back with ██████ and you'll do something else with your

 7  daughter?

 8       A    Not on those types of trips.  Now, when he was

 9  younger, █████ could, you know, stay with him for a

10  little bit.

11       Q    Well, you've gone on a couple cruises; right?

12       A    Yeah.

13       Q    You went on a seven-night Alaskan cruise out

14  of Seattle?

15       A    Yes.

16       Q    And your wife testified yesterday that Kendall

17  didn't always go on the excursions --

18       A    Right.

19       Q    -- that he would stay back on the cruise?

20       A    In the room.  He'd stay in the room.  Right,

21  right.

22       Q    So ██████ would stay back in the room with

23  ████

24       A    Yes.  I'm trying to think.  ██████ -- yes, she

25  came with two of us on that one.  And, you know, at that
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                                    87

 1      Q     (BY MR. WHITE)  So there are times, though,

 2   where you'll have him stay back with █████ while you go

 3   with your wife or daughter --

 4      A     Well, in situations like that, where he's in a

 5   room, she -- it's not like she's going to have to, you

 6   know, keep him from hurting somebody or, you know,

 7   something --

 8      Q     Right.

 9      A     -- somebody else.

10      Q     Right.

11      A     She can keep him from hurting himself.

12      Q     So when █████ can contain him in, like, a

13   room, a room of a ship or a hotel room, you may leave

14   him with her while you --

15      A     Right.

16      Q     -- and your daughter or wife go off --

17      A     Right, right.

18      Q     -- and do the vacation for that day?

19      A     Right.  Well, not for that day --

20      Q     For that moment.

21      A     -- but -- yeah.  For an hour or so.

22      Q     And when █████ is in the room with him, what

23   does she do to pass the time?

24      A     For the most part, play -- you know, just play

25   with him.  And in some instances, he'll play with his

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1  like that going on and job and . . .

2       Q    Understood.

3       A    You know.

4       Q    Do you currently have any trips planned to go

5  to Walt Disney World?

6       A    Not that I'm -- no.

7       Q    Okay.  So at this point in time, you and your

8  family don't intend to go to Walt Disney World?

9       A    I wouldn't say that.  I mean, we have been

10 Disney -- I mean, we've kind of Disney -- I don't want

11 to say "Disneyed out," but we've done pretty much, you

12 know, everything at Disney.  I mean, we have been there

13 so many times.  And, I mean, it's something we like

14 doing, to be honest.  I mean, we like going to Disney.

15 It's just very difficult for us right now in the -- you

16 know, the way things are, it's -- you know, it's not --

17 things aren't as easy as -- you know, as they were at

18 one time.

19      Q    And when you say "were," you mean under the

20 GAC program?

21      A    Right.  The first, you know, few times we

22 went, it was like, you know, We can do this.  You know,

23 we can handle it, you know.  But it's just, you know --

24 now, like I said, it's so much involved.

25      Q    So you and your wife would like to have the

Evidence Packet P.0524

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                    107

 1  in right away if it's under fifteen minutes.

 2      A    Right.

 3      Q    So if you could then turn to page 24 of 86,

 4  please.  And It's a Small World is one of ████████

 5  rides that he likes; right?

 6      A    Mm-hmm, yes.

 7      Q    And you see, starting at 10:00 o'clock to

 8  almost noon --

 9      A    Mm-hmm.

10      Q    -- that most of the posted wait times were ten

11  to fifteen minutes?

12      A    Right.

13      Q    Do you see that?

14      A    Mm-hmm.

15      Q    Okay.  If you could continue going on to

16  page 27 of 86, please.  Do you see, at the bottom, Mad

17  Tea Party?

18      A    Yes.

19      Q    And again, looking at the bottom, when you

20  came to the park around 10:00, 10:30, all the way up to

21  about -- actually, most of the day, do you see that most

22  of the posted wait times are ████████, and sometimes

23  ████████ minutes long, but almost always under ████████

24  minutes?

25      A    That's what it says.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                   108

1      Q    And Mad Tea Party is another ride that your

2  son likes; right?

3      A    Yes.

4      Q    And if you could then go to page 56 of 86,

5  please.  Do you see, somewhat towards the bottom,

6  midway, Dumbo --

7      A    Mm-hmm, yes.

8      Q    -- ride?  This is another one of ███████████

9  rides that he likes?

10      A    Yes.

11      Q    And do you see, starting again at

12  10:00 o'clock, going all the way up -- well, for most of

13  the day, but even just going up to noon, most of the

14  times are about ███████████ sometimes ████████.  Do you

15  see that?

16      A    Yes.

17      Q    So this is another ride that he likes; right?

18  That he could have gone on?

19      A    That's what it says.

20      Q    And when you went to the parks, do you

21  remember getting something called a "███████████████"?

22      A    I think I remember that one time.

23      Q    Do you remember what a ███████████████ is?

24      A    I think it's -- is it similar to the GAC card,

25  where you --

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                        109

1        Q    You can go right away --

2        A    Right, right.

3        Q    -- into the FastPass queue.

4        A    Right.

5        Q    Okay.  Do you remember getting those?

6        A    Yes.

7        Q    Okay.  So you had ████████████  you had

8  the DAS pass, and you had Fast -- the FastPass system --

9        A    Right.

10       Q    -- to utilize for ██████to access rides;

11 right?

12       A    Yes.  And that was the big thing.  The

13 ████████████  were the big deal.  I mean, that

14 made -- that was a better situation.

15       Q    But you didn't get them every time.

16       A    No.

17       Q    And do you remember which rides █████ent

18 on?

19       A    No.

20       Q    You don't remember a single ride you went on

21 with him?

22       A    Oh, I mean, period --

23       Q    During these trips that we're discussing, do

24 you --

25       A    Oh, yeah.  Yeah.  I mean, I remember rides,

Evidence Packet P.0527

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                110

1  but --

2      Q    What rides -- as we sit here today, what --

3      A    We've done Dumbo.  We've done, you know, magic

4  teacup.  We've done -- we've done Soarin'.  We've

5  done -- gosh, what else?  You name it.  Just about

6  everything in Magic Kingdom, we did.  I'm trying to

7  think of what else.

8      Q    And you're referring to the last couple -- '14

9  and '16; right?

10     A    Right, right.  Because Soarin' was kind of --

11 you know, his favorite thing.  You know, the sensory

12 thing was big.

13               God.  But other than that, I mean, we

14 always -- I mean, we usually -- you know, I think more

15 about -- more -- there's about -- what? -- eight or

16 nine, maybe, that we try to, you know, really get to all

17 the time.

18     Q    At Magic Kingdom or all parks?

19     A    Magic Kingdom for the most part, yeah.

20     Q    Okay.  And you said you went on those rides at

21 Magic Kingdom; right?

22     A    Mm-hmm.

23     Q    Is that correct?

24     A    Yeah.

25     Q    And then --

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████████████

November 12, 2019                    111

```
 1      A    Yes.

 2      Q    -- at Epcot or Animal Kingdom, it was, like,

 3 two or three rides --

 4      A    Right.  Because I think Soarin' is -- I can't

 5 think of which --

 6      Q    At Epcot.

 7      A    At Epcot.  Right.

 8      Q    And so during these trips in '14, '16, you

 9 went on about two or three at Epcot and Animal Kingdom,

10 because those are the only ones --

11      A    Right.

12      Q    -- he wants to go on.

13      A    Right.

14      Q    And at Magic Kingdom, you went on about eight

15 or nine rides when you went there?

16      A    Quite a few.  Quite a few.  As many as we

17 could get in.

18      Q    Okay.  Could you have gone on more than eight

19 or nine rides?

20      A    I couldn't tell you.  I mean, at that time, I

21 know -- you know, we had some days that were good,

22 some -- you know, some days, we didn't do too much.

23      Q    But in '14, '16 you went on approximately

24 eight to nine rides at Magic Kingdom, the ones that he

25 liked?
```

Evidence Packet P.0529

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                          119

```
 1       A    Yes.

 2       Q    Okay.  And if you could turn back to the first

 3  page and you look at the top, this refers to ████████

 4  ████████ and ████████████████.   Do you see that?

 5  Under -- under "Guest Information" on the first page?

 6       A    Yes.

 7       Q    Okay.  So based on this data, someone at least

 8  went to Hollywood Studios on March 14th, 2014.

 9       A    Okay.

10       Q    Do you see that?  Would it surprise you that,

11  because ████████ doesn't always like Hollywood Studios or

12  doesn't like it as much, that when you and ████████ and

13  ████ went to Hollywood Studios, you might have left him

14  back in the room with ████████?

15       A    Possibly, but I'm not sure.

16       Q    Do you remember ever a time where he stayed

17  back in the hotel room with ████████ like he did on some

18  of those cruise ships?

19       A    Yes.  Sure.

20       Q    Okay.  And do you know what ████████ would do

21  with him in the hotel room at Disney?

22       A    Same thing she would do at -- you know.

23       Q    With cruise ships?

24       A    Right.

25       Q    And you just decided, for whatever reason that
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                        123

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3  T.P., by and through S.P.,  )
    as next friend, parent, and )
 4  natural guardian, et al.,   )
                               )
 5      Plaintiffs,            )
                               ) CIVIL ACTION NO.
 6  v.                         ) 2:15-cv-05346-R-E
                               )
 7  Walt Disney Parks and      )
    Resorts U.S., Inc.,        )
 8                             )
        Defendant.             )
 9  ********************************************************

10              REPORTER'S CERTIFICATION

11            DEPOSITION OF  ████████████████

12                VOLUME I OF I

13              NOVEMBER 12, 2019

14  ********************************************************

15      I, Candyce E. Fisher, Certified Shorthand Reporter

16  in and for the State of Texas, hereby certify to the

17  following:

18      That the witness,  ████████████████, was duly

19  sworn by the officer and that the transcript of the oral

20  deposition is a true record of the testimony given by

21  the witness;

22      That review by the witness of the deposition

23  transcript was requested;

24      That the deposition transcript was submitted on

25  _____ to Andy Dogali, attorney for the
```

Evidence Packet P.0531

███████████████

November 12, 2019                                    124

```
 1  witness, for examination, and a signed errata shall be
 2  returned to U.S. Legal Support, Inc. within 30 days, by
 3  _____;
 4      That the amount of time used by each party at the
 5  deposition is as follows:
 6          Mr. White - 2 hrs, 14 mins
 7      That pursuant to information given to the
 8  deposition officer at the time said testimony was taken,
 9  the following includes counsel for all parties of
10  record:
11          Andy Dogali, Attorney for Plaintiffs
12          Jeremy M. White and Sarah Schanz, Attorney for
13  Defendants
14      I further certify that I am neither counsel for,
15  related to, nor employed by any of the parties or
16  attorneys in the action in which this proceeding was
17  taken, and further that I am not financially or
18  otherwise interested in the outcome of the action.
19      Certified to by me this 27th of November 2019.
20
21
22  _____
23          CANDYCE E. FISHER, Texas CSR No. 9421
            Expiration Date:  12/31/2019
24
25
```