REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-Z

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

ANDY DOGALI (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, Florida 33602
Tel: (813) 289-0700
Fax: (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Email: eugene@asstlawyers.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | Case No.: 15-cv-5346-R |
| Plaintiffs, | **NOTICE OF SERVING PLAINTIFFS K.A.C. AND J.L.C.'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | |
| Defendant. | **Hon. Manuel L. Real** |

Plaintiffs, K.A.C. by and through J.L.C., as Next Friend, Parent and Natural Guardian, and J.L.C., individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, gives notice of serving their

Page 1

Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

Evidence Packet P.0534

1 Answers to Defendant's First Interrogatories to Plaintiffs dated March 8, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of May, 2016 a true and correct copy of the foregoing was furnished via Electronic Mail to:

| | |
|---|---|
| **Kerry Scanlon, Esq.** | **Rhonda Trotter** |
| **Jeremy White, Esq.** | Kaye Scholer LLP |
| Kaye Scholer LLP | 1999 Avenue of the Stars, |
| The McPherson Building | Suite 1700 |
| 901 Fifteenth St. NW | Los Angeles, CA 90067 |
| Washington, DC 20005 | rtrotter@kayescholer.com |
| Kerry.Scanlon@kayescholer.com | |
| Jeremy.White@kayescholer.com | |

**Oscar Ramallo, Esq.**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1600
Los Angeles, CA 90067
oscar.ramallo@kayescholer.com

**DOGALI LAW GROUP, P.A.**

  /s/Andy Dogali
Andy Dogali
*Admitted pro hac vice*
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Email: adogali@dogalilaw.com

DOGALI LAW GROUP, P.A.

Page 2

Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

CONFIDENTIAL

Evidence Packet P.0535

| | |
|---|---|
| 1 | And |
| 2 | EUGENE FELDMAN |
| 3 | California Bar No. 118497 |
|   | Arias, Sanguinetti, Stahle & Torrijos, LLP |
| 4 | 6701 Center Drive West, Suite 1400 |
|   | Los Angeles, CA 90045 |
| 5 | Telephone: (310) 844-9696 |
|   | Email: eugene@asstlawyers.com |
| 6 | *Attorneys for Plaintiffs* |

DOGALI LAW GROUP, P.A.

Page 3

Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

1  ANDY DOGALI (admitted *Pro Hac Vice*)
   adogali@dogalilaw.com
2  Dogali Law Group, P.A.
   101 E. Kennedy Blvd., Suite 1100
3  Tampa, Florida  33602
   Tel:   (813) 289-0700
4  Fax:   (813) 289-9435

5  EUGENE FELDMAN (California Bar No. 118497)
   Arias, Sanguinetti, Stahle & Torrijos, LLP
6  6701 Center Drive West, Suite 1400
   Los Angeles, CA  90045
7  Telephone:  (310) 844-9696
   Email:  eugene@asstlawyers.com
8  *Attorneys for Plaintiffs*

DOGALI LAW GROUP, P.A.

9            **UNITED STATES DISTRICT COURT FOR THE**
             **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  T.P., et al., | Case No.: 15-cv-5346-R |
| 12            Plaintiffs, | **PLAINTIFFS K.A.C. AND J.L.C.'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES** |
| 13       v. | |
| 14  WALT DISNEY PARKS AND RESORTS U.S. INC., | **Hon. Manuel L. Real** |
| 15            Defendant. | |
| 16  | |

17    Plaintiffs, K.A.C. by and through J.L.C., as Next Friend, Parent and

18  Natural Guardian, and J.L.C., individually, by and through undersigned

19  counsel, and pursuant to Fed.R.Civ.Proc. 33, Answers Defendant's First

20  Interrogatories to Plaintiffs dated March 8, 2016 as follows:

21                              Page 4

Notice of Serving and Plaintiffs K.A.C. and J.L.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

Receives a special education designed for autism and accommodations including, but not limited to, speech therapy, physical therapy, occupational therapy and dog therapy.

7. Identify any educational assessments conducted of K.A.C. in connection with his or her cognitive disabilities (including when they were performed and who performed them), and describe the results of such assessments.

**ANSWER:**

Plaintiff objects to this request in that it improperly seeks to require Plaintiff to summarize medical records and reports, as well as the opinion of medical providers. Subject to the foregoing objection, Plaintiff will produce medical records in their possession, custody and control which contain the requested information.

8. Identify any visits made by K.A.C. to any Disney Park in the past five (5) years, including but not limited to the following:

    a. any services or accommodations provided to K.A.C. during each visit, including the issuance of any GAC cards;

    b. all rides, attractions, shows, stores, meet and greets, and other activities that K.A.C. attended or participated in during the visit; and

Page 12
Notice of Serving and Plaintiffs K.A.C.'s Initial Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

Evidence Packet P.0538

      c.    the specific order of rides and/or attractions that K.A.C. experienced or attended during each of the visits.

**ANSWER:**

2011- Disneyland (GAC) – We would get the GAC, then go on the rides. They would let us enter using the disabled entrance (back door or side entrance) and they we would get on the ride with minimal wait. Would do rides for a couple of hours and then they would go back to the hotel.

March, 2013 – Disneyworld (GAC) – same as above.

March 10 -15, 2014 – Disneyworld (DAS): We brought medical documentation, but employees would not look at it.

Day 1: Epcot: Spoke to Tammy in Guest Services about K.A.C.'s disability needs. Given 2 FP's and told to come back if she had any problems using the DAS. Didn't use the DAS at Epcot, used the FP's.

Day 2: Animal Kingdom: Tried to use the DAS. All kinds of problems, being told different things. Attempted to use DAS at Bug. J.L.C. took K.A.C. out of his wheelchair, and walked with him to the front of the attraction, expecting to be able to enter. The employee turned them away and refused to sign the DAS card. We attempted to speak with another Disney Employee at the ride's standby line, only to be directed to a nearby FP kiosk. J.L.C. helped K.A.C. back into his wheelchair, walked over to the kiosk, and requested to speak with a manager. Discussed the situation with the Manager, reiterated the need for an accommodation, such as a FP. Meanwhile, K.A.C. abandoned his wheelchair out of frustration and suffered a meltdown. He could not understand the concept of arriving at the attraction, only to be turned away and told to return at a later time. The Manager refused to give FP's and instead escorted us back to the ride and directed the employee who turned us away, to allow us in.

Page 13

Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

Day 3: Magic Kingdom: Had to wait in several long lines. On the third day of their visit, K.A.C. and J.L.C. visited Magic Kingdom. K.A.C. and J.L.C. encountered extended wait times for Mad Tea Party, Dumbo, and Tomorrowland Speedway. K.A.C. had a meltdown at Mad Tea Party due to being forced to enter the ride through the FastPass entrance. Adding to the frustration were employee's repeated inabilities to sign K.A.C.'s DAS card; with only one exception – The Barnstormer. We were forced to wait in the regular line with other, non-disabled children.

Day 4: Hollywood Studios: First stop was Buzz Lighyear. We received a 65 minute return time. The standard line had the same wait time. At American Idol experience, KAC had a meltdown and had to leave the show early. We left Hollywood Studios and returned to Epcot, hoping to speak with Tammy again. Since Tammy was unavailable, I spoke with Josh, instead. I told Josh about the difficulties we were experiencing in the Parks as a result of the DAS. On the edge of tears, I begged Josh for two FastPasses. Josh agreed, but warned the FastPasses could only be used at Epcot because every Disney Park applied the DAS differently.

Day 5: K.A.C. could not return to the Parks. He remained in the room with the special respite provider hired to accompany them.


November 24-26, 2014 - Disney World (DAS)

Day 1: Magic Kingdom: Received DAS and 5 FP's at Guest Services. Experienced 50 min wait at Speedway, 20 min wait at Tea Cups; 25 min wait at Mini-Roller Coaster.

Day 2: Animal Kingdom: Again had problems at Animal Kingdom. Went to Guest Services and asked them to check their complimentary cards. Requested FP's. Employee, Susan, demanded to know where she received passes from and when told "April Sullivan," employee would not give FP's. Instead Susan offered to arrange wait times in advance. Spoke to employee, Elise, who also refused to offer any FP's and advised that Magic Kingdom was able to offer more FP's because they have more attractions. Tried to arrange ride times online, but all the rides were already booked. Arranged times for Dinosaur and Killamanjro Safari, saw the Lion King Show, then done at Animal

Page 14

Notice of Serving and Plaintiffs K.A.C.'s Initial Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

DOGALI LAW GROUP, P.A.

Kingdom.  K.A.C. was frustrated at Dinosaur due to arriving at the front of the ride and being told to come back.  Employee, Joe, told us our time on the ride expired.  He began to insolently question me in front of everyone why we were "late to the ride."  I had to explain that K.A.C. has special needs and it took longer to get to the ride.  Later that evening, we went to Guest Services at Epcot, and requested FP's.  Received 2 FP's.  We were given an Identification number for the next time we come back to access "notes on account" in the future.

Day 3: Epcot:  Used 2 Fastpasses received the previous evening.  Also received a 110 minute wait time at Soarin' after presenting DAS card.

Do not recall all rides, order of rides, attractions, shows, etc. We usually have some of the same repeat rides.

9. Identify any tickets or annual passes used to gain admission to any Disney Park in the past five (5) years, including the date of renewal for any annual passes, if applicable.

**ANSWER:**

We never had annual passes.  The only tickets we still have available are the complimentary ones sent by April Sullivan and the first time we used those was November, 2014 with some still remaining. The numbers on the cards are: 3772 7627 005E;  3372 2526 101E; and 3772 2627 204E.

Page 15

Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

Evidence Packet P.0541

10. Identify any alleged route, repeat riding, routine, or other alleged need of K.A.C. to experience the attractions at any Disney Parks.

**ANSWER:** No specific order. Favorite rides are below. We also get a wheelchair.

**Magic Kingdom**
    Astro Orbiter
    The Barnstormer *(Repeat Rider)*
    Buzz Lightyear Space Ranger Spin
    Dumbo
    It's a small world
    Jungle Cruise
    Mad Tea party *(Repeat Rider)*
    Magic Carpets of Aladdin
    Many adventures of Winnie the Pooh
    Seven Dwarfs Mine Train *(Repeat rider)*
    Tomorrowland Speedway
    Tomorrowland PeopleMover
    Monsters Inc Laugh Floor

**Epcot**
    Soarin (Repeat Rider)
    Spaceship Earth (Repeat Rider)
    The Seas: Nemo and Friends

**Animal Kingdom**
    Dinosaurs (Repeat Rider)
    It's tough to be a Bug
    Kali River Rapids
    Kilimanjaro safaris
    Festival of the Lion King

**Hollywood Studios**
    Toy Story Midway Mania (Repeat Rider)

Page 16

Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

11. Identify any trips or vacations taken by K.A.C. within the past five (5) years and indicate the whether K.A.C. travelled by car or plane for each such trip or vacation.

**ANSWER:**

2011: Couple trips to Louisiana by car
2011: Disneyland; San Diego Zoo by airplane
2012: San Antonio by car; Louisiana by car
2013: Louisiana by car; Orlando by car
2014: Trips To Louisiana by car; couple of trips to Orlando by airplane
2015: San Antonio by car; Galveston by car

12. Identify any visits you plan to make to any Disney Park in the future, including the dates of such planned visits, and the Disney Parks you plan to attend.

**ANSWER:**

We plan to visit sometime this year with the passes and complimentary rooms we were given. This would be a trip for my daughter to celebrate graduation from college and getting in medical school. Not sure of the dates yet or the parks we plan to attend. We plan to visit Atlanta and also Universal Studios.

Page 17
Notice of Serving and Plaintiffs K.A.C.'s Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

Evidence Packet P.0543

# VERIFICATION

████████████████████████████████
████████████████████████ d Natural
███ Guardian of K.A.C. ██████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

STATE OF ~~CALIFORNIA~~ Texas
COUNTY OF Dallas

On this 5th day of April, 2016, before me, Sarah E. Croft (Notary Public) personally appeared █████████████████ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary seal: SARAH ELIZABETH CROFT, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 11-29-2018]

*Sarah E. Croft*
Notary Public, State of ~~California~~ Texas

DOGALI LAW GROUP, P.A.

Notice of Serving and Plaintiffs K.A.C. and LL.C.'s Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

CONFIDENTIAL

Evidence Packet P.0544