REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-BB

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                          1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA


T.P., by and through S.P.,   )
as next friend, parent, and  )
natural guardian, et al.,    )
                             )
     Plaintiffs,             )
                             ) CIVIL ACTION NO.
v.                           ) 2:15-cv-05346-R-E
                             )
Walt Disney Parks and        )
Resorts U.S., Inc.,          )
                             )
     Defendant.              )


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

DR. STEPHEN ELLIOTT

VOLUME I OF I

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*








REPORTED BY:

CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

P.O. BOX 1264

RED OAK, TEXAS 75154


U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0558

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                            2

        BE IT REMEMBERED THAT oral and videotaped

deposition of DR. STEPHEN ELLIOTT, produced as a witness

at the instance of the Defendant and duly sworn, was

taken in the above-styled and -numbered cause on Monday,

December 16, 2019, from 9:12 a.m. to 11:20 a.m., before

Candyce E. Fisher, CSR in and for the State of Texas,

reported by machine shorthand, at the offices of

McDermott Will & Emery LLP, 2501 North Harwood Street,

Suite 1900, Dallas, Texas 75201, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on

the record or attached hereto.

Evidence Packet P.0559

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                    3

```
 1                        APPEARANCES

 2

 3  FOR PLAINTIFFS:

 4          DOM LAW, PA

 5      BY:  Domenick Lazzara, Esq.
             1814 North 15th Street
 6           Ybor City, Florida 33605
             (813) 606-5036
 7           dom@domlaw.com

 8

 9

10  FOR DEFENDANT:

11          MCDERMOTT WILL & EMERY LLP

12      BY:  Jeremy M. White, Esq.
             -and-
13           Sarah Schanz, Esq.
             500 North Capitol Street, NW
14           Washington, D.C. 20001
             (202) 756-8000
15           jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20          Anthony Marlar, Videographer

21

22                    * * * * *

23

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0560

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                          7

```
 1                        PROCEEDINGS

 2              THE VIDEOGRAPHER:  We're now on record.

 3  The date is December 16th, 2019.  The time is 9:12 a.m.

 4  This is the video deposition of Dr. Stephen Elliott in

 5  the matter of T.P., et al., versus Walt Disney Parks and

 6  Reporters [sic] U.S., Incorporated.  This deposition is

 7  being held at McDermott Will & Emery in Dallas, Texas.

 8              Counsel, please state your appearances

 9  for the record.

10              MR. LAZZARA:  Domenick Lazzara on behalf

11  of the plaintiff in this case, and my firm is

12  Dom Law PA.

13              MR. WHITE:  Jeremy White on behalf of

14  defendant, Walt Disney Parks and Resorts U.S.,

15  Incorporated.

16              THE VIDEOGRAPHER:  Will the court

17  reporter please swear in the witness.

18              [Witness sworn.]

19               DR. STEPHEN ELLIOTT,

20  having first been duly affirmed by me to tell the truth,

21  was examined and testified as follows:

22                        EXAMINATION

23     Q    (BY MR. WHITE)  Good morning.

24     A    Good morning.

25     Q    Can you please state your full name for the
```

Evidence Packet P.0561

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                              44

1        Q      Well, is it out -- for ███████ is it out of

2   character for him to have aggressions?   I mean, he has

3   aggressions a lot, doesn't he?

4                    MR. LAZZARA:   Form.

5        A      Correct.

6        Q      (BY MR. WHITE)   So -- and he has aggressions

7   at many different places -- doctors' offices, home,

8   school -- right?

9                    MR. LAZZARA:   Form.

10       A      Correct.

11       Q      (BY MR. WHITE)   And these aggressions are

12  sometimes -- they can happen in any environment and

13  they're unpredictable, aren't they?

14                   MR. LAZZARA:   Form.

15       A      So clinic visits tend to be stimulating for

16  ███████████

17       Q      (BY MR. WHITE)   What do you mean by

18  "stimulating"?   Meaning that they're likely to cause a

19  meltdown or not likely to cause a meltdown?

20       A      More likely.

21       Q      Right.   Because overstimulation can cause a

22  meltdown -- is that right? -- for him?

23       A      Correct.

24       Q      But it's hard to predict whether he's going

25  have a meltdown or not, isn't it?

Evidence Packet P.0562

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                          45

```
 1                    MR. LAZZARA:  Form.

 2       A    So his irritability and outbursts are

 3  unpredictable, but they do track with -- with things

 4  that the parents monitor for.

 5                    [Reporter clarification.]

 6       Q    (BY MR. WHITE)  And, for example, medication

 7  changes can impact his behavior?

 8       A    They could.

 9                    MR. LAZZARA:  Form.

10       Q    (BY MR. WHITE)  So if he's having a negative

11  behavior, it could be because the medication was

12  changed?

13                    MR. LAZZARA:  Form.

14       A    It could be.

15       Q    (BY MR. WHITE)  Okay.  ████████  lso had issues

16  sleeping, didn't he?

17       A    Correct.

18       Q    And certainly, him not sleeping enough could

19  impact his -- could cause him to have negative behaviors

20  or irritability, couldn't it?

21                    MR. LAZZARA:  Form.

22       A    Correct.

23       Q    (BY MR. WHITE)  Okay.  And you see that an

24  increase in him having problems sleeping would increase

25  his aggressions?
```

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0563

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                            75

1        Q     I believe it was Exhibit-- might have been

2   Exhibit 6, Bates-stamped 4108.

3        A     Correct.

4        Q     So they were going to the parks until

5   May 22nd.  So this was the day after they finished their

6   trip at Disney's parks; right?

7                MR. LAZZARA:  Form.

8        A     Per the record, correct.

9        Q     (BY MR. WHITE)  Okay.  And can you please read

10  the comment starting with "received phone call"?

11       A     "Received phone call from mother with update.

12  She reports the family returned from their Disney trip

13  an██████████id fairly well."

14       Q     So based on this note, the mother indicated

15  tha██████████did fairly well during their trip to

16  Disney; correct?

17               MR. LAZZARA:  Form.

18       A     That is what the nurse charted.

19       Q     (BY MR. WHITE)  Do you have any reason to

20  doubt what the nurse charted?

21               MR. LAZZARA:  Form.

22       A     No.  But that's what the nurse charted.

23       Q     (BY MR. WHITE)  Right.  That's what it says in

24  the note; correct?

25               MR. LAZZARA:  Form.

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0564

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                                    76

```
 1     A     Right.

 2     Q     (BY MR. WHITE)  That the mother ████████

       ████████     reported to your office that they returned

 4 from their trip to Disney and ████████ did fairly well

 5 during that trip; right?

 6               MR. LAZZARA:  Form.

 7     Q     (BY MR. WHITE)  That's what it says in the

 8 note?

 9     A     Correct.

10     Q     Is there any other indication in this document

11 that I just put before you about their trip to Disney?

12     A     There is not in this document.

13               Did you [inaudible]?

14     Q     Thank you.

15               And then they went to visit you in the

16 office on June 1st, 2016.  Do you remember that?

17               [Exhibit 9 marked for identification.]

18     A     Correct.  So he had an appointment on

19 June 1st.

20     Q     (BY MR. WHITE)  This was the first time that

21 you saw ████████ and his family in person after their

22 trip to Disney -- to Disney's parks in May of 2016?

23     A     Correct.

24     Q     And it says -- under "Informant," it says

25 "Patient and parent were present for forty-minute
```

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0565

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                          77

1   face-to-face appointment."

2              Do you see that?

3        A    Correct.

4        Q    So you met with the patient, and you met with

5   ████████ nd his parents for forty minutes on June 1st,

6   2016.  And it says -- in the "History of Present

7   Illness," do you see what -- it says in the last

8   sentence that --

9        A    Oops.

10       Q    I'm sorry?

11       A    I said "Oops."  I said "Disneyland."

12       Q    Yeah.

13       A    Yeah.

14       Q    Right.

15             MR. LAZZARA:  Form.

16       Q    (BY MR. WHITE)  But you understand that they

17  went to Disney World?

18       A    Correct.

19       Q    Walt Disney World?

20       A    Correct.

21       Q    It doesn't -- doesn't change the impact of

22  your statement; right?

23       A    Correct.

24       Q    And you indicate in here, based on your

25  meeting with the parents, tha ████████ generally

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0566

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                                    78

```
 1  tolerated the park.  Do you see that note?

 2               MR. LAZZARA:  Form.

 3       A    That is correct.

 4       Q    (BY MR. WHITE)  That's what it says in the

 5  record; right?

 6               MR. LAZZARA:  Form.

 7       A    Correct.

 8       Q    (BY MR. WHITE)  Okay.  And if you also could

 9  please turn to a couple pages later, 4068, and look at

10  your psychiatric reading, please.

11               So this -- again, this is an analysis you

12  did based on your observations of him?

13       A    Correct.

14       Q    At the June 1st meeting?

15       A    Correct.

16       Q    Okay.  And based on your observations of him

17  at this meeting, after -- under "Depressive mood", it

18  says -- I guess this is the rating category -- "sad,

19  tearful, depressive demeanor."  And with regards to how

20  that applies t█████████  you wrote -- this is on

21  page 4068.

22       A    Right.  So "not present."

23       Q    Okay.  So based on your observations of

24  ██████  on June 1st, you didn't see any depression,

25  anything present regarding depressive mood.  Is that
```

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0567

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                        105

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3 T.P., by and through S.P.,  )
   as next friend, parent, and )
 4 natural guardian, et al.,    )
                               )
 5     Plaintiffs,              )
                               ) CIVIL ACTION NO.
 6 v.                           ) 2:15-cv-05346-R-E
                               )
 7 Walt Disney Parks and        )
   Resorts U.S., Inc.,          )
 8                              )
       Defendant.               )
 9 *****************************************************

10                REPORTER'S CERTIFICATION

11           DEPOSITION OF DR. STEPHEN ELLIOTT

12                    VOLUME I OF I

13                   DECEMBER 16, 2019

14 *****************************************************

15     I, Candyce E. Fisher, Certified Shorthand Reporter

16 in and for the State of Texas, hereby certify to the

17 following:

18     That the witness, Dr. Stephen Elliott, was duly

19 sworn by the officer and that the transcript of the oral

20 deposition is a true record of the testimony given by

21 the witness;

22     That review by the witness of the deposition

23 transcript was not requested;

24     That the amount of time used by each party at the

25 deposition is as follows:
```

U.S. LEGAL SUPPORT
(877) 479-2484

Evidence Packet P.0568

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Dr. Stephen Elliott
December 16, 2019                                    106

1          Mr. White - 1 hrs, 42 mins

2          Mr. Lazzara - 0 hrs, 11 mins

3      That pursuant to information given to the

4  deposition officer at the time said testimony was taken,

5  the following includes counsel for all parties of

6  record:

7          Domenick Lazzara, Attorney for Plaintiffs

8          Jeremy M. White and Sarah Schanz, Attorney for

9  Defendants

10     I further certify that I am neither counsel for,

11 related to, nor employed by any of the parties or

12 attorneys in the action in which this proceeding was

13 taken, and further that I am not financially or

14 otherwise interested in the outcome of the action.

15     Certified to by me this 16th of December 2019.

16

17

18  _____

19     CANDYCE E. FISHER, Texas CSR No. 9421
       Expiration Date:  12/31/2019

20

21

22

23

24

25