REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-EE

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

November 12, 2019                                                                 1

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   T.P., by and through S.P., as
     next friend, parent, and
 5   natural guardian et al.,

 6              Plaintiffs,

 7    vs.                    CASE NO. 2:15-CV-05346-R-E

 8   WALT DISNEY PARKS and RESORTS
     U.S., Inc.,
 9
                Defendant.
10   _____

11

12

13

14

15   VIDEOTAPED DEPOSITION OF ▆▆▆▆▆▆▆▆▆▆▆▆

16           San Francisco, California

17           Tuesday, November 12, 2019

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,
     CSR No. 12019
24   Job No. 857995

25   Pages 1 - 70
```

███████████

November 12, 2019                                                         2

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   T.P., by and through S.P., as
     next friend, parent, and
 5   natural guardian et al.,

 6              Plaintiffs,

 7      vs.                    CASE NO. 2:15-CV-05346-R-E

 8   WALT DISNEY PARKS and RESORTS
     U.S., Inc.,
 9
                Defendant.
10   _____

11

12

13

14

15       Videotaped Deposition of ████████████████
     ██████) taken on behalf of defendant Walt Disney Parks
16   and Resorts U.S., Inc,, at Salesforce Tower, 415
     Mission Street, San Francisco, California, beginning
17   at 10:22 a.m.  and ending at 12:41 p.m. on Tuesday,
     November 12, 2019, before ASHLEY SOEVYN, Certified
18   Shorthand Reporter No. 12019.

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiff
 4        ARIAS SANGUINETTI WANG & TORRIJOS, LLP
 5        BY:  EUGENE FELDMAN
 6        Attorney at Law
 7        6701 Center Drive West, #1400
 8        Los Angeles, California 90045
 9        E-mail: eugene@aswtlawyers.com
10        Phone: (310) 844-9696
11
12   For the Defendant Walt Disney Parks and Resorts U.S.
13   Inc.
14        MCDERMOTT WILL & EMERY
15        BY:  KERRY SCANLON
16        BY:  JULIE H. MCCONNELL
17        Attorneys at Law
18        The McDermott Building
19        500 North Capitol Street, NW
20        Washington, DC 20001
21        E-mail: kscanlon@mwe.com
22        E-mail: jmconnell@mwe.com
23        Phone: (202) 756-8317
24
25   Also Present: Matt Cope, Videographer
```

```
 1              P R O C E E D I N G S
 2                    ---oOo---
 3         THE VIDEOGRAPHER:  Good morning.  We are
 4  on the record at 10:22 a.m. on November 12, 2019.
 5  Audio and video recording will continue to take
 6  place unless all parties agree to go off the record.
 7  Please note that microphones are sensitive and may
 8  pick up whisperings and private conversations.  This
 9  is the video-recorded deposition of ▓▓▓▓▓▓▓▓
10  taken by counsel for defendant in the matter of T.P.
11  versus Walt Disney Parks and Resorts U.S., Inc.
12  filed in the United States District Court, Central
13  District of California.
14         This deposition is being held at
15  McDermott Will & Emery, 415 Mission Street,
16  Suite 5600, San Francisco, California.  My name is
17  Matt Cope.  I'm the videographer on behalf of
18  U.S. Legal located at 201 Mission Street,
19  San Francisco, California.  The court reporter today
20  is Ashley Soevyn on behalf of U.S. Legal.
21         I am not related to any party in this
22  action nor am I financially interested in the
23  outcome.
24         Counsel will state their appearances for
25  the record after which the court reporter will swear
```

```
1   in the witness.
2           MR. FELDMAN:  Eugene Feldman for the
3   plaintiff.
4           MR. SCANLON:  Kerry Scanlon for the
5   defendant.
6
7                   ███████████,
8   having been administered an oath, was examined and
9   testified as follows:
10
11                  EXAMINATION
12  BY MR. SCANLON:
13      Q    Good morning.
14      A    Good morning.
15      Q    Could you please state your full name and
16  home address for the record?
17      A    ██████████████████████)  That was
18  my maiden name.  ████████████████████████████
19  ████████████████
20      Q    I'm sorry, did you say -- was ██████ in
21  there somewhere?
22      A    ████████████
23      Q    ████████████  Okay.  Thank you.
24      A    Uh-huh.
25      Q    And how long have you lived at ██████
```

```
 1   the reason for going to three different elementary
 2   schools?
 3        A    Well, different programs.
 4        Q    He's about ten right now, right?
 5        A    Right.
 6        Q    Okay.  And can you describe which schools
 7   he went to first, second, and third and why you
 8   changed?
 9        A    Well, the program that was assigned to
10   him from the district, it's called NSTC, which is a
11   special day class, and they cover kindergarten to
12   second grade.  That was our first school,
13   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Elementary in
14   Oakland.  We had differences with the teacher,
15   special day class teacher, and we relocated to
16   ▇▇▇▇▇▇▇ Elementary, as well in Oakland, and we
17   were --
18        Q    Excuse me.  You had differences, and what
19   grade was he in?
20        A    Kindergarten.
21        Q    So he was only there for part of the
22   kindergarten?
23        A    The whole kindergarten year.
24        Q    What was the issue you had with the
25   teacher?
```

```
 1       Q    Yes.
 2       A    Fourth grade?
 3       Q    Fourth grade, I mean, yes.
 4       A    No.
 5       Q    They didn't?
 6       A    No, they didn't.  He's actually
 7  performing almost at grade level for fourth grade.
 8       Q    But is it an inclusion program or no?
 9       A    Yes.
10       Q    It is?
11       A    Uh-huh.
12       Q    Okay.  So what they told you he couldn't
13  have going into the second grade they are now
14  providing him going into the fourth grade?
15       A    Yes.
16       Q    Okay.  And do you know what the reason
17  for the change was?
18       A    From who, from the charter school or from
19  OUSD?
20       Q    From OUSD.
21       A    Well, now OUSD because the IEP states
22  that he needs one-on-one support, now they have to
23  provide it.
24       Q    Okay.  And why did you move back to the
25  OUSD from the charter school at the end of the third
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

[REDACTED]
November 12, 2019                                                              46

```
 1      Q    When is the first time that you ever went
 2  to a Disney theme park?
 3      A    Memorial Day weekend of 2013.
 4      Q    Okay.  That's the first time you've ever
 5  been there in your life?
 6      A    Yes, sir.
 7      Q    And who did you go with on that occasion?
 8      A    With my mom, [REDACTED] and our two kids.
 9      Q    [REDACTED] is [REDACTED]?
10      A    Correct.
11      Q    What was the reason you went on
12  Memorial Day 2013?
13      A    We wanted to have a trial and error kind
14  of scenario because we were planning on attending in
15  November with my extended family as a family
16  reunion.
17      Q    And as far as you know, had [REDACTED] ever
18  been there before?
19      A    No.
20      Q    Had your kids ever been there before?
21      A    No.
22      Q    And you had never been there before?
23      A    No.
24      Q    Did you go for a single day or was it
25  more than one --
```

Case 2:15-cv-05346-CJC-E  Document 433-35  Filed 10/09/20  Page 10 of 16  Page ID #:25659
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                                    47

```
 1       A     It was just a single-day visit.
 2       Q     And how did you get there?
 3       A     Driving.
 4       Q     Did you drive the day before?
 5       A     Yes.
 6       Q     And where did you stay?
 7       A     I don't recall the name of the hotel.
 8  But it was I think like two or three blocks down
 9  Disneyland.
10       Q     So it was in Anaheim?
11       A     Yes.
12       Q     Near the park?
13       A     Yes.
14       Q     And did you drive to Anaheim from the
15  Bay Area in one day?
16       A     Yes.
17       Q     How long did that take?
18       A     I don't know, like six to eight hours.
19       Q     And did you have any problem in that --
20  during that drive?
21       A     Not other than taking, you know, breaks
22  for the kids, yeah.
23       Q     Okay.  And you drove back afterwards?
24       A     Correct.
25       Q     Did you stay in this hotel for two
```

Case 2:15-cv-05346-CJC-E   Document 433-35   Filed 10/09/20   Page 11 of 16   Page ID #:25660
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                                    51

```
 1   the map during that 10, 15 minutes?
 2        A     No.
 3        Q     You did that after you looked at the
 4   website?
 5        A     Yes.
 6        Q     And how was it that you looked at the map
 7   and decided what you might do, how did you go about
 8   doing that?
 9        A     Well, back in the time, my son didn't
10   have the need of a certain ride.  He's never been to
11   the theme park or any theme park for that matter.
12   So I kind of like played blind, you know.
13        Q     Well, I'm just asking what you did.  Your
14   son was only four.
15        A     Three, four, yes.
16        Q     Well, in --
17        A     2013, May -- yes.
18        Q     Well, he was three and a half or
19   something, right?
20        A     Yes.
21        Q     So he's almost three and a half, so he
22   wasn't going to develop some pattern of rides he was
23   going to go on, right?
24        A     He has a, what we call, a photographic
25   memory.  So he's very particular and he's -- his
```

```
 1  you go in the cars.
 2      Q    Racers?
 3      A    Yes.
 4      Q    Okay.  Anything else?
 5      A    The -- I don't recall it.
 6      Q    Okay.  So he remembered Nemo and the
 7  cars -- and the Racers as well?
 8      A    Yes.
 9      Q    And the monorail, right?
10      A    Uh-huh.
11      Q    Okay.  And that's what you're referring
12  to when you said that he remembered those rides when
13  he came back in November, right?
14      A    Correct.
15      Q    And he didn't have to go on the Nemo ride
16  or Racers in any particular order.  He could have
17  gone on one first and then the other one.  It
18  wasn't -- he didn't have to go in any particular
19  order, did he?
20      A    Yes.
21      Q    What was the order?
22      A    I don't recall the specific order, but --
23      Q    Well, if you don't recall the order, how
24  do you know he had an order?
25      A    Because I can remember him having a hard
```

```
 1   preference you can -- and it's not healthy for them
 2   to have a preference, for example, repeating
 3   something over and over, you can treat that, and you
 4   can get them to change their conduct, right?
 5           MR. FELDMAN:  Objection.
 6           MR. SCANLON:  You can answer.
 7           MR. FELDMAN:  Let me get my objection on
 8   the record, please, counsel.
 9           MR. SCANLON:  Just don't make it a
10   speaking objection.  All you have to say is "I
11   object."
12           MR. FELDMAN:  I'll practice law the way I
13   choose to practice law.  I don't need you to tell me
14   how to practice law.
15           My objection is that it's compound and it
16   assumes facts not in evidence.
17           MR. SCANLON:  Thank you.  You can answer.
18           THE WITNESS:  I'm sorry, what was your
19   question?
20   BY MR. SCANLON:
21       Q   The question was, when you said he needed
22   this, it wasn't a need like a blind person has, that
23   needs something to help them because they can't see.
24   The kind of need he has is something that is
25   treatable, that you learned in ABA therapy, correct?
```

1    A    Correct.
2    Q    Okay.  And --
3         MR. FELDMAN:  I'm also going to object to
4    the question on the grounds that it calls for a
5    medical opinion.
6    BY MR. SCANLON:
7    Q    How many rides did you go on?  And when I
8    say "rides," I'm not talking about Downtown Disney
9    or getting on the monorail or getting on a bus or
10   parking in the parking lot.  I'm talking about
11   specific attractions where there is a line and you
12   get on something that's like a roller coaster or
13   ride.  That's what I mean when I say ride, okay?
14        How many of those did you go on in your
15   first visit on Memorial Day of 2013?
16   A    I don't recall the exact number of rides.
17   We visited both parks in one day.  I don't know 10,
18   15, I estimate.
19   Q    Ten or 15 rides?
20   A    Yes.
21   Q    Did you all stay together the whole day,
22   all five of you?
23   A    Yes.
24   Q    Okay.  And so you think you went on 10 or
25   15 rides?

Case 2:15-cv-05346-CJC-E Document 433-35 Filed 10/09/20 Page 15 of 16 Page ID #:25664
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                                    62

```
 1   basically said that, and that three or four years
 2   later when he was retested, that it improved a lot
 3   and you had goals, so that that number would be
 4   reduced significantly?
 5        A     I -- I -- I don't recall that data.
 6        Q     Okay.  Well, we'll look at some of the
 7   records.  So you don't know whether there was any
 8   time in your son's life when he would -- whether it
 9   was -- regardless of where he was, at home, at
10   school, you know, with relatives that he would
11   frequently become upset if he did not get what he
12   wanted?
13        A     Yes, I recall that.
14        Q     Okay.  And that happened early when he
15   was three or four almost all the time, right?
16        A     Yes.
17        Q     And it improved after getting ABA
18   therapy, right?
19        A     Somewhat, yes.
20              MR. SCANLON:  All right.  Let's take a
21   break.
22              THE VIDEOGRAPHER:  Off the record at
23   12 o'clock.
24              (Recess taken.)
25              THE VIDEOGRAPHER:  Back on the record at
```

Case 2:15-cv-05346-CJC-E   Document 433-35   Filed 10/09/20   Page 16 of 16   Page ID #:25666
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 12, 2019                                                                69

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand, which was thereafter transcribed under my
10   direction; further, that the foregoing is a true
11   record of the testimony given.
12        I further certify I am neither financially
13   interested in the action nor a relative or employee
14   of any attorney or party to this action.
15        IN WITNESS WHEREOF, I have this November
16   22, 2019 subscribed my name.
17
18
19   [signature]
20   _____
21   ASHLEY SOEVYN
     CSR No. 12019
22
23
24
25
```