REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-GG

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                       ---oOo---

 4

 5   T.P., by and through S.P.,   )
     as next friend, parent,      )
 6   and natural guardian, et     )
     al.,                         )
 7                                )
              Plaintiffs,         )
 8                                )
         vs.                      ) CASE NO.
 9                                ) 2:15-cv-05346-R-E
                                  )
10   Walt Disney Parks and        )
     Resorts U.S., Inc.           )
11                                )
              Defendant.          )
12   _____)

13

14

15

16          VIDEOTAPED DEPOSITION PROCEEDINGS OF

17                    ███████████████

18            Thursday, November 14, 2019

19

20        415 Mission Street, Suite 5600

21            San Francisco, California

22

23

24

25   REPORTED BY: ANGIE DINER, RMR, CRR, CSR NO.9581
```

U.S. LEGAL SUPPORT
(877) 479-2484

```
 1  A P P E A R A N C E S:

 2


 3  FOR Defendant:

 4   MCDERMOTT, WILL & EMERY
     BY:  KERRY ALAN SCANLON, ESQ
 5        JULIE MCCONNELL, ESQ.
     500 North Capitol Street, NW
 6   Washington, D.C.  20001
     202-756-8000
 7   Kscanlon@mwe.com
     Jmcconnell@mwe.com
 8


 9


10  FOR Plaintiffs:

11   ARIAS SANGUINETTI WANG & TORRIJOS, LLP
     BY:  Eugene Feldman, ESQ.
12   6701 Center Drive West, Suite 1400
     Los Angeles, California 90045
13   310-844-9696
     Eugene@aswtlawyers.com
14


15


16


17  ALSO PRESENT:

18        Michael Santy, videographer

19        Victor Martinez, interpreter

20        Ricardo Claps

21


22


23


24


25
```

November 14, 2019                                                                3

```
 1        BE IT REMEMBERED that on Thursday,
 2   November 14, 2019, commencing at the hour of 9:23
 3   a.m. at the Law Offices of McDermott Will & Emery,
 4   415 Mission Street, Suite 5600, San Francisco,
 5   California, before me ANGIE DINER, a Certified
 6   Shorthand Reporter in and for the State of
 7   California.
 8                       ---oOo---
 9        THE VIDEOGRAPHER:  Good morning.  We're on
10   the record at 9:23 a.m. on November the 14th, 2019.
11   Audio and video recording will continue to take
12   place until all parties agree to go off the record.
13   Please note that microphones are sensitive and may
14   pick up whispering and private conversations.  This
15   is the video-recorded deposition of [REDACTED]
16   taken by the counsel for the defendant in the matter
17   of T.P. by and through S.P. as next friend, parent,
18   and natural guardian, et al, versus Walt Disney
19   Parks and Resorts U.S. Incorporated, filed in the
20   U.S. District Court, Central District of California.
21   This deposition is being held at McDermott Will &
22   Emery located at 415 Mission Street, Suite 5600,
23   San Francisco, California.
24        My name is Michael Santy.  I'm the
25   videographer on behalf of U.S. Legal Support,
```

November 14, 2019                                                          4

```
 1  located at 201 Mission Street, Suite 600,
 2  San Francisco, California.  The court reporter is
 3  Angie Diner on behalf of U.S. Legal Support.  I am
 4  not related to any party in this action, nor am I
 5  financially interested in the outcome.
 6          Counsel will state their appearances for the
 7  record, after which the court reporter will swear in
 8  the witness.
 9          MR. FELDMAN:  Eugene Feldman for the
10  plaintiff.
11          MR. SCANLON:  Kerry Scanlon for the
12  defendant, and with me are Julie McConnell from my
13  office and a representative of our firm, Ricardo
14  Claps, for purposes of interpretation here today.
15                  VICTOR MARTINEZ,
16  Official court interpreter for the witness,
17  translated from the English language into Spanish,
18  and from Spanish into English, as follows:
19          THE INTERPRETER:  Yes.
20
21  called as a witness herein, who, having been duly
22  sworn, was thereupon examined and interrogated as
23  hereinafter set forth.
24          THE WITNESS:  Yes.
25  ///
```

```
 1  and he doesn't know how to speak with people.  And
 2  when he spends an hour of time in line, he starts
 3  yelling, and -- and -- and people give us bad looks.
 4  Well, we had to leave the line, and he kept crying
 5  and screaming.
 6      Q.   Is it your testimony, Mr. ██████ that you
 7  waited in a line for more than an hour with your
 8  son?
 9      A.   Yes.
10      Q.   And how many times did you do that during
11  this two- or three-day visit?
12      A.   About five times.
13      Q.   And this was in the regular line that
14  everyone else was lined up in?
15      A.   Yes.
16      Q.   Okay.  And you waited in this line for more
17  than an hour at least five times?  Is that your
18  testimony?
19      A.   Yes.
20      Q.   Do you remember the names of any of the rides
21  that you're referring to?
22      A.   No, but there was one he really liked, which
23  was something like a submarine, something out of
24  Nemo or something like that.  Yes.
25      Q.   Finding Nemo?
```

November 14, 2019                    16

```
 1   A.   Yeah, yes.
 2   Q.   Okay.  And -- and -- and your testimony is
 3   that you waited in line for more than an hour for
 4   that ride?
 5   A.   Yes.
 6   Q.   Do you remember if that was the first day of
 7   the visit or the second day of the visit?
 8   A.   The first day.
 9   Q.   Was it the very first ride you went to?
10   A.   No.  It was a different one, but I can't
11   remember the name of it.
12   Q.   So this was not the first ride you went to?
13   A.   No.  No, we had gone to a different one
14   first.
15   Q.   Was it the second ride you went to?
16   A.   It was the second one, more or less.
17   Q.   Okay.  And how long did you wait in line in
18   the first ride?
19   A.   Almost an hour.
20   Q.   Do you remember the name of that ride?
21   A.   No, but it's like some elephants just -- that
22   just go around like this and that's it.
23   Q.   And that was the -- that was the first ride
24   on the first day, right?
25   A.   Yes.
```

November 14, 2019                                                          29

```
 1  the Winnie the Pooh ride?  Did you go to Winnie the
 2  Pooh or did you stop and eat first?  What did you do
 3  next?
 4  A.    No, we went straight there.
 5  Q.    Did you eat lunch before you came to the park
 6  that day?
 7  A.    Yes.
 8  Q.    At the hotel?
 9  A.    Yes.
10  Q.    Okay.  And did you stand in the regular line
11  at Winnie the Pooh, or was there a line?
12  A.    The normal line for everybody.
13  Q.    How long was the wait there?
14  A.    About 30 minutes.
15  Q.    And was it just the four of you in your group
16  or were there other people from your group that went
17  to Winnie the Pooh?
18  A.    No, just us four.
19  Q.    Okay.  And do you remember what you did next
20  after going on that ride?
21  A.    We went to one that's -- we went to one
22  that's next to it, which looks like a trunk.  I
23  think it's a water ride.
24  Q.    It looks like a trunk, like a tree trunk?
25  A.    Yes.
```

November 14, 2019                                                    32

```
 1   A.   His mom -- his mom did.
 2   Q.   On her -- on her cell phone?
 3   A.   Yes, I believe so.
 4   Q.   Did he have a smile on his face?
 5   A.   Of course.
 6   Q.   What about your daughter?  How old was she at
 7   the time?
 8   A.   She was about three years old, more or less.
 9   Three or four.
10   Q.   Daughter was three or four?
11   A.   Yes.
12   Q.   And was she enjoying the rides?
13   A.   No, hardly.
14   Q.   No?
15   A.   She doesn't really like them.
16   Q.   What about your wife?  Was she enjoying the
17   rides?
18   A.   Some.
19   Q.   I'm sorry.  I -- I called her your wife.  But
20   Ms.█████
21   A.   Uh-huh, that's fine.
22   Q.   Did -- did she enjoy the rides?
23   A.   Some of them she did.
24   Q.   What about you?
25   A.   I like the big ones at the end.
```

November 14, 2019                                                        41

```
 1   A.    Mine.
 2   Q.    Just yours?
 3   A.    Yeah.  Some -- some children of her siblings
 4   that are -- came with because they wanted to go on
 5   the same ride.
 6   Q.    There were other kids there besides your son,
 7   right?
 8   A.    Of course.
 9   Q.    Right.  And they had preferences of where
10   they wanted to go, right?
11   A.    Yeah, because they're allegedly normal.
12   Because my son can't decide on his own which one he
13   wants to go on or not.  He just says he likes a
14   certain one, but then when he comes to getting on,
15   he won't go on it.
16   Q.    Okay.  So he didn't really know which ones he
17   wanted to go on, right?
18   A.    No, he didn't, because he had never been
19   there.
20   Q.    Okay.  And sometimes you said he would -- he
21   would think he wanted to go on a ride, but then when
22   he got there, he didn't want to go on it?
23   A.    Yeah.  He did it twice.
24   Q.    Twice that he thought he wanted to go on a
25   ride and then didn't go on it?
```

```
 1   A.   Yes.
 2   Q.   Okay.  And when you went looking for this
 3   Cars ride, did you find it?
 4   A.   Yes, on the map, in the map.
 5   Q.   Was it dark at this point?
 6   A.   No.
 7   Q.   So it's 6:30 or 7 o'clock in November and it
 8   wasn't dark?
 9   A.   There was just a little bit of light out.
10   Q.   Okay.  Okay.  And did you find the Cars ride?
11   A.   Yes.
12   Q.   How many people with the different
13   kids and -- were you there or was your -- was
14   Ms. [REDACTED] there?
15   A.   Yes.
16   Q.   And did you wait in line there?
17   A.   Yes.
18   Q.   In the regular line?
19   A.   Yes.
20   Q.   And how long was that wait?
21   A.   Oh, that was also about 40 minutes.
22   Q.   And tell me the names of everybody that you
23   can remember who was -- who waited in that line, the
24   names of the kids, the adults.  Who was together
25   waiting in that line?
```

```
 1   A.   Okay.  ▮ was there, and he's ▮'s son.
 2   He was about six or seven years old during that time
 3   as well.
 4        ▮ is ▮'s husband, and he's the
 5   brother of ▮
 6   Q.   Okay.
 7   A.   ▮ is the ▮'s sister-in-law as
 8   well, and she -- and she had her daughter with her,
 9   but I can't remember her name.
10        And there's one other person.  Oh, ▮.
11   ▮ and ▮ and they're my friends.  They were
12   not adults at the time.
13   Q.   How old were they?
14   A.   14 -- 13 or 14.
15   Q.   And they were kids of a friend of yours?
16   A.   Yes, of course.
17   Q.   But their parents weren't on the trip, right?
18   A.   No.  No, they did not.
19   Q.   So who was watching over them?
20   A.   I was.
21   Q.   Okay.  Did you go on the rides, the Cars
22   ride?
23   A.   Yes.
24   Q.   Did your son, ▮ go on?
25   A.   Yes.
```

November 14, 2019                                                      56

```
 1   A.    No, because we didn't have the papers.
 2   Q.    Okay.  And after this ride -- and then you
 3   went to look for a spot to watch the parade, right?
 4   A.    Yes.
 5   Q.    And did you all kind of sit on the ground or
 6   the curb next to the -- where the road was?
 7   A.    Yes.
 8   Q.    Okay.  And how long did you wait there until
 9   the parade came by?
10   A.    About an hour, I think.
11   Q.    And all of you were there waiting?
12   A.    Yes.
13   Q.    And then did the parade come by?
14   A.    Yes.
15   Q.    Was it a Christmas theme or some other kind
16   of theme?
17   A.    Yeah, it was Christmas.
18   Q.    Okay.  And so after you got done watching the
19   parade, it must have been at least 8 o'clock or
20   something by that point, right?
21   A.    Yes, more or less.
22   Q.    More or less 8 o'clock?
23   A.    Around 8 o'clock.
24   Q.    And had you eaten anything before you left
25   the hotel that -- late that afternoon?
```

November 14, 2019                                                              57

```
 1   A.    Yes, at the hotel.
 2   Q.    Okay.  And what did you do after the -- you
 3   watched the parade?  What did you do next?
 4   A.    I think we were going to wait for the
 5   fireworks.  Is that what they're called?  I think
 6   so.
 7   Q.    And did you wait for the fireworks?
 8   A.    Yes.
 9   Q.    And how long did you wait for the fireworks?
10   A.    I don't know, but I think they start around 9
11   or 10 o'clock p.m.
12   Q.    But did you wait at least an hour or so?
13   A.    Yes.
14   Q.    And did you -- did you wait in the same place
15   where you were for the parade or did you go
16   somewhere else and wait?
17   A.    We waited and -- we went to a different place
18   to wait.
19   Q.    Where was that place?
20   A.    I believe it's right at the entryway to the
21   park, right across from the Disneyland Hotel.
22   Q.    And all of your family was there waiting to
23   watch the fireworks, right?
24   A.    Yes.
25   Q.    And did you -- was there a place to sit?  Was
```

November 14, 2019                                                59

```
 1   A.    Right.  When we entered the park, we went
 2   straight toward -- to the train.
 3   Q.    Okay.  And everything else you just described
 4   you did that day, you were together with Ms. ▮▮▮▮
 5   and your two children, right?
 6   A.    Of course.
 7   Q.    Okay.  And did you actually watch the
 8   fireworks?
 9   A.    Yes.
10   Q.    And what time do the fireworks get over, if
11   you recall?
12   A.    I believe they stop at 10 o'clock, when
13   they're about to close the park down, because I
14   believe that the other one for adults closes later
15   than that.
16   Q.    The other fireworks?
17   A.    No, the other park.
18   Q.    The other park.  So after the fireworks --
19   you told me before you were going to go to the adult
20   park.  Did anybody go to the adult park after the
21   fireworks?
22   A.    Yes.
23   Q.    Who went to the adult park?
24   A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  I can't
25   remember who else, but they needed to go and have
```



U.S. LEGAL SUPPORT
(877) 479-2484

November 14, 2019                                                    78

```
 1   Q.   Okay.  And it's actually a healthy thing for
 2  your son that he doesn't get everything he wants.
 3  You help him redirect so he knows that sometimes you
 4  have to be patient or he has to wait for something,
 5  correct?
 6   A.   Yes, of course.  He does know that.  He's
 7  learning that.
 8   Q.   Okay.  And he's made progress with this
 9  therapy, correct?
10   A.   Yes, of course.
11   Q.   So before, when he would get upset at any
12  time something he wanted to do, he couldn't do, now
13  he's learned not to get upset every time, right?
14   A.   Yes.
15   Q.   Okay.  And you've seen that yourself, right?
16   A.   Yes, of course.
17   Q.   And this therapy -- this therapy he's been
18  having has been helpful, right?
19   A.   Yes.
20   Q.   In treating this condition he has?
21   A.   Yes.
22        MR. SCANLON:  Okay.  Can we just take a
23  two-minute break?
24        THE VIDEOGRAPHER:  Absolutely.  The time is
25  11:35 and we are off the record.
```

Case 2:15-cv-05346-CJC-E   Document 433-37   Filed 10/09/20   Page 17 of 18   Page ID #:25731
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 14, 2019                                                    86

```
 1   Q.     So -- so would you -- you would agree --
 2   would you agree with that statement?
 3          MR. SCANLON:  Objection.
 4          THE WITNESS:  No.
 5   BY MR. FELDMAN:
 6   Q.     You don't think that your son exhibited rigid
 7   behavior?
 8          MR. SCANLON:  Asked and answered.  He just
 9   said no.
10          THE WITNESS:  No.
11   BY MR. FELDMAN:
12   Q.     Okay.  On the first day in the park, did --
13   how was it decided which rides to go on?
14          MR. SCANLON:  Asked and answered.  Objection.
15          THE WITNESS:  Yeah.
16   BY MR. FELDMAN:
17   Q.     How was it decided which rides to go on?
18          MR. SCANLON:  That testimony has already been
19   covered in my answers.
20          THE WITNESS:  Yeah, I already did say that.
21   BY MR. FELDMAN:
22   Q.     Did you decide which rides ▮▮▮▮ would go
23   on?
24   A.     No; he did.
25   Q.     Okay.  And how did he communicate which rides
```

```
 1   US DISTRICT COURT OF CALIFORNIA
     CENTRAL DISTRICT
 2

 3               REPORTER'S CERTIFICATE

 4       I, Angie Diner, CSR No. 9581, Certified

 5   Shorthand Reporter, certify:

 6       That the foregoing proceedings were taken

 7   before me at the time and place therein set forth,

 8   at which time the witness was put under oath by me;

 9       That the testimony of the witness, the

10   questions propounded, and all objections and

11   statements made at the time of the examination were

12   recorded stenographically by me and were thereafter

13   transcribed;

14       That the foregoing is a true and correct

15   transcript of my shorthand notes so taken.

16       Further, that a review of the transcript by

17   the deponent was not requested;

18       I further certify that I am not a relative or

19   employee of any attorney of the parties, nor

20   financially interested in the action.

21       I declare under penalty of perjury under the

22   laws of _____ that the foregoing is true and

23   correct.

24       Dated this ___th day of November, 2019

25       _____
         Angie Diner, CSR No. 9581
```