REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-II

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL







Evidence Packet P.0682

<5>


<5>
<5>
<5>

<5>
<5>
<5>
<5>

<5>
<5>
<5>

| Attraction | Current Time | Wait Time | Return Time | Cast |
|---|---|---|---|---|
| ~~Jungle~~ | ~~9:45~~ | ~~15~~ | ~~7:50~~ | |
| ~~Alice~~ | ~~2:15~~ | ~~30~~ | ~~2:35~~ | ~~LPS~~ |
| ~~Dumbo~~ | ~~2:45~~ | ~~30~~ | ~~3:05~~ | ~~CP~~ |
| ~~Peter Pan~~ | ~~3:10~~ | ~~30~~ | ~~3:30~~ | ~~MR~~ |
| ~~Mansion~~ | ~~7:20~~ | ~~25~~ | ~~7:35~~ | ~~CD~~ |
| ~~Pirates~~ | ~~11:53~~ | ~~5~~ | ~~11:58~~ | ~~JB~~ |
| Finding | 2:15 | 30 | 2:35 | MM |
| Space | 3:00 | 45 | 3:35 | SSK |

Evidence Packet P.0683