REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-JJ

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E



STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

## ABA Services Progress Report

**Client:** ▮
**Client's Date of Birth:** ▮
**Age:** 6 years, 3 months
**RCEB Case Manager:** Eleni Araica
**Case Manager Phone:** (510) 618-6411
**Date of Report:** 01/14/16
**Date Services Initiated:** January 2014
**Report Written By:** Michelle San Jose, M.S.W., BCBA

### Background Information

▮ lives in Oakland with his mother, father, 4-year old sister, maternal grandmother, maternal uncle, maternal aunt, and cousin. English and Spanish are spoken in the home. ▮ has been attending an Autism Special Day Classroom (SDC) a ▮ since August 2015.

### Referral

▮ was referred to STE Consultants by Regional Center of the East Bay due to developmental, language, and social delays.

▮ mother expressed great interest in receiving support to expand their understanding in ABA techniques and methodologies and hope to be able to train their family in these techniques so that everyone will be consistent when managing any challenging behaviors ▮ may exhibit.

It has been found that by isolating each target behavior and supporting families through these challenges has been moderately effective. However, given that this is a service heavily devoted to parent support, teaching behavioral principles and how they apply to targeted behaviors may increase the parental involvement. The following are the parent training modules that were taught at the beginning of the program.

### Behavioral Principles:
1. **Antecedent:** The event or stimulus that occurs prior to the occurrence of the target behavior.
2. **Consequence:** The environmental event that occurs after the target behavior.
3. **Reinforcement:** A consequence that follows a behavior and increases or maintains the future occurrence of that behavior.
4. **Punishment:** A consequence that follows a behavior and decreases the future occurrence of that behavior.

CONFIDENTIAL



EXHIBIT 1
11/12/19
Ashley Soevyn CSR# 12019

YZ,MYR0028

Evidence Packet P.0685

  

STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

5. **Schedules of reinforcement:** A rule specifying the environmental arrangements and response requirements for reinforcement; a description of a contingency of reinforcement.[1]
6. **Four main functions of behavior:** Attention, access to tangible items, escape, and automatic reinforcement.
7. **Replacement behavior:** Appropriate alternative behavior that serves the same function as the undesired behavior.
8. **Data Collection:** The process of measuring and recording behavior.

**Verbal Behavior Milestones Assessment and Placement Program (VB-MAPP):**
▓▓▓▓▓ was assessed using the Verbal Behavior Milestones Assessment and Placement Program (VB-MAPP), developed by Mark Sundberg. The assessment breaks early learner skills such as imitation, listener skills and verbal behavior into 3 different parts based on the developmental levels of typical children.

During the initial assessment (December 2013 – orange) ▓▓▓▓▓ skills fell within Level 1, representing skills that are acquired by a typically developing child at the age of 0-18 months. He received a ▓▓▓▓▓ During the current assessment (purple), he received a ▓▓▓▓▓ with skills up to ▓▓▓▓▓ n the areas of manding, reading, and group behavior.

CONFIDENTIAL

YZ,MYR0029

Evidence Packet P.0686

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL






*Figure 1.* ▮▮▮ score on the VB-MAPP Milestones Assessment.

CONFIDENTIAL    YZ,MYR0030

Evidence Packet P.0687





**STE CONSULTANTS**
STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

███ was also assessed using the VB-MAPP Barriers Assessment. This assessment reviews behavior patterns that restrict progress in the acquisition of age-appropriate skills. For each category, the number scored represents the severity of that particular barrier. The severity is indicated as follows:

0 – No Problem
1 – Occasional Problem
2 – Moderate Problem
3 – Persistent Problem
4 – Severe Problem

During the initial assessment, (December 2013 – orange), ███ received ███ During the second assessment (July 2014 – blue), ███ received ███ During the third assessment (January 2015 – yellow), ███ received ███ During the fourth assessment (July 2015 – green) ███ received ███ During the current assessment (purple), he received ███ All barriers are classified as occasional problems. There are no longer barriers in the areas of obsessive-compulsive behavior and sensory defensiveness.

CONFIDENTIAL

YZ.MYR0031

Evidence Packet P.0688









Figure 2 ▉ previous scores on the VB-MAPP Barriers Assessment.

CONFIDENTIAL  YZ,MYR0032



STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com  |  info@steconsultants.com  |  (p) 510.665.9700  |  (f) 510.665.9400

**VB-MAPP**
Language Barriers Scoring Form

| Child's name: | ▮▮▮ | | | | | Key: | Score | Date | Color | Tester |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of birth: | ▮▮▮ | | | | | 1st test: | | 1/10/16 | | |
| Age at testing: | 1 | 6 yrs 3 mos | 2 | 3 | 4 | 2nd test: | | | | |
| | | | | | | 3rd test: | | | | |
| | | | | | | 4th test: | | | | |

*Figure 3.* ▮▮▮ current scores on the VB-MAPP Barriers Assessment (January 2016).

CONFIDENTIAL                                                                 YZ.MYR0033



STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

**Current Behavioral Excesses and Programs to Decrease Target Behaviors and Increase Skill Acquisition.**

**I. LEARNER READINESS:**

*Baseline Level (December 2013 - 10-16 months):* ▇▇▇ is able to perform at least 10 simple motor actions, however he does not do so under instructional control. In addition ▇▇▇ has been observed to make listener discriminations; however, reliably responding under instructional control is an ongoing significant barrier to progress.

*Current Level (January 2016 – 40 months).* ▇▇▇ is consistently responding to 3-step instructions. He can also follow instructions including 4 different prepositions. According to teacher report he is transitioning independently between classroom activities ▇▇▇ is able to identify 40 common items by their feature, function, or class as a listener when presented an array of four 2-dimensional (2D) cards. He can identify 6 different emotions when shown 2D cards. ▇▇▇ is able to identify safe and unsafe situations when shown 2D cards. Examples include swimming in shallow water and holding hands in the parking lot.

**A. Listener Responding**

**Goal 1:** ▇▇▇ will identify 10 different pairs of opposites, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** ▇▇▇ able to identify 6 pairs of opposites, including big/small, up/down, and clean/dirty. Goal will be continued.

**Goal 2** ▇▇▇ will respond to the safety instructions "stop" (while walking) and "hold my hand" (while crossing intersections), in 100% of opportunities, across 3 consecutive outings and 2 people, by the date of the next progress report.

**Progress (January 2016): Goal met** ▇▇▇ consistently responds to the safety instructions "stop" and "hold my hand." There have been no instances of bolting during ABA Therapy sessions. Goal will be reviewed frequently to maintain.

**Goal 3** ▇▇▇ will identify 50 items by their feature, function, or class when presented a field of 8 2D cards, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress** ▇▇▇ has mastered identifying 40 different items, such as "Show me which one flies," "What do you take to school?" and "Which one is an animal?" Goal will be continued.

CONFIDENTIAL

YZ,MYR0034

Evidence Packet P.0691

  

STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

## II. COMMUNICATION:

### A. Manding

*Baseline Level (December 2013 - 12-16 months)*: ▓▓▓ is able to utilize PECS, however emphasis has been on increasing his vocal ability, and he no longer utilizes PECS as his primary communication method. He typically uses 1-2 words to communicate, however most vocal manding is prompted.

*Current Level (January 2016 – 47 month)*: ▓▓▓ uses 4-6 word vocal verbalizations to communicate. ▓▓▓ requests missing items such as food, drinks, and toys. He consistently asks "Where" questions when looking for a family member. ▓▓▓ calls familiar people by name to request attention but inconsistently uses the attending cue "Look at me."

**Goal 1:** ▓▓▓ will mand with 5 different adjectives, prepositions, or adverbs in a 90-minute session, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal met.** ▓▓▓ emits mands using adjectives and adverbs. He has not requested using a preposition. Goal will be reviewed frequently to maintain.

**Goal 2:** ▓▓▓ will mand for information using "What" and "Who" questions 3 times in a 90-minute period, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** ▓▓▓ requires vocal model prompts to request information using "What" and "Who" questions. Goal will be continued.

**Goal 3:** ▓▓▓ will mand for attention by using the phrases "Look at me" or "Look at this" 2 times in a 90-minute period, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** ▓▓▓ inconsistently uses the phrase "Look at me" to request attention. Goal will be continued.

**New Goal 1 (January 2016):** ▓▓▓ will mand using a total of 50 different adjectives, prepositions, or adverbs, by the date of the next progress report.

### B. Tacting

*Baseline Level (December 2013 - 0-6 months)*: ▓▓▓ has not been observed to tact items.

*Current Level (January 2016– 34 months)*: ▓▓▓ has mastered tacting more than 250 common items, including emotions, weather, noun-verb combinations, locations, familiar people, letters,

CONFIDENTIAL

YZ,MYR0035

Evidence Packet P.0692

  

STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

and numbers. He spontaneously labels the names of familiar people and items in the natural environment.

**Goal 1:** ▇▇▇ will label 50 different pictures using sentences including 3 or more words, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** ▇▇▇ has mastered 45 different pictures including 3-8 words. He correctly uses the pronouns "I" and "We" when tacting pictures. Goal will be continued.

**Goal 2:** ▇▇▇ will correctly answer 4 different "Wh" questions about a single picture for 10 different pictures, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** ▇▇▇ requires textual prompts to answer rotating "Wh" questions.

**New Goal 3 (January 2016):** ▇▇▇ will label 8 different categories when shown a field of 4 cards, in 80% of more opportunities, across 3 consecutive sessions, by the date of the next progress report.

### C. Intraverbals

*Baseline Level (December 2013 – 6-12 months):* ▇▇▇ does not display any intraverbal skills.

*Current Level (January 2016 – 31 months):* ▇▇▇ is able to answer 30 social questions and 30 intraverbal fill-ins. He can also answer 6 "Where" questions, 2 "Who" questions, and 2 "When" questions. ▇▇▇ can reciprocate 6 conversation statements.

**Goal 1:** ▇▇▇ will answer 20 different "Where" questions, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** Mastered targets include "Where do you swim?" and "Where do you put trash?" Goal will be continued.

**Goal 2:** ▇▇▇ will answer 10 different "Who" questions, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress.** Mastered targets include "Who do you watch videos with on the iPad?" and "Who is in the picture?" Goal will be continued.

CONFIDENTIAL

YZ,MYR0036

Evidence Packet P.0693

  

**STE CONSULTANTS**

STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

**Goal 3:** ▮▮▮ will spontaneously emit 5 intraverbal comments in a 90-minute period, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal met** ▮▮▮ emits between 5 and 10 intraverbal comments during an ABA Therapy session. Examples include "I like this song" and "This is yummy." Goal will be reviewed frequently to maintain.

**Goal 4:** ▮▮▮ will engage in 15 reciprocal conversation statements, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal in progress** ▮▮▮ is able to reciprocate 6 statements with adults for his first name, age, preferred food, preferred drinks, preferred games, and preferred television shows. Goal will be continued.

## III. COGNITIVE SKILLS:

*Current Level (January 2016 – 45 months)* ▮▮▮ has maintained the skills of matching cards that are identical, similar, and according to their category. ▮▮▮ can sort up to 10 cards in a field of 5 cards for the categories of food, animals, vehicles, toys, furniture, colors, shapes, and clothing. He is able to imitate multi-step art projects and 3D block designs.

## IV. SOCIAL-EMOTIONAL/PLAY SKILLS:

### A. Social Behavior and Social Play

*Baseline Level (December 2013 - 10 -14 months):* ▮▮▮ will indicate he wants to be physically played with (e.g., tickled, picked up, sit on his mother's lap). He does not currently attempt any form of interaction with peers, although she will occasionally demonstrate mild interest in the activities of peers.

*Current Level (January 2016 – 36 months):* ▮▮▮ is able to participate in circle time at school with up to 8 other peers. He imitates peer movements during songs. ▮▮▮ also takes turns with peers in interactive classroom games. He spontaneously mands for actions from peers but does not do so consistently. He has started to mand for his cousins when he sees their parents in his home. ▮▮▮ inconsistently responds to mands to peers. According to parent report he has been more interested in pretend and interactive play with peers and he has independently participated in tea party play with his cousins. ▮▮▮ engages in vocal protest when prompted to share a high preference toy with his cousins.

**Goal 1:** ▮▮▮ will establish eye contact with a peer in order to obtain a desired item, in 80% of more opportunities, across 3 consecutive sessions, by the date of the next progress report.

CONFIDENTIAL

YZ,MYR0037

  

**STE CONSULTANTS**
STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com  |  info@steconsultants.com  |  (p) 510.665.9700  |  (f) 510.665.9400

**Progress (January 2016):** Goal in progress. ▆▆▆▆ inconsistently establishes eye contact while manding but this skill has improved during the last service period. Goal will be continued.

**Goal 2:** ▆▆▆▆ will independently mand for a desired item from a peer, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016):** Goal in progress. ▆▆▆▆ requires vocal model prompts to mand to peers. Goal will be continued.

**Goal 3:** ▆▆▆▆ will take 3 turns in a game for 3 different sets of materials, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016):** Goal in progress. ▆▆▆▆ requires physical prompts to take turns with peers. Preferred turn taking activities include a fishing game, whack a mole, and kinetic sand. Goal will be continued.

**B. Independent Play**

*Baseline Level (December 2013 – 10-16 months):* ▆▆▆▆ will search for missing or corresponding parts of a toy and will play on play structures/playground equipment for at least 5 minutes.

*Current Level (January 2016 – 45 months)* ▆▆▆▆ can engage in independent play with toys for up to 1 hour. Preferred toys include kinetic sand and the train table. He can read preferred books for up to 10 minutes ▆▆▆▆ can also watch videos movies on the iPad for up to 2 hours. He enjoys playing Starfall math activities on the iPad. ▆▆▆▆ participates in art projects and can color, paint, and draw for up to 10 minutes.

**Goal 1:** ▆▆▆▆ will engage with books, art, or writing materials for 15 consecutive minutes, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016):** Goal in progress. ▆▆▆▆ can engage with books and art projects for up to 10 minutes. He requires physical prompting when using his tracing books. Goal will be continued.

**V. ADAPTIVE BEHAVIOR/SELF-HELP SKILLS:**

*Baseline Level (December 2013 - 18-20 months):* ▆▆▆▆ requires on-going prompting to wash hands.

*Current Level (January 2016 – 48 months)* ▆▆▆▆ is independently completing the toileting and hand washing routines. He can dress and undress himself independently for all clothing items and he frequently picks out his clothes. ▆▆▆▆ can eat meals with a spoon and a fork.

CONFIDENTIAL                                                                                      YZ.MYR0038

Evidence Packet P.0695

  

STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

**Goal 1:** ▓▓▓ will utilize a fork and spoon to consume 5 consecutive bites, in 80% or more opportunities, across 3 consecutive sessions, by the date of the next progress report.

**Progress (January 2016): Goal met** ▓▓▓ eats multiple food items with a spoon and fork with minimal spilling. Goal will be reviewed frequently to maintain.

## VI. Challenging Behavior:

### A. Frustration Tolerance

*Baseline Level (December 2013):* ▓▓▓ engages in yelling, crying, aggression and/or falling to floor in nearly 100% of opportunities where he is denied access to preferred items or required to transition away from highly preferred items/activities. In addition, he will also use a guttural, low volume "growl-like" voice (formal baseline to be collected upon initiation of services).
*Baseline update: Formal baseline rate of growl voice: 2.57 episodes per hour on average.

**Goal 1:** ▓▓▓ will tolerate denial of access to preferred items and transitions away from preferred items/activities as demonstrated by an absence of yelling, crying, aggression, and flopping in 80% of contrived opportunities across 2 consecutive weeks with staff and natural supports by the date of the progress report.

**Progress (January 2016):** During the last month of ABA Therapy sessions, ▓▓▓ has engaged in tantrum behavior including yelling, hitting, kicking, and flopping approximately 1 time per session. The duration of each episode is up to 5 minutes. Antecedents to tantrum behavior include denied access to a preferred item or a demand placed to transition from a preferred location to a non-preferred location. Goal will be continued.

**Summary of Recommendations**

It is the recommendation of STE Consultants that ▓▓▓ continue to receive intensive behavior and social skills support. The next service period will focus heavily on increasing his functional communication skills, social skills with peers, and reduction of challenging behaviors. The parent-training component will also continue to ensure consistency and generalization of skills.

Bi-monthly team meetings will be held where the Clinical Director, behavior skills trainer, behavior technician, and parents can discuss the program and make modifications where needed.

The hour distribution should be as follows:

*Clinical Director: 2 hours per week for consultation and program development*

CONFIDENTIAL

YZ,MYR0039

Evidence Packet P.0696



**STE CONSULTANTS**
STE Consultants, LLC
2560 9th Street #220
Berkeley, CA 94710

www.steconsultants.com | info@steconsultants.com | (p) 510.665.9700 | (f) 510.665.9400

*Behavior Skills Trainer: 3 hours per week for parent training and material development*
*Behavior Technician: 10 hours per week for direct service and team meetings*

The program will be reviewed in six months (July 2016) in order to analyze collected data on the specific programs, measure goals and student progress.

**The above program is subject to change or modification if, in the professional judgment of the Clinical Director or the Intervention Team, the client's needs change or data so indicates.**

Please contact me if you have any questions.

Thank you,

Michelle San Jose, M.S.W., BCBA
Clinical Director
STE Consultants, LLC
(707) 344-5800
msanjose@steconsultants.com