REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-MM

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**Wait Times - Attractions YZ/MYR Allege To Have Experienced During a November 14-16, 2013 Visit to the Disneyland Resort**

| Attraction Identified by Plaintiffs or on Paper DAS Card | Thursday, November 14, 2013 | | | Friday, November 15, 2013 | | | Saturday, November 16, 2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Lowest Posted WT | Highest Posted WT | Average | Lowest Posted WT | Highest Posted WT | Average | Lowest Posted WT | Highest Posted WT | Average |
| Alice in Wonderland | | | | | | | | | |
| Astro Orbiter | | | | | | | | | |
| Autopia | | | | | | | | | |
| Davy Crockett's Explorer Canoes | | | | | | | | | |
| Disneyland Railroad | | | | | | | | | |
| Dumbo | | | | | | | | | |
| Finding Nemo Submarine Voyage | | | | | | | | | |
| Francis Ladybugs | | | | | | | | | |
| Haunted Mansion | | | | | | | | | |
| It's a Small World | | | | | | | | | |
| Jungle Cruise | | | | | | | | | |
| Little Mermaid | | | | | | | | | |
| Luigi's Rollickin Roadsters* | | | | | | | | | |
| Mad Tea Party | | | | | | | | | |
| Mater's Junkyard Jamboree | | | | | | | | | |
| Peter Pan's Flight | | | | | | | | | |
| Pirates of the Caribbean | | | | | | | | | |
| Radiator Springs Racers | | | | | | | | | |
| Soarin' | | | | | | | | | |
| Space Mountain | | | | | | | | | |
| Splash Mountain | | | | | | | | | |
| Tuck and Roll Drive 'Em Buggies | | | | | | | | | |
| Winnie the Pooh | | | | | | | | | |

* Luigi's Rollickin' Roadsters did not exist until March of 2016. Wait times are for Luigi's Flying Tires, which existed in 2013 and was replaced with Luigi's Rollickin Roadsters in 2016.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1 of 1

EXHIBIT 10
11/13/19 TM

Evidence Packet P.0721