REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-G

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

# WDW and DLR Guest Assistance Card (GAC) Distribution and Usage      DRAFT

**Background:**
- Guest Relations tracks GAC distribution at WDW and DLR. ███████████████
- ███████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Document #: 215475
Source Doc #: 215478, 215477                    WDP&R Industrial Engineering                                    1

Highly Confidential                                                              Disney-AL1010281
HIGHLY CONFIDENTIAL                                                      DisneyCA-TP0017876
Evidence Packet P.0761



WDW and DLR Guest Assistance Card (GAC) Distribution and Usage    DRAFT

Attractions Impacts:

Document #: 215475
Source Doc #: 215478, 215477    WDP&R Industrial Engineering    2

Highly Confidential    Disney-AL1010282
HIGHLY CONFIDENTIAL    DisneyCA-TP0017877
Evidence Packet P.0762