REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-J

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Evidence Packet P.0809



WDW Guest Assistance Card (GAC) Impact – Toy Story Mania Scenario

Document #: 215630
Source Doc #: 215478, 215477
WDP&R Industrial Engineering
1

Highly Confidential
HIGHLY CONFIDENTIAL
Disney-AL1010280
DisneyCA-TP0017875
Evidence Packet P.0810