REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-O

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

BRADLEY

**DOT/DAS Enrollment**

| guest_id | linked_guest_id | first_name | last_name | location_desc | issue_opendate | issue_date_time | issued_by | valid_date | valid_days | party_size | ticket_id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10000148127 | 10000147616 | | | DL City Hall | 2014-08-08 00:00:00.000 | 2014-08-08 14:34:06.107 | BURKP017 | 2014-08-08 00:00:00.000 | 1 | 6 | |
| 10000148126 | 10000147616 | | | DL City Hall | 2014-08-08 00:00:00.000 | 2014-08-08 14:33:16.300 | BURKP017 | 2014-08-08 00:00:00.000 | 1 | 6 | |
| 10000147616 | 0 | | | DCA Chamber of Commerce | 2014-08-07 00:00:00.000 | 2014-08-07 12:48:36.037 | KOPRAD01 | 2014-08-07 00:00:00.000 | 1 | 6 | |

**DAS/Arendelle Usage**

| Date | group_id | ticket_id | attraction_name | group_status | ticket_status | party_size | | reassigned_group_id |
|---|---|---|---|---|---|---|---|---|

**RECOVER - Readmission Passes**

| readmission_id | ticket_id | party_size | effective_date | expiration_date | recover_attraction_group | readmission_state | | created_by |
|---|---|---|---|---|---|---|---|---|

**Fastpass Usage**

| oper_date | issue_date | attraction_code | attraction_desc | tkt_nbr | window_start_time | window_end_time |
|---|---|---|---|---|---|---|
| NO DATA | | | | | | |

**Ticket/Main Entrance Usage**

| UseTime | ScannedVisualID | InternalVisualID | AccessCode | ACP | LastUpdate |
|---|---|---|---|---|---|

CONFIDENTIAL

DisneyCA-TP0132261

Evidence Packet P.0847