REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-P

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Updated 11-25-2019

**Admission Data**

| PARTY CODE | SURROGATE GATE ID | ATS GATE CODE | ATS GATE ID | GATE NAME | ADMISSION ITEM USAGE DATE | ADMISSION ITEM USAGE TYPE CODE | ADMISSION ITEM USAGE TYPE NAME |
|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000000374691001 | 42 | WAKMG | 21 | AK - MAIN GATE | 2-Apr-19 | 0 | Access |
| CAFEF00D6502000000000000374691001 | 31 | WMKMG | 5 | MK - MAIN GATE | 3-Apr-19 | 0 | Access |
| CAFEF00D6502000000000000374691001 | 31 | WMKMG | 5 | MK - MAIN GATE | 3-Apr-19 | 0 | Access |
| CAFEF00D6502000000000000374691001 | 31 | WMKMG | 5 | MK - MAIN GATE | 3-Apr-19 | 0 | Access |

**DAS Enrollment**

| EXPERIENCE ID | Guest Last Name | Guest First Name | srrgt_pgm_enroll_id | srrgt_pgm_id | srrgt_pty_id | pgm_enroll_strt_dts | pgm_strt_dts | pgm_end_dts | pgm_enroll_own_in | ifnt_in | media_opt_out_in | pgm_id | srrgt_term_and_cndtn_id | max_exprnc_cn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000000374691001 | | | 3,679,126 | 1,187,552 | 788,938,920 | 4/2/2019 | ? | ? | Y | N | N | ? | ? | ? |
| CAFEF00D6502000000000000374691001 | | | 3,681,332 | 1,187,518 | 788,938,920 | 4/2/2019 | 4/2/2019 | 6/2/2019 | N | N | N | 718,538 | 10,005 | 4 |

**FastPass Usage**

| PARTY CODE | GXP ENTITLEMENT CODE | ENTITLEMENT TYPE CODE | STS TYPE CODE | ENTITLEMENT ACTIVITY RSN CODE | ENTITLEMENT RSN CODE | ENTERTAINMENT NAME |
|---|---|---|---|---|---|---|
| CAFEF00D6502000000000000374691001 | 1286053828 | NON | RED | 2555211443 | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286053828 | NON | RED | 2555211446 | OVR | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286050459 | NON | CAN | 2555051058 | STD | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286013370 | NON | CAN | 2554965506 | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286052278 | NON | CAN | 2555051059 | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286052278 | NON | CAN | 2555054373 | STD | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286053828 | NON | RED | 2555054377 | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286013370 | NON | CAN | 2555047323 | STD | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286050459 | NON | CAN | 2555047324 | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1285872404 | NON | CAN | 2554965502 | STD | Expedition Everest - Legend of the Forbidden Mountain |
| CAFEF00D6502000000000000374691001 | 1285872404 | NON | CAN | 2554644175 | DAS | Expedition Everest - Legend of the Forbidden Mountain |
| CAFEF00D6502000000000000374691001 | 1286367401 | STD | BKD | 2555711981 | STD | Pirates of the Caribbean |
| CAFEF00D6502000000000000374691001 | 1286875215 | NON | RED | 2556694434 | DAS | Space Mountain |
| CAFEF00D6502000000000000374691001 | 1286875215 | NON | RED | 2556832500 | STD | Space Mountain |
| CAFEF00D6502000000000000374691001 | 1286366936 | STD | BKD | 2555711336 | STD | Haunted Mansion |
| CAFEF00D6502000000000000374691001 | 1286875215 | NON | RED | 2556836943 | DAS | Space Mountain |
| CAFEF00D6502000000000000374691001 | 1286955360 | NON | RED | 2556955701 | DAS | it's a small world |
| CAFEF00D6502000000000000374691001 | 1286955360 | NON | RED | 2556877041 | DAS | it's a small world |
| CAFEF00D6502000000000000374691001 | 1286365983 | STD | BKD | 2555709977 | STD | Buzz Lightyear's Space Ranger Spin |

CONFIDENTIAL

DisneyCA-TP0134571

Evidence Packet P.0849