# Exhibit 2-Q

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



CONFIDENTIAL

DisneyCA-TP0132202
Evidence Packet P.0851



CONFIDENTIAL

DisneyCA-TP0132203
Evidence Packet P.0852







CONFIDENTIAL

DisneyCA-TP0132205
Evidence Packet P.0854