REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-R

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CAMPBELL

| DOT/DAS Enrollment | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| guest_id | linked_guest_id | first_name | last_name | location_desc | issue_operdate | issue_date_time | issued_by | valid_date | valid_days | party_size | ticket_id |
| 20000143348 | 0 | | | MC City Hall | 2014-11-24 00:00:00.000 | 2014-11-24 17:39:39.557 | ALBOK001 | 2014-11-24 00:00:00.000 | 3 | 5 | |
| 20000052345 | 0 | | | EC Intl Gateway | 2014-03-10 00:00:00.000 | 2014-03-10 15:13:41.357 | YARB001 | 2014-03-10 00:00:00.000 | 14 | 6 | |

| DAS/Arendelle Usage | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | group_id | ticket_id | attraction_name | group_status | ticket_status | party_size | | reassigned_group_id |

| RECOVER - ReadmissionPasses | | | | | | | |
|---|---|---|---|---|---|---|---|
| readmission_id | ticket_id | party_size | effective_date | expiration_date | recover_attraction_group | readmission_state | created_by |

| Fastpass Usage | | | | | | |
|---|---|---|---|---|---|---|
| oper_date | issue_date | attraction_code | attraction_desc | tcit_rbr | window_start_time | window_end_time |

| Ticket/Main Entrance Usage | | | | | |
|---|---|---|---|---|---|
| UseTime | ScannedVisualID | Internal VisualID | AccessCode | ACP | LastUpdate |

CONFIDENTIAL

DisneyCA-TP0132256
Evidence Packet P.0856