REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-S

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Guest Information

| DAS first name | DAS last name | DAS - Entitlement Start Date Time | DAS - Entitlement End Date Time | Max fastPass booking | VisualID | Party Code |
|---|---|---|---|---|---|---|
| | | 2016-05-17 20:50:56.000000 | 2016-07-17 08:00:00.000000 | 6 | 00712021840E | CAPEF00D4502000000000011056776 |
| | | 2016-05-17 20:50:56.000000 | 2016-07-17 08:00:00.000000 | 6 | 21181413907 | CAPEF00D4502000000000039827151 |

DOT/DAS Enrollment

| guest id | linked guest id | first name | last name | location desc | issue operator | issue date time | issued by | valid date | valid days | party size | ticket id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Fastpass Plus Activity

| PARTY CODE | GXP ENTITLEMENT CODE | ENTITLEMENT TYPE CODE | ENTITLEMENT TYPE NAME | FTS TYPE CODE | FTS TYPE DESCRIPTION | ENTERTAINMENT CODE | ENTERTAINMENT NAME |
|---|---|---|---|---|---|---|---|
| CAPEF00D4502000000000011056776 | 35461365 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 62628402 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 62640164 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000011056776 | 62628826 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 35461353 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000011056776 | 62641270 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 62628706 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 35461359 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 62629378 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAPEF00D4502000000000011056776 | 62639806 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 62628403 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 37973762 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 62645855 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000011056776 | 62639387 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 63061435 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 62639375 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAPEF00D4502000000000011056776 | 62628401 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAPEF00D4502000000000011056776 | 62639381 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 62648059 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 62638800 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 35463243 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010153 | Jungle Cruise |
| CAPEF00D4502000000000011056776 | 62648897 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAPEF00D4502000000000011056776 | 62658834 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAPEF00D4502000000000011056776 | 35463249 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010162 | Mad Tea Party |
| CAPEF00D4502000000000011056776 | 62738530 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAPEF00D4502000000000011056776 | 62646750 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAPEF00D4502000000000011056776 | 62648053 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAPEF00D4502000000000011056776 | 62653866 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAPEF00D4502000000000011056776 | 35462605 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAPEF00D4502000000000011056776 | 62654382 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010178 | Primeval Whirl |
| CAPEF00D4502000000000011056776 | 62649630 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAPEF00D4502000000000011056776 | 62652141 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 62656570 | STD | Standard Appointment | RED | Redeemed | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 62649186 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 62653064 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 62649176 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 62657973 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010129 | Dumbo the Flying Elephant |
| CAPEF00D4502000000000011056776 | 62657985 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAPEF00D4502000000000011056776 | 62658017 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010129 | Dumbo the Flying Elephant |
| CAPEF00D4502000000000011056776 | 62657979 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010153 | Jungle Cruise |
| CAPEF00D4502000000000011056776 | 62660999 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010153 | Jungle Cruise |
| CAPEF00D4502000000000011056776 | 64315107 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 16491297 | The Barnstormer |
| CAPEF00D4502000000000011056776 | 62658712 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 15839605 | Disney Junior - Live on Stage! |
| CAPEF00D4502000000000011056776 | 62659406 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 330248 | The American Idol Experience |
| CAPEF00D4502000000000011056776 | 62741234 | STD | Standard Appointment | RED | Redeemed | 330248 | The American Idol Experience |
| CAPEF00D4502000000000011056776 | 62739627 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 330248 | The American Idol Experience |
| CAPEF00D4502000000000011056776 | 62666589 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 15839605 | Disney Junior - Live on Stage! |
| CAPEF00D4502000000000011056776 | 62667565 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAPEF00D4502000000000011056776 | 62738883 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 209857 | Toy Story Midway Mania! |
| CAPEF00D4502000000000011056776 | 62666583 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAPEF00D4502000000000011056776 | 62666595 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 330248 | The American Idol Experience |
| CAPEF00D4502000000000011056776 | 225456685 | STD | Standard Appointment | BKD | Booked | 26068 | Expedition Everest - Legend of the Forbidden MountainÂ® |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010178 | Primeval Whirl |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010150 | It's Tough to be a Bug! |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 141106 | Finding Nemo - The Musical |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010154 | Kali River Rapids |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 26068 | Expedition Everest - Legend of the Forbidden MountainÂ® |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 11432 | Festival of the Lion King |
| CAPEF00D4502000000000011056776 | 226316606 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 225456689 | STD | Standard Appointment | BKD | Booked | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 225456681 | STD | Standard Appointment | BKD | Booked | 11432 | Festival of the Lion King |
| CAPEF00D4502000000000011056776 | 225454408 | STD | Standard Appointment | BKD | Booked | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 225454404 | STD | Standard Appointment | BKD | Booked | 80010173 | Mission: SPACE |
| CAPEF00D4502000000000011056776 | 225454412 | STD | Standard Appointment | BKD | Booked | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 225450403 | STD | Standard Appointment | BKD | Booked | 16491297 | The Barnstormer |
| CAPEF00D4502000000000011056776 | 225450407 | STD | Standard Appointment | BKD | Booked | 80010222 | Tomorrowland Speedway |
| CAPEF00D4502000000000011056776 | 229467597 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAPEF00D4502000000000011056776 | 225448049 | STD | Standard Appointment | BKD | Booked | 80010162 | Mad Tea Party |
| CAPEF00D4502000000000011056776 | 229468201 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010157 | Kilimanjaro Safaris |
| CAPEF00D4502000000000011056776 | 229467593 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 17421326 | Meet Favorite Disney Pals at Adventurers Outpost |
| CAPEF00D4502000000000011056776 | 225456331 | STD | Standard Appointment | BKD | Booked | 80010162 | Mad Tea Party |
| CAPEF00D4502000000000011056776 | 225456323 | STD | Standard Appointment | BKD | Booked | 80010222 | Tomorrowland Speedway |
| CAPEF00D4502000000000011056776 | 225456327 | STD | Standard Appointment | BKD | Booked | 16491297 | The Barnstormer |
| CAPEF00D4502000000000011056776 | 225449984 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAPEF00D4502000000000011056776 | 225449980 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000011056776 | 225449968 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000011056776 | 600139503 | NON | Non Standard Non Inv | BKD | Booked | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000039827151 | 35461367 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000039827151 | 62640165 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000039827151 | 35461355 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000039827151 | 62636267 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000039827151 | 62641271 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000039827151 | 35461361 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000039827151 | 62639809 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 20194 | Soarin' |
| CAPEF00D4502000000000039827151 | 37973763 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000039827151 | 62636271 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000039827151 | 62645854 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 107785 | The Seas with Nemo & Friends |
| CAPEF00D4502000000000039827151 | 62639368 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAPEF00D4502000000000039827151 | 63061432 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010191 | Spaceship Earth |
| CAPEF00D4502000000000039827151 | 62639376 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAPEF00D4502000000000039827151 | 62636263 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |

CONFIDENTIAL DisneyCA-TP0132904

Evidence Packet P.0858

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAPEF00D450200000000000039827111 | 62659342 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D450200000000000039827111 | 62648056 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 62653858 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 35463241 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010153 | Jungle Cruise |
| CAPEF00D450200000000000039827111 | 62648894 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAPEF00D450200000000000039827111 | 62653852 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAPEF00D450200000000000039827111 | 35463247 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010162 | Mad Tea Party |
| CAPEF00D450200000000000039827111 | 62798533 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAPEF00D450200000000000039827111 | 62646753 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAPEF00D450200000000000039827111 | 62648050 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAPEF00D450200000000000039827111 | 62653864 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAPEF00D450200000000000039827111 | 35462689 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAPEF00D450200000000000039827111 | 62654380 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010178 | Primeval Whirl |
| CAPEF00D450200000000000039827111 | 62649629 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAPEF00D450200000000000039827111 | 62652143 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 62656568 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 62649187 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 62659061 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 62649178 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 62657977 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010129 | Dumbo the Flying Elephant |
| CAPEF00D450200000000000039827111 | 62657989 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAPEF00D450200000000000039827111 | 62658018 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010129 | Dumbo the Flying Elephant |
| CAPEF00D450200000000000039827111 | 62657983 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010153 | Jungle Cruise |
| CAPEF00D450200000000000039827111 | 62660702 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010153 | Jungle Cruise |
| CAPEF00D450200000000000039827111 | 64315103 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 16491297 | The Barnstormer |
| CAPEF00D450200000000000039827111 | 62668711 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 15839605 | Disney Junior - Live on Stage! |
| CAPEF00D450200000000000039827111 | 62669402 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 330248 | The American Idol Experience |
| CAPEF00D450200000000000039827111 | 62741236 | STD | Standard Appointment | RED | Redeemed | 330248 | The American Idol Experience |
| CAPEF00D450200000000000039827111 | 62779628 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 330248 | The American Idol Experience |
| CAPEF00D450200000000000039827111 | 62666587 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 15839605 | Disney Junior - Live on Stage! |
| CAPEF00D450200000000000039827111 | 62667563 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAPEF00D450200000000000039827111 | 62776987 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 209857 | Toy Story Midway Mania! |
| CAPEF00D450200000000000039827111 | 62666581 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAPEF00D450200000000000039827111 | 62666593 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 330248 | The American Idol Experience |
| CAPEF00D450200000000000039827111 | 225456686 | STD | Standard Appointment | BKD | booked | 24068 | Expedition Everest - Legend of the Forbidden Mountainâ„¢ |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010178 | Primeval Whirl |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010150 | It's Tough to be a Bug! |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 311309 | Finding Nemo - The Musical |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010154 | Kali River Rapids |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 12432 | Festival of the Lion King |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 24068 | Expedition Everest - Legend of the Forbidden Mountainâ„¢ |
| CAPEF00D450200000000000039827111 | 226316623 | NON | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 225456690 | STD | Standard Appointment | BKD | booked | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 225456682 | STD | Standard Appointment | BKD | booked | 12432 | Festival of the Lion King |
| CAPEF00D450200000000000039827111 | 225454409 | STD | Standard Appointment | BKD | booked | 80010191 | Spaceship Earth |
| CAPEF00D450200000000000039827111 | 225454405 | STD | Standard Appointment | BKD | booked | 80010173 | Mission: SPACE |
| CAPEF00D450200000000000039827111 | 225454413 | STD | Standard Appointment | BKD | booked | 20194 | Soarin' |
| CAPEF00D450200000000000039827111 | 225450404 | STD | Standard Appointment | BKD | booked | 16491297 | The Barnstormer |
| CAPEF00D450200000000000039827111 | 225450408 | STD | Standard Appointment | BKD | booked | 80010222 | Tomorrowland Speedway |
| CAPEF00D450200000000000039827111 | 229467596 | STD | Standard Appointment | RED | Redeemed | 80010123 | DINOSAUR |
| CAPEF00D450200000000000039827111 | 225450400 | STD | Standard Appointment | BKD | booked | 80010162 | Mad Tea Party |
| CAPEF00D450200000000000039827111 | 229468200 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010157 | Kilimanjaro Safaris |
| CAPEF00D450200000000000039827111 | 229467592 | STD | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 17421326 | Meet Favorite Disney Pals at Adventurers Outpost |
| CAPEF00D450200000000000039827111 | 225456329 | STD | Standard Appointment | BKD | booked | 80010162 | Mad Tea Party |
| CAPEF00D450200000000000039827111 | 225456321 | STD | Standard Appointment | BKD | booked | 80010222 | Tomorrowland Speedway |
| CAPEF00D450200000000000039827111 | 225456325 | STD | Standard Appointment | BKD | booked | 16491297 | The Barnstormer |
| CAPEF00D450200000000000039827111 | 225449969 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAPEF00D450200000000000039827111 | 225449979 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAPEF00D450200000000000039827111 | 225449987 | STD | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |

Admission Data

| PARTY CODE | SURROGATE GATE ID | ATS GATE CODE | ATS GATE ID | GATE NAME | ADMISSION ITEM USAGE DATE | ADMISSION ITEM USAGE TYPE CODE | ADMISSION ITEM USAGE TYPE NAME |
|---|---|---|---|---|---|---|---|
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 03/12/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 11 | WMKMG | 5 | MK - MAIN GATE | 11/26/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 39 | WSTMG | 9 | ST - MAIN GATE | 05/20/2016 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 03/14/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 11/25/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 42 | WAKMG | 21 | AK - MAIN GATE | 03/14/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 11/26/2014 | 0 | Access |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 03/13/2014 | 4 | Reentry |
| CAPEF00D450200000000000110567796 | 42 | WAKMG | 21 | AK - MAIN GATE | 05/18/2016 | 0 | Access |
| CAPEF00D450200000000000110567796 | 39 | WSTMG | 9 | ST - MAIN GATE | 03/13/2014 | 0 | Access |
| CAPEF00D450200000000000110567796 | 42 | WAKMG | 21 | AK - MAIN GATE | 11/25/2014 | 0 | Access |
| CAPEF00D450200000000000110567796 | 11 | WMKMG | 5 | MK - MAIN GATE | 03/12/2014 | 0 | Access |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 05/17/2016 | 0 | Access |
| CAPEF00D450200000000000110567796 | 42 | WAKMG | 21 | AK - MAIN GATE | 03/11/2014 | 0 | Access |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 05/20/2016 | 0 | Access |
| CAPEF00D450200000000000110567796 | 39 | WSTMG | 9 | ST - MAIN GATE | 03/14/2014 | 0 | Access |
| CAPEF00D450200000000000110567796 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 05/20/2016 | 0 | Access |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 4 | Reentry |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 11/25/2014 | 4 | Reentry |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 03/13/2014 | 4 | Reentry |
| CAPEF00D450200000000000039827111 | 11 | WMKMG | 5 | MK - MAIN GATE | 11/26/2014 | 4 | Reentry |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 42 | WAKMG | 21 | AK - MAIN GATE | 05/18/2016 | 0 | Access |
| CAPEF00D450200000000000039827111 | 42 | WAKMG | 21 | AK - MAIN GATE | 03/11/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 42 | WAKMG | 21 | AK - MAIN GATE | 11/25/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 39 | WSTMG | 9 | ST - MAIN GATE | 03/13/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 11 | WMKMG | 5 | MK - MAIN GATE | 11/24/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 11 | WMKMG | 5 | MK - MAIN GATE | 03/12/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 11/26/2014 | 0 | Access |
| CAPEF00D450200000000000039827111 | 43 | WECMG | 1 | EC - MAIN GATE | 05/17/2016 | 0 | Access |