REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 2-V

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

ZAVALA

**DOT/DAS Enrollment**

| guest_id | linked_guest_id | first_name | last_name | location_desc | issue_operdate | issue_date_time | issued_by | valid_date | valid_days | party_size | ticket_id | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10000016547 | 0 | ███████ | ███████ | DL City Hall | 2013-11-15 00:00:00.000 | 2013-11-15 09:46:05.360 | BUONS002 | 2013-11-15 00:00:00.000 | 14 | 6 | | OLD database - Noticket |
| 10000016279 | 0 | | | DCA Chamber of Commerce | 2013-11-14 00:00:00.000 | 2013-11-14 09:59:54.163 | BUONS002 | 2013-11-14 00:00:00.000 | 1 | 30 | | |

**DAS/Arendelle Usage**

| Date | group_id | ticket_id | attraction_name | group_status | ticket_status | party_size | | reassigned_group_id |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | ███████ | |

**RECOVER - Readmission Passes**

| readmission_id | ticket_id | party_size | effective_date | expiration_date | recover_attraction_group | readmission_state | | created_by |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | ███████ | |

**FastpassUsage**

| oper_date | issue_date | attraction_code | attraction_desc | tikt_nbr | window_start_time | window_end_time |
|---|---|---|---|---|---|---|
| | | | | | | |

**Ticket/Main Entrance Usage**

| UseTime | ScannedVisualID | InternalVisualID | AccessCode | ACP | LastUpdate |
|---|---|---|---|---|---|
| No DATA | | | | | |

CONFIDENTIAL

DisneyCA-TP0132266
Evidence Packet P.1520