**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:  +1 310 788 4125
Facsimile:    +1 310 277 4730

Kerry Alan Scanlon (admitted *pro hac vice*)
kscanlon@mwe.com
Jeremy M. White (admitted *pro hac vice*)
jmwhite@mwe.com
Julie H. McConnell (admitted *pro hac vice*)
jmcconnell@mwe.com
The McDermott Building
500 North Capitol Street, NW
Washington, D.C. 20001-1531
Telephone:  +1 202 756 8000
Facsimile:    +1 202 785 8087

Attorneys for Defendant Walt Disney Parks
and Resorts U.S., Inc.

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian, et al., <br><br> Plaintiff, <br><br> v. <br><br> Walt Disney Parks and Resorts U.S., Inc., <br><br> Defendant. | CASE NO. 2:15-cv-05346-CJC-E <br><br> **CERTIFICATE OF SERVICE REGARDING DISNEY'S APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION** <br><br> Judge:  Hon. Cormac J. Carney <br> Trial Date:  To Be Determined |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020, I caused to be served true and correct copies of the following documents upon counsel of record for K.A.C., J.L.C., V.J.B., S.L.B., Y.Z., and M.Y.R.:

1.    Defendant Walt Disney Parks and Resorts U.S., Inc.'s ("Disney") Application for Leave to File Under Seal re: Disney's Motions for Summary Judgment;

2.    Declaration of Jeremy M. White in support of Application to File Under Seal;

3.    Proposed Order on Application to Seal;

4.    Unredacted Memoranda of Law in Support of Disney's Motions for Summary Judgment;

5.    Unredacted Statements of Uncontroverted Facts and Conclusions of Law;

6.    Unredacted exhibits to Disney's Motions for Summary Judgment:

      a.    Jennifer Sweetman Deposition Excerpts

      b.    Alison Armor Deposition Excerpts

      c.    Greg Hale Deposition Excerpts

      d.    Jill Kelderman Expert Declaration

      e.    Ronald Schouten Expert Declaration (M.Y.R.)

      f.    Ronald Schouten Expert Declaration (J.L.C.)

      g.    Bruce Laval Deposition Excerpts

      h.    Bruce Laval Expert Declaration and Exhibits 1-7

      i.    S.L.B. Deposition Excerpts (December 3, 2019)

      j.    B.W.B. Deposition Excerpts (December 4, 2019)

      k.    S.L.B. Deposition Exhibits 2, 3, and 23

      l.    J.L.C. Deposition Excerpts (November 11, 2019)

      m.    F.C. Deposition Excerpts (November 12, 2019)

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

1        n.     Plaintiffs K.A.C.'s and J.L.C.'s Responses to Disney's First Set of

2    Interrogatories (April 5, 2016)

3        o.     Plaintiffs K.A.C.'s and J.L.C.'s Responses to Disney's Second

4    Set of Interrogatories (October 4, 2019)

5        p.     Dr. Stephen Elliott Deposition Excerpts (December 16, 2019)

6        q.     Dr. Carissa Meyer Deposition Excerpts (December 17, 2019)

7        r.     Angela Klutts, M.Ed., BCBA, Deposition Excerpts (December

8    17, 2019)

9        s.     M.Y.R. Deposition Excerpts (Part 1 of 2) (November 12, 2019)

10       t.     M.Y.R. Deposition Excerpts (Part 2 of 2) (November 13, 2019)

11       u.     F.Z. Deposition Excerpts (November 14, 2019)

12       v.     M.Y.R. Deposition (Part 2 of 2) Exhibits 2, 4, 7, 8, and 10

13       w.     M.Y.R. Deposition (Part 1 of 2) Exhibit 1

14       x.     WDW and DLR Guest Assistance Card (GAC) Distribution and

15    Usage

16        y.     WDW Guest Assistance Card (GAC) Impact -- Toy Story Mania

17    Scenario

18        z.     Email from Alison Armor to Greg Hale et al. (Apr. 16, 2012)

19       aa.    Disney Wait Time Reports for V.J.B. visits

20       bb.    Disney Entitlement Report for V.J.B.

21       cc.    Updated Entitlement Report for V.J.B.

22       dd.    Disney Magic File for V.J.B.

23       ee.    Disney Entitlement Report for K.A.C. and J.L.C.

24       ff.    Updated Entitlement Report for K.A.C. and J.L.C.

25       gg.    Disney Wait Time Reports for K.A.C. visits

26       hh.    Disney Wait Time Reports for Y.Z. visits

27       ii.    Disney Entitlement Report for Y.Z.

28

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

7. Redacted Memoranda of Law in Support of Disney's Motions for Summary Judgment;

8. Redacted Statements of Uncontroverted Facts and Conclusions of Law;

9. Proposed Orders Regarding Disney's Motions for Summary Judgment; and

10. Redacted exhibits to Disney's Motions for Summary Judgment (*see* 6a-ii).

The foregoing documents were served by e-mail or electronic transmission upon counsel of record for K.A.C., J.L.C., V.J.B., S.L.B., Y.Z., and M.Y.R. at the email addresses listed below:

DOGALI LAW GROUP, P.A.
Andy Dogali
(adogali@dogalilaw.com)
Barbara U. Uberoi
(buberoi@dogalilaw.com)

ARIAS SANGUINETTI WANG &
TORRIJOS, LLP
Eugene Feldman
(eugene@aswtlawyers.com)

LENZE LAWYERS, PCL
Jennifer A. Lenze
(jlenze@lenzelawyers.com)
Amanda D. McGee
(mcgee@lenzelawyers.com)

DOM LAW PA
Domenick G. Lazzara
(dom@domlaw.com)

Dated: October 9, 2020

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By:     /s/ Jeremy M. White
Jeremy M. White

Attorney for Walt Disney Parks and Resorts U.S., Inc.