**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:  + 310 788 4125
Facsimile:   + 310 277 4730

Kerry Alan Scanlon (admitted *pro hac vice*)
kscanlon@mwe.com
Jeremy M. White (admitted *pro hac vice*)
jmwhite@mwe.com
Julie H. McConnell (admitted *pro hac vice*)
jmcconnell@mwe.com
500 North Capitol Street, NW
Washington, D.C. 20001-1531
Telephone:  +1 202 756 8000
Facsimile:   +1 202 785 8087

Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | CASE 2:15-cv-05346-CJC-E<br><br>**DISNEY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON K.A.C.'S AND J.L.C.'S CLAIMS**<br><br>Date: November 9, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Cormac J. Carney<br>Courtroom: 9B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 9, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Cormac J. Carney, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, Walt Disney Parks and Resorts U.S., Inc. ("Disney"), will, and hereby does, move the Court for summary judgment on the claims of K.A.C. and J.L.C. on the grounds that the material facts are undisputed and Disney is entitled to judgment as a matter of law on K.A.C.'s and J.L.C.'s claims. *See* Fed. R. Civ. P. 56(a).

Disney makes this motion pursuant to the Court's September 9, 2020 Order Lifting the Stay in this case and granting Disney's request to file updated motions for summary judgement.

This motion is based on this notice of motion and motion, the accompanying memorandum in support, statement of uncontroverted facts, evidence packet, the proposed judgment, and such other matters as may be presented to the Court at the time of hearing.

Dated: October 9, 2020　　　　　　　　**McDERMOTT WILL & EMERY LLP**

By: /s/ Kerry Alan Scanlon
　　　Kerry Alan Scanlon

　　　Attorney for Walt Disney Parks and Resorts U.S., Inc.

# CERTIFICATE OF SERVICE

I certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeremy M. White
Jeremy M. White