**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN# 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:  +1 310 788 4125
Facsimile:   +1 310 317 5221

Kerry Alan Scanlon (admitted *pro hac vice*)
kscanlon@mwe.com
Jeremy M. White (admitted *pro hac vice*)
jmwhite@mwe.com
Julie H. McConnell (admitted *pro hac vice*)
jmcconnell@mwe.com
500 North Capitol Street, NW
Washington, D.C.  20001-1531
Telephone:  +1 202 756 8000
Facsimile:   +1 202 756 8087

Attorneys for Defendant Walt Disney Parks
and Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Walt Disney Parks and Resorts U.S., Inc.,<br><br>Defendant. | Case No. 2:15-cv-05346-CJC-E<br><br>**DISNEY'S EVIDENCE PACKET IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT ON THE BELLWETHER IV PLAINTIFFS' (K.A.C., J.L.C., V.J.B., S.L.B., Y.Z. AND M.Y.R.) CLAIMS**<br><br>Date: November 9, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Cormac J. Carney<br>Courtroom: 9B |

Walt Disney Parks and Resorts U.S., Inc. ("Disney"), respectfully submits the following evidence packet in support of its motions for summary judgment on the Bellwether IV plaintiffs' (K.A.C., J.L.C., V.J.B., S.L.B., Y.Z. and M.Y.R.) claims.

| Exhibit | Description | Pages |
|---|---|---|
| 1. | Declaration of Jeremy White (January 13, 2020) | P.0001-P.0007 |
| A. | Deposition of Jennifer Sweetman (May 8, 2017) (excerpts) | P.0008-P.0017 |
| B. | Deposition of Alison Armor, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (July 7, 2015) (excerpts) | P.0018-P.0056 |
| C. | Deposition of Mark Lee Jones, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (Jan. 27, 2015) (excerpts) | P.0057-P.0069 |
| D. | Deposition of Greg Hale, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (Apr. 28, 2015) (excerpts) | P.0070-P.0085 |
| E. | Deposition of Jill L. Kelderman Walsh, Ph.D., *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (Sept. 11, 2015) (excerpts) | P.0086-P.0092 |
| F. | Declaration of Jill Kelderman (December 31, 2019) | P.0093-P.0147 |
| G. | Declaration of Ronald Schouten (M.Y.R.) (December 31, 2019) | P.0148-P.0200 |

| | | |
|---|---|---|
| H. | Declaration of Ronald Schouten (J.L.C.) (December 31, 2019) | P.0201-P.0254 |
| I. | Deposition of Bruce Laval, *A.L. v. Walt Disney Parks & Resorts U.S., Inc.* (M.D. Fla.) (Sept. 18, 2015) (excerpts) | P.0255-P.0273 |
| J. | Declaration of Bruce Laval (May 18, 2017) | P.0274-P.0293 |
| K. | Exhibit 1, DAS Usage by Month, to Declaration of Bruce Laval (May 18, 2017) | P.0294-P.0296 |
| L. | Exhibit 2, MK Peak Period Data, to Declaration of Bruce Laval (May 18, 2017) | P.0297-P.0298 |
| M. | Exhibit 3, FY14 Disneyland Resort Attraction Wait Time Assessment, to Declaration of Bruce Laval (May 18, 2017) | P.0299-P.0300 |
| N. | Exhibit 4, Wait Time Report for June 14, 2014, to Declaration of Bruce Laval (May 18, 2017) | P.0301-P.0313 |
| O. | Exhibit 5, July 2015 DAS Audit Study, to Declaration of Bruce Laval (May 18, 2017) | P.0314-P.0315 |
| P. | Exhibit 6, Attraction Experience Comparison Between DAS Guests and Non-DAS Guests, to Declaration of Bruce Laval (May 18, 2017) | P.0316-P.0317 |

| | | |
|---|---|---|
| Q. | Exhibit 7, July 2015 Incremental Analysis, to Declaration of Bruce Laval (May 18, 2017) | P.0318-P.0319 |
| R. | *Galvan v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:18-cv-01721-AB-FFM, Doc. 87, Order at 14-16 (C.D. Cal. Nov. 27, 2019 | P.0320-P.0337 |
| S. | Deposition of S.L.B. (Dec. 3, 2019) (excerpts) | P.0338-P.0376 |
| T. | Deposition of B.W.B. (Dec. 4, 2019) (excerpts) | P.0377-P.0398 |
| U. | Exhibit 2, Medical Records of V.J.B. (3P-VJB-000173 to 3P-VJB-000190), to the Deposition of S.L.B. (Dec. 3, 2019) | P.0399-P.0417 |
| V. | Exhibit 3, Medical Records of V.J.B. (3P-VJB-000143 to 3P-VJB-000161), to the Deposition of S.L.B. (Dec. 3, 2019) | P.0418-P.0437 |
| W. | Exhibit 23, Medical Records of V.J.B. (3P-VJB-000106 to 3P-VJB-000108), to the Deposition of S.L.B. (Dec. 3, 2019) | P.0438-P.0441 |
| X. | Deposition of J.L.C. (Nov. 11, 2019) (excerpts) | P.0442-P.0507 |
| Y. | Deposition of F.C. (Nov. 12, 2019) (excerpts) | P.0508-P.0532 |
| Z. | K.A.C.'s and J.L.C.'s Responses to Disney's First Set of Interrogatories (May 4, 2016) | P.0533-P.0544 |

| | | |
|---|---|---|
| AA. | K.A.C.'s and J.L.C.'s Responses to Disney's Second Set of Interrogatories (Oct. 4, 2019) | P.0545-P.0556 |
| BB. | Deposition of Dr. Stephen Elliott (Dec. 16, 2019) (excerpts) | P.0557-P.0569 |
| CC. | Deposition of Dr. Carissa Meyer (Dec. 17, 2019) (excerpts) | P.0570-P.0580 |
| DD. | Deposition of Angela K. Klutts, M.Ed., BCBA (Dec. 17, 2019) (excerpts) | P.0581-P.0588 |
| EE. | Deposition of M.Y.R. (Part 1 of 2) (Nov. 12, 2019) (excerpts) | P.0589-P.0604 |
| FF. | Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) (excerpts) | P.0605-P.0653 |
| GG. | Deposition of F.Z. (Nov. 14, 2019) (excerpts) | P.0654-P.0671 |
| HH. | Exhibit 8, Y.Z. and M.Y.R.'s Responses to Disney's First Set of Interrogatories (Mar. 31, 2016), to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | P.0672-P.0680 |
| II. | Exhibit 7, Y.Z. DAS Card, to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | P.0681-P.0683 |
| JJ. | Exhibit 1, Y.Z. Medical Record (YZ,MYR0028 to YZ,MYR0040), to the Deposition of M.Y.R. (Part 1 of 2) (Nov. 12, 2019) | P.0684-P.0697 |

| | | |
|---|---|---|
| KK. | Exhibit 2, Y.Z. Medical Record (YZ,MYR0013 to YZ,MYR0025), to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | P.0698-P.0711 |
| LL. | Exhibit 4, Y.Z. Medical Record (YZ,MYR0001 to YZ,MYR0007), to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | P.0712-P.0719 |
| MM. | Exhibit 10, Wait Time Summary Report, to the Deposition of M.Y.R. (Part 2 of 2) (Nov. 13, 2019) | P.0720-P.0721 |
| NN. | Tara Palmeri, *Rich Manhattan Moms Hire Handicapped Tour Guides so Kids Can Cut Lines at Disney World*, N.Y. Post, May 14, 2013 (DisneyCA-TP0021870 to DisneyCA-TP0021871) | P.0722-P.0724 |
| OO. | *Moms Pay $1,000-a-Day To Hire Disabled Members To Skip Lines at Disney*, FoxNews.com, May 14, 2013 (DisneyCA-TP0003816 to DisneyCA-TP0003818) | P.0725-P.0728 |
| PP. | Jeff Rossen & Josh Davis, *Undercover at Disney: "Deplorable" Scheme To Skip Lines*, Today.com, May 31, 2013) (AL,DL001701-AL,DL001703) | P.0729-P.0732 |
| 2. | Declaration of Jennifer Sweetman (January 8, 2020) | P.0733-P.0739 |

| | | |
|---|---|---|
| A. | Letter from Meg Crofton (DisneyCA-TP0000001) | P.0740-P.0741 |
| B. | Disney Parks Disability Access Service Card Fact Sheet (DisneyCA-TP0000041 to DisneyCA-TP0000042) | P.0742-P.0744 |
| C. | Disney Parks Disability Access Service Card Guide and FAQs (DisneyCA-TP0000002 to DisneyCA-TP0000006) | P.0745-P.0750 |
| D. | Email from Betty Appleton to Betsy Sanchez et al. (May 29, 2013, 15:03) (DisneyCA-TP0009031 to DisneyCA-TP00009032) | P.0751-P.0753 |
| E. | Craigslist Ad for GAC (Feb. 28, 2013) (DisneyCA-TP0020730) | P.0754-P.0755 |
| F. | Email from Alison Armor to Bob Ennis (Jan. 7, 2013, 10:02 a.m.) (DisneyCA-TP0020531 to DisneyCA-TP0020533) | P.0756-P.0759 |
| G. | WDW and DLR Guest Assistance Card (GAC) Distribution and Usage (DisneyCA-TP0017876 to DisneyCA-TP0017877) | P.0760-P.0762 |
| H. | Planning a Trip to the Disneyland Resort: A Resource for Guests with Cognitive Disabilities Including Autism Spectrum Disorder (ASD) (DisneyCA-TP0000016 to DisneyCA-TP0000036) | P.0763-P.0784 |

| | | |
|---|---|---|
| I. | Planning a Trip to the Walt Disney World Resort: A Resource for Guests with Cognitive Disabilities Including Autism Spectrum Disorder (ASD) (DisneyCA-TP0000051 to DisneyCA-TP0000073) | P.0785-P.0808 |
| J. | WDW Guest Assistance Card (GAC) Impact -- Toy Story Mania Scenario (DisneyCA-TP0017875) | P.0809-P.0810 |
| K. | Email from Alison Armor to Greg Hale et al. (Apr. 16, 2012, 14:56) (DisneyCA-TP0020236 to DisneyCA-TP0020237) | P.0811-P.0813 |
| L. | One-Day Admissions Ticket to Disney California Adventure Park (DisneyCA-TP0125137) | P.0814-P.0815 |
| M. | One-Day Admissions Ticket to Disneyland (DisneyCA-TP0125138) | P.0816-P.0817 |
| N. | Disney Wait Time Reports for V.J.B. (DisneyCA-TP0132439 to DisneyCA-TP0132465) | P.0818-P.0845 |
| O. | V.J.B. Entitlement Report (DisneyCA-TP0132261) | P.0846-P.0847 |
| P. | V.J.B. Updated Entitlement Report (DisneyCA-TP0134571) | P.0848-P.0849 |
| Q. | V.J.B. Magic File (DisneyCA-TP132202 to DisneyCA-TP0132205) | P.0850-P.0854 |
| R. | K.A.C. and J.L.C.'s Entitlement Report (DisneyCA-TP0132256) | P.0855-P.0856 |

| | | |
|---|---|---|
| S. | K.A.C. and J.L.C.'s Updated Entitlement Report (DisneyCA-TP0132904 to DisneyCA-TP0132905) | P.0857-P.0859 |
| T. | Disney Wait Time Reports for K.A.C. ( DisneyCA-TP0131979 to DisneyCA-TP0132082, DisneyCA-TP0132600 to DisneyCA-TP0132803, DisneyCA-TP0133016 to DisneyCA-TP0133214, DisneyCA-TP0133313 to DisneyCA-TP0133424) | P.0860-P.1479 |
| U. | Disney Wait Time Reports for Y.Z. (DisneyCA-TP0132493 to DisneyCA-TP0132515, DisneyCA-TP0131737 to DisneyCA-TP0131751) | P.1480-P.1518 |
| V. | Y.Z. Entitlement Report (DisneyCA-TP0132266) | P.1519-P.1520 |

Dated:  October 9, 2020

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By:   /s/ Kerry Alan Scanlon
        Kerry Alan Scanlon

Attorney for Walt Disney Parks and Resorts U.S., Inc.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

I certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeremy M. White
Jeremy M. White