REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-A

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT FOR THE
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4   T.P., et al.,                    )
 5              Plaintiffs,            )
 6       vs.                           ) No. 15-cv-5346-R
 7   WALT DISNEY PARKS AND RESORTS )
 8   U.S., INC.,                       )
 9              Defendant.             )
10   _____)
11
12                      CONFIDENTIAL
13
14       DEPOSITION OF THE CORPORATE REPRESENTATIVE
15       OF WALT DISNEY PARKS AND RESORTS U.S., INC.,
16                    JENNY SWEETMAN
17                   Irvine, California
18                  Monday, May 8, 2017
19
20   Reported By:
21   CHRISTINE RYBICKI
22   CSR No. 13481
23   Job No. 2608928
24
25   PAGES 1 - 95
```

Page 1

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

```
1           UNITED STATES DISTRICT COURT FOR THE
2              CENTRAL DISTRICT OF CALIFORNIA
3
4    T.P., et al.,                    )
5                Plaintiffs,          )
6        vs.                          ) No. 15-cv-5346-R
7    WALT DISNEY PARKS AND RESORTS    )
8    U.S., INC.,                      )
9                Defendant.           )
10   _____  )
11
12
13
14         Deposition of THE CORPORATE REPRESENTATIVE
15   OF WALT DISNEY PARKS AND RESORTS U.S., INC., JENNY
16   SWEETMAN, taken on behalf of Plaintiffs, at 4 Park
17   Plaza, Suite 1700, Irvine, California, beginning at
18   2:08 p.m. and ending at 5:07 p.m. on Monday, May 8,
19   2017, before CHRISTINE RYBICKI, Certified Shorthand
20   Reporter No. 13481.
21
22
23
24
25
                                                  Page 2
```

Veritext Legal Solutions
866 299-5127

```
 1                              INDEX
 2
 3    WITNESS                                          EXAMINATION
 4    JENNY SWEETMAN
 5         BY MR. FELDMAN                                   5, 84
 6         BY MR. WHITE                                        71
 7
 8                            E X H I B I T S
 9    NUMBER               DESCRIPTION                      PAGES
10
11    Exhibit 1     Notice of Taking Deposition                 7
12    Exhibit 2     E-mail dated 7/4/2013                      24
13    Exhibit 3     E-mail dated 10/8/2013                     44
      Exhibit 4     Disneyland Resort Disability               52
14                  Access Service Card dated
15                  12/1/2013-12/4/2013
16    Exhibit 5     E-mail dated 10/6/2013                    59
17    Exhibit 6     E-mail dated 6/15/2013                    62
18
19
20                      UNANSWERED QUESTIONS
21                         PAGE     LINE
22                          52       9
                            57       2
23                          64      13
                            65      19
24
25
```

Page 4

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4        DOGALI LAW GROUP
 5        BY: ANDY DOGALI (Not Present)
 6        101 East Kennedy Boulevard
 7        Suite 1100
 8        Tampa, Florida  33602
 9        (813) 289-0700
10        adogali@dogalilaw.com
11
12        ARIAS, SANGUINETTI, STAHLE & TORRIJOS
13        BY: EUGENE FELDMAN
14        6701 Center Drive West
15        Suite 1400
16        Los Angeles, California  90045
17        (310) 844-9696
18        eugene@asstlawyers.com
19
20   For Defendants:
21        MCDERMOTT, WILL & EMERY
22        BY: JEREMY WHITE
23        500 North Capital Street, Northwest
24        Washington, DC  20001
          (202) 756-8694
25        jmwhite@mwe.com
```

Page 3

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL
CONFIDENTIAL

```
 1                Irvine, California, Monday, May 8, 2017
 2                              2:08 p.m.
 3
 4                           JENNY SWEETMAN,
 5      having been administered an oath, was examined and
 6                         testified as follows:
 7
 8                             EXAMINATION
 9   BY MR. FELDMAN:
10      Q   State your name for the record, please.
11      A   My name is Jenny Sweetman.
12      Q   Okay.  Good afternoon, Ms. Sweetman.  We've met
13   previously.
14      A   Yes.
15      Q   Ms. Sweetman, how many times have you had your
16   deposition taken?
17      A   I don't remember the exact amount.  Probably 10
18   to 14 times.  Somewhere in that range.
19      Q   Okay.  And all those depositions have been taken
20   in conjunction with your employment at Disney?
21      A   That's correct.
22      Q   Okay. All right.  I'm not gonna go over the
23   admonitions for the deposition since you've heard them
24   numerous times.
25      A   Okay.
```

Page 5

```
 1       A    Yes.
 2       Q    What other accommodations does Disney provide to
 3   guests with cognitive disabilities that goes above and
 4   beyond what is legally required?
 5       A    We do itinerary planning with the guest.  So that
 6   is basically talking about what other needs they have
 7   like quiet areas, do they need special dietary -- is
 8   there dietary issues, re-ad's might be part of that
 9   conversation as our other disability devices because
10   sometimes they have more than one disability.
11       Q    You mention re-ad's.  Did the plaintiffs here,
12   E.A.P. and P.F.E. use all the re-ad's that were given to
13   them?
14       A    No.  And on some days I think it's this one,
15   P.F.E. I believe they like used ▮▮▮ and they didn't use
16   ▮▮▮▮▮▮.  They seemed to do a lot on their DAS.  And
17   they're only here for a limited time, so they're
18   actually getting on quite a few attractions.
19       Q    And you and counsel for plaintiff spoke earlier
20   about an individualized conversation between the guests
21   and the cast member.
22            Do you remember that?
23       A    Yes.
24       Q    Why is it helpful to have that conversation in
25   person as opposed to over the phone?
```

Page 72

```
 1   population have on Disney?
 2       A    Well, it would decrease our guest satisfaction.
 3   I mean, ██████████████████████████████████████████)
 4   ██████████████████████████████████████)  And we work
 5   very hard to decrease wait times so that we can improve
 6   guest satisfaction, and that's a goal every single day.
 7           ██████████████████████████████████)
 8   ████████████████████████████████████████████████████)
 9   ████████████████████████████████████████████████████)
10   ████████████████████████████████████████████████████)
11   ████████████████████████████)
12       Q    What is your understanding -- I'm referring to
13   yourself at this point -- of why Disney replaced the GAC
14   system?
15       A    It was mainly due to the amount of fraud we were
16   having and we were having a lot.  Like this one --
17            MR. FELDMAN:  I'll object to this question as
18   beyond the scope of the deposition.
19            MR. WHITE:  Goes to Disney's defense, topic 13.
20   Go ahead.
21            THE WITNESS:  Okay.  Like this one, (████████) I
22   can't remember which family she is, she says she
23   witnessed it herself.  So it was -- it was rampant.  And
24   we had times where the guests who really need the
25   service weren't getting the service they needed.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

```
 1          They would come back and ask for a GAC card to
 2   the GAC card so that they wouldn't have to wait so long
 3   because the waits were extreme.
 4          Pirates of the Caribbean, for instance, would go
 5   all the way through the whole land.  It would have been
 6   easier to go in the regular queue.
 7          So there was a lot of fraud with it.  And people
 8   that really needed the assistance weren't getting it,
 9   and that was something we wanted to work on, we wanted
10   to improve it.  They deserve an opportunity to enjoy the
11   park.
12   BY MR. WHITE:
13      Q   And you also testified earlier that guests will
14   sometimes try the parks without DAS?
15      A   Yes.
16      Q   Do you recall seeing anything like that in
17   relation to these plaintiffs?
18      A   Yeah, I believe it's this one, the -- sorry, I
19   get the two initials mixed up.  So I believe it's
20   E.A.P., often doesn't use --
21      Q   Is this the one that went to Disneyland or Disney
22   World?
23      A   This one went to both parks I believe.  Let me
24   make sure.  There's one of them that -- which is
25   which -- that visits an awful lot and they have -- they
```

CONFIDENTIAL

1    REPORTER'S CERTIFICATE

2

3        I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby certify:

5        That the foregoing proceedings were taken before

6    me at the time and place herein set forth;

7        That any witnesses in the foregoing proceedings,

8    prior to testifying, were administered an oath;

9        That a record of the proceedings was made by me

10   using machine shorthand which was thereafter transcribed

11   under my direction;

12       That the foregoing transcript is a true record of

13   the testimony given.

14       Further, that if the foregoing pertains to the

15   original transcript of a deposition in a Federal Case,

16   before completion of the proceedings, review of the

17   transcript [ ] was [ ] was not requested.

18       I further certify I am neither financially

19   interested in the action, nor a relative or employee of

20   any attorney or any party to this action.

21       IN WITNESS WHEREOF, I have subscribed my name.

22       Dated: 5/20/2017

23

24       *Christine Rybicki*

25       CHRISTINE RYBICKI, CSR No. 13481

Page 95

Veritext Legal Solutions
866 299-5127