# Exhibit 1-C

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Atkinson-Baker, Inc.
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE MIDDLE DISTRICT OF FLORIDA
 3                    ORLANDO DIVISION
 4                        - - -
 5   A.L., BY AND THROUGH D.L., AS    )
 6   NEXT FRIEND, PARENT AND NATURAL  )
 7   GUARDIAN, AND D.L., INDIVIDUALLY,)
 8             Plaintiffs,            )
 9          vs.                       ) Case No.:
10   WALT DISNEY PARKS AND RESORTS    ) 6:14-CV-1544-ACC-GJK
11   U.S., INC.,                      )
12             Defendant.             )
     ----------------------------------
13
14
15
16                    DEPOSITION OF
17                    MARK LEE JONES
18                LOS ANGELES, CALIFORNIA
19                   JANUARY 27, 2015
20
21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:  LAWRENCE SCHUMACHER, CSR NO. 1464
25   FILE NO.:  A80DE99
```

                                                                   1

```
 1                  UNITED STATES DISTRICT COURT
 2                FOR THE MIDDLE DISTRICT OF FLORIDA
 3                         ORLANDO DIVISION
 4                              - - -
 5   A.L., BY AND THROUGH D.L., AS     )
 6   NEXT FRIEND, PARENT AND NATURAL   )
 7   GUARDIAN, AND D.L., INDIVIDUALLY, )
 8              Plaintiffs,            )
 9           vs.                       )  Case No.:
10   WALT DISNEY PARKS AND RESORTS     )  6:14-CV-1544-ACC-GJK
11   U.S., INC.,                       )
12              Defendant.             )
     ----------------------------------
13
14
15
16
17      Deposition of MARK LEE JONES, taken on behalf of
18   Plaintiffs, at 1999 Avenue of the Stars, Suite 1600,
19   Los Angeles, California, commencing at 9:10 A.M.,
20   Tuesday, January 27, 2015, before LAWRENCE SCHUMACHER,
21   CSR No. 1464.
22
23
24
25
```

                                                              2

Evidence Packet P.0059

```
 1                A P P E A R A N C E S:

 2      FOR PLAINTIFFS:

 3      DOGALI LAW GROUP, P.A.
        BY:  ANDY DOGALI, ESQ.
 4      101 East Kennedy Boulevard
        Suite 1100
 5      Tampa, Florida 33602

 6      EUGENE FELDMAN
        ATTORNEY AT LAW
 7      A.P.C.
        555 Pier Avenue
 8      Suite #4
        Hermosa Beach, California 90254
 9


10
        FOR DEFENDANT:
11      KAYE|SCHOLER LLP
        BY:  KERRY ALAN SCANLON, ESQ.
12      The McPherson Building
        901 Fifteenth Street, NW
13      Washington, D.C.

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Evidence Packet P.0060

```
 1                    MARK LEE JONES
 2            having first been duly sworn in
 3            accordance with CCP Section 2094,
 4            was examined and testified as
 5            follows:
 6
 7                      EXAMINATION
 8   BY MR. DOGALI:
 9       Q.   Good morning, sir.
10       A.   Good morning.
11       Q.   Can you start by stating your full name please?
12       A.   Sure.  My name is Mark Lee Jones.
13       Q.   And who's your employer?
14       A.   I work for Walt Disney Parks and Resorts.
15       Q.   What's the precise name of that entity that
16   employs you?
17       A.   Walt Disney Parks and Resorts U.S. perhaps.  I
18   don't know the official name, but it's Walt Disney Parks
19   and Resorts is how I identify my employer.
20       Q.   I think I kind of know the answer to this one,
21   but have you ever given a deposition before?
22       A.   Yes.
23       Q.   How many times?
24       A.   One time.
25       Q.   The one I attended?
```

```
 1  BY MR. DOGALI:
 2      Q.   -- when the DAS was released, did you think it
 3  was better than what your competitors were using?
 4      A.   Yes.
 5      Q.   In what way?
 6      A.   Well, I mean, it allowed guests to virtually
 7  wait -- guests who qualified for the DAS or guests who
 8  obtained the DAS were allowed to virtually wait for
 9  attraction experiences.  And during -- they were allowed
10  to virtually wait for attraction experiences if they were
11  unable to be any traditional queue.  They were not able
12  to wait in a traditional queue the DAS allowed them to
13  virtually wait for attractions.  Which would also allow
14  them to do other things during that period that they were
15  waiting:  being able to go and experience all of the
16  offerings that any one of our theme parks might have.
17  Whether that was going to see, perhaps, a street
18  performer.  Or going to get some food.  Or going to maybe
19  go to a shop.  Maybe go enjoy the architecture.  Maybe go
20  look for the hidden Mickeys that we -- we many times
21  we'll -- hidden Mickeys that we'll many times place in
22  some of our architecture.  Being able to go sit on a
23  bench.  Go take a nap.  You know, whatever you wanted to
24  do you could do that during your -- your -- your window
25  that you were doing your virtual wait.  That's -- that's
```

```
 1  a great thing to be able to do.
 2           So to answer your question, yeah, I thought -- I
 3  thought it was -- I think it's better than what other
 4  others were doing.
 5      Q.  And what were the others doing that was less
 6  accommodating?
 7      A.  Well, I think there's many that aren't doing
 8  anything.  I can't give you specifics, but there's many
 9  other businesses that are in our line of work that aren't
10  doing anything for people who can't stand in lines or
11  wait in lines.
12           MR. DOGALI:  Take a short break.
13           (Recess taken.)
14  BY MR. DOGALI:
15      Q.  As the DAS was developed, did Disney seek the
16  input of any autism-dedicated organization?
17      A.  We certainly talked to a lot of organizations.
18      Q.  Which ones?
19      A.  I -- a lot of the conversations were informing
20  organizations what we were going to be rolling out,
21  making them aware of what we were going to be rolling
22  out.  That way, when the rollout occurred they were not
23  hearing about it for the first time through the media,
24  they were hearing it from us.  So the organizations that
25  I spoke with, I spoke to -- and there were other
```

```
 1        Q.   -- or highly educated one?
 2        A.   It's a guess.
 3             MR. SCANLON:  Pure speculation.
 4   BY MR. DOGALI:
 5        Q.   To your knowledge, did Disney -- strike that.
 6             Outside the context of the GAC or the DAS, to
 7   your knowledge, has Disney ever studied the impact of
 8   meltdowns on the part of autistic guests on other guests
 9   in the park?
10        A.   No.
11        Q.   If that's ever been studied who might know?  It
12   would be a guess?
13        A.   Guess.
14        Q.   Okay.  In terms of how the DAS accommodates your
15   autistic guests, are you proud of it?
16        A.   Of how the DAS works?  Absolutely.  I think it's
17   a great tool.  I think I mentioned it earlier.  I mean,
18   to be able to virtually wait for attractions and be able
19   to use other stuff and be able to use FastPass, being
20   able to do other things while you're virtually waiting
21   for an attraction, I mean, it's a great tool for any
22   guest, whatever disability they might have, whether it's
23   something else.  I mean, it's great.  And I've had an
24   opportunity to, you know, experience it myself.  So I've
25   had these conversations with the various organizations
```

1  what I said earlier:  certainly we empower our cast
2  members to make our guests happy, so whatever that might
3  mean, you know, based on what the guest is asking, based
4  on what the cast member does, whatever the situation
5  might be.  But the goal is to make the guest happy.
6      Q.   As the DAS was released, did you understand the
7  one form of making the guests happy at that time included
8  giving them additional FastPasses they could use along
9  with the DAS?
10          MR. SCANLON:  Additional FastPasses?
11          MR. DOGALI:  Yes.
12          THE WITNESS:  I'm sorry, ask the question again.
13 BY MR. DOGALI:
14     Q.   You used the term "making the guest happy."
15 I'm asking you back on October 9, 2013, and say a couple
16 of months thereafter, did you understand that one manner
17 in which Guest Relations made the guests happy was by
18 giving them FastPasses in addition to the DAS?
19     A.   I -- I -- I am aware that they have, you know,
20 numerous options in their tool belts, if you will, when
21 working with any guest.  Whether it's a guest with a
22 disability.  Whether it's a guest who is asking about
23 DAS, or who -- whatever the situation might be, Guest
24 Relations has certain items and resources they can use if
25 they, you know, would like to or if they feel that the

1  guest is -- you know, something's presented itself where
2  the -- if the guest presents something where the Guest
3  Relations cast member feels that maybe the guest is
4  upset, maybe the guest has had a bad experience, maybe
5  just whatever reason the cast member feels sorry for the
6  guest, the cast member certainly has tools that they can
7  present to the guest, which could include, as you called
8  it, a FastPass or some kind of instant admission ticket
9  for a particular attraction or a particular show.
10     Q.  To the extent grant granting additional
11 FastPasses to make a guest happy is one of those tools,
12 are you aware that the use of that tool has greatly
13 diminished over time since the DAS was initially
14 released?
15     A.  I'm not aware of -- of that being the case.  I
16 know that our Guest Relations partners have the ability
17 to offer assistance, a tool, including potentially
18 readmission, but I'm not aware of a number, a hard fast
19 number or anything that, you know, would imply that it's
20 diminished.  I don't know.
21     Q.  Have you become aware, at any time, from any
22 source since the DAS was released, that Disney became
23 concerned about the number of FastPasses that were being
24 doled out as a tool to make people happy and discouraged
25 Guest Relations from doing that?

```
 1                    REPORTER'S CERTIFICATE
 2
 3
 4        I, LAWRENCE SCHUMACHER, CSR No. 1464, Certified
 5   Shorthand Reporter, certify:
 6        That the foregoing proceedings were taken before me
 7   at the time and place therein set forth, at which time
 8   the witness was put under oath by me;
 9        That the testimony of the witness, the questions
10   propounded, and all objections and statements made at the
11   time of the examination were recorded stenographically by
12   me and were thereafter transcribed;
13        That the foregoing is a true and correct transcript
14   of my shorthand notes so taken.
15        I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18        I declare under penalty of perjury under the laws of
19   California that the foregoing is true and correct.
20        Dated this 6th day of February, 2015.
21
22        _____
23              LAWRENCE SCHUMACHER, CSR No. 1464
24
25
```

143

```
 1         REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4
 5
 6
 7     I, LAWRENCE SCHUMACHER, CSR No. 1464, a Certified
 8  Shorthand Reporter in the State of California, certify
 9  that the foregoing pages 1 through 143, constitute a true
10  and correct copy of the original deposition of MARK LEE
11  JONES taken on January 27, 2015.
12     I declare under penalty of perjury under the laws of
13  the State of California that the foregoing is true and
14  correct.
15
16     Dated this 6th day of February, 2015.
17
18
19  _Lawrence Schumacher_____
20         LAWRENCE SCHUMACHER, CSR No. 1464
21
22
23
24
25
```

## DEPOSITION TRANSCRIPT CORRECTION SHEET

| PAGE | LINE | CHANGE/CORRECTION |
|---|---|---|
| 24 | 1 | team = theme |
| 24 | 3 | and = at |
| 47 | 11 | any = in a |
| 47 | 11 | They = If they |
| 61 | 20 | your = their |
| 68 | 19 | Use = do |
| 78 | 6 | rule = role |
| 81 | 22 | Use = abuse |
| 83 | 10 | fows = focuses on |
| 84 | 1 | sgd = SGD |
| 86 | 23 | term of art ??? |
| 92 | 4 | and = to |
| 94 | 23 | life = life and |
| 95 | 19 | direct = directly |
| 112 | 2 | him = her |
| 114 | 9 | ~~Not~~ |
| 127 | 4 | I said = I didn't say |
| 134 | 9 | offerings = organizations |

*Markly*
Mark Lee Jones
3/31/15