REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-D

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Greg Hale
April 28, 2015

```
        UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF FLORIDA

              CASE NO.: 6:14-cv-1544-Orl-22GJK


A.L., by and through D.L., as Next
Friend, Parent and Natural Guardian;
D.L., Individually,

        Plaintiff,

vs.

WALT DISNEY PARKS AND RESORTS
US, INC.

        Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF:        GREG HALE

DATE TAKEN:           April 28, 2015

TIME:                 9:49 a.m. - 12:35 p.m.

PLACE:                1375 East Buena Vista Drive
                      4th Floor North
                      Lake Buena Vista, Florida 32830

REPORTED BY:          SANDRA D. BROWN, FPR,
                      Court Reporter and Notary
                      Public
```

Stratos Legal Services
800-971-1127

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Greg Hale
April 28, 2015

Page 2

A P P E A R A N C E S:

ANDY DOGALI, ESQUIRE
DOMENICK LAZZARA, ESQUIRE
OF:   Dogali Law Group, P.A.
      101 East Kennedy Boulevard
      Suite 1100
      Tampa, Florida 33602

         APPEARING ON BEHALF OF THE PLAINTIFFS

EUGENE FELDMAN, ESQUIRE
OF:   Eugene Feldman, APC
      555 Pier Avenue
      Suite 4
      Hermosa Beach, CA 90254

         APPEARING ON BEHALF OF THE PLAINTIFFS

KERRY SCANLON, ESQUIRE
OF:   Kaye Scholer LLP
      The McPherson Building
      901 Fifteenth Street NW
      Washington, DC 20005

         APPEARING ON BEHALF OF THE DEFENDANT

Greg Hale
April 28, 2015

Page 4

1      P R O C E E D I N G S
2            *   *   *   *
3      THE COURT REPORTER:  Do you solemnly swear
4   the testimony you're about to give shall be the
5   truth, the whole truth and nothing but the truth?
6      THE WITNESS:  I do.
7               GREG HALE,
8   having been first duly sworn, testified under oath as
9   follows:
10              DIRECT EXAMINATION
11  BY MR. DOGALI:
12      Q    Good morning, Mr. Hale.
13      **A    Good morning.**
14      Q    Can you state your full name, please?
15      **A    Gregory Brooks Hale.**
16      Q    And I know you've given at least one.  How
17  many depositions have you given in the past?
18      **A    Probably six to ten.**
19      Q    Any in the last three years, four years?
20      **A    Yes.  I think I've given a slip and fall**
21  **deposition on a case.  And then the segway deposition**
22  **that may go back more than four years.  And Shields**
23  **Bogg case was about three years ago.**
24      Q    In the segway, the Alt case or the --
25      **A    Yes.**

Stratos Legal Services
800-971-1127

Greg Hale
April 28, 2015

Page 33

1 the concern that more time ought to be used to
2 developing the DAS before it's implemented?
3    A    Not specifically, no.
4    Q    Was it rolled out at Disneyland first?
5    A    I don't recall.  I don't remember the
6 phasing of it.
7    Q    Was it beta tested anywhere first?
8    A    I don't recall.
9    Q    Did the Autism Society of Los Angeles
10 actually make any suggestions about the DAS?
11    A    Again, it was Autism Speaks, I believe, Los
12 Angeles chapter.
13    Q    Yes.  That is what you said.  I'm sorry.
14    A    Mark Jones was working with them, so they
15 may have.
16    Q    You don't know?
17    A    Not specifically on DAS.  We were already
18 working with them on a cognitive guide with guests
19 with disabilities, and they were providing lots of
20 input on that well before we even rolled out the DAS
21 card.
22    Q    Was the cognitive guide developed~-- strike
23 that.
24        The cognitive guide was developed before the
25 DAS was rolled out?

Greg Hale
April 28, 2015

Page 57

1  **disability?**

2        MR. SCANLON:  He just said no.

3        THE WITNESS:  Again, I'm not a lawyer, but

4    the accommodation of the DAS card is the

5    accommodation for someone who cannot wait in line

6    for extended periods.  And our cast members can

7    also grant additional things to make guests

8    happy, such as FastPasses.  And those

9    transactions are discretionary and require, I

10   believe, to be entered into the magic file.

11 BY MR. DOGALI:

12   **Q    For this purpose, is there a difference**

13 **between a FastPass and a re-admit?**

14       MR. SCANLON:  For what purpose?

15       MR. DOGALI:  For the purposes of Exhibit 3.

16       MR. SCANLON:  Objection to the question,

17   vague.

18       THE WITNESS:  Yes.  There is -- the FastPass

19   system is available to everyone and provides all

20   the guests the ability to make appointments and

21   have their place held in line and not wait in

22   line.  That's available to all guests.

23       So the FastPass system is there, and we did

24   it so that guests with disabilities, guests --

25   all guests can make use of it from the beginning.

Stratos Legal Services
800-971-1127

Greg Hale
April 28, 2015

Page 69

1    A    Because it, again, we've got all of the
2  ability for our guests to make use of the FastPass
3  system and make appointments to come back to rides at
4  a predetermined time.
5         And then the DAS card gives them the
6  additional ability not to have to wait in the standby
7  line and also come back with no wait and experience
8  other rides and attractions while the other guests
9  don't have that advantage.  They are having to wait in
10 the standby line.
11   **Q    Now, the FastPass that you said you invented**
12 **that applies to everybody, if you come into Disney and**
13 **you want a ride and you go and get a FastPass, that**
14 **could be -- if it's a popular ride, that could be 2 or**
15 **3 p.m. in the afternoon, correct?**
16   A    Yes, or into the evening even.
17   **Q    But if you get the FastPass concept that was**
18 **put into DAS, if that person wants to go on that ride,**
19 **they would generally get it at what time compared to**
20 **the person who may have to wait into the afternoon?**
21   A    So I can show you.  We have realtime -- an
22 app is available for all guests that tells them the
23 wait times for the attractions, and they're able to --
24 the standby line may be an hour, 50 minutes.  Not into
25 the evening.

Stratos Legal Services
800-971-1127

Evidence Packet P.0076

Greg Hale
April 28, 2015

Page 72

1  line is not able to experience.
2       And then come back and get on the ride in 50
3  minutes while all other guests are either waiting in
4  line for 60 minutes or waiting for a much later time
5  to return.
6       Q   So you're saying that if two people came at
7  the same time, a person who came and stood in the
8  normal line, and you have that indicated here with a
9  little people, right?
10      A   Yes.
11      Q   And they have to wait, in your case, 60
12 minutes and they can't go anywhere, right?
13      A   Correct.
14      Q   And the person with the DAS who gets a card
15 at the same time that the other people come and start
16 in this line, they're given a return time of 50
17 minutes later, and they can go to any of these other
18 opportunities that you show with the other circles,
19 correct?
20      A   Correct.  And if a ride has 15 minutes or
21 less wait time, the person with a DAS card is allowed
22 to go right in because we deduct ten minutes from the
23 wait giving them, again, the benefit of advantage.
24 And if it's five or ten minutes, they would actually
25 go right in these two attractions.  And they can see

Greg Hale
April 28, 2015

Page 73

```
 1   two other attractions with no wait, as well as come
 2   back to the original attraction if they wanted.
 3        Q    Okay.  And they never have to wait in the
 4   line --
 5        A    Correct.
 6        Q    -- which is obviously one of the things that
 7   people with these disabilities find it difficult to
 8   do, right?
 9        A    Correct.
10        Q    Waiting in a long line in a traditional cue,
11   correct?
12        A    Correct.
13        Q    You mentioned an app.  Is there an app that
14   is available to anyone that would have a DAS card that
15   if they're in this place waiting for Space Mountain,
16   and they have a 50-minute return time, or any other
17   attraction that will show them what's nearby and what
18   the wait time is?
19        A    Yes.
20        Q    Can you show us what that looks like?
21        A    So the app --
22        Q    And, Mr. Dogali, if you can come look at
23   this while he's testifying.
24        A    The app lets you pick your park, like I was
25   just showing the Magic Kingdom.  And it immediately
```

Stratos Legal Services
800-971-1127

Evidence Packet P.0078

Greg Hale
April 28, 2015

Page 78

1  before you arrive at the park. You can do that in
2  advance of your visit.
3      Q   Let me ask you: Currently, a DAS holder
4  wants to come to the park on Monday morning. So do
5  they get these three FastPass Plus times?
6      A   Yes.
7      Q   So there's three times during the day where
8  they can get in rides of their choice at a time that
9  they know before they come they are going to have?
10     A   Yes.
11     Q   In addition to that, does a DAS card holder
12 also, are they able to get a return time under the
13 DAS -- under the normal DAS system?
14     A   Yes.
15     Q   They can do that one at a time?
16     A   Correct.
17     Q   They get one ride, and once they've come and
18 used the return time, then they can get another one
19 and so forth throughout the day?
20     A   And in addition to that, they can go through
21 the standby cue of any ride that has no wait and ride
22 those rides, as well.
23     Q   Right. Where there's lower wait times?
24     A   Without using up the DAS card one at a time
25 or the FastPasses. So those are -- they just walk in.

Stratos Legal Services
800-971-1127

Greg Hale
April 28, 2015

Page 79

1   Q   In addition to those three options, if they
2   are, as you put it, a guest services tool, if someone
3   happens to give them [REDACTED] re-admits,
4   that would be in addition to all of the options you
5   just listed?
6   A   Correct. So then if there's some
7   circumstance where that doesn't make the guest happy
8   for whatever reason, our cast members are allowed to
9   give the FastPass re-adds that are on top of that. So
10  that when they walk up to an attraction that does have
11  a standby cue, they don't have to leave and come back
12  with the DAS card. They can go right in.
13  Q   Right. And you were asked a question by
14  Mr. Dogali about FastPasses or re-admits whether that
15  was part of the DAS accommodation. Can you explain,
16  again, clarify what your testimony is regarding the
17  DAS accommodation and the readmits --
18  A   Sure. That process existed before DAS.
19  That is something that our cast members have utilized
20  for various reasons at guest relations and at the
21  attractions, such as a ride going down that a family
22  had come just to ride that one ride or different
23  reasons.
24      So that's a tool that existed for guest
25  service prior to DAS, and is independent of the actual

Greg Hale
April 28, 2015

Page 85

1   A   Ten minutes is deducted from the time.  So,
2   typically, if the wait is less than 15 minutes, they
3   are allowed right in.
4   **Q   What's the actual published policy?  Is it**
5   **15 minutes?**
6   A   No, I believe it's ten, and a ten-minute
7   deduction off of the wait time.
8   **Q   Is there a published policy for the amount**
9   **of wait time which will permit a DAS holder to go**
10  **immediately onto the ride without waiting at all or**
11  **coming back?**
12  A   I don't know at the moment.  At one time, I
13  think we rounded, you know, if it was between ten and
14  15, it was -- might have been 15 at one time.
15  **Q   Is the published policy today the 15 minutes**
16  **you just put on your drawing?**
17  A   I don't know.
18  **Q   Is it your intention that adult autistic**
19  **guests can navigate the park alone using My Disney**
20  **Experience?**
21  A   I'm sorry.  I don't understand the question.
22  **Q   Do you understand that adult autistic guests**
23  **come to the park without companions?**
24  A   I would assume so.
25  **Q   Is it your intention that they can navigate**

Stratos Legal Services
800-971-1127

Greg Hale
April 28, 2015

Page 87

1            CERTIFICATE OF REPORTER

2

STATE OF FLORIDA:
3 COUNTY OF ORANGE:

4     I, SANDRA D. BROWN, FPR, Court Reporter and Notary Public, certify that I was authorized to and did
5 stenographically report the deposition of GREG HALE; that a review of the transcript was requested, and that the
6 foregoing transcript pages 4 through 86 is a true and accurate record of my stenographic notes.

7
    I FURTHER CERTIFY that I am not a relative, employee,
8 attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or
9 counsel connected with the action, nor am I financially interested in the action.

10

11     DATED this 12th day of June, 2015.

12

13

14

15

16

17 _____
18 SANDRA D. BROWN, FPR
     Court Reporter
19

20

21

22

23

24

25

Stratos Legal Services
800-971-1127

Greg Hale
April 28, 2015

Page 88

1    CERTIFICATE OF OATH

2  STATE OF FLORIDA:
   COUNTY OF ORANGE:
3
4  I, SANDRA D. BROWN, FPR, Court Reporter and Notary Public,

5  State of Florida, certify that GREG HALE personally

6  appeared before me on April 28, 2015, and was duly sworn.

7
        Signed this 12th day of June, 2015.
8

...

        *[signature]*

        SANDRA D. BROWN, FPR
        Notary Public - State of Florida
        COMMISSION NO.: FF 032582
        COMMISSION EXPIRES:
        July 14, 2017

Stratos Legal Services
800-971-1127

| | | | |
|---|---|---|---|
| 1 | | CHANGES AND SIGNATURE | |
| 2 | WITNESS NAME: | | DATE OF DEPOSITION: |
| 3 | **GREG HALE** | | **APRIL 28, 2015** |
| 4 | PAGE LINE | CHANGE | REASON |
| 5 | pg 8 line 5 | insert word | "with" ∧ complaints had |
| 6 | pg 8 line 8 | word change | those both ~~ones~~ that had |
| 7 | pg 8 line 9 | word change | those it and ~~once~~ that |
| 8 | pg 13 line 21 | name change | Hart Deb ~~Detevere~~ |
| 9 | pg 21 line 17 | word changes | there were believe ~~that~~ was some |
| 10 | pg 28 line 3 | word change & insert | "because you" can ∧ ~~to~~ maintain |
| 11 | pg 32 line 17 | word change & insert | "on the" discussions ∧ Roll~~ed~~ out |
| 12 | pg 46 line 23 | word change & insert | "And was" before ~~&~~ ∧ |
| 13 | pg 63 line 24 | insert word | "have" access to ∧ a longer |
| 14 | pg 64 line 1 | word change | ques ~~cues~~ |
| 15 | pg 65 line 3 | word change | moms off ~~mom~~ -- |
| 16 | ~~pg 69 line 28~~ | ~~word change~~ | |
| 17 | pg 69, line 23 | change & insert word | "see" to ✗ ∧ |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

*[signature]*

Evidence Packet P.0084

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1  I, _Greg Hale_, have read the foregoing

2  deposition and hereby affix my signature that same is

3  true and correct, except as noted above.

4

5  _Kevin Love_
     _Keith M. Droschn_

6  Witness Signature

7

8  THE STATE OF _Florida_ )

9  COUNTY OF _Orange_ )

10

11  Before me, _Winifred S. Metz_, on this

12  day personally appeared **GREG HALE**, known to me (or proved to me under oath or through

13  _personally known to me_ ) (description of identity

14  card or other document) to be the person whose name is

15  subscribed to the foregoing instrument and acknowledged

16  to me that they executed the same for the purposes and

17  consideration therein expressed.

18  Given under my hand and seal of office this

20  _10_ day of _July_, _2015_.

21

22  _Winifred S Metz_

   Notary Public State of Florida
   Winifred S Metz
   My Commission EE145143
   Expires 11/16/2015

23  NOTARY PUBLIC IN AND FOR

24  THE STATE OF _Florida_

25  COMMISSION EXPIRES: _11/16/2015_

Evidence Packet P.0085