# Exhibit 1-E

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

JILL L. KELDERMAN, Ph.D.
9/11/2015

Page 1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A.L., by and through D.L.,
as Next Friend, Parent and
Natural Guardian; D.L.,
Individually,

      Plaintiffs,

vs.                              Case No.:   6:14-cv-1544-Orl-22GJK

WALT DISNEY PARKS AND
RESORTS US, INC.,

      Defendant.
_____/

PAGES 1-143

DEPOSITION OF:   JILL L. KELDERMAN WALSH, Ph.D.
DATE TAKEN:      Friday, September 11, 2015
START TIME:      11:09 a.m.
LOCATION:        11211 Prosperity Farms Road
                 Suite C-301
                 Palm Beach Gardens, Florida 33410
COURT REPORTER:  Dianne N. Sarkisian, CSR, RPR,
                 Notary Public - State of Florida.

BRICKELL KEY COURT REPORTING, LLC
305.407.9993

Evidence Packet P.0087

JILL L. KELDERMAN, Ph.D.
9/11/2015

Page 2

1  APPEARANCES:
2
3       GEOFFREY E. PARMER, ESQUIRE
        Dogali Law Group, P.A.
4       101 East Kennedy Boulevard
        Suite 1100
5       Tampa, Florida  33602
        (813) 289-0700
6       E: gparmer@dogalilaw.com
7            Appearing on behalf of the Plaintiffs.
8
9       KERRY A. SCANLON, ESQUIRE
        Kaye Scholer, LLP
10      The McPherson Building
        901 Fifteenth Street, NW
11      Washington, DC  20005
        (202) 682-3660
12      E: kerry.scanlon@kayescholer.com
13           Appearing on behalf of the Defendant.
14
15
16
17
18
19
20
21
22
23
24
25

JILL L. KELDERMAN, Ph.D.
9/11/2015

Page 4

1   Palm Beach Gardens, Florida
2   Friday, September 11, 2015
3   11:09 a.m.
4
5                    JILL L. KELDERMAN, Ph.D.,
6       was thereupon called as a witness herein, and after
7       having first been duly sworn to testify to the truth,
8       was examined and testified as follows:
9                       DIRECT EXAMINATION
10  BY MR. PARMER:
11  Q.  Good morning.  Could you state your full name for the
12      record, please.
13  A.  Jill Lynette Kelderman Walsh.
14  Q.  Dr. Kelderman, my name is Geoffrey Parmer.  I'm an
15      attorney for the plaintiffs in the case of A.L. and
16      D.L. versus Walt Disney Parks and Resorts, USA,
17      Incorporated, and you're here today at a deposition.
18              Before we get started, have you ever been
19      deposed before?
20  A.  Yes.
21  Q.  How many times?
22  A.  Probably about a dozen.
23              I'm not loud, I know.  There you go.
24              COURT REPORTER:  Thank you.
25  BY MR. PARMER:

JILL L. KELDERMAN, Ph.D.
9/11/2015

Page 71

1             Does that answer your question?
2  BY MR. PARMER:
3  Q.   Yes, it does.
4  A.   Okay.
5  Q.   And A.L.'s purported inability to wait for long
6       periods of time is also a symptom of ASD?
7  A.   No.
8  Q.   What's that?
9  A.   No.
10 Q.   Why not?
11 A.   It's not part of the diagnostic criteria.
12 Q.   Well, is it your understanding that the DAS program
13      was designed to accommodate people with disabilities
14      that rendered them unable to wait in line for a long
15      period of time or understand the concept of time?
16             MR. SCANLON:  Objection.
17 A.   The majority of guests at Disney World doesn't
18      understand the concept of -- well, I won't say the
19      majority.
20             A substantial amount of guests at Disney
21      don't understand the concept of time well.  My
22      understanding is that DAS was designed to assist and
23      accommodate individuals who had difficulty waiting at
24      traditional queue environments, so standing in the
25      line for hours on end or 45 minutes or whatever the

JILL L. KELDERMAN, Ph.D.
9/11/2015

Page 140

1 CERTIFICATE OF OATH

2

3 THE STATE OF FLORIDA)

4 COUNTY OF MIAMI-DADE)

5

6     I, Dianne N. Sarkisian, a Notary Public,

7 for the State of Florida, certify that JILL L.

8 KELDERMAN WALSH, Ph.D. personally appeared before me

9 and was duly sworn.

10

11     WITNESS my hand and official seal this 26th

12 day of September 2015.

13

14

15

16

17 *Dianne N. Sarkisian*

18

19 _____
    Dianne N. Sarkisian
20     Notary Public - State of Florida
    My Commission No. EE 152685
21     Expires:  12-27-15

22

23

24

25

BRICKELL KEY COURT REPORTING, LLC
305.407.9993

JILL L. KELDERMAN, Ph.D.
9/11/2015

Page 141

1 CERTIFICATE
2
3 THE STATE OF FLORIDA)
4 COUNTY OF MIAMI-DADE)
5
6     I, DIANNE N. SARKISIAN, a Court Reporter,
7 do hereby certify that I was authorized to and did
8 stenographically report the deposition of JILL L.
9 KELDERMAN WALSH, Ph.D., a witness called in the
10 above-styled cause; that the witness was first duly
11 sworn by me; that a review of the transcript was
12 requested; and that the transcript is a true and
13 complete record of my stenographic notes.
14
15     I further certify that I am not an attorney
16 or counsel to any of the parties, nor related to any
17 of the parties, nor financially interested in the
18 action.
19
20     Dated this 26th day of September 2015.
21
22
23                              *Dianne N. Sarkisian*
24                              _____
25                              Dianne N. Sarkisian
                                Certified Court Reporter

BRICKELL KEY COURT REPORTING, LLC
305.407.9993