REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-S

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                    *** CONFIDENTIAL ***
 1          UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA

 3

 4   T.P., by and through S.P.,    )

 5   as Next Friend, Parent and   )

 6   Natural Guardian; S.P.,      )

 7   Individually, et al.,        )

 8            Plaintiffs,          )

 9       vs.                       ) No. BC 581528

10   WALT DISNEY PARKS AND         )

11   RESORTS US, INC.,             )

12            Defendant.           )

13

14          The ** CONFIDENTIAL ** videotaped

15   deposition of ███████████, called for

16   examination, taken pursuant to the provisions of the

17   Code of Civil Procedure and the Rules of the Supreme

18   Court of the State of Illinois pertaining to the

19   taking of depositions for the purpose of discovery,

20   taken before DINA G. MANCILLAS, a Certified Shorthand

21   Reporter within and for the State of Illinois,

22   CSR No. 84-3400 of said State, at Suite 4100, 444

23   West Lake Street, Chicago, Illinois, on December 3,

24   2019, at 10:00 a.m.

25
```

Evidence Packet P.0339

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████ Confidential

December 03, 2019                                      2

```
1    PRESENT:

2

3         DOGALI LAW GROUP, PA,

4         (101 East Kennedy Boulevard, Suite 1100,

5         Tampa, Florida  33602,

6         813-289-0700), by:

7         MR. ANDY DOGALI,

8         adogali@dogalilaw.com,

9             appeared on behalf of the Plaintiffs;

10

11        McDERMOTT, WILL & EMERY,

12         (The McDermott Building,

13         500 North Capitol Street, NW,

14         Washington, D.C.  20001-1531,

15         202-756-8000), by:

16        MR. KERRY ALAN SCANLON,

17        kscanlon@mwe.com,

18        MS. JULIE H. McCONNELL,

19        jmcconnell@mwe.com,

20            appeared on behalf of the Defendant.

21

22

23

24

25
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                          9

```
 1          THE VIDEOGRAPHER:  We are now on the

 2     record for the video deposition of ███████████

 3     ███████████ in the matter of T.P. versus Walt

 4     Disney Parks and Resorts, et al.

 5               The time is -- sorry --

 6     10:03 a.m.  Will all present please identify

 7     themselves, beginning with the witness?

 8          THE WITNESS:  ███████████████.

 9          MR. DOGALI:  Andy Dogali, counsel for

10     the plaintiffs.

11          MR. SCANLON:  Kerry Scanlon, counsel

12     for defendant.

13          MS. McCONNELL:  Julie McConnell,

14     counsel for defendant.

15          THE VIDEOGRAPHER:  Will the court

16     reporter please swear in the witness?

17               (The witness was duly sworn.)

18          ███████████████,

19     called as a witness herein, having been first duly

20     sworn, was examined and testified as follows:

21                    EXAMINATION

22     BY MR. SCANLON:

23     Q.     Good morning.

24     A.     Good morning.

25     Q.     Would you please state your full name
```

Evidence Packet P.0341

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

██████████████ Confidential
December 03, 2019                                              10

```
1    and home address for the record?

2         A.    ████████████████████████████████

3    ██████████████████████.

4         Q.    And how long have you live -- have you

5    lived at that address?

6         A.    A long time.  Probably about 20 years.

7         Q.    And who lives there with you at the

8    present time?

9         A.    My husband, ███████████, my son,

10   ███████████, and my daughter, ██████████████.

11        Q.    And how old is your son and daughter

12   right now?

13        A.    My son is 28 years old, and my daughter

14   is 25 years old.

15        Q.    And what is her name?

16        A.    What is her name?

17        Q.    Right.

18        A.    ███████████████.

19        Q.    Is she employed?

20        A.    Yes.

21        Q.    Where does she work?

22        A.    She has two jobs, both part-time.  She

23   works at Walgreens, and she works at ██████████

24   ███████ which is a escape room.

25        Q.    A skate room?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

█████████████ Confidential
December 03, 2019                                    11

```
 1        A.      Escape.

 2        Q.      What is that?

 3        A.      It's entertainment, I guess you could

 4   say, where a person goes with the families or

 5   their work- -- coworkers, and they go in a room.

 6   And they have to solve puzzles to get out of the

 7   room.  So it's -- it's kind of a collaborative

 8   process.

 9        Q.      Okay.  Is it for children or adults or

10   both?

11        A.      It's for both, but not little children,

12   no.

13        Q.      Okay.  And your son, is he employed at

14   the present time?

15        A.      He is.

16        Q.      Where is he employed?

17        A.      ██████████████.

18        Q.      And what does he do there?

19        A.      He's a bagger, and he also is a

20   cashier.

21        Q.      So by "bagger," you mean the person who

22   stands next to the cashier and helps put food in

23   the bags?

24        A.      Correct.

25        Q.      Does he do both of those?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                    12

```
 1        A.     Yes.

 2        Q.     And what are his normal hours, if you

 3   know?

 4        A.     He is part-time.  He's supposed to be

 5   only getting 12 hours a week.  Sometimes they go

 6   over that, and it's various hours.  He cannot

 7   start before 10:00, I think.  We --

 8        Q.     Why -- why is that?

 9        A.     His doctor -- his doctor -- I'm sorry?

10        Q.     Why is it that he can't start before

11   10?

12        A.     He has trouble with sleeping.  So he

13   has trouble getting up.  He has trouble going to

14   sleep.  Consequently, he has trouble getting up.

15   So he can't start early.

16        Q.     Okay.  And do you know where the

17   12-hour-per-week number came from?  Was it from

18   the employer or from -- from him?

19        A.     That's the minimum number of hours that

20   we were told ███████████ would allow an

21   employee to work, the minimum number of hours.

22        Q.     And does he typically work Monday

23   through Friday, or what are his -- what are the

24   days that he works?

25        A.     Various days.
```

Evidence Packet P.0344

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                              13

```
 1        Q.      Approximately how long per day?

 2        A.      He works between four hours to eight

 3   hours.

 4        Q.      On a day?

 5        A.      On a day.

 6        Q.      So he only works a couple days a week,

 7   is that right?

 8        A.      It depends.

 9        Q.      Well, if he can only work 12 hours per

10   week, and he works four to eight hours, he usually

11   only works a couple days a week, right?

12        A.      They typically give him four-hour

13   shifts because that's his optimum -- with a break,

14   that's -- that's his optimum time frame he can

15   work.

16        Q.      So that would be three days a week on

17   average, right, if he's working --

18        A.      It depends.

19        Q.      -- four days?

20        A.      It depends.

21        Q.      Well, if he's working four days -- four

22   hours -- I'm sorry -- a day, that would be three

23   days a week, right?

24        A.      Correct, but, remember, I said that

25   that is what the minimum is, and they've been
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                    15

```
 1    work hours Friday at noon supposedly.  Sometimes

 2    it's later.

 3              And he'll then find out his hours for

 4    the next week.

 5        Q.    And how long has he been working for

 6    Jewel Foods?

 7        A.    About two years.

 8        Q.    And during that time, would you say

 9    that his average time per week has -- has been

10    somewhere between 12 and 20 hours per week?

11        A.    I don't know what his average is, but

12    it's --

13        Q.    Somewhere in that range?

14        A.    It's in that range.

15        Q.    Okay.  And you mentioned that he takes

16    breaks, is that right?

17        A.    Correct.

18        Q.    How often is he allowed to take a

19    break, if you know?

20        A.    I don't know.

21        Q.    You don't know how long the breaks are?

22        A.    I don't.

23        Q.    How do you know he takes them?

24        A.    He tells me.

25        Q.    What does he tell you about the breaks?
```

Evidence Packet P.0346

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████  Confidential
December 03, 2019                                    67

```
 1    know, considered our area college -- community

 2    college.

 3         Q.    Right.  Okay.  Did she ever graduate?

 4         A.    Oh, yes.

 5         Q.    And did ████████ graduate from

 6    Valparaiso?

 7         A.    Yes.

 8         Q.    With a -- a BS degree?

 9         A.    Uh-huh.

10         Q.    Do you know what his grade point

11    average was?

12         A.    I don't.

13         Q.    Was it pretty good?

14         A.    It was good.

15         Q.    Do you know if he graduated with

16    honors?

17         A.    I think he did, but not the highest

18    honors.

19         Q.    You mean he wasn't a summa cum laude?

20    Is that what you mean?

21         A.    That's what I mean.

22         Q.    And do you know what -- when he was at

23    Valparaiso -- and I'm talking about the academic

24    year.  I know you said he came home during the

25    summer.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    69

```
1        A.      Well, he picked the major.

2        Q.      Okay.  What major was it?

3        A.      Meteorology.

4        Q.      Okay.  And then when he chose that

5   major, then he took courses that were related to

6   meteorology, right?

7        A.      Right.

8        Q.      I've seen references in the records to

9   the -- he was interested in storm chasing, and

10  he --

11       A.      Yes.

12       Q.      -- did some of that --

13       A.      Yes.

14       Q.      -- at times?  And I don't have a lot of

15  knowledge about -- is that where they sort of

16  track hurricanes or -- or -- or -- or -- or

17  tornados?

18       A.      Tornados mostly and other types of

19  storms.

20       Q.      And how do they go about tracking if

21  it's a tornado?

22       A.      They look at the models, from what I

23  understand.  There's various models, and then they

24  look at where they think, you know, based on

25  geography, the storm might become an issue or hit
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                               76

```
 1    that a single room, or did he have roommates?

 2         A.    So his first semester -- I'm not sure

 3    if it's first semester or first year -- he had a

 4    roommate.  And then from then on, it -- I think it

 5    was only one semester -- he did not have a

 6    roommate.  It did not work out for him too well.

 7         Q.    Do you remember the roommate's name?

 8         A.    No.

 9         Q.    So the second year, when he was in the

10    dorm, he didn't have a roommate?

11         A.    Correct.  He was in a single.  That was

12    part of his accommodations.

13         Q.    Did he get an accommodation of more

14    test -- more time to take tests?

15         A.    Yes.

16         Q.    How much more time did he get?

17         A.    I don't remember.  I -- I want to say

18    either time-and-a-half or double time.

19         Q.    Were his tests usually in class or were

20    they take-home exams, do you remember?

21         A.    He would -- from what I understand, he

22    would -- they were in class, but he would go to a

23    quiet place.  That was part of his accommodation.

24    To take the test, he could go to a quiet place,

25    and that was usually administered through the
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    77

1    disability office personnel.

2        Q.     So if students were given two hours to

3    take an exam, he would be given 3-1/2 or 4 hours?

4        A.     Something like that, yeah.

5        Q.     Okay.  And did he usually take

6    advantage of that time, or did he call and say, "I

7    didn't need it.  I finished it in the regular

8    amount of time"?

9        A.     Both.  He did both.

10       Q.     He did both?

11       A.     Yeah.

12       Q.     Sometimes he would use all the time,

13   and sometimes he would finish --

14       A.     Correct.

15       Q.     -- in the normal time?

16       A.     From what I understand, yes.

17       Q.     Do you have any idea how long the exams

18   were?

19       A.     I do not.

20       Q.     No idea?

21       A.     No, I don't.

22       Q.     And when he was taking those exams, he

23   was by himself, or he didn't have any assistants

24   or tutors or anything like that, right?

25       A.     Right.  I mean, it was his knowledge

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                    85

```
 1   games?

 2        A.     Video games are a real problem for us.

 3        Q.     He plays a lot of video games, doesn't

 4   he?

 5        A.     Yes, he does.

 6        Q.     Until late at night?

 7        A.     All the time.

 8        Q.     Right.  And sometimes into the early

 9   morning, right?

10        A.     Right.

11        Q.     Until 2 or 3 a.m.?

12        A.     Sometimes.

13        Q.     Which is part of the reason it's hard

14   for him to get up in the morning, right?

15        A.     Part of it.

16        Q.     What's the other part?

17        A.     He just can't shut his mind down.

18        Q.     Right.  But if you don't go to sleep

19   until the middle of the night, it's going to be

20   hard to get up in the morning, right?

21        A.     That's correct.

22        Q.     Is that something that you're having an

23   ABA therapist look at now, that issue?

24        A.     We don't have an ABA therapist right

25   now.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                          93

```
 1     game.

 2             So they thought that was -- that was a

 3     good way for him to manage time better.

 4         Q.     But you said when he was in public.

 5     What -- what do you mean by being in public?  I --

 6         A.     Anything where he's around people.

 7         Q.     Okay.  But other than being in his

 8     college dorm room, where else would he be that

 9     would be around people that you -- that it was a

10     good idea for him to be using video games?  You're

11     not talking about that he would be walking down

12     the street --

13         A.     I am.

14         Q.     -- playing video games?

15         A.     Yes.

16         Q.     That's what you -- that someone

17     recommended?

18         A.     I don't think they thought it would get

19     to that far, but they said, when he had to wait or

20     when he had to go to the doctor's office, anything

21     where a typical person has to wait and has time

22     that is not well planned, they thought, take his

23     mind off it by giving him another -- you know,

24     something to focus on.

25             They called it multitasking.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                146

```
 1    successful in the most part except in terms of

 2    transition planning."

 3             Does that refer to the high schools he

 4    went to in that paragraph?

 5        A.    ██████ and ████████ are the two high

 6    schools he went to.

 7        Q.    Right.

 8        A.    Correct.

 9        Q.    So this is talking about his experience

10    and progress at those two high schools, correct?

11        A.    Correct.

12        Q.    And it says -- a couple sentences

13    later, it says, "With respect to his current

14    academic functioning, ██████ is an honor roll

15    student and a member of the National Honor

16    Society."

17             Is that accurate, as far as you know?

18        A.    Yes.

19        Q.    And was he in that fifth year of high

20    school at this point, or was it still the fourth

21    year?  You discussed the fifth year when he had

22    the depression.

23             Was this that year or the year before,

24    if you know?

25        A.    I don't know.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████████████████  Confidential
December 03, 2019                                    150

```
 1    that one of his habits was that he would sometimes

 2    lie on the ground when he was tired, right?

 3         A.     Correct.

 4         Q.     And there are quite a few references in

 5    these medical reports to his lying on the ground

 6    or lying on a bench, correct?

 7         A.     Right.

 8         Q.     And that's just something that he does,

 9    right?

10         A.     Not always.

11         Q.     Well, not always, but he has done that

12    frequently, right?

13         A.     I'm having trouble with the -- the word

14    "frequently."  He has done it.  It's a maladaptive

15    behavior.  It's not appropriate for him to do it

16    in many circumstances.  I'm not with him all the

17    time, but when I notice he's doing it, I bring it

18    to his attention and I say, "What's going on?  Why

19    are you laying down?"  Try to get him to

20    understand.

21         Q.     But the -- the fact is these medical

22    reports refer to on several occasions the fact

23    that he does this, right?

24         A.     Yes.

25         Q.     Okay.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                              157

1    temperament where gets bored easily and then

2    complains endlessly about it."

3              Do you see that?

4        A.    I see that.

5        Q.    Do you agree with that statement?

6        A.    Partially.

7        Q.    Do you agree that -- that he fatigues

8    easily when he's performing tasks, physical tasks?

9        A.    Yes.

10       Q.    And what is the solution to that?  Is

11   he -- is it to request breaks?  You mentioned that

12   with regard to his job current -- the job he has

13   currently?

14       A.    Partially, yes.  Partially hopefully

15   build up stamina.

16       Q.    Okay.  But he benefits from taking

17   breaks, right?  That's why you wanted them at

18   the -- at the grocery store?

19       A.    Oh, yes.

20       Q.    The reference to "complains endlessly

21   about it," is that something you've seen happen?

22       A.    Yes.

23       Q.    And what do you try to do to counteract

24   that as a -- as a parent?

25       A.    Well, it depends what the situation is,

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████                   Confidential
                    December 03, 2019                        174

```
 1    about apparently some feedback from a program that

 2    he was volunteering for.

 3              Do you see that?

 4       A.    I see "Community Volunteer Work Site

 5    Observation."

 6       Q.    Uh-huh.  Is that something he

 7    participated in as a community volunteer?

 8       A.    Supposedly through ███████ High

 9    School.

10       Q.    Okay.  And it says down -- if you --

11    about two-thirds of the way down this page, the

12    paragraph starts, "██████ was able to follow the

13    verbal directions of the supervisor and ask

14    questions."

15              Do you see that?

16       A.    I see that.

17       Q.    It says, "He appeared to enjoy the work

18    and his facial expressions were consistent with

19    conversation and environment."

20              Do you see that?

21       A.    Yes.

22       Q.    And then it says, the last sentence,

23    "He demonstrated an awareness of time both with

24    and without cues to look at the clock."

25              Do you see that?
```

Evidence Packet P.0356

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

████████████ Confidential
December 03, 2019                    175

1      A.    Yes.

2      Q.    And on the next page, under

3   "Strengths," the first string is -- strength is,

4   "Oriented to time, place, and person."

5            Do you see that?

6      A.    Yes.

7      Q.    And under "Limitations," it lists the

8   limitations here in terms of occupational

9   assessment.  That's what this was.

10           And there's nothing about an inability

11  to wait referenced under "Limitations," is there?

12     A.    Those words are not used.

13     Q.    Would you look at Page 14?  The

14  next-to-last paragraph in the middle.

15           It says, "It is recommended that ████

16  have a behavior analysis in community settings

17  conducted" -- I think it meant to say "conducted

18  by an individual qualified to do so."

19           Do you see that?

20     A.    The last paragraph before "Money

21  Manage-" --

22     Q.    The next-to-the-last paragraph before

23  "Money Management."

24     A.    Okay.  "It is recommended" -- okay.

25  "Analysis."  Yeah.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████ Confidential
December 03, 2019                                    201

```
 1                    (WHEREUPON, there was a short

 2                    cell phone interruption.)

 3    BY THE WITNESS:

 4        A.    Right.

 5              MR. SCANLON:  That's not a judge's

 6        number.  It's Maryland.  So I'm not answer

 7        it.

 8    BY MR. SCANLON:

 9        Q.    Correct?

10        A.    Correct.

11        Q.    And that's what we talked about earlier

12    in your deposition today, that you felt it was

13    beneficial to him to take breaks, which is why you

14    wanted him to have more breaks at the ████

15    grocery stores, right?

16        A.    Yes.

17        Q.    Okay.  Can I have that back?

18        A.    Oh, yeah.

19                    (Document tendered.)

20                    (██████ Deposition Exhibit 9

21                    was marked for identification.)

22                    (Document tendered.)

23              MR. SCANLON:  This is Exhibit?

24              THE COURT REPORTER:  9.

25              MR. SCANLON:  9.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    231

```
 1     responses to this, correct?
 2             MR. DOGALI:  Object to the form of the
 3          question.
 4     BY THE WITNESS:
 5          A.    It says here, "Disneyland rides, Tower
 6     of Terror, Space Mountain, Cars Rides."
 7     BY MR. SCANLON:
 8          Q.    No.  I'm going back to the document
 9     requests.
10          A.    I think I was referring to this
11     [indicating].
12          Q.    To what?
13          A.    To this answer here [indicating] on --
14          Q.    You're looking at the interrogatory
15     answer?
16          A.    Interrogatory answers, Page 14 and 15.
17     That's what I was referring to.  We did the best
18     effort that we could to try to piece it together
19     of which rides we went on, and if ████████ was on
20     the ride, we would have been using the disability
21     pass.
22          Q.    Okay.  So you're saying that every ride
23     you went on at -- at Disneyland or California
24     Adventure in 2014 was -- you used a DAS card for?
25          A.    With the caveat if there was a short
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                          232

```
 1   wait time, we might have jumped on a ride.

 2        Q.    Okay.  But every other one, you

 3   actually used the DAS card on both days of your

 4   visits?

 5        A.    We tried it, yes.

 6        Q.    No.  My question is, did you use it?

 7   Did you use the DAS card?

 8        A.    Yes.

 9        Q.    Meaning, you got a return time.  You

10   went to the -- at the return time and got on

11   through the FastPass line?

12        A.    Yes.

13        Q.    Okay.  So every ride that you went on

14   in those two days?

15        A.    No.

16        Q.    What were the rides you didn't use it

17   on?

18        A.    There was a caveat I just mentioned.

19   If there was a short --

20        Q.    Okay.

21        A.    -- wait time.

22        Q.    Right.

23        A.    And then I think the second day in

24   Disneyland, we were given two or three of those

25   return or fa- -- we called them fast passes, but I
```

Evidence Packet P.0360

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                            233

```
 1    don't know if it was a return --

 2         Q.    Readmission passes?

 3         A.    Readmission passes.  I think --

 4         Q.    Okay.

 5         A.    -- we got those the second day when I

 6    went back and tried to explain again why it wasn't

 7    working for us.

 8         Q.    Okay.

 9         A.    And we --

10         Q.    You said you got three of those?

11         A.    I think we said we have three of those.

12         Q.    Okay.  So my question, though, goes

13    back to my original document request.

14               Which rides did you use the DAS card

15    for and which rides did you use the readmission

16    passes for?

17         A.    I don't remember.

18         Q.    Okay.  And is this list of rides under

19    Disneyland on Page 15 of your interrogatory

20    answer -- it only mentions three rides.

21               Are those all the rides you went on in

22    two days, or are they all the rides you went on in

23    one day, or what does that mean?

24         A.    We didn't go on very many rides, but I

25    don't remember.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                235

```
1          A.      Those three for sure.

2          Q.      Anything else?

3          A.      Don't recall.

4          Q.      Okay.  And the Disney World list of

5    rides here is -- that's from a 2011 trip?

6          A.      Apparently, yes.

7          Q.      So -- so this thing at the bottom of

8    Page 15 where you list six or seven rides, that

9    had nothing to do with the trip in 2014, did it?

10         A.      Right.  Correct.

11         Q.      So the only rides you can recall from

12   the 2014 day trip, which was a two-day trip, that

13   you went on were Tower of Terror, Space Mountain

14   and Cars Ride, and you don't know whether you used

15   a DAS or whether you used a readmission pass or --

16   with the exception that you might have gone on

17   some shorter wait rides, correct?

18         A.      Correct.

19         Q.      Okay.  So this interrogatory answer

20   does not specify what the document request asks

21   for, does it, which was the rides or attractions

22   visited using your DAS card?

23         A.      I don't keep track of it.

24         Q.      Okay.  But it doesn't answer that

25   question, does it?  Your response does not answer
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                    274

1    the disability -- the people --

2        Q.    Ma'am, I'm just asking you the question

3    right now.

4        A.    Right.

5        Q.    I'm not asking you for an explanation.

6        A.    Okay.

7        Q.    I'm just saying, you did not try using

8    DAS with the FastPass system, even though it's

9    highly encouraged in 2014, did you?

10       A.    I don't know.

11       Q.    You don't know?  You just said you

12   didn't use it because you didn't know about it?

13       A.    I just said that, but I don't know

14   because my daughter might have.  I don't know if

15   she did or didn't.

16       Q.    Well, apart from your daughter, you

17   didn't use it for your son, right?

18       A.    Well, she would have been in there to

19   help him.

20       Q.    But are you saying that your daughter

21   may have taken your son on -- on a FastPass ride

22   that she got a FastPass?

23       A.    She may have.

24       Q.    Okay.  But -- but as far as you're

25   concerned, you don't know that he ever used

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                              275

1    FastPass with DAS, do you?

2         A.    Not in 2014.

3         Q.    Right.  And the records indicate that

4    you never used FastPass in that year because we

5    have records of when you used FastPass, and there

6    are no records that you used it --

7         A.    Okay.

8         Q.    -- under your name or any other family

9    name that you have.

10             MR. DOGALI:  Objection.  There's no --

11   BY MR. SCANLON:

12        Q.    So --

13             MR. DOGALI:  -- question pending.

14   BY MR. SCANLON:

15        Q.    So -- so you don't really know whether

16   DAS would work for your son or not if you use it

17   with FastPass, do you?

18        A.    It would be better, but it may not

19   still work.

20        Q.    Right, but you don't know, correct?

21        A.    Correct.

22        Q.    Why do you think Disney puts this on

23   here in such prominent print about using it

24   whenever possible for people with cue-related

25   disabilities, which is what you claim your son

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                   278

```
 1              MR. DOGALI:  Asked and answered, and

 2        the answer was, "I don't know."

 3   BY MR. SCANLON:

 4        Q.      Go ahead.

 5        A.      I don't know.

 6        Q.      And let's talk about DAS by itself,

 7   even without FastPass.

 8                Given the information on this

 9   Exhibit 16, ███████████████████████

10   █████████████████████████████████████████

11   ███████████?

12        A.      I do.

13        Q.      And do you see that ████████████

14   ████████████████████████████████████?

15        A.      The document speaks for itself.

16        Q.      Okay.  So your son told one of the

17   doctors that he could -- he could stand up for 20

18   minutes, right?

19        A.      At a time, yes.

20        Q.      Okay.  So he could have stood in the

21   standby line, as long as he took breaks in between

22   rides, right?  If it was a ride --

23        A.      It would depend if he would want to go

24   on that.

25        Q.      What?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████████  Confidential
December 03, 2019                              279

```
 1        A.      It would depend on if he wanted to go

 2    on a ride.

 3        Q.      Sure.  If he wanted to go on a ride and

 4    it was 20 minutes --

 5        A.      He could probably do that.

 6        Q.      Right.  And that -- that would mean 34

 7    of the 57 rides, he could go on without any

 8    accommodation?

 9        A.      If he wanted to.

10        Q.      Right.  Right.  And you don't know that

11    he didn't want to go on the 34 rides here that had

12    ████████████████████████████, do you?

13        A.      I would probably guess there's some he

14    would not want to be going on, yes.

15        Q.      Sure.  But there's some that he would

16    want to go on, right?

17        A.      Some he would want to go on, right.

18        Q.      Right.  And if he's only going to be

19    there for one day or two days, he's not going to

20    go on any -- every ride anyway, right?

21        A.      Oh, correct.

22        Q.      Okay.  So he would have had plenty of

23    opportunities in a short two-day visit to go on a

24    lot of these rides that had short wait times of 20

25    minutes or less, correct?
```

Evidence Packet P.0366

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

██████████ Confidential

December 03, 2019                                           309

```
 1              Wouldn't you agree that that's kind of
 2    like, no one could do any better than that, right?
 3        A.    I wouldn't like it, but he did.
 4        Q.    What?
 5        A.    I wouldn't like it, but he did.
 6        Q.    What do you mean you wouldn't like it?
 7        A.    I don't like to go on rides.  So --
 8        Q.    Well, right.  But if you liked going on
 9    rides, you can't do any better than going to the
10    front of the line as many times as you want with
11    no wait whatsoever, right?  So, of course, he
12    would prefer that --
13        A.    There was some wait, but, yeah, I -- I
14    understand what you're saying.  Yes.
15        Q.    Of course he would prefer that,
16    wouldn't he?
17        A.    Of course he would.
18        Q.    So he wouldn't enjoy it quite as much
19    as he did then if he couldn't do that, would he?
20        A.    No.
21        Q.    Okay.  What's the next picture?  "Cars
22    Land"?
23        A.    This was in 2014.  So they're kind of
24    mixed up.
25        Q.    Right.  I -- I don't know what order
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                    315

```
 1        A.      He's starting to.

 2        Q.      And -- but -- but lying on a floor like

 3    that or lying on a bench was not anything unusual

 4    for him, was it?

 5        A.      It happens sometimes.

 6        Q.      Right, but it happens a lot of times

 7    having nothing to do with Disney, right?

 8        A.      Correct.

 9        Q.      Okay.  And so you don't know what

10    caused -- what may have caused him to lie on the

11    ground like this, do you?

12        A.      Well, he told me he was very frustrated

13    with having to wait.

14        Q.      This is the -- this is the son who you

15    said can't communicate very well verbally, right?

16        A.      Right.

17        Q.      Right.  And do you think that your

18    standing in line to get a -- a special pass is

19    some form of discrimination, that it might --

20    might have taken a few minutes to get that pass?

21              Do you think that was discrimination

22    against him?

23        A.      No.

24        Q.      Okay.  Do you think any other children

25    ever get frustrated at Disneyland?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████████  Confidential
December 03, 2019                                          320

```
 1      A.      Sometimes.

 2      Q.      Okay.  So that would be even more

 3 evidence that if you go to a crowded place that

 4 has lots of people and lots of commotion like a

 5 theme park, it would be a good idea for him to

 6 take breaks, right?

 7      A.      Yes.

 8      Q.      Okay.  The next exhibit I'd like to

 9 show you is 24.

10                      (████████ Deposition Exhibit 24

11                       was marked for identification.)

12                      (Document tendered.)

13 BY MR. SCANLON:

14      Q.      Have you seen this document before?

15      A.      No.

16      Q.      No?

17      A.      No.

18      Q.      You know some of the people that have

19 signed it, right?

20      A.      I do.

21      Q.      And under the second box, it says,

22 "Patient reports substantial use of the internet,

23 which could be impacting on sleep and schoolwork."

24              Do you see that?

25      A.      "Patient" -- "Objective"?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    331

```
 1   you're recording from the terms and condition

 2   shown on the DAS card.

 3          Do you see that?  Do you see the -- the

 4   part that's quoted in italics?

 5       A.    Yes.

 6       Q.    And one of the things that you quote in

 7   your complaint from the DAS terms and conditions

 8   is, "When utilizing this service" -- referring to

 9   DAS -- "it is possible to experience waits greater

10   than the posted wait time," correct?

11       A.    That's what it says.

12       Q.    That's what it says?

13       A.    That's what it says.

14       Q.    Right.  And so -- so part of your

15   agreement with Disney, if you will, included a

16   provision that said, "We're not guaranteeing any

17   particular length of time that you're going to

18   have to wait using this pass," right?

19          Would you agree with that?

20       A.    It seems like it, yes.

21       Q.    Okay.  And that was part of your

22   agreement with Disney, right, the terms and

23   conditions of the DAS card?

24       A.    Yes.

25       Q.    Okay.  And if you look at
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                353

1    experience.

2         Q.    Can you answer my question?  I asked

3    you a question that is much more specific than

4    that.

5         A.    I guess --

6         Q.    I can read it back.

7         A.    -- I missed your question.

8         Q.    Okay.  The question was, do you allege

9    in this case that there was any specific

10   contractual requirement that Disney provide you or

11   your son with a specific level of enjoyment in the

12   parks?

13        A.    I don't know.

14        Q.    You don't know?

15        A.    I don't know.

16        Q.    You don't -- you couldn't identify

17   anything that would do that, can you?

18        A.    I don't know if I allege that.

19             MR. DOGALI:  Objection; ambiguous.

20   BY MR. SCANLON:

21        Q.    No.  The question is, is that your

22   claim in this case?

23             MR. DOGALI:  And the answer was, "I

24        don't know."

25

Evidence Packet P.0371

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                    354

1    BY THE WITNESS:

2         A.    No.

3    BY MR. SCANLON:

4         Q.    And can you identify, based on your

5    knowledge of the terms and conditions of the park

6    admission pass or anything like that -- can you

7    identify any term that would -- that would call

8    for that kind of agreement, that you were being

9    provided with a specific level of enjoyment?

10        A.    Not off the top of my head.

11        Q.    Okay.  And you took contracts in law

12   school, right?

13        A.    Yes.

14        Q.    So you know what a contract is?

15        A.    Yes.

16        Q.    Okay.  And are you familiar with the

17   general principle that you don't read into a

18   contract terms that are not there?

19             Are you familiar with that general

20   principle?

21        A.    It depends on what theory of contracts

22   you use.

23        Q.    Are you familiar with that general

24   legal principle?

25        A.    That's one of the legal principles,

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                                    371

```
 1    take your kids with you or not?

 2         A.    What determines -- if -- if it's

 3    something that would be something of interest to

 4    them would be a factor, whether -- what else?  How

 5    we think it would go as a family.

 6               Is it a good, you know, kind of family

 7    vacation?

 8         Q.    So you recently went to Paris via

 9    London with your family?

10         A.    Yes.

11         Q.    From Chicago?

12         A.    Yes.

13         Q.    And you took -- you flew to London and

14    took a train to Paris?

15         A.    Yes.

16         Q.    And then you flew home directly from

17    Paris to Chicago?

18         A.    Right.

19         Q.    And how long was that flight?

20         A.    I don't remember.  Six hours, eight

21    hours.  I don't know.

22         Q.    And do you visit family in -- outside

23    of Illinois; for example, in Ohio and other states

24    from time to time?

25         A.    Sometimes.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                         372

1        Q.     And you've flown to Las Vegas?

2        A.     Yes.

3        Q.     With your kids?

4        A.     Once.

5        Q.     And you mentioned Carbondale.

6               Do you -- did you used to drive with

7    your son to Carbondale and back?

8        A.     We have done that.

9        Q.     And that's 4-1/2 hours each way, right,

10   from Frankfort?

11       A.     It sounds about right.

12       Q.     Okay.  What kind of a car do you have?

13       A.     Minivan.

14              MR. SCANLON:  Okay.  Other than waiting

15       to get a ruling from the judge about the

16       questions I wanted to ask you and that

17       interrogatory answer, I'm reserving my right

18       to inquire about that.

19                   Depending on what the Court says,

20       I have no more further questions at this

21       time.

22              MR. DOGALI:  I have no questions.

23              MR. SCANLON:  Thank you.

24              THE VIDEOGRAPHER:  We are going off the

25       record at 7:13 p.m.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential
December 03, 2019                              375

```
1                         CERTIFICATE

2                              OF

3                    SHORTHAND REPORTER

4

5            I, DINA G. MANCILLAS, a Certified

6   Shorthand Reporter of the State of Illinois,

7   CSR License No. 084-003400, do hereby certify:

8            That previous to the commencement of the

9   examination of the aforesaid witness, the witness was

10  duly sworn and/or duly affirmed by me to testify the

11  whole truth concerning matters herein;

12           That the foregoing deposition transcript

13  was stenographically reported by me and was

14  thereafter reduced to typewriting under my personal

15  direction and constitutes a true and accurate record

16  of the testimony given and the proceedings had at the

17  aforesaid deposition;

18           That the said deposition was taken before

19  me at the time and place specified;

20           That I am not a relative or employee or

21  attorney or counsel for any of the parties herein,

22  nor a relative or employee of such attorney or

23  counsel for any of the parties hereto, nor am I

24  interested directly or indirectly in the outcome of

25  this action.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Confidential

December 03, 2019                                          376

1            IN WITNESS WHEREOF, I do hereunto set my

2    hand at Chicago, Illinois, this 5th of December,

3    2019.

4

5

6

7

8    _____

9            DINA G. MANCILLAS, CSR, RPR, CRR, CLR

10           CSR LICENSE NO. 084-003400

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Evidence Packet P.0376