REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 1-T

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

██████████

December 04, 2019                                            1

```
 1            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
 2
    T.P., by and through S.P.,    )
 3  as next friend, parent, and   )
    natural guardian, et al.,     )
 4                                )
              Plaintiffs,         )   No.
 5                                )   2:15-cv-05346-R-E
      vs.                         )
 6                                )
    WALT DISNEY PARKS AND         )
 7  RESORTS U.S., INC.,           )
                                  )
 8            Defendant.          )

 9            The videotaped discovery

10  deposition of ███████████████, called by

11  the Defendant, for examination, pursuant to

12  notice, taken before LAURA MUKAHIRN, CSR, a

13  notary public within and for the County of Cook

14  and State of Illinois, at 444 West Lake Street,

15  Chicago, Illinois, on December 4, 2019,

16  scheduled to commence at 9:00 o'clock a.m.

17

18

19

20

21

22

23

24

25
```

Evidence Packet P.0378

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                                2

```
 1    A P P E A R A N C E S:

 2    DOGALI LAW GROUP
      BY:  MR. ANDY DOGALI
 3    adogali@dogalilaw.com
      401 East Jackson Street
 4    Suite 1825
      Tampa, Florida 33602
 5    (813)289-0700
           Appeared on behalf of the Plaintiffs;
 6
      McDERMOTT, WILL & EMERY
 7    BY:  MR. KERRY ALAN SCANLON
           MS. JULIE McCONNELL
 8    kscanlon@mwe.com
      jmcconnell@mwe.com
 9    500 North Capitol Street, NW
      Washington, DC 20001
10    (202)756-8000
           Appeared on behalf of the Defendant.
11
      ALSO PRESENT:
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Evidence Packet P.0379

██████████

December 04, 2019                                          4

```
 1        THE VIDEOGRAPHER:  We are now on the record

 2    for the video deposition of ████████████████

 3    in the matter of T.P., et al., versus Walt

 4    Disney Parks and Resorts.  The time is 9:16 a.m.

 5    Will all present please identify themselves

 6    beginning with the witness?

 7        THE WITNESS:  ████████████.

 8      MR. DOGALI:  Andy Dogali, counsel for the

 9    plaintiffs.

10      MR. SCANLON:  Kerry Scanlon, counsel for

11    defendants.

12      MS. McCONNELL:  Julie McConnell, counsel for

13    defendant.

14      MR. SCANLON:  The record should also reflect

15    that the plaintiff, ████████████, is also

16    present.

17        THE VIDEOGRAPHER:  Will the court reporter

18    please swear in the witness?

19                        (Witness sworn.)

20             ████████████████████,

21    called as a witness herein, having been first

22    duly sworn, was examined and testified as

23    follows:

24                    Examination

25                 By Mr. Scanlon
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                           66

```
 1        Q.   Well, LA traffic is never very light,

 2   is it, in your experience?

 3        A.   Well, not during what you would call

 4   the daytime.

 5        Q.   And you went at a very crowded time of

 6   year, in August, right, for theme parks?

 7   Because kids are out of school.

 8        A.   I guess we did.  I didn't really think

 9   about it at the time.

10        Q.   And you drove back that evening, the

11   first evening, to San Diego?

12        A.   We did, yes.

13        Q.   And the next day you drove back to

14   Disneyland?

15        A.   Well, whatever the name of the other

16   one is, Adventure something.

17        Q.   Well, they're both together.

18        A.   Yeah.  Then yes.

19        Q.   Okay.  And then you drove back to San

20   Diego after the second day?

21        A.   Yes.

22        Q.   And if you could wait in line, if your

23   son could wait in line for 20 minutes, there are

24   a lot of these rides out of this 57 list that

25   have average wait times of 20 minutes or less,
```

Evidence Packet P.0381

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    67

```
 1     aren't there?

 2         A.   Assuming the data is correct and

 3     remembering that it's averages, yes.

 4         Q.   Okay.   Do you remember that when you

 5     got a DAS card that you got a physical card?  Do

 6     you remember that?

 7         A.   I don't remember.  I can remember the

 8     lady at the kiosk and being confused.  I don't

 9     remember the actual -- it seems we did have

10     something that I carried around with me.  I

11     don't remember what it looks like.

12         Q.   Okay.

13                    (Document marked as

14                     Exhibit No. 4 for

15                     identification.)

16     BY MR. SCANLON:

17         Q.   This document, sir, Exhibit 4, has two

18     sides.  In fact, most of the exhibits I think

19     you've been shown have two sides.

20         A.   Mm-hmm.

21         Q.   Do you remember seeing something like

22     this when you got a DAS card?

23         A.   Now that it's in front of me, yes, it

24     looks something like this, yes.  It was a card.

25         Q.   Okay.  And do you see on the -- this
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    84

```
 1        Q.   But do you agree that never having to

 2   stand in that long regular line because you have

 3   a DAS card is a benefit compared to what most

 4   guests have to do, which is to stand in that

 5   line?

 6        MR. DOGALI:  Same objection.

 7        THE WITNESS:  Yes.

 8   BY MR. SCANLON:

 9        Q.   Okay.  And, indeed, it's a significant

10   benefit, isn't it?

11        A.   No.

12        Q.   It's not?

13        A.   I don't agree with that.  No.  Because

14   what you're --

15        Q.   Let me rephrase it.  You answered the

16   question.  Let me ask you another question.  Let

17   me ask you a follow-up.

18             So you don't think it's a significant

19   benefit?

20        A.   No, I do not.

21        Q.   So let's say that one of the rides that

22   you guys have gone on at Walt Disneyworld was

23   Avatar, right, Flights of Passage?

24        A.   That is correct.

25        Q.   Remember that?
```

Evidence Packet P.0383

████████████

December 04, 2019                                    90

1    question.

2        THE WITNESS:  Well, since you state it that

3    way, yes, that is possible to help them with

4    that.

5    BY MR. SCANLON:

6        Q.  Okay.  Thank you.  Why don't we take a

7    10-minute break.  Thank you.

8        THE VIDEOGRAPHER:  Off the record.  The time

9    is 10:42 a.m.

10                    (Short break taken.)

11        THE VIDEOGRAPHER:  Back on the record.  The

12    time is 10:59 a.m.

13    BY MR. SCANLON:

14        Q.  Mr. ██████ you mentioned three of the

15    rides that you said your son liked to go on.

16    And, as I recall, they were Buzz Lightyear,

17    Tower of Terror, and Space Mountain; is that

18    right?  Those were three of the rides that you

19    mentioned earlier in your testimony?

20        A.  Yes.  Yes.  He likes those rides, yes.

21        Q.  Okay.  And it's not your testimony that

22    those are the only rides he likes?

23        A.  No, it is not.

24        Q.  Okay.  Could you look at exhibit --

25    summary of the wait time.  I'm not sure -- you

December 04, 2019                                      91

```
 1    may have it in front of you -- which exhibit

 2    that is.  Exhibit 2 maybe.  That one.

 3        A.   Okay.  Yeah.

 4        Q.   Is that Exhibit 2?  Keep the map out of

 5    Disneyland as well.  And the Disneyland map was

 6    the one -- you said you didn't have the guide

 7    disabilities, but you have the map that's on the

 8    back, right?

 9        A.   Yes.

10        Q.   You remember having that?

11        A.   Yes, I do.

12        Q.   Okay.  So if you look at Buzz

13    Lightyear, it's No. 5 on Exhibit 2.  The average

14    wait time on the day you were there and the

15    times you were there was ███████████.  Do you

16    see that?

17        A.   Yes.

18        Q.   Okay.  And that's the kinds of ride

19    that you said you would just go on and, as you

20    know now with the DAS, you would have been waved

21    in automatically.  You also said you could wait

22    for 15 minutes, right?

23        MR. DOGALI:  Object to the form of the

24    questions.

25        THE WITNESS:  Well, it's kind of a compound
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    96

1   waiting for the longer wait time at Space

2   Mountain?

3        A.   I -- It didn't really play out that

4   way.  I guess that, you know, theoretically,

5   yes, you could do that.  It just didn't really

6   work that way because we had other things like,

7   you know, bathroom breaks and eating mixed in,

8   too.

9        Q.   Okay.  And would you agree that, in

10  general, that your son benefits -- if he's

11  standing up doing something like working as a

12  cashier or bagging groceries -- it's a benefit

13  to him to take breaks every once in a while?

14       A.   I would agree with that, yes.

15       Q.   Okay.  So it would be true in

16  Disneyland or Disney World that if he's on his

17  feet in a theme park, you know, because he tires

18  easily and fatigues easily because of his

19  condition, he could benefit from those breaks in

20  the same way, right?

21       A.   The only limitation I put on that would

22  be that there's not always places to sit.

23  Sometimes they're all taken up by other people,

24  and so it is difficult for him to continue to

25  stand if that's part of his break.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                          100

1    of your daughter's, I believe, right?

2         A.   That is correct.

3         Q.   Okay.  And you've seen those

4    photographs recently, right?

5         A.   Yes.

6         Q.   Okay.  So how was it that -- which day

7    did you get a second pass for him?

8         A.   If I remember right, it was -- well, it

9    was the first day.

10        Q.   The first day?

11        A.   Yeah.  Because we got there, and we

12   were a little put off by the whole thing, and

13   then just figured, well, you're not asking for

14   any information, and he has autism, so why don't

15   we get him a pass.

16        Q.   Okay.  So how did you do that?

17        A.   I think we just went up to another one

18   of the kiosks like we did with ████

19        Q.   Okay.  And who went with you?

20        A.   I don't remember exactly.  Obviously

21   S.H. was with me.

22        Q.   Okay.  So it was you and S.H.?

23        A.   Could have been other people, too.  I

24   don't know.

25        Q.   Okay.  But it wasn't the whole party

Evidence Packet P.0387

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                      101

 1    that you had?

 2         A.   I don't believe it was, no.

 3         Q.   Okay.  And you asked for six people on

 4    your first DAS pass because that was the party

 5    size, right, there were six of --

 6         A.   I don't remember asking for six.  I

 7    don't remember.

 8         Q.   I can show you the record, but the

 9    record shows that it was for six people.

10         A.   Okay.

11         Q.   And that would have been because you

12    came as a party of six, correct?

13         A.   Yes.

14         Q.   And you went through the park together,

15    right?

16         A.   For the most part, yes.

17         Q.   So what you were able to do is you

18    would get a return time using ███████'s DAS pass

19    and then you -- once you got the second one, you

20    said it went better because you could also get a

21    different return time for S.H.'s pass; is that

22    right?  That's what you meant?

23         A.   Well, it would be two different rides.

24         Q.   Right, for two different rides.

25         A.   Yes, yes, yes.

Evidence Packet P.0388

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    102

```
 1        Q.   So you could kind of double up in a

 2   way?

 3        A.   In a way, yes.  You just had to watch

 4   the times and make sure you could get there.

 5        Q.   Right.  So when you went and requested

 6   the second pass for S.H., you didn't tell them

 7   that you already had a DAS pass in your party,

 8   did you?

 9        A.   I don't recall.

10        Q.   Okay.  Do you know if the complaint in

11   this case -- I asked you the hypothetical about

12   going on Buzz Lightyear a couple of times while

13   you're waiting for Space Mountain.  Do you know

14   whether the complaint in this case actually

15   alleges that that was one of the rides he liked

16   to go on repeatedly?

17        A.   I don't know.  I mean it's a fact that

18   he likes that ride.  I don't know if it's in the

19   complaint.

20        Q.   Let me show you the document.  I'm

21   actually going to show you in this particular

22   instance an excerpt of the complaint, not the

23   whole thing, because it's kind of thick.

24

25
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                          137

```
 1        A.    The beginning of 2016.

 2        Q.    2016, okay.  And prior to that did you

 3   and your wife share those responsibilities?

 4        A.    I was still the primary driver, but,

 5   yes, to the greater extent we shared the duties.

 6        Q.    Okay.  But you were still -- drove more

 7   than she did at that time?

 8        A.    Yes.

 9        Q.    Okay.  And, for example, when you would

10   go down to the state pentathlon championships,

11   is that something you would drive, or did you

12   fly down there or --

13        A.    It's only two hours away, so I would

14   drive it.  There's also an option to take the

15   van with the other athletes, but unfortunately

16   that's not terribly predictable.  So I usually

17   drove him down there.

18        Q.    So the team would go down in a bus?

19        A.    Some of the team, the ones whose

20   parents did not bring them.

21        Q.    Right.  But you would typically drive?

22        A.    Yes.

23        Q.    Is that in part because you wanted to

24   go anyway to see him?  In other words, if a

25   parent -- if they went to the bus, the parents
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                138

```
 1    don't go on the bus, do they?

 2        A.   Actually, they could, but it's kind of

 3    cramped.  So they would choose not to.

 4        Q.   Okay.

 5        A.   Well, it's to support him mostly, and,

 6    yes, I enjoy seeing him and his team play.

 7        Q.   Okay.  And you have an athletic

 8    background yourself you said?

 9        A.   Just somewhat.

10        Q.   Okay.

11        A.   Yeah.

12        Q.   And how long is that?  You said two

13    hours to get down there?

14        A.   Yeah.  To -- Bloomington to my house is

15    two hours.

16        Q.   So what would -- when you went with

17    him, what years was this?

18        A.   Well, it's probably -- other than the

19    Indiana break with Valparaiso University, it was

20    probably fairly consistent from about the year

21    2000 until 2012, and then now the last two years

22    as well.

23        Q.   Okay.  So when he was in college, he

24    wasn't -- you weren't taking him down there?

25        A.   Well, he was in the Indiana program
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    144

1    Sunday.

2        Q.   Okay.  Okay.  So they had events, for

3    example, just in like 100-yard dash or

4    something?

5        A.   Yes.  A lot of that.

6        Q.   But he was doing the pentathlon, and so

7    they were spread out over the Saturday and

8    Sunday, the five different events?

9        A.   Yes.

10       Q.   And were there different heats in those

11   events?

12       A.   No, no.  Everything was just once.  So

13   if you ran the 100 meters, that's it.  You ran

14   the 100 meters.  Then they put you in with

15   similarly-abled athletes, and you got what you

16   got.

17       Q.   Yeah.  And then would you guys get

18   together when you were waiting for the next

19   event over this two-day period, or what would

20   you do between events?

21       A.   Well, depending on the gap between the

22   events, I mean some of them would be like an

23   hour apart.  So he would sit on the field, maybe

24   go get something to eat.  When they're farther

25   apart, we would go back to where we were staying

Evidence Packet P.0392

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                        145

```
 1   sometimes.  Sometimes he would sleep, and

 2   sometimes we would go out.  And they do have

 3   sort of a tradition where they go to the local

 4   pool, because it's always hot in June, and so

 5   that was sort of stuffed in there somewhere,

 6   too.

 7       Q.   Okay.  There's a pool in the

 8   university?

 9       A.   It's actually north of the university.

10   It's a water park that accommodates Special

11   Olympics.

12       Q.   I see.

13       A.   Yeah.

14       Q.   Okay.  So it wasn't just a regular

15   pool.  It had -- it was a water park?

16       A.   Yes.

17       Q.   Okay.  And in the basketball, you said

18   was over a period of two days?

19       A.   Yes.  They would -- There would be four

20   teams, and the winners of the first day would

21   meet for the championship the second day, and

22   the losers would go for the bronze medal.

23       Q.   Okay.  So there was just one game on

24   one day and one game on the next day?

25       A.   As far as I remember, yes.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    172

1    just like rain, like sort of generic rain.

2       Q.   Okay.  You have gone storm watching

3    with your son, right?

4       A.   Yes, I have.

5       Q.   And can you describe what that's like?

6    Your wife basically yesterday said that it's

7    kind of a couple days you go out, take

8    measurements, and kind of wait to see if the

9    storm is going to come or not?

10      A.   Yeah.  Probably a better way to say it

11   would be they pick the days up front.  So in

12   this month they will have a meeting about 2020.

13   They'll probably have four trips.  This is the

14   College of DuPage.

15      Q.   Right.

16      A.   And so the dates are preselected.  What

17   they do is they have you meet the Thursday night

18   before you go.  Occasionally they have -- that

19   you come prepared in case they say:  We need to

20   go right now.

21      Q.   Right.

22      A.   And they'll look out four or five days

23   at the forecast, and then they'll figure out

24   where it is they need to set up.  And so they do

25   take measurements sometimes.  We have released

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    173

```
 1    weather balloons a couple of times.  But for

 2    the -- and then they report back to the National

 3    Weather Service as part of their program.  But

 4    for the most part, it's different people who are

 5    calling the shots figuring out what -- they call

 6    them plays -- what the best play is, you know.

 7    Do you go to Southeastern Nebraska, or do you go

 8    to Northwestern South Dakota?  And then they'll

 9    commit to something -- it does change

10    sometimes -- and then they'll go there.  You'll

11    stay close to it, and then you wait for it to

12    happen.

13         Q.   Right.  Or not?

14         A.   And a lot of times it doesn't happen.

15         Q.   Right.  Exactly.  And how long is that

16    trip overall?

17         A.   It's 10 days start to finish.

18         Q.   So they're there at the -- near where

19    they think it's going to happen for maybe five

20    or six days?

21         A.   No.  It moves around.

22         Q.   Okay.

23         A.   So you -- I mean one trip we kind of

24    started in South Dakota, went to North Dakota,

25    ended up in Alberta, and that's --
```

Evidence Packet P.0395

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    174

```
 1        Q.    Did any storm ever come?

 2        A.    Yeah, yeah.  We saw three tornados that

 3   time.

 4        Q.    But sometimes -- a lot of times you

 5   said they don't come?

 6        A.    Every other time was not -- nothing.

 7        Q.    Okay.  Right.

 8        A.    Just really nice-looking thunderstorms.

 9        Q.    Right.  Right.  And when you're sort of

10   waiting to see if it's going to come, do you

11   take measurements?  Do they talk to each other?

12   What do they do?

13        A.    They have a variety of things they do.

14   They bring like a frisbee and a football,

15   because sometimes you're really going to wait.

16   You're there at noon, and it ain't going to

17   happen until 6:00.

18        Q.    Right.

19        A.    So they really like to take you to

20   restaurants they've been to a number of times

21   that are really good.  They have a real love for

22   steaks, and so you eat at a lot of restaurants

23   like that.  And then they'll sometimes station

24   at a park, and you play sports or not, and wait

25   for things to pop up.
```

Evidence Packet P.0396

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                              194

```
 1    STATE OF ILLINOIS )
                        ) SS.
 2    COUNTY OF COOK    )

 3

 4              I, LAURA MUKAHIRN, Certified

 5    Shorthand Reporter and Notary Public in and for

 6    the County of Cook, State of Illinois, do hereby

 7    certify that on December 4, 2019, the deposition

 8    of the witness, ███████████████, called by

 9    the Defendant, was taken before me, reported

10    stenographically, and was thereafter reduced to

11    typewriting under my direction.

12              The said deposition was taken at the

13    offices of 444 West Lake Street, Chicago,

14    Illinois, and there were present counsel as

15    previously set forth.

16              The said witness, ███████████

17    ███████ was first duly sworn to tell the truth,

18    the whole truth, and nothing but the truth, and

19    was then examined upon oral interrogatories.

20              I further certify that the foregoing

21    is a true, accurate, and complete record of the

22    questions asked of and answers made by the said

23    witness, ████████████████, at the time and

24    place hereinabove referred to.

25              The undersigned is not interested in
```

U.S. LEGAL SUPPORT
(877) 479-2484

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 04, 2019                                    195

1    the within case, nor of kin or counsel to any of

2    the parties.

3            Witness my official signature and

4    seal as Notary Public, in and for the County of

5    Cook, State of Illinois, on this 6th day of

6    December A.D., 2019.

7

8

9

10

11   _____
     LAURA MUKAHIRN, CSR
12   CSR NO. 084-003592

13

14

15

16

17

18

19

20

21

22

23

24

25