# Exhibit 1-HH

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

EXHIBIT 8
11/13/19 TM

1    ANDY DOGALI (admitted *Pro Hac Vice*)
      adogali@dogalilaw.com
2    Dogali Law Group, P.A.
      101 E. Kennedy Blvd., Suite 1100
3    Tampa, Florida 33602
      Tel: (813) 289-0700
4    Fax: (813) 289-9435

5    EUGENE FELDMAN (California Bar No. 118497)
      gfeldmanlaw@att.net
6    Eugene Feldman, Attorney at Law, APC
      Arias, Sanguinetti, Stahle & Torrijos, LLP
7    6701 Center Drive West, Suite 1400
      Los Angeles, CA 90045
8    Telephone: (310) 844-9696
      *Attorneys for Plaintiffs*

DOGALI LAW GROUP, P.A.

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | Case No.: 15-cv-5346-R |
| Plaintiffs, | **NOTICE OF SERVING PLAINTIFFS Y.Z. AND M.Y.R.'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | |
| | **Hon. Manuel L. Real** |
| Defendant. | |

Plaintiffs, Y.Z., by and through M.Y.R., as Next Friend, Parent and Natural Guardian; and M.Y.R., Individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, gives notice of serving their

Page 1
Notice of Serving Plaintiffs Y.Z. and M.Y.R. to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R*

CONFIDENTIAL

Answers to Defendant's First Interrogatories to Plaintiffs dated March 8, 2016.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2016 a true and correct copy of the foregoing was furnished via Electronic Mail to:

**Kerry Scanlon, Esq.**
**Jeremy White, Esq.**
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. NW
Washington, DC 20005
Kerry.Scanlon@kayescholer.com
Jeremy.White@kayescholer.com

**Oscar Ramallo, Esq.**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1600
Los Angeles, CA  90067
oscar.ramallo@kayescholer.com

**Rhonda Trotter**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1700
Los Angeles, CA  90067
rtrotter@kayescholer.com

**DOGALI LAW GROUP, P.A.**

  /s/Andy Dogali
Andy Dogali
*Admitted pro hac vice*
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Email: adogali@dogalilaw.com

And

Page 2

DOGALI LAW GROUP, P.A.

Notice of Serving Plaintiffs Y.Z. and CONFIDENTIAL Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

Evidence Packet P.0674

1    EUGENE FELDMAN
California Bar No. 118497
2    Arias, Sanguinetti, Stahle & Torrijos, LLP
3    6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
4    Telephone: (310) 844-9696
Email: eugene@asstlawyers.com
5    *Attorneys for Plaintiffs*

DOGALI LAW GROUP, P.A.

Page 3
Notice of Serving Plaintiffs Y.Z. and T.P. to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R
CONFIDENTIAL
Evidence Packet P.0675

1  ANDY DOGALI (admitted *Pro Hac Vice*)
   adogali@dogalilaw.com
2  Dogali Law Group, P.A.
   101 E. Kennedy Blvd., Suite 1100
3  Tampa, Florida  33602
   Tel:  (813) 289-0700
4  Fax:  (813) 289-9435

5  EUGENE FELDMAN (California Bar No. 118497)
   gfeldmanlaw@att.net
6  Arias, Sanguinetti, Stahle & Torrijos, LLP
   6701 Center Drive West, Suite 1400
7  Los Angeles, CA  90045
   Telephone:  (310) 844-9696
8  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | Case No.: 15-cv-5346-R |
| Plaintiffs, | **PLAINTIFFS Y.Z. AND M.Y.R.'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | **Hon. Manuel L. Real** |
| Defendant. | |

Plaintiffs, Y.Z., by and through M.Y.R., as Next Friend, Parent and Natural Guardian; and M.Y.R., Individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, serves their Answers to

Page 4

Notice of Serving Plaintiffs Y.Z. and M.Y.R.'s Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

Evidence Packet P.0676

as the opinion of medical providers. Subject to the foregoing objection, Plaintiff will produce medical records in their possession, custody and control which contain the requested information.

8. Identify any visits made by Y.Z. to any Disney Park in the past five (5) years, including but not limited to the following:

    a. any services or accommodations provided to Y.Z. during each visit, including the issuance of any GAC cards;

    b. all rides, attractions, shows, stores, meet and greets, and other activities that Y.Z. attended or participated in during the visit; and

    c. the specific order of rides and/or attractions that Y.Z. experienced or attended during each of the visits.

**ANSWER:**

a). Memorial Day 2013: Used the GAC card for all Cars Land attractions, it was a breeze and easy to handle for Y.Z.

Nov. 14-16, 2013: Obtained the DAS and we ended up tossing it into the trash! The first day, received the DAS for everyone, we were having a family reunion trip – grandmother, aunts, uncles and their families were all there for the day so there were 20 people visiting Disneyland together. We tried to figure out the system. Found the

Page 9

Notice of Serving Plaintiffs Y.Z. and T.P. Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

Evidence Packet P.0677

first kiosk, got a return time for the ride, it was over 1 hour. We had no idea we couldn't get another pass at the same time. This was the first day so we decided not to use the DAS and just try to wait to the lines. There was no point in using it, there were only 2 kiosks to walk to in order to sign up for waiting times. Lines were around 25 minutes, so we tried waiting in them and the family members took turns helping to occupy the kids. The second day was a Saturday, more crowded, and we decided to give the pass a try this time. Even though it was the same employee issuing the DAS, she said the limit was 5 people. The second day was a total disaster because of the crowds and the waits. Kids were crying, lots of meltdowns, all the walking – to and from the kiosks, back and forth after the rides, must have walked the entire park 5 times!

b). Alice in Wonderland, Astro Orbiter, Monorail, Dumbo the Flying Elephant, Finding Nemo, It's A Small World, Mad Tea Party, The Many Adventures of Winnie the Pooh, Splash Mountain, Autopia, Davy Crockett's Explorer Canoes, Disneyland Railroad, Jungle Cruise. Francis Ladybugs, The Little Mermaid, Luigi's Rollickin' Roadsters, Maters Junkyard, Radiator Springs Racers, Soarin Over California, Tuck And Roll Drive 'Em Buggies, Disney Downtown. He has rides he likes to repeat.

c). I don't remember the specific order, but I can tell you that my son has a photographic memory. If we walked in a different direction that he is used to doing, he would scream and kick until I walked the same route I walked prior, we have to sit on the same bench to watch the fireworks, etc.

9. Identify any tickets or annual passes used to gain admission to any Disney Park in the past five (5) years, including the date of renewal for any annual passes, if applicable.

Page 10

Notice of Serving Plaintiffs Y.Z. and CONFIDENTIAL to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

Evidence Packet P.0678

**VERIFICATION**

Y.R. as Next Friend, Parent and Natural Guardian of Y.Z.

M.Y.

STATE OF CALIFORNIA
COUNTY OF _____ *See attached CA All purpose acknowledgmer*

On this \_\_\_\_ day of _____, 2016, before me, _____ (Notary Public) personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public, State of California

Page 13

Notice of Serving Plaintiffs Y.Z. and M.Y.R. Answers to Defendant's First Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-R

CONFIDENTIAL

CONFIDENTIAL

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Alameda__ )

On __March 31, 2016__ before me, __Elizabeth P Saldana, Notary Public__,
      Date                                      Here Insert Name and Title of the Officer

personally appeared ████████████████████████████

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: ELIZABETH P. SALDANA, COMM. # 2056555, NOTARY PUBLIC-CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXP. JAN. 31, 2018]

Signature __Elizabeth P Saldana__
              Signature of Notary Public

_____ Place Notary Seal Above _____

—————— OPTIONAL ——————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

CONFIDENTIAL

CONFIDENTIAL

Evidence Packet P.0680