# Exhibit 1-OO

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

## Moms pay $1,000-a-day to hire disabled members to skip lines at Disney

Published May 14, 2013

| FoxNews.com

Forget the FastPasses. Apparently the secret to skipping the long lines at Disney World is to hire a disabled person.

The New York Post is reporting that some deep-pocketed New York City moms are hiring a motorized scooter-bound guide to pose as a family member so they and their kids can jump to the front of the lines.

According to the report, families book tours through an outfit called Dream Tours in Florida, which on its website claims to provide "quality based, memorable, and affordable vacations, to people with special needs." The Disney guide charges $130 an hour, or $1,040 for an eight-hour day, citing a Manhattan mom who claims she hired a tour guide using a motorized scooter.

"You can't go to Disney without a tour concierge," she told the Post. "This is how the 1 percent does Disney."

The mom said that a guide using a motorized scooter escorted her, and her husband and their two sons around the theme park and were able to immediately go onto rides while others waited for hours.

Disney allows each guest who needs a wheelchair or motorized scooter to bring up to six guests to a "more convenient entrance."

The New York mother indicated that Jacie Christiano --who works at Dream Tours and is the girlfriend of the tour company owner, Ryan Clement --was the family's guide. Clement told the Post that Christiano doesn't use her disability to bypass lines and says that she has an auto-immune disorder.

http://www.foxnews.com/travel/2013/05/14/wealthy-nyc-moms-pay-1000-day-for-disabled-tour-members-to-skip-lines-at-disney/

10

Disney-AL1015875
DisneyCA-TP0003816
Evidence Packet P.0726

# Rich Manhattan moms hire handicapped tour guides so kids can cut lines at Disney World

By TARA PALMERI

Last Updated: 7:14 PM, May 14, 2013

They are 1 percenters who are 100 percent despicable.

Some wealthy Manhattan moms have figured out a way to cut the long lines at Disney World — by hiring disabled people to pose as family members so they and their kids can jump to the front, The Post has learned.

REUTERS Rich moms shamelessly hire disabled tour guides so their kids can cut long lines.

The "black-market Disney guides" run $130 an hour, or $1,040 for an eight-hour day.

"My daughter waited one minute to get on 'It's a Small World' — the other kids had to wait 2 1/2 hours," crowed one mom, who hired a disabled guide through Dream Tours Florida.

"You can't go to Disney without a tour concierge," she sniffed. "This is how the 1 percent does Disney."

The woman said she hired a Dream Tours guide to escort her, her husband and their 1-year-old son and 5-year-old daughter through the park in a motorized scooter with a "handicapped" sign on it. The group was sent straight to an auxiliary entrance at the front of each attraction.

Disney allows each guest who needs a wheelchair or motorized scooter to bring up to six guests to a "more convenient entrance."

The Florida entertainment mecca warns that there "may be a waiting period before boarding." But the consensus among upper-crust moms who have used the illicit handicap tactic is that the trick is well worth the cost.

Not only is their "black-market tour guide" more efficient than Disney World's VIP Tours, it's cheaper, too.

Disney Tours offers a VIP guide and fast passes for $310 to $380 per hour.

Passing around the rogue guide service's phone number recently became a shameless ritual among Manhattan's private-school set during spring break. The service asks who referred you before they even take your call.

"It's insider knowledge that very few have and share carefully," said social anthropologist Dr. Wednesday Martin, who caught wind of the underground network while doing research for her upcoming book "Primates of Park Avenue."

"Who wants a speed pass when you can use your black-market handicapped guide to circumvent the lines all together?" she said.

"So when you're doing it, you're affirming that you are one of the privileged insiders who has and shares this information."

11

Disney-AL1015876
DisneyCA-TP0003817
Evidence Packet P.0727

Ryan Clement runs Dream Tours Florida with girlfriend Jacie Christiano, whom the rich Manhattan mom indicated was her family's guide.

A working phone number for Christiano couldn't be found, and Clement refused to put The Post through to her. A message left on Facebook was not immediately returned by Christiano.

Clement denied that his gal pal uses her disability to bypass lines. He said she has an auto-immune disorder and acknowledged that she uses a scooter on the job.

Disney did not return repeated requests for comment.

http://www.nypost.com/p/news/local/manhattan/disney_world_srich_ki_d_outrage_zTBA0xrvZRklVc1zltXGDP

12

Disney-AL1015877
DisneyCA-TP0003818
Evidence Packet P.0728