# Exhibit 2-C

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

# Disney Parks
## Disability Access Service Card

### Accommodating Guests with Disabilities

Disney Parks have an unwavering commitment to providing a welcoming and inclusive environment and accessible experiences for our Guests. As part of this commitment, the Disability Access Service (DAS) Card is a tool provided at the *Walt Disney World®* Resort and *Disneyland®* Resort Theme Parks to enhance the service we provide to our Guests with disabilities.

A Guest whose disability is based on the necessity to use a wheelchair or scooter does not need a DAS Card. Depending on the attraction, Guests utilizing a wheelchair or scooter will either wait in the standard queue or receive a return time at the attraction comparable to the current wait time.

### Disability Access Service Card

The Disability Access Service, "DAS" Card, is intended for Guests whose disability prevents them from waiting in a conventional queue environment. This service allows Guests to schedule a return time that is comparable to the current queue wait for the given attraction. Once a return time is issued, Guests are free to enjoy other theme park offerings such as meeting a character, grabbing a bite to eat, enjoying entertainment or even visiting another attraction until their listed return time. Return times are valid until redeemed prior to park closing.

Guests may only have one active return time. As soon as an outstanding attraction return time is redeemed, Guests may receive a return time for the same or a different attraction.

This service can be used in addition to *Disney FASTPASS® Service* and *Disney FastPass+* service.

### Special Accommodations for Specific Circumstances

The DAS card, with its virtual wait, will accommodate many of our Guests with disabilities. We recognize, however, that our Guests with disabilities have varying needs, and we will continue to work individually with our Guests to provide assistance.

In unique situations, our Guest Relations staff will discuss special accommodations for persons who are concerned the DAS Card doesn't meet their needs (e.g., for those whose disability limits the duration of their visit to the park or limits their choice of attractions).

All accommodations will be made in person, on site at Guest Relations. We are unable to provide accommodations in advance of a Guest visit.

## DAS Card Process

To help you as you plan your visit, below is a brief description of how the DAS Card process works:



**1 You are here**

You arrive at a Disney Theme Park.

Please note, all accommodations will be discussed and provided in person upon arrival.



**2 Where to Go**

Stop by a Guest Relations main entrance location to discuss your specific needs.

Guest Relations main entrance locations:

- *Disneyland®* Park: City Hall
- *Disney Caltifornia Adventure®* Park: Chamber of Commerce (near main entrance)
- *Magic Kingdom®* Park: City Hall
- *Disney's Animal Kingdom®* Theme Park: Guest Relations Lobby (near main entrance)
- *Disney's Hollywood Studios®*: Guest Relations Lobby (near main entrance)
- *Epcot®*: Guest Relations Lobby (near Spaceship Earth)



**3 Let's Chat**

Guest Relations Cast Members will work with you individually to provide assistance. Based on your specific needs, a DAS Card or other accommodations may be provided.




2

The goal of the DAS Card is to accommodate Guests who aren't able to wait in a conventional queue environment due to a disability. A Guest whose disability is based on the necessity to use a wheelchair or scooter does not need a DAS Card. Depending on the attraction, Guests utilizing a wheelchair or scooter will either wait in the standard queue or receive a return time at the attraction comparable to the current wait time.

If you have additional needs, please discuss them with Guest Relations.



## Registration

If a DAS Card is provided, you will participate in a registration process, which includes having a photo taken of the DAS Cardholder for the card. If preferred, a photo may be taken of a guardian. The Guest Relations Cast Member will then review the card and ask for a Guest signature.

A DAS Card is good for up to 60 days based on your ticket entitlement.\*
Once the card expires, it is no longer valid and you will need to return to Guest Relations to have a new card issued. If possible, please bring your expired card to help expedite future visits.

\*Annual Passholders can obtain DAS Cards that are good for up to 60 days.



## Time to ride

Now it's time to head into the park and enjoy your day. At *Walt Disney World* Resort, visit an attraction to receive your first return time, which will be comparable to the current wait time for the attraction. If visiting the *Disneyland* Resort, you will receive your first return time at *Disneyland* Park's City Hall or *Disney California Adventure's* Chamber of Commerce directly after receiving your DAS Card.

- Once the return time is issued you are free to enjoy other theme park activities such as visiting with a character, grabbing a bite to eat, enjoying entertainment or even riding another attraction while you wait.

- Return times are valid until redeemed prior to park closing.

- You may only have one active return time at a time. As soon as you finish one attraction, you can receive a return time for the same or a different attraction.

Disney-AL0000004
DisneyCA-TP0000004
Evidence Packet P.0748

- Another member of your travel party may obtain a return time, but the DAS Cardholder must board the attraction with his/her party.

- You can use the DAS Card in conjunction with *Disney FASTPASS Service* and *Disney FastPass+* service.

Are you park hopping? DAS Cards issued at *Disneyland* Resort are good at *Disneyland* Park and *Disney California Adventure* Park. DAS Cards issued at *Walt Disney World* Resort are good at *Magic Kingdom* Park, *Disney's Animal Kingdom* Theme Park, *Epcot* and *Disney's Hollywood Studios*.

Have additional questions? Please return to Guest Relations. Our Guest Relations staff will discuss with you the personal accommodations that you may require and may suggest additional accommodations that can be used in conjunction with a DAS Card. All accommodations will be determined in person at Guest Relations.

## Frequently Asked Questions

### Can I arrange to have a DAS Card before my visit?
We are unable to provide accommodations in advance of a Guest visit. All accommodations will be determined on site at Guest Relations.

### Where can I go if I have more questions?
Guests with additional questions should discuss them with Guest Relations. For general questions, call 407-560-2547.

### Does a Guest whose disability is based on the necessity to use a wheelchair or scooter need a DAS Card?
No, a Guest whose disability is based on the necessity to use a wheelchair or scooter does not need a DAS Card. Depending on the attraction, Guests utilizing a wheelchair or scooter will either wait in the standard queue or receive a return time at the attraction comparable to the current wait time. For some attractions at *Disneyland* Resort, these Guests will go directly to an alternate entrance. Guests with additional needs should discuss them with Guest Relations.

### What is a Disability Access Service Card and how does it work?
The DAS Card is intended for Guests whose disability prevents them from waiting in a conventional queue environment. Once issued at Guest Relations main entrance locations, DAS Cards can be used to obtain a return time for an attraction comparable to the current conventional queue wait time. As soon as a Guest finishes one attraction, they can receive a return time for the same or a different attraction. This service can be used in addition to *Disney FASTPASS Service* and *Disney FastPass+* service.

Disney-AL0000005
DisneyCA-TP0000005
Evidence Packet P.0749

### What will Disney Parks do if a Guest is concerned the DAS Card doesn't meet their needs?

Disney Parks have long recognized and accommodated Guests with varying needs and will continue to work individually with Guests with disabilities to provide assistance that is responsive to their specific circumstances. In unique situations, our Guest Relations staff will discuss special accommodations for persons who are concerned the DAS Card doesn't meet their needs (e.g., for those whose disability limits the duration of their visit to the park or limits their choice of attractions). All accommodations will be made in person, on site at Guest Relations.

### What are some other services available to Guests with disabilities?

Disney Parks offer a variety of services to Guests with disabilities, such as Disney's Handheld Device that offers assistive listening, captioning and audio description. Additionally, Disney Parks has developed a "Guide for Guests with Cognitive Disabilities" as well as a "Guide for Guests with Disabilities" that can be obtained on the Guest Services page of waltdisneyworld.com and disneyland.com. Disney Parks will continue to provide excellent Guest service and accessible experiences. Guests should visit Guest Relations at any park should they feel they need assistance due to a disability.

### Will Disney Parks continue to provide a service to wish-granting organizations?

This process will not affect those who are visiting on trips organized by wish-granting organizations.

### How do I ride an attraction multiple times?

As soon as a Guest finishes one attraction, they can receive a return time for the same or another attraction. The DAS Card can be used in conjunction with *Disney FASTPASS Service* and *Disney FastPass+* service.

### What if I have to leave a queue due to my disability?

Based on your immediate need, please locate the nearest Cast Member or visit Guest Relations located in the Park.