# Exhibit 2-D

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

To:    Sanchez, Betsy E[Betsy.E.Sanchez@disney.com]; Brown, Suzi[Suzi.Brown@disney.com]; Ontko, David A[David.A.Ontko@disney.com]
Cc:    Jones, Mark[Mark.Jones@disney.com]
From:    Appleton, Betty
Sent:    Wed 5/29/2013 3:03:52 PM
Importance:    Normal
Subject:    Disabled Tour Guide

You most likely have this already.

Betty

**Disabled Disneyland Guide (Anaheim)**

 image 1



http://images.craigslist.org/3Ef3M73J55Ld5Nc5Kdd5tde6e462d554b1bb3.jpg

I am disabled from being run over and crushed beneath the wheels of a semi-truck when I was a kid. I am offering my services as a handicapped Disneyland guide. I walk with a cane, and sometimes use my wheelchair.

Because I am disabled, I can enter the rides through the Fastpass lines or through the handicapped access line, whichever is shorter. I can take up to five additional guests with me. This is the best way to enjoy Disneyland and California Adventure, with very

short lines.
I am available anytime with a bit of notice. My rate is $50 per hour, with a four hour minimum, and $300 maximum for park open to park closing. I am a married father of three daughters, 26, 19 and 12. I've been taking my three daughters to Disneyland for over a decade and they love being able to skip the long lines. The picture is my kid and her friend.
- Location: Anaheim
- it's NOT ok to contact this poster with services or other commercial interests


Betty Appleton
Director, DLR Risk Management Services
phone:  714-781-1219 or 8232-1219
fax: 818-973-7800
This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (714) 781-3863 and delete this e-mail message from your computer, Thank You.

**Disney-AL1057806**
DisneyCA-TP0009032
Evidence Packet P.0753