# Exhibit 2-E

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E



HIGHLY CONFIDENTIAL

Disney-AL1021269
DisneyCA-TP0020730
Evidence Packet P.0755