# Exhibit 2-F

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Evidence Packet P.0756

**To:** Ennis, Bob[Bob.Ennis@disney.com]
**From:** Armor, Alison
**Sent:** Mon 1/7/2013 10:02:35 AM
**Importance:** Normal
**Subject:** FW: DAK GAC Situation
TaylorGAC.jpg

**From:** Evans, Todd
**Sent:** Monday, January 07, 2013 8:34 AM
**To:** Riles, Sarah (Fisk); Armor, Alison
**Subject:** FW: DAK GAC Situation

FYI,

This is the second guest in a month that using a GAC card as a paid tour guide. The other was at DLR. Not sure what can be done about this but seem to be a bigger issues than we are currently aware of!

Todd

**From:** McMichael, Jan
**Sent:** Sunday, January 06, 2013 3:53 PM
**To:** Evans, Todd
**Subject:** FW: DAK GAC Situation

Another reason to do something different. He uses his AP more than 2 weeks every month, so making some good money providing tours with it.

Jan

Confidential
CONFIDENTIAL

Disney-AL1014901
DisneyCA-TP0020531
Evidence Packet P.0757

**From:** Lehrer, Kristin
**Sent:** Saturday, January 05, 2013 8:30 PM
**To:** McMichael, Jan; Kuntz, Mary E
**Cc:** Nayeri, Staci (Welp)
**Subject:** Fw: DAK GAC Situation

And you wonder why my ghost riders are out of control ....

Kristin Lehrer
Walt Disney World - Disney's Animal Kingdom
Operations Manager - Asia Attractions
407*938*2840 or 8263*2840

***this message was sent via blackberry , please excuse any typos

**From**: Hove, Andrew J
**Sent**: Saturday, January 05, 2013 02:26 PM
**To**: Stewart, Michael C
**Cc**: White, Martha; Smith, Marvin; Lehrer, Kristin
**Subject**: DAK GAC Situation

Hi Mike,

On Dec 28th around 6:45pm, I saw this guest come through the FastPass queue at Everest. After he was inside, another gentleman ran up to me explaining that his tour guide had already entered the queue and need to catch up with him because "he paid for this tour." I didn't realize he was talking about the man in this photo and explained to him I did not see a DSA tour guide come through our queue. The gentleman was pretty upset so I asked him to wait here until his "tour guide" came back out. Once the man in the attached photo came out, I asked him how he got through the queue. He then presented me with the attached GAC card. I verified with the upset gentleman that he paid this man to take him and his party through the parks and he said yes. I believe the man in the attached photo is an Annual pass holder, who obtained a GAC card for 2 months, and gives paid tours of Disney with access to FastPass.

Please let me know if you have any questions.

Confidential
CONFIDENTIAL

Disney-AL1014902
DisneyCA-TP0020532
Evidence Packet P.0758

AJ Hove

DAK Asia Operations

Guest Service Manager

Confidential
CONFIDENTIAL

Disney-AL1014903
DisneyCA-TP0020533
Evidence Packet P.0759