# Exhibit 2-H

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E



Planning a Trip to the

# Disneyland® Resort

*A Resource for Guests with Cognitive Disabilities including Autism Spectrum Disorder (ASD)*

**Disney-AL0000016**
DisneyCA-TP0000016
Evidence Packet P.0764

Welcome to the *Disneyland®* Resort, the place where imagination is the destination. For young and old, big and small-it's the happiest place on earth! This Guide is designed to assist families of those with cognitive disabilities, including those with Autism Spectrum Disorder (ASD), in planning a trip to the *Disneyland®* Resort.

## *Table of Contents*

Frequently Asked Questions & Helpful Tips ........ 1-6

Trip Planning Strategies ........ 7-8

Driving & Parking ........ 9-10

Park Entrances/When You Arrive ........ 11-12

Cast Members ........ 13-14

Lost Persons/If You Get Lost ........ 15-16

Attractions Details Matrix ........ 17-30

Accessing Attractions ........ 31-32

Need A Break? ........ 33-34

Disney Characters ........ 35-36

*Additional information about the Disneyland® Resort, including our services for Guests with disabilities, can be found by visiting our website at www.disneyland.com or by calling (714) 781-4636. The Disneyland® Park and Disney California Adventure® Park Guides for Guests with Disabilities are also available for download from this website. These Guides outline specific information about each attraction, including height requirements and health restrictions.*

# Frequently Asked Questions & Helpful Tips

**Q: What are some tips to prepare my family member with a cognitive disability for a trip to the *Disneyland*® Resort?**

A: Advanced planning is recommended for all Guests with cognitive disabilities visiting either *Disneyland*® Park or *Disney California Adventure*® Park. As you would imagine, our theme parks offer sensory stimulation including crowds, dark and loud theaters and attractions, lights and noises, and waiting in line. It is suggested that you review the trip planning strategies on pages 7 and 8 of this Guide. You may also refer to this Guide for further suggestions on items to discuss with your family member in advance of your visit and to obtain specific information about our attractions. Additional information can be found by visiting our website at www.disneyland.com or by calling (714) 781-4636.

**Q: When should I purchase tickets?**

A: It is recommended that tickets be purchased in advance to avoid the possibility of waiting in line at our ticket locations in the main entrance plaza/Esplanade area outside of the Theme Park entrances. Tickets for *Disneyland*® Park and *Disney California Adventure*® Park, including Annual Passports, can be purchased in advance online at www.disneyland.com or by calling (714) 781-4636.

**Q: Where is Stroller/Wheelchair Rental?**

A: If a member of your family needs to rent a stroller, a wheelchair, or ECV/motorized scooter, proceed to *Disneyland*® Resort Stroller Shop located in the main entrance plaza to the right of *Disneyland*® Park entrance.

**Q: Do you offer a Rider Switch if my family member with a cognitive disability is not able to ride a particular attraction?**

A: Yes. If you have 3 or more in your party, you may be able to take advantage of the attraction Rider Switch program that enables you to experience the attraction while another member of the party waits with the Guest who does not ride. You then "swap" to enable the other party member to enjoy the attraction without having to wait in the line again. For details and to use this service, inquire with the Cast Member at the attraction.

# *Frequently Asked Questions & Helpful Tips*

**Q: What if my family member with a cognitive disability has difficulty waiting in line or understanding the concept of time?**

A: To access our attractions, Guests with cognitive disabilities have several options including use of the standard queue, Disney FASTPASS® service, the Disability Access Service Card, and/or additional accommodations based on individual service need. To determine which option or options are best for your party, visit Guest Relations at either City Hall in *Disneyland®* Park or the Chamber of Commerce in *Disney California Adventure®* Park. Additional information can be found on pages 31 and 32 of this Guide or by visiting our website at www.disneyland.com.

**Q: What should I do if my family member with a cognitive disability needs to remain in a stroller while in the attraction queues?**

A: Visit Guest Relations at either City Hall in *Disneyland®* Park or the Chamber of Commerce in *Disney California Adventure®* Park to receive a "stroller as wheelchair" tag to be placed on your stroller for easy identification by our attractions Cast Members.

**Q: Where can we go if my family member with a cognitive disability becomes over-stimulated (has a "melt down") or needs a break area?**

A: You can ask a Cast Member where the nearest quiet location is located. Examples of break areas include First Aid in *Disneyland®* Park (on Main Street, U.S.A. near the Plaza Inn restaurant) and in *Disney California Adventure®* Park (on Buena Vista Street next to the Chamber of Commerce). Please refer to pages 33 and 34 of this Guide for further suggestions.

**Q: Are restrooms readily available in the theme parks and do you also offer companion (sometimes called "family") restrooms?**

A: Yes, there are multiple men's and women's restroom facilities throughout our parks. We do also offer companion (family) restrooms in locations, including First Aid, which are listed in our Guides for Guests with Disabilities. These restrooms are larger than traditional restrooms and can be helpful if your family member with a cognitive disability needs assistance or requires that someone be with them in the restroom. Note that many of our restrooms use automatic toilet flushing equipment which can be loud.

# Frequently Asked Questions & Helpful Tips

**Q: How can I find out what each of the attractions at *Disneyland*® Park and *Disney California Adventure*® Park are like? Is there a listing that outlines the various special effects in each as well?**
A: Yes. Please refer to pages 17-30 of this Guide for further information about each attraction including details such as how long a ride might take and the type of special effects it has (smells/scents, flashing lights, loud noises, darkness, etc.). Additional information about our attractions can be found by visiting our website at www.disneyland.com or by calling (714) 781-4636.

**Q: How can I find out about food options/preparation methods for my family member with a cognitive disability who has specific dietary needs?**
A: Most table service restaurants in the theme parks can accommodate most food allergies or intolerances and advanced requests can be made when booking your dining reservation or by speaking with the chef or a manager on duty at the restaurant. Guests with food allergies or intolerances are also allowed to bring food items into the theme parks. Please inform the Cast Member at bag check that someone in the party has a food allergy or intolerance. Note that Cast Members are prohibited from storing, preparing, cooking or reheating any food brought into our theme parks. Additional dietary information, including policies and further accommodations, can be found by visiting our website at www.disneyland.com or by calling (714) 781-3463.

**Q: Are there any other tools or resources the *Disneyland*® Resort offers for my trip planning or during my visit?**
A: If you have any questions or require information upon arrival at the theme parks, visit Guest Relations at either City Hall in *Disneyland*® Park or the Chamber of Commerce in *Disney California Adventure*® Park. Additional information can be found by visiting our website at www.disneyland.com or by calling (714) 781-4636. The *Disneyland*® Park and *Disney California Adventure*® Park Guides for Guests with Disabilities are also available for download from this website. These outline specific information about each attraction, including height requirements and health restrictions.

# Fun at the Disneyland® Resort!

*Tips and Strategies for Families of Individuals with Cognitive Disabilities*

When going on a family outing, especially to a place like the *Disneyland®* Resort with its crowds and various sights, sounds and smells, it is critical to plan ahead. This Guide contains tips and tools designed to promote the enjoyment of the *Disneyland®* Resort experience for everyone involved. While you plan and prepare for your trip, keep in mind, this experience is supposed to be fun, not just for your family member with a cognitive disability, but for your entire family!

## WHAT TO EXPECT

**1. Drive and park the car**

**2. Ride the tram or bus to the Park**

**3. Go through security check**

**4. Buy and hand in tickets**

**5. Study the map**

**6. Visit Guest Relations**

**7. Have some fun!**

**8. Get your favorite snack**

**9. Take a break**

**10. Time to go home**

## HOW TO PREPARE

1) **Review this Guide.** This Guide gives an overview of the parks and what to expect during your trip. Knowing what to expect is a key component of a successful adventure!

2) **Create or review a Visual Schedule.** The previous page of this Guide provides an overview of a possible timeline for a day of fun at *Disneyland®* Park or *Disney California Adventure®* Park. Go over this or similar timeline with your family member so he or she can learn the routine.

3) **Watch videos.** Search www.disneyland.com or other sites for videos of *Disneyland®* Resort experiences. There are video tours of the Theme Parks, of certain rides and of the many Cast Members (employees) and characters your family will see during your trip.

4) **Study the map.** You can find comprehensive maps of both *Disneyland®* Park and *Disney California Adventure®* Park at www.disneyland.com. Review the maps with your family and try to lay out a plan for your day.

5) **Choose a place on the map to meet in case you are separated.** Be sure your family member is aware of the location and show it to them once you arrive. Continue to stress the importance of staying close together at all times.

6) **Practice waiting in line.** Waiting in line can be a big part of *Disneyland®* Park and *Disney California Adventure®* Park experience. Practice waiting if you can either at home or in lines at the grocery store, ice cream shop, etc.

## WHAT TO BRING

1) **A bracelet or nametag** with your family member's name, a contact number for you, and any other important things to know about your family member.

2) **Ear plugs or headphones.** The parks can be very noisy in certain places. There might be fireworks or announcements on loud speakers. If you choose to go on fast rides, the sounds from the fellow riders may scare your family member.

3) **A favorite device or activity.** Bring your family member's tablet, video game, comic book, or anything else you think might distract them and keep them occupied during any periods of waiting.

4) **Reinforcers for good behavior.** Trips to the parks can be long, so items that motivate your family member will be helpful in reinforcing good behavior so your family is able to enjoy a full day of fun!

5) **A sensory toy,** like a stress ball or other calming item, in the event your family member experiences sensory overload (the sights, sounds, smells and commotion at *Disneyland®* Park or *Disney California Adventure®* Park could become an issue).

# Driving & Parking

Upon arriving at the *Disneyland*® Resort, your family will be directed to a parking location and separate parking facilities exist for the theme parks (combined parking areas for both *Disneyland*® Park and *Disney California Adventure*® Park), the *Downtown Disney*® District, and the *Disneyland*® Resort Hotels. Depending on availability, you may be directed to an alternate parking facility. The largest parking area for the theme parks is the Mickey and Friends Parking Structure, a 6-story parking garage off Disneyland Drive followed by the Buzz, Woody, and Jessie (Toy Story®) parking lots at the intersection of Harbor Boulevard and Convention Way.

Once you park your vehicle, please walk to our transportation pick up area where your family might take either an open-aired tram (at the base of the Mickey and Friends Parking Structure) or bus (at the entrance to the Toy Story® parking lots) to our main entrance plaza. Each section of the tram has a series of rows facing forward and at least one row facing backwards. Each row accomodates 4 adults and has closing doors. Note that you can also walk from both parking areas to the main entrance plaza (15-20 minute walk).

For further information about parking prices, hours, or if you need help finding your way to the *Disneyland*® Resort, visit our website at www.disneyland.com or call (714) 781-4636.

# Park Entrances/ When You Arrive

## Screening Areas
Before entering our theme parks, there are Guest screening/bag check areas at both the Harbor Boulevard entrance as well as the *Downtown Disney®* entrance to the main entrance plaza. In these locations, Cast Members will be checking bags, backpacks, jackets, and other personal items. Depending on the length of the line, your family may experience some waiting. Also note that the Cast Member will briefly take possession of your personal items so they may be checked. Those with jackets may be asked to open them, and pockets should be emptied.

## Main Entrance
Once your personal items have been checked, you will be in the main entrance plaza, also known as the Esplanade, which is the gateway to both *Disneyland®* Park and *Disney California Adventure®* Park. This is also where your family can purchase tickets, if you need to, as well as rent a stroller, wheelchair, or ECV/ motorized scooter for the day.

## Theme Park Entrances/Turnstiles
With your park tickets in hand, your party can then proceed to the entrance gates/turnstiles of either *Disneyland®* Park or *Disney California Adventure®* Park. Depending on the length of the line, your family may experience some waiting. When it is your turn, give your ticket to the Cast Member working the line who will scan your ticket. Your family will then be asked to proceed through a turnstile which includes rotating metal arms that keep track of the number of people entering the park. If requested, and if you have concerns with your family member with a cognitive disability using the turnstile, the Cast Member can also open a manual bypass gate.

## Cast Members

When your family arrives at the *Disneyland*® Resort, you will meet the friendly Disney employees who are called "Cast Members".

The term "Cast Member"was coined by Walt Disney himself and pays homage to the name given to those performing in a show or in a movie. Cast Members are easily identified by their nametags which also highlight their hometown. All our Cast Members are trained to assist in answering questions and providing directions. In the event a member of your party gets lost, have them find a Cast Member for assistance (please refer to pages 15 and 16 of this Guide for further information).

## *Lost Persons/If You Get Lost*

If a member of your family gets lost, have them immediately find a Cast Member who will assist in trying to reunite you. There is also a lost persons/children location in each theme park (near First Aid in *Disneyland®* Park and next to The Bakery Tour in the Pacific Wharf area of *Disney California Adventure®* Park) where lost persons can be escorted by Cast Members. It is recommended that you take a photo of members of your party (especially if your family member with a cognitive disability has a tendency to wander off) on your mobile device. This photo can be of great assistance to quickly reunite your party if you are separated. You may also consider making a nametag for your family member that includes their name as well as a family member's name and mobile phone number.

## Disneyland Attraction Details

| Main Street, U.S.A. | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Disneyland® Railroad | Slow moving train ride around perimeter of park. Multiple stations along route. Grand Canyon and Primeval World dioramas part of ride between Tomorrowland and Main Street, USA stations | ✓ | | ✓ | ✓ | | | | | Short tunnels; Enclosed dioramas between Tomorrowland and Main St stations | N/A | Full route: 15-20 Min | |
| Horseless Carriage | One way transportation to/from Main St. Town Square and Sleeping Beauty Castle | | | | | | | | | | N/A | 10 Min | |
| Fire Engine | Stationary fire truck to explore (located at the Fire Station). Sometimes available for one way transportation | | | ✓ | | | | | | | N/A | Self Paced | |
| Horse-Drawn Streetcar | One way transportation to/from Main St. Town Square and Sleeping Beauty Castle | ✓ | | | | | | | | | N/A | 10 Min | |
| Omnibus | One way transportation to/from Main St. Town Square and Sleeping Beauty Castle | | | | | | | | | | N/A | 10 Min | |
| Great Moments with Mr. Lincoln | Historic look at the life of President Abraham Lincoln | | | | ✓ | | | | | | N/A | 20 Min | |
| Main Street Cinema | Theater featuring continuously running Disney cartoons | | ✓ | | ✓ | | | | | | N/A | Self Paced | |

| Adventureland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enchanted Tiki Room | Tropical show presented in the round featuring birds, tiki poles, and plants | | ✓ | ✓ | ✓ | | | | | Simulated thunder & lightning | N/A | 20 Min | |
| Jungle Cruise | Guided tour down famous rivers of the world | ✓ | | ✓ | ✓ | | | | ✓ | Loud motor & simulated gunshots; Travel through short cave | N/A | 10 Min | |
| Indiana Jones™ Adventure | Fast paced, roller coaster type ride following in the footsteps of Indiana Jones | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns, fire, & air bursts | Lap Belt | 7 Min | ✓ |
| Tarzan's Treehouse™ | Tour Tarzan's jungle home built in an 80 ft tree. Also visit the interactive Base Camp | | | | | | | | | | N/A | Self Paced | |

| Critter Country | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Splash Mountain | Fast paced, roller coaster type water ride featuring B'rer Rabbit, B'rer Fox, and B'rer Bear | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | Splashing water & several drops | Lap Bar | 7 Min | ✓ |
| Davy Crockett's Explorer Canoes | Guest participation canoe ride on the Rivers of America. Open seasonally | ✓ | | | | | | | ✓ | | N/A | 10 Min | |
| The Many Adventures of Winnie the Pooh | Ride featuring Winnie the Pooh, Tigger, and friends | | ✓ | ✓ | | ✓ | | | | | Lap Bar | 5 Min | |

## Disneyland *Attraction Details*

| New Orleans Square | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pirates of the Caribbean** | Boat ride featuring Captain Jack Sparrow and his merry band of pirates. Features 2 drops in total darkness | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | 2 drops in darkness; Splashing water | N/A | 12 Min | |
| **Haunted Mansion** | Ride through a haunted house inhabited by 999 ghosts | | ✓ | ✓ | ✓ | | | | | Periods of darkness; Pop up characters | Lap Bar | 7 Min | |

| Frontierland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pirate's Lair on Tom Sawyer Island** | Interactive island in middle of the Rivers of America. Must take raft to get to/from island | ✓ | | | | | | | | | N/A | Self Paced | |
| **The Golden Horseshoe Stage** | Shows performed throughout the day. Also offers food and beverage | ✓ | | ✓ | | | | | | | N/A | Self Paced | |
| **Frontierland Shootin' Exposition** | Outdoor shooting arcade. Additional cost to participate | | | ✓ | | | | | | | N/A | Self Paced | |
| **Mark Twain Riverboat** | Boat ride on the Rivers of America | ✓ | | ✓ | | | | | | Whistle & loud motor | N/A | 10 Min | |
| **Sailing Ship Columbia** | Boat ride on the Rivers of America | ✓ | | ✓ | | | | | | Bell & cannon blast | N/A | 10 Min | |
| **Big Thunder Mountain Railroad** | Fast paced, roller coaster type ride that is the "wildest ride in the wilderness" | | | ✓ | | ✓ | ✓ | | | Quick turns, sudden drops, & simulated earthquake | Lap Belt | 5 Min | ✓ |
| **Big Thunder Ranch** | Petting zoo & performance area | ✓ | | | | | | | | | N/A | Self Paced | |
| **Fantasmic!** | Night-time show starring Mickey featuring water jets, projections, and pyrotechnics performed on the Rivers of America. LIMITED viewing areas | | ✓ | ✓ | ✓ | | | | ✓ | | N/A | 30 Min | |

# Disneyland Attraction Details

| Fantasyland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Royal Hall @ Fantasy Faire | Character Meet and Greet featuring Disney Princesses | | | | | | | | | | N/A | Depends on Wait Time | |
| Royal Theatre @ Fantasy Faire | Comedic storytelling featuring characters from "Tangled" and "Beauty & the Beast" | | | | | | | | | | N/A | Depends on Wait Time | |
| Pinocchio's Daring Journey | Ride featuring characters and scenes from Pinocchio | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns | Lap Bar | 3 Min | |
| Snow White's Scary Adventures | Ride featuring characters and scenes from Snow White & the 7 Dwarfs. Some scenes may be frightening | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns | Lap Bar | 3 Min | |
| Sleeping Beauty Castle Walkthrough | Walk through of Sleeping Beauty Castle. Alternate experience available | | | | ✓ | | | | | | N/A | Self Paced | |
| King Arthur Carrousel | Carrousel ride with elaborately decorated horses and chariots | | | ✓ | | | | | | | Lap Belt | 5 Min | |
| Casey Jr. Circus Train | Train ride based on characters from Dumbo the Flying Elephant | | | | | | | | | | N/A | 5 Min | |
| Dumbo the Flying Elephant | Spinning aerial ride featuring Guest-controlled Dumbos | | | | | ✓ | ✓ | ✓ | | | Lap Belt | 3 Min | |
| Mr. Toad's Wild Ride | Ride featuring characters and scenes from The Adventures of Ichabod and Mr. Toad | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns; Simulated train headlight | Lap bar | 5 Min | |
| Peter Pan's Flight | Slow moving ride featuring characters and scenes from Peter Pan | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | Quick turns | Lap Bar | 5 Min | |
| Mad Tea Party | Spinning tea cup ride based on Alice in Wonderland | | | | | | ✓ | | | Spinning | N/A | N/A | |
| Alice in Wonderland | Ride featuring scenes and characters from Alice in Wonderland | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns | Lap Bar | 7 Min | |
| Pixie Hollow | Character Meet and Greet featuring Disney Fairies | | | | | | | | | | N/A | Depends on Wait Time | |
| Matterhorn Bobsleds | Fast paced, roller coaster type ride in and around a mountain | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns, sudden drops, & Abominable Snowman | Lap Belt | 7 Min | |
| Storybook Land Canal Boats | Guided slow moving boat ride through Storybook Land | ✓ | | | ✓ | | | | | Travel through short cave | N/A | 10 Min | |
| "it's a small world" | Slow moving boat ride featuring dolls and scenes from countries around the world | ✓ | ✓ | ✓ | | | | | | | N/A | 10 Min | |
| Mickey & the Magical Map @ Fantasyland Theatre | Stage show featuring Mickey, King Louie, and other Disney characters | | ✓ | ✓ | | | | | | | N/A | 30 Min | |

# Disneyland *Attraction Details*

| Mickey's Toontown | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Goofy's Playhouse | Interactive play area | | | | | | | | | | N/A | Self Paced | |
| Donald's Boat | Interactive play area with water features | ✓ | | | | | | | ✓ | | N/A | Self Paced | |
| Gadget's Go Coaster | Fast paced, roller coaster type ride | | | | | ✓ | ✓ | | | Quick turns & sudden drops | Lap Bar | 5 Min | |
| Chip 'n Dale Treehouse | Interactive play area | | | | | | | | | | N/A | Self Paced | |
| Mickey's House and Meet Mickey | Character Meet and Greet and walk through to meet Mickey Mouse himself | | | | | | | | | | N/A | Depends on Wait Time | |
| Minnie's House | Interactive walk through of Minnie's house | | | | | | | | | | N/A | Self Paced | |
| Roger Rabbit's Car Toon Spin | Spinning car ride featuring characters and scenes from Who Framed Roger Rabbit? | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns | Lap Belt | 7 Min | ✓ |

| Tomorrowland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finding Nemo Submarine Voyage | Underwater submarine ride featuring characters and scenes from Finding Nemo. Confined space. Alternate experience available | ✓ | ✓ | ✓ | ✓ | | | | ✓ | Confined space in submarine | N/A | 10 Min | |
| Disneyland® Monorail | Elevated train traveling between Tomorrowland and Downtown Disney | | | ✓ | | | | | | | N/A | 10 to 20 Min | |
| Autopia | Go kart-type ride on a "highway of the future" | ✓ | | ✓ | | | | | | Loud motors | Lap belt | 7 Min | ✓ |
| Innoventions | Features interactive and walk through exhibits showcasing technology of the future | | ✓ | ✓ | | | | | | | N/A | Self Paced | |
| Space Mountain | Fast paced, roller coaster type ride through the darkness of space | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Quick turns & sudden drops in total darkness | Lap Belt | 5 Min | ✓ |
| Starcade | Video arcade. Additional cost to participate | | ✓ | ✓ | ✓ | ✓ | | | | | N/A | Self Paced | |
| Star Tours-The Adventures Continue | Fast paced, simulator with 3D effects and featuring characters and scenes from the Star Wars films | | ✓ | ✓ | ✓ | ✓ | ✓ | | | 3D effects; Quick turns & sudden drops | Lap Belt | 7 Min | ✓ |
| Astro Orbitor | Spinning ride that allows honorary astronauts to control how high or low their rocket ship goes | | | | | ✓ | ✓ | ✓ | | | Lap Belt | 3 Min | |
| Buzz Lightyear Astro Blasters | Interactive target shooting ride experience featuring Buzz Lightyear and the evil Emperor Zurg | | ✓ | ✓ | ✓ | | | | | Guest-controlled spinning | Lap Bar | 7 Min | |



Disney
CALIFORNIA
ADVENTURE

*Attraction Details*

| Buena Vista Street | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Red Car Trolley | Trolley to/from Buena Vista Street to The Tower of Terror. Multiple stations along route | | | ✓ | | | | | | Bell | N/A | 10 to 20 Min | |

| "a bug's land" | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Francis' Ladybug Boogie | Spinning ride similar to Mad Tea Party in Disneyland Park | | | | | ✓ | ✓ | | | Spinning | N/A | 3 Min | |
| Flik's Flyers | Spinning aerial ride | | | | | ✓ | ✓ | ✓ | | | N/A | 3 Min | |
| Tuck and Roll's Drive 'Em Buggies | Bumper car-style ride | | | | | ✓ | ✓ | | | Bumping by other cars | Lap Belt | 3 Min | |
| Princess Dot Puddle Park | Interactive play area with water features | ✓ | | | | | | | ✓ | Splashing water | N/A | Self Paced | |
| Heimlich's Chew Chew Train | Slow moving train ride featuring Heimlich from Disney-Pixar's A Bug's Life | ✓ | | | | | | | | | Lap Belt | 3 Min | |
| It's Tough to be a Bug | 3D movie featuring characters from Disney-Pixar's A Bug's Life | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | 3D effects including water, spiders drop from ceiling, air bursts, & moving seats | N/A | 10 Min | |

## Disney California Adventure Attraction Details

| Hollywood Land | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Disney Junior— Live on Stage! | Show featuring the Disney Jr. characters. Streamers, bubble, and paper coins fall from the ceiling | | ✓ | ✓ | ✓ | | | | | | N/A | 30 Min | |
| Muppet*Vision 3D | 3D movie featuring Kermit the Frog, Miss Piggy, and all their friends | ✓ | ✓ | ✓ | ✓ | | | | ✓ | 3D effects; Squirting water | N/A | 30 Min | |
| Sorcerer's Workshop | Walk through experience which inlcudes Ursula's Lair and Beast's Library | | ✓ | ✓ | ✓ | | | | | | N/A | Self Paced | |
| Character Close Up | Walk through exhibit featuring character art. Zoetrope uses strobe effects | | ✓ | | ✓ | | | | | Strobe effect for Zoetrope | N/A | Self Paced | |
| Animation Academy | Workshop teaching Guests how to draw like a Disney Animator | | | | | | | | | | N/A | 15 Min | |
| Turtle Talk with Crush | Interactive show featuring Crush from Finding Nemo | | | | ✓ | | | | | | N/A | 15 Min | |
| The Hollywood Backlot Stage | Performance area for visiting Guest groups | | | ✓ | | | | | | | N/A | Varies | |
| Monsters, Inc. Mike and Sulley to the Rescue! | Ride featuring characters and scenes from Monsters, Inc. | | ✓ | ✓ | ✓ | ✓ | | | | Quick turns | Lap Bar | 5 Min | |
| Disney's Aladdin—A Musical Spectacular | Stage show featuring characters and scenes from Disney's Aladdin | | ✓ | ✓ | ✓ | | | | | Performers in audience | N/A | 45 Min | |
| The Twilight Zone Tower of Terror™ | Fast paced thrill ride with simulated elevator drops | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | Quick turns & sudden drops | Lap Belt | 7 Min | ✓ |

| Cars Land | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mater's Junkyard Jamboree | Whipping-style ride featuring Mater and Tractors from Disney-Pixar's Cars | | | | | ✓ | ✓ | | | Quick turns | Lap Bar | 3 Min | |
| Luigi's Flying Tires | Bumper car-style ride featuring giant tires floating on a cushion of air | | | ✓ | | ✓ | | | | Bumping by other tires | Lap Belt | 3 Min | |
| Radiator Springs Racers | Fast paced, roller coaster type ride through Radiator Springs and Ornament Valley with a race to the finish line | | ✓ | ✓ | | | ✓ | | | Quick & high banking turns | Lap Belt | 5 Min | ✓ |

| Pacific Wharf | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Bakery Tour | Tour through a working bakery featuring the sour dough bread making process | ✓ | | | | | | | | | N/A | 15 Min | |
| Walt Disney Imagineering Blue Sky Cellar | Walk through exhibit featuring coming attractions at the Disneyland Resort | | | | | | | | | | N/A | Self Paced | |



## Disney California Adventure Attraction Details

| Paradise Pier | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| California Screamin' | Fast paced, roller coaster type ride which includes a loop | | | ✓ | | ✓ | ✓ | | | Quick turns, sudden drops, & a loop | Over Shoulders | 5 Min | ✓ |
| King Triton's Carousel | Carrousel ride with elaborately decorated sea creatures and chariots | | | | | | | | | | Lap Belt | 3 Min | |
| Toy Story Midway Mania!® | 3D interactive target shooting ride experience featuring characters from Disney-Pixar's Toy Story | | ✓ | ✓ | | ✓ | ✓ | | | Spinning & quick turns | Lap Bar | 5 Min | |
| Mickey's Fun Wheel | Ferris Wheel with moving and non moving cars | | | | | ✓ | | ✓ | | Some cars move on a track | N/A | 10 Min | |
| Silly Symphony Swings | Swing-based spinning aerial ride | | | | | ✓ | ✓ | ✓ | | | Lap Bar | 3 Min | |
| Goofy's Sky School | Fast paced, roller coaster type ride featuring Goofy | | | ✓ | | ✓ | ✓ | ✓ | | Quick turns & sudden drops | Lap Bar | 5 Min | ✓ |
| Jumpin' Jellyfish | Ride featuring drops from the top of a tower | | | | | ✓ | ✓ | ✓ | | Sudden drops | Lap Belt | 3 Min | |
| Golden Zephyr | Spinning aerial ride | | | | | ✓ | ✓ | ✓ | | | Lap Belt | 5 Min | |
| The Little Mermaid Ariel's Undersea Adventure | Slow moving ride featuring Ariel and other characters from The Little Mermaid | | ✓ | ✓ | ✓ | | | | | Villains & some darkness | Lap Bar | 5 Min | |
| World of Color | Night-time show featuring water jets, projections, and lasers performed on Paradise Bay. LIMITED viewing areas | | ✓ | ✓ | ✓ | | | | ✓ | | N/A | 30 Min | ✓ |

| Grizzly Peak | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grizzly River Run | Fast paced, roller coaster type water ride down the Grizzly River in giant inner tubes | ✓ | | | | ✓ | ✓ | | ✓ | Possibility of getting wet | Lap Belt | 10 Min | ✓ |
| Redwood Creek Challenge Trail | Interactive play area | | | | | | | | | | N/A | Self Paced | |

| Condor Flats | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Soarin' Over California | Elevated hang glider simulator featuring famous California landmarks | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | Ride vehicle lifts off ground; Simulated flight | Lap Belt | 7 Min | ✓ |

SPACE MOUNTAIN
FASTPASS®
Return Anytime Between
11:55 AM
AND
12:55 PM
EARLY OR LATE ARRIVALS
CANNOT BE ACCOMMODATED
Another FASTPASS® ticket
will be available
after 11:55am
TUE AUG 06 2013
08/06/2013

# Accessing Attractions

*The Theme Parks offer a wide variety of great rides and shows and Guests with cognitive disabilities have several means of access available to assist in creating magical and memorable experiences.*

**Rides**

To access our attractions, Guests with cognitive disabilities have several options including use of the standard queue, Disney FASTPASS® service, the Disability Access Service Card, and/or additional accommodations based on individual service need. To determine which option or options are best for your party, visit Guest Relations at either City Hall in *Disneyland®* Park or the Chamber of Commerce in *Disney California Adventure®* Park.

**Shows**

At our shows, such as "Mickey & the Magical Map" and "Disney's Aladdin-A Musical Spectacular", we generally have posted performance times that you can learn about by either visiting www.disneyland.com or by picking up a daily Times Guide from the main entrance or Guest Relations. Lines begin forming leading up to the next show time and how much in advance your party should arrive to line up depends on various factors including the number of other Guests visiting on a particular day. Some shows even offer FASTPASS® service. For additional information on how best to experience one of our exciting shows, visit Guest Relations at either City Hall in *Disneyland®* Park or the Chamber of Commerce in *Disney California Adventure®* Park.

**Disney FASTPASS® Service**

FASTPASS® service is a great tool for all Guests visiting *Disneyland®* Park and *Disney California Adventure®* Park including those with cognitive disabilities. FASTPASS is a free service that gives you a reservation in line at selected rides and shows which means you will spend less time waiting in line and more time enjoying all the fun the parks have to offer. A FASTPASS ticket looks like a movie ticket and is printed after you insert your park admission ticket into a kiosk at the ride or show you want to see. The FASTPASS ticket you receive will tell you what time you can come back so you can get on the ride or see the show with a lot less waiting.

*Helpful Tip: If your family member with a cognitive disability might have difficulty visiting an attraction to obtain the FASTPASS® tickets to then have to return later to redeem it, consider sending one member of your party to obtain the FASTPASSES for the rest of the group (just make sure they have everyone's park admission ticket).*

**Disability Access Service**

The Disability Access Service Card is designed for Guests who are unable to tolerate extended waits at attractions due to their disability, and the service allows Guests to schedule a return time that is comparable to the current queue wait for the given attraction. Depending on a Guest with a cognitive disability's individual service needs, additional accommodations are available. To learn more about the Disability Access Service Card as well as additional accommodations available based on individual service needs, visit Guest Relations at either City Hall in *Disneyland®* Park or the Chamber of Commerce in *Disney California Adventure®* Park. NOTE: To obtain a Disability Access Service Card, eligible Guests will participate in a registration process that includes having their photo taken.

# Need A Break?

There are so many places throughout *Disneyland®* Park and *Disney California Adventure®* Park that are great for taking a break. There are also areas to relax that are typically a "little less busy" (depending on time of year and time of day) if your family member with a cognitive disability needs some down time. Some examples include:

**Disneyland Park**

**Main Street, USA:** First Aid
**Critter Country:** Near The Many Adventures of Winnie the Pooh attraction
**Frontierland:** Pirates Lair on Tom Sawyer Island (NOTE: you must take a raft ride to/from the island and some waiting may be required)
**Frontierland:** Big Thunder Ranch
**Mickey's Toontown:** Planter area in front of Roger Rabbit's Car Toon Spin attraction
**Table service and quick service restaurant seating areas (during non-peak periods)**

**Buena Vista Street:** First Aid next to the Chamber of Commerce
**Hollywood Land:** Backlot area near the Monsters Inc., Mike and Sulley to the Rescue! attraction
**"a bug's land":** All areas
**Cars Land:** Connector between Cars Land and "a bug's land" near the Luigi's Flying Tires attraction
**Paradise Pier:** World of Color viewing area (during the day when no shows are being performed)
**Paradise Pier:** Seating area of Boardwalk Pizza & Pasta/Paradise Garden Grill
**Grizzly Peak:** Redwood Creek Challenge Trail
**Table service and quick service restaurant seating areas (during non-peak periods)**

# Characters

Would you and your family like to see or even meet Disney Characters from your favorite movies or television shows? Many of our shows, parades, and rides at *Disneyland*® Park and *Disney California Adventure*® Park feature Disney Characters as do themed character dining experiences in our theme parks and hotels. You can also share a magical moment together and snap a photograph to capture the memories forever at numerous Disney Character meet and greet locations at both *Disneyland*® Park and *Disney California Adventure*® Park.

Characters are also available to sign autographs if your family member with a cognitive disability is a collector. Just bring an autograph book. A listing of character meet and greet locations, as well as all other attractions, can be found on pages 17-30 of this Guide or you can visit www.disneyland.com as well as Guest Relations for more information about all of our character experiences.



We hope this Guide has provided helpful information in
planning a visit for you and your family member with a
cognitive disability to the happiest place on earth-
the *Disneyland*® Resort.
If you have any questions that were not answered in this
Guide, please visit our website at www.disneyland.com
or call (714) 781-4636.

**Disney-AL0000036**
DisneyCA-TP0000036
Evidence Packet P.0784