# Exhibit 2-I

<u>Evidence Packet in Support of Defendant's Motions for Summary Judgment</u>

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E



Planning a Trip to the

# *Walt Disney World*® Resort
### *A Resource for Guests with Cognitive Disabilities including Autism Spectrum Disorder (ASD)*

**Disney-AL0000164**
DisneyCA-TP0000051
Evidence Packet P.0786

Welcome to the *Walt Disney World*® Resort, the place where imagination is the destination. For young and old, big and small - it's the most magical place on Earth! This Guide is designed to assist families of those with cognitive disabilities, including those with Autism Spectrum Disorder (ASD), in planning a trip to the *Walt Disney World*® Resort.

## Table of Contents

Frequently Asked Questions & Helpful Tips ———————————— 1-4

Trip Planning Strategies ————————————————— 5-6

Transportation & Getting Around ———————————————— 7-8

Park Entrances/When You Arrive ———————————————— 9-10

Cast Members ————————————————————— 11-12

Lost Persons/If You Get Lost ————————————————— 13-14

Attraction details for all four Theme Parks ——————————— 15-32

Accessing Attractions —————————————————— 33-34

Need A Break? ———————————————————— 35-36

Disney Characters ———————————————————— 37-38

Beyond the Theme Parks ————————————————— 39-40

Additional information about the *Walt Disney World*® Resort, including our services for Guests with disabilities, can be found by visiting our website at www.disneyworld.com or by calling (407) 939-5277. All four theme park-specific *Guides for Guests with Disabilities* (*Magic Kingdom*® Park, *Epcot*®, *Disney's Hollywood Studios*®, & *Disney's Animal Kingdom*® Theme Park) are also available for download from this website. These Guides outline specific information about each attraction, including height requirements and health restrictions.



**Disney-AL0000165**
DisneyCA-TP0000052
Evidence Packet P.0787

# Frequently Asked Questions & Helpful Tips

**Q: What are some tips to prepare my family member with a cognitive disability for a trip to the Walt Disney World® Resort?**

A: Advanced planning is recommended for all Guests with cognitive disabilities planning a visit to the Walt Disney World® Resort. As you would imagine, our Theme parks offer sensory stimulation including crowds, dark and loud theaters and attractions, lights and noises, and waiting in line. It is suggested that you review the planning tips and strategies offered on pages 5-6 of this Guide. You may also refer to this Guide for further suggestions on items to discuss with your family member in advance of your visit and to obtain specific information about our attractions. Additional information can be found by visiting our website at www.disneyworld.com or by calling (407) 939-5277.

**Q: When should I purchase tickets?**

A: It is recommended that tickets be purchased in advance to avoid the possibility of waiting in line at our ticket locations outside of the Theme Park entrances. Tickets for the Theme parks and water parks, including Annual Passes, can be purchased in advance online at www.disneyworld.com or by calling (407) 939-5277.

**Q: Where is Stroller/Wheelchair Rental?**

A: If your group needs to rent a stroller, wheelchair, or ECV/motorized scooter for the day, proceed to the stroller shops located near the main entrance to each of the four Theme Parks, Downtown Disney® Marketplace and Water Parks.

**Q: Do you offer a Rider Switch if my family member with a cognitive disability is not able to ride a particular attraction?**

A: Yes. If you have 3 or more in your party, you may be able to take advantage of the attraction Rider Switch program that enables you to experience the attraction while another member of the party waits with the Guest who does not ride. You then "swap" to enable the other party member to enjoy the attraction without having to wait in the line again. For details and to use this service, inquire with the Cast Member at the attraction.

**Q: What if my family member with a cognitive disability has difficulty waiting in line or understanding the concept of time?**

To access our attractions, Guests with cognitive disabilities have several options including use of the standard queue, Disney FASTPASS® service, Disney FastPass+, the Disability Access Service Card, and/or additional accommodations based on individual service need. To determine which option or options are best for your party, visit the Guest Relations lobby location near the entrance at any of the four Theme Parks. Additional information can be found on pages 33 and 34 of this Guide or by visiting our website at www.disneyworld.com.

**Q: What should I do if my family member with a cognitive disability needs to remain in a stroller while in the attraction queues?**

A: Visit the Guest Relations lobby location near the entrance at any of the four Theme Parks to receive a "stroller as wheelchair" tag to be placed on your stroller by our attractions Cast Members.

2

Disney-AL0000166
DisneyCA-TP0000053
Evidence Packet P.0788

# Frequently Asked Questions & Helpful Tips

**Q: Where can we go if my family member with a cognitive disability becomes over-stimulated (has a "melt down") or needs a break area?**

A: You can ask a Cast Member where the nearest quiet location is located. An example of a break area is First Aid located at all four Theme Parks and the Disney Water Parks. Please refer to pages 35 and 36 of this Guide for further suggestions.

**Q: Are restrooms readily available in the theme parks and do you also offer companion (sometimes called "family") restrooms?**

A: Yes, there are multiple men's and women's restroom facilities throughout our parks. We do also offer companion (family) restrooms at selected locations, including First Aid, which are listed in our park-specific Guides for Guests with Disabilities. These restrooms are larger than traditional restrooms and can be helpful if your family member with a cognitive disability needs assistance or requires that someone be with them in the restroom. Note that many of our restrooms use automatic toilet flushing equipment which can be loud.

**Q: How can I find out what each of the attractions at the *Magic Kingdom® Park*, *Epcot®*, *Disney's Hollywood Studios®*, & *Disney's Animal Kingdom®* Theme Park are like? Is there a listing that outlines the various special effects in each as well?**

A: Yes. Please refer to pages 15-32 of this Guide for further information about each attraction including details such as how long a ride might take and the type of special effects it has (scents/smells, flashing lights, loud noises, darkness, etc.). Additional information about our attractions can be found by visiting our website at www.disneyworld.com or by calling (407) 939-5277.

**Q: How can I find out about food options/preparation methods for my family member with a cognitive disability who has specific dietary needs?**

A: Most table service restaurants in the Theme Parks and resorts can accommodate most food allergies or intolerances and advanced requests can be made when booking your dining reservation or by speaking with the chef or a manager on duty at the restaurant. Guests with food allergies or intolerances are also allowed to bring food items into the theme parks. Please inform the Cast Member at bag check that someone in the party has a food allergy or intolerance. Note that Cast Members are prohibited from storing, preparing, cooking or reheating any food brought into the Theme Parks. Additional dietary information, including policies and further accommodations, can be found by visiting our website at www.disneyworld.com or by calling (407) 939-5277.

**Q: Are there any other tools or resources the *Walt Disney World®* Resort offers for my trip planning or during my visit?**

A: If you have any questions or require information upon arrival at the Theme Parks, visit Guest Relations near the main entrance. Additional information can be found by visiting our website at www.disneyworld.com or by calling (407) 939-5277. All four theme park-specific Guides for Guests with Disabilities (*Magic Kingdom® Park*, *Epcot®*, *Disney's Hollywood Studios®*, & *Disney's Animal Kingdom®* Theme Park) are also available for download from this website. These outline specific information about each attraction, including height requirements and health restrictions. Additionally, you can download the *My Disney Experience* application/app for free to your smart phone or tablet which provides access to information including attraction wait times and helpful park maps, and also allows you to make dining reservations. Visit www.disneyworld.com for more information.

4



Disney-AL0000167
DisneyCA-TP0000054
Evidence Packet P.0789

# Fun at the Walt Disney World® Resort!

## Tips and Strategies for Families of Individuals with Cognitive Disabilities

When going on a family outing, especially to a place like the *Walt Disney World®* Resort with its crowds and various sights, sounds and smells, it is critical to plan ahead. This Guide contains tips and tools designed to promote the enjoyment of the *Walt Disney World®* Resort experience for everyone involved.

While you plan and prepare for your trip, keep in mind, this experience is supposed to be fun, not just for your family member with a cognitive disability, but for your entire family!

## WHAT TO EXPECT



1. Drive and park the car



2. Ride the tram, monorail or bus to the Theme Park



3. Go through bag check



4. Buy and hand in tickets

5. Study the map

6. Visit Guest Relations

7. Have some fun!

8. Get your favorite snack



9. Take a break



10. Time to go home



## HOW TO PREPARE

1) **Review this Guide.** This Guide gives an overview of the parks and what to expect during your trip. Knowing what to expect is a key component of a successful adventure!

2) **Create or review a Visual Schedule.** The previous page of this Guide provides an overview of a possible timeline for a day of fun at one of the Walt Disney World® Resort theme parks. Go over this or similar timeline with your family member so he or she can learn the routine.

3) **Watch videos.** Search www.disneyworld.com or other websites for videos of *Walt Disney World®* Resort experiences. There are video tours of the Theme Parks, of certain rides and of the many Cast Members (employees) and characters your family will see during your trip.

4) **Study the map.** You can find comprehensive maps of all four theme parks at www.disneyworld.com. Review the maps with your family and try to lay out a plan for your day.

5) **Choose a place on the map to meet in case you are separated.** Be sure your family member is aware of the location and show it to them once you arrive. Continue to stress the importance of staying close together at all times.

6) **Practice waiting in line.** Waiting on line can be a big part of the *Walt Disney World®* Resort Theme Parks experience. Practice waiting if you can either at home or in lines at the grocery store, ice cream shop, etc.

## WHAT TO BRING

1) **A bracelet or nametag** with your family member's name, a contact number for you, and any other important things to know about your family member.

2) **Ear plugs or headphones.** The parks can be very noisy in certain places. There might be fireworks or announcements on loud speakers. If you choose to go on fast rides, the sounds from the fellow riders may scare your family member.

3) **A favorite device or activity.** Bring your family member's tablet, video game, comic book, or anything else you think might distract them and keep them occupied during any periods of waiting.

4) **Reinforcers for good behavior.** Trips to the parks can be long, so items that motivate your family member will be helpful in reinforcing good behavior so your family is able to enjoy a full day of fun!

5) **A sensory toy,** like a stress ball or other calming item. If your family member experiences sensory overload (the sights, sounds, smells and commotion could become an issue).

Disney-AL0000168
DisneyCA-TP0000055
Evidence Packet P.0790

# Transportation & Getting Around

There are many ways to get to Orlando and the *Walt Disney World*® Resort including motor vehicle, airplane, or train. Once at the *Walt Disney World*® Resort, there are several ways you and your family may get to and access the Theme Parks and other areas.

## DRIVING

If your family is driving to our theme parks each day during your stay, you will be directed to a parking lot where you can then take an open-aired tram to our main entrance area (note that trams do not stop at our disability parking lots). Each section of the tram has a series of rows facing forward and at least one row facing backwards. Each row accommodates 6 adults. If you would prefer, you can also walk from our parking lots to the main entrance area.

*NOTE: If you are visiting the Magic Kingdom*® *Park, the tram will drop you off at the Transportation and Ticket Center at which point your family can choose to ride either a ferry boat or the Walt Disney World*® *Monorail System to the main entrance of the park.*

## COMPLIMENTARY DISNEY TRANSPORTATION

Complimentary transportation is available throughout the *Walt Disney World*® Resort, including to and from Theme Parks, to Guests staying in select *Walt Disney World*® Resort hotels. You and your family can take the sights from a bus, ride high in the sky aboard our world-famous Monorail, or embark on a boat ride and enjoy transportation that delivers you from your Resort hotel to the Theme Parks and beyond.

## Buses

Most areas throughout the *Walt Disney World*® Resort, including Disney Theme Parks, Disney Water Parks, Resort hotels and the *Downtown Disney*® Area, are accessible by bus. Some bus routes may require transfer from one bus to another.

## Ferryboats

*Magic Kingdom*® Park is accessible by boat from Disney's Grand Floridian Resort & Spa, Disney's Polynesian Resort, Disney's Ft. Wilderness Resort and Campground, and Disney's Wilderness Lodge. Ferry boats connect *Magic Kingdom*® Park and the Transportation and Ticket Center. *Epcot*® and *Disney's Hollywood Studios*® are accessible by boat from Disney's BoardWalk Inn and Villas Resort, Disney's Yacht Club & Beach Club Resorts, and the *Walt Disney World*® Swan & Dolphin Hotels. *Downtown Disney*® Area is accessible by boat from Disney's Port Orleans Resort-French Quarter & Riverside, Disney's Old Key West Resort, and Disney's Saratoga Springs Resort.

## Monorail

Originally conceived as a public transport for the future, the *Walt Disney World*® Monorail System has three separate beams that travel throughout the *Walt Disney World*® Resort. The first makes stops at the Transportation and Ticket Center, *Magic Kingdom*® Park, Disney's Contemporary Resort, Disney's Grand Floridian Resort & Spa, and Disney's Polynesian Resort. Beams two and three offer express round-trip services to the *Magic Kingdom*® Park and *Epcot*® originating from the Transportation and Ticket Center.

For further information about transportation options, parking prices, hours, or if need help finding your way around the *Walt Disney World*® Resort, visit our website at www.disneyworld.com or call (407) 939-5277.

8

Disney-AL0000169
DisneyCA-TP0000056
Evidence Packet P.0791

# Park Entrances/When You Arrive

## Screening Areas

Before entering the Theme Parks, there are Guest screening/bag check areas for personal items. In these locations, Cast Members will be checking bags, backpacks, jackets, and other personal items. Depending on the length of the line, your family may experience some waiting. Also note that the Cast Member will briefly take possession of your personal items so they may be checked. Those with jackets may be asked to open them and pockets should be emptied.

## Main Entrance

Once your personal items have been checked, you will be in the main entrance area of one of the four Theme Parks. At *Epcot®*, *Disney's Hollywood Studios®*, and *Disney's Animal Kingdom®* Theme Park, this is also where your family can purchase tickets if you need to. At the *Magic Kingdom®* Park, tickets may be purchased at either the Guest Relations Window to the right of the main entrance or at the Transportation and Ticket Center prior to boarding the ferryboat or Monorail.

## Theme Park Entrances/Turnstiles

With your park tickets in hand (or around your wrist if you're using a *MagicBand*), your party can then proceed to the entrance gates/turnstiles of the park you're visiting. Depending on the length of the line, your family may experience some waiting. When it is your turn, you can place your ticket into the reader, wave your *MagicBand* on the touch point sensor, or have the Cast Member/employee working the line assist you. Depending on the type of ticket you have, each family member may also be asked to scan their index finger. When completed, you will then proceed through a turnstile or portal which could include a rotating metal arm that keeps track of the number of people entering the park. If requested, and if you have concerns with your family member with a cognitive disability using a turnstile, the Cast Member can also open a manual bypass gate.

Just inside the entrance at all four theme parks is the stroller, wheelchair, and ECV/mobility scooter rental shop where you and your family can rent a device for the day.



**Disney-AL0000170**
DisneyCA-TP0000057
Evidence Packet P.0792

12

# Cast Members

When your family arrives at the *Walt Disney World®* Resort, you will meet the friendly Disney employees who are called "Cast Members". The term "Cast Member" was coined by Walt Disney himself and pays homage to the name given to those performing in a show or in a movie. Cast Members are easily identified by their nametags which also highlight their hometown. All our Cast Members are trained to assist in answering questions and providing directions. In the event a member of your party gets lost, have them find a Cast Member for assistance (please refer to pages 13 and 14 of this Guide for further information).



Disney-AL0000171
DisneyCA-TP0000058
Evidence Packet P.0793

## Lost Persons/If You Get Lost

If a member of your family gets lost, have them immediately find a Cast Member who will assist in trying to reunite you. There is also a lost persons/children location in each Theme Park where lost persons can be escorted by Cast Members. It is recommended that you take a photo of members of your party (especially if your family member with a cognitive disability has a tendency to wander off) on your mobile device. This photo can be of great assistance to quickly reunite your party if you are separated. You may also consider making a nametag for your family member that includes their name as well as a family member's name and mobile phone number.



Disney-AL0000172
DisneyCA-TP0000059
Evidence Packet P.0794

# Magic Kingdom

| Main Street, U.S.A. | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walt Disney World® Railroad | Ride a vintage train around the perimeter of the park with stops in Frontierland and Fantasyland | ✓ | | | | | | | | Short tunnels; Train whistle | N/A | Full Route: 15-20 Min | |
| Town Square Theater | Character meet and greet featuring Mickey Mouse | | | | | | | | | | N/A | Depends on wait time | ✓ |

| Fantasyland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "it's a small world" | Slow moving boat ride featuring dolls and scenes from countries around the world | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | N/A | 10 Min | |
| Peter Pan's Flight | Slow moving ride featuring characters and scenes from Peter Pan | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Sharp turns | Lap Bar | 5 Min | ✓ |
| Mickey's PhilharMagic® | Get swept away in this 3-D movie starring Disney characters | ✓ | ✓ | ✓ | ✓ | | | | ✓ | | N/A | 12 Min | |
| Fairytale Garden | Character meet and greet featuring fairytale friends | | | | | | | | | | N/A | Depends on wait time | |
| Prince Charming Regal Carrousel | Climb aboard a regal steed on this classic attraction | | | | | | | | | Spinning | Lap Belt | 2 Min | |
| The Many Adventures of Winnie the Pooh | Ride featuring Winnie the Pooh, Tigger, and friends | | ✓ | ✓ | ✓ | ✓ | | | | Vehicle bounces in one scene | N/A | 3 Min | ✓ |
| Mad Tea Party | Spin around and around in a giant tea cup | | | | | | ✓ | | | Spinning | N/A | 2 Min | ✓ |
| Dumbo the Flying Elephant | Spinning aerial ride featuring Guest-controlled Dumbos | | | ✓ | | ✓ | ✓ | ✓ | | | Lap Bar | 2 Min | ✓ |
| The Barnstormer | Fast paced, roller coaster type ride | | | | | ✓ | ✓ | | | | Lap Bar | 1 Min | ✓ |
| Casey Jr. Splash 'N' Soak Station | Interactive water play area | ✓ | | ✓ | ✓ | | | | | | N/A | Self Paced | |
| Pete's Silly Slideshow | Character meet and greet under the Big Top | | | | | | | | | | N/A | Depends on wait time | |
| Under the Sea— Journey of the Little Mermaid | Slow moving ride featuring Ariel and other characters from The Little Mermaid | | ✓ | ✓ | ✓ | | | | | | N/A | 5 Min | ✓ |
| Ariel's Grotto | Character meet and greet featuring the Little Mermaid in her retreat under the sea | | | | | | | | | | N/A | Depends on wait time | |
| Enchanted Tales with Belle | Enjoy an interactive story adventure featuring Belle, Lumiere and possibly even you | | | | | | | | | | N/A | Varies | |

Disney-AL0000173
DisneyCA-TP0000060
Evidence Packet P.0795

**Magic Kingdom**

| Adventureland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tinker Bell's Magical Nook | Character meet and greet featuring Tinker Bell and her Fairy friends | | | | | | | | | | N/A | Depends on wait time | |
| Swiss Family Treehouse | Explore an elaborate treehouse- inspired by the classic Disney film. | | | | | | | | | | N/A | Self Paced | |
| The Magic Carpets of Aladdin | Fly high on a magic carpet | | | | | | | ✓ | | | Lap Belt | 2 Min | |
| Walt Disney's Enchanted Tiki Room | Watch tropical birds and colorful flowers come to life. | | ✓ | ✓ | ✓ | | | | | Simulated thunder and lightning | N/A | 20 Min | |
| Jungle Cruise | Guided tour down famous rivers of the world | | | ✓ | ✓ | | | | ✓ | Loud motor & simulated gunshots; Travel through short cave | N/A | 10 Min | ✓ |
| Pirates of the Caribbean | Boat ride featuring Captain Jack Sparrow and his merry band of pirates. Features 1 drop in darkness | | ✓ | ✓ | ✓ | | | | ✓ | 1 drop in darkness; Splashing water | N/A | 9 Min | |

| Frontierland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Splash Mountain | Turbulent flume adventure with high speeds, heights and sudden drops and stops. You may get wet | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | Splashing water; Sudden drops & stops | Lap Bar | 7 Min | ✓ |
| Tom Sawyer Island | Interactive island in middle of the Rivers of America. Must take raft to get to/from Island | ✓ | | | | | | | | | N/A | Self Paced | |
| Big Thunder Mountain Railroad | High speed, roller coaster-type ride that includes sharp turns, and sudden drops and stops | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Sharp turns, sudden drops, & simulated earthquake | Lap Belt | 5 Min | ✓ |
| Country Bear Jamboree | Knee-slappin' good time with singing bears | | ✓ | ✓ | ✓ | | | | | | N/A | 16 Min | |

Disney-AL0000174
DisneyCA-TP0000061
Evidence Packet P.0796

## Magic Kingdom

| Tomorrowland | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tomorrowland Speedway | Put the pedal to the metal in your very own hot rod | ✓ | | ✓ | | ✓ | | | | Loud motors | Seatbelt | 5 Min | |
| Space Mountain | Fast paced, roller coaster type ride through the darkness of space | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Sharp turns & sudden drops in total darkness | Lap Belt | 5 Min | ✓ |
| Astro Orbiter | Spinning ride that allows honorary astronauts to control how high or low their rocket ship goes above Tomorrowland | | ✓ | ✓ | | ✓ | ✓ | ✓ | | | Lap Belt | 3 Min | |
| Tomorrowland Transit Authority PeopleMover | Ride this emission-free mass transit system of the future. Period of darkness when traveling through Space Mountain | | | | ✓ | | | | | Darkness in Space Mountain portion | | 10 Min | |
| Walt Disney's Carousel of Progress | Travel through the 20th century to see how technology has improved our way of life | | | | ✓ | | | | | Moving theater | N/A | 20 Min | |
| Buzz Lightyear's Space Ranger Spin | Interactive target shooting ride experience featuring Buzz Lightyear and the evil Emperor Zurg | | ✓ | ✓ | ✓ | | | | | Guest-controlled spinning | Lap Bar | 5 Min | ✓ |
| Stitch's Great Escape™ | Interact with a mischievous Stitch in this dark, theater-in-the-round experience | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | Floor shaking; Restraint comes down from above | Over the shoulder restraint | 15 Min | |
| Monsters, Inc. Laugh Floor | Discover the power of laughter in this live comedy show | | ✓ | ✓ | ✓ | | | | | | N/A | 12 Min | |

| Liberty Square | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liberty Square Riverboat | Cruise the Rivers of America aboard the Liberty Belle. | ✓ | ✓ | ✓ | | | | | | | N/A | 13 Min | |
| The Hall of Presidents | Historic look at the office of President of the United States and the men who have held the position | | | | ✓ | | | | | | N/A | 22 Min | |
| Haunted Mansion | Ride through a haunted house inhabited by 999 ghosts | | ✓ | ✓ | ✓ | | | | | Pop up characters | Lap Bar | 8 Min | |

20

19

Disney-AL0000175
DisneyCA-TP0000062
Evidence Packet P.0797



**Disney Hollywood Studios**

| Hollywood Boulevard | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Great Movie Ride | Slow moving ride through some of Hollywood's most famous films | | | | ✓ | | | | | Gun shots; Aliens | N/A | 22 Min | |

| Echo Lake | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The American Idol Experience | Daily singing competition with audience voting. Based on the popular TV show | | ✓ | | | | | | | | N/A | 25 Min | |
| Indian Jones™ Epic Stunt Spectacular | Cheer on Indy and Marion as they perform amazing stunts and demonstrate movie-making magic | | ✓ | ✓ | | | | | | Gun shots; fire elements | N/A | 30 Min | |
| Star Tours-The Adventures Continue | Highly turbulent, simulator-type thrill ride through space that includes sharp turns and sudden drops | | ✓ | ✓ | ✓ | ✓ | ✓ | | | 3D effects; Sharp turns & sudden drops | Lap Belt | 7 Min | ✓ |

| Streets of America | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Muppet*Vision 3D | 3D movie featuring Kermit the Frog, Miss Piggy, and all their friends | ✓ | ✓ | ✓ | ✓ | | | | | 3D effects; Squirting water | N/A | 30 Min | |
| Honey, I Shrunk the Kids Movie Set | Climb, crawl and explore a bug sized world at this interactive play area | | ✓ | ✓ | ✓ | | | | ✓ | | N/A | Self Paced | |
| Lights, Motors, Action!: Extreme Stunt Show | Watch film professionals as they perform high-octane stunts and reveal special effects secrets | | ✓ | ✓ | | | | | | Loud cars; Fire elements | N/A | 38 Min | |
| Studios Backlot Tour | Go behind the scenes to see how special effects in movies are made. Includes an open-air tram ride | | | ✓ | | ✓ | | | | Fire, water, and simulated earthquake at Catastrophe Canyon | N/A | 35 Min | |

| Pixar Place | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toy Story Midway Mania!® | 3D interactive target shooting ride experience featuring characters from Disney-Pixar's Toy Story | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Spinning & sharp turns | Lap Bar | 5 Min | ✓ |

| Mickey Avenue | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Legend of Captain Jack Sparrow | An immersive, theatrical adventure in the world of Pirates of the Caribbean | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | N/A | 8 Min | |

22

Disney-AL0000176
DisneyCA-TP0000063
Evidence Packet P.0798



**Animation Courtyard**

| | Description | Scents/Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Voyage of the Little Mermaid | Celebrate the highlights of The Little Mermaid in this live show | | ✓ | ✓ | ✓ | ✓ | | | ✓ | Extended darkness | N/A | 15 Min | ✓ |
| The Magic of Disney Animation | Discover how your favorite Disney Characters are brought to life during a show starring Mushu from Mulan | | | | | | | | | | N/A | 15 Min | |
| Disney Junior—Live on Stage! | Show featuring the Disney Jr. characters. Streamers, bubble, and paper coins fall from the ceiling | | ✓ | ✓ | ✓ | | | | | | N/A | 30 Min | |

**Sunset Boulevard**

| | Description | Scents/Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beauty and the Beast—Live on Stage | Experience the romantic fairytale of the Beast in this lavish Broadway-style musical | | ✓ | ✓ | ✓ | ✓ | | | | | N/A | 30 Min | |
| Rock 'n' Roller Coaster Starring Aerosmith | Loud, thrilling, high speed roller coaster-type ride that includes sharp turns, upside-down maneuvers, and sudden drops and stops | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | Sharp turns, sudden drops, & loops | Over the shoulder restraint | 2 Min | ✓ |
| The Twilight Zone Tower of Terror™ | Features high-speed drops into the dark mysterious realm of the Twilight Zone | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | Sharp turns & sudden drops | Lap Belt | 7 Min | ✓ |
| Fantasmic! | Night-time show starring Mickey featuring water jets, projections, and pyrotechnics | ✓ | ✓ | ✓ | ✓ | | | | ✓ | | N/A | 30 Min | |

24

23

Disney-AL0000177
DisneyCA-TP0000064
Evidence Packet P.0799

**Disney's ANIMAL KINGDOM**

| Discovery Island | Description | Scents/Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilderness Explorers | Become a Wilderness Explorer by completing challenges and earning badges as you work your way around the Park | | | | | | | | | | N/A | Self Paced | |
| It's Tough to be a Bug | 3D movie featuring characters from Disney-Pixar's A Bug's Life | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | 3D effects including water, spiders drop from ceiling, air bursts, & moving seats | N/A | 10 Min | |
| Discovery Island Trails | Stroll along tranquil pathways and discover the many animals around the Tree of Life | ✓ | | | | | | | | | N/A | Self Paced | |
| Adventurers Outpost | Character meet and greet featuring Mickey and Minnie in their exploration headquarters | | | | | | | | | | N/A | Depends on wait time | |

| Asia | Description | Scents/Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flights of Wonder | Relax in a shaded theatre, and watch exotic birds display their grails and grace in this inspirational, educational show | ✓ | | | | | | | | | N/A | 25 Min | |
| Maharajah Jungle Trek® | Embark on a self-guided tour of Southeast Asia, home to tigers, bats and a Komodo dragon. | ✓ | | | | | | | | | N/A | Self Paced | |
| Kali River Rapids® | Fast paced, roller coaster type water ride down the Kali River in giant round tubes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | You will get wet | Lap Belt | 4 Min | ✓ |
| Expedition Everest-Legend of the Forbidden Mountain® | High-speed, roller coaster-type train ride to the "roof of the world" that includes sharp turns and sudden drops, traveling both forwards and backwards through dark, winding tunnels | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Sharp turns, sudden drops, backward motion, & Yeti/Abominable Snowman | Lap Bar | 3 Min | ✓ |

| Rafiki's Planet Watch | Description | Scents/Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conservation Station® | Experience animal encounters, interact with a variety of exhibits, and view our veterinary facilities. Must take Wildlife Express Train. | ✓ | ✓ | ✓ | | | | | | | N/A | Self Paced | |
| Habitat Habit | Learn how you can share the world with animals at this outdoor discovery trail. Must take Wildlife Express Train. | | | | | | | | | | N/A | Self Paced | |
| Affection Section | Meet a variety of animals at our petting yard that features a number of rare, domesticated breeds. Must take Wildlife Express Train. | | | | | | | | | | N/A | Self Paced | |

26

25

Disney-AL0000178
DisneyCA-TP0000065
Evidence Packet P.0800



**Disney's ANIMAL KINGDOM**

| Africa | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kilimanjaro Safaris® | Take a safari ride through the lush African savannah to search for lions, elephants, giraffes and more | ✓ | | | | ✓ | | | | Sharp turns | N/A | 22 Min | ✓ |
| Pangani Forest Exploration Trails® | Walk through a tropical forest inhabited by African wildlife-including gorillas, hippos and exotic birds | ✓ | | | | | | | | | N/A | Self Paced | |
| Wildlife Express Train | Board a rustic locomotive that travels behind-the-scenes between Africa and Rafiki's Plant Watch | ✓ | | ✓ | | ✓ | | | | | N/A | 7 Min | |

| DinoLand U.S.A. | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Boneyard® | Interactive play area | | | | | | | | | | N/A | Self Paced | |
| Fossil Fun Games | Play carnival-style games in the heart of Dinoland U.S.A. Additional cost to participate | | ✓ | ✓ | | | | | | | N/A | Self Paced | |
| Finding Nemo- The Musical | Step inside to help find Nemo in this must-"sea" adventure of spectacular music and stunning puppetry | | ✓ | ✓ | ✓ | | | | | | N/A | 40 Min | |
| Primeval Whirl® | Spinning, turbulent, roller coaster-type ride with sharp turns and stops | | | | | ✓ | ✓ | ✓ | | Sharp turns & sudden drops | Lap Bar | 3 Min | ✓ |
| TriceraTop Spin | Fly high on a friendly dinosaur above DinoLand U.S.A. | | | | | ✓ | ✓ | ✓ | | | Lap Belt | 2 Min | |
| DINOSAUR | Prehistoric tour that is a high speed, turbulent ride adventure that includes sharp turns and sudden drops. Includes dark places and scary dinosaurs | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | Sharp turns | Lap Belt | 3 Min | ✓ |

| Camp Minnie-Mickey | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Festival of the Lion King | Come inside and experience the pageantry and puppetry of this big-as-Broadway show | | ✓ | ✓ | ✓ | | | | | | N/A | 30 Min | |
| Greeting Trails | Character meet and greet featuring Disney Pals in this Adirondack campground setting | | | | | | | | | | N/A | Depends on wait time | |

28

27

Disney-AL0000179
DisneyCA-TP0000066
Evidence Packet P.0801



**Epcot**

| Future World East | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spaceship Earth | Explore the history of communications, from the Stone Age to the computer age | ✓ | | | ✓ | | | | | | N/A | 13 Min | |
| Ellen's Energy Adventure | Take a multimedia romp through time and Ellen Degeneri's subconscious in travelling theater cars. Section of attraction features dinosaurs | ✓ | | ✓ | ✓ | | | | | Theater rows transition to moving vehicles; Dinosaurs | N/A | 40 Min | |
| Mission: SPACE | Choose between two levels of training. Both offer the same exhilarating training mission but differ in intensity. Orange Team–More Intense Training. Green Team–Less Intense Training | | ✓ | ✓ | ✓ | ✓ | ✓ | | | Confined space | Over the shoulder restraint | 6 Min | ✓ |
| Advanced Training Lab | Further your astronaut training in this interactive play area | | | | | | | | | | N/A | Self Paced | |
| Test Track | Turbulent thrill ride that features a series of automotive testing environments including slippery road surfaces, rapid acceleration, sudden braking, sharp turns, and steeply-banked curve | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | Sharp & high banking turns | Seat Belt | 5 Min | ✓ |
| Innoventions East and West | Imagine and invent in two pavilions housing interactive games and exhibits | | | | | | | | | | N/A | Self Paced | |
| The Sum of All Thrills™ | Highly turbulent simulation-type thrill ride that is capable of sharp drops, sudden turns, and upside-down maneuvers | | | ✓ | ✓ | | | | | Confined space | Over the shoulder restraint | 3 Min | |

| Future World West | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Epcot Character Spot | Character meet and greet featuring Mickey and his pals in this cartoon setting | ✓ | ✓ | | | | | | | | N/A | Depends on wait time | |
| The Seas with Nemo and Friends® | Frolic with a cast of undersea characters in this attraction based on Disney-Pixar's Finding Nemo | | ✓ | | ✓ | | | | | Scary fish chases Marlin & Dori; Real aquarium in final scene | N/A | Depends on wait time | |
| Turtle Talk with Crush | Interactive show featuring Crush from Finding Nemo | | | | ✓ | | | | | | N/A | 15 Min | |
| Soarin' | Elevated hang glider simulator featuring famous California landmarks | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | Ride vehicle lifts off ground; Simulated flight | Lap Belt | 7 Min | ✓ |
| Living with the Land | Sail through the greenhouses of The Land Pavilion to see interspound festoons and more | ✓ | ✓ | ✓ | | | | | | Simulated thunder storm | N/A | 14 Min | ✓ |
| The Circle of Life | Learn about conservation in this film featuring commentary from Timon and Pumbaa of The Lion King | | | | ✓ | | | | | | N/A | 20 Min | |
| Journey into the Imagination with Figment | Follow Figment on this whimsical open-house tour of the Imagination Institute | ✓ | ✓ | ✓ | ✓ | | | | | Darkness & simulated train during "sound" portion | N/A | 8 Min | |
| Captain EO | 3D interactive film featuring Michael Jackson. Some scenes may be frightening | ✓ | ✓ | ✓ | ✓ | ✓ | | | | 3D effects; Villians | N/A | 15 Min | |
| ImageWorks | Interactive play area | | | | | | | | | | N/A | Self Paced | |

Disney-AL0000180
DisneyCA-TP0000067
Evidence Packet P.0802



| Showcase Plaza | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duffy the Disney Bear | Character meet and greet featuring Mickey's world traveling teddy bear | | | | | | | | | | N/A | Depends on wait time | |

| World Showcase | Description | Scents/ Smells | Flashing Lights | Loud Noises | Periods of Darkness | Bumps | Fast | Lifts off Ground | Wet | Element of Surprise | Type of Restraint | Amt of Time | FASTPASS? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mexico- Grand Fiesta Tour Starring the Three Caballeros | Slow moving boat ride through the sights of Mexico | ✓ | ✓ | ✓ | ✓ | | | | | | N/A | 8 Min | |
| Norway- Maelstrom | Take a mysterious boat ride through Scandinavian seascape. Travel backwards for portions of the ride. 1 drop | ✓ | ✓ | | ✓ | ✓ | | | ✓ | Backward motion & drops-Trolls & Polar Bear | N/A | 10 Min | ✓ |
| China- Reflections of China | View the places and faces of the world's most populous country in this Circle-Vision 360 film | | | | ✓ | | | | | Sensation of moving during portions of film | N/A | 13 Min | |
| U.S.A.- The American Adventure | Explore the past and future of America through film, music and Audio-Animatronics | | | ✓ | ✓ | | | | | | N/A | 30 Min | |
| France- Impressions de France | Experience the grandeur and charm of the French countryside through this 180 degree film | | | | ✓ | | | | | | N/A | 18 Min | |
| Canada- O Canada! | View the very best Canada has to offer in this Circle-Vision 360 film hosted by comedian Martin Short | | | | ✓ | | | | | Sensation of moving during portions of film | N/A | 18 Min | |

Disney-AL0000181
DisneyCA-TP0000068
Evidence Packet P.0803

TOWER of TERROR

# Accessing Attractions

The Theme Parks offer a wide variety of great rides and shows and Guests with cognitive disabilities have several means of access available to assist in creating magical and memorable experiences.

## Rides

To access our attractions, Guests with cognitive disabilities have several options including use of the standard queue, Disney FASTPASS® service, Disney FastPass+, the Disability Access Service Card, and/or additional accommodations based on individual service need. To determine which option or options are best for your party, visit the Guest Relations lobby location near the entrance at any of the four Theme Parks.

## Shows

At our shows, we generally have posted performance times that you can learn about by either visiting www.disneyworld.com, downloading the *My Disney Experience* application to your smart phone or tablet, or by picking up a daily Times Guide from the main entrance or Guest Relations. Lines begin forming leading up to the next show time and how much in advance your party should arrive to line up depends on various factors including the number of other Guests visiting on a particular day. Some shows even offer Disney FASTPASS® service or Disney FastPass+. For additional information on how best to experience one of our exciting shows, visit the Guest Relations lobby location near the entrance at any of the four Theme Parks.

## Disney FASTPASS® Service

FASTPASS® service is a great tool for all Guests visiting the four *Walt Disney World®* Resort theme parks including those with cognitive disabilities. FASTPASS is a free service that gives you a reservation in line at selected rides and shows which means you will spend less time waiting in line and more time enjoying all the fun the parks have to offer. A FASTPASS ticket looks like a movie ticket and is printed after you insert your park admission ticket into a kiosk at the ride or show you want to see. The FASTPASS ticket you receive will tell you what time you can come back so you can get on the ride or see the show with a lot less waiting.

*Helpful Tip: If your family member with a cognitive disability might have difficulty visiting an attraction to obtain the FASTPASS® tickets to then have to return later to redeem it, consider sending one member of your party to obtain the FASTPASSES for the rest of the group (just make sure they have everyone's park admission ticket).*

## *Disney FastPass+* and *My Disney Experience*

Visit or download the *My Disney Experience* application, your personal guide to the magic, which offers online and mobile tools that will help you further plan your vacation to the *Walt Disney World®* Resort. Here, you will soon be able to access upcoming *MyMagic+* benefits like Disney FastPass+ service which will let you also reserve access to entertainment, Character Greetings and viewing areas for parades and fireworks

## *Disability Access Service*

The Disability Access Service Card is designed for Guests who are unable to tolerate extended waits at attractions due to their disability, and the service allows Guests to schedule a return time that is comparable to the current queue wait for the given attraction. Depending on a Guest with a cognitive disability's individual service needs, additional accommodations are available. To learn more about the Disability Access Service Card as well as additional accommodations available based on individual service needs, visit the Guest Relations lobby location near the entrance at any of the four Theme Parks.. NOTE: To obtain a Disability Access Service Card, eligible Guests will participate in a registration process that includes having their photo taken.

# Need A Break?

There are so many places throughout the *Magic Kingdom®* Park, *Epcot®, Disney's Hollywood Studios®,* & Disney's Animal Kingdom® Theme Park that are great for taking a break. There are also areas to relax that are typically a "little less busy" if your family member with a cognitive disability needs some down time. Some examples include:

## Magic Kingdom

**Main Street, U.S.A.:** First Aid; Side Street by Crystal Arts

**Adventureland:** Swiss Family Treehouse; Corridor to the left of Pirates of the Caribbean

**Liberty Square:** Behind Ye Olde Christmas Shop

**Frontierland:** Tom Sawyer Island (NOTE: you must take a raft ride to/from the island and some waiting may be required); Splash Mountain garden area

**Fantasyland:** Pathway leading from Cinderella's Castle to Fairytale Garden; Pete's Silly Sideshow area; Pathway behind The Barnstormer

**Tomorrowland:** Near Walt Disney's Carousel of Progress

Table service and quick service restaurant seating areas (during non-peak periods)

## Epcot

**First Aid** (part of Odyssey Center building next to Test Track)

**Future World West:** Courtyard and restroom area outside Imagination pavilion; Area between Seas entrance and Coral Reef Restaurant

**Future World East:** Near Ellen's Energy Adventure

**World Showcase:** Mexico-Outside area to the right of the pavilion near the backstage gate; Germany-Garden area next to Glaskunst; Japan-Garden area; Morocco-Village Corridors; France-To the right of the buildings along the water's edge; International Gateway; United Kingdom-Garden area at back of pavilion (when shows not running at gazebo)

Table service and quick service restaurant seating areas (during non-peak periods)

## Studios

**Hollywood Boulevard:** First Aid

**Echo Lake:** Walkway surrounding Echo Lake

**Animation Courtyard:** Near the restrooms to the left of The Magic of Disney Animation attraction

**Sunset Boulevard:** Courtyard outside The Twilight Zone Tower of Terror™

**Streets of America:** All areas (NOTE: this area is very congested during the The Osborne Family Spectacle of Dancing Lights event)

**Commissary Lane:** Outside ABC Commissary

Table service and quick service restaurant seating areas (during non-peak periods)

## Animal Kingdom

**Discovery Island®:** First Aid (next to Creature Comforts); Discovery Island Trails

**Camp Minnie-Mickey:** Greeting Trails

**Africa:** Pangani Forest Exploration Trail

**Asia:** Maharajah Jungle Trek

**DinoLand U.S.A.®:** Courtyard of Dinosaur; above across from the entrance to Finding Nemo-The Musical

Table service and quick service restaurant seating areas (during non-peak periods)

36

# Characters

Would you and your family like to see or even meet Disney Characters from your favorite movies or television shows? Many of our shows, parades, and rides at our theme parks feature Disney Characters as do themed character dining experience in the Theme Parks and Resort Hotels. You can also share a magical moment together and snap a photograph to capture the memories forever at numerous Disney Character meet and greet locations at all the Theme Parks. Disney Characters are also available to sign autographs, so bring an autograph book if your family member with a cognitive disability is a collector. Just bring an autograph book. A listing of character meet and greet locations, as well as other attractions, can be found on 15-32 of this Guide or you can visit www.disneyworld.com as well as Guest Relations for more information about all of our character experiences.

38



37

**Disney-AL0000184**
DisneyCA-TP0000071
Evidence Packet P.0806

# Beyond the Theme Parks

In addition to our four theme parks, the Walt Disney World® Resort offers numerous other experiences including two water parks, the Downtown Disney® Area, Disney's BoardWalk, ESPN Wide World of Sports, and several sports and recreation options.

## WATER PARKS

At Disney's Blizzard Beach Water Park, discover frosty fun for the whole family at a one-time ski resort that has melted into a watery wonderland. Zip down the slopes of Mount Gushmore on one of the world's tallest and fastest waterslides or float down the tranquil river and sunbathe on the white-sand beach. Children under 48 inches tall can even splash around in their own water play area with a snow-castle fountain and kid-sized waterslides.

At Disney's Typhoon Lagoon Water Park, you can escape for a storm of fun in the sun! Snorkel with sharks, stingrays and tropical fish in the coral reef. Plunge down rushing rapids, sunbathe on the sandy beach and glide down the lazy river on a raft ride. After an epic typhoon hurled surfboards into palm trees and tossed boats like toys, the storm-soaked Mount Mayday became a topsy-turvy oasis of water-filled adventure!

Note that both water parks require separate admission and parking is complimentary.

## DOWNTOWN DISNEY® AREA

Restaurants, entertainment and shops line the waterfront at Downtown Disney® Area. Shop in the world's largest Disney store, dine amid life-size dinosaurs, bowl a game at the 30-lane alley, see a world-famous Cirque du Soleil show, ride in a hot air balloon, and more. This district includes Downtown Disney® West Side, Downtown Disney® Marketplace and Downtown Disney® Pleasure Island. Parking and admission to the Downtown Disney® Area are complimentary.

## DISNEY'S BOARDWALK

Experience the timeless charm of Disney's BoardWalk, a quarter-mile promenade of dining, shops and nightlife. Stroll along the water's edge, play afternoon midway games and discover evening street performers. Evoking turn-of-the-century boardwalks in such coastal cities as Coney Island and Atlantic City, Disney's BoardWalk is a short stroll to Epcot® and a boat ride to Disney's Hollywood Studios®. Parking and admission to Disney's BoardWalk are complimentary.

## ESPN WIDE WORLD OF SPORTS

Play at the next level at ESPN Wide World of Sports Complex. These 220 acres of professionally run, state-of-the-art facilities host over 90 sports and thousands of events for athletes of all ages and abilities. Train and compete with your team—or catch the excitement as a spectator—in this grand sports setting where classic athletic ideals meet contemporary innovation. Note that ESPN Wide World of Sports requires separate admission and some events have their own ticketing requirements.

## SPORTS & RECREATION

Other activities/events available at the Walt Disney World® Resort include: archery, arcades, basketball, bike rentals, boat rentals (canoes, kayaks, pedal boats, sailboats, and several types of motorized watercraft), carriage rides, children's activity centers, fishing, fitness centers, golf, golf cart rentals, miniature golf, parasailing, pony rides, resort pools, resort-specific activities, scuba diving, surfing, tennis, tubing, volleyball, and wake boarding. Note that some activities/events are only available to Guests staying at select Walt Disney World® Resort hotels and there may be an additional cost to participate.

For additional information about all the Walt Disney World® Resort has to offer, visit our website at www.disneyworld.com or call (407) 939-5277.

40

39

Disney-AL0000185
DisneyCA-TP0000072
Evidence Packet P.0807



We hope this Guide has provided helpful information in planning a visit for you and your family member with a cognitive disability to the most magical place on earth- the *Walt Disney World*® Resort.  If you have any questions that were not answered in this Guide, please visit our website at www.disneyworld.com or call (407) 939-5277.

**Disney-AL0000186**
DisneyCA-TP0000073
Evidence Packet P.0808