**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN #246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone: + 310 788 4125
Facsimile: + 310 277 4730

Kerry Alan Scanlon (admitted *pro hac vice*)
kscanlon@mwe.com
Jeremy M. White (admitted *pro hac vice*)
jmwhite@mwe.com
Julie H. McConnell (admitted *pro hac vice*)
jmcconnell@mwe.com
500 North Capitol Street, NW
Washington, D.C. 20001-1531
Telephone: +1 202 756 8000
Facsimile: +1 202 785 8087

Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., by and through S.P., as next friend, parent, and natural guardian; et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Defendant. | CASE 2:15-cv-05346-CJC-E <br><br> **NOTICE OF PLAINTIFFS' FAILURE TO OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTIONS IN BELLWETHER IV** <br><br> Date: November 9, 2020 <br> Time: 1:30 p.m. <br> Judge: Hon. Cormac J. Carney <br> Courtroom: 9B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT plaintiffs V.J.B., S.L.B., K.A.C., J.L.C., Y.Z. and M.Y.R. did not submit opposition briefs to Walt Disney Parks and Resorts U.S., Inc.'s ("Disney") Motions for Summary Judgment for Bellwether IV plaintiffs (Docs. 435-437) by the October 19th deadline and still have not filed their oppositions even after they were informed of this non-compliance. As a result, plaintiffs in Bellwether IV have failed to "set[] forth all material facts as to which it is contended there exists a genuine dispute necessary to be litigated," as required by Local Rule 56-2.

On October 20, 2020, the undersigned counsel emailed plaintiffs' counsel indicating that the deadlines had been missed and said it was "because no opposition deadline was calendared in my office." He then asked for Disney's position regarding a motion to extend the deadlines by two weeks or until November 2, 2020. Counsel for Disney responded that it would oppose the requested extension, but would not oppose a request to extend the deadline until this Friday, October 23 -- a full workweek after the original deadline -- on the condition that Disney would have 7 days (consistent with the original schedule) to file its reply briefs and that the hearing date would be pushed back one week.

Plaintiffs' counsel has not responded to Counsel for Disney nor submitted any request for an extension to file their opposition briefs. Given plaintiffs' inaction, "the Court may assume that the material facts as claimed and adequately supported by [Disney]" in its summary judgment motions "are admitted to exist without controversy." L.R. 56-3; *see*, *e.g.*, *Lee v. Select Portfolio Servicing Inc.*, 2015 WL 12659931, at *2, 4 (C.D. Cal. Feb. 5, 2015) (granting defendant's motion for summary judgment in full where plaintiff did not submit any statement of genuine disputed facts, and defendant "adequately supported the material facts that it claims exist without controversy and [showed] that it has satisfied its burden as

the moving party"); *Matsuba v. Chicago Title Ins. Co.*, 2013 WL 12120080, at *1 (C.D. Cal. Sept. 11, 2013) (granting defendant's motion for summary judgment where plaintiff did not submit any opposition and the defendant's motion "presents sound grounds for summarily adjudicating the action in [d]efendant's favor").

Dated: October 22, 2020

**McDERMOTT WILL & EMERY LLP**

By: /s/ Kerry Alan Scanlon
Kerry Alan Scanlon

Attorney for Walt Disney Parks and Resorts U.S., Inc.

# CERTIFICATE OF SERVICE

I certify that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeremy M. White
Jeremy M. White