ANDY DOGALI (admitted *pro hac vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
19321 US Hwy 19 North, Suite 307
Clearwater, Florida 33764
Tel:    (813) 289-0700

EUGENE FELDMAN (CA Bar No. 118497)
Eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone: (310) 844-9696

JENNIFER A. LENZE (CA Bar No.: 246858)
jlenze@lenzelawyers.com
1300 Highland Ave. Suite 207
Manhattan Beach, CA 90266
Telephone (310) 322-8800
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **T.P., et al.,** | Case No.: 15-cv-5346-CJC-E |
| **Plaintiffs,** | **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| **WALT DISNEY PARKS AND RESORTS U.S. INC.,** | |
| **Defendant.** | Hon Cormac J. Carney<br>Date: November 9, 2020<br>Time 1:30 p.m. |

**[PROPOSED] ORDER**

The Court, having reviewed the above request, IT IS HEREBY ORDERED that said request is GRANTED and

Plaintiffs V.J.B., S.L.B., Y.Z., M.Y.R., J.L.C., and K.A.C. shall file their oppositions to Defendant's Motions for Summary Judgment (Docs. 435, 436, 437) on or before November 2, 2020. The Defendant shall file any reply on or before November 9, 2020. The hearing on Defendant's motions, previously noticed to occur November 9, 2020 is stricken; the hearing on Defendant's motions shall occur November 23, 2020.

**IT IS SO ORDERED.**

Dated:_____     _____
                                  Hon. Cormac J. Carney
                                  United States District Judge