# Exhibit 1-G

**In accordance with L.R. 79-5.2.2(b)(ii), an unredacted version of this exhibit will be filed on October 30, 2020**

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E