# Exhibit 1-I

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

```
1    UNITED STATES DISTRICT COURT FOR THE
     MIDDLE DISTRICT OF FLORIDA
2    ORLANDO DIVISION

3
     A.L. by and through D.L.,
4    as Next Friend, Parent and
     Natural Guardian, and
5    D.L., Individually,

6              Plaintiffs,
                                Case: 6:14-cv-1544-Orl-22GJK
7    v.

8    WALT DISNEY PARKS AND
     RESORTS US, INC.,
9

10             Defendant.

11   _____/

12
                    ***HIGHLY CONFIDENTIAL***
13

14

15             DEPOSITION OF BRUCE LAVAL

16                (Taken by Plaintiffs)

17              Brevard, North Carolina

18             Friday, September 18, 2015

19

20

21

22

23

24           Reported by Marianne S. Aguirre
         Verbatim Court Reporter, Notary Public
25   Transcript produced by computer-aided transcription
```

CaseWorks, Inc.          www.caseworksonline.com          800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0256

```
 1                            APPEARANCES

 2    ON BEHALF OF THE PLAINTIFFS:

 3              MR. GEOFFREY PARMER, Esquire
                Dogali Law Group, P.A.
 4              101 East Kennedy Boulevard
                Suite 1100
 5              Tampa, Florida 33602
                Gparmer@dogalilaw.com
 6
      ON BEHALF OF DEFENDANT:
 7
                MR. KERRY SCANLON, Esquire
 8              Kaye Scholer, LLP.
                901 Fifteenth Street NW
 9              Washington, DC 20005
                Kerry.Scanlon@kayescholer.com
10

11

12

13

14

15

16

17

18

19         This is the DEPOSITION of MR. BRUCE LAVAL, a

20   witness called on behalf of Plaintiffs, being taken

21   before Marianne S. Aguirre, Verbatim Reporter and

22   Notary Public, at Neumann Law Firm, 9 Park Place West,

23   Suite 102, Brevard, North Carolina, on the 18th day of

24   September 2015 beginning at 9:03 A.M.

25
```

CaseWorks, Inc.            www.caseworksonline.com            800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0257

```
1                     BRUCE LAVAL,
2        having been first duly sworn, was examined
3                 and testified as follows:
4                       EXAMINATION
5    BY MR. PARMER:
6        Q.   Good morning, sir.  Could you first please
7    state your full name for the record?
8        A.   Bruce Laval.
9        Q.   What is your current address?
10       A.   Permanent residence or up here?
11       Q.   Permanent residence.
12       A.   400 Beach Drive Northeast, Unit 1404, St.
13   Petersburg 33701.
14       Q.   Mr. Laval, have you ever been deposed
15   before?
16       A.   Yes.
17       Q.   How many times?
18       A.   Once.
19       Q.   And when was that?
20       A.   Let me see, it would have been in either
21   2002 or possibly early '3, I'm not sure.
22       Q.   And what was that with regards to?
23       A.   With Disney.  I was already retired but
24   there was a -- someone brought suit against Disney on
25   the FastPass.  It never went to -- I was deposed, it
```

CaseWorks, Inc.　　　　　　www.caseworksonline.com　　　　　　800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0258

1   developing new theme parks, a second theme park in
2   Disneyland, a second theme park in Paris, a second
3   theme park in Tokyo and were opening a new theme park
4   in Hong Kong.  So I became -- just like what I did
5   with the Disney-MGM Studios and Epcot, I became the
6   operating executive responsible for working with the
7   imagineers, the creative team in terms of providing
8   input in terms of the design and development of that
9   from an operating perspective.
10        Q.   At that time in approximately 1998 was there
11  a concern at Disney regarding the length of lines and
12  wait times experienced by guests at the theme parks?
13        A.   In what year?
14        Q.   About that time of 1998.
15        A.   I would say from 1971 through 1998 and
16  beyond wait times is always one of the number one
17  priorities of Disney always.  It was a fundamental
18  principle to ensure that we need to do whatever we can
19  do to minimize wait times.
20        Q.   And why was that important?
21        A.   Because there is an established, very well
22  known relationship between guest -- wait times and
23  guest satisfaction and intent to return to the park.
24  It's something that from my early days in the '70s it
25  was clear that as wait times went up guest

CaseWorks, Inc.                 www.caseworksonline.com                    800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0259

1  dissatisfaction went up or increased.  And as guest
2  dissatisfaction increased intent to return was
3  reduced.  And so one of the guiding principles from
4  day one at Disney is we have to do whatever we can
5  physically do to reduce wait times.
6       Q.   What is the -- is there a mathematical
7  relationship between the guest satisfaction and
8  whether or not a guest returns to the park?
9       A.   Yes.  You know, Disney does extensive guest
10 surveys, and by extensive I mean almost every day a
11 very large number and they track it by day over time.
12 So for example, if you do a survey on May 5th we know
13 what the guest satisfaction level is.  We also know
14 what wait times are for that day so we can collect
15 that data over a long period of time and say as wait
16 times change we know what impact it has on guest
17 satisfaction.
18           The surveys also ask guests, what is your
19 intent to return and we can also correlate the
20 response to intent to return to the level of guest
21 satisfaction.  So the relationship is from wait times
22 we know what their level of satisfaction is and from
23 level of satisfaction is we know how that drives
24 intent to return.
25      Q.   In about that time in 1998 were you involved

CaseWorks, Inc.            www.caseworksonline.com            800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0260

1  with or did you create something that was -- became
2  known as FastPass?
3      A.   Yes.
4      Q.   And can you describe the process that you
5  went through and how you created FastPass?
6      A.   It was quite a long process and began -- in
7  this new role I was responsible for integrated
8  innovative theme park best practices throughout the
9  company and the president at that time really
10 challenged me to, you know, we need to continue to do
11 things to eliminate wait time.  And also at that same
12 time we had new technologies, computer technology.
13 And I actually kind of was on a ski trip and it kind
14 of hit me, you know, I had the light bulb go off and I
15 was in the standby line where they fill in, you know,
16 a chair lift goes off and there's two people you kind
17 of fill in, put in the standby line.  And so I said,
18 well, geez, you know, maybe we can do something like
19 that and then I thought of a very virtual queue, which
20 a virtual queue is just the computer saves your space
21 in line.
22          And for example, if you walk up to the
23 attraction and there's this 60-minute wait, normally
24 you'd have to stand in line for 60 minutes.  So I said
25 well, geez, we can just have the computer save you a

CaseWorks, Inc.            www.caseworksonline.com            800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0261

1   space in line.  And then there's an algorithm that you
2   can go through that will -- the computer can predict.
3   I you got in a line at one o'clock, the line is this
4   long, the process and capacity of the attraction is
5   this long, we can predict how long it would take you
6   to get to the front of the line.  And so when you
7   identify yourself as a FastPass person, you give them
8   your existing ticket you put into a machine, the
9   algorithm predicts how long that line is when you get
10  to the front and it tells you to come back at 1:55.
11          And so the concept is you're still waiting
12  the same amount of time as you normally would.  The
13  difference is instead of physically standing in line
14  the computer's saving your space, you can go on, see
15  another attraction, do whatever you want to and you
16  come back at the same time that you normally would
17  have been ready to board that attraction if you stood
18  in line.  So that's what the concept of a virtual
19  queue is.
20       Q.  And what benefits, if any, does the virtual
21  queue provide the customer?
22       A.  Oh, tremendous.  And this was all documented
23  in the research we did when we were justifying the
24  system.  First of all, it greatly reduced the amount
25  of time that you had to stand in line because instead

CaseWorks, Inc.           www.caseworksonline.com              800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0262

```
1    Plaintiff's Exhibit Number 5, did you conduct any
2    independent calculations to verify the accuracy of the
3    underlying assumptions used?
4         A.    I reviewed it to make sure I understood it
5    and the methodology in terms of how those numbers were
6    calculated, yes, but that's -- that's what I did.
7         Q.    Well, for example, the -- strike that.
8               I'm going to go next to --
9         A.    Are we switching to another exhibit?
10        Q.    Yes, we are.
11        A.    Can I take a restroom break?
12        Q.    Yes, let's just take an overall break.
13        (RECESS TAKEN FROM 11:08 A.M. TO 11:14 A.M.)
14   BY MR. PARMER:
15        Q.    Mr. Laval, I'm going to refer you now back
16   to Plaintiff's Exhibit Number 2, Incremental Re-Ad and
17   Daily DAS Users as a Percent of Attendance.  Did you
18   decide the criteria for the assumptions and data in
19   Plaintiff's Exhibit Number 2 or is that decided by the
20   IEs at Disney?
21        A.    We discussed it.  I wouldn't say it was at
22   my sole discretion, but we discussed it.
23        Q.    And can you relate what specifically you
24   discussed about the criteria or assumption going in to
25   Plaintiff's Exhibit Number 2?
```

CaseWorks, Inc.            www.caseworksonline.com              800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0263

1      A.   Well, it's really -- these two go together.
2   It's kind of hard to separate this.  I thought this
3   was part of Exhibit 6.  But what we were trying to
4   identify is what impact additional usage such as re-
5   ads would have.  If you want to get a feel for the
6   impact of additional re-ads which we're trying to
7   represent what could happen with the GAC system, we'd
8   have more people using the system, what impact that
9   would have on the standby wait times.  Then we
10  discussed the methodology of how you could determine
11  what that wait time impact was.
12     Q.   And did you conduct your own calculations of
13  the underlying data that resulted in the figures on
14  Plaintiff's Exhibit Number 2 or did you rely on the
15  engineers at Disney?
16          MR. SCANLON:  Objection to form.
17          THE WITNESS:  I went through these
18     examples and after seeing them, again, we had
19     talked in methodology and we all understood how
20     it would be put together and I did take and go
21     through the calculations on these to make sure
22     that they're correct, yes.
23  BY MR. PARMER:
24     Q.   And that's the mathematical calculations of
25  the data that's on the face of Exhibit Number 2?

CaseWorks, Inc.           www.caseworksonline.com              800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0264

1    A.   Yes.  It's taking this data and then you use
2    that data to come up with these figures here in terms
3    of the wait times.  So for example, it went from 64
4    minutes to 86 minutes which was a 23 minute increase.
5    Q.   But you didn't compile the underlying data
6    used to arrive at the figures on Plaintiff's Exhibit
7    Number 2.  You relied on the engineers at Disney?
8    A.   To put it together with the methodology that
9    we had discussed and I agreed with and then I, after
10   seeing this, I went through my own calculations to
11   validate that this methodology that's represented here
12   does represent the correct methodology.
13   Q.   And what calculations are those?
14   A.   You want me to go through it with you?
15   Q.   We don't have to do the actual calculation,
16   but you can just tell me what calculation.
17   A.   This is the existing 64-minute wait time
18   that you start with.  You want to be able to determine
19   what the new wait time is.
20   Q.   Okay.  Are you talking about Mania?
21   A.   Yeah, do that as an example.  I mean, you
22   can do it with any of them with the same methodology.
23   Q.   So we're talking about page 1 of Plaintiff's
24   Exhibit Number 2, Mania has current standby wait
25   minutes, 64.  And that's an assumption that was

CaseWorks, Inc.                www.caseworksonline.com                800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0265

```
 1   provided by -- the 64-minute current standby wait time
 2   would be --
 3        A.   Was the assumption that was what documented
 4   as what the wait time is.
 5        Q.   A peak wait time.
 6        A.   Yeah, during the period that it was taken.
 7   You then want to see how many people are in line and
 8   you use the figure, 280, can I write on here?
 9        Q.   No, I prefer you just write on scratch
10   paper.  You can just describe what figure you're
11   pointing to.
12        A.   282 is the number of people that were
13   processed by guest carry on the standby line.  So if
14   you carry 282 --
15        Q.   And that's the top chart, average PP standby
16   GC for guest carry?
17        A.   Right.
18        Q.   And that's for Mania.  Okay.
19        A.   So CC is guest carry, they carry 282.  If
20   they carry 282 and your wait time is 64, you can use
21   this to determine how many people are in line and it's
22   simple math.  You take the 282 times 64 which is the
23   -- how long they waited.  You divide by 60 and that
24   gives you the number of people in line which in this
25   case would be 300.  If you just go through that math
```

CaseWorks, Inc.              www.caseworksonline.com              800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0266

1   that would be 300.  I'm assuming.
2       Q.   Well, I'm not going to hold you to the
3   figure being correct.  I just want to understand the
4   calculation.
5       A.   Well, I want to make sure I can come up to
6   the same number.  Let me pull out my calculator, yeah,
7   300, 301.  So now you know how many people were in
8   line.  Then what you need to do and again this is what
9   the -- the methodology, the calculations on the
10  spreadsheets would have done.  You want to know what
11  the attraction demand is.  The attraction demand is
12  the function of how many people you carried that hour
13  and how many people are in line.  So you add guest
14  carried, which is 282 plus 300 in line.  That means
15  during that hour the demand on that attraction was
16  582.  That's your demand.  Okay?  Now, what happened
17  is if you add the usage up here, we added one re-ad,
18  which is this right here.  I'm going to go to this
19  table here where they added one re-ad and that came up
20  to 44 additional tickets.  So now the guest carried on
21  this attraction used to be 282, but now with the GACs
22  it means those people that show up, those 44 people
23  that show up now, are going to take away from the
24  capacity of that standby line because now that
25  capacity is being used to accommodate the re-ads.  So

CaseWorks, Inc.           www.caseworksonline.com                    800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0267

```
 1   you take the 282 minus 44 so your new capacity of that
 2   line is 238.  That's the capacity of your line.
 3          So how when you determine your wait time,
 4   your new wait time with these ads, the wait time is a
 5   function of people in line which in this case would be
 6   the demand, 582 minus your guest carried which is 238
 7   divided by 238 times 60.  We'll go through that math.
 8   582 minus 238 gives you 344 and you divide that 238
 9   and then you multiply by 60.  That comes out to 87
10   minutes.  So you went from 64 to 87 which is the 23
11   minutes increase.
12       Q.   Can we mark this as -- I'll mark this as
13   Plaintiff's Exhibit Number 8.
14          (PLAINTIFF'S EXHIBIT NUMBER 8 WAS MARKED FOR
15                  IDENTIFICATION)
16           THE WITNESS:  It's pretty messy.  Can
17      you read my writing?  Do you want me to rewrite
18      it.
19           MR. SCANLON:  That's fine.  I have no
20      objection to that.
21           MR. PARMER:   And we'll stipulate for
22      the record that the back of Plaintiff's Exhibit
23      Number 8 contains a squiggly line with numbers on
24      it that is not an exhibit.
25           MR. SCANLON:  Well, if you want to you could
```

CaseWorks, Inc.                www.caseworksonline.com                    800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0268

1   A.   No.
2          MR. SCANLON: Objection. Vagueness. I
3   think it's confusing.
4          THE WITNESS: Yeah, I'm -- I am a little
5   confused.
6   BY MR. PARMER:
7   Q.   Okay. Well, let me start over. This study
8   in Plaintiff's Exhibit Number 2 makes an assumption
9   based upon a population of DAS users, let's say for
10  example in Mania as one of the subsets, correct?
11  A.   Yes.
12  Q.   And the study purports to say what would the
13  impact be of giving those DAS users, one, two or three
14  re-ads?
15  A.   Yes.
16  Q.   The other assumption the study makes in
17  determining the impact that giving the DAS users one
18  re-ad is that every DAS user in the population, let's
19  say, for Mania is given one re-ad uniformly.
20  A.   No.
21         MR. SCANLON: I think that's where the
22  confusion is.
23         THE WITNESS: No, that's not the case.
24  This shows you all the attractions. If the guests
25  were given one additional re-ad, they could use

CaseWorks, Inc.            www.caseworksonline.com            800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0269

1      that re-ad at any one of these attractions.  The
2      methodology assigns that usage based upon the same
3      percentage usage that they currently have on, like
4      it says here, current is based upon current
5      redemptions behaviors of guests enrolled in DAS.
6      So we currently have data of how they use their
7      current usage of the card.  We know that.  We know
8      how if you have 100 guests, we know that of those
9      100 guests, here's how they're going to use it,
10     what percentage is going to go into each one of
11     these attractions.  When we assign that additional
12     re-ad, we use the distribution of that as the same
13     way as they are currently are distributing their
14     usage.  So if currently ten percent of the DAS
15     usage is on Toy Story Mania, only ten percent of
16     those re-ads would be used there, not one.  The
17     same percentage that they currently are using.
18  BY MR. PARMER:
19     Q.    Okay.  I see.  And but the data under -- the
20  data that Disney has collected regarding the expected
21  or actual usage of DAS is -- you didn't review any
22  separate written documents other the Plaintiff's
23  Exhibit 2 or the other documents we've talked about in
24  reaching your conclusion?
25     A.    Yeah.  I used these documents here.

CaseWorks, Inc.          www.caseworksonline.com          800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0270

```
 1   STATE OF NORTH CAROLINA)
                            )    C E R T I F I C A T E
 2   COUNTY OF RUTHERFORD   )

 3

 4              I, Marianne S. Aguirre, Verbatim

 5   Reporter and Notary Public, do hereby certify that

 6   BRUCE LAVAL, was duly sworn by me prior to the taking

 7   of his deposition; that said deposition was taken by me

 8   and transcribed by me and that the foregoing pages

 9   constitute a verbatim transcript of the testimony of

10   the said BRUCE LAVAL.  I do further certify that the

11   persons were present as stated.

12              I do further certify that I am not of

13   counsel for or in the employment of any parties to this

14   action, nor do I have any interest, financial or

15   otherwise, in the outcome thereof.

16              IN WITNESS WHEREOF, I have hereunto

17   subscribed my name, this 1st day of October 2015.

18

19                         _____
20                         Marianne S. Aguirre
                           Notary Number: 19961490099
21                         Verbatim Reporter
```

CaseWorks, Inc.     www.caseworksonline.com     800.955.0541

Exhibit 1I
White Decl. ISO Disney's SJ Motion P.0271

```
 1                  WITNESS'S CERTIFICATE

 2

 3         I, BRUCE LAVAL, do hereby certify

 4   that I have read and understand the foregoing

 5   transcript and believe it to be a true, accurate, and

 6   complete transcript of my testimony, subject to

 7   the attached list of changes, if any.

 8                              _____
                                    [signature]
 9                              BRUCE LAVAL
10
11         This deposition was signed in my presence by
12   __Bruce Laval__, on the _27th_ day of
13   __October__, 2015.
14
15                              _____
                                    [signature]
16                              Notary Public
17
18   My commission expires: 11/4/2015
```

[Notary seal: JENNIFER O. BLAKE, NOTARY, MY COMMISSION EXPIRES 11/4/2015, PUBLIC, TRANSYLVANIA COUNTY, NC]

| | | |
|---|---|---|
| 1 | Page 23    Line 9    should | (Page 2 of 2) |
| 2 | read: algorithm predicts how long that line is and how long it would take to get | |
| 3 | Page 24    Line 12    should | |
| 4 | read: So what it did is, first of all it | |
| 5 | Page 24    Line 15    should | |
| 6 | read: See in a day. and the biggest driver of guest | |
| 7 | Page 39    Line 9    should | |
| 8 | read: A. It's over a million dollars. Is that enough range | |
| 9 | Page 45    Line 9    should | |
| 10 | read: about them until working on this case | |
| 11 | Page 50    Line 7    should | |
| 12 | read: engineering is to provide unbiased facts and they do a | |
| 13 | Page 56    Line 19    should | |
| 14 | read: averaged the results for three days | |
| 15 | Page 100    Line 5    should | |
| 16 | read: Their guest satisfaction decreases, and as their guest | |
| 17 | Page ___    Line ___    should | |
| 18 | read: | |
| 19 | Page ___    Line ___    should | |
| 20 | read: | |
| 21 | Page ___    Line ___    should | |
| 22 | read: | |
| 23 | Page ___    Line ___    should | |
| 24 | read: | |
| 25 | | |

CaseWorks, Inc.    www.caseworksonline.com    800.955.0541

Exhibit 1I  
White Decl. ISO Disney's SJ Motion P.0273