# Exhibit 1-J

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., by and through S.P., as Next Friend, Parent, and Natural Guardian, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | Case No 2:15-cv-05346-R-E<br><br>Hon. Judge Manuel Real |

**<u>EXPERT DECLARATION OF BRUCE LAVAL</u>**

I, Bruce Laval, declare as follows:

1. I have been retained to testify as an expert in the above-referenced matter on behalf of Walt Disney Parks and Resorts U.S., Inc. ("Disney"). I have been asked to review certain studies, data and other information related to Disney's Disability Access Service ("DAS") at both Walt Disney World ("WDW") and Disneyland Resort ("DLR"). I have also been asked to provide an opinion on the issues raised by the plaintiffs in this case from the perspective of an industrial engineer and expert on theme park wait times, attraction entitlements that mitigate wait times, and the impact of wait times on guest satisfaction. This report is made based on information available to me at this time and I reserve the right to modify or supplement my report should additional information become available.

2. I am being compensated at a rate of $400 per hour for my time on this matter. My compensation is not dependent on the outcome of this case or on the substance of the opinions in this report.

3. I am a retired industrial engineer and former Executive Vice President of Operations Planning and Development for Walt Disney Parks and Resorts.

During my 30-year career with Disney, I held key roles in the planning, development, and operation of many of the Disney Parks around the world. I hold a Bachelor of Science degree in Industrial & Systems Engineering and a Master of Business Administration from the University of Florida. My studies included, among other things, operations research, computer simulations, statistical analysis**,** and other electives involving technical analyses.

4. I joined Disney in 1971 as an Industrial Engineer and was promoted to Manager of the Industrial Engineering Department in 1973. In 1976, I joined the project development team for Epcot at WDW and was responsible for developing the original design criteria for the park, which quantified the required program and capacity requirements for all public facilities and all other support facilities within the park. I later was promoted to the position of Director of Administration & Planning for Walt Disney Imagineering. When Epcot opened in the early 1980s, I assumed the role of General Manager of Epcot.

5. In 1985, I was promoted to Director of Project Development for what was then known as Disney-MGM Studios, one of the WDW parks. In that role, I was the lead operating executive responsible for providing all project design criteria and operational input to the creative design team. In 1989, I was promoted to Vice President of Disney-MGM Studios responsible for the overall operation of the Park. In 1994, I was promoted to Executive Vice President of Theme Parks and oversaw the operation of the Magic Kingdom, Epcot, and Disney-MGM theme parks. I later assumed the role of Executive VP of WDW Operations, which included responsibility for all of the theme parks and all resort/hotel operations at WDW.

6. In 1998, I was promoted to Executive VP of Operations Planning and Development for Walt Disney Parks and Resorts. In this role, I was responsible for integrating innovative theme park design with operational best practices for the Company's Theme Parks and Resorts throughout the world. During this time, I

invented Disney's FastPass system and was instrumental in the design and implementation of the system throughout all Disney parks worldwide.

7. As an Industrial Engineer ("IE") and Manger of the Industrial Engineering department, I pioneered the development of the process which later became known as "Guestology." Guestology at the time was defined as . . . "*the scientific study of the behaviors, needs, and expectations of people in a theme park environment, and the application of this knowledge to optimize the operation of existing attractions & facilities and the design efficiency of future theme parks.*" Over the years the term Guestology evolved to cover much broader functions, but it was always based on using the most sophisticated technical and quantitative tools to study all aspects of the guests experience and then to use these tools and information to refine, improve, and optimize all aspects of the park operation.

8. Much of this early work was concerned with optimizing the attraction efficiencies with the objective of reducing guest wait times as much as possible. This was always a major priority at Disney because it was a well-established fact that the total amount of time guests spend in line per day has a direct correlation to the number of attractions they can see in a day (value received) and their resulting overall "Level of Satisfaction" with the Disney Park experience. Further, it was also established that the resulting level of satisfaction has a direct correlation to the guest's "Intent to Return" to WDW in the future.

9. Therefore, there was always a very strong value proposition and motivation on everyone's part at Disney to do whatever was reasonably possible to reduce wait times. In addition, Disney also pioneered the development of themed queue lines and entertainment in the lines wherever possible.

10. Despite these various attempts and strategies to reduce wait times over the years, wait time and its impact on guest satisfaction remained a top priority, and led in the late 1990s to the development of the FastPass system. In developing

FastPass, I accepted the fact that it is impossible to totally eliminate wait times. I also realized, however, that the major problem with wait times is the "unproductive time" guests spend physically standing in line waiting for their turn to enter the attraction. With the availability of new computer technology, the concept of a "Virtual Queue" was conceived.

11. The FastPass system eliminates the physical standing in line problem by establishing a "Virtual Queue" which essentially saves the guest's place in line and then (through an algorithm) projects when the saved place will move to the front of the line and be ready to enter the attraction. This is accomplished with the issuance of a ticket with an attraction return time on it, which would have been approximately the same time the guest would have entered the attraction if they had stood in line the whole time. Therefore, instead of standing in a physical line, the guests were now able to spend that previously unproductive time going to other attractions, entertainment venues, shopping, or dining.

12. The research and studies conducted during this time showed that the total time FastPass guests spent standing in line during their park visit went down significantly and resulted in an increase in the number of attractions the guests could see in a given day. The research also showed that the combination of less time spent waiting in line and the ability to see more attractions resulted in a sharp increase in the guest's overall level of satisfaction with their park visit.

13. When FastPass was first implemented, a guest could only get one FastPass at a time and only when they had redeemed that entitlement could they obtain another FastPass time. This had to be done because of the physical limitation on the amount of capacity dedicated to FastPass. In the early years there was a limited number of attractions on FastPass and a finite amount of capacity dedicated to the FastPass inventory. Without these restrictions on obtaining and using the FastPass tickets, all available FastPass inventory would have been issued

and used before noon time on a typical busy day in the park. Therefore, guests entering the park after 12:00 would not have access to the FastPass System and would have to wait in the standby line at all attractions.

14. Implementation of these restrictions was necessary in order to provide everyone equal opportunity and access to the FastPass system throughout the day. In addition to these limitations, on some of the most popular attractions, access to FastPass sometimes had to be shut down in the late afternoon or evening. This was simply due to the fact that all available capacity inventory assigned to FastPass had been issued. This also ensured that all guests at the end of the day would still have the opportunity to visit the attraction through the standby line if they were unable to obtain FastPass.

15. Over the years, Disney has continued to expand and make improvements to FastPass. Today, the FastPass+ system at WDW allows guests to reserve, on a first come first serve basis, up to three FastPass times for different attractions each day. They can do this online up to 60 days in advance of their visit. For example, one attraction might be at 10 am, one at 1:30 pm and the third at 4 pm. FastPass+ times are part of the attraction capacity inventory that Disney allocates to FastPass, and when the limit is reached, no more FastPass times are granted for that day.

16. In addition to the three FastPass+ times guests can reserve in advance of their visit to WDW, once those three entitlements have been redeemed, additional FastPasses can be requested if available (one at a time) and that works the same way the original FastPass system worked.

17. The principle behind the Disability Access Service or DAS is similar to the FastPass system, but it is not limited in some of the ways FastPass is. DAS provides an entitlement to persons with cognitive disabilities, such as autism, who state they cannot wait in a traditional queue environment. I am aware of the fact

that Disney adapted DAS because the prior means of accommodating guests with cognitive disabilities, which was called the Guest Assistance Card or GAC, was subject to abuse by guests who claimed they could not wait in a traditional queue environment, even though they may not have had a disability. A guest with a GAC was able to go to any attraction and board through the "backdoor" with little or no wait, or through the shorter FastPass line, and never had to reserve a time in advance. It was, in effect, like having your own premium pass that could be used without limitation at any attraction at WDW or DLR. The GAC privilege was also extended to everyone in the same party of the person with the disability.

18. At WDW, a DAS card can be obtained at the Guest Relations office in each park. When DAS was launched at WDW in October of 2013, it was a physical card that was filled out and issued to the guest requesting it; today it is loaded into the guest's electronic ticket or Magic Band. Similarly, at DLR, a DAS card can be obtained at the Guest Relations office. As with WDW, DLR's DAS program was launched in October of 2013 with physical cards issued to guests; today, DAS is loaded into a guest's electronic park ticket.

19. There are several differences between DAS and FastPass, although the principle is similar. With a DAS card, the guest or anyone in the guest's party can request a return time at an attraction that is 10 minutes less than the posted wait time for that attraction. DAS entitlements never run out for the day and can always be requested.

20. DAS can also be used to access any attraction with a wait time of 10 minutes or less. Because 10 minutes is always subtracted from the posted wait time, on rides with a wait time of 10 minutes or less, the DAS guest and his or her party can bypass the standby line altogether, without having to receive a return time. This is a significant benefit, because the majority of the attractions in the four parks usually have wait times of 10 minutes or less. Thus anyone with a DAS card,

including everyone in that person's party, can go on any of these rides with no wait at all; they essentially are waved in.

21. Under the DAS system, once the return time arrives and the guest redeems the DAS entitlement, he or she can then obtain another return time for the same attraction, or for any other attraction. In addition to the ability to use the DAS card repeatedly throughout the day (and every other day of the guest's visit), the DAS guest can take advantage of the three FastPass+ entitlements discussed above and often one additional entitlement. Sometimes, as a guest recovery tool, a DAS guest and everyone in his party will be given an additional entitlement sometimes referred to as a re-admission pass, or "re-ad." The holder of this pass may use it to enter the shorter FastPass line at any time of the day at any attraction at DLR and at any attraction in any of the four theme parks at WDW.

22. Sometimes DAS guests are given multiple re-ads for each member of the party, which means a party of six who each received four re-ads would have a total of 24 of these entitlements. The whole party in this example would get near-immediate access to four attractions, even if they are the most popular attractions that may have stand-by wait times on busy days of 1-2 hours each.

23. I have reviewed and discussed with the IE team at WDW a study that confirms that wait times for obtaining a DAS card are minimal. This study, which is summarized in Table 2 in Dr. Siskin's Report, measured wait times and transaction times at Magic Kingdom and Epcot in the queue used to request a DAS card. These observations were recorded at Magic Kingdom on July 16 and July 20, 2015, and at Epcot on July 17 and July 21, 2015. The median wait time at Magic Kingdom was 0.86 minutes (roughly 52 seconds) and at Epcot it was 1.05 minutes. At Magic Kingdom, 90 percent of the guests waited 4.01 minutes or less to speak with a Guest Relations cast member about obtaining a DAS card; at Epcot, 90 percent of the guests waited 6.4 minutes or less. The median transaction times,

during which the guest can ask questions and discuss itinerary planning and other issues with the Guest Relations cast member, were 4.84 minutes at Magic Kingdom and 5.22 minutes at Epcot.

24. I have reviewed and discussed with the IE team at DLR a study that confirms that wait times for obtaining a DAS card are minimal. This study, which is summarized in Table 3 of Dr. Siskin's report, measured wait times and transaction times in the queues used to request a DAS card. These observations were recorded on January 16, 2016. The results from Table 3 of Dr. Siskin's report shows that at the Disneyland park ("DL"), the median waiting time for service is miniscule (i.e., about two and a half (2.5) minutes) and the median time to process a DAS transaction was approximately four (4) minutes. For the 90th percentile time, the data shows that 9 out of 10 guests waited in line for service no more than 8.7 minutes and that the DAS transaction time for 9 out of 10 guests was slightly more than seven (7) minutes. For Disney's California Adventure ("DCA"), the typical guest had essentially no wait, whereas the typical DAS transaction time was less than four (4) minutes and the DAS transaction time for 9 out of 10 guests was less than six (6) minutes.

25. Despite the fact that a small percentage of DAS users have complained that it is not as good as GAC, overall DAS has been extremely popular, and presumably many if not most of the individuals who have received DAS are guests with cognitive disabilities, because they are the individuals for whom this accommodation was primarily intended.

26. Records from May and June of 2015 show that in those two months alone, there were 15,167 separate parties who obtained and used DAS in Magic Kingdom and the median number of guests per party was approximately 4, meaning that over 60,000 individual guests used DAS in just two months in a single park. The number of parties who used DAS during this period at Hollywood Studies was

10,362 and the numbers at Epcot and Animal Kingdom were 9,022 and 7,521 respectively. *See* Table 1 in Dr. Siskin's Report. Similarly, a total of 20,375 DAS cards were issued at DLR in May and June of 2015 (Exhibit 1 at 2), and therefore, applying an average of 4 guests per party, there were approximately 81,500 individuals using DAS at DLR during those two months.

27. From the inception of DAS on October 9, 2013 to March 31, 2017, there were 464,089 DAS cards issued at WDW and 487,423 DAS cards issued at DLR. *See* Exhibit 1, attached hereto. These figures are powerful evidence in my opinion that DAS is working for the persons with cognitive disabilities for whom it was principally designed.

28. There are many reasons in my opinion why DAS has been extremely popular among persons with cognitive disabilities, and this is obvious from several studies Disney has conducted. At WDW in FY 2014, for example, the standby wait time that most guests experienced at the Seven Dwarfs Mine Train was, on average, 72 minutes during peak hours (noon to 3 pm). The wait time during peak hours for the FastPass line which DAS users go through was only 5 minutes for the same attraction. Another popular attraction at Magic Kingdom, Splash Mountain, had an average standby wait time of 43 minutes and a FastPass wait time of only 2 minutes. Guests using the standby line at Peter Pan's Flight waited 41 minutes on average during FY 2014 while DAS guests using the FastPass line only waited 3 minutes. These types of differences are apparent for many other Magic Kingdom attractions. *See* Exhibit 2, attached hereto.

29. Similarly, at DLR in FY 2014, the standby wait time that most guests experienced at DCA's Radiator Springs attraction was on average 89 minutes during peak hours (noon to 3 pm). The wait time during peak hours for the FastPass line which DAS users go through was only 10 minutes for the same attraction. Another popular attraction at Disneyland, Splash Mountain, had an

average standby wait time of 56 minutes and a FastPass wait time of only 6 minutes. Guests using the standby line at Space Mountain waited 58 minutes on average during FY 2014 while DAS guests using the FastPass line only waited 11 minutes. These types of differences are apparent for many other Disneyland attractions. *See* Exhibit 3, attached hereto.

30. In short, having a DAS card provides a guest with faster access to the premium or most popular attractions than what is experienced by guests without DAS, who must frequently wait in long queues. Instead of being stuck in line, a DAS guest and his party have nearly unlimited opportunities to experience other things during the time they have between obtaining a return time and redeeming that entitlement. For example, they can watch a parade, search for Disney characters, enjoy looking at castles and other landmarks, shop in one of the many stores, eat lunch, and do many other things. If they just want to go on more rides, however, they can do that as well.

31. This opportunity to gain immediate access to short-wait attractions is unique to the DAS card. This can be done all day long, with no limitation, and it perfectly complements the "free time" which all DAS cardholders have prior to each return time, when almost all other guests who want to experience the same attraction are stuck in the standby line. This opportunity is available at DLR and in each of the four parks at WDW. Today, Disney also has a smartphone app that shows on a map where the closest attractions are and what the wait time is at each attraction, making it extremely easy for DAS guests to use the time they have to experience other nearby attractions. This is particularly significant, because if you look at a typical busy summer day in 2014 for example (an 85th percentile attendance day for DLR), 46% of all attraction at Disneyland and 65% of all attractions at Disney's California Adventure Park had posted wait times under 10 minutes. *See* Exhibit 4, attached hereto.

32. One of the biggest benefits a DAS guest has is the ability, if he or she so desires, to experience significantly more rides (including premium rides) in a day than guests without DAS can experience. At WDW, both DAS and non-DAS guests are entitled to three FastPass+ return times which can be scheduled in advance, as described above. Similarly, at DLR, both DAS and non-DAS guests are entitled to use Fast Pass. But that is the only type of quick-entry passes that most guests receive. Except when they use FastPass or redeem a FastPass+ entitlement, most guests have to wait in the standby line for every attraction which has a wait time, and most of the premiere rides have wait times. DAS recipients, however, have two additional tools for avoiding long lines and experiencing more attractions.

33. First, they have the DAS itself which they can use, as described, to gain access to both long-wait and short-wait attractions, and this can be done simultaneously. Second, DAS recipients are often given one or more re-ads for each member of their party, which I discussed above, and these can be used to obtain near-immediate access to any attraction in any theme park. There is also no time limit on these types of entitlements as long as they are used the same day.

34. The combination of DAS, FastPass/FastPass+ and re-ads allows a party which is so inclined to experience a very high number of attractions, including premium attractions, in a single day -- far more than most guests without DAS could experience. This fact was demonstrated in a series of tests done at both WDW and DLR. These tests show that DAS guests, if they so choose, can experience significantly more attractions and spend much less time waiting in queues. Before these studies were conducted, I discussed with Disney's Industrial Engineering team the study design, and provided input regarding the number of testers they should use. With respect to the sample sizes used, the studies were conducted over three days at WDW and averaged across the three days, and the

DLR study was conducted over two days and averaged across the two days. I also reviewed the team's protocols before the studies began. Once the data was collected, I verified it by reviewing the methodology and rechecking/confirming the mathematical calculations.

35. WDW conducted a series of tests using pairs of testers, one of whom was given the standard three FastPass+s and one of whom was given three FastPass+s, a DAS card, and two re-ads. On July 27, 28 and 29, pairs of testers from Guest Relations who are knowledgeable about the parks were sent out with specific instructions to achieve as many of the selected attractions as possible, taking advantage of all services available to them to reduce their wait time. They were also instructed that if they had time while waiting for FastPass+ or DAS times, they should try to experience low-wait attractions using their smartphone app.

36. On the first day of testing at Magic Kingdom, when it was raining (which tends to shorten all wait times), on average the DAS tester experienced 14 attractions and the non-DAS tester experienced 10 attractions. On the second day, on average the DAS tester experienced 17 attractions and the non-DAS tester experienced 8 attractions. On the final day, on average the DAS tester experienced 16 total attractions and the non-DAS tester experienced 11 attractions. The differences in wait times were also dramatic. On day one, the total amount of wait time the average DAS tester spent in queues was 94 minutes, whereas the average wait time for non-DAS testers was 242 minutes. That amounted to an average wait time per attraction of 24 minutes for non-DAS testers (which includes the short wait times for the FastPass+ attractions) and only 7 minutes for the average DAS tester. *See* Exhibit 5, attached hereto.

37. Very similar numbers were produced on days two and three: on day two, the non-DAS tester waited in queues a total of 255 minutes or nearly 5 hours,

whereas the DAS tester only waited in line a total of 107 minutes, or just over an hour and forty-five minutes. This amounted to average per-attraction wait times of 32 minutes for the non-DAS tester and only 6 minutes for the DAS tester. The third day results were similar overall to the first two days. *See* Exhibit 5, attached hereto.

38. DLR also conducted a series of tests using pairs of testers, one of whom had (in addition to their standard FastPass entitlement) a DAS card and two re-ads, and one who had only the standard FastPass entitlements available to all guests. On January 3 & 4 of 2016, pairs of testers from Guest Relations who are knowledgeable about the parks were sent out with specific instructions to achieve as many of the selected attractions as possible, taking advantage of all services available to them to reduce their wait time. They were also instructed that if they had time while waiting for FastPass or DAS times, they should try to experience low-wait attractions using their smartphone app.

39. On the first day of testing at Disneyland, on average the DAS tester experienced 15 attractions and the non-DAS tester experienced 11 attractions. On the second day, the DAS tester experienced 19 attractions and the non-DAS tester experienced 12 attractions. The differences in wait times were also dramatic. The average wait time per attraction was 18 minutes for non-DAS testers (which includes the short wait times for the FastPass attractions) and only 9 minutes for the average DAS tester. *See* Exhibit 6, attached hereto.

40. Very similar numbers were produced at DCA. On the first day, the DAS tester experienced 19 attractions and the non-DAS tester experienced only 9 attractions. On the second day, the DAS tester experienced 26 attractions and the non-DAS tester experienced 19 attractions. For the two days this amounted to average per attraction wait times of 12 minutes for the non-DAS tester and only 7 minutes for the DAS tester. *See* Exhibit 6, attached hereto.

41. What plaintiffs are seeking here is in essence a request that Disney return to the GAC system. This would be a dangerous path and would, in my opinion, fundamentally alter the operation of WDW and DLR. The way to analyze this issue is rooted in the science of studying the relationship between attraction capacity and wait times. Guest wait time is a function of how many guests are standing in line and the actual processing capacity of the attraction at the time the guests are in line. To calculate the wait time, you simply divide the number of guests in line by the processing capacity and multiply by 60 minutes. For example, if there are 500 guests in line and the attraction capacity is 1,000, then the wait time will be 30 minutes. Because demand (number of guests in line) is constant at any given point in time, then any slight change in the attraction capacity has an immediate impact on the resulting wait time.

42. With the implementation of the FastPass system, a specific percentage of the available attraction capacity is assigned to FastPass users. The remaining attraction capacity is set aside for standby guests. Therefore, when DAS guests use their DAS passes, re-admission passes and FastPasses (or FastPass+s at WDW), this reduces the total amount of capacity that is available for the guests waiting in the standby line, which in turn increases the wait time for the standby line. As an example, if an attraction has an hourly capacity of 1,000 and 50% is assigned to the FastPass system, the standby line has a processing capacity of 500 per hour. If there are 250 people in the standby line, the standby wait will be 30 minutes. However, if during that hour 100 units of standby capacity are used by DAS guests, this then means that there are now only 400 units of capacity available for the regular guests in the standby line. Therefore, the resulting wait time in the standby line will increase from 30 minutes to 38 minutes. This demonstrates that any excessive use of non-standard entitlements such as re-ads or GAC abuses can have

an immediate and significant impact on the wait time and overall guest experience for all regular non-DAS guests in the park.

43. This principle was played out when GAC was in effect and was studied by the company. In April 2013, the Industrial Engineering (IE) team conducted a study to measure the volume of guests using GAC at select WDW attractions as compared to the percentage of total ridership (hereinafter referred to as the "GAC Easter Study"). In conducting the study, an observer was placed at every entrance a guest could use to access the ride. Over a period of two weeks, the observer collected data on the number of GAC holders (including the entire party) as they boarded the ride. The team also collected data on average daily attendance at each park.

44. At the time, Disney estimated that approximately 3 percent of guests at WDW were issued a GAC. The data from the GAC Easter Study showed that this small percentage of guests was consuming a disproportionate percentage of total ridership. For example, the study showed that at Toy Story Mania, 30 percent of the riders had a GAC. Based on these results, the IE team concluded that on average, a GAC guest was able to experience the ride two to three times per day, as compared to a non-GAC guest who only experienced it 0.3 times.

45. In short, the chance of riding Toy Story Mania was ten times greater if you had a GAC, and with the other rides that were studied, the difference was approximately two to four times. Thus, the GAC Easter Study showed that the share of GAC ridership on these attractions was vastly disproportionate to the percentage of all guests who had a GAC. Another inexorable result of this pattern is that as more guests with GAC entered the FastPass line for Toy Story Mania, for example, fewer non-GAC guests -- who made up 97 percent of all guests in the park -- were able to experience that ride even once. For this premium attraction, the system was providing a small minority of guests with multiple opportunities to

experience the ride at the cost of denying most non-GAC guests the chance to experience the ride at all. To me, this is like turning civil rights or disability rights on its head.

46. Disney has not performed a similar study at DLR, but it is my expert opinion that, to a reasonable degree of scientific certainty, results similar to what happened at WDW would also occur at DLR. The theme parks at WDW and DLR have many of the same rides, a similar park layout, and the same kinds of line options at the attractions: standby and FastPass lines.

47. If the plaintiffs who have sued Disney were to prevail on their request for relief, which is as I understand it to return to the unfettered, immediate access to all rides and attractions that GAC offered, it would in my opinion have the same impact as was seen in the GAC Easter Study. In fact, the IE team at Disney has studied this possibility based on actual experience with DAS over several months. In this study, called the Incremental Analysis, analysts from the IE team calculated, based on the capacity/wait time principles discussed above, how much the standby wait times at certain attractions would increase with each additional re-admission pass provided to DAS guests in that park.

48.The team studied five popular attractions with standby wait times from 51 to 70 minutes and found that those wait times would increase significantly if DAS guests were given an additional 1, 2 or 3 re-admission passes. For example, at Toy Story Mania the IE team found that with just one additional re-ad, the standby wait time would increase 23 minutes, from 64 minutes to 87 minutes. At Seven Dwarfs Mine Train, the 69 minute standby wait would increase 17 minutes to 86 minutes. If DAS guests were provided with 3 additional re-ads, the standby wait time at Toy Story Mania would increase 109 minutes, from 64 minutes to 173 minutes, or nearly 3 hours. The other attractions also had significant, if somewhat smaller, increases. *See* Exhibit 7, attached hereto.

49.The team also studied what the increases in standby wait time would be if additional re-ads were provided and the percentage of DAS users also increased. At Toy Story Mania, if there was a 2 percent gain in daily DAS users and 3 additional re-ads were provided, the 64 minute wait time would increase by a whopping 343 minutes, resulting in a total wait time for 97 percent of the guests in the park of 407 minutes -- which is 6 hours and 45 minutes. The bottom line which this study verifies is that the relief sought in this case would fundamentally alter operations at WDW and unfairly provide further -- and unnecessary -- entitlements to a few, at a significant cost to the many.

50.Due to the fact that DLR does not use the Magic Band and does not have access to the same more extensive database, Disney did not perform a similar study at DLR. However, it is my expert opinion that, to a reasonable degree of scientific certainty, results similar to what happened at WDW would occur at DLR.

51. Based on everything I have reviewed and discussed with the industrial engineers at Disney about DAS and based on many years of working in this area, it is my conclusion that DAS provides *faster* access and, if the guest desires, *more* access to more attractions than what a guest at WDW or DLR can experience without DAS.

52. It is my opinion, to a reasonable degree of scientific certainty, that DAS not only reasonably accommodates and provides equal access to guests with disabilities, for whom it may be difficult to wait in a traditional queue, but that it also provides *more* than equal access to such guests overall because they can experience the most popular attractions faster and, if they desire, in greater number than what 97 percent of guests at WDW and DLR can do without DAS. Moreover, DAS guests are able to experience these attractions with essentially little or no time waiting in a physical line.

53. It is also my opinion, to a reasonable degree of scientific certainty, that if Disney were required to provide unlimited "backdoor" access to all rides, with no return time that approximates the posted wait time, and if that type of access could be obtained by any guest who simply states that he or she is unable to wait in a traditional queue, significant abuse would result -- as previously documented under the GAC system. It is my opinion, to a reasonable degree of scientific certainty, that this excessive abuse would (1) increase wait times in the standby queues that 97 percent of the guests at WDW and DLR use, and (2) decrease the level of satisfaction guests have with their visit to the parks. This is an extremely important metric because of the established fact that the overall level of guest satisfaction has a direct correlation with a guest's "intent to return" in the future. Because the vast majority of Disney's annual attendance comes from repeat visitors, it is absolutely essential for Disney to maintain the highest possible level of guest intent to return.

54. Because of the adverse impact of requiring Disney, in essence, to return to the GAC system, it is my opinion, to a reasonable degree of scientific certainty, that such a requirement would constitute a fundamental alteration of the operation of WDW and DLR and would adversely impact the company and the vast majority of its guests, who would have to endure longer stand-by wait times on the most popular attractions.

I declare under penalty of perjury that the foregoing is true and correct.

May 18, 2017

[signature]
Bruce Laval

HIGHLY CONFIDENTIAL - 18 - EXPERT DECL. OF BRUCE LAVAL (2:15-CV-05346-R-E)

Exhibit 1J
White Decl. ISO Disney's SJ Motion P.0292

**Appendix A**

The following is a list of all cases in which I testified as an expert at trial or by deposition during the previous four years:

- A.L,., et al. v. Walt Disney Parks and Resorts U.S., Inc. (2015)

HIGHLY CONFIDENTIAL

EXPERT DECL. OF BRUCE LAVAL (2:15-CV-05346-R-E)

Exhibit 1J

White Decl. ISO Disney's SJ Motion P.0293