# Exhibit 2-G

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

# WDW and DLR Guest Assistance Card (GAC) Distribution and Usage

**DRAFT**

## Background:

- Guest Relations tracks GAC distribution at WDW and DLR. This data was used to assess GAC issuance from April 2012 – March 2013.

- Operations and the Parks Support Team conducted ad-hoc studies throughout Spring Break to assess the volume of Guests using GACs at select WDW attractions. Analysis included limited hours (12:00 – 16:00) for the locations sampled (findings are on Page 2).

## GAC issuance:

- At WDW, the volume of GACs did not increase over the past year. Seasonality was a contributing factor, driving higher volume during Spring Break/Summer and reduced volume during lower attendance periods (Fall 2012).
    - On average, ~230 GACs were distributed daily at WDW, ranging from 17 per day (AK) to 125 per day (MK). Decreases relative to the Summer 2012 assessment (in the Appendix) may be attributed to seasonality.
    - The lifetime of GACs at WDW has remained relatively flat over the past year. For example, the % of GACs distributed with greater than a 7 day life has remained flat. Overall, ~70% of GACs distributed were effective for one week or less.

- DLR issued more GACs than WDW. The opening of Cars Land in 6/2012 contributed to a higher volume of GACs distributed



Document #: 215475
Source Doc #: 215478, 215477                WDP&R Industrial Engineering                        1

Highly Confidential
HIGHLY CONFIDENTIAL

Exhibit 2G
White Decl. ISO Disney's SJ Motion P. 0761
Disney-AL1010281
DisneyCA-TP0017876

# WDW and DLR Guest Assistance Card (GAC) Distribution and Usage **DRAFT**

**Attractions Impacts:**

- GAC Guests as a % of Total Ridership ranged from 7% (Speedway) to 30% (Mania) during WDW Spring Break GAC observations. As a % of FP Guests Carried, Mania experienced the highest volume with nearly 40% of Guests coming through the FP queue having a GAC. More details are available in the table below.

- Total Ghost Riders (e.g. No Strings Attached, Re-Ads, Priority Entrance) represented a higher percentage of overall ridership and FP Guests Carried. At Mania, nearly 50% of the FP Guests Carried were Ghost Riders.

- Various attractions have adopted policies to mitigate potential GAC abuse during high attendance periods. At DCA-Racers, GAC Guests are provided a card indicating a return time that aligns with the current Standby Wait Time. Several high affinity locations (e.g., ST-Mania) may reduce FP inventory due to high GAC demand.
    - Standard FP Templates range from 57% to 72%. Several factors contribute to this broad range, including attraction characteristics (e.g. long cycle times), parade/show dial downs, downtimes, no-shows, and Ghost Riders.
    - Buzz and Space have additional dial downs to account for higher Ghost Rider volume during peak attendance periods.

| Park-Attraction | GAC: Average Hourly Impact | | Total Ghost Riders: Average Hourly Impact | | Standard FP Templates (FP % of GCT) |
|---|---|---|---|---|---|
| | % of Total Guests Carried | % of FP Guests Carried | % of Total Guests Carried | % of FP Guests Carried | |
| MK-Buzz | 11% | 20% | 12% | 23% | 64% |
| MK-Space Mtn | 11% | 14% | 13% | 17% | 67% |
| MK-Speedway | 7% | - | 9% | - | - |
| MK-Splash | 13% | 19% | 18% | 26% | 72% |
| ST-Coaster | 10% | 15% | 15% | 24% | 60% |
| ST-Mania | 30% | 38% | 36% | 46% | 60% |
| AK-Dinosaur | 7% | 12% | 9% | 15% | 63% |
| AK-Kali | 10% | 18% | 13% | 25% | 57% |
| AK-KSR | 8% | 17% | 10% | 20% | 69% |

Document #: 215475
Source Doc #: 215478, 215477                    WDP&R Industrial Engineering                                        2

**Highly Confidential**
**HIGHLY CONFIDENTIAL**

Exhibit 2G
White Decl. ISO Disney's SJ Motion P. 0762

Disney-AL1010282
DisneyCA-TP0017877