# Exhibit 2-J

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

## WDW Guest Assistance Card (GAC) Impact – Toy Story Mania Scenario

**Methodology:**
- Assessment represents a peak attendance day at Studios (35K), since the GAC impact is magnified during peak attendance periods.
- Mania was selected to represent a high-GAC impact scenario, based on its elevated GAC volume [2] and low capacity.
  - As attendance changes, the GAC impact by attraction may also change.
  - GAC usage varies significantly by attraction, with Mania representing an extreme scenario.
- Percent of Daily Attendance possessing a GAC (3.3%) was evaluated in Summer 2012 and accounts for GACs issued during previous visits.
- Mania's Hourly % of Guests with a GAC was studied over peak hours during Spring Break 2013.
  - Hourly % was used to extrapolate Daily GAC Ridership, making the assumption this % remains constant throughout the day.
  - A high/low range has been provided, but the % of Ridership will vary by hour, attendance, and attraction.

**Key Takeaways:**
- GAC Guests are likely to ride Mania 2-3 times. Non-GAC Guests ride Mania less than 1 time.
- Mania's estimated POG is 37%; POG for GAC Re-rides is 4-8%. As a % of Mania Ridership, GAC Re-rides account for 11-21%.

| Studios: Average Daily | | |
|---|---|---|
| Attendance: | 35000 | |
| % of Daily Attendance Possessing a GAC: | 3.3% | |
| # of GAC Guests: | 1155 | |
| # of Non-GAC Guests: | 33845 | |
| **Mania: Average Daily** [1] | | |
| Guests Carried: | 12840 | |
| POG: | 37% | |
| **Mania: GAC Impact** | **High** | **Low** |
| % of Hourly Guests with a GAC: | 30% | 20% |
| Total Daily GAC Ridership: | 3852 | 2568 |
| Total Non-GAC Daily Ridership: | 8988 | 10272 |
| Rides per GAC Guest: | 3.3 | 2.2 |
| Rides per Non-GAC Guest: | 0.3 | 0.3 |
| Estimated GAC Re-rides: | 2697 | 1413 |
| POG (GAC Re-rides as % of Daily Attendance): | 8% | 4% |
| GAC Re-rides as % of Mania Ridership: | 21% | 11% |

[1] Daily GC Assumptions: Average Hourly GC = 1075 GC/Hr; Operating Hours = 12
[2] Limited studies were conducted at Mania during Spring Break 2013. As a % of FP Guests Carried, Mania experienced the highest volume with nearly 40% of Guests coming through the FP queue having a GAC.

Document #: 215630
Source Doc #: 215478, 215477          WDP&R Industrial Engineering          1

Highly Confidential
HIGHLY CONFIDENTIAL

Exhibit 2J
White Decl. ISO Disney's SJ Motion P.0810
Disney-AL1010280
DisneyCA-TP0017875