# Exhibit 2-K

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**REDACTED**

**From:** Armor, Alison
**Sent:** Monday, April 16, 2012 2:56 PM
**To:** Hale, Greg; Wahler, Jacquee M. (Polak); Bellavia, Deborah; Rosenfeld, Teri; Mertz, Carla; Martinez, Elisa; Giacalone, Margaret C; Muscaro, Kent; Morris, Julie
**Cc:** Evans, Todd; Britton, Brian
**Subject:** Attraction Access Working Team Membership

HI Everyone,

**REDACTED**

The Park Operations LOB will be leading an initiative to review and streamline our attraction access policies and tools for Guests with Disabilities for both US sites.  This is a work stream generated by an ECV Strategy project which has recently been approved by senior leadership.  Your departments have been identified as critical partners and we would like you to identify someone from your team to join our Attraction Access Working Team.  This person should be able to represent you (ideally, leader of leader level) and have the authority to provide guidance related to their subject matter expertise.  Their input would be vital in formulating our recommendations  to be presented to the Steering Committees (recommendation target completion is in early Q4, with the hope of implementing in Q1 prior to NGE launch at WDW).

We anticipate this working team to be in existence for about 6 months as we move from recommendations to development and then implementation. Initially we will meet every other week and will adjust as necessary.  Please let me know if you have any immediate questions and thank you in advance for your partnership and support!

**Confidential**
CONFIDENTIAL

Exhibit 2K
**Disney-AL1011162**
White Decl. ISO Disney's SJ Motion, P.0812
DisneyCA-TP0020236

Alison

**Confidential**
CONFIDENTIAL

Exhibit 2K
White Decl. ISO Disney's SJ Motion, P.0813
**Disney-AL1011163**
DisneyCA-TP0020237