# Exhibit 2-P

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Victor Bradley     Updated 11-25-2019

**Admission Data**

| PARTY CODE | SURROGATE GATE ID | ATS GATE CODE | ATS GATE ID | GATE NAME | ADMISSION ITEM USAGE DATE | ADMISSION ITEM USAGE TYPE CODE | ADMISSION ITEM USAGE TYPE NAME |
|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000000374691001 | 42 | WAKMG | 21 | AK - MAIN GATE | 2-Apr-19 | 0 | Access |
| CAFEF00D6502000000000000374691001 | 31 | WMKMG | 5 | MK - MAIN GATE | 3-Apr-19 | 0 | Access |
| CAFEF00D6502000000000000374691001 | 31 | WMKMG | 5 | MK - MAIN GATE | 3-Apr-19 | 0 | Access |
| CAFEF00D6502000000000000374691001 | 31 | WMKMG | 5 | MK - MAIN GATE | 3-Apr-19 | 0 | Access |

**DAS Enrollment**

| EXPERIENCE ID | Guest Last Name | Guest First Name | srrgt_pgm_enroll_id | srrgt_pgm_id | srrgt_pty_id | pgm_enroll_strt_dts | pgm_strt_dts | pgm_end_dts | pgm_enroll_own_in | ifnt_in | media_opt_out_in | pgm_id | srrgt_term_and_cndtn_id | max_exprnc_cn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000000374691001 | Bradley | Victor | 3,679,126 | 1,187,552 | 788,938,920 | 4/2/2019 | ? | ? | Y | N | N | ? | ? | ? |
| CAFEF00D6502000000000000374691001 | Bradley | Victor | 3,681,332 | 1,187,518 | 788,938,920 | 4/2/2019 | 4/2/2019 | 6/2/2019 | N | N | N | 718,538 | 10,005 | 4 |

**FastPass Usage**

| PARTY CODE | GXP ENTITLEMENT CODE | ENTITLEMENT TYPE CODE | STS TYPE CODE | ENTITLEMENT START DATE | ENTITLEMENT START TIME | ENTITLEMENT END DATE | ENTITLEMENT END TIME | ENTITLEMENT ACTIVITY RSN CODE | ENTITLEMENT ACTIVITY RSN DATE | ENTITLEMENT ACTIVITY RSN TIME | ENTITLEMENT RSN CODE | ENTERTAINMENT NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000000374691001 | 1286053828 | NON | RED | 4/2/2019 | 4:05:00 PM | 4/2/2019 | 9:00:00 PM | 2555218443 | 4/2/2019 | 4:14:40 PM | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286053828 | NON | RED | 4/2/2019 | 4:05:00 PM | 4/2/2019 | 9:00:00 PM | 2555211446 | 4/2/2019 | 4:10:34 PM | OVR | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286050459 | NON | CAN | 4/2/2019 | 4:42:00 PM | 4/2/2019 | 9:00:00 PM | 2555051058 | 4/2/2019 | 2:38:21 PM | STD | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286013370 | NON | CAN | 4/2/2019 | 4:42:00 PM | 4/2/2019 | 9:00:00 PM | 2554965506 | 4/2/2019 | 1:52:54 PM | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286052278 | NON | CAN | 4/2/2019 | 4:03:00 PM | 4/2/2019 | 9:00:00 PM | 2555051059 | 4/2/2019 | 2:38:21 PM | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286052278 | NON | CAN | 4/2/2019 | 4:03:00 PM | 4/2/2019 | 9:00:00 PM | 2555054373 | 4/2/2019 | 2:40:13 PM | STD | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286053828 | NON | RED | 4/2/2019 | 4:05:00 PM | 4/2/2019 | 9:00:00 PM | 2555054377 | 4/2/2019 | 2:40:13 PM | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286013370 | NON | CAN | 4/2/2019 | 4:42:00 PM | 4/2/2019 | 9:00:00 PM | 2555047323 | 4/2/2019 | 2:36:31 PM | STD | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1286050459 | NON | CAN | 4/2/2019 | 4:42:00 PM | 4/2/2019 | 9:00:00 PM | 2555047324 | 4/2/2019 | 2:36:31 PM | DAS | Avatar Flight of Passage |
| CAFEF00D6502000000000000374691001 | 1285872404 | NON | CAN | 4/2/2019 | 11:38:00 AM | 4/2/2019 | 9:00:00 PM | 2554965502 | 4/2/2019 | 1:52:54 PM | STD | Expedition Everest - Legend of the Forbidden Mountain |
| CAFEF00D6502000000000000374691001 | 1285872404 | NON | CAN | 4/2/2019 | 11:38:00 AM | 4/2/2019 | 9:00:00 PM | 2554644175 | 4/2/2019 | 10:58:20 AM | DAS | Expedition Everest - Legend of the Forbidden Mountain |
| CAFEF00D6502000000000000374691001 | 1286367401 | STD | BKD | 4/3/2019 | 6:10:00 PM | 4/3/2019 | 7:10:00 PM | 2555711981 | 4/2/2019 | 11:24:17 PM | STD | Pirates of the Caribbean |
| CAFEF00D6502000000000000374691001 | 1286875215 | NON | RED | 4/3/2019 | 4:23:00 PM | 4/4/2019 | 12:00:00 AM | 2556694434 | 4/3/2019 | 2:59:02 PM | DAS | Space Mountain |
| CAFEF00D6502000000000000374691001 | 1286875215 | NON | RED | 4/3/2019 | 4:23:00 PM | 4/4/2019 | 12:00:00 AM | 2556832500 | 4/3/2019 | 4:23:02 PM | STD | Space Mountain |
| CAFEF00D6502000000000000374691001 | 1286366936 | STD | BKD | 4/3/2019 | 5:05:00 PM | 4/3/2019 | 6:05:00 PM | 2555711336 | 4/2/2019 | 11:23:02 PM | STD | Haunted Mansion |
| CAFEF00D6502000000000000374691001 | 1286875215 | NON | RED | 4/3/2019 | 4:23:00 PM | 4/4/2019 | 12:00:00 AM | 2556836943 | 4/3/2019 | 4:25:51 PM | DAS | Space Mountain |
| CAFEF00D6502000000000000374691001 | 1286955360 | NON | RED | 4/3/2019 | 5:40:00 PM | 4/4/2019 | 12:00:00 AM | 2556954701 | 4/3/2019 | 5:41:22 PM | DAS | it's a small world |
| CAFEF00D6502000000000000374691001 | 1286955360 | NON | RED | 4/3/2019 | 5:40:00 PM | 4/4/2019 | 12:00:00 AM | 2556877041 | 4/3/2019 | 4:50:39 PM | DAS | it's a small world |
| CAFEF00D6502000000000000374691001 | 1286365983 | STD | BKD | 4/3/2019 | 3:45:00 PM | 4/3/2019 | 4:45:00 PM | 2555709977 | 4/2/2019 | 11:20:13 PM | STD | Buzz Lightyear's Space Ranger Spin |