# Exhibit 2-Q

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E



CONFIDENTIAL

Exhibit 2Q
White Decl. ISO Disney's SJ Motion, P. 0851
DisneyCA-TP0132202

## Incident Case

**Incident Case ID:** M003483675  **Guest Name:** Victor Bradley

### Add/Edit Incident Case

- Open Date: 8/8/2014
- Close Date:
- Visit Begin:
- Visit End:

**Additional Guests:** Add Additional Guest

### Notes

**Case Notes:**

Characters Left: 739

**Previous Notes:**

(Victora Powell [POWEV016]:8/8/2014 5:54 PM) Guest is to be issued (2) two DAS re-admission passes as a reoccurring exception Kortney and Victoria. Please document in Recovery Items each time DAS Attraction Readmission Passes are issued DO NOT CLOSE INCIDENT!

### Reservation Details

- Reservation System: --Select One--
- Reservation Attribute:
- Enter Value:

Updated By: POWEV016   Updated On: 8/8/2014 5:54:58 PM

### Related Feedbacks

| Date | Source | Notes | Updated By | Updated On |
|---|---|---|---|---|
| Feedback 8/08/2014 | IN PERSON | (Victora Powell [POWEV016]:8/8/2014 5:54 PM) Guest is to be issued (2) two DAS re-admission passes as a reoccurring exception Kortney and Victoria. Pl... | POWEV016 | 8/08/2014 |

---

## Feedback

**Incident Case ID:** M003483675  **Guest Name:** Victor Bradley

### Add/Edit Feedback

**Details:**
- Open Date: 8/8/2014
- Close Date:
- Feedback Date: 8/8/2014
- Source: IN PERSON  --Select One--
- Feedback Tone: N/A
- Situation Difficulty: Low

**Feedback Notes:**
(Victora Powell [POWEV016]:8/8/2014 5:54 PM) Guest is to be issued (2) two DAS re-admission passes as a reoccurring

Characters Left: 739

**Flags:**
- [ ] Executive Sensitive
- [ ] Urgent
- [ ] Dietary Needs

**Cast Member:**
- Feedback ID: F0003664049
- Assigned Cast Member:
- Assigned Cast Role: Assigned

**Guest Type:**
- [ ] Adventures by Disney
- [ ] Day Guest
- [ ] DVC Member
- [ ] Pre-Arrival
- [ ] Annual Pass Holder
- [ ] DCL / ABD Guest
- [ ] Post-Arrival
- [ ] Resort Guest

Updated By: POWEV016   Updated On: 8/8/2014 5:54:58 PM

### Response Activity

### Recovery Items

| Date | Type | Redeemed Date | Value | Quantity | Status | Expiration Date |
|---|---|---|---|---|---|---|
| Select 8/08/2014 | (2) DAS Attraction re-ads | 8/08/2014 | 0.00 | 2 | Redeemed | |

CONFIDENTIAL

Exhibit 2Q
White Decl. ISO Disney's SJ Motion P. 0852
DisneyCA-TP 0132203






CONFIDENTIAL

Exhibit 2Q
White Decl. ISO Disney's SJ Motion P. 0854
DisneyCA-TP0132205