# Exhibit 2-R

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**DOT/DAS Enrollment**

| guest_id | linked_guest_id | first_name | last_name | location_desc | issue_operdate | issue_date_time | issued_by | valid_date | valid_days | party_size | ticket_id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20000143348 | 0 | KENDALL | CAMPBELL | MK City Hall | 2014-11-24 00:00:00.000 | 2014-11-24 17:39:39.557 | ALBOK001 | 2014-11-24 00:00:00.000 | 3 | 5 | |
| 20000052345 | 0 | KENDALL | CAMPBELL | EC Intl Gateway | 2014-03-10 00:00:00.000 | 2014-03-10 15:13:41.357 | YARBZ001 | 2014-03-10 00:00:00.000 | 14 | 6 | |

**DAS/Arendelle Usage**

| Date | group_id | ticket_id | attraction_name | group_status | ticket_status | party_size | return_start_time | return_end_time | Posted SBT | Guest SBT | create_date_time | redeem_date_time | ticket_status_date_time | reassigned_group_id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

**RECOVER - Readmission Passes**

| readmission_id | ticket_id | party_size | effective_date | expiration_date | recover_attraction_group | readmission_state | readmission_state_date | redeemed_attraction_id | redeemed_p | multi_day_d | multi_day_info_id | create_date | created_by |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Fastpass Usage**

| oper_date | issue_date | attraction_code | attraction_desc | tckt_nbr | window_start_time | window_end_time |
|---|---|---|---|---|---|---|
| | | | | | | |

**Ticket/Main Entrance Usage**

| UseTime | ScannedVisualID | Internal VisualID | AccessCode | ACP | LastUpdate |
|---|---|---|---|---|---|
| | | | | | |

CONFIDENTIAL

Exhibit 2R
White Decl. ISO Disney's SJ Motion P. 0856
DisneyCA-TP0132256