ANDY DOGALI (admitted p*ro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764
Tel: (813) 289-0700
Fax: (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Tel: (310) 844-9696

JENNIFER A. LENZE (California Bar No. 246858)
Jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Tel: (310) 322-8800

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DOGALI LAW GROUP, P.A.

**T.P., et al.,**

Plaintiffs,

v.

**WALT DISNEY PARKS AND RESORTS U.S. INC.,**

Defendant.

**Case No.:** 15-cv-5346-CJC-E

**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF FACT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON K.A.C.'S AND J.L.C.'S CLAIMS**

**Date: November 23, 2020**
**Time: --:-- p.m.**
**Hon. Cormac J. Carney**
**Courtroom: 9B**

Plaintiffs, K.A.C., by and through J.L.C., as Next Friend, Parent and Natural Guardian, and J.L.C., individually, offer the following disputes of fact in opposition to Defendants Motion for Summary Judgment on K.A.C.'s and J.L.C's Claims. [D. 433].

## I. MATERIAL FACTS

### A. K.A.C.'s Condition, Interests and Abilities are relevant to this motion.

1. K.A.C. is 17-years-old and is disabled by severe autism, epilepsy, hyperactivity disorder, developmental delay, and seizure disorder. *See* Declaration of J.L.C. ("J.L.C. Declaration") ¶ 6, Exhibit "B" to the Plaintiffs' Evidence Packet ("PEP"); Exhibit "10" to the deposition of J.L.C. ("J.L.C. Depo."), Exhibit "D" to the PEP; Answer to Defendant's First Interrogatory No. 3 , Exhibit "E" to the PEP. K.A.C.'s condition limits his ability to care for himself, perform manual tasks, communicate, or express his emotions or feelings in words. *See* J.L.C. Declaration ¶ 7. In addition to poor motor coordination, and an inability

Page 2

Plaintiffs' K.A.C. and J.L.C.'s Statement of Disputed Facts in Opposition to MSJ
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-R

to express his motions or feelings through words, K.L.C. exhibits classic indicia of autism spectrum disorder ("ASD") including becoming easily frustrated, confused and overwhelmed, experience "meltdowns" where he will fall to the ground, hit punch and kick, exhibit aggressive behaviors, not be able to stand in line, and cannot understand the concept of time. *See* J.L.C. Depo. 9-14, 239:7-14, J.L.C. Declaration ¶¶ 8-10. For example, K.L.C. considers any line, whether it have two people or ten people, too long because he cannot understand waiting for time to pass to access something in front of him. *See* J.L.C. Depo. 239:7-14. K.A.C. simply cannot comprehend doing activities like shopping or viewing parades to pass the time.

2. K.A.C's mother, J.L.C., and his dad have been the primary caregivers for K.A.C. his entire life. *See* J.L.C. Declaration ¶ 7. Like any parent, J.L.C. has K.A.C.'s best interests at heart and wants to see him happy. *See* J.L.C. Declaration ¶ 4.

**A. <u>Plaintiffs' Visits to the Parks are the essence of this action</u>**

3. K.A.C., his mother, J.L.C., his father and his sister attended Disney World with K.A.C. in 2008. Guest Services provided a GAC, "Guest Assistance Card," for K.A.C. which accommodated his inability to wait for rides for more than 10-15 minutes. *See* J.L.C. Declaration ¶¶ 10-11. K.A.C. received similar accommodations for visits in 2009 and 2010 and 2013. *See* J.L.C. Declaration ¶¶ 10-11.

4. K.A.C. and his family visited Disneyland in 2011 where K.A.C. received a GAC as an accommodation. *See* J.L.C. Declaration ¶¶ 10-11.

5. In March of 2014, K.A.C. and his family took a trip to Disney World where they experienced the DAS for the first time. *See* J.L.C. Declaration ¶ 13. Prior to this trip, J.L.C. contacted Disney by phone several

Page 3

Plaintiffs' K.A.C. and J.L.C.'s Statement of Disputed Facts in Opposition to MSJ
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-R

DOGALI LAW GROUP, P.A.

DOGALI LAW GROUP, P.A.

times to advise its staff of K.A.C.'s disability. *See* J.L.C. Declaration ¶ 13. J.L.C. was assured by Disney that Guest Services with give K.A.C. a pass that would meet his individual needs. *See* J.L.C. Declaration ¶ 13. Over the course of several calls, J.L.C. was provided confusing information as to how the new system functioned in terms of getting return times for rides. *See* J.L.C. Declaration ¶ 13.

6. The family arrived at Disney World for their first day on March 10, 2014. *See* J.L.C. Declaration ¶ 14. As instructed, J.L.C. went to Guest Services to advised them that K.A.C. was disabled. *See* J.L.C. Declaration ¶¶ 13-14. J.L.C. presented a letter to Guest Services which identified his medical conditions and needs and was accompanied by supporting medical records. *See* J.L.C. Declaration ¶ 14, J.L.C. Depo. 198:1-5 and Exhibit "10" thereto. Guest services refused to look at K.A.C.'s medical documentation confirming autism and outlining his needs. *See* J.L.C. Declaration ¶ 14, Exhibit "10" thereto. Guest Services provided K.A.C. a DAS card and two re-admission passes that day but was not offered any Fast Passes. *See* J.L.C. Declaration ¶ 14.

7. On March 10, K.A.C. did not utilize the DAS but used the two re-admission passes. *See* J.L.C. Declaration ¶ 15.

8. The following day, K.A.C. and his family visited Animal Kingdom. *See* J.L.C. Declaration ¶ 16. K.A.C. used a wheelchair during the visit. *See* J.L.C. Declaration ¶ 16. The family went to the It's Tough to Be a Bug ride but were turned away from both the Stand By and Fast Pass lines using K.A.C.'s DAS. *See* J.L.C. Declaration ¶ 16, J.L.C. Dep. 224:23-225:3. J.L.C. had to go to a kiosk to get assistance to access the ride. *See* J.L.C. Declaration ¶ 16, J.L.C. Depo. 225:13-22, 226:11-14, 254:19-255:16.

9. During the delay in trying to access the ride, K.A.C. became frustrated and suffered a meltdown. *See* J.L.C. Declaration ¶ 17. The family took K.A.C.

Page 4

Plaintiffs' K.A.C. and J.L.C.'s Statement of Disputed Facts in Opposition to MSJ
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-R

from his wheelchair to access the ride but, when they could not go on the ride he eloped from his wheelchair with frustration. *See* J.L.C. Declaration ¶ 17, J.L.C. Depo. 227:12-25. K.A.C.'s father was ultimately able to return K.A.C. to his wheelchair. *See* J.L.C. Declaration ¶ 17, J.L.C. Depo. 227:12-20.

10. The third day of K.A.C.'s and his family's Disney World visit was spent at Magic Kingdom. *See* J.L.C. Declaration ¶ 18. J.L.C. attempted to use the DAS card for K.A.C. for three rides, Mad Tea Party, Dumbo and Tomorrow Speedway but was unable to get a return time signed off for any of these rides. *See* J.L.C. Declaration ¶ 18. As a result, K.A.C and his family were directed to stand in line for the three rides. *See* J.L.C. Declaration ¶ 18. Though K.A.C. endured the long lines at the rides such as Mad Tea Party and Dumbo, he experienced a meltdown. *See* J.L.C. Declaration ¶ 18, J.L.C. Depo. 233:7-10, 20-23, 234:19-21. K.A.C. collapsed on the ground and his sister struggled to assist him to get up from the ground. *See* J.L.C. Declaration ¶ 18, J.L.C. Depo. 233:20-23.

11. On the fourth day of the trip, the family went to Hollywood Studios to ride Buzz Lightyear, the only ride K.A.C. likes. *See* J.L.C. Declaration ¶ 19. There was a 65-minute wait return time for Buzz Lightyear using DAS. *See* J.L.C. Declaration ¶ 19, J.L.C. Depo. 247:5-13. During the wait, K.A.C. experienced a meltdown at the park. *See* J.L.C. Declaration ¶ 19.

12. The DAS is ill suited to meet K.A.C.'s particular needs. *See* J.L.C. Declaration ¶ 20. He only enjoys a handful of rides and becomes exhausted and experiences meltdowns from waiting over the course of several hours to access those rides. *See* J.L.C. Declaration ¶ 20. K.A.C. does not understand that time will pass so that he can access the ride. *See* J.L.C. Declaration ¶ 20.

13. During their November 2014 visit to Disney World, K.A.C. and his family experienced a 50-minute wait at the Speedway ride, a 20-minute wait at

Mad Tea Cups and a 25-minute wait at the Mini Roller Coaster. *See* J.L.C. Declaration ¶ 21, J.L.C. Depo. 252:20-24. They received 5 re-admission passes on their first day at Magic Kingdom in November but did not receive readmission passes for their second day to Animal Kingdom despite requesting them from Guest Services. *See* J.L.C. Declaration ¶ 21. The family received two re-admission passes which were used at Epcot Center we received on day three of our visit. *See* J.L.C. Declaration ¶ 21, J.L.C. Depo. 255:17-19.

14. The family returned to Disney World in May 2016 at which time they At Epcot, we received three re-admission passes along with the DAS. *See* J.L.C. Declaration ¶ 22.

16. The family, including K.A.C. and J.L.C., would like to return to the two parks in the future if the DAS system can be revised to accommodate K.A.C.'s needs. *See* J.L.C. Declaration ¶ 24. Ten re-admission passes would accommodate K.A.C.'s needs during future visits. *See* J.L.C. Declaration ¶ 24.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of November 2020 a true and correct copy of the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system.

**DOGALI LAW GROUP, P.A.**

*/s/Andy Dogali*
Andy Dogali
*Admitted pro hac vice*
Barbara U. Uberoi
California Bar No. 208389
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764
Tel: (813) 289-0700
Fax: (813) 289-9435

**ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP**

Eugene Feldman
California Bar No. 118497
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
eugene@asstlawyers.com

DOGALI LAW GROUP, P.A.

Page 6

Plaintiffs' K.A.C. and J.L.C.'s Statement of Disputed Facts in Opposition to MSJ
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-R

adogali@dogalilaw.com,
buberoi@dogalilaw.com

LENZE LAWYERS, PLC

Jennifer A. Lenze
California Bar No. 246858
Amanda D. Mcgee
California Bar No. 282034
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Tel: (310) 322-8800
Jlenze@lenzelawyers.com,
mcgee@lenzelawyers.com

*Attorneys for Plaintiffs*

DOGALI LAW GROUP, P.A.

Page 7

Plaintiffs' K.A.C. and J.L.C.'s Statement of Disputed Facts in Opposition to MSJ
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-R