ANDY DOGALI (admitted p*ro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
Dogali Law Group, P.A.
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045

JENNIFER A. LENZE (California Bar No. 246858)
Jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T.P., et al.,** | ) **Case No.:** 15-cv-5346-CJC-E |
| Plaintiffs, | ) **PLAINTIFFS' EVIDENCE** |
| | ) **PACKET IN SUPPORT OF** |
| v. | ) **OPPOSITIONS TO** |
| | ) **DEFENDANT'S MOTIONS FOR** |
| | ) **SUMMARY JUDGMENT** |
| **WALT DISNEY PARKS AND** | ) |
| **RESORTS U.S. INC.,** | ) **Date:  November 23, 2020** |
| | ) **Time: --:-- p.m.** |
| Defendant. | ) **Hon. Cormac J. Carney** |
| | ) **Courtroom: 9B** |
| _____/ | ) |

Page 1

DOGALI LAW GROUP, P.A.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs V.L.B., S.L.B., K.A.C., J.L.C., Y.Z. and M.Y.R. ("Plaintiffs") respectfully submit this their evidence in support of their oppositions to Defendant Disney's Notice of Motion and Motion for Summary Judgment on V.J.B.'s and S.L.B.'s Claims [D. 435], Notice of Motion and Motion for Summary Judgment on K.A.C.'s and J.L.C.'s Claims [D. 436], and Notice of Motion and Motion for Summary Judgment on Y.Z.'s and M.Y.R.'s Claims [D. 437].

True and correct copies of the following documents have been attached hereto.

1.     Declaration of M.Y.R. in Opposition to Defendant's Motion for Summary Judgment of Y.Z.'s and M.Y.R.'s Claims (Exhibit "A").  An application to file an unredacted copy under seal is submitted herewith.

2.     Declaration of J.L.C. in Opposition to Defendant's Motion for Summary Judgment of K.A.C.'s and J.L.C.'s Claims (Exhibit "B").  An application to file an unredacted copy under seal is submitted herewith.

3.     Declaration of S.L.B. in Opposition to Defendant's Motion for Summary Judgment of K.A.C.'s and S.L.B.'s Claims (Exhibit "C").  An application to file an unredacted copy under seal is submitted herewith.

4.     Excerpts of the Deposition of J.L.C (Exhibit "D").  An application to file an unredacted copy under seal is submitted herewith.

5.     K.A.C.'s and J.L.C.'s Answers to Defendant's First Interrogatories (Exhibit "E").  An application to file an unredacted copy under seal is submitted herewith.

DOGALI LAW GROUP, P.A.

1       6.     V.J.B.'s and S.L.B.'s Answers to Defendant's First Interrogatories
2  (Exhibit "G"). An application to file an unredacted copy under seal is submitted
3  herewith.
4       7.     V.J.B.'s and S.L.B.'s Answers to Defendant's Second Interrogatories
5  (Exhibit "H").  An application to file an unredacted copy under seal is submitted
6  herewith.
7       November 3, 2020           Respectfully Submitted,

8
9  **DOGALI LAW GROUP, P.A.**       **ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP**
10      */s/Andy Dogali*
11  Andy Dogali                        Eugene Feldman
    *Admitted pro hac vice*           California Bar No. 118497
12  Barbara U. Uberoi              6701 Center Drive West, Suite 1400
13  California Bar No. 208389       Los Angeles, CA  90045
14  19321 U.S. Highway 19, N., Ste. 307   Telephone: (310) 844-9696
    Clearwater, Florida 33764       eugene@asstlawyers.com
15  Tel: (813) 289-0700
16  Fax: (813) 289-9435
    adogali@dogalilaw.com,
17  buberoi@dogalilaw.com

18
    LENZE LAWYERS, PLC
19
20  Jennifer A. Lenze
    California Bar No. 246858
21  Amanda D. Mcgee
22  California Bar No. 282034
23  1300 Highland Ave., Ste. 207
    Manhattan Beach, CA 90266
24  Tel: (310) 322-8800
25  Jlenze@lenzelawyers.com,
    mcgee@lenzelawyers.com
26

27
28                      *Attorneys for Plaintiffs*

*DOGALI LAW GROUP, P.A.*

1

2

## **CERTIFICATE OF SERVICE**

3

    I HEREBY CERTIFY that on this 3rd day of November 2020 a true and

4

correct copy of the foregoing was filed and served on all counsel of record by

5

way of the Court's CM/ECF filing system.

6

7

                    /s/ *Barbara U. Uberoi*___
                    Barbara U. Uberoi

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOGALI LAW GROUP, P.A.

Plaintiffs' Evidence Packet in Support of Oppositions to Defendant's Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*        Case No. 15-CV-5346-R