**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|     Plaintiffs, | ) Case No.: 15-cv-5346-R |
|     v. | ) |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Judge: Hon. Cormac J. Carney<br>) Trial Date: TBD |
|     Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "A"

Page 1

Exhibits in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   Case No. 15-CV-5346-R

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Case No. 15-cv-5346-CM

NOTICE OF FILING DECLARATION OF MERCEDES YESENIA ROSAS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Hearing Date: November 23, 2020

Time: 1:30 p.m.

Judge: Hon. Cormac Carney

Place: Courtroom 9B

Plaintiff, Y.Z. by and through his Next Friend, Parent and Natural Guardian, M.Y.R. individually hereby gives notice of the filing of the Declaration of Mercedes Yesenia Rosas in support of their opposition to Defendant's motion for Summary Judgment as to the claims of Y.Z. and M.Y.R.

**EXHIBIT "A"**

**DECLARATION OF M.Y.R. IN SUPPORT OF PLAINTIFF'S OPPOSITON TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I am known in this action as M.Y.R. whose full name appears at the signature line below, declare and state as follows:

1. I am over the age of 18 years and of sound mind. I understand the obligation of the oath and am competent to testify as to the matters set forth in this declaration, which are within my personal knowledge.

2. I am the mother of Y.Z. I am his primary caregiver.

3. Like any parent, I want to see my child happy and have his best interests at heart.

4. Y.Z is 11 years old. He resides with his brother, his sister, me and my mother in Oakland, California.

5. Y.Z. has been diagnosed with Developmental Delay and Autistic Disorder. He was diagnosed at the age of two. He has speech language delay and doesn't use words meaningfully. At the age of six, his capacity for expressive communication was in the range of 1%/. With the exception of one year, Y.Z. has been receiving extensive behavioral therapy since the age of three.

6. At the present time he receives 25 hours per week of behavior therapy.

7. Y.Z. Is in the fifth grade. His social development is severely impacted by Autism. My son will experience a meltdown if required to wait more than 10-15 minutes or if he finds out a scheduled activity cannot take place. His meltdowns include high pitched screaming, yelling, crying, hitting himself in the face, falling on the floor or striking me.

8. The duration of a meltdown by Y.Z. ranges from ten minutes to an hour.

9. Y.Z. has a very good memory and becomes attached to doing things in a certain way and relies on past routines. He does not understand the concept

**EXHIBIT "A"**

of having a scheduled event, such as going to see a movie in theatre, interrupted or cancelled by unforeseen circumstances. like Covid

10. In the context of a theme park like Disneyland, a delay over more than 10-15 minutes to get on a ride he very much anticipated going on is highly upsetting and can lead to a meltdown by Y.Z.

11. Y.Z. loves watching Disney movies and videos, such as Finding Nemo.

12. I first took Y.Z. to Disneyland on Memorial Day weekend in May 2013. We drove down from Oakland to Anaheim with Y.Z.'s father ███████, my mother, Y.Z. and his sister. At Guest Services we were provided a GAC, "Guest Assistance Card," which accommodated his inability to wait for rides for more than 10-15 minutes. My son was able to go on 10-15 rides that day.

13. Based on our experience with Y.Z. being accommodated on the May 2013 trip, I decided to take Y.Z. back to Disneyland in November 14-16, 2013. This was part of a family reunion with my sister and several other family members. There were 20 people in our group.

14. When we drove down to Anaheim November 13, Y.R. wanted to replicate the prior visit to Disneyland. This included going at night to Downtown Disneyland We took Y.Z. in his stroller on the same path in Downtown which we had taken in May and he wanted to sit on the same bench. Y.Z. also wanted to play with the same lights outside the Disney Store.

15. We received a DAS pass after I went to Guest Services to request accommodations for Y.Z the first day. We did not use the DAS that day. The DAS was used the second and third days.

16. I tried to also obtain Fast Passes during this visit from Guest Services but they had already been distributed and were gone.

17. Y.Z had a difficult time during these three days at Disneyland/California Adventure with waiting to go on rides. He experienced meltdowns each day. He experienced the most meltdowns on the second day. The estimated number of meltdowns per day was 6-8.

**EXHIBIT "A"**

18. Using the DAS return system was frustrating to Y.Z. because it involved a significant amount of waiting on benches and elsewhere in the park. He doesn't understand the concept of waiting 20 minutes to go on a ride or walking around the park to get a snack waiting for our turn for a ride he wants to go on.

19. Walking back and forth to kiosks to get new return times was time consuming and frustrating for Y.Z. particularly on the second and third days.

20. I understand that Disney does sometimes offer guests re-admission passes. I was not offered re-admission passes but for future visits to Disney Parks 7 re-admission passes would accommodate Y.Z.

21. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 2, 2020 at Oakland, California

_____

[redacted]

**EXHIBIT "A"**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

14. Using the DAS return system was frustrating to Y.Z. because it involved a significant amount of waiting on benches and elsewhere in the park. He doesn't understand the concept of waiting 20 minutes to go on a ride or walking around the park to get a snack waiting for our turn for a ride he wants to go on.

15. Walking back and forth to kiosks to get new return times was time consuming and frustrating for Y.Z. particularly on the second and third days.

I understand that Disney does sometimes offer guests re-admission passes. I was not offered re-admission passes but for future visits to Disney Parks 7 re-admission passes would accommodate Y.Z.

16. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 2, 2020 at Oakland, California

**EXHIBIT "A"**