**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-R |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Trial Date: TBD |
| | ) |
| Defendant. | ) |
| | / |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "B"

Page 1

Exhibits in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   Case No. 15-CV-5346-R

DOGALI LAW GROUP, P.A.

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| T.P., et al., | ) Case No.: 15-cv-5346-R |
|---|---|
| Plaintiffs, | ) **DECLARATION OF J.L.C. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON K.A.C.'S AND J.L.C.'S CLAIMS** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | |
| Defendant. | ) Judge: Hon. Cormac J. Carney
) Trial Date: TBD |

I am known in this action as J.L.C. whose full name appears at the signature line below, declare and state as follows:

1. I am over the age of 18 years and of sound mind. I understand the obligation of the oath and am competent to testify as to the matters set forth in this declaration, which are within my personal knowledge.

2. I am the mother of K.A.C. His father and I are his primary caregivers.

3. I am employed by the CIM Group Co. as an administrative assistant.

4. Like any parent, I want to see my child happy and have his best interests at heart.

5. K.A.C. is 17 years old. He resides with my husband and I in Mesquite, Texas.

6. K.A.C. has been diagnosed with autism, epilepsy and attention deficit hyperactivity disorder. He has received extensive behavioral therapy since approximately the age of six.

Page 1

Declaration of J.L.C. in Support of Plaintiffs' Opposition to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.  Case No. 15-CV-5346-R

EXHIBIT "B"

DOGALI LAW GROUP, P.A.

7. K.A.C. is still nonverbal and is severely impacted by Autism and has poor motor coordination. He communicates through limited use of sign language and through his iPad. He cannot express his emotions or feelings in words.

8. I have observed and been the target of aggressive behavior (meltdowns) by my son when frustrated, confused or overwhelmed. In a serious meltdown, which can last typically for five minutes K.A.C. will fall on the ground, hit, punch and pinch.

9. K.A.C. does not understand the concept of time, such as the idea that we would be taking a family vacation two weeks in the future. His frame of reference is limited to the activity he is presently engaged in. If he is engaged in any activity he enjoys, such as riding in a car, or has internet access to favorite videos on his iPad he can engage in these activities for extended periods of time.

10. Given my son's disabilities a long line for him can be shorter than 15-20 minutes. Waiting for activities more than that in public places, including theme parks, often leads to distress and meltdowns for K.A.C. I try to schedule dental appointments for him so that he is the first patient seen in the morning or afternoon to minimize waiting.

11. As a family we went to Disney World with K.A.C. in 2008. At Guest Services we were provided a GAC, "Guest Assistance Card," which accommodated his inability to wait for rides for more than 10-15 minutes. We were similarly accommodated on visits in 2009 and 2010 and 2013.

12. We visited Disneyland with K.A.C. in 2011 and were also accommodated with a GAC.

13. In March of 2014 we took a family trip to Disney World and experienced the DAS for the first time. Prior to this trip, I contacted Disney by phone several times and advised them of K.A.C.'s disability. I was assured by

Page 2

Declaration of J.L.C. in Support of Plaintiffs' Opposition to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.    Case No. 15-CV-5346-R

EXHIBIT "B"

Disney that K.A.C. would be given some pass at Guest Services, which would meet his individual needs. I was provided confusing information as to how the new system functioned in terms of getting return times for rides.

14. The first day of our visit to Disney World was March 10, 2014. I went to Guest Services and advised them that K.A.C. was disabled. Guest Services refused to look at medical documentation I offered regarding K.A.C.'s autism. Guest Services did provide a DAS card. I was also provided two re-admission passes that day. I was not offered any Fast Passes.

15. On March 10, we did not utilize the DAS but did use the two re-admission passes.

16. The following day, we visited Animal Kingdom. K.A.C. was using a wheelchair. We went to the It's Tough to be a Bug ride but were turned away from both the Stand By and Fast Pass lines using the DAS. I had to go to a kiosk to get assistance to access the ride.

17. During the delay in trying to access the ride, K.A.C. got frustrated and suffered a meltdown. He eloped from his wheelchair. My husband was ultimately able to bring K.A.C. back to his wheelchair.

18. The third day of our Disney World visit was spent at Magic Kingdom. I attempted to use the DAS card for K.A.C. for three rides, Mad Tea Party, Dumbo and Tomorrow Speedway. I was unable to get a return time signed off for any of these rides. This resulted in KC being directed to stand in line for these rides. K.A.C. endured long lines at rides such as Mad Tea Party and Dumbo. He experienced a meltdown. I observed him in line and saw him collapse on the ground. My daughter struggled to assist him to get up from the ground.

///

///

Page 3

Declaration of J.L.C. in Support of Plaintiffs' Opposition to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.    Case No. 15-CV-5346-R

EXHIBIT "B"

19. The fourth day at Disney World was spent at Hollywood Studios. The only ride K.A.C. likes at Hollywood Studios is Buzz Lightyear. There was a 65-minute wait return time for Buzz Lightyear using DAS. K.A.C. experienced a meltdown at the park.

20. The DAS is ill suited to meet K.A.C.'s particular needs. He only enjoys a handful of rides. He becomes exhausted from waiting over the course of several hours in the park and experiences meltdowns. K.A.C. simply cannot comprehend doing other activities like shopping or viewing parades to pass the time.

21. On our November 2014 visit to Disney World, we experienced a 50-minute wait at the Speedway ride, a 20-minute wait at Mad Tea Cups and a 25-minute wait at the Mini Roller Coaster. We received 5 re-admission passes on our first day at Magic Kingdom in November. The second day of this visit we went to Animal Kingdom but were unable to receive any re-admission passes, despite requesting them from Guest Services.

22. At Epcot Center we received two re-admission passes which were used on day three of our visit.

23. In May 2016 we again visited Disney World. At Epcot, we received three re-admission passes along with the DAS.

24. We look forward to visiting both Disney Parks in the future if the DAS system can be revised to accommodate K.A.C.'s needs.

///
///
///
///
///

Page 4

Declaration of J.L.C. in Support of Plaintiffs' Opposition to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.    Case No. 15-CV-5346-R

EXHIBIT "B"

25. For future visits to Disney Parks 10 re-admission passes would accommodate K.A.C.

I declare under penalty of perjury under the laws of the State of Texas, California and the United States of America that the foregoing is true and correct.

Dated: October 31, 2020 at Mesquite, Texas



Page 5
Declaration of J.L.C. in Support of Plaintiffs' Opposition to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.                Case No. 15-CV-5346-R

**EXHIBIT "B"**