**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-R |
| v. | ) |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Judge: Hon. Cormac J. Carney<br>) Trial Date: TBD |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "D"

DOGALI LAW GROUP, P.A.

Page 1

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

T.P., by and through S.P.,    )
as next friend, parent, and   )
natural guardian, et al.,     )
                              )
     Plaintiffs,              )
                              )  CIVIL ACTION NO.
v.                            )  2:15-cv-05346-R-E
                              )
Walt Disney Parks and         )
Resorts U.S., Inc.,           )
                              )
     Defendant.               )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

████████████

VOLUME I

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

P.O. BOX 1264

RED OAK, TEXAS 75154

BE IT REMEMBERED THAT oral and videotaped deposition of ▮▮▮▮▮▮▮▮▮▮, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and -numbered cause on Monday, November 11, 2019, from 10:02 a.m. to 6:48 p.m., before Candyce E. Fisher, CSR in and for the State of Texas, reported by machine shorthand, at the offices of McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



```
 1                          APPEARANCES

 2

 3  FOR PLAINTIFFS:

 4          DOGALI LAW GROUP, P.A.

 5      BY: Andy Dogali, Esq.
            101 East Kennedy Boulevard
 6          Suite 1100
            Tampa, Florida 33602
 7          (813) 289-0700
            adogali@dogalilaw.com
 8

 9

10  FOR DEFENDANT:

11          MCDERMOTT WILL & EMERY LLP

12      BY: Jeremy M. White, Esq.
            -and-
13          Sarah Schanz, Esq.
            500 North Capitol Street, NW
14          Washington, D.C. 20001
            (202) 756-8000
15          jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20          Rick Bell, Videographer

21

22                      * * * * *

23

24

25
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1  Exhibit 9    "KC: In-home Instructions for   ...  181

 2               Maintaining Compliance When

 3               Transitioning"

 4               [KAC,JLC5160 - KAC,JLC5162]

 5  Exhibit 10   Letter from ███████████ to     ...  197

 6               "Guest Services Managers"

 7               [KAC,JLC0003]

 8  Exhibit 11   Excerpt from complaint          ...  206

 9               [pg 203 - pg 221]

10  Exhibit 12   "DOT/DAS Enrollment"            ...  210

11               [DisneyCA-TP0132096]

12  Exhibit 13   "OpSheet Posted Standby Wait Time ... 215

13               Report for 3/10/14"

14               [DisneyCA-TP0132755 -

15               DisneyCA-TP0132767]

16  Exhibit 14   Plaintiffs K.A.C. and J.L.C.'s  ...  221

17               Answers to Defendant's First

18               Interrogatories

19  Exhibit 15   "Fastpass Plus Activity"        ...  228

20               [DisneyCA-TP0132904 -

21               DisneyCA-TP0132905]

22  Exhibit 16   Two color photographs of a      ...  256

23               Disability Access Service card

24               dated November 24, 2014, through

25               November 26, 2014
```

1                        PROCEEDINGS

2                 THE VIDEOGRAPHER:  We're on the record at

3   10:02 a.m.  Today is November 11th, 2019.  This is the

4   oral and video-recorded deposition of ████████

5   ████████ and beginning of Part 1.  This is in the matter

6   of T.P., by and through S.P., as next friend, parent,

7   and natural guardian, et al., versus Walt Disney Park

8   and Resorts U.S., Incorporated, in the United States

9   District Court, Central District of California, case

10  number 2:15-CV-05346-R-E.  We're located today at

11  2501 North Harwood Street, suite 1900, Dallas, Texas.

12                Will counsel please state their

13  appearance for the record.  Start with the plaintiff.

14                MR. DOGALI:  Andy Dogali for the

15  plaintiffs.

16                MR. WHITE:  Jeremy White on behalf of

17  Defendant Walt Disney Parks and Resorts U.S.,

18  incorporated.

19                THE VIDEOGRAPHER:  Thank you.

20                Will the court reporter please swear in

21  the witness.

22                [Witness sworn.]

23  ///

24  ///

25  ///

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2019

```
 1                        ███████████████ ,
 2  having first been duly affirmed by me to tell the truth,
 3  was examined and testified as follows:
 4                        EXAMINATION
 5       Q    (BY MR. WHITE)  Good morning.
 6       A    Good morning.
 7       Q    Can you please state your full name and home
 8  address for the record?
 9       A    It's ████████████████ .  ████████████████
10  █████ , Mesquite, Texas 75181.
11       Q    How far is Mesquite, Texas, or where you're
12  living, from the airport, from the Fort Worth/Dallas
13  airport?
14       A    Mesquite to the Dallas -- which one?
15       Q    How long would it take to get from your home
16  to the Dallas-Fort Worth airport?
17       A    Maybe 30 miles, approximately.
18       Q    And how long would that 30 miles take?
19       A    Depending on traffic, thirty to forty-five
20  minutes.
21       Q    How long have you lived at that address for?
22       A    We moved November 1993 there.
23       Q    And when you say "We moved," who are you
24  referring to?
25       A    Me and my husband.
```

1     Q     At some point, you learned about the changes

2  being made to the GAC program.  Is that right?

3     A     Yes.

4     Q     How did you learn about it?  Was it online or

5  did someone tell you about it?

6     A     I don't know.  It could have been online.  It

7  could have been something I received in the e-mail.  I

8  don't know.

9     Q     Do you remember hearing that the reason why

10 changes were being made was because of the abuse and

11 fraud relating to GAC?

12    A     I heard that there was abuse.

13    Q     And you sent in a letter at some point to

14 guest services managers at Disney; right?

15    A     Yes.

16    Q     And you said to them that you understood why

17 Disney had made the changes to the program, didn't you?

18    A     If it was abuse.

19    Q     Is that right?

20    A     Yes.

21          MR. WHITE:  Exhibit 10.

22          [Exhibit 10 marked for identification.]

23    Q     (BY MR. WHITE)  ███████, is that your

24 signature at the bottom of this document?

25    A     Yes, it is.

1   Q    Okay.  This is a letter -- was this letter

2   ultimately sent to guest services managers?

3   A    It was a letter that I had attached to

4   documents showing ████████'s specific conditions, and

5   that's what I would take to guest services with me.

6   Q    Okay.  And you see in that last paragraph,

7   "Please note that we understand why changes have been

8   made to this program."  Do you see that?

9   A    Yes.

10  Q    Okay.  Did you ever observe any abuse

11  yourself?

12  A    Did I observe someone --

13  Q    Yes.  Did you ever observe anyone abusing the

14  GAC system?

15  A    Abusing?  No.

16  Q    When you went to the parks and received a GAC,

17  who went with you besides your husband and daughter?

18  Did anyone else go with you?

19  A    Which -- which --

20  Q    During any of those trips.  You mentioned you

21  went in 2018, two thousand -- excuse me -- 2008, 2009,

22  and 2011.  I don't know if there were any other trips

23  that you went under GAC.

24  A    Under GAC . . .

25       After 2011, I believe I went in 2013.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2019                                                    224

```
 1  signed states, "Disney FastPass service may be used in

 2  conjunction with this service"?

 3      A    Yes.

 4      Q    So when you received the DAS on the first day,

 5  it indicated to you that you could use FastPass with

 6  DAS, in conjunction with it.  And so you can book

 7  FastPasses and return times and go back and forth, using

 8  those two systems to go on a lot of rides at the parks.

 9  Did you understand that?

10      A    That I can utilize a FastPass -- I can book a

11  FastPass online?

12      Q    Yes.  And that you can use FastPass in

13  conjunction with DAS to go on several rides at the

14  parks.

15      A    Yes.

16      Q    At Animal Kingdom -- actually, going back to

17  Epcot, do you remember what rides you went on at Epcot?

18      A    No, I don't.

19      Q    What about Animal Kingdom?

20      A    Which date?

21      Q    You went to Animal Kingdom the next day,

22  March 11th.

23      A    We did It's Tough to be a Bug.

24      Q    Okay.  And that typically has a low wait, five

25  or ten minutes, doesn't it?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1     A     On that particular date, we were turned away

 2 from both FastPass and standby line with the DAS card,

 3 so I don't know.

 4     Q     Did you have something filled out on your DAS

 5 card indicating that you would be going into It's Tough

 6 to be a Bug?

 7     A     Did I have something on my DAS card?

 8     Q     Well, you understand how the system works.

 9 You get a return time; right?  They put it on your card.

10 And then you come back at that time to redeem the return

11 time.  And so what I'm asking you is, did you have It's

12 Tough to be a Bug on your DAS?

13     A     I could not get any representative to sign it.

14 So I presented it.  They -- I don't know if they didn't

15 know what it -- how to use it, but I asked two

16 representatives, one in the FastPass lane and one in the

17 standby.  And I had to end up going over to kiosks in

18 order to get us assigned.

19     Q     Okay.  And did they end up, the woman at guest

20 relations, escorting you to the ride for you to be able

21 to go on it?

22     A     No.  I escorted myself.

23     Q     If you look at your interrogatory responses,

24 page 13, what does that last sentence say?

25     A     13?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2019

```
 1        Q    Page 13 of your interrogatory responses.  It
 2   said, "The manager refused."
 3        A    Okay.  So when you said "guest services" --
 4        Q    Mm-hmm.
 5        A    -- I'm thinking you meant Animal Kingdom.
 6   This was just someone standing up with, I guess, an iPad
 7   and --
 8        Q    Okay.
 9        A    -- kiosk or whatever.
10        Q    Right.
11        A    So I'm thinking guest services, the booth.
12        Q    I see.  But when you spoke to someone at the
13   kiosk and explained what happened, they took you over to
14   the ride and made sure that you got on the ride.
15        A    Correct.  But she did not sign the DAS, giving
16   me a time.
17        Q    Okay.  But she made sure that you had -- you
18   and your family had access to that ride.
19        A    Right.
20        Q    And in your interrogatory response, you state
21   that ████████ abandoned his wheelchair and suffered a
22   meltdown.  Do you see that?
23        A    Yes.
24        Q    What happened when he suffered a meltdown?
25        A    He started running around in the park.  And I
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2019                                                                227

```
1  believe my husband, daughter, Maria may have been trying

2  to catch him.

3       Q    Okay.

4       A    I don't know exactly --

5       Q    And they were able to redirect him back to the

6  ride?

7       A    Back to his wheelchair, because at that point,

8  we didn't know if we could get on or off.

9       Q    I see.  So when you say he suffered a

10 meltdown, he got out of his wheelchair and started

11 going -- running somewhere?

12      A    Yes, because we had taken him out of his

13 wheelchair, thinking we were going to get on the ride.

14      Q    I see.  So he -- he thought he was going to go

15 on the ride because you took him out of the wheelchair.

16 And when you couldn't go on the ride, he then ran,

17 started to run?

18      A    We put him back in the wheelchair, but he

19 didn't want to get back in the wheelchair because he

20 wanted to go on the ride.

21      Q    Okay.  Did he do anything else?

22      A    All I know is he ran and we had to convince

23 him to get back in the wheelchair --

24      Q    Okay.

25      A    He was just frustrated.
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1      Q    And there could have been more -- could have
 2 been more than that?
 3      A    I don't know, because his card wasn't signed.
 4      Q    Okay.  But for Mad Tea Party, Dumbo, and
 5 Tomorrowland Speedway, you stood in the standby lines
 6 for those rides?
 7      A    I recall Mad Tea Party and Dumbo specifically,
 8 it was -- it was a line, because he physically had to
 9 wait in line for those, when we would normally go
10 through an exit.
11      Q    And how long were those waits at Mad Tea Party
12 and Dumbo?
13      A    I don't know, because I don't ride tea -- the
14 teacups, so I don't know.
15      Q    What about Dumbo?  How long was the wait at
16 Dumbo?
17      A    I don't know.
18      Q    Would it surprise you that, for most of the
19 day, the wait was twenty minutes, sometimes more?
20      A    I don't know how long the wait was.  The issue
21 was he was in line and started to collapse, when we
22 would normally, on those particular rides, go through
23 the exit.
24      Q    Okay.  There's no indication in your
25 interrogatory response that he started to collapse, is
```

1  there?

2      A    That he what?

3      Q    That he started to collapse.  Do you see

4  anything in your interrogatory response about him

5  starting to collapse?

6      A    No.

7      Q    Okay.

8      A    Just said that he had a meltdown.

9      Q    And it says he had a meltdown because he had

10 to go through the FastPass entrance?

11     A    I'm not sure if that was FastPass or standby.

12 I don't know.

13     Q    Okay.  But you understand the FastPass

14 entrance is what he would go on during -- with GAC?

15     A    I don't know if that was FastPass or standby.

16 I just know it was a line that we had usually not

17 entered that way.  We would usually enter through the

18 exit.

19     Q    Okay.  So you're saying because he didn't

20 enter through the exit, he had a meltdown?

21     A    Standing in line, he did.

22     Q    Okay.  Did you ask anyone about entering

23 through the exit?

24     A    I don't recall, but I wanted -- I went there

25 with my DAS -- yeah, with my DAS.  And that's where

1    A     A long line for me is different than a long

2   line for him.

3    Q     I understand.  What's a long line for ███████?

4    A     If he has a meltdown in it.

5    Q     No, I understand that.  But what -- what is a

6   long line for ██████ in terms of minutes?

7    A     A long line for ██████ actually is -- if he

8   can't access, you know, something that's right in front

9   of him, then that's a line.  And I don't know what that

10  could be.  It could be -- you know, he knows he's going

11  to get his French fries.  And that could be ten people

12  ahead of him, but he knows he's going to get it, or it

13  could be two people ahead of him and he doesn't get it

14  for a long time.

15   Q     Is twenty-five minutes or twenty minutes -- is

16  that a long line for him?

17   A     To access something preferred, maybe.

18   Q     Is -- when you say "maybe," so is thirty

19  minutes -- would you say thirty minutes is a long line?

20   A     On any given day, I don't know.

21   Q     What about this day at Magic Kingdom?

22   A     I don't know how long he was in the line.

23   Q     Well, if he was in the line for twenty

24  minutes, would that be considered a long line for him?

25   A     I don't know.  We went through all these other

```
 1      A    We split up.  So I don't know if they were

 2 with us on some of the rides or -- I don't -- I don't

 3 know when we connected again.  But I -- but my daughter

 4 would have gone with her family.

 5      Q    Mm-hmm.  Did you use the DAS at Hollywood

 6 Studios?

 7      A    That day?

 8      Q    On March 13th.

 9      A    Was that the fourth day?

10      Q    The fourth day.

11      A    That's when I got the 65-minute return time.

12      Q    For Buzz Lightyear?

13      A    Yes.

14      Q    But you didn't use it for anything else?  I

15 think, as you mentioned --

16      A    No.

17      Q    --           doesn't like anything else there.

18      A    No.

19      Q    Are there any -- does           like most rides?

20 Let's say at Magic Kingdom.

21      A    He enjoys a lot of the rides.

22      Q    Mm-hmm.  Are there some that he prefers over

23 others?

24      A    I don't know.  If -- we take him, usually, to

25 some of the same rides, and he's gotten accustomed to
```

November 11, 2019                                                    242

1  that you received this compensation for the hotel and

2  for the tickets, are you still suing as a result of that

3  trip, even though you received all those benefits?

4      A    When you say "compensation" --

5      Q    You received free hotel stays; right?  And you

6  received free tickets.  Isn't that right?

7      A    Yes.

8      Q    Okay.  So what I'm asking you is, even though

9  Disney provided you those benefits as a result of the

10 letter you wrote complaining about that visit, are you

11 still suing Disney for that visit?

12     A    What I asked for was accommodations and

13 reimbursements.  They decided, whoever --

14     Q    I'm just asking you.

15     A    -- decided what to give me.

16     Q    I'm just asking you, based on what -- even

17 though they gave you these things, are you still suing

18 Disney for that visit in March 2014?

19     A    Yes, I am.

20     Q    Okay.  And then turning to November of 2014,

21 it says that you experienced a 50-minute wait at

22 Speedway, a 20-minute wait at teacups, and a 25-minute

23 wait at mini roller coster.

24     A    Yes.

25     Q    Do you see that?

```
 1      A    Yes.

 2      Q    So he waited in the standby lines for those

 3 rides?          did?

 4      A    I don't think he physically waited in the

 5 lines.

 6      Q    Okay.  So what do you mean by "experienced a

 7 fifty-minute wait"?  Are you saying his DAS return time

 8 was fifty minutes?

 9      A    According to his DAS.

10      Q    Okay.  So he went on three rides using DAS

11 that day, day one?

12      A    Yes.

13      Q    Okay.

14      A    He would have also received some readmit

15 passes that --

16      Q    I think you said he got five readmits; right?

17      A    Yes.

18      Q    So he went on at least eight rides that day at

19 Magic Kingdom?

20      A    I don't know if he did eight.

21      Q    Well, did he use all of his re-ads?

22      A    I don't remember.

23      Q    Okay.

24      A    I don't remember.

25      Q    But if he had used all his re-ads, it would
```

1  have been five plus three equals eight.

2      A    Yes.

3      Q    Okay.  Do you remember if you used most of the

4  re-ads?

5      A    I believe so.

6      Q    So he probably, that day, went on seven to

7  eight rides?

8      A    Yes.

9      Q    In fact, you stated that it was a, quote,

10 relatively satisfying experience that day, end quote.

11 Is that right?

12     A    Yes.

13     Q    Okay.  And then at day two, you went to Animal

14 Kingdom again?

15     A    Yes.

16     Q    And you tried to use a FastPass for DINOSAUR

17 and Safari?  I'm sorry.  It says, "arranged times."  Do

18 you know what that refers to?

19     A    So I went to guest services to try to get

20 readmit passes and was told I could not get any.

21     Q    Okay.  This was by a woman by the name of

22 Susan?

23     A    Susan.  Correct.

24     Q    But Susan arranged to set up wait times in

25 advance for you?

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1      A     On the rides that were left that day.

 2      Q     Okay.  So was that an accommodation that she

 3 provided to you?

 4      A     She set up this.  Yes, she did.

 5      Q     Okay.  And that was for DINOSAUR, Safari, and

 6 the Lion King show?

 7      A     I'm not sure about the Lion King show.  That

 8 might have been something we --

 9      Q     Okay.  But the rides that you and ████ or

10 the rides that ████ wanted to go on that day, he went

11 on after Susan set up those times?

12      A     Yes.  And I believe it was DINOSAUR and the

13 Safari.

14      Q     And after ████ went on the rides he wanted

15 to go on, you went to Epcot?

16      A     Yes, we went to Epcot.

17      Q     Okay.  And you received two readmission passes

18 at Epcot?

19      A     Correct.

20      Q     But those were to be used the next day?

21      A     Yes.

22      Q     Okay.  And the next day, day three,

23 November 26th, you used two re-ads and also redeemed a

24 return time, a DAS return time, for Soarin'.  Is that

25 right?
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2019                                                                    236

1      A    Yes.

2      Q    And so the rides that you wanted to go on at

3  Epcot that day, you were able to go on using DAS and the

4  two readmission passes.

5      A    Well, I had to use the readmission passes

6  because I got a 110-minute wait on the DAS.

7      Q    Well, it says that you used -- I thought you

8  used the DAS for Soarin'.

9      A    I don't recall using the DAS for Soarin'.  I

10 thought we -- whatever his card says.

11            MR. WHITE:  I'd like to mark as

12 Exhibit 16.

13            [Exhibit 16 marked for identification.]

14     Q    (BY MR. WHITE)  Do you see the last entry

15 refers to Soarin'?

16     A    Yes.

17     Q    So this -- and it shows crossed out; correct?

18     A    Yes.

19     Q    So you used the DAS return time for Soarin'

20 that day, didn't you?

21     A    Yes.

22     Q    And then you also used two readmission passes

23 that day?

24     A    Yes.

25     Q    So you went a total -- the three rides that

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3  T.P., by and through S.P.,  )
    as next friend, parent, and )
 4  natural guardian, et al.,    )
                                 )
 5       Plaintiffs,             )
                                 ) CIVIL ACTION NO.
 6  v.                           ) 2:15-cv-05346-R-E
                                 )
 7  Walt Disney Parks and        )
    Resorts U.S., Inc.,          )
 8                               )
         Defendant.              )
 9  ********************************************************

10                 REPORTER'S CERTIFICATION

11             DEPOSITION OF ███████████████

12                       VOLUME I

13                  NOVEMBER 11, 2019

14  ********************************************************

15      I, Candyce E. Fisher, Certified Shorthand Reporter

16  in and for the State of Texas, hereby certify to the

17  following:

18      That the witness, ██████████████████, was duly

19  sworn by the officer and that the transcript of the oral

20  deposition is a true record of the testimony given by

21  the witness;

22      That review by the witness of the deposition

23  transcript was requested;

24      That the deposition transcript was submitted on

25  _____ to Andy Dogali, attorney for the
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1  witness, for examination, and a signed errata shall be

2  returned to U.S. Legal Support, Inc. within 30 days, by

3  _____;

4      That the amount of time used by each party at the

5  deposition is as follows:

6          Mr. White - 6 hrs, 4 mins

7      That pursuant to information given to the

8  deposition officer at the time said testimony was taken,

9  the following includes counsel for all parties of

10 record:

11          Andy Dogali, Attorney for Plaintiffs

12          Jeremy M. White and Sarah Schanz, Attorney for

13 Defendants

14      I further certify that I am neither counsel for,

15 related to, nor employed by any of the parties or

16 attorneys in the action in which this proceeding was

17 taken, and further that I am not financially or

18 otherwise interested in the outcome of the action.

19      Certified to by me this 26th of November 2019.

20

21

22  _____

23          CANDYCE E. FISHER, Texas CSR No. 9421
            Expiration Date:  12/31/2019

24

25

████████
████████

Mesquite, TX  75181

RE: Special Needs Assistance for ████████

TO: Guest Services Managers

It would be greatly appreciated if ████████ would be allowed to have a minimum or no wait time on attractions and shows.  Kendall currently has been diagnosed with the following conditions:

Autism
Seizure Disorder
ADHD
Unspecified Intellectual Disability
Mood disorder
Gastro Intestinal (includes fecal impaction, ulcers, and esophagitis)
Asthma/upper respiratory related conditions

As a result of these conditions, he is on over 7 different medications.  ████████s ability to stand in line as well as wait for attractions are hampered by his condition in that he can get aggressive, experience sensory overload, etc.  He is also affected by gross motor conditions which requires him to where specially made orthotics for his feet.  He gets tired and we sometimes have to utilize a wheelchair because he does not have the endurance or stamina to walk for long periods of time.  ████████s also on a medication schedule, so the time we have to spend in the park is limited.  His medications can cause drowsiness, sudden urge to have bowel movements, irritability etc.

Please note that we understand why changes have been made to this program. However, the former program was truly a real assistance to ████████ and the rest of our family and helped us with the small window of time that we have when we take him to the park.

Your assistance is greatly appreciated.

Sincerely,

████████

CONFIDENTIAL



KAC.JLC0003

**EXHIBIT "D"**