**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-R |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Trial Date: TBD |
| | ) |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "E"

Page 1

Exhibits in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    Case No. 15-CV-5346-R

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

ANDY DOGALI (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, Florida  33602
Tel:   (813) 289-0700
Fax:   (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone:  (310) 844-9696
Email:  eugene@asstlawyers.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>WALT DISNEY PARKS AND<br>RESORTS U.S. INC.,<br><br>          Defendant.<br>_____/ | )  Case No.: 15-cv-5346-R<br>)<br>)  **NOTICE OF SERVING**<br>)  **PLAINTIFFS K.A.C. AND J.L.C.'S**<br>)  **ANSWERS TO DEFENDANT'S**<br>)  **FIRST INTERROGATORIES**<br>)<br>)<br>)  **Hon. Manuel L. Real** |

Plaintiffs, K.A.C. by and through J.L.C., as Next Friend, Parent and Natural Guardian, and J.L.C., individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, gives notice of serving their

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

Answers to Defendant's First Interrogatories to Plaintiffs dated March 8, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2016 a true and correct copy of the foregoing was furnished via Electronic Mail to:

**Kerry Scanlon, Esq.**
**Jeremy White, Esq.**
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. NW
Washington, DC 20005
Kerry.Scanlon@kayescholer.com
Jeremy.White@kayescholer.com

**Rhonda Trotter**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1700
Los Angeles, CA 90067
rtrotter@kayescholer.com

**Oscar Ramallo, Esq.**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1600
Los Angeles, CA 90067
oscar.ramallo@kayescholer.com

**DOGALI LAW GROUP, P.A.**

 /s/Andy Dogali
Andy Dogali
*Admitted pro hac vice*
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Email: adogali@dogalilaw.com

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

And

EUGENE FELDMAN
California Bar No. 118497
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone:  (310) 844-9696
Email:  eugene@asstlawyers.com
*Attorneys for Plaintiffs*

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

ANDY DOGALI (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, Florida  33602
Tel:   (813) 289-0700
Fax:   (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone:  (310) 844-9696
Email:  eugene@asstlawyers.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) Case No.: 15-cv-5346-R |
| Plaintiffs, | ) **PLAINTIFFS K.A.C. AND J.L.C.'S** |
| | ) **ANSWERS TO DEFENDANT'S** |
| v. | ) **FIRST INTERROGATORIES** |
| WALT DISNEY PARKS AND | ) |
| RESORTS U.S. INC., | ) **Hon. Manuel L. Real** |
| Defendant. | ) |

Plaintiffs, K.A.C. by and through J.L.C., as Next Friend, Parent and Natural Guardian, and J.L.C., individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, Answers Defendant's First Interrogatories to Plaintiffs dated March 8, 2016 as follows:

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

## GENERAL OBJECTIONS

Disney's "Instructions" and "Definitions" are ignored. For instructions, Plaintiffs will follow the Federal Rules of Civil Procedure, the Court's Local Rules, and applicable law. As for definitions, words will be given their common, customary meaning.

## ANSWERS TO INTERROGATORIES

1. Identify all persons who you know who witnessed or observed any of the alleged actions at any of the Disney Parks that are described in the Complaint and which involve K.A.C.

**ANSWER:**

███████ (mother),
███████ (Father),
Brittney Campbell (Sister)
c/o Andy Dogali
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, FL  33602
813-289-0700


Maria Calderas (Caregiver)
122222 Quail Dr. Apt 2505
Balch Springs, TX  75181
214-502-3132

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

2.    Identify any Disney employees with whom you interacted with in connection with DAS.

**ANSWER:**

Tammy and Josh at Epcot Guest Services
April Sullivan, correspondence from Disney
Susan, Elise and Joe at Animal Kingdom Guest Services

3.    Identify the name, title, address, telephone number, and fax number of all medical doctors and health care providers (including, but not limited to any pediatrician, neuropsychologist, psychologist or psychiatrist) with knowledge or information about K.A.C.'s cognitive disabilities, as well as the purpose of, and services provided during, any visit to a health care provider at any time during the past five (5) years.

**ANSWER:**

Past Doctors or Doctors seen occasionally:

Dr. Joyce Mauk, Child Study Center, 1300 W. Lancaster, Fort Worth, TX  76102, 817-336-8611 (Developmental Pediatrician that treated for Autism, ADHD, unspecified mental retardation—no longer treating)

Dr. Lisa Genecov (retired), 7777 Forest Lane, Suite B326, Dallas, TX 75230, 972-566-8466 (Developmental Pediatrician that treated for Autism and ADHD—no longer treating)

Dr. Golder Wilson, 3608 Preston Road, Suite 125, Plano, TX  75093, 214-797-0031 (Genetics—seen as needed)

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

Dr. Charles "Mike" Rios, 3861 Long Prairie Road, Suite 101, Flower Mound, TX 75028, 972-539-8353 (Developmental Pediatrician that treated for Autism and ADHD)

Dr. Roy Elterman (retired), Dallas Pediatric Neurology Associates, Medical City Dallas, 7777 Forest Lane, Suite A307, Dallas, TX 75230, 972-566-8600 (second opinion regarding autism and convulsions)

Dr. Van Miller (retired), Dr. Robert Chudnow- Texas Child Neurology, 1708 Coit Rd, Suite 150, Plano, TX 75075, 972-769-9000 (Neurologist that treated for Autism—no longer seeing)

Dr. Aalamgeer Ibrahim and Dr. German Corso, 6300 Harry Hines Blvd, Suite 1200, Dallas, TX 75235, 214-456-5900 (children's psychiatry –no longer seeing)

Dr. Saadat Khan, Children's Medical Center, 1935 Medical District Drive, Dallas, TX 75235, 214-456-5207 (No longer at Children's; sees at private practice)

Dr. Alan Murray, ENT,783 N. Denton Tap Rd., Suite 200, Coppell, TX 75019, 972-745-8400 (treated for ear tubes as needed) (No longer sees)

Dr. Deborah Fawcett, ENT, 900 E. Southlake Blvd., Suite 300, Southlake, TX 76092, 817-421-0770, (tested for allergies as needed)

Dr. Brian Collins, 7777 Forest Ln., Suite C626, Dallas, TX, 972-566-6383 (former Dentist)

Current Doctors and or seen in past 5 years:

Dr.Clarissa Meyer/Dr.Gina Viktorin (Primary care physician from infancy to the present)
6750 N. MacArthur Blvd., Suite150
Irving, TX 75039

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

972-373-0303

Dr. Q. Tran, Dallas Psychiatric Associates (Psychiatrist)
17736 Preston Road, Suite 100
972-248-2299

Dr. Saadat Khan, North Dallas Neurology, (Neurologist)
2350 Stemmons Freeway
Dallas, TX  75207
972-200-1272
(Treatment for Epilepsy)

Dr. Rinarani Sanghavi (Pediatric Gastro)
Children's Medical in Dallas and Southlake
1935 Medical District Dr., Suite 4500
Dallas, TX  75235
214-456-8000
(Treatment for Constipation, Fecal impaction issues)

Dr. Randy Naidoo (Developmental Pediatrician/Holistic Medicine)
3600 Shire Blvd, Suite 110
Richardson TX 75082
469-333-1543

Dr. Steven Elliott (Psychiatrist)
UT Southwestern Medical Center
N. Campus Bass Bldg., Tower 2, 5th Floor,
Dallas, TX  75235
214-648-0102
(specializes in Psychiatry for Autism and Developmental Disabilities)

Dr. Lara Holly (Dentist)
 8355 Walnut Hill Lane, Ste 125
Dallas, TX 75231
214-378-8868
(sees special needs children)

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

Dr. Biavati (ENT)
7000 W. Plano Parkway Ste 225,
Plano, TX 75093,
214-696-8900

Dr. David Stager, Jr. (Eye Doctor)
3801 W. 15th St. Bldg. A, Suite 410
Plano, TX  75075
972-758-0625

Dr. Charles "Mike" Rios (Developmental Pediatrician)
1100 S. Main Street, Ste 103
Grapevine, TX 76051
817-310 5510
(treated for Autism and ADHD)

Dr. Shannon Taylor (Neuropsychologist)
9555 Lebanon Road, Ste 902
Frisco, TX 75035
 214-872-4411
(Performed testing in 2012)

Current Therapists:

Sage Care Therapy- Physical Therapy
6301 Gaston Ave. Ste 750
Dallas, TX 75214
214-295-5374

Dynamic Therapy- Occupational Therapy
PO Box 251236
 Plano, TX  75025
972-584-0284

Kyla Slaughter- Independent Speech Therapist, 972-838-6240

Brain Training Associates- Dr. Michelle Macalpine
Cognitive Neuroscientist specializing in Autism, sensory processing problems, Genetics or Attention Deficit

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

2301 Ohio Drive, Suite 235
Plano, TX 75093
972-964-8510

4. Identify each instance where a medical doctor or health care provider (including, but not limited to any pediatrician, neuropsychologist, psychologist or psychiatrist) has provided you with a doctor's note or any other documentation which claims that K.A.C. is unable to wait.

**ANSWER:** 2008 by Dr. Michelle Macapline, two letters to use at Disney; Dr. Carissa Meyer Medical Certification dated May 14, 2015.

5. For any response to Interrogatory No. 3, please indicate the reason for requesting a doctor's note or other documentation, including the place of public accommodation, facility or location for which such documentation was requested.

**ANSWER:**

Objection. The request is ambiguous and not clear enough for the witness to properly answer.

CONFIDENTIAL
**EXHIBIT "E"**
CONFIDENTIAL

6. Identify the name, address, telephone number, and fax number of all educational institutions attended by K.A.C., including years attended, and what, if any, accommodations were provided to K.A.C. due to his or her cognitive disabilities.

**ANSWER:**

2006 -2009:
Mesquite Independent School District
405 E. Davis Street
Mesquite, TX 75149
972-288-6411
Early childhood services in the preschool program for children with disabilities. Then moved to elementary grades. All classes were special education and received accommodations including, but not limited to, speech therapy, physical therapy, and occupational therapy.

2009-2012:
The Autism Treatment Center
10503 Metric Dr.
Dallas, TX 75243
972-644-2076
All classes were special education and received accommodations including, but not limited to, speech therapy, physical therapy, occupational therapy and behavior therapy.

January, 2013-present:
Focus on the Future Training Center for Autism.
1717 W. Plano Pkwy.
Plano, TX  75075
972-599-1400.

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

Receives a special education designed for autism and accommodations including, but not limited to, speech therapy, physical therapy, occupational therapy and dog therapy.

7. Identify any educational assessments conducted of K.A.C. in connection with his or her cognitive disabilities (including when they were performed and who performed them), and describe the results of such assessments.

**ANSWER:**

Plaintiff objects to this request in that it improperly seeks to require Plaintiff to summarize medical records and reports, as well as the opinion of medical providers. Subject to the foregoing objection, Plaintiff will produce medical records in their possession, custody and control which contain the requested information.

8. Identify any visits made by K.A.C. to any Disney Park in the past five (5) years, including but not limited to the following:

    a. any services or accommodations provided to K.A.C. during each visit, including the issuance of any GAC cards;

    b. all rides, attractions, shows, stores, meet and greets, and other activities that K.A.C. attended or participated in during the visit; and

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

      c.      the specific order of rides and/or attractions that K.A.C. experienced or attended during each of the visits.

**ANSWER:**

2011- Disneyland (GAC) – We would get the GAC, then go on the rides. They would let us enter using the disabled entrance (back door or side entrance) and they we would get on the ride with minimal wait. Would do rides for a couple of hours and then they would go back to the hotel.

March, 2013 – Disneyworld (GAC) – same as above.

March 10 -15, 2014 – Disneyworld (DAS): We brought medical documentation, but employees would not look at it.

Day 1: Epcot: Spoke to Tammy in Guest Services about K.A.C.'s disability needs. Given 2 FP's and told to come back if she had any problems using the DAS. Didn't use the DAS at Epcot, used the FP's.

Day 2: Animal Kingdom: Tried to use the DAS. All kinds of problems, being told different things. Attempted to use DAS at Bug. J.L.C. took K.A.C. out of his wheelchair, and walked with him to the front of the attraction, expecting to be able to enter. The employee turned them away and refused to sign the DAS card. We attempted to speak with another Disney Employee at the ride's standby line, only to be directed to a nearby FP kiosk. J.L.C. helped K.A.C. back into his wheelchair, walked over to the kiosk, and requested to speak with a manager. Discussed the situation with the Manager, reiterated the need for an accommodation, such as a FP. Meanwhile, K.A.C. abandoned his wheelchair out of frustration and suffered a meltdown. He could not understand the concept of arriving at the attraction, only to be turned away and told to return at a later time. The Manager refused to give FP's and instead escorted us back to the ride and directed the employee who turned us away, to allow us in.

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

Day 3: Magic Kingdom: Had to wait in several long lines. On the third day of their visit, K.A.C. and J.L.C. visited Magic Kingdom. K.A.C. and J.L.C. encountered extended wait times for Mad Tea Party, Dumbo, and Tomorrowland Speedway. K.A.C. had a meltdown at Mad Tea Party due to being forced to enter the ride through the FastPass entrance. Adding to the frustration were employee's repeated inabilities to sign K.A.C.'s DAS card; with only one exception – The Barnstormer. We were forced to wait in the regular line with other, non-disabled children.

Day 4: Hollywood Studios: First stop was Buzz Lighyear. We received a 65 minute return time. The standard line had the same wait time. At American Idol experience, KAC had a meltdown and had to leave the show early. We left Hollywood Studios and returned to Epcot, hoping to speak with Tammy again. Since Tammy was unavailable, I spoke with Josh, instead. I told Josh about the difficulties we were experiencing in the Parks as a result of the DAS. On the edge of tears, I begged Josh for two FastPasses. Josh agreed, but warned the FastPasses could only be used at Epcot because every Disney Park applied the DAS differently.

Day 5: K.A.C. could not return to the Parks. He remained in the room with the special respite provider hired to accompany them.


November 24-26, 2014 - Disney World (DAS)

Day 1: Magic Kingdom: Received DAS and 5 FP's at Guest Services. Experienced 50 min wait at Speedway, 20 min wait at Tea Cups; 25 min wait at Mini-Roller Coaster.

Day 2: Animal Kingdom: Again had problems at Animal Kingdom. Went to Guest Services and asked them to check their complimentary cards. Requested FP's. Employee, Susan, demanded to know where she received passes from and when told "April Sullivan," employee would not give FP's. Instead Susan offered to arrange wait times in advance. Spoke to employee, Elise, who also refused to offer any FP's and advised that Magic Kingdom was able to offer more FP's because they have more attractions. Tried to arrange ride times online, but all the rides were already booked. Arranged times for Dinosaur and Killamanjro Safari, saw the Lion King Show, then done at Animal

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

Kingdom. K.A.C. was frustrated at Dinosaur due to arriving at the front of the ride and being told to come back. Employee, Joe, told us our time on the ride expired. He began to insolently question me in front of everyone why we were "late to the ride." I had to explain that K.A.C. has special needs and it took longer to get to the ride. Later that evening, we went to Guest Services at Epcot, and requested FP's. Received 2 FP's. We were given an Identification number for the next time we come back to access "notes on account" in the future.

Day 3: Epcot: Used 2 Fastpasses received the previous evening. Also received a 110 minute wait time at Soarin' after presenting DAS card.

Do not recall all rides, order of rides, attractions, shows, etc. We usually have some of the same repeat rides.

9. Identify any tickets or annual passes used to gain admission to any Disney Park in the past five (5) years, including the date of renewal for any annual passes, if applicable.

**ANSWER:**

We never had annual passes. The only tickets we still have available are the complimentary ones sent by April Sullivan and the first time we used those was November, 2014 with some still remaining. The numbers on the cards are: 3772 7627 005E; 3372 2526 101E; and 3772 2627 204E.

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

10. Identify any alleged route, repeat riding, routine, or other alleged need of K.A.C. to experience the attractions at any Disney Parks.

**ANSWER:** No specific order. Favorite rides are below. We also get a wheelchair.

**Magic Kingdom**
    Astro Orbiter
    The Barnstormer *(Repeat Rider)*
    Buzz Lightyear Space Ranger Spin
    Dumbo
    It's a small world
    Jungle Cruise
    Mad Tea party *(Repeat Rider)*
    Magic Carpets of Aladdin
    Many adventures of Winnie the Pooh
    Seven Dwarfs Mine Train *(Repeat rider)*
    Tomorrowland Speedway
    Tomorrowland PeopleMover
    Monsters Inc Laugh Floor

**Epcot**
    Soarin (Repeat Rider)
    Spaceship Earth (Repeat Rider)
    The Seas: Nemo and Friends

**Animal Kingdom**
    Dinosaurs (Repeat Rider)
    It's tough to be a Bug
    Kali River Rapids
    Kilimanjaro safaris
    Festival of the Lion King

**Hollywood Studios**
    Toy Story Midway Mania (Repeat Rider)

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

11. Identify any trips or vacations taken by K.A.C. within the past five (5) years and indicate the whether K.A.C. travelled by car or plane for each such trip or vacation.

**ANSWER:**

2011: Couple trips to Louisiana by car
2011: Disneyland; San Diego Zoo by airplane
2012: San Antonio by car; Louisiana by car
2013: Louisiana by car; Orlando by car
2014: Trips To Louisiana by car; couple of trips to Orlando by airplane
2015: San Antonio by car; Galveston by car

12. Identify any visits you plan to make to any Disney Park in the future, including the dates of such planned visits, and the Disney Parks you plan to attend.

**ANSWER:**

We plan to visit sometime this year with the passes and complimentary rooms we were given. This would be a trip for my daughter to celebrate graduation from college and getting in medical school. Not sure of the dates yet or the parks we plan to attend. We plan to visit Atlanta and also Universal Studios.

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL

# VERIFICATION

███████████████████
J.L.C. as Next Friend, Parent and Natural Guardian of K.A.C.

███████████████████
J.L.C., individually

STATE OF ~~CALIFORNIA~~ Texas
COUNTY OF Dallas

On this 5th day of April, 2016, before me, Sarah E. Croft (Notary Public) personally appeared ███████████████ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Sarah E. Croft
Notary Public, State of ~~California~~ Texas

DOGALI LAW GROUP, P.A.

Notice of Serving and Plaintiffs K.A.C. and J.L.C.'s Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

CONFIDENTIAL

**EXHIBIT "E"**

CONFIDENTIAL