**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|     Plaintiffs, | ) Case No.: 15-cv-5346-R |
|   v. | ) |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Judge: Hon. Cormac J. Carney<br>) Trial Date: TBD |
|     Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "G"

Page 1

Exhibits in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   Case No. 15-CV-5346-R

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

ANDY DOGALI (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, Florida  33602
Tel:   (813) 289-0700
Fax:  (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone:  (310) 844-9696
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., </br></br>    Plaintiffs, </br></br> v. </br></br> WALT DISNEY PARKS AND RESORTS U.S. INC., </br></br>    Defendant. | Case No.: 15-cv-5346-R </br></br> **NOTICE OF SERVING PLAINTIFFS V.J.B. AND S.L.B.'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES** </br></br> **Hon. Manuel L. Real** |

Plaintiffs, V.J.B., by and through S.L.B., as Next Friend, Parent and Natural Guardian, and S.L.B., individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, gives notice of serving their

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

Answers to Defendant's First Interrogatories to Plaintiffs dated March 8, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2016 a true and correct copy of the foregoing was furnished via Electronic Mail to:

**Kerry Scanlon, Esq.**
**Jeremy White, Esq.**
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. NW
Washington, DC 20005
Kerry.Scanlon@kayescholer.com
Jeremy.White@kayescholer.com

**Rhonda Trotter**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1700
Los Angeles, CA 90067
rtrotter@kayescholer.com

**Oscar Ramallo, Esq.**
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1600
Los Angeles, CA 90067
oscar.ramallo@kayescholer.com

**DOGALI LAW GROUP, P.A.**

  /s/Andy Dogali
Andy Dogali
*Admitted pro hac vice*
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Email: adogali@dogalilaw.com

And

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EUGENE FELDMAN
California Bar No. 118497
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone:  (310) 844-9696
Email:  eugene@asstlawyers.com
*Attorneys for Plaintiffs*

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

ANDY DOGALI (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, Florida  33602
Tel:   (813) 289-0700
Fax:   (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone:  (310) 844-9696
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., et al., | ) Case No.: 15-cv-5346-R |
| Plaintiffs, | ) **PLAINTIFFS V.J.B. AND S.L.B.'S** |
|  | ) **ANSWERS TO DEFENDANT'S** |
| v. | ) **FIRST INTERROGATORIES** |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) **Hon. Manuel L. Real** |
| Defendant. | ) |

Plaintiffs, V.J.B., by and through S.L.B., as Next Friend, Parent and Natural Guardian, and S.L.B., individually, by and through undersigned counsel, and pursuant to Fed.R.Civ.Proc. 33, Answers Defendant's First Interrogatories to Plaintiffs dated March 8, 2016 as follows:

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## GENERAL OBJECTIONS

Disney's "Instructions" and "Definitions" are ignored. For instructions, Plaintiffs will follow the Federal Rules of Civil Procedure, the Court's Local Rules, and applicable law. As for definitions, words will be given their common, customary meaning.

## ANSWERS TO INTERROGATORIES

1. Identify all persons who you know who witnessed or observed any of the alleged actions at any of the Disney Parks that are described in the Complaint and which involve V.J.B.

**ANSWER:**

███████ – mother
███████████ – father
███████████ - sister
c/o Andy Dogali
Dogali Law Group, P.A.
101 E. Kennedy Blvd., Suite 1100
Tampa, FL  33602

Laura Reis
19423 Gray Ln.
Frankfort, IL  60423
815-600-4064

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

2. Identify any Disney employees with whom you interacted with in connection with DAS.

**ANSWER:**

To the best of my knowledge and belief, I did not write down names of employees at Guest Relations or attractions.

3. Identify the name, title, address, telephone number, and fax number of all medical doctors and health care providers (including, but not limited to any pediatrician, neuropsychologist, psychologist or psychiatrist) with knowledge or information about V.J.B.'s cognitive disabilities, as well as the purpose of, and services provided during, any visit to a health care provider at any time during the past five (5) years.

**ANSWER:**

Dr. Clara Perez, Psychiatrist
3235 vollmer Road, Suite 137
Flossmoor, IL  60422
708-206-1300
provided emotional management through medication and counseling for anxiety and repetitive thought processes

Athletico, physical therapy
909 Davis Street, Suite 220
Evanston, IL 60201

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

847-733-7906
Newsome Physical Therapy Center, physical therapy
11334 W. Lincoln Hwy.
Mokena, IL  60448
815-806-1455

ATI Physical Therapy Center, physical pherapy
4334 Fox Valley Center Dr.
Aurora, IL  60504
630-236-7544

Children's Therapy, neuro feedback  and occupational therapy
10087 W. Lincoln Hwy.
Frankfort, IL 60423
815-469-1118

Options for College Success, counseling, independent living skills training and speech  therapy
820 Davis St., Suite 455
Evanston, IL 60201

Dr. William G. Klipfel, Pediatrician
20200 Governors Drive, Suite 101
Olympia Fields, IL  60461

Assistive Technology Evaluations-Univ. of Illinois
Dr. Janet Marsden-Johnson
707 Westgate Road
Deerfield, IL  60015
847-498-2003

Watson Vocational Rehabilitation Resources, Inc.
Elizabeth Watson- Rehabilitation Counselor
126 E Wing Street
Arlington Heights, IL   60004
847-259-3925

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

Marionjoy Rehabilitation Hospital
26w171 Roosevelt Road
Wheaton, IL 60187

John D. Atkinson, Psy.D.
Chicago NeuroBehavioral Specialists – Neuropsychological
15010 S. Ravinia Avenue, Suite 14
Orland Park, IL 60462

Renee Matlock, speech and social language therapy
SpeechPlus
10071 W. Lincoln Hwy.
Frankfort, IL 60423
815-464-6069

Dr. Richmond, Psychological
Primary Care Psychology Associates
465 Central Avenue, Suite 201
Northfield, IL 60093
847-686-0090

Jim Boyd, Rehabilitation Counsellor, Vocational Evaluation
The Evaluation Center
2100 Pfingsten Rd.
Glenview, IL 60026

Karen Welborn, Personal Support Worker
2301 W. 183rd
Homewood, IL 60430
219-765-4712

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

4. Identify each instance where a medical doctor or health care provider (including, but not limited to any pediatrician, neuropsychologist, psychologist or psychiatrist) has provided you with a doctor's note or any other documentation which claims that V.J.B. is unable to wait.

**ANSWER:** See reports from providers above.

5. For any response to Interrogatory No. 3, please indicate the reason for requesting a doctor's note or other documentation, including the place of public accommodation, facility or location for which such documentation was requested.

**ANSWER:**

Objection. The request is ambiguous and not clear enough for the witness to properly answer.

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

6. Identify the name, address, telephone number, and fax number of all educational institutions attended by V.J.B., including years attended, and what, if any, accommodations were provided to V.J.B. due to his or her cognitive disabilities.

**ANSWER:**

Lincolnway Special Education Cooperative
1900 Heather Glen Drive
New Lenox, IL 60451
815-320-3500
1995 - Developmental Kindergarten: Numerous services and accommodations provided through IEP with school district

1996-2004 - Grades 1-7: Specialized Instruction Classroom –offered through Lincolnway, except portion of 3rd grade and 5th grade, school personnel came to the home to accommodate medical issues, Numerous services and accommodations provided through IEP's with school district

2004-2008 -8th through 11th grade
Krejci Academy/ Little Friends,
619 E. Franklin Ave.
Naperville, IL 60540
630-355-6870
For students with developmental disabilities – Numerous services and accommodations provided through IEP

2008-2010
Lincoln-way North High School
19900 S. Harlem Avenue
Frankfort, IL 60423
815-534-3000
Numerous services and accommodations provided through IEP

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

Summer 2009
Hopewell Career Academy
346 Alana Drive
New Lenox, IL 60451
Numerous services and accommodations provided through IEP

Summer, 2010
Acacia Academy Special Education School
6425 Willow Springs Road
LaGrange, IL 60525
708-579-9040
Numerous services and accommodations provided through IEP

2010
Joliet Junior College
1215 Houbolt Road
Joliet, IL 60431
815-729-9020
Services through Accommodations Plan

Fall 2011
Southwest Cooperative Transition Program
14535 John Humphrey Drive
Orland Park, IL 60462
708-873-1600
Numerous services and accommodations provided through IEP

2011
College of DuPage
425 Fawell Blvd.
Glen Ellyn, IL 60137
630-942-2800
Services through Accommodations Plan

2011
Oakton Community College
1600 East Golf Road
Des Plaines, IL 60016
847-635-1600
 Services through Accommodations Plan

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

Spring-Summer 2012
Options for College Success
820 Davis St., Suite 455
Evanston, IL 60201
847-425-4797

2012
Moraine Valley Community College
9000 W. College Pkwy
Palos Hills, IL  60465
Services through Accomodations Plan

Fall, 2012 to Spring, 2015
Valparaiso University
1700 Chapel Drive
Valparaiso, IN  46383
219-464-5000
Services through Accommodations Plan


2015 to present
Evaluation Developmental Center at
Southern Illinois University
1220 Douglas Drive
Carbondale, IL 62901
Services through Department of Rehabilitation Services and IEP


Southern Illinois University
1263 Lincoln Drive
Carbondale, IL 62901-6899
(618) 453-2121

Services through Accommodations Plan

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

7. Identify any educational assessments conducted of V.J.B. in connection with his or her cognitive disabilities (including when they were performed and who performed them), and describe the results of such assessments.

**ANSWER:**

Plaintiff objects to this request in that it improperly seeks to require Plaintiff to summarize medical records and reports, as well as the opinion of medical providers. Subject to the foregoing objection, Plaintiff will produce medical records in their possession, custody and control which contain the requested information.

8. Identify any visits made by V.J.B. to any Disney Park in the past five (5) years, including but not limited to the following:

    a. any services or accommodations provided to V.J.B. during each visit, including the issuance of any GAC cards;

    b. all rides, attractions, shows, stores, meet and greets, and other activities that V.J.B. attended or participated in during the visit; and

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

   c. the specific order of rides and/or attractions that V.J.B. experienced or attended during each of the visits.

**ANSWER:**

January 2011, Disney World – GAC
January 2013, Disneyland/California Adventure – GAC:

Typically, we would remain in the Parks for three-to-four hours, and would be able to ride six different rides including one ride five-to-six times. After four hours in the Disney Parks, we would leave the exhausted and very happy.

August 7, 2014, Disneyland/California Adventure – DAS:

Like visits in the past, this one began at Guest Services at California Adventure where we received a DAS, not knowing at the time how drastically different it was than the GAC from prior trips to the Parks. As soon as I discovered what the DAS was, I immediately requested to speak to a supervisor at Guest Services. In the process of doing so, V.J.B. became frustrated by the extended wait, laid down on a nearby bench, and shutdown.

Nevertheless, we decided to give the DAS a try and took V.J.B. to his first ride: Autopia. Upon arriving at Autopia, the employee directed us to a kiosk, where they would then receive a return time. We were told we could not ride something else or see a show in between.

We returned to Guest Services to explain the situation, assuming we had simply gotten the wrong pass. We waited in line again at Guest Services before reaching the counter to speak with someone. This time, with written documentation in hand, we tried to explain V.J.B.'s disability to the employee, and described in vivid detail all the ways the one-size fits all DAS would not work for our family

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

and why it was not responsive to V.J.B.'s individual and unique needs. No one was listening. In response, we were told that: 1) they could not review written documentation; and 2) everyone gets the same pass. Meanwhile, V.J.B., lying on a nearby bench close to his sister, started to become anxious and frustrated. V.J.B.'s cannot tolerate idly waiting for events to develop, and this will causes him to pace and engage in negative self-talk. If he is unable to leave the situation, V.J.B. will either: shutdown, causing him to sit down on the floor and repeat "I want to leave!"; or meltdown and experience an outburst of negative self-talk, shaking his fist, hitting his head, and inappropriate behaviors including talking very loudly until he is able to leave the situation. I requested to speak to a supervisor. Once the supervisor arrived on scene, I was referred to Disney's in-house counsel, complete with contact information. We left Guest Services, confused and disillusioned, but still willing to give the DAS a try. V.J.B. was able to ride three rides before he could take no more that day, shutdown, and demanded to leave the Park.

We returned to Disneyland the next day. Again we went to Guest Services and right away requested to speak to a supervisor. I explained what had happened to our family the day before and how horrible of an experience it was. I further explained why the one-size fits all DAS would not work for us. This time, we received 3 FastPasses in addition to the DAS. We were able to actually tolerate the Park.

While we were still in the Park, I reached out to Disney's in-house counsel, as directed by the supervisor. I did not make it past the secretary who grew angry with me and demanded to know why I was given their information. She indicated that I should return to Guest Services.

Disneyland rides: Tower of Terror, Space Mountain, Cars Ride

Disney World rides:  Tower of Terror, Mount Everest, Buzz Lightyear, Space Mountain and Its tough to be a bug attraction.

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

9. Identify any tickets or annual passes used to gain admission to any Disney Park in the past five (5) years, including the date of renewal for any annual passes, if applicable.

**ANSWER:** multi-day passes

10. Identify any alleged route, repeat riding, routine, or other alleged need of V.J.B. to experience the attractions at any Disney Parks.

**ANSWER:** See answer to Interrogatory #8.

11. Identify any trips or vacations taken by V.J.B. within the past five (5) years and indicate the whether V.J.B. travelled by car or plane for each such trip or vacation.

**ANSWER:**

2011- Plane trip to Florida to visit Disney World and visit beaches

2011- Outings to study stars with his father via car

2011-2014- Various trips by car with his father for Special

Olympics basketball tournaments in Indiana/ Illinois

2012-2013 - Thunderstorm laboratory trips by car with his father through College of DuPage and Valparaiso University

2013- Plane trip to Florida to visit Disney World and visit beaches;

2014- Plane trip to California to visit Disney Land, visit beaches and attend Conan O'Brien Show with his family and several family friends;

2014- Car trip to Ohio for a funeral with the family

2015- 2016 Several Car trips to Carbondale, IL  and back home on breaks to attend Evaluation and Development Program for disabled  young adults

2015- Several car trips to Ohio with family to visit various sites, and visit extended family

12. Identify any visits you plan to make to any Disney Park in the future, including the dates of such planned visits, and the Disney Parks you plan to attend.

**ANSWER:**

At this point, I do not plan to visit any Disney parks in the future

CONFIDENTIAL

**EXHIBIT "G"**

CONFIDENTIAL

## VERIFICATION

S.L.B. as Next Friend, Parent and Natural Guardian of V.J.B.

S.L.B., individually

STATE OF Illinois
COUNTY OF Will

On this 9th day of April, 2016, before me, Charleen Skirmont (Notary Public) personally appeared ▓▓▓▓▓▓▓▓▓▓ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*Charleen E. Skirmont*
Notary Public

OFFICIAL SEAL
CHARLEEN E SKIRMONT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/27/17

DOGALI LAW GROUP, P.A.

CONFIDENTIAL

Notice of Serving and Plaintiffs V.J.B. and S.L.B. Answers to Defendant's First Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc. Case No. 15-CV-5346-R

EXHIBIT "G"

CONFIDENTIAL