ANDY DOGALI (admitted p*ro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764

EUGENE FELDMAN (California Bar No. 118497)
eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045

JENNIFER A. LENZE (California Bar No. 246858)
Jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **T.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WALT DISNEY PARKS AND RESORTS U.S. INC.,**<br>Defendant. | **Case No.:** 15-cv-5346-CJC-E<br><br>**PLAINTIFFS' UNOPPOSED APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION**<br><br>**Hon. Cormac J. Carney**<br>**Courtroom:** 9B |

Page 1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs V.L.B., S.L.B., K.A.C., J.L.C., Y.Z. and M.Y.R. ("Plaintiffs") respectfully apply to file under seal certain unredacted documents containing CONFIDENTIAL or HIGHLY CONFIDENTIAL information, pursuant to Local Rule 79-5.2.2 and the Protective Order entered in this action on August 19, 2016 (Dkt. No. 76). Specifically, Plaintiffs seek that certain exhibits to Defendant Walt Disney Parks and Resorts U.S. Inc. containing personal information in connection with Defendant's Motions for Summary Judgment [Dkts. 445, 446] as to their claims. This application is unopposed.

A Declaration and Proposed Order are filed concurrently herewith.

Page 2

Plaintiffs' Unopposed Application to File Under Seal
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*     Case No. 15-CV-5346-R

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2020 a true and correct copy of the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system.

| **DOGALI LAW GROUP, P.A.** | **ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP** |
|---|---|
| /s/Barbara U. Uberoi | |
| Andy Dogali | Eugene Feldman |
| *Admitted pro hac vice* | California Bar No. 118497 |
| Barbara U. Uberoi | 6701 Center Drive West, Suite 1400 |
| California Bar No. 208389 | Los Angeles, CA 90045 |
| 19321 U.S. Highway 19, N., Ste. 307 | Telephone: (310) 844-9696 |
| Clearwater, Florida 33764 | eugene@aswtlawyers.com |
| Tel: (813) 289-0700 | |
| Fax: (813) 289-9435 | |
| adogali@dogalilaw.com, | |
| buberoi@dogalilaw.com | |

LENZE LAWYERS, PLC

Jennifer A. Lenze
California Bar No. 246858
Amanda D. Mcgee
California Bar No. 282034
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Tel: (310) 322-8800
Jlenze@lenzelawyers.com,
mcgee@lenzelawyers.com

*Attorneys for Plaintiffs*

Page 3