ANDY DOGALI (admitted p*ro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045

JENNIFER A. LENZE (California Bar No. 246858)
Jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **T.P., et al.,** | Case No.: 15-cv-5346-CJC-E |
| Plaintiffs, | **DECLARATION OF BARBARA UBEROI IN SUPPORT OF UNOPPOSED APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION** |
| v. | |
| **WALT DISNEY PARKS AND RESORTS U.S. INC.**, | |
| Defendant. | |

Page 1

I, Barbara U. Uberoi, declare and state as follows:

1. I am counsel for Plaintiffs V.L.B., S.L.B., K.A.C., J.L.C., Y.Z. and M.Y.R. ("Plaintiffs") in the above-captioned matter.

2. I respectfully submit this declaration in support of the unopposed application to file under seal unredacted documents containing confidential or highly confidential information.

3. Pursuant to Local Rule 79-5.2, Plaintiffs submit this declaration to establish good cause of permitting certain material to be filed under seal and to demonstrate compelling reasons why the presumption of public access in civil cases should be overcome in this case with respect to limited categories of information.

4. Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rules 5.2-1 and 79-5.2.1 of the Local Rules of this Court and the Protective Order entered in this action on August 19, 2016 [D. 76], I request leave to file under seal unredacted versions of Defendant Walt Disney Parks and Resorts U.S., Inc.'s Exhibits "1-B," "1-S" through "1-Z," "1-AA" through "1-MM," "2-O" through "2-S" and "2-U" through "2-V" attached hereto filed in support of its Motions for Summary Judgment of Plaintiffs' claims. The Court denied the Defendant's Application [D. 433] to seal these records on October 23, 2020 [D. 444].

5. This action involves allegations made on behalf of twenty-seven family in which one or more members are disabled and incompetent due to developmental disorders including severe cognitive impairments. As those individuals cannot bring this action on their own, their parents and guardians bring this action on their behalf.

6. The disabled Plaintiffs are diagnosed with autism. Many of the plaintiffs have secondary diagnoses including attention deficit hyperactivity disorder (ADHD), developmental delay, intellectual disabilities, echolalia, epilepsy, seizures and seizure disorder, anxiety disorder, obsessive compulsive disorder, bipolar disorder, duodenitis, reactive airway disease, and sensory processing disorders, sensory

Page 2

Declaration in Support of Unopposed Application to File Under Seal
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*               Case No. 15-CV-5346-R

integration and apraxia. Several of the disabled plaintiffs require either a wheelchair or mobility stroller and a service animal.

7.  Plaintiffs filed a Motion to Proceed Anonymously Using Initials of Plaintiffs and Guardians ad Litem on April 4, 2016 [D. 29]. May 2, 2016, this Court granted the Plaintiffs' Unopposed Motion to Proceed Anonymously Using Initials [D. 45].

8.  The Defendant's motions for summary judgment are supported by exhibits contain personal information required to be sealed under Federal R. of Civil Procedure and some of the information contains telephone numbers of individuals who are not parties to this action and the names of children, their parents and the plaintiffs in this action.

9.  Because Plaintiffs' exhibits contain or reference confidential information and are filed publicly, the Plaintiffs' personal information will be exposed to those who may not have the Plaintiffs' best interest at heart. The exposure could make an at-risk class of plaintiffs more vulnerable to identity theft, health care identity theft, and manipulation. The eGovernment Act of 2002, 44 United States Code Section 101 et seq., as adopted by this Court, has been enacted to ensure that the plaintiffs personal information remains private, confidential, secure, yet accessible. *See* 44 U.S.C. § 3501(8). The Act and this Court's rules require that parties' social security numbers, the names of minor children, dates of birth, home addresses and other personal information be redacted in whole or part. *See* L.R. 5.2.2.

10.  Courts throughout the country have determined that privacy surrounding the identity of the parent of a minor or disabled individual outweighs the First Amendment right of public access to judicial records. *See J.W. V. District of Columbia*, 318 F.R.D. 196, 199 (D.D.C. 2016) (holding that an "overriding interest of parent in protecting their nine-year-old autistic son's identity and avoiding

Page 3

unnecessary publicity concerning his disability outweighed First Amendment right of public access to judicial records"); *D.M. v. County of Berks*, 292 F. Supp. 2d 390, 402 (E.D. Pa. 2013) ("the Children have a clear right to remain anonymous in this proceeding. This protection, however, "would be evisceration" if the Parents are not allowed to remain anonymous. "Since a parent must proceed on behalf of a minor child, the protection afforded to the minor would be eviscerated unless the parent was also permitted to proceeding using initials.") *quoting P.M. v. Evans-Brant Central Sch. Dist.*, 2008 WL 4379490 (W.D.N.Y. Sept. 22, 2008).

11. Plaintiffs apply for an order to require the Defendant or Clerk of Court to file the unredacted exhibits under seal and file public versions of these documents with the minimum redactions necessary to maintain the confidentiality of the information.

12. Plaintiffs assert that good cause exists to seal certain exhibits, Exhibits "1-B," "1-S" through "1-Z," "1-AA" through "1-MM," "2-O" through "2-S" and "2-U" through "2-V," because they reference the given names of Parties, their parents and siblings, dates of birth, home addresses and telephone numbers: personal information that has been authorized to be sealed by this Court and as required by statute, common law, and local rules.

13. Defendant has deemed these exhibits relevant to its motions for summary judgment.

14. Defendant Walt Disney Parks and Resorts U.S. Inc. does not oppose the Plaintiffs' application to file documents under seal.

On this the 10th day of December, 2020, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                          */s/ Barbara U. Uberoi*
                            Barbara U. Uberoi

Page 4

Declaration in Support of Unopposed Application to File Under Seal
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*    Case No. 15-CV-5346-R

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2020 a true and correct copy of the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system.

**DOGALI LAW GROUP, P.A.**

 /s/Barbara U. Uberoi
Andy Dogali
*Admitted pro hac vice*
Barbara U. Uberoi
California Bar No. 208389
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764
Tel: (813) 289-0700
Fax: (813) 289-9435
adogali@dogalilaw.com,
buberoi@dogalilaw.com

LENZE LAWYERS, PLC

Jennifer A. Lenze
California Bar No. 246858
Amanda D. Mcgee
California Bar No. 282034
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Tel: (310) 322-8800
Jlenze@lenzelawyers.com,
mcgee@lenzelawyers.com

**ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP**

Eugene Feldman
California Bar No. 118497
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
eugene@aswtlawyers.com

*Attorneys for Plaintiffs*

Page 5

Declaration in Support of Unopposed Application to File Under Seal
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   Case No. 15-CV-5346-R