ANDY DOGALI (admitted pro hac vice)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764

EUGENE FELDMAN (California Bar No. 118497)
eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045

JENNIFER A. LENZE (California Bar No. 246858)
Jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **T.P., et al.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**WALT DISNEY PARKS AND RESORTS U.S. INC.,**<br>　　　　Defendant. | **Case No.:** 15-cv-5346-CJC-E<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED APPLICATION TO FILE UNDER SEAL UNREDACTED DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION**<br><br>**Hon. Cormac J. Carney**<br>**Courtroom:** 9B |

Page 1

Having considered Plaintiffs V.J.B., S.L.B., K.A.C., J.L.C., Y.Z. and M.Y.R.'s Application to File Unredacted Documents Containing Confidential Information Under Seal in connection with the M.Y.R.'s Oppositions to Motions for Summary Judgment [D. 456] on their claims, the Court HEREBY ORDERS:

The Application is GRANTED. The Plaintiffs are permitted to file under seal the following documents:

Exhibits "1-B," "1-S" through "1-Z," "1-AA" through "1-MM,"

"2-O" through "2-S" and "2-U" through "2-V"

because they reference protected personal information including the given names of Parties, their parents and siblings, dates of birth, home addresses and telephone numbers.

SO ORDERED on this the ____ day of December 2020.

_____
Hon. Cormac J. Carney
United States District Judge

Page 2

**[Proposed] Order Granting Plaintiffs' Application to Seal**
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*     Case No. 15-CV-5346-R