# Exhibit 1-BB

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Stephen Elliott
December 16, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

T.P., by and through S.P.,  )
as next friend, parent, and )
natural guardian, et al.,   )
                            )
     Plaintiffs,            )
                            ) CIVIL ACTION NO.
v.                          ) 2:15-cv-05346-R-E
                            )
Walt Disney Parks and       )
Resorts U.S., Inc.,         )
                            )
     Defendant.             )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

DR. STEPHEN ELLIOTT

VOLUME I OF I

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

P.O. BOX 1264

RED OAK, TEXAS 75154

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB

White Decl. ISO Disney's SJ Motion P.0558

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Stephen Elliott
December 16, 2019

```
         BE IT REMEMBERED THAT oral and videotaped
deposition of DR. STEPHEN ELLIOTT, produced as a witness
at the instance of the Defendant and duly sworn, was
taken in the above-styled and -numbered cause on Monday,
December 16, 2019, from 9:12 a.m. to 11:20 a.m., before
Candyce E. Fisher, CSR in and for the State of Texas,
reported by machine shorthand, at the offices of
McDermott Will & Emery LLP, 2501 North Harwood Street,
Suite 1900, Dallas, Texas 75201, pursuant to the Federal
Rules of Civil Procedure and the provisions stated on
the record or attached hereto.
```

U.S. LEGAL SUPPORT
(877) 479-Write4 Page 4

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0559

```
 1                    APPEARANCES
 2

 3  FOR PLAINTIFFS:

 4          DOM LAW, PA

 5    BY:   Domenick Lazzara, Esq.
            1814 North 15th Street
 6          Ybor City, Florida 33605
            (813) 606-5036
 7          dom@domlaw.com

 8

 9

10  FOR DEFENDANT:

11          MCDERMOTT WILL & EMERY LLP

12    BY:   Jeremy M. White, Esq.
            -and-
13          Sarah Schanz, Esq.
            500 North Capitol Street, NW
14          Washington, D.C. 20001
            (202) 756-8000
15          jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20          Anthony Marlar, Videographer

21

22                    * * * * *

23

24

25
```

```
 1                        PROCEEDINGS
 2              THE VIDEOGRAPHER:  We're now on record.
 3   The date is December 16th, 2019.  The time is 9:12 a.m.
 4   This is the video deposition of Dr. Stephen Elliott in
 5   the matter of T.P., et al., versus Walt Disney Parks and
 6   Reporters [sic] U.S., Incorporated.  This deposition is
 7   being held at McDermott Will & Emery in Dallas, Texas.
 8              Counsel, please state your appearances
 9   for the record.
10              MR. LAZZARA:  Domenick Lazzara on behalf
11   of the plaintiff in this case, and my firm is
12   Dom Law PA.
13              MR. WHITE:  Jeremy White on behalf of
14   defendant, Walt Disney Parks and Resorts U.S.,
15   Incorporated.
16              THE VIDEOGRAPHER:  Will the court
17   reporter please swear in the witness.
18              [Witness sworn.]
19                  DR. STEPHEN ELLIOTT,
20   having first been duly affirmed by me to tell the truth,
21   was examined and testified as follows:
22                        EXAMINATION
23      Q    (BY MR. WHITE)  Good morning.
24      A    Good morning.
25      Q    Can you please state your full name for the
```

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

December 16, 2015                                                44

```
 1      Q    Well, is it out -- for ▮▮▮▮, is it out of
 2  character for him to have aggressions?  I mean, he has
 3  aggressions a lot, doesn't he?
 4           MR. LAZZARA:  Form.
 5      A    Correct.
 6      Q    (BY MR. WHITE)  So -- and he has aggressions
 7  at many different places -- doctors' offices, home,
 8  school -- right?
 9           MR. LAZZARA:  Form.
10      A    Correct.
11      Q    (BY MR. WHITE)  And these aggressions are
12  sometimes -- they can happen in any environment and
13  they're unpredictable, aren't they?
14           MR. LAZZARA:  Form.
15      A    So clinic visits tend to be stimulating for
16  ▮▮▮▮.
17      Q    (BY MR. WHITE)  What do you mean by
18  "stimulating"?  Meaning that they're likely to cause a
19  meltdown or not likely to cause a meltdown?
20      A    More likely.
21      Q    Right.  Because overstimulation can cause a
22  meltdown -- is that right? -- for him?
23      A    Correct.
24      Q    But it's hard to predict whether he's going
25  have a meltdown or not, isn't it?
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0562

```
 1              MR. LAZZARA:  Form.
 2      A     So his irritability and outbursts are
 3 unpredictable, but they do track with -- with things
 4 that the parents monitor for.
 5              [Reporter clarification.]
 6      Q     (BY MR. WHITE)  And, for example, medication
 7 changes can impact his behavior?
 8      A     They could.
 9              MR. LAZZARA:  Form.
10      Q     (BY MR. WHITE)  So if he's having a negative
11 behavior, it could be because the medication was
12 changed?
13              MR. LAZZARA:  Form.
14      A     It could be.
15      Q     (BY MR. WHITE)  Okay.  [REDACTED] also had issues
16 sleeping, didn't he?
17      A     Correct.
18      Q     And certainly, him not sleeping enough could
19 impact his -- could cause him to have negative behaviors
20 or irritability, couldn't it?
21              MR. LAZZARA:  Form.
22      A     Correct.
23      Q     (BY MR. WHITE)  Okay.  And you see that an
24 increase in him having problems sleeping would increase
25 his aggressions?
```

```
 1      Q    I believe it was Exhibit-- might have been
 2 Exhibit 6, Bates-stamped 4108.
 3      A    Correct.
 4      Q    So they were going to the parks until
 5 May 22nd.  So this was the day after they finished their
 6 trip at Disney's parks; right?
 7           MR. LAZZARA:  Form.
 8      A    Per the record, correct.
 9      Q    (BY MR. WHITE)  Okay.  And can you please read
10 the comment starting with "received phone call"?
11      A    "Received phone call from mother with update.
12 She reports the family returned from their Disney trip
13 and ▮▮▮▮▮ did fairly well."
14      Q    So based on this note, the mother indicated
15 that ▮▮▮▮▮ did fairly well during their trip to
16 Disney; correct?
17           MR. LAZZARA:  Form.
18      A    That is what the nurse charted.
19      Q    (BY MR. WHITE)  Do you have any reason to
20 doubt what the nurse charted?
21           MR. LAZZARA:  Form.
22      A    No.  But that's what the nurse charted.
23      Q    (BY MR. WHITE)  Right.  That's what it says in
24 the note; correct?
25           MR. LAZZARA:  Form.
```

```
 1    A     Right.
 2    Q     (BY MR. WHITE)  That the mother, ▇▇▇
 3  ▇▇▇, reported to your office that they returned
 4  from their trip to Disney and ▇▇▇ did fairly well
 5  during that trip; right?
 6          MR. LAZZARA:  Form.
 7    Q     (BY MR. WHITE)  That's what it says in the
 8  note?
 9    A     Correct.
10    Q     Is there any other indication in this document
11  that I just put before you about their trip to Disney?
12    A     There is not in this document.
13          Did you [inaudible]?
14    Q     Thank you.
15          And then they went to visit you in the
16  office on June 1st, 2016.  Do you remember that?
17          [Exhibit 9 marked for identification.]
18    A     Correct.  So he had an appointment on
19  June 1st.
20    Q     (BY MR. WHITE)  This was the first time that
21  you saw ▇▇▇ and his family in person after their
22  trip to Disney -- to Disney's parks in May of 2016?
23    A     Correct.
24    Q     And it says -- under "Informant," it says
25  "Patient and parent were present for forty-minute
```

```
 1  face-to-face appointment."
 2           Do you see that?
 3     A    Correct.
 4     Q    So you met with the patient, and you met with
 5  ▇▇▇▇ and his parents for forty minutes on June 1st,
 6  2016.  And it says -- in the "History of Present
 7  Illness," do you see what -- it says in the last
 8  sentence that --
 9     A    Oops.
10     Q    I'm sorry?
11     A    I said "Oops."  I said "Disneyland."
12     Q    Yeah.
13     A    Yeah.
14     Q    Right.
15           MR. LAZZARA:  Form.
16     Q    (BY MR. WHITE)  But you understand that they
17  went to Disney World?
18     A    Correct.
19     Q    Walt Disney World?
20     A    Correct.
21     Q    It doesn't -- doesn't change the impact of
22  your statement; right?
23     A    Correct.
24     Q    And you indicate in here, based on your
25  meeting with the parents, that ▇▇▇▇ generally
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0566

```
 1  tolerated the park.  Do you see that note?
 2                 MR. LAZZARA:  Form.
 3       A    That is correct.
 4       Q    (BY MR. WHITE)  That's what it says in the
 5  record; right?
 6                 MR. LAZZARA:  Form.
 7       A    Correct.
 8       Q    (BY MR. WHITE)  Okay.  And if you also could
 9  please turn to a couple pages later, 4068, and look at
10  your psychiatric reading, please.
11            So this -- again, this is an analysis you
12  did based on your observations of him?
13       A    Correct.
14       Q    At the June 1st meeting?
15       A    Correct.
16       Q    Okay.  And based on your observations of him
17  at this meeting, after -- under "Depressive mood", it
18  says -- I guess this is the rating category -- "sad,
19  tearful, depressive demeanor."  And with regards to how
20  that applies to _____, you wrote -- this is on
21  page 4068.
22       A    Right.  So "not present."
23       Q    Okay.  So based on your observations of
24  _____ on June 1st, you didn't see any depression,
25  anything present regarding depressive mood.  Is that
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0567

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3  T.P., by and through S.P.,   )
    as next friend, parent, and  )
 4  natural guardian, et al.,    )
                                 )
 5       Plaintiffs,             )
                                 )  CIVIL ACTION NO.
 6  v.                           )  2:15-cv-05346-R-E
                                 )
 7  Walt Disney Parks and        )
    Resorts U.S., Inc.,          )
 8                               )
         Defendant.              )
 9  ************************************************************

10                     REPORTER'S CERTIFICATION

11              DEPOSITION OF DR. STEPHEN ELLIOTT

12                         VOLUME I OF I

13                       DECEMBER 16, 2019

14  ************************************************************

15       I, Candyce E. Fisher, Certified Shorthand Reporter

16  in and for the State of Texas, hereby certify to the

17  following:

18       That the witness, Dr. Stephen Elliott, was duly

19  sworn by the officer and that the transcript of the oral

20  deposition is a true record of the testimony given by

21  the witness;

22       That review by the witness of the deposition

23  transcript was not requested;

24       That the amount of time used by each party at the

25  deposition is as follows:
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0568

```
 1         Mr. White - 1 hrs, 42 mins
 2         Mr. Lazzara - 0 hrs, 11 mins
 3      That pursuant to information given to the
 4  deposition officer at the time said testimony was taken,
 5  the following includes counsel for all parties of
 6  record:
 7         Domenick Lazzara, Attorney for Plaintiffs
 8         Jeremy M. White and Sarah Schanz, Attorney for
 9  Defendants
10      I further certify that I am neither counsel for,
11  related to, nor employed by any of the parties or
12  attorneys in the action in which this proceeding was
13  taken, and further that I am not financially or
14  otherwise interested in the outcome of the action.
15      Certified to by me this 16th of December 2019.
16
17               [signature: Candyce Fisher]
18               _____
19               CANDYCE E. FISHER, Texas CSR No. 9421
                 Expiration Date: 12/31/2019
20
21
22
23
24
25
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0569