# Exhibit 1-EE

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   T.P., by and through S.P., as
     next friend, parent, and
 5   natural guardian et al.,

 6              Plaintiffs,

 7       vs.                    CASE NO. 2:15-CV-05346-R-E

 8   WALT DISNEY PARKS and RESORTS
     U.S., Inc.,
 9
                Defendant.
10   _____

11

12

13

14

15    VIDEOTAPED DEPOSITION OF  ███████████████

16            San Francisco, California

17            Tuesday, November 12, 2019

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,
     CSR No. 12019
24   Job No. 857995

25   Pages 1 - 70
```

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4    T.P., by and through S.P., as
      next friend, parent, and
 5    natural guardian et al.,

 6              Plaintiffs,

 7        vs.                     CASE NO. 2:15-CV-05346-R-E

 8    WALT DISNEY PARKS and RESORTS
      U.S., Inc.,
 9
                Defendant.
10    _____

11

12

13

14

15        Videotaped Deposition of ████████████████
      ████ taken on behalf of defendant Walt Disney Parks
16    and Resorts U.S., Inc,, at Salesforce Tower, 415
      Mission Street, San Francisco, California, beginning
17    at 10:22 a.m.  and ending at 12:41 p.m. on Tuesday,
      November 12, 2019, before ASHLEY SOEVYN, Certified
18    Shorthand Reporter No. 12019.

19

20

21

22

23

24

25
```

U.S. LEGAL SUPPORT
(877) 479-White Decl. ISO Disney's SJ Motion P.0591

Exhibit 1EE
Page 4

```
 1   APPEARANCES:
 2
 3   For the Plaintiff
 4           ARIAS SANGUINETTI WANG & TORRIJOS, LLP
 5           BY:  EUGENE FELDMAN
 6           Attorney at Law
 7           6701 Center Drive West, #1400
 8           Los Angeles, California 90045
 9           E-mail: eugene@aswtlawyers.com
10           Phone: (310) 844-9696
11
12   For the Defendant Walt Disney Parks and Resorts U.S.
13   Inc.
14           MCDERMOTT WILL & EMERY
15           BY:  KERRY SCANLON
16           BY:  JULIE H. MCCONNELL
17           Attorneys at Law
18           The McDermott Building
19           500 North Capitol Street, NW
20           Washington, DC 20001
21           E-mail: kscanlon@mwe.com
22           E-mail: jmconnell@mwe.com
23           Phone: (202) 756-8317
24
25   Also Present: Matt Cope, Videographer
```

```
 1                    P R O C E E D I N G S
 2                           ---oOo---
 3              THE VIDEOGRAPHER:  Good morning.  We are
 4   on the record at 10:22 a.m. on November 12, 2019.
 5   Audio and video recording will continue to take
 6   place unless all parties agree to go off the record.
 7   Please note that microphones are sensitive and may
 8   pick up whisperings and private conversations.  This
 9   is the video-recorded deposition of ███████████
10   taken by counsel for defendant in the matter of T.P.
11   versus Walt Disney Parks and Resorts U.S., Inc.
12   filed in the United States District Court, Central
13   District of California.
14              This deposition is being held at
15   McDermott Will & Emery, 415 Mission Street,
16   Suite 5600, San Francisco, California.  My name is
17   Matt Cope.  I'm the videographer on behalf of
18   U.S. Legal located at 201 Mission Street,
19   San Francisco, California.  The court reporter today
20   is Ashley Soevyn on behalf of U.S. Legal.
21              I am not related to any party in this
22   action nor am I financially interested in the
23   outcome.
24              Counsel will state their appearances for
25   the record after which the court reporter will swear
```

U.S. LEGAL SUPPORT
(877) 479-2484    Page 4

Exhibit 1EE
White Decl. ISO Disney's SJ Motion P.0593

```
 1   in the witness.
 2          MR. FELDMAN:  Eugene Feldman for the
 3   plaintiff.
 4          MR. SCANLON:  Kerry Scanlon for the
 5   defendant.
 6
 7                    ████████████
 8   having been administered an oath, was examined and
 9   testified as follows:
10
11                       EXAMINATION
12   BY MR. SCANLON:
13       Q   Good morning.
14       A   Good morning.
15       Q   Could you please state your full name and
16   home address for the record?
17       A   ████████████████████████████   That was
18   my maiden name.  ██████████████████████████████████
19   ████████████████
20       Q   I'm sorry, did you say -- was ████ in
21   there somewhere?
22       A   ██████████████
23       Q   ████████████████  Okay.  Thank you.
24       A   Uh-huh.
25       Q   And how long have you lived at ████████
```

```
1   the reason for going to three different elementary
2   schools?
3       A    Well, different programs.
4       Q    He's about ten right now, right?
5       A    Right.
6       Q    Okay.  And can you describe which schools
7   he went to first, second, and third and why you
8   changed?
9       A    Well, the program that was assigned to
10  him from the district, it's called NSTC, which is a
11  special day class, and they cover kindergarten to
12  second grade.  That was our first school,
13  Burkhalter, B-U-R-K-H-A-L-T-E-R, Elementary in
14  Oakland.  We had differences with the teacher,
15  special day class teacher, and we relocated to
16  Brookville Elementary, as well in Oakland, and we
17  were --
18      Q    Excuse me.  You had differences, and what
19  grade was he in?
20      A    Kindergarten.
21      Q    So he was only there for part of the
22  kindergarten?
23      A    The whole kindergarten year.
24      Q    What was the issue you had with the
25  teacher?
```

U.S. LEGAL SUPPORT
(877) 479-White Decl. ISO Disney's SJ Motion P.0595

Exhibit 1EE
Page 4

```
 1        Q    Yes.
 2        A    Fourth grade?
 3        Q    Fourth grade, I mean, yes.
 4        A    No.
 5        Q    They didn't?
 6        A    No, they didn't.  He's actually
 7   performing almost at grade level for fourth grade.
 8        Q    But is it an inclusion program or no?
 9        A    Yes.
10        Q    It is?
11        A    Uh-huh.
12        Q    Okay.  So what they told you he couldn't
13   have going into the second grade they are now
14   providing him going into the fourth grade?
15        A    Yes.
16        Q    Okay.  And do you know what the reason
17   for the change was?
18        A    From who, from the charter school or from
19   OUSD?
20        Q    From OUSD.
21        A    Well, now OUSD because the IEP states
22   that he needs one-on-one support, now they have to
23   provide it.
24        Q    Okay.  And why did you move back to the
25   OUSD from the charter school at the end of the third
```

```
 1        Q    When is the first time that you ever went
 2   to a Disney theme park?
 3        A    Memorial Day weekend of 2013.
 4        Q    Okay.  That's the first time you've ever
 5   been there in your life?
 6        A    Yes, sir.
 7        Q    And who did you go with on that occasion?
 8        A    With my mom, ██████, and our two kids.
 9        Q    ██████ is Mr. ██████?
10        A    Correct.
11        Q    What was the reason you went on
12   Memorial Day 2013?
13        A    We wanted to have a trial and error kind
14   of scenario because we were planning on attending in
15   November with my extended family as a family
16   reunion.
17        Q    And as far as you know, had ██████ ever
18   been there before?
19        A    No.
20        Q    Had your kids ever been there before?
21        A    No.
22        Q    And you had never been there before?
23        A    No.
24        Q    Did you go for a single day or was it
25   more than one --
```

```
1       A    It was just a single-day visit.
2       Q    And how did you get there?
3       A    Driving.
4       Q    Did you drive the day before?
5       A    Yes.
6       Q    And where did you stay?
7       A    I don't recall the name of the hotel.
8  But it was I think like two or three blocks down
9  Disneyland.
10      Q    So it was in Anaheim?
11      A    Yes.
12      Q    Near the park?
13      A    Yes.
14      Q    And did you drive to Anaheim from the
15 Bay Area in one day?
16      A    Yes.
17      Q    How long did that take?
18      A    I don't know, like six to eight hours.
19      Q    And did you have any problem in that --
20 during that drive?
21      A    Not other than taking, you know, breaks
22 for the kids, yeah.
23      Q    Okay.  And you drove back afterwards?
24      A    Correct.
25      Q    Did you stay in this hotel for two
```

```
 1   the map during that 10, 15 minutes?
 2        A    No.
 3        Q    You did that after you looked at the
 4   website?
 5        A    Yes.
 6        Q    And how was it that you looked at the map
 7   and decided what you might do, how did you go about
 8   doing that?
 9        A    Well, back in the time, my son didn't
10   have the need of a certain ride.  He's never been to
11   the theme park or any theme park for that matter.
12   So I kind of like played blind, you know.
13        Q    Well, I'm just asking what you did.  Your
14   son was only four.
15        A    Three, four, yes.
16        Q    Well, in --
17        A    2013, May -- yes.
18        Q    Well, he was three and a half or
19   something, right?
20        A    Yes.
21        Q    So he's almost three and a half, so he
22   wasn't going to develop some pattern of rides he was
23   going to go on, right?
24        A    He has a, what we call, a photographic
25   memory.  So he's very particular and he's -- his
```

```
 1   you go in the cars.
 2        Q    Racers?
 3        A    Yes.
 4        Q    Okay.  Anything else?
 5        A    The -- I don't recall it.
 6        Q    Okay.  So he remembered Nemo and the
 7   cars -- and the Racers as well?
 8        A    Yes.
 9        Q    And the monorail, right?
10        A    Uh-huh.
11        Q    Okay.  And that's what you're referring
12   to when you said that he remembered those rides when
13   he came back in November, right?
14        A    Correct.
15        Q    And he didn't have to go on the Nemo ride
16   or Racers in any particular order.  He could have
17   gone on one first and then the other one.  It
18   wasn't -- he didn't have to go in any particular
19   order, did he?
20        A    Yes.
21        Q    What was the order?
22        A    I don't recall the specific order, but --
23        Q    Well, if you don't recall the order, how
24   do you know he had an order?
25        A    Because I can remember him having a hard
```

U.S. LEGAL SUPPORT
(877) 479-White Decl. ISO Disney's SJ Motion P.0600

Exhibit 1EE
Page 4

```
 1   preference you can -- and it's not healthy for them
 2   to have a preference, for example, repeating
 3   something over and over, you can treat that, and you
 4   can get them to change their conduct, right?
 5           MR. FELDMAN:  Objection.
 6           MR. SCANLON:  You can answer.
 7           MR. FELDMAN:  Let me get my objection on
 8   the record, please, counsel.
 9           MR. SCANLON:  Just don't make it a
10   speaking objection.  All you have to say is "I
11   object."
12           MR. FELDMAN:  I'll practice law the way I
13   choose to practice law.  I don't need you to tell me
14   how to practice law.
15           My objection is that it's compound and it
16   assumes facts not in evidence.
17           MR. SCANLON:  Thank you.  You can answer.
18           THE WITNESS:  I'm sorry, what was your
19   question?
20   BY MR. SCANLON:
21      Q    The question was, when you said he needed
22   this, it wasn't a need like a blind person has, that
23   needs something to help them because they can't see.
24   The kind of need he has is something that is
25   treatable, that you learned in ABA therapy, correct?
```

| | |
|---|---|
| 1 | A    Correct. |
| 2 | Q    Okay.  And -- |
| 3 | MR. FELDMAN:  I'm also going to object to |
| 4 | the question on the grounds that it calls for a |
| 5 | medical opinion. |
| 6 | BY MR. SCANLON: |
| 7 | Q    How many rides did you go on?  And when I |
| 8 | say "rides," I'm not talking about Downtown Disney |
| 9 | or getting on the monorail or getting on a bus or |
| 10 | parking in the parking lot.  I'm talking about |
| 11 | specific attractions where there is a line and you |
| 12 | get on something that's like a roller coaster or |
| 13 | ride.  That's what I mean when I say ride, okay? |
| 14 | How many of those did you go on in your |
| 15 | first visit on Memorial Day of 2013? |
| 16 | A    I don't recall the exact number of rides. |
| 17 | We visited both parks in one day.  I don't know 10, |
| 18 | 15, I estimate. |
| 19 | Q    Ten or 15 rides? |
| 20 | A    Yes. |
| 21 | Q    Did you all stay together the whole day, |
| 22 | all five of you? |
| 23 | A    Yes. |
| 24 | Q    Okay.  And so you think you went on 10 or |
| 25 | 15 rides? |

```
 1   basically said that, and that three or four years
 2   later when he was retested, that it improved a lot
 3   and you had goals, so that that number would be
 4   reduced significantly?
 5        A    I -- I -- I don't recall that data.
 6        Q    Okay.  Well, we'll look at some of the
 7   records.  So you don't know whether there was any
 8   time in your son's life when he would -- whether it
 9   was -- regardless of where he was, at home, at
10   school, you know, with relatives that he would
11   frequently become upset if he did not get what he
12   wanted?
13        A    Yes, I recall that.
14        Q    Okay.  And that happened early when he
15   was three or four almost all the time, right?
16        A    Yes.
17        Q    And it improved after getting ABA
18   therapy, right?
19        A    Somewhat, yes.
20             MR. SCANLON:  All right.  Let's take a
21   break.
22             THE VIDEOGRAPHER:  Off the record at
23   12 o'clock.
24             (Recess taken.)
25             THE VIDEOGRAPHER:  Back on the record at
```

```
 1         I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4         That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were duly sworn; that a record
 8  of the proceedings was made by me using machine
 9  shorthand, which was thereafter transcribed under my
10  direction; further, that the foregoing is a true
11  record of the testimony given.
12         I further certify I am neither financially
13  interested in the action nor a relative or employee
14  of any attorney or party to this action.
15         IN WITNESS WHEREOF, I have this November
16  22, 2019 subscribed my name.
17
18
19  [signature]
20
21  _____
    ASHLEY SOEVYN
    CSR No. 12019
22
23
24
25
```