# Exhibit 1-II

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

The Disability Access Service is designed for Guests who are unable to tolerate extended waits due to disability. This service allows Guests to schedule a return time that is comparable to the current queue wait for the given attraction.

This service does not provide immediate or priority attraction access.

**Terms and Conditions**

- Your scheduled return time does not provide immediate access upon your return.
- You may not have more than one active attraction return time at a time.
- Disney FASTPASS® service is a separate service and may be used in conjunction with this service.
- Park and attraction hours are subject to change without notice.
- Attractions may close without notice.
- Not valid for admission to any Theme Park, experience, service or facility.
- All Guests must meet boarding requirements.
- When utilizing this service, it is possible to experience waits greater than the posted wait time.

By signing this card, you acknowledge that the recipient of this card has a disability requiring the service of this program and accepts the terms and conditions of this card.

Walt Disney Parks and Resorts may retain the photo and other information contained on this card to assist us in processing the Disability Assistance Service.




signature

11/15/13
date

This service is revocable, non-transferable, not for commercial use, void if altered and subject to change without notice.   10000016547



EXHIBIT
7
11/13/19  TM

# Disneyland

## Disability Access Service





for use by

Nov 15, 2013 to Nov 28, 2013
date range

DL City Hall
park issued

SIX (6)
number of Guests

At each attraction, please show this card to an attraction Cast Member to notify them of your assistance needs.

When available, please use Disney FASTPASS® service to reduce your wait time.

Exhibit 1II

White Decl. ISO Disney's SJ Motion P.0682

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Attraction | Current Time | Wait Time | Return Time | Cast |
|---|---|---|---|---|
| ~~Jungle~~ | ~~9:45~~ | ~~15~~ | ~~9:50~~ | |
| Alice | 2:15 | 30 | 2:35 | ypS |
| ~~Dumbo~~ | ~~2:45~~ | ~~30~~ | ~~3:05~~ | ~~OP~~ |
| ~~Peter Pan~~ | ~~3:10~~ | ~~30~~ | ~~3:30~~ | ~~MR~~ |
| Mansion | 7:20 | 25 | 7:35 | CD |
| ~~Pirates~~ | ~~11:53~~ | ~~5~~ | ~~11:58~~ | ~~JB~~ |
| Finding | 2:15 | 30 | 2:35 | MM |
| Space | 3:00 | 95 | 3:35 | SSF |

Exhibit 111
White Decl. ISO Disney's SJ Motion P.0683