# Exhibit 1-KK

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0698



# Terry Psylutions

Larissa D. Terry, Psy.D., BCBA-D
Larissa@TerryPsylutions.com
P.O. Box 1111
Alamo, CA 94507
Phone: (925) 933-1833
Fax: (800) 514-6974

*Psychological, Behavioral, & Parenting Solutions*

This report is confidential in nature and is part of the clinical record of this client. This document should not be released to any third party without the written consent of the client/guardian and the authorization of the author. This report is for professional use. If the raw test data is included in this report, only professionals qualified by training and experience to interpret such data should attempt to do so. This report is based on the information available to the evaluator at the time of the assessment and findings were interpreted as they relate to the referral questions and clinical concerns. Use of this report by any unauthorized others, for other purposes or at a future date will limit the validity of this report.

## Regional Center of the East Bay
### EARLY INTERVENTION AUTISM CLINIC
### Psychological Assessment
*Confidential*

**Consumer's Name:** ▓▓▓
**Date of Birth:** ▓▓▓
**Chronological Age:** 2 years 6 months
**Date of Evaluation:** March 21, 2012
**Case Manager:** Patricia Aguinaga
**Evaluation Psychologist:** Larissa D. Terry, Psy.D., BCBA-D

**Reason for Referral**

▓▓▓ was referred for a psychological assessment by Patricia Aguinaga, Early Intervention Case Manager, as part of the RCEB evaluation process. Clarification regarding his diagnosis, specifically a rule out of an autistic spectrum disorder, was requested to assist in treatment planning for RCEB services. ▓▓▓ is a 30-month-old boy of Mexican-American descent and the son of ▓▓▓ and ▓▓▓ Both Spanish and English are spoken in the home. He lives in Oakland, California with his parents, sister (6 months), maternal grandmother, maternal uncle (age 26), his wife (age 26), and their daughter (age 8). ▓▓▓ was found eligible for RCEB Early Start (age 0-3) services on 11/23/11 at 26 months old due to developmental delays. During the course of the evaluation, possible autism symptoms were noted and a referral to this Clinic, as well as Applied Behavior Analysis (ABA) autism treatment through Si Se Puede made. ▓▓▓ is currently receiving up to 25 hours per week of ABA therapy and is reportedly responding well. His parents would like clarification regarding any diagnoses and recommendations for further interventions.

**EXHIBIT** 2
11/3/19 TM

Terry Psylutions    CONFIDENTIAL    Page 1 of 13

CONFIDENTIAL    YZ,MYR0013
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0699

## Procedures
Review of Record
Review of Recent Cognitive/Developmental Evaluations
Autistic Spectrum Disorders Interview
Autism Diagnostic Observation Schedule-Generic (ADOS) – Module 1
Interview with Mother
Behavioral Observations

## Relevant Background History
This is a synopsis of pertinent background history. Sources for the following information include ▇▇▇▇ RCEB file and interview. For a more detailed history please see the complete RCEB file.

▇▇▇▇ was the 5-pound 5-ounce product of a 35-week pregnancy complicated by high blood pressure at 32 weeks, HELP syndrome, and pre-eclampsia. He was delivered via cesarean section and remained in the NICU for 8 days with NG tube feedings and mild jaundice. No other concerns were reported. In terms of developmental milestones, ▇▇▇▇ sat by 6-7 months, did not crawl, and walked by 13 months. He had about five words by 12 months, but then stopped using them. He also regressed in the use of pointing (to pictures and body parts). He began babbling about 2 weeks ago but still does not have any meaningful words. He is stating to use PECS and sign language but requires prompting. Ms. ▇▇▇▇ noted that she first became concerned about ▇▇▇▇ development by 12 months old, as she remembers coming home from the doctor and ▇▇▇▇ chewing on a book he was given (rather than playing with it appropriately). ▇▇▇▇ was assessed by RCEB at 26 months and found to have developmental delays and autism symptoms. He was referred to ABA therapy and this Clinic for further assessment. He did not start ABA therapy until 1/23/12 due to being on vacation. His mother would like him to start speech therapy, but was reportedly recommended to wait until he had some time to benefit from ABA therapy so he would be better able to participate. He has had no other daycare, preschool, or interventions.

In terms of health history, ▇▇▇▇ was hospitalized for one day at 11 months, 15 months, 21 months, and 29 months due to bronchiolitis. He has a history of asthma and three ear infection. His arm was placed in a cast when he broke it at 24 months after falling off a chair. His mother noted he did not really fuss so they did not even know it was broken until the next day (high pain tolerance). He is otherwise generally healthy. In terms of extended family history, there is a maternal second cousin with speech delay and ADHD, and a maternal great grandmother with a seizure disorder. Mr. ▇▇▇▇'s sister lost her hearing at 3 years old due to a car accident. His second cousin is receiving speech therapy. His other cousin has Down Syndrome. ▇▇▇▇'s sister was described as typically developing. No other developmental or mental health concerns were reported for the extended family.

*Terry Psylutions*  CONFIDENTIAL  Page 2 of 13

CONFIDENTIAL  YZ,MYR0014
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0700

### Previous Diagnoses and Psychological Testing

According to records, ▮ was assessed by RCEB/ChildSolutions (11/23/11). <u>Bayley Scales of Infant and Toddler Development-III</u>: Cognitive = 65, Language = 47, Motor = 67. <u>Vineland Adaptive Behavior Scales-II</u>: Communication 8 months, Daily Living Skills = 7-22 months, Socialization = 6-10 months, Motor = 19-23 months, Adaptive Living Composite = 71. <u>Modified Checklist for Autism in Toddlers (autism screener)</u>: Positive (indicating further autism assessment warranted). During the course of the evaluation, possible autism symptoms including regression in language and pointing, dislike of groups of people, mouthing, no interaction with children, running and screaming when excited, temper tantrums, no pointing, no response to name, difficulty with transitions, no sense of danger, high activity level, limited eye contact, rubbing of objects on his face, resistance to interacting with the examiners, repetitive consonant-vowel combinations (e.g., "ma-ma-ma") with no other words used, no attempts to gain other's attention, and few play skills were noted. He was found eligible for RCEB Early Start services due to a diagnosis of Developmental Delay in cognitive, communication, social-emotional, and adaptive skills (with a request to rule out an autism spectrum disorder noted). Intensive treatment and further autism assessment were recommended.

▮ was assessed by RCEB/Marcello Forte MS, CCC-SLP (12/1/11). <u>Preschool Language Scale-4 (Spanish)</u>: Auditory Comprehension = 52, Expressive Communication = 62, Total Communication = 52. Possible autism symptoms including poor attending, intermittent eye contact, no response to name, no following of simple directions, no meaningful words (says "ma-ma-ma" for everything), regression in language (used to say ma, pa, and bottle), no pointing, use of other hands like tools (using his mother's hands to clap), and no babbling were noted. He was found eligible for RCEB speech/language services.

▮ was assessed by Si Se Puede Behavioral Intervention, Inc. (2/2/12). Current levels of functioning with goals and objectives were listed. Up to 25 hours per week of ABA therapy was recommended.

No other psychological or developmental assessments were provided for review at the time of this writing.

### Assessment Conditions and Validity

▮ was assessed in a one-on-one session with his mother present. Ms. ▮ also participated in an interview. Overall, conditions were deemed appropriate and adequate for obtaining a valid representation of ▮'s current symptoms. Any exceptions or concerns were noted below.

### Behavioral Observations

▮ presented as an adorable and busy little boy, who came appropriately dressed and groomed. Upon greeting him in the waiting area, he glanced at the examiner with a neutral expression and did not respond further (running off). He

*Terry Psylutions*   CONFIDENTIAL   Page 3 of 13

CONFIDENTIAL   YZ,MYR0015

Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0701

climbed into his stroller and was pushed to the assessment room by his mother. Once in the room, ▮ began exploring a bin of toys, but quickly lost interest and got the tray from his stroller, placed his mother's hand on it, and then pulled her to the stroller (indicating that he wanted her to put it on the stroller with him so they could leave). Ms. ▮ indicated that he often uses other's bodies like tools to communicate what he wants. ▮ sat in his stroller fussing slightly for some time as the adults talked. He screamed whenever his mother tied to encourage him to come out, but did play with a pop-up toy for a while when it was placed in front of him. Soon he began wiggling out of the stroller. Once out he engaged in a hop/gallop movement back and forth for a while. He then spun in a circle while looking out the periphery of his eyes. He shook his head back and forth while looking up at the ceiling, and then wandered around while looking at the lines on the floor. He noticed the wire bead toy and moved beads around on it for a while. He then saw a car and brought it to the table to chew on the wheels. When his mother told him to stop he then turned it over and spun the wheels for a while. ▮ went to the stroller to get a cracker, screaming to indicate what he wanted. He engaged in some jumping and hand-flapping while eating the cracker. His mother noted that these high-pitched screams were common, although she has been working with him on signing "more".

Given that ▮ would likely have tantrumed if given a break and then brought back in, it was decided to go right into the ADOS activities (see below). ▮ tended to move away from the examiner initially, fussing and climbing on his mother whenever he was approached. However, he soon became more interested, and even pulled the examiner, placing her hand on his belly to request more tickling. After testing was complete, ▮ was given a snack and the bin of toys while his mother received feedback. He engaged in a lot of repetitive movements similar to before, galloping, jumping, spinning, and hand-flapping as he ate. He was preoccupied for a while with making the blocks stack just so, so that they were even. His mother noted he often becomes "obsessed" with things being at certain angles or in certain orders. ▮ happily climbed into his stroller when he was told it was time to go. Overall, ▮ presented as a charming boy with developmental delay and clear autism symptoms. Additional behavioral observations, including behaviors during the ADOS administration, are included in the assessment results below as appropriate.

## ASSESSMENT RESULTS AND INTERPRETATIONS

### General Developmental/Cognitive and Adaptive Functioning

Review of recent assessments indicates that as of 11/23/11 (26 months) ▮'s cognitive functioning was at the 14-month level. His adaptive functioning was reported to be within the 6-23 month range. This information was considered in evaluating symptoms of autism.

Terry Psylutions    CONFIDENTIAL    Page 4 of 13

CONFIDENTIAL

YZ,MYR0016
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0702

### Autistic Spectrum Disorders Interview

Ms. ▇ was interviewed about ▇'s historical and current reciprocal social interactions, communication, and behaviors as related to diagnoses on the autistic spectrum.

In terms of **communication**, Ms. ▇ reported that ▇ communicates primarily by using a high-pitched scream or bringing them what he wants and placing their hands on things. He uses other's hands like a tool frequently. He makes a "ma-ma-ma" sound, and has just started saying "pa-pa" and babbling, but does not yet using these sounds meaningfully. He has also just started PECS and is learning to travel to a listener to exchange an icon. He also will do a "more" and "open" sign if first modeled or prompted. He does not engage in echolalia. He does not yet point, nod or shake his head, or use any other gestures. He now looks at others much more, but they are still working on eye contact. He will inconsistently look up when they walk into the room and talk to him. He just started looking when his name is called 3-4 weeks ago.

In terms of **reciprocal social interaction**, Ms. ▇ noted that ▇ initiates interactions with them by grabbing their hands and pulling them to the floor to sit near him. Although he will sometimes get them to sit nearby, he is not yet sharing his interests or showing them things. He does not imitate their actions around the home and seems content playing on his own most of the time. If they try to join his play he may like it sometimes, but at other times (with certain toys) he may scream and then go to his room to be alone. He likes rolling a ball back and forth, but shows little interest in peek-a-boo. He will very rarely initiate interactions with his cousin by smiling at her or standing near her and waiting. He will initiate interactions with his baby sister by smelling her head or feet, grabbing her hands, or bumping his forehead against hers (kiss). He will become irritated if his cousin tries to initiate an interaction with him most of the time and is very protective of his toys. He does not imitate or watch his cousin's play. At the playground or other places where there are children his age he does not know, ▇ shows no interest in children and is usually off doing his own thing. If a child approaches him he usually looks at them briefly and wanders away. He treats most children the same (except a 4-year-old nephew who he seems to like). If an adult smiles at him he usually has a neutral expression. He notices other's emotions but tends to just stare with no response. His facial expressions are inconsistent but mostly neutral.

In terms of **play and restricted, repetitive, and stereotyped patterns of behavior**, Ms. ▇ reported that ▇ has certain things that he likes to do in a particular order, and rituals he insists on. Specifically, he insists that the Velcro on his shoes is on straight, wants the chairs lined up evenly, and wants his blocks to be stacked tightly together (no uneven cracks). During one of his therapy lessons he insists that the straws in the cup are at a certain angle before he will proceed. If let to do what he likes at home, ▇ would watch the same specific movies over and over. He likes to stack his blocks in straight towers and

Terry Psylutions   CONFIDENTIAL   Page 5 of 13

CONFIDENTIAL   YZ,MYR0017

Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0703

then break them apart. He also enjoys scribbling with crayons. Outside he enjoys going on the slide only or playing with dirt by watching it fall through his hands. He is generally very unfocused and goes from toy to toy. He can become obsessive with his iPad games, not letting anyone touch them or sit nearby. He is often more interested in parts of toys or objects, such as the wheels on cars, lights on toys, or spinning objects. He is not yet engaging in any pretend or imaginative play. In terms of sensory interests and sensitivities, ▇ looks out the periphery of his eyes, lies down sometimes to look at toys, visually examines toys and parts, looks at lights on toys and on the ceiling, watches ceiling fans, and spinning objects. He is sensitive to the blender and a certain vacuum, but then likes other loud noises (motorcycles). He frequently mouths objects. He loves the feel of dirt and watches it through his hands or pats/rubs it off. He often smells his sister's head or feet, or other's arms. In terms of motor mannerisms, ▇ engages in a gallop movement, jumps, spins, hand-flaps/tenses, and runs back and forth. He does not engage in any self-injurious behaviors, although he will attempt to bite, scratch, and hit others when upset.

Overall, ▇ demonstrates many social, communicative, and behavioral symptoms and deficits associated with autism, according to his mother.

**Autistic Spectrum Disorders Diagnostic Measure**

▇ was administered the Autism Diagnostic Observation Schedule, Generic (ADOS) to provide additional information to the examiner in ruling out a possible autistic spectrum disorder. ▇ was administered Module 1 for children at the pre-verbal/single words level.

*The ADOS is a semi-structured interaction and observation that provides a series of planned social occasions or "presses" in which a behavior of a particular type is likely to occur. Across the session the examiner presents numerous opportunities for the individual to exhibit behaviors of interest. A module is chosen to be appropriate based on a particular developmental and language level.*

Regarding **language and communication**, ▇ used no words or approximations during the administration. He rarely vocalized unless to engage in a very high-pitched squeal and quick hum sound. His vocalizations rarely seemed directed toward others, as he did not coordinate eye contact, but he did often pull on his mother as he screamed. His intonation was clearly high-pitched. There was not sufficient language to judge echolalia or stereotyped speech. He primarily communicated by pulling others or using their bodies as tools (e.g., pulling the examiner back toward his mother, climbing back on her lap, leaning back ward, and then placing the examiner's hand on his belly to indicate he wanted more tickles). He did not point in any way, although he did pull on the examiner's arm when he wanted something occasionally. He did not use any other gestures, other than pointing his two index fingers together when his mother showed him a "more" sign.

Terry Psylutions  CONFIDENTIAL  Page 6 of 13

CONFIDENTIAL  YZ,MYR0018
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0704

Regarding **reciprocal social interaction**, ▮ used poorly modulated eye contact to initiate, terminate, and regulate social interaction. Specifically, ▮ rarely looked at the examiner (although his eye contact with his mother was more frequent), and when he did it was often fleeting. He looked after she called his name the third time with a sustained glance and directed smile. This was the only time he directed a facial expression for the purpose of communicating affect (tended to smile or fuss to himself). There were few social overtures to judge the integration of eye contact and other nonverbal behaviors, and mostly consisted of pulling on others or placing their hands on things without coordinated eye contact. ▮ showed some pleasure in interacting with the examiner during peek-a-boo (continued to place the blanket on the examiner's head to continue the game) and tickling (placed her hand on his belly). He did not seem to know how to make requests otherwise, and often just went to his mother and waited. He did not give things or show things to share his interests. There were no instances of initiation of joint attention. He was unable to follow the examiner's turned head and eyes (or point) as an indication that he should look toward a toy across the room. The overall quality of his social overtures was poor and consisted mostly of climbing on his mother, screaming when he wanted something, or pulling others/placing their hands on things. However, there were some attempts to involve others in physical play occasionally.

Regarding **play**, ▮ did not really seem to know how to play with most toys and showed little interest. His mother attempted to get him interested in the pop-up toy several times, and once he was engaged he only continued briefly before wanting to climb back onto her lap. He did notice the baby doll and was quite preoccupied with flicking its eyes for some time. He then enjoyed pushing a string across the floor for a while before he spent the remainder of free play plowing his feet through the toys on the floor. ▮ did some brief imitation with objects upon request, but always visually examined the parts first (e.g., the frog's feet, the airplane propeller). He did not have much interest in the birthday party for baby, and was more focused on looking through the fork or flicking the baby's eyes. Overall his play skills seemed delayed compared to his developmental level or atypical.

Regarding **stereotyped behaviors and restricted interest** and other abnormal behaviors, ▮ had a definite interest in nonfunctional elements of play materials, and engaged in sensory examination on more than one occasion. Specifically, ▮ was preoccupied with visually examining objects and parts (although briefly most of the time), looking at the lines on the floor, looking out the periphery of his eyes, and looking at lights. He showed definite hand or other stereotypes, including jumping, galloping, spinning, hand-flapping, and shaking his head. He did not attempt to harm himself. Repetitive or stereotyped interests and/or behaviors formed the majority of his interests, but he could be redirected to other things if they were very interesting. He sat briefly or stood still when expected to do so, but often got up abruptly if items in front of him were not interesting. He had an occasional display of mild upset, anger, aggression,

*Terry Psylutions*  CONFIDENTIAL  Page 7 of 13

CONFIDENTIAL  YZ,MYR0019

Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0705

negativism, or disruptive behavior, typically consisting of high-pitched screaming, hitting his mother, or crying. He showed mild signs of anxiety, when the examiner approached him at the beginning of the administration, and when the balloon was brought out, but was quickly pacified.

███'s total score on the ADOS falls well within the range diagnostic of autism and an autistic spectrum disorder. *NOTE: The total score includes only algorithm items in communication and social interaction, and not other items in these areas or any items in the areas of play, stereotyped behaviors/restricted interests, or other abnormal behaviors. A higher or lower score does NOT necessarily indicate a higher or lower severity or presence/absence of overall ASD symptoms and therefore scores were not reported. Although research suggests that children as young as 24 months old can be accurately diagnosed using the ADOS, the diagnostic thresholds cannot be applied to children with nonverbal mental ages below 15 months. Therefore a diagnosis is made primarily through clinical judgment and diagnostic criteria review (noted below), with the ADOS and other assessment procedures providing additional information to assist in this process.*

**DSM-IV-TR Criteria:**
The following criteria from the *Diagnostic and Statistical Manual of Mental Disorders, Forth Edition, Text Revision* (DSM-IV-TR) must be met for a diagnosis of Autistic Disorder. Autistic Disorder is one of several diagnoses listed under the category of Pervasive Developmental Disorders (also referred to as Autistic Spectrum Disorders or ASD). If the criteria noted below are met, Autistic Disorder is diagnosed. For a diagnosis of Asperger's Disorder to be made, criteria cannot be met for another Pervasive Developmental Disorder (such as Autistic Disorder), and the individual cannot have any clinically significant general delay in language, cognitive development, development of self-help skills, adaptive behavior, or curiosity about the environment in childhood. A diagnosis of PDD-NOS (Pervasive Developmental Disorder Not Otherwise Specified) is appropriate only when an individual has a severe and pervasive impairment in the development of reciprocal social interaction associated with verbal or nonverbal communication skills or with the presence of stereotyped behavior, interests, and activities, *but does not fully meet a diagnosis for autism* or other specified disorders. Autistic Disorder, Asperger's Disorder, and PDD-NOS are all "Autistic Spectrum Disorders".

███ did or did not meet each of the criteria for Autistic disorder in the following ways (checked boxes "☒" indicate ███ has that trait or characteristic):

A total of six or more items from 1, 2, and 3, with at least two from 1, and one each from 2 and 3:

1. **Qualitative impairment in social interaction as manifested by at least <u>two</u> of the following:**
   - ☒ a. Marked impairment in the use of multiple nonverbal behaviors such as eye gaze, facial expression, and gestures to regulate social interaction. ███ *is improving in his use of eye contact, but it is still fairly poor and inconsistent. He is not yet using other nonverbal behaviors to help him regulate the back and forth interaction.*
   - ☒ b. Failure to develop peer relationships appropriate to his developmental level. *Although* ███*'s developmental delay makes this area more challenging to judge, his lack of interest in peers and tendency to prefer solitary play is atypical.*
   - ☒ c. Lack of spontaneous seeking to share enjoyment, interests, or achievements with other people (e.g., a lack of showing, bringing, or pointing out objects of interest). ███ *was observed and reported to rarely if ever share his interests. He is typically content enjoying things on his own.*

*Terry Psylutions*   CONFIDENTIAL   *Page 8 of 13*

CONFIDENTIAL

YZ,MYR0020
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0706

☒ d. Lack of social or emotional reciprocity. *Although ▮ is becoming more responsive with adults (especially familiar adults) interactions still feel effortful and one-sided much of the time. His reciprocity with familiar children and peers is more noticeably impaired.*

2. **Qualitative impairment in communication as manifested by at least <u>one</u> of the following:**
   - ☒ a. Delay in the development of spoken language. *▮ has a documented speech/language delay, and is still not using any meaningful words.*
   - ☐ b. In individuals with adequate speech, marked impairment in the ability to initiate or sustain a conversation with others. *Language too limited to judge.*
   - ☐ c. Stereotyped and repetitive use of language or idiosyncratic language. *Language too limited to judge, although the use of "ma-ma-ma" and screaming may be somewhat repetitive.*
   - ☒ d. Lack of varied, spontaneous make-believe play or social imitative play appropriate to developmental level. *Make-believe play is difficult to judge given ▮'s young age and developmental delay, however his lack of social imitative play is more clearly concerning.*

3. **Restricted repetitive and stereotyped patterns of behavior, interests, and activities as manifested by at least one of the following:**
   - ☒ a. Encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus. *▮ was reported to enjoy watching specific movies over and over, with strong interests in stacking blocks repetitively and playing with dirt.*
   - ☒ b. Apparently inflexible adherence to specific, nonfunctional routines or rituals. *▮ was observed and reported to engage in rituals such as straightening the Velcro on his shoes, insisting on taking straws out of the cup in a certain angle before moving on with the activity, and other nonfuctional routines.*
   - ☒ c. Stereotyped and repetitive motor mannerisms (e.g., hand or finger flapping or twisting, or complex whole-body movements). *▮ was observed and reported to engage in galloping, spinning, head-shaking, hand-flapping/tensing, running back-and-forth, and jumping.*
   - ☒ d. Persistent preoccupation with parts of objects. *▮ was observed and reported to engage in brief visual examination of parts and objects, and lining up chairs, among other interests.*

**Diagnostic Formulation and Summary**

▮ is a 30-month-old Mexican-American male with a history of global developmental delays, including speech/language, cognitive, play, and social delays, and repetitive behaviors and restricted interests. Based on his behavior during testing, as well as his mother's report of his development and functioning, ▮ clearly meets criteria for a DSM-IV diagnosis of Autistic Disorder.

Terry Psylutions        CONFIDENTIAL        Page 9 of 13

CONFIDENTIAL                                    YZ,MYR0021
                                                Exhibit 1KK
                            White Decl. ISO Disney's SJ Motion P.0707

Specific criteria are listed above. Asperger's Disorder was ruled out due to his current cognitive functioning and speech delay. Autism, Asperger's, and PDD-NOS (also referred to as Autistic Spectrum Disorders or Pervasive Developmental Disorders) are neurodevelopmental biologically-based disorders that involve life-long deficits in social relating, communication, and behavior. Research supports significant gains for many individuals with autistic spectrum disorders through early intervention. Indeed, ▮ is already showing improvements in many areas, and his mother had several stories of celebrated gains since starting ABA therapy. It is encouraging that he is already receiving evidenced-based treatments and responding well.

Ms. ▮ had many well-informed questions regarding ▮s diagnosis, prognosis, and recommendations. She indicated that she and her extended family have been very involved in his ABA program and are doing their best to implement techniques outside of therapy. Overall, ▮ appears to be responding very well to therapy. His potential to make significant gains has been increased by his family's pursuit of early diagnosis and treatment.

**Diagnostic Impressions**
Axis I:     299.00  Autistic Disorder
Axis II:    Deferred
            Rule out: Mental Retardation

**Recommendations**

1. ▮ should continue to be monitored by his physician for any health concerns as appropriate. The family is encouraged to share this report with their pediatrician, as some genetic testing (e.g., ruling out Fragile X Syndrome, etc.) may be appropriate.

2. ▮s family is encouraged to continue working with their RCEB Case Manager to develop an IFSP appropriate to his disability and intervention needs. The National Research Council Committee on Educational Interventions for Children with Autism (see reference below), "...recommends that educational services begin as soon as a child is suspected of having an autistic spectrum disorder. Those services should include a minimum of 25 hours a week, 12 months a year, in which the child is engaged in systematically planned, and developmentally appropriate educational activity toward identified objectives". Given suspicion of autism the team has already implemented intensive ABA therapy through Si Se Puede, and he is reportedly responding well.

3. Intensive intervention based on the California DDS Best Practices, National Standards Project findings, and the National Professional Development Center on Autism Spectrum Disorders findings (see references below), including some structured (e.g., Discrete Trial Training) techniques, but primarily naturalistic (incidental teaching, Pivotal Response Training, Early Start Denver Model, etc.) Applied Behavior Analysis (ABA) methodologies to increase skills and decrease behavior excesses, targeting these areas:
   - Ability to attend to elements of the environment that are essential for learning, especially to other people
   - Ability to imitate others, including both verbal imitation and motor imitation

*Terry Psylutions*          CONFIDENTIAL          *Page 10 of 13*

CONFIDENTIAL

YZ,MYR0022
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0708

- Ability to communicate with others
- Ability to play appropriately with toys
- Ability to socially interact with others
- Safety skills training

4. "The National Autism Center launched the **National Standards Project** in 2005 with the support and guidance of an expert panel composed of nationally recognized scholars, researchers, and other leaders representing diverse fields of study. The culmination of this rigorous multi-year project is the National Standards Report, the most comprehensive analysis available to date about treatments for children and adolescents with ASD…The primary goal of the National Standards Project is to provide critical information about which treatments have been shown to be effective for individuals with ASD." To find out more regarding their findings on the most effective treatments for children with autism, see the published results at: www.nationalautismcenter.org

5. An organization has been established to assist parents and professionals in finding researched-based interventions and treatment for autistic spectrum disorders at www.asatonline.org. The Association for Science in Autism Treatment's mission, "…is to share accurate, scientifically sound information about autism and treatments for autism…"

6. The National Professional Development Center on Autism Spectrum Disorders is a multi-university center to promote the use of evidence-based practice for children and adolescents with autism spectrum disorders and can be accessed at http://autismpdc.fpg.unc.edu

7. "The Autism Internet Modules were developed with one aim in mind: to make comprehensive, up-to-date, and usable information on autism accessible and applicable to educators, other professionals, and families who support individuals with autism spectrum disorders (ASD). Written by experts from across the U.S., all online modules are free, and are designed to promote understanding of, respect for, and equality of persons with ASD." These can be accessed at: www.autisminternetmodules.org

8. Consideration of starting speech therapy now that ▮ has show progress in ABA and is ready to benefit from this service as well. Continued integration of other communication tools such as sign language and/or the Picture Exchange Communication System (PECS) as recommended by his therapists to assist in developing and using his language across environments. His parents may require some training to implement these programs consistently in the home. More information about PECS can be found on their website at: www.pecs.com

9. Picture schedules can be developed to assist ▮ in anticipating the day's activities and performing more independently. The following resource may assist his family in developing picture schedules:
    - *Activity Schedules for Children with Autism: Teaching Independent Behavior (Topics in Autism)* by Lynn McClannahan, Patricia Krantz
    - *Do2Learn* (down-loadable picture schedules) at www.do2learn.com

10. Parents of children with developmental disabilities often experience high levels of stress. Mr. ▮ and Ms. ▮ are encouraged to schedule regular "date nights"

*Terry Psylutions*         CONFIDENTIAL         Page 11 of 13

CONFIDENTIAL

YZ,MYR0023

Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0709

with one another, and take time to enjoy their family (non-intervention time). Parent support groups and individual counseling are also often helpful in finding a good balance.

11. ▮'s parents may wish to educate themselves on Best Practices for teaching children with autism. Several books are available including:
    - *Early Start Denver Model for Young Children with Autism: Promoting Language, Learning, and Engagement* by Sally J. Rogers and Geraldine Dawson.
    - *Parents' Education as Autism Therapists: Applied Behavior Analysis in Context* by Keenan, Kerr, & Dillenburger
    - *Pivotal Response Treatments for Autism: Communication, Social, & Academic Development* by Robert Koegel and Lynn Koegel
    - *A Work in Progress* by Ron Leaf, John McEachin, Jaisom Harsh
    - *Behavioral Intervention for Young Children with Autism: A Manual for Parents and Professionals* by Catherine Maurice, Gina Green, Stephen Luce
    - *Effective Instruction for Children with Autism* by Gertrude A. Barber
    - *Raising a Child with Autism: A Guide to Applied Behavior Analysis for Parents* by Shira Richman
    - *Helping Children with Autism Learn* by Bryna Siegel

12. The following books may be helpful resources to the family:
    - *Pasos Hacia Una Vida Independiente* (*Steps to Independence*) by Bruce Baker & Alan Brightman
    - *Overcoming Autism* by Lynn Koegel and Claire LaZebnik
    - *The World of the Autistic Child: Understanding and treating autistic spectrum disorders* by Bryna Siegel.
    - *The Out of Sync Child: Recognizing and coping with sensory integration dysfunction* by Carol Stock Kranowitz.
    - *What About Me? Growing Up With a Developmentally Disabled Sibling* by Bryna Siegel and Stuart Silverstein

13. We Care Services for Children offers an Autism Family Support Project, including parent education groups, family nights out, parent-to-parent support groups, and summer camps, among other supports. The family is encouraged to contact the Project Coordinator at (925) 671-0777 ext. 14 or vibarra@wecarechildren.org for more information. Other supports include:
    - The National Autism Society of America at 800-428-8476 or www.autism-society.org
    - Families for Early Autism Treatment at (916) 843-1536 or www.feat.org
    - UC Davis M.I.N.D. Institute at (888) 883-0961 or www.mindinstitute.org
    - San Francisco Bay Area Autism Society at www.sfautismsociety.virtualave.net
    - Cure Autism Now (CAN) at (888) 8-AUTISM or www.cureautismnow.org
    - CARE Parent Network at (800) 281-3023 or www.careparentnetwork.org
    - Family Resource Network at (510) 547-7322
    - Autism Speaks, First Signs, and Florida State University have collaborated to develop a Web-based autism video glossary at www.firstsigns.org

14. Siblings of children with autism are at greater risk for developing autism and other developmental disabilities themselves. The family is encouraged to seek genetic counseling if planning to have more children. In addition, there are research studies currently recruiting siblings of children with autism that may provide free developmental assessment and monitoring (see MIND Institute reference below).

15. Many children with autistic spectrum disorders also have some degree of intellectual impairment (mental retardation). It will be important to rule this out by age 6-7, and after continued intervention.

16. Given ▮'s diagnoses of Developmental Delay and Autistic Disorder, consideration now of Status 2 (after age three) eligibility is recommended. The Case Manager will need to consult with Dr. Paul Fujita, RCEB Developmental Pediatrician, to see if the RCEB Eligibility Team will need any further information. **Any follow-up evaluations should be scheduled with a member of the RCEB EI Autism Clinic team unless otherwise indicated.**

*Terry Psylutions*     CONFIDENTIAL     *Page 12 of 13*

CONFIDENTIAL

YZ,MYR0024

Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0710

Thank you for the opportunity to see ▮▮▮▮ and his mother. If there are questions regarding this assessment, please do not hesitate to call me at (925) 933-1833. If there are questions regarding RCEB services, eligibility, or other concerns please contact your RCEB Case Manager at (510) 618-6100.

*Larissa D. Terry*

Larissa D. Terry, Psy.D., BCBA-D
Clinical Psychologist (PSY19913)
Board Certified Behavior Analyst - Doctoral

Cc: Patricia Aguinaga, RCEB
Paul Fujita, RCEB

*Terry Psylutions*  CONFIDENTIAL  Page 13 of 13

CONFIDENTIAL  YZ,MYR0025
Exhibit 1KK
White Decl. ISO Disney's SJ Motion P.0711