# Exhibit 2-Q

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



CONFIDENTIAL

Exhibit 2Q
White Decl. ISO Disney's SJ Motion, P. 0851
DisneyCA-TP0132202

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





CONFIDENTIAL

Exhibit 2Q
White Decl. ISO Disney's SJ Motion, P. 0853
DisneyCA-TP0132204

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



CONFIDENTIAL

Exhibit 2Q
White Decl. ISO Disney's SJ Motion, P. 0854

DisneyCA-TP0132205