**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit 2-S

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

### Guest Information

| DAS first name | DAS last name | DAS - Entitlement Start Date Time | DAS - Entitlement End Date Time | Max FastPass Booking | VisualID | Party Code |
|---|---|---|---|---|---|---|
| Julia | Campbell | 2016-05-17 20:50:59.000000 | 2016-07-17 08:00:00.000000 | 6 | 00712021B00E | CAFEF00D65020000000000000110567706 |
| Kendall | Campbell | 2016-05-17 20:50:59.000000 | 2016-07-17 08:00:00.000000 | 6 | 211314139071 | CAFEF00D65020000000000000039827151 |

### DOT/DAS Enrollment

| guest id | linked guest id | first name | last name | location desc | issue operdate | issue date time | issued by | valid date | valid days | party size | ticket id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Julia | Campbell | | | | | | | | |
| | | Kendall | Campbell | | | | | | | | |

### Fastpass Plus Activity

| PARTY CODE | GXP ENTITLEMENT CODE | ENTITLEMENT TYPE CODE | ENTITLEMENT START DATE | ENTITLEMENT START TIME | ENTITLEMENT END DATE | ENTITLEMENT END TIME | ENTITLEMENT TYPE NAME | STS TYPE CODE | STS TYPE DESCRIPTION | ENTERTAINMENT CODE | ENTERTAINMENT NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAFEF00D65020000000000000110567706 | 35461365 | STD | 2014-03-10 | 11:05:00.000000 | 2014-03-10 | 12:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 62628402 | STD | 2014-03-10 | 11:25:00.000000 | 2014-03-10 | 12:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 62640164 | STD | 2014-03-10 | 11:45:00.000000 | 2014-03-10 | 12:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000110567706 | 62628826 | STD | 2014-03-10 | 12:00:00.000000 | 2014-03-10 | 13:00:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 35461353 | STD | 2014-03-10 | 12:40:00.000000 | 2014-03-10 | 13:40:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000110567706 | 62641270 | STD | 2014-03-10 | 12:50:00.000000 | 2014-03-10 | 13:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 62628706 | STD | 2014-03-10 | 13:05:00.000000 | 2014-03-10 | 14:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 35461359 | STD | 2014-03-10 | 13:50:00.000000 | 2014-03-10 | 14:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 62629378 | STD | 2014-03-10 | 14:15:00.000000 | 2014-03-10 | 15:15:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAFEF00D65020000000000000110567706 | 62639806 | STD | 2014-03-10 | 14:15:00.000000 | 2014-03-10 | 15:15:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 62628403 | STD | 2014-03-10 | 14:35:00.000000 | 2014-03-10 | 15:35:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 62645855 | STD | 2014-03-10 | 14:50:00.000000 | 2014-03-10 | 15:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 37973762 | STD | 2014-03-10 | 15:15:00.000000 | 2014-03-10 | 16:15:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000110567706 | 62639387 | STD | 2014-03-10 | 15:25:00.000000 | 2014-03-10 | 16:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 63041435 | STD | 2014-03-10 | 16:20:00.000000 | 2014-03-10 | 17:20:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 62639375 | STD | 2014-03-10 | 17:10:00.000000 | 2014-03-10 | 18:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAFEF00D65020000000000000110567706 | 62628401 | STD | 2014-03-10 | 17:35:00.000000 | 2014-03-10 | 18:35:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAFEF00D65020000000000000110567706 | 62639381 | STD | 2014-03-10 | 18:45:00.000000 | 2014-03-10 | 19:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 62648059 | STD | 2014-03-11 | 09:55:00.000000 | 2014-03-11 | 10:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 62653860 | STD | 2014-03-11 | 09:55:00.000000 | 2014-03-11 | 10:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 35463243 | STD | 2014-03-11 | 10:25:00.000000 | 2014-03-11 | 11:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010153 | Jungle Cruise |
| CAFEF00D65020000000000000110567706 | 62648897 | STD | 2014-03-11 | 11:55:00.000000 | 2014-03-11 | 12:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAFEF00D65020000000000000110567706 | 62653854 | STD | 2014-03-11 | 11:55:00.000000 | 2014-03-11 | 12:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAFEF00D65020000000000000110567706 | 35463249 | STD | 2014-03-11 | 12:15:00.000000 | 2014-03-11 | 13:15:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010162 | Mad Tea Party |
| CAFEF00D65020000000000000110567706 | 62738530 | STD | 2014-03-11 | 12:40:00.000000 | 2014-03-11 | 13:40:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAFEF00D65020000000000000110567706 | 62646750 | STD | 2014-03-11 | 12:55:00.000000 | 2014-03-11 | 13:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAFEF00D65020000000000000110567706 | 62648053 | STD | 2014-03-11 | 13:05:00.000000 | 2014-03-11 | 14:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAFEF00D65020000000000000110567706 | 62653866 | STD | 2014-03-11 | 13:05:00.000000 | 2014-03-11 | 14:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010123 | DINOSAUR |
| CAFEF00D65020000000000000110567706 | 35462605 | STD | 2014-03-11 | 13:45:00.000000 | 2014-03-11 | 14:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAFEF00D65020000000000000110567706 | 62654382 | STD | 2014-03-11 | 14:05:00.000000 | 2014-03-11 | 15:05:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010178 | Primeval Whirl |
| CAFEF00D65020000000000000110567706 | 62649630 | STD | 2014-03-11 | 14:25:00.000000 | 2014-03-11 | 15:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010178 | Primeval Whirl |
| CAFEF00D65020000000000000110567706 | 62652141 | STD | 2014-03-11 | 15:10:00.000000 | 2014-03-11 | 16:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 62656570 | STD | 2014-03-11 | 15:10:00.000000 | 2014-03-11 | 16:10:00.000000 | Standard Appointment | RED | Redeemed | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 62649186 | STD | 2014-03-11 | 15:25:00.000000 | 2014-03-11 | 16:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 62653064 | STD | 2014-03-11 | 15:55:00.000000 | 2014-03-11 | 16:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 62649176 | STD | 2014-03-11 | 16:05:00.000000 | 2014-03-11 | 17:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 62657973 | STD | 2014-03-12 | 10:30:00.000000 | 2014-03-12 | 11:30:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010129 | Dumbo the Flying Elephant |
| CAFEF00D65020000000000000110567706 | 62657985 | STD | 2014-03-12 | 11:35:00.000000 | 2014-03-12 | 12:35:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAFEF00D65020000000000000110567706 | 62658017 | STD | 2014-03-12 | 12:35:00.000000 | 2014-03-12 | 13:35:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010129 | Dumbo the Flying Elephant |
| CAFEF00D65020000000000000110567706 | 62657979 | STD | 2014-03-12 | 13:35:00.000000 | 2014-03-12 | 14:35:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010153 | Jungle Cruise |
| CAFEF00D65020000000000000110567706 | 62660399 | STD | 2014-03-12 | 14:30:00.000000 | 2014-03-12 | 15:30:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010153 | Jungle Cruise |
| CAFEF00D65020000000000000110567706 | 64315107 | STD | 2014-03-12 | 15:45:00.000000 | 2014-03-12 | 16:45:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 16491297 | The Barnstormer |
| CAFEF00D65020000000000000110567706 | 62668712 | STD | 2014-03-13 | 11:50:00.000000 | 2014-03-13 | 12:05:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 15839605 | Disney Junior - Live on Stage! |
| CAFEF00D65020000000000000110567706 | 62669406 | STD | 2014-03-13 | 12:55:00.000000 | 2014-03-13 | 13:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 320248 | The American Idol Experience |
| CAFEF00D65020000000000000110567706 | 62741234 | STD | 2014-03-13 | 12:55:00.000000 | 2014-03-13 | 13:10:00.000000 | Standard Appointment | RED | Redeemed | 320248 | The American Idol Experience |
| CAFEF00D65020000000000000110567706 | 62739627 | STD | 2014-03-13 | 13:55:00.000000 | 2014-03-13 | 14:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 320248 | The American Idol Experience |
| CAFEF00D65020000000000000110567706 | 62666589 | STD | 2014-03-13 | 14:00:00.000000 | 2014-03-13 | 14:15:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 15839605 | Disney Junior - Live on Stage! |
| CAFEF00D65020000000000000110567706 | 62667565 | STD | 2014-03-13 | 14:50:00.000000 | 2014-03-13 | 15:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAFEF00D65020000000000000110567706 | 62736983 | STD | 2014-03-13 | 15:05:00.000000 | 2014-03-13 | 16:05:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 209857 | Toy Story Midway Mania! |
| CAFEF00D65020000000000000110567706 | 62666583 | STD | 2014-03-13 | 15:20:00.000000 | 2014-03-13 | 16:20:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAFEF00D65020000000000000110567706 | 62666595 | STD | 2014-03-13 | 16:40:00.000000 | 2014-03-13 | 16:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 320248 | The American Idol Experience |
| CAFEF00D65020000000000000110567706 | 225456685 | STD | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 09:25:00.000000 | Standard Appointment | BKD | Booked | 26068 | Expedition Everest - Legend of the Forbidden Mountain® |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010178 | Primeval Whirl |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010150 | It's Tough to be a Bug! |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 161106 | Finding Nemo - The Musical |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010154 | Kali River Rapids |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 26068 | Expedition Everest - Legend of the Forbidden Mountain® |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 12432 | Festival of the Lion King |
| CAFEF00D65020000000000000110567706 | 226316606 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 225456689 | STD | 2014-11-20 | 11:25:00.000000 | 2014-11-20 | 12:25:00.000000 | Standard Appointment | BKD | Booked | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 225456681 | STD | 2014-11-20 | 14:30:00.000000 | 2014-11-20 | 14:50:00.000000 | Standard Appointment | BKD | Booked | 12432 | Festival of the Lion King |
| CAFEF00D65020000000000000110567706 | 225454408 | STD | 2014-11-24 | 15:30:00.000000 | 2014-11-24 | 16:30:00.000000 | Standard Appointment | BKD | Booked | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 225454404 | STD | 2014-11-24 | 17:10:00.000000 | 2014-11-24 | 18:10:00.000000 | Standard Appointment | BKD | Booked | 80010173 | Mission: SPACE |
| CAFEF00D65020000000000000110567706 | 225454412 | STD | 2014-11-24 | 18:55:00.000000 | 2014-11-24 | 19:55:00.000000 | Standard Appointment | BKD | Booked | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 225450403 | STD | 2014-11-25 | 12:00:00.000000 | 2014-11-25 | 13:00:00.000000 | Standard Appointment | BKD | Booked | 16491297 | The Barnstormer |
| CAFEF00D65020000000000000110567706 | 225450407 | STD | 2014-11-25 | 13:25:00.000000 | 2014-11-25 | 14:25:00.000000 | Standard Appointment | BKD | Booked | 80010222 | Tomorrowland Speedway |
| CAFEF00D65020000000000000110567706 | 229467597 | STD | 2014-11-25 | 13:45:00.000000 | 2014-11-25 | 14:45:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010123 | DINOSAUR |
| CAFEF00D65020000000000000110567706 | 225448049 | STD | 2014-11-25 | 14:40:00.000000 | 2014-11-25 | 15:40:00.000000 | Standard Appointment | BKD | Booked | 80010162 | Mad Tea Party |
| CAFEF00D65020000000000000110567706 | 225468201 | STD | 2014-11-25 | 15:35:00.000000 | 2014-11-25 | 16:35:00.000000 | Standard Appointment | BKD | Booked | 80010157 | Kilimanjaro Safaris |
| CAFEF00D65020000000000000110567706 | 229467593 | STD | 2014-11-25 | 18:30:00.000000 | 2014-11-25 | 19:30:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 17421326 | Meet Favorite Disney Pals at Adventurers Outpost |
| CAFEF00D65020000000000000110567706 | 225456331 | STD | 2014-11-26 | 12:15:00.000000 | 2014-11-26 | 13:15:00.000000 | Standard Appointment | BKD | Booked | 80010162 | Mad Tea Party |
| CAFEF00D65020000000000000110567706 | 225456323 | STD | 2014-11-26 | 13:30:00.000000 | 2014-11-26 | 14:30:00.000000 | Standard Appointment | BKD | Booked | 80010222 | Tomorrowland Speedway |
| CAFEF00D65020000000000000110567706 | 225456327 | STD | 2014-11-26 | 14:55:00.000000 | 2014-11-26 | 15:55:00.000000 | Standard Appointment | BKD | Booked | 16491297 | The Barnstormer |
| CAFEF00D65020000000000000110567706 | 225449984 | STD | 2014-11-26 | 16:40:00.000000 | 2014-11-26 | 17:40:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAFEF00D65020000000000000110567706 | 225449980 | STD | 2014-11-26 | 18:20:00.000000 | 2014-11-26 | 19:20:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000110567706 | 225449988 | STD | 2014-11-26 | 20:00:00.000000 | 2014-11-26 | 21:00:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000110567706 | 600139503 | NON | 2016-05-17 | 17:43:00.000000 | 2016-05-17 | 23:00:00.000000 | Non Standard Non Inv | BKD | Booked | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000039827151 | 35461367 | STD | 2014-03-10 | 11:05:00.000000 | 2014-03-10 | 12:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000039827151 | 62640165 | STD | 2014-03-10 | 11:45:00.000000 | 2014-03-10 | 12:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000039827151 | 35461355 | STD | 2014-03-10 | 12:40:00.000000 | 2014-03-10 | 13:40:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000039827151 | 62636267 | STD | 2014-03-10 | 12:40:00.000000 | 2014-03-10 | 13:40:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000039827151 | 62641271 | STD | 2014-03-10 | 12:50:00.000000 | 2014-03-10 | 13:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000039827151 | 35461361 | STD | 2014-03-10 | 13:50:00.000000 | 2014-03-10 | 14:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000039827151 | 62639809 | STD | 2014-03-10 | 14:15:00.000000 | 2014-03-10 | 15:15:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 20194 | Soarin' |
| CAFEF00D65020000000000000039827151 | 37973763 | STD | 2014-03-10 | 14:50:00.000000 | 2014-03-10 | 15:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000039827151 | 62636271 | STD | 2014-03-10 | 14:50:00.000000 | 2014-03-10 | 15:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000039827151 | 62645854 | STD | 2014-03-10 | 15:15:00.000000 | 2014-03-10 | 16:15:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 107785 | The Seas with Nemo & Friends |
| CAFEF00D65020000000000000039827151 | 62639388 | STD | 2014-03-10 | 15:25:00.000000 | 2014-03-10 | 16:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |
| CAFEF00D65020000000000000039827151 | 63041432 | STD | 2014-03-10 | 16:20:00.000000 | 2014-03-10 | 17:20:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80010191 | Spaceship Earth |
| CAFEF00D65020000000000000039827151 | 62639376 | STD | 2014-03-10 | 17:10:00.000000 | 2014-03-10 | 18:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80010173 | Mission: SPACE |
| CAFEF00D65020000000000000039827151 | 62636263 | STD | 2014-03-10 | 17:45:00.000000 | 2014-03-10 | 18:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |

Exhibit 2S
White Decl. ISO Disney's SJ Motion p.0958
DisneyCA-FP0132904

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Party Code | ID | Type | Date | Time | Date2 | Time2 | Appointment | Status | Status Description | Gate ID | Attraction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000039827151 | 62639382 | STD | 2014-03-10 | 18:45:00.000000 | 2014-03-10 | 19:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001191 | Spaceship Earth |
| CAFEF00D6502000000000039827151 | 62648056 | STD | 2014-03-11 | 09:55:00.000000 | 2014-03-11 | 10:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 62653858 | STD | 2014-03-11 | 09:55:00.000000 | 2014-03-11 | 10:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 35463241 | STD | 2014-03-11 | 10:25:00.000000 | 2014-03-11 | 11:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001153 | Jungle Cruise |
| CAFEF00D6502000000000039827151 | 62648894 | STD | 2014-03-11 | 11:55:00.000000 | 2014-03-11 | 12:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001178 | Primeval Whirl |
| CAFEF00D6502000000000039827151 | 62653852 | STD | 2014-03-11 | 11:55:00.000000 | 2014-03-11 | 12:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001178 | Primeval Whirl |
| CAFEF00D6502000000000039827151 | 35463247 | STD | 2014-03-11 | 12:15:00.000000 | 2014-03-11 | 13:15:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001162 | Mad Tea Party |
| CAFEF00D6502000000000039827151 | 62738533 | STD | 2014-03-11 | 12:40:00.000000 | 2014-03-11 | 13:40:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001123 | DINOSAUR |
| CAFEF00D6502000000000039827151 | 62646752 | STD | 2014-03-11 | 12:55:00.000000 | 2014-03-11 | 13:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001123 | DINOSAUR |
| CAFEF00D6502000000000039827151 | 62648050 | STD | 2014-03-11 | 13:05:00.000000 | 2014-03-11 | 14:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001123 | DINOSAUR |
| CAFEF00D6502000000000039827151 | 62653864 | STD | 2014-03-11 | 13:05:00.000000 | 2014-03-11 | 14:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001123 | DINOSAUR |
| CAFEF00D6502000000000039827151 | 35462603 | STD | 2014-03-11 | 13:45:00.000000 | 2014-03-11 | 14:45:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAFEF00D6502000000000039827151 | 62654380 | STD | 2014-03-11 | 14:05:00.000000 | 2014-03-11 | 15:05:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001178 | Primeval Whirl |
| CAFEF00D6502000000000039827151 | 62649629 | STD | 2014-03-11 | 14:25:00.000000 | 2014-03-11 | 15:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001178 | Primeval Whirl |
| CAFEF00D6502000000000039827151 | 62652143 | STD | 2014-03-11 | 15:10:00.000000 | 2014-03-11 | 16:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 62656568 | STD | 2014-03-11 | 15:10:00.000000 | 2014-03-11 | 16:10:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 62649187 | STD | 2014-03-11 | 15:25:00.000000 | 2014-03-11 | 16:25:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 62653061 | STD | 2014-03-11 | 15:55:00.000000 | 2014-03-11 | 16:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 62649178 | STD | 2014-03-11 | 16:05:00.000000 | 2014-03-11 | 17:05:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 62657977 | STD | 2014-03-12 | 10:30:00.000000 | 2014-03-12 | 11:30:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001129 | Dumbo the Flying Elephant |
| CAFEF00D6502000000000039827151 | 62657989 | STD | 2014-03-12 | 11:35:00.000000 | 2014-03-12 | 12:35:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 16491297 | The Barnstormer |
| CAFEF00D6502000000000039827151 | 62658018 | STD | 2014-03-12 | 12:35:00.000000 | 2014-03-12 | 13:35:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001129 | Dumbo the Flying Elephant |
| CAFEF00D6502000000000039827151 | 62657983 | STD | 2014-03-12 | 13:35:00.000000 | 2014-03-12 | 14:35:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001153 | Jungle Cruise |
| CAFEF00D6502000000000039827151 | 62660702 | STD | 2014-03-12 | 14:30:00.000000 | 2014-03-12 | 15:30:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001153 | Jungle Cruise |
| CAFEF00D6502000000000039827151 | 64315103 | STD | 2014-03-12 | 15:45:00.000000 | 2014-03-12 | 16:45:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 16491297 | The Barnstormer |
| CAFEF00D6502000000000039827151 | 62668711 | STD | 2014-03-13 | 11:50:00.000000 | 2014-03-13 | 12:05:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 15839605 | Disney Junior - Live on Stage! |
| CAFEF00D6502000000000039827151 | 62669402 | STD | 2014-03-13 | 12:55:00.000000 | 2014-03-13 | 13:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 320248 | The American Idol Experience |
| CAFEF00D6502000000000039827151 | 62741236 | STD | 2014-03-13 | 12:55:00.000000 | 2014-03-13 | 13:10:00.000000 | Standard Appointment | RED | Redeemed | 320248 | The American Idol Experience |
| CAFEF00D6502000000000039827151 | 62739628 | STD | 2014-03-13 | 13:55:00.000000 | 2014-03-13 | 14:10:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 320248 | The American Idol Experience |
| CAFEF00D6502000000000039827151 | 62666587 | STD | 2014-03-13 | 14:00:00.000000 | 2014-03-13 | 14:15:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 15839605 | Disney Junior - Live on Stage! |
| CAFEF00D6502000000000039827151 | 62667563 | STD | 2014-03-13 | 14:50:00.000000 | 2014-03-13 | 15:50:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAFEF00D6502000000000039827151 | 62736987 | STD | 2014-03-13 | 15:05:00.000000 | 2014-03-13 | 16:05:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 209857 | Toy Story Midway Mania! |
| CAFEF00D6502000000000039827151 | 62666581 | STD | 2014-03-13 | 15:20:00.000000 | 2014-03-13 | 16:20:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 209857 | Toy Story Midway Mania! |
| CAFEF00D6502000000000039827151 | 62665593 | STD | 2014-03-13 | 16:40:00.000000 | 2014-03-13 | 16:55:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 320248 | The American Idol Experience |
| CAFEF00D6502000000000039827151 | 225456686 | STD | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 09:25:00.000000 | Standard Appointment | BKD | Booked | 26068 | Expedition Everest - Legend of the Forbidden MountainÂ® |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001178 | Primeval Whirl |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001150 | It's Tough to be a Bug! |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 161106 | Finding Nemo - The Musical |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001154 | Kali River Rapids |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001123 | DINOSAUR |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 12432 | Festival of the Lion King |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 26068 | Expedition Everest - Legend of the Forbidden MountainÂ® |
| CAFEF00D6502000000000039827151 | 226316623 | NON | 2014-11-20 | 08:25:00.000000 | 2014-11-20 | 17:00:00.000000 | Non Standard Non Inv | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 225456690 | STD | 2014-11-20 | 11:25:00.000000 | 2014-11-20 | 12:25:00.000000 | Standard Appointment | BKD | Booked | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 225456682 | STD | 2014-11-20 | 14:30:00.000000 | 2014-11-20 | 14:50:00.000000 | Standard Appointment | BKD | Booked | 12432 | Festival of the Lion King |
| CAFEF00D6502000000000039827151 | 225454409 | STD | 2014-11-24 | 15:30:00.000000 | 2014-11-24 | 16:30:00.000000 | Standard Appointment | BKD | Booked | 80001191 | Spaceship Earth |
| CAFEF00D6502000000000039827151 | 225454405 | STD | 2014-11-24 | 17:10:00.000000 | 2014-11-24 | 18:10:00.000000 | Standard Appointment | BKD | Booked | 80001173 | Mission: SPACE |
| CAFEF00D6502000000000039827151 | 225454413 | STD | 2014-11-24 | 18:55:00.000000 | 2014-11-24 | 19:55:00.000000 | Standard Appointment | BKD | Booked | 20194 | Soarin' |
| CAFEF00D6502000000000039827151 | 225450404 | STD | 2014-11-25 | 12:00:00.000000 | 2014-11-25 | 13:00:00.000000 | Standard Appointment | BKD | Booked | 16491297 | The Barnstormer |
| CAFEF00D6502000000000039827151 | 225450408 | STD | 2014-11-25 | 13:25:00.000000 | 2014-11-25 | 14:25:00.000000 | Standard Appointment | BKD | Booked | 80010222 | Tomorrowland Speedway |
| CAFEF00D6502000000000039827151 | 229467596 | STD | 2014-11-25 | 13:45:00.000000 | 2014-11-25 | 14:45:00.000000 | Standard Appointment | RED | Redeemed | 80010123 | DINOSAUR |
| CAFEF00D6502000000000039827151 | 225450400 | STD | 2014-11-25 | 14:40:00.000000 | 2014-11-25 | 15:40:00.000000 | Standard Appointment | BKD | Booked | 80001162 | Mad Tea Party |
| CAFEF00D6502000000000039827151 | 229468200 | STD | 2014-11-25 | 15:35:00.000000 | 2014-11-25 | 16:35:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 80001157 | Kilimanjaro Safaris |
| CAFEF00D6502000000000039827151 | 229467592 | STD | 2014-11-25 | 18:30:00.000000 | 2014-11-25 | 19:30:00.000000 | Standard Appointment | EXP | Expired - Represents a preorder that was not consumed and is no longer valid | 17421326 | Meet Favorite Disney Pals at Adventurers Outpost |
| CAFEF00D6502000000000039827151 | 225456329 | STD | 2014-11-26 | 12:15:00.000000 | 2014-11-26 | 13:15:00.000000 | Standard Appointment | BKD | Booked | 80001162 | Mad Tea Party |
| CAFEF00D6502000000000039827151 | 225456321 | STD | 2014-11-26 | 13:30:00.000000 | 2014-11-26 | 14:30:00.000000 | Standard Appointment | BKD | Booked | 80010222 | Tomorrowland Speedway |
| CAFEF00D6502000000000039827151 | 225456325 | STD | 2014-11-26 | 14:55:00.000000 | 2014-11-26 | 15:55:00.000000 | Standard Appointment | BKD | Booked | 16491297 | The Barnstormer |
| CAFEF00D6502000000000039827151 | 225449983 | STD | 2014-11-26 | 16:40:00.000000 | 2014-11-26 | 17:40:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001173 | Mission: SPACE |
| CAFEF00D6502000000000039827151 | 225449979 | STD | 2014-11-26 | 18:20:00.000000 | 2014-11-26 | 19:20:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 80001191 | Spaceship Earth |
| CAFEF00D6502000000000039827151 | 225449987 | STD | 2014-11-26 | 20:00:00.000000 | 2014-11-26 | 21:00:00.000000 | Standard Appointment | CAN | Cancelled - Represents a preorder that was cancelled | 20194 | Soarin' |

## Admission Data

| PARTY CODE | SURROGATE GATE ID | ATS GATE CODE | ATS GATE ID | GATE NAME | ADMISSION ITEM USAGE DATE | ADMISSION ITEM USAGE TYPE CODE | ADMISSION ITEM USAGE TYPE NAME |
|---|---|---|---|---|---|---|---|
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 03/12/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 31 | WMKMG | 5 | MK - MAIN GATE | 11/26/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 29 | WSTMG | 9 | ST - MAIN GATE | 05/20/2016 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 03/14/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 11/25/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 42 | WAKMG | 21 | AK - MAIN GATE | 03/14/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 11/26/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 03/13/2014 | 4 | Reentry |
| CAFEF00D6502000000000110567706 | 42 | WAKMG | 21 | AK - MAIN GATE | 05/18/2016 | 0 | Access |
| CAFEF00D6502000000000110567706 | 29 | WSTMG | 9 | ST - MAIN GATE | 03/13/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 42 | WAKMG | 21 | AK - MAIN GATE | 11/25/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 31 | WMKMG | 5 | MK - MAIN GATE | 03/12/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 05/17/2016 | 0 | Access |
| CAFEF00D6502000000000110567706 | 42 | WAKMG | 21 | AK - MAIN GATE | 03/11/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 05/20/2016 | 0 | Access |
| CAFEF00D6502000000000110567706 | 29 | WSTMG | 9 | ST - MAIN GATE | 03/14/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 0 | Access |
| CAFEF00D6502000000000110567706 | 43 | WECMG | 1 | EC - MAIN GATE | 05/20/2016 | 0 | Access |
| CAFEF00D6502000000000039827151 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 4 | Reentry |
| CAFEF00D6502000000000039827151 | 43 | WECMG | 1 | EC - MAIN GATE | 11/25/2014 | 4 | Reentry |
| CAFEF00D6502000000000039827151 | 43 | WECMG | 1 | EC - MAIN GATE | 03/13/2014 | 4 | Reentry |
| CAFEF00D6502000000000039827151 | 31 | WMKMG | 5 | MK - MAIN GATE | 11/26/2014 | 4 | Reentry |
| CAFEF00D6502000000000039827151 | 43 | WECMG | 1 | EC - MAIN GATE | 03/10/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 42 | WAKMG | 21 | AK - MAIN GATE | 05/18/2016 | 0 | Access |
| CAFEF00D6502000000000039827151 | 42 | WAKMG | 21 | AK - MAIN GATE | 03/11/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 42 | WAKMG | 21 | AK - MAIN GATE | 11/25/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 29 | WSTMG | 9 | ST - MAIN GATE | 03/13/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 31 | WMKMG | 5 | MK - MAIN GATE | 11/24/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 31 | WMKMG | 5 | MK - MAIN GATE | 03/12/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 43 | WECMG | 1 | EC - MAIN GATE | 11/26/2014 | 0 | Access |
| CAFEF00D6502000000000039827151 | 43 | WECMG | 1 | EC - MAIN GATE | 05/17/2016 | 0 | Access |

CONFIDENTIAL