**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit 1-X

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA


T.P., by and through S.P.,  )
as next friend, parent, and )
natural guardian, et al.,   )
                            )
     Plaintiffs,            )
                            ) CIVIL ACTION NO.
v.                          ) 2:15-cv-05346-R-E
                            )
Walt Disney Parks and       )
Resorts U.S., Inc.,         )
                            )
     Defendant.             )


*********************************************************

           ORAL AND VIDEOTAPED DEPOSITION OF

                JULIA LEVY CAMPBELL

                    VOLUME I

*********************************************************
```

```
                   REPORTED BY:

  CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

                  P.O. BOX 1264

             RED OAK, TEXAS 75154
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0443

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

BE IT REMEMBERED THAT oral and videotaped

deposition of JULIA LEVY CAMPBELL, produced as a witness

at the instance of the Defendant and duly sworn, was

taken in the above-styled and -numbered cause on Monday,

November 11, 2019, from 10:02 a.m. to 6:48 p.m., before

Candyce E. Fisher, CSR in and for the State of Texas,

reported by machine shorthand, at the offices of

McDermott Will & Emery LLP, 2501 North Harwood Street,

Suite 1900, Dallas, Texas 75201, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on

the record or attached hereto.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0444

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1                        APPEARANCES

 2

 3  FOR PLAINTIFFS:

 4          DOGALI LAW GROUP, P.A.

 5      BY:  Andy Dogali, Esq.
             101 East Kennedy Boulevard
 6           Suite 1100
             Tampa, Florida 33602
 7           (813) 289-0700
             adogali@dogalilaw.com

 8

 9

10  FOR DEFENDANT:

11          MCDERMOTT WILL & EMERY LLP

12      BY:  Jeremy M. White, Esq.
             -and-
13           Sarah Schanz, Esq.
             500 North Capitol Street, NW
14           Washington, D.C. 20001
             (202) 756-8000
15           jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20          Rick Bell, Videographer

21

22                      * * * * *

23

24

25
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0445

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1                          PROCEEDINGS
 2              THE VIDEOGRAPHER:  We're on the record at
 3  10:02 a.m.  Today is November 11th, 2019.  This is the
 4  oral and video-recorded deposition of Julia Levy
 5  Campbell and beginning of Part 1.  This is in the matter
 6  of T.P., by and through S.P., as next friend, parent,
 7  and natural guardian, et al., versus Walt Disney Park
 8  and Resorts U.S., Incorporated, in the United States
 9  District Court, Central District of California, case
10  number 2:15-CV-05346-R-E.  We're located today at
11  2501 North Harwood Street, suite 1900, Dallas, Texas.
12              Will counsel please state their
13  appearance for the record.  Start with the plaintiff.
14              MR. DOGALI:  Andy Dogali for the
15  plaintiffs.
16              MR. WHITE:  Jeremy White on behalf of
17  Defendant Walt Disney Parks and Resorts U.S.,
18  incorporated.
19              THE VIDEOGRAPHER:  Thank you.
20              Will the court reporter please swear in
21  the witness.
22              [Witness sworn.]
23  ///
24  ///
25  ///
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0446

November 21, 2016     73

```
 1        Q     -- period of time.  Okay.

 2        A     No.

 3        Q     Other than going to the grocery store or

 4  Target or Wal-Mart, is there anything else that you

 5  would do with him during the weekend?

 6        A     I used to take him to Sunday services, but I

 7  don't anymore.

 8        Q     When did you stop going to Sunday services?

 9        A     It's been a while.  I don't know the exact

10  date, but it's been a couple years.

11        Q     Okay.  How long are services usually on

12  Sundays?

13        A     Sundays is an hour and forty-five minutes.

14        Q     Okay.  And prior to when you stopped, would

15  you try to take him every Sunday or every couple of

16  Sundays a month?  Or how would you go about doing that?

17        A     I don't recall how often I took him, so I

18  can't tell you if it was every Sunday, once a

19  month . . .

20        Q     Is there a lot of singing in your services?

21        A     Yes.

22        Q     Did he enjoy that?

23        A     I don't know.

24        Q     Okay.  And so how -- when you were taking him

25  to Sunday services, how frequently would you take him?
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0447

1 jingle, something squishy, for sensory.  And usually,

2 the appetizers don't take, you know, five to ten

3 minutes.  And then it comes out and he's satisfied.  He

4 has his French fries or whatever it is.

5     Q    Do you take him to the doctors, or does his

6 father take him to the doctors, typically?

7     A    Currently, we both take him to the doctors.

8 And sometimes, on occasion -- on occasions, a therapist

9 will join us.

10     Q    And when do you usually do that?  During the

11 week or on the weekends?

12     A    Most of his doctors' appointments are during

13 the week.

14     Q    During the week.  And who does he regularly

15 see, in terms of doctors?

16     A    He sees a psychiatrist.

17     Q    That's Dr. Elliot?

18     A    Dr. Elliot.  He sees a gastro doctor.  That's

19 Dr. Sanghavi.  He sees a developmental pediatrician

20 occasionally.  We use him for holistic medicine.

21     Q    Is that Dr. Naidoo?

22     A    Dr. Naidoo.  And his primary pediatrician is

23 Dr. Meyer, who we see once a year.  If nothing is wrong

24 with him, you know, health-wise, we see her --

25     Q    Kind of like for a well visit?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0448

```
 1     A     For a well visit.  We can also see Dr. Naidoo
 2 for a well visit as well, but she's just a primary.  And
 3 she'll do his checkups, although, because of the
 4 medications he's on, Dr. Elliot does a lot of blood work
 5 on him.
 6     Q     And is he primarily seeing Dr. Elliot for the
 7 medications, like the ADHD medication?  Or is he seeing
 8 Dr. Elliot for other reasons as well?
 9     A     The autism, ADHD behaviors, that kind of
10 thing.
11     Q     But is he having -- is Kendall having therapy
12 appointments with Dr. Elliot?  Or is it more Dr. Elliot
13 observing him and talking to you about medications?
14     A     When we're in the room with Dr. Elliot, he's
15 observing Kendall.  And then he's talking to us about,
16 you know, what's going on with him, talking to us
17 about -- you know, back when he was at Focus, he really
18 wanted us to put him in ABA.  And, you know, suggesting
19 different things that would help him to be able to
20 communicate and just help with his behaviors.  We were
21 referred to Dr. Elliot -- it could have been 2015.
22     Q     I see there's also a Dr. Tran listed on
23 your --
24     A     Yes.
25     Q     -- list of doctors.  Was Dr. Tran before
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0449

November 11, 2019

1 depression, anxiety, that sort of thing?

2     A    So outside of autism or . . .

3     Q    Yes.

4     A    He may have seen a psychologist when he was

5 three years old for Metro -- Dallas Metrocare.

6     Q    Well, other --

7     A    But that was an evaluation --

8     Q    Right.

9     A    -- to determine, you know --

10     Q    Whether he had autism or not?

11     A    Right.

12     Q    So other -- put that aside.  Has he ever seen

13 any therapists, psychologists, or psychiatrists for a

14 mental health issue like anxiety or depression?

15     A    No.

16     Q    Have you ever seen a therapist, psychiatrist,

17 or psychologist for any mental health issue -- anxiety,

18 depression, any stress, that sort of thing?

19     A    Primarily, I see my personal care physician.

20 I haven't gone to any psychiatrist.

21     Q    So you've never gone to a psychiatrist or

22 therapist or mental health provider regarding depression

23 or anxiety or being distressed.  Is that right?

24     A    As far as I know.

25     Q    Would you know if you have been to one?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0450

1  depression?

2      A    No.

3      Q    Have you ever seen Dr. Fowler or Ms. Goethals

4  for any mental health issues?

5      A    I've had some stressful -- I had a stressful

6  job, and I may have talked to them about it years ago.

7      Q    Other than that, have you ever spoken to

8  Dr. Fowler or Ms. Goethals about any stressful issues --

9  depression, anxiety, stress, that sort of thing?

10     A    That's all I can remember talking to them in

11 terms of anxiety or stress.

12     Q    Okay.  So the only time you've ever spoken to

13 Dr. Fowler or Ms. Goethals about anxiety or stress would

14 have been relating to your job several years ago?

15     A    Job and perhaps -- I had some miscarriages and

16 that caused stress.

17     Q    What time period are we talking about?  Years

18 and years ago; right?

19     A    Oh, Lord.  Yeah.

20     Q    So --

21     A    Before Kendall.

22     Q    Okay.  So in the past -- in the past six

23 years, have you ever spoken to Dr. Fowler or

24 Ms. Goethals about anything stress-related or anything

25 related to anxiety, depression, being distressed?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0451

1      A      I don't recall doing so.

2      Q      Would you recall if you had spoken to them

3   about it?

4      A      Yes.

5      Q      Okay.  And the only other time that you

6   remember talking about something with them stressful was

7   relating to a job, and you had some miscarriages many,

8   many years ago?

9      A      That's what I can recall.

10     Q      Did you ever speak to Dr. Fowler or

11  Ms. Goethals about when Kendall was in that bus

12  accident?

13     A      I may have.  But I'm not sure.  Because they

14  know that I deal with Kendall's disability.  And so when

15  I go in, they ask, you know, "How's everything going?"

16     Q      And you've never been -- as you said, you've

17  never been diagnosed with any mental health issue;

18  right?  No -- never been diagnosed with anxiety,

19  depression, being distressed, or anything like that?

20     A      No.

21     Q      Do you have difficulty sleeping?

22     A      From what?

23     Q      Do you have any problems going to sleep or

24  waking up in the morning?

25     A      No.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0452

1  basically, my understanding was different.

2      Q    What section was that?

3      A    That Kendall was a repeat rider.  So that's

4  the only . . .

5      Q    There was an allegation in the complaint that

6  Kendall was a repeat rider?

7      A    A repeat rider.

8      Q    Is that what you're referring to?

9      A    Yes.

10     Q    And you believe that was not accurate?

11     A    My understanding of it is not -- was not the

12  way it is on the -- on the complaint.

13     Q    Explain to me what your understanding of it

14  is.

15     A    My understanding of it at the time that I said

16  Kendall was a repeat rider was that, when we go -- and

17  we've been several times -- he rides these pretty much

18  every time we go.  And I thought that's what "repeat

19  rider" was.

20     Q    I see.  So --

21     A    Not over and over and over the same ride.

22     Q    I see.  So what you were -- what you meant was

23  that there are certain rides that you make sure you get

24  to have him go on when you go to the park, not that

25  there are certain rides that he has to ride over and

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0453

1 over again.

2      A      Yes, at that time.

3      Q      Other than that clarification, is there

4 anything else that you read in the complaint that you

5 thought was inaccurate?

6      A      I can't remember.  That was the one thing that

7 stuck out to me.  And I don't have my highlighted notes

8 to tell you.

9      Q      But you said you spent time reviewing the

10 complaint over the weekend?

11      A      Yes.

12      Q      And as you sit here today, other than that one

13 allegation, there's nothing else in the complaint that

14 you flagged as being inaccurate.  Is that right?

15      A      I'm not going to say that, because I -- I

16 flagged some stuff.  But I don't have it in front of me,

17 obviously, so I don't know.  Unless you allow me to go

18 through the complaint.

19      Q      But right now, you don't remember anything

20 else, other than what you just mentioned to me?

21      A      The only other thing may have been some

22 swapping of K.A.C. and J.L.C.

23      Q      Okay.  What do you mean by the "swapping of

24 K.A.C. and J.L.C."?

25      A      Where I thought it meant -- K.A.C. was

1      A     So when you say "point of contact" --

2      Q     Who is the person that you talked to

3   Behavioral Transformations about Kendall?

4      A     It just depends who worked with him that day.

5   So every day, when my husband picks him up or I pick him

6   up, they give a verbal report to us as well as the notes

7   for that day.

8      Q     Mm-hmm.

9      A     And he talks to whoever that therapist is.

10     Q     Do they report to you about whether he had a

11  meltdown or an aggression?

12     A     Yes.  It should be on those notes.

13     Q     Okay.  In fact, they've reported, since he

14  started going there in 2017, till now, a decrease in the

15  number of aggressions they've observed while he's been

16  at Behavioral Transformations; right?

17     A     I'm not looking at two years' worth of graphs,

18  so that would be something that you could get from them

19  to see that.

20     Q     Well, I'll have you -- let me have you look at

21  a graph.  This is Exhibit 4.

22           [Exhibit 4 marked for identification.]

23     Q     (BY MR. WHITE)  Actually, before you -- before

24  you look at that document, let me ask you this:  Have

25  you noticed improvements in Kendall, in terms of

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0455

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2019    23

```
 1  aggressions and negative behaviors, since he's been
 2  going to Behavioral Transformations?
 3      A    Yes.
 4      Q    Looking back at Exhibit 4, which is a chart
 5  that you produced --
 6      A    What date is this chart?  It goes through --
 7      Q    If you look at the bottom, it says,
 8  "Cumulative graph of Aggression Towards Others (May 1st,
 9  2017, to April 26, 2019)."  Do you see that?
10      A    At the bottom or --
11      Q    Yeah.  If you look at the bold heading at the
12  top of the bottom chart --
13      A    Okay.
14      Q    -- do you see "Cumulative graph" -- do you see
15  that language?
16      A    Yes.
17      Q    What time period is that referring to?
18      A    May 1st, '17, through 4/26/19.
19      Q    And if you look at the graph itself, do you
20  see that, on the X axis, it refers to "Date" and it goes
21  from left to right?  It says, first Date, "May 1st,
22  2017," last date, "May 15, 2019."
23      A    Uh-huh.
24      Q    Do you see that?
25      A    Yes.  I'm sorry.
```

Exhibit 1X

White Decl. ISO Disney's SJ Motion P.0456

1  office -- then he knows, you know, That's not a place

2  that I want to experience.

3      Q    Does he like the beach?

4      A    Yes.

5      Q    Water?

6      A    Yes.

7      Q    But he'll see the water, he'll see the beach,

8  and he'll know it's somewhere he likes going.  But

9  you're not showing him a picture of the beach and

10  saying, "We're going to this location."

11      A    No.  I'm not showing him the picture.  Only by

12  previous experience, I know he likes sand.  I know he

13  likes water.

14      Q    And you mentioned vacations to New Orleans.

15  You've been to New Orleans a couple of times in the past

16  ten years or so.  Do you have family there?

17      A    I haven't been to New Orleans a couple of

18  times.

19      Q    I see a trip -- I'm sorry.  Louisiana you've

20  been to a couple of times.

21      A    Yes.

22      Q    Do you have family there in Louisiana?

23      A    Yes.  My husband and I both do.

24      Q    How frequently do you go to Louisiana?

25      A    Recently, it hasn't been -- we haven't gone

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0457

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

 1  this year.

 2      Q    But you went every year 2011, 2012, 2013,

 3  2014; right?

 4      A    Yes.

 5      Q    And you would travel by car?

 6      A    Yes.

 7      Q    How long was that car ride?  About six, seven

 8  hours?

 9      A    About six hours.

10      Q    Six hours?

11      A    Yes.

12      Q    Do you stop frequently?

13      A    Yes.

14      Q    What kind of car do you drive when you go down

15  to Louisiana?

16      A    Between 2011 and now, we've had several.  But

17  typically, SUV.

18      Q    Okay.  And is Kendall strapped in, in a --

19      A    Yes.

20      Q    -- harness?

21      A    Yes.

22      Q    What does he do in the car to bide his time?

23      A    His videos.  His rope, keys.

24      Q    You said "rope"?

25      A    The rope.  The band.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0458

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1       A    If that's what it turns out to be.  I just
 2  know we didn't -- it wasn't nighttime when we got to
 3  Canada.
 4       Q    Did he have any meltdowns on the plane or at
 5  any point going from your house to Niagara Falls?
 6       A    None that I can recall.  The plane rides, most
 7  of the time he sleep.
 8       Q    He's sleeping on the plane?
 9       A    Yeah.
10       Q    What do you do when you're having to wait to
11  board?  How do you manage that?
12       A    There's usually not a wait to board, because
13  TSA helps us out.
14       Q    Well, TSA may help you out in terms of getting
15  through security, but you still have to wait before they
16  call your group before you board; correct?
17       A    And we priority board.
18       Q    Right.  And so there's still time between when
19  you get there and the time in which you board.  What do
20  you do during that time?
21       A    He might get a snack.  We might walk around --
22       Q    Do you --
23       A    -- in the area.
24       Q    Do you split up?  Like, do you wait at the
25  terminal and your husband -- or vice versa -- your
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0459

1  husband take him around the airport?  And then when you

2  see that your group is to board, you'll text your

3  husband and have him bring him a bite?

4      A    Usually, they stay in the area.  They don't

5  veer off too far from the -- where we're boarding.  I

6  typically stay in the priority board just to make sure

7  that, you know, I hear when it's time for us to board.

8  After we go through security, we take him to the

9  restroom, make sure he has to use the bathroom.  We may

10 get him a snack.  And then him -- and maybe if the

11 respite provider is there, they may walk with him up and

12 down in front of the boarding -- in front of where we

13 have to board.

14     Q    When you say "respite provider," has this

15 always been Maria who's gone on these vacations with

16 you?

17     A    Most.  Most.

18     Q    Is there someone else who's gone on vacations

19 with you, who's a respite provider?

20     A    A while back, we had a gentleman that worked

21 at Focus that went with us one time.

22     Q    Okay.  And this is Maria Calderas?

23     A    Yes.

24     Q    Calderas?

25     A    Mm-hmm.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0460

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 17, 2015                                                                123

```
 1        Q     What's the longest plane trip have you -- that

 2   you've ever been on?  Was it Niagara Falls or something

 3   else?

 4        A     Whatever is longer between Niagara Falls and

 5   Seattle.  I don't know.

 6        Q     Do you remember how long the trip was to

 7   Seattle?

 8        A     Possibly four hours, a little -- four.  Not

 9   sure.  Or either California.  I don't remember.

10        Q     And when you got to Seattle, you also went on

11   an Alaskan cruise; right?

12        A     Yes.

13        Q     And Kendall went on the cruise with you?

14        A     Yes.

15        Q     This was a seven-night Alaskan cruise to

16   Vancouver?

17        A     Yes.

18        Q     And Juneau?

19        A     Yes.

20        Q     What cruise line was that?  Was that Royal

21   Caribbean?

22        A     Royal Caribbean.

23        Q     Okay.  And did Royal Caribbean provide you any

24   accommodations?

25        A     Yes.  We had to go to guest services.  For
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0461

```
 1       A     He was allowed to use the restroom and --

 2       Q     Other --

 3       A     And that was outside of the --

 4       Q     Other than the restroom, you're not able to

 5  leave the ER, that location; correct?  For health

 6  reasons?

 7       A     He left out of the room.  I know that.

 8       Q     To go to the bathroom?

 9       A     Bathroom.

10       Q     Any other reason?

11       A     Possibly walk back and forth.

12       Q     Okay.  So, as you said, you waited to get his

13  laceration repair at the hospital for nearly six hours,

14  and he didn't have a severe meltdown; right?

15       A     Nothing that I would consider severe.

16       Q     So you're saying he waited at the ER for about

17  six hours to get a laceration repair, and there was

18  nothing that -- he did not have any severe meltdown that

19  you would view as severe; correct?

20       A     Correct.

21       Q     Do you recall him having any mild meltdowns

22  during that time?

23       A     I don't remember.

24       Q     Do you remember him having any problems

25  whatsoever during the ER visit?
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0462

```
 1      A    I don't recall.

 2      Q    I'd like to show you what's been marked as

 3 Exhibit 8.

 4             THE COURT REPORTER:  Nine.

 5             MR. WHITE:  Exhibit 9.  Thank you.

 6             [Exhibit 9 marked for identification.]

 7      Q    (BY MR. WHITE)   Do you recall this Stern

 8 Harris assessment that was done in home?

 9      A    I recall him giving it to me a while back.

10      Q    Do you remember approximately when?

11      A    No, I don't.

12      Q    Okay.  Is this report basically instructions

13 on how to manage Kendall's behaviors?

14      A    Some -- some of them.

15      Q    Can you read --

16      A    Examples.

17      Q    Can you read the first two sentences, please,

18 where it starts with, "Before any demand"?

19      A    "Before any demand is placed to transition,

20 conduct a preface assessment.  To do this, present KC

21 with two to three highly preferred items (iPad, phone,

22 Gatorade)."

23      Q    Did you try doing this with Kendall?

24      A    Preface assessment?

25      Q    Yes.
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0463

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 17, 2017

```
 1       A     This is usually done when they're trying to
 2  get him to perform a task, so that's --
 3       Q     And did you ever perform this preface
 4  assessment with Kendall?
 5       A     In the home environment, maybe.
 6             MR. WHITE:  Go off the record.
 7             THE VIDEOGRAPHER:  We're off the record
 8  at 3:16 p.m.  End of number 3.
 9             [Off record:  3:16 p.m. to 3:56 p.m.]
10             THE VIDEOGRAPHER:  Back on the record at
11  3:56 p.m.  Beginning of Disk 4.
12       Q     (BY MR. WHITE)  Ms. Campbell, we were talking
13  about the Stern Harris assessment, which we have marked
14  for you as Exhibit 9.  Do you remember this assessment
15  that was done?
16       A     I remember him giving it to me for in home.
17       Q     And what was the purpose of him giving it to
18  you for in home?
19       A     Because he was his in-home therapist.
20       Q     And this was provided to you in terms of
21  instructions on managing Kendall's behavior?
22       A     We specifically talked about toileting, if
23  Kendall engaged in some type of behavior when toileting.
24       Q     It also talks about, if Kendall was
25  non-compliant or aggressive, generally remove any
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0464

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  reinforcers.  Do you see that?

2      A    Yes.  But one of the goals we were working on

3  was Kendall sometimes will not want to go to the potty

4  and, therefore, have an accident.

5      Q    Okay.

6      A    So we allow him to play with a preferred item.

7  When it's time to potty, first we have to go to the

8  bathroom.  When he goes to the bathroom, he's

9  immediately given whatever the reinforcer is.

10      Q    But this isn't just limited to toilet

11  training, is it?

12      A    It can be for other things.

13      Q    And it can be for other things outside the

14  home as well?

15      A    It depends on what it is.  But this is the

16  goal we were working on.

17      Q    And was this goal also to try to reduce

18  negative behaviors?

19      A    When it -- when it was in reference to the

20  transitioning.  This was transition goals, so we were

21  having issues with transitioning him from maybe a

22  preferred thing, to the restroom.

23      Q    So these were goals that were for

24  transitioning Kendall from something preferred, to

25  something that's not preferred.  Is that right?

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0465

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1        A     Yes.

 2        Q     And have you used some of these techniques or

 3   tools?

 4        A     I've used them with the bathroom.  And I've

 5   used them with food.

 6        Q     Have you used them outside the home?

 7        A     My husband and -- well, because Kendall's in

 8   the car with him a lot during the week, he's used them,

 9   for example, when we go to McDonald's.  So it used to be

10   we would drive to McDonald's.  He already knows this is

11   McDonald's.  "I know this is something -- I'm gonna get

12   fries."  Through the drive-through, he waits for his

13   preferred item.  Depending on how long the

14   drive-through, it can be five minutes, it can be ten

15   minutes.  He gets his fries and nuggets, whatever it is.

16   So previously, we would let him have fries in the car.

17   We started withholding those fries and telling him,

18   "Let's wait till we get home."  Home is typically --

19   could be five to eight minutes away.

20        Q     You knew I was going to ask you that.

21        A     It's typically five to eight minutes away.

22   But we established a routine.  We're not going to eat in

23   the car.  We're going to wait until we get home.  So

24   that was our wait.  You know, wait till we get home.

25   However, once we get home, it's immediate.  The
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0466

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1  immediate fries.  It's no longer waiting once we get
 2  home for him to have his fries.  Because he waited, we
 3  gave him his fries.
 4       Q    So if you wait in the car well without having
 5  a negative behavior, then, when we get home, you'll have
 6  your fries.  If you do something, you will get
 7  something.  Is that right?
 8       A    Right.
 9       Q    Kind of if you look up here --
10       A    If you --
11       Q    -- preference assessment --
12       A    Right.
13       Q    -- first this, then that.
14       A    Then that.  So if you do the -- whatever it
15  is.  You need to go to the restroom.  We're gonna first
16  go to the restroom, and then you're going to get your
17  drink.  Let's go to the restroom first.  So we take him
18  to the restroom.  He goes to the restroom without any
19  behaviors, he immediately gets the drink.
20       Q    That's a --
21       A    Most of the time, it's not a whole lot of time
22  between the restroom and getting his drink.
23       Q    But that's a behavioral technique; right?
24  That's not a routine that you're trying to reinforce.
25  That's a behavioral technique you're using to help with
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0467

1    A    Yes.

2    Q    Okay.  And that line sometimes could be

3 fifteen, twenty minutes long; correct?

4    A    Possibly.

5    Q    Did -- did Kendall ever have a meltdown in a

6 FastPass line using the GAC system?

7    A    I don't know.

8    Q    Would you remember if he did?

9    A    Maybe.

10   Q    There may be a time where you didn't remember?

11   A    It's been a long time.  I don't know.

12   Q    And I don't mean to be insensitive when I say

13 this, but he's had a lot of meltdowns since then.

14   A    Yes.  He's had meltdowns since those times.

15   Q    I'm saying since 2008 --

16   A    Yes.

17   Q    -- there's been a lot of meltdowns.  It's not

18 easy to remember whether he had a meltdown at this

19 location or another location.

20   A    Yes.  I can't remember all the meltdowns he

21 had.

22   Q    Okay.  And as you said earlier, he's had

23 meltdowns in a lot of different environments; right?

24   A    Yes.

25   Q    When was the first time that you visited Walt

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0468

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2015

```
 1      A     I don't know if I did it at that particular

 2 visit.

 3      Q     Are you aware of what the FastPass system is?

 4 I know you mentioned the FastPass queue earlier.  Do you

 5 know what the FastPass system is?

 6      A     You are assigned a time for a ride and you

 7 come back.

 8      Q     You understand that you get FastPasses that

 9 you can book before you even arrive at the park?

10      A     Before your trip?

11      Q     Yes, ma'am.  That you get --

12      A     Are those only for Disney guests?  That's the

13 only resort?  Is that what you're talking about?

14      Q     Well, do you understand that Disney resort

15 guests, like yourself, you could even get priority for

16 booking FastPasses?

17      A     I understand that I can get a FastPass.

18      Q     Okay.  And did you take advantage of the

19 FastPass system during your March 2014 visit?

20      A     I believe a cast member set us up.

21      Q     But prior to your visit in March 2014, you did

22 not book any FastPasses?

23      A     I don't believe so.

24      Q     Do you understand that you have up to three

25 FastPasses that you can book before you go, where it
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0469

 1   reserves your time to go on three different rides even

 2   before you enter the park?

 3        A    My understanding is you have to do it days in

 4   advance or something like that.

 5        Q    And you didn't try to do it days in advance?

 6        A    I didn't schedule any.

 7        Q    But you could have, if you wanted to.

 8        A    If I wanted to.  I also wanted to make

 9   clarification.

10        Q    What are you -- are you referring back to the

11   complaint?

12        A    The complaint.  When it says "FastPasses" --

13        Q    Mm-hmm.

14        A    -- because we're using it interchangeably,

15   those are actually readmit.

16        Q    I understand.

17        A    And so -- okay.

18        Q    Thank you for clarifying, because sometimes

19   readmission passes are referred to as "FastPasses."

20        A    Right, right.

21        Q    But you understand one of the differences is

22   that a "re-ad" you can go on right away, whereas a

23   FastPass has a window of time where you have to be at

24   the ride?

25        A    Yes.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0470

1 that ride to begin with, so he doesn't get upset?

2      A    Right.

3              THE COURT REPORTER:  One second.  I'm

4 sorry.

5              Go ahead.

6      Q    (BY MR. WHITE)  The first day of your visit on

7 March 10th, 2014, you didn't use DAS, did you?

8      A    I don't remember.

9      Q    Do you remember receiving re-ads that day?

10     A    Let me look at them.

11              I was issued two readmission passes and

12 may have used it, the readmission.

13     Q    So you used the two re-ads that day?

14     A    I believe so.

15     Q    Do you remember what rides they were for?

16     A    No.

17     Q    Do you remember -- on March 10th, 2014, at

18 Epcot, do you remember going in any standby lines?

19     A    I don't remember.

20     Q    But if you had two re-ads and three FastPasses

21 on March 10th, between those five passes, you certainly

22 could go on the -- Kendall's three favorite rides;

23 right?

24     A    I had two readmission passes on March 10th.  I

25 didn't have any FastPasses.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0471

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1       Q     Well, you had the FastPasses -- you could have

2   utilized the FastPass system.

3       A     I didn't have FastPasses.  I had two

4   readmission passes.

5       Q     But you understand you had the ability to use

6   the FastPass system.  You chose not to.

7       A     I didn't -- I didn't set up any.

8       Q     Right.  But if you had set up three FastPasses

9   and you had DAS return times and two re-ads, you

10   certainly could go on the -- on Kendall's three favorite

11   rides, couldn't you?

12               MR. DOGALI:  Object to the form of the

13   question.

14       A     I did not have any FastPasses.

15       Q     (BY MR. WHITE)  But I'm saying with the

16   three -- two re-ads you had, plus DAS, plus if you had

17   decided to book any of those three FastPasses, that's

18   certainly enough, between those three programs, to go on

19   Kendall's three favorite rides at Epcot.

20               MR. DOGALI:  Same objection.

21       A     I had two readmissions passes.  I did not have

22   any FastPasses.  So I had two FastPasses and a DAS card.

23   That's what I had.

24       Q     (BY MR. WHITE)  And they could have put a

25   return time in your DAS at guest relations; right?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0472

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2015                                                                      226

```
 1      Q    Okay.  And --

 2      A    And you're talking about when I initially went

 3 to guest services?

 4      Q    On March 10th, 2014.

 5      A    Yes.  Okay.

 6      Q    But you had that one-on-one conversation with

 7 someone at guest relations.

 8      A    Yes.

 9      Q    And at some point, you got two re-ads.

10      A    Yes.

11      Q    Do you remember if you got the re-ads at that

12 point in time or whether you got it when you came back

13 to guest relations at some point?

14      A    I believe she gave them to me with the DAS.

15      Q    Okay.  And so you could have used the DAS for

16 one ride and the two re-ads for Kendall's other two

17 favorite rides.

18           MR. DOGALI:  Object to the form of the

19 question.

20      Q    (BY MR. WHITE)  To be able to go on all three

21 rides at Epcot.

22      A    I did not use the DAS that day.  I used the

23 two FastPasses --

24      Q    Right.  But you could have used DAS that day.

25      A    I could have used it, yes.
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0473

1    Q    And there could have been more -- could have

2  been more than that?

3    A    I don't know, because his card wasn't signed.

4    Q    Okay.  But for Mad Tea Party, Dumbo, and

5  Tomorrowland Speedway, you stood in the standby lines

6  for those rides?

7    A    I recall Mad Tea Party and Dumbo specifically,

8  it was -- it was a line, because he physically had to

9  wait in line for those, when we would normally go

10  through an exit.

11    Q    And how long were those waits at Mad Tea Party

12  and Dumbo?

13    A    I don't know, because I don't ride tea -- the

14  teacups, so I don't know.

15    Q    What about Dumbo?  How long was the wait at

16  Dumbo?

17    A    I don't know.

18    Q    Would it surprise you that, for most of the

19  day, the wait was twenty minutes, sometimes more?

20    A    I don't know how long the wait was.  The issue

21  was he was in line and started to collapse, when we

22  would normally, on those particular rides, go through

23  the exit.

24    Q    Okay.  There's no indication in your

25  interrogatory response that he started to collapse, is

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0474

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1  there?

 2      A    That he what?

 3      Q    That he started to collapse.  Do you see

 4  anything in your interrogatory response about him

 5  starting to collapse?

 6      A    No.

 7      Q    Okay.

 8      A    Just said that he had a meltdown.

 9      Q    And it says he had a meltdown because he had

10  to go through the FastPass entrance?

11      A    I'm not sure if that was FastPass or standby.

12  I don't know.

13      Q    Okay.  But you understand the FastPass

14  entrance is what he would go on during -- with GAC?

15      A    I don't know if that was FastPass or standby.

16  I just know it was a line that we had usually not

17  entered that way.  We would usually enter through the

18  exit.

19      Q    Okay.  So you're saying because he didn't

20  enter through the exit, he had a meltdown?

21      A    Standing in line, he did.

22      Q    Okay.  Did you ask anyone about entering

23  through the exit?

24      A    I don't recall, but I wanted -- I went there

25  with my DAS -- yeah, with my DAS.  And that's where
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0475

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1      A     I don't recall.

 2      Q     But if the posted wait times for that ride

 3 during the day were twenty minutes or more, then that

 4 would indicate that he stood in that line for more than

 5 twenty minutes.

 6      A     I don't know how long he stood in that line.

 7 I know he collapsed.  He was not in his wheelchair.  So

 8 usually, we'd stay in the wheelchair at the exit.

 9      Q     What do you mean, "he collapsed"?

10      A     Like, collapsed to the ground while standing

11 in line.

12      Q     Because he didn't want to move?  You don't

13 mean collapse like he was injured?

14      A     Like collapse, his body.

15      Q     But you don't mean he was, like, injured or he

16 was dehydrated?

17      A     He was tired, maybe.  You know, he wanted his

18 wheelchair.  I don't know why he decided to collapse to

19 the ground.

20      Q     How did you know he collapsed to the ground if

21 you weren't in line with them?

22      A     I could see them in line.  I could see my

23 daughter trying to pick him up.

24      Q     Mm-hmm.  And what happened after she picked

25 him up?  She continued in the line?
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0476

1 rides and we were encountering the same issues.  I don't

2 know.

3      Q     You say you're encountering the same issues.

4 Meaning you had to go in the standby line?

5      A     They would not sign the card.  He had to go in

6 a line, whether it was standby --

7      Q     And you say you were forced to wait in the

8 regular line with other nondisabled children.  Do you

9 see that?

10      A     Yes.

11      Q     And so he went in at least three regular lines

12 that day?  Or was it more than three?

13      A     I'm not sure how many regular lines he went

14 into.

15      Q     Okay.  And you redeemed your DAS return time

16 at Barnstormer?  Is that right?

17      A     Yes.

18      Q     Okay.  What did you do after Barnstormer?

19      A     I don't recall.

20      Q     Are there any other rides that you remember

21 going on that day, other than the four that are

22 identified in your interrogatory response?

23      A     Those are the ones that I remember.

24      Q     Were there any other rides that day that he

25 wanted to go on, other than the four identified that he

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0477

1    Q    You don't know?

2    A    I don't know.

3    Q    But you could have gone on it.

4    A    If it was available --

5    Q    Okay.

6    A    -- and there were no --

7    Q    And you didn't book any FastPasses this day?

8    A    I don't recall any, other than what you said.

9    Q    Okay.  The next day, you went to Hollywood
10   Studios.  Is that right?

11   A    Yes.

12   Q    And you received a DAS for Buzz Lightyear?

13   A    Yes.

14   Q    And you went on Buzz Lightyear?

15   A    Yes.

16   Q    You also received a DAS for Toy Story -- I'm
17   sorry.  American Idol Experience.  You received a
18   FastPass for American Idol Experience?

19   A    I don't know if it was FastPass or not.  I'm
20   not sure.

21   Q    But you went to see the show?

22   A    We tried to.

23   Q    But you were in the show.

24   A    Yes.

25   Q    You went to the show.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0478

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2015    141

```
 1     A     Mm-hmm.

 2     Q     And he didn't like it?

 3     A     I don't know.  He just -- we had to leave.  He

 4  just -- making noise and --

 5     Q     Did he -- was it the noise in the show?  What

 6  caused him to not want to be in there?  He didn't enjoy

 7  it?

 8     A     I'm not sure what it was.

 9     Q     So you're not sure what caused him to have

10  that meltdown there?

11     A     No.  It could have been he was tired.  We rode

12  that one ride and he was tired.

13     Q     So did you decide afterwards to go home?  Or

14  did you continue on that day?

15     A     It says I left Hollywood Studios and I went to

16  Epcot.

17     Q     At Hollywood Studios, the only ride that he

18  enjoys going on is Toy Story -- or, I'm sorry, Buzz

19  Lightyear; right?  There's not really any other rides --

20     A     Right.

21     Q     -- he goes on?

22     A     Pretty much.

23     Q     All right.  So he went on the ride he wanted

24  to go on and didn't enjoy American Idol experience, and

25  so then he went to Epcot.  Is that right?
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0479

```
 1        A    Yes.

 2        Q    Okay.  And at Epcot, did you do anything or

 3  did you just get re-ads?

 4        A    I'm not sure if we did anything that day after

 5  his meltdown.  I'm not sure.

 6        Q    Okay.

 7        A    But I went back with the hopes of speaking to

 8  the first representative in guest services.

 9        Q    And what did you talk to her about?

10        A    She wasn't there.

11        Q    Did you get any re-ads that day?

12        A    I got two.

13        Q    And did you use them at Epcot?

14        A    I could only use them at Epcot because they --

15  you can't use them in --

16        Q    So you went on two more rides at Epcot with

17  Kendall that day?  This is day four, March 13th.

18        A    I could have.  I don't remember.

19        Q    Okay.  And then the last day, March 14th,

20  Kendall stayed in the hotel room with his respite

21  provider, Maria?

22        A    Yes.

23        Q    What did he do in the hotel that day?

24        A    I would assume, but we wasn't there.  I

25  believe we went to the park, me and my husband and
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0480

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2015                                                          230

```
 1  sitting there, timing it.  I'm paying attention to his

 2  behaviors.

 3      Q    Okay.  If you could go to November 2014, this

 4  was the trip that you -- after your Disney cruise;

 5  right?

 6      A    Yes.

 7      Q    And you -- actually, let me back up for a

 8  second.  You wrote a letter complaining about your visit

 9  in March 2014 and complaining that -- that some of the

10  rides -- you said they weren't signing the return time,

11  that sort of thing; right?  You wrote a letter to

12  Disney?

13      A    Yes.

14      Q    Okay.  And as a result of your letter that you

15  wrote to Disney, they provided you compensation in the

16  amount of two hotel rooms for two days and six five-day

17  park hoppers, didn't they?

18      A    Yes.

19      Q    And are you aware that that benefit is up to

20  $6,000?

21      A    I don't know how much it cost Disney to do

22  that.

23      Q    Well, do you know how much a room costs at the

24  hotel?

25      A    At a hotel, yes, I do.  I've paid for it.
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0481

1  that you received this compensation for the hotel and

2  for the tickets, are you still suing as a result of that

3  trip, even though you received all those benefits?

4       A    When you say "compensation" --

5       Q    You received free hotel stays; right?  And you

6  received free tickets.  Isn't that right?

7       A    Yes.

8       Q    Okay.  So what I'm asking you is, even though

9  Disney provided you those benefits as a result of the

10 letter you wrote complaining about that visit, are you

11 still suing Disney for that visit?

12      A    What I asked for was accommodations and

13 reimbursements.  They decided, whoever --

14      Q    I'm just asking you.

15      A    -- decided what to give me.

16      Q    I'm just asking you, based on what -- even

17 though they gave you these things, are you still suing

18 Disney for that visit in March 2014?

19      A    Yes, I am.

20      Q    Okay.  And then turning to November of 2014,

21 it says that you experienced a 50-minute wait at

22 Speedway, a 20-minute wait at teacups, and a 25-minute

23 wait at mini roller coster.

24      A    Yes.

25      Q    Do you see that?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0482

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1      A    Yes.

 2      Q    So he waited in the standby lines for those

 3 rides?  Kendall did?

 4      A    I don't think he physically waited in the

 5 lines.

 6      Q    Okay.  So what do you mean by "experienced a

 7 fifty-minute wait"?  Are you saying his DAS return time

 8 was fifty minutes?

 9      A    According to his DAS.

10      Q    Okay.  So he went on three rides using DAS

11 that day, day one?

12      A    Yes.

13      Q    Okay.

14      A    He would have also received some readmit

15 passes that --

16      Q    I think you said he got five readmits; right?

17      A    Yes.

18      Q    So he went on at least eight rides that day at

19 Magic Kingdom?

20      A    I don't know if he did eight.

21      Q    Well, did he use all of his re-ads?

22      A    I don't remember.

23      Q    Okay.

24      A    I don't remember.

25      Q    But if he had used all his re-ads, it would
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0483

1  have been five plus three equals eight.

2      A    Yes.

3      Q    Okay.  Do you remember if you used most of the

4  re-ads?

5      A    I believe so.

6      Q    So he probably, that day, went on seven to

7  eight rides?

8      A    Yes.

9      Q    In fact, you stated that it was a, quote,

10 relatively satisfying experience that day, end quote.

11 Is that right?

12     A    Yes.

13     Q    Okay.  And then at day two, you went to Animal

14 Kingdom again?

15     A    Yes.

16     Q    And you tried to use a FastPass for DINOSAUR

17 and Safari?  I'm sorry.  It says, "arranged times."  Do

18 you know what that refers to?

19     A    So I went to guest services to try to get

20 readmit passes and was told I could not get any.

21     Q    Okay.  This was by a woman by the name of

22 Susan?

23     A    Susan.  Correct.

24     Q    But Susan arranged to set up wait times in

25 advance for you?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0484

1    A    On the rides that were left that day.

2    Q    Okay.  So was that an accommodation that she

3    provided to you?

4    A    She set up this.  Yes, she did.

5    Q    Okay.  And that was for DINOSAUR, Safari, and

6    the Lion King show?

7    A    I'm not sure about the Lion King show.  That

8    might have been something we --

9    Q    Okay.  But the rides that you and Kendall or

10   the rides that Kendall wanted to go on that day, he went

11   on after Susan set up those times?

12   A    Yes.  And I believe it was DINOSAUR and the

13   Safari.

14   Q    And after Kendall went on the rides he wanted

15   to go on, you went to Epcot?

16   A    Yes, we went to Epcot.

17   Q    Okay.  And you received two readmission passes

18   at Epcot?

19   A    Correct.

20   Q    But those were to be used the next day?

21   A    Yes.

22   Q    Okay.  And the next day, day three,

23   November 26th, you used two re-ads and also redeemed a

24   return time, a DAS return time, for Soarin'.  Is that

25   right?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0485

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1      A    Yes.

 2      Q    And so the rides that you wanted to go on at

 3 Epcot that day, you were able to go on using DAS and the

 4 two readmission passes.

 5      A    Well, I had to use the readmission passes

 6 because I got a 110-minute wait on the DAS.

 7      Q    Well, it says that you used -- I thought you

 8 used the DAS for Soarin'.

 9      A    I don't recall using the DAS for Soarin'.  I

10 thought we -- whatever his card says.

11               MR. WHITE:  I'd like to mark as

12 Exhibit 16.

13               [Exhibit 16 marked for identification.]

14      Q    (BY MR. WHITE)  Do you see the last entry

15 refers to Soarin'?

16      A    Yes.

17      Q    So this -- and it shows crossed out; correct?

18      A    Yes.

19      Q    So you used the DAS return time for Soarin'

20 that day, didn't you?

21      A    Yes.

22      Q    And then you also used two readmission passes

23 that day?

24      A    Yes.

25      Q    So you went a total -- the three rides that
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0486

UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

125

1  Kendall wanted to go on that ride -- that day, you went

2  on using DAS and readmission passes.

3      A    Yes.

4      Q    Now, in your interrogatory responses on

5  page 15, you say you don't recall all rides.  So some of

6  these descriptions only include certain rides that you

7  remember.  But you -- but you would have had gone on

8  even more rides than identified in the response.

9      A    I don't know.

10     Q    Well, you say you don't recall all rides.  So

11 doesn't that indicate there were more rides --

12     A    I don't recall all rides that we went on.

13     Q    Right.  So you went on even more rides than

14 those listed in this response.

15     A    I don't know.

16     Q    Well, why would you say you don't recall all

17 rides if there weren't additional rides that you went

18 on?

19     A    Because I don't recall the rides.

20     Q    Well, look at that exhibit I just put in front

21 of you.  What rides does it indicate in that exhibit?

22     A    For which day?

23     Q    Just identify the rides that you went on

24 during the November visit, using your DAS.

25     A    There are five rides on here.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0487

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2019                                                                    259

```
 1       Q     Okay.  But even though someone didn't sign the

 2  card, you were able to go on all those rides.

 3       A     Okay.  So we're back on the March --

 4       Q     Referring to March.

 5       A     March.

 6       Q     Even though they didn't sign your card, you

 7  still went on all those rides with Kendall.

 8       A     Yes.

 9       Q     And if you could turn to page 16, please, of

10  the interrogatory responses.

11       A     Okay.

12       Q     Do you see ten -- Question 10?  What does

13  it -- what does it read?

14       A     "Identify any alleged route, repeat riding

15  routine, or other alleged need of K.A.C. to experience

16  the attractions at any Disney park."

17       Q     And you said earlier he's -- Kendall is not a

18  repeat rider; right?

19       A     Right.

20       Q     And it also says here he doesn't experience

21  the rides in any specific order; right?  There's no

22  specific order to his rides.

23       A     Correct.

24       Q     So if you could turn -- or let me ask you,

25  your next visit was when?  In May of 2016?
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0488

UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2017                                                                 126

```
 1      A     Yes.

 2      Q     And you didn't go to the park all the days

 3 that you were in Orlando that trip; right?

 4      A     No.  I don't recall going every day.

 5      Q     Do you recall going three days?  Does that

 6 sound right?

 7      A     That sounds about right.

 8      Q     Okay.  And you received three re-ads at Epcot?

 9      A     That sounds correct.

10      Q     Okay.  And you also used -- you received a DAS

11 that day?

12      A     I remember it was tied to his card, Kendall's

13 ticket, because it was electronic.  So it was different.

14 So that was the first time we did that.

15      Q     And you received a DAS -- you used a -- excuse

16 me.  You received a DAS or had a DAS during all the days

17 of your visits in March 2014, November 2014, and May of

18 2016.

19      A     Yes, I received a DAS.

20      Q     Okay.  And do you have any disabilities?

21      A     Me?

22      Q     Yes.

23      A     No.

24      Q     Okay.  Were you issued a DAS yourself?

25      A     No.
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0489

UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1    Q    Well, do you remember what rides you went on

2  in May of 2016?

3    A    Not without looking at my notes.

4    Q    Let me put Exhibit 17.

5         [Exhibit 17 marked for identification.]

6    Q    (BY MR. WHITE)  If you could go to the last

7  page, please, Ms. Campbell, it says a "VERIFICATION."

8    A    Okay.

9    Q    You signed this.  Is that right?

10   A    Yes.

11   Q    Being true and accurate?

12   A    Yes.

13   Q    Okay.  And if you could go to -- I'm sorry

14  it's not marked, but it's the answer to Interrogatory

15  Number 18.

16   A    Okay.

17   Q    So this discusses your May 2016 visit to Walt

18  Disney World?

19   A    Yes.

20   Q    And it says that you used your complimentary

21  tickets and purchased additional tickets.

22   A    Yes.

23   Q    Is that referring to the complimentary tickets

24  in relation to your March 2014 visit?

25   A    It would have been the complimentary tickets

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0490

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1  that I received.

 2      Q    From the March 20 -- 2014 visit that we talked

 3  about earlier.

 4      A    Yes.

 5      Q    Okay.  And it also says you received three

 6  re-ads, Epcot, and a DAS?

 7      A    Yes.

 8      Q    Okay.  And you used the DAS and readmission

 9  passes to go on Spaceship Earth on May 17th.  Is that

10  right?

11      A    Yes.

12      Q    Do you remember any other rides you went on

13  that day?

14      A    No, I don't.

15      Q    Is it possible you could have used the DAS --

16  you certainly could have used the DAS to go on Soarin'

17  that day if you wanted to.

18      A    It's possible that I used it for that.

19      Q    So if you didn't go on Soarin' that day, would

20  it have been because you didn't want to go?

21      A    I don't know, because I don't know if we went

22  to Soarin' or not.

23      Q    Okay.  The next day, you went on three

24  rides -- or, excuse me, two rides at Animal Kingdom.

25      A    Yes.
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0491

1    Q    And a restaurant.

2    A    Yes.

3    Q    Do you know if you used the DAS for those

4  rides?

5    A    I don't know.

6    Q    Okay.  And the following day, you went to

7  Epcot Test Track?

8    A    Yes.

9    Q    Okay.  Are there any other rides you remember

10  going on during those visits?

11    A    No.

12    Q    Okay.  And certainly, you could have used your

13  DAS and FastPass to go on more rides if you had wanted

14  to.  That's right?

15    A    In Epcot.

16    Q    And at Animal Kingdom, you could have gone on

17  more rides if you wanted to.  And I'm not saying you did

18  or you didn't want to.

19    A    I don't know --

20    Q    But if you wanted --

21    A    -- if I did or not.

22    Q    -- to go on more rides, you could have used

23  your DAS and FastPasses to go on them; right?

24    A    The FastPasses or readmit passes that I had

25  were for Epcot.

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0492

UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

November 11, 2016

```
 1      Q    Okay.  I'm referring to the FastPass system,

 2  where you book in advance.

 3      A    Oh, okay.

 4      Q    If you wanted to go on more rides during this

 5  May 2016 visit, you could have used your DAS return

 6  times or you could have booked FastPasses beforehand;

 7  right?

 8               MR. DOGALI:  Object to the form of the

 9  question.

10      A    I could have used FastPasses if I booked --

11      Q    (BY MR. WHITE)  And if you had booked them,

12  you would have been able to go on even more rides?

13      A    Perhaps.

14      Q    And if you had booked more return times under

15  DAS, you could have gone on more rides; right?

16      A    I don't know what I had on DAS, because it was

17  electronic, so I don't know.

18      Q    But these are the -- the rides that you went

19  on during this May 2016 visit are the rides that you

20  wanted to go on.

21      A    Yes.

22      Q    When you went to the park for this May 2016

23  visit, did you go to guest relations again to get the

24  DAS?

25      A    Yes.
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0493

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  doesn't have to be with you.  Like, Kendall could be

2  back with his dad or the sister while you went and got

3  the return time.

4       A    Yes.

5       Q    And there's no indication -- in May 2016, in

6  looking at this interrogatory response, at no time in

7  May 2016 did Kendall have a meltdown; right?

8       A    He did have some issues.  When we got back to

9  the hotel, there were a few.

10      Q    Okay.  But at the park, based on your

11  response, he had no meltdown at the park during that

12  visit.

13      A    Not that I can recall.

14      Q    And if he would have had a severe meltdown,

15  you would have recalled that, based on your testimony

16  earlier today; right?

17      A    Yes.

18      Q    So by all indications, he did not have a

19  meltdown at the park.

20      A    I don't remember, but I do know from that

21  particular trip he did have some behavior issues.

22      Q    Okay.  You said he had behavior issues when

23  you went back to the hotel?

24      A    Yes.

25      Q    What were those issues?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0494

UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1      A     Punching, hitting, frustration.

 2      Q     Okay.  Do you have any idea of what that was a

 3 result of?

 4      A     No.

 5      Q     And have you ever gone to Disneyland in

 6 California under the DAS system?

 7      A     No.

 8      Q     Okay.  And your claims in this case, the

 9 incidents relating to the discrimination you're

10 claiming, all occurred at Walt Disney World in Florida;

11 right?

12      A     Under the DAS.

13      Q     Right.  But I'm saying --

14      A     Yes.

15      Q     All the -- I just want to understand.  All the

16 incidents you've complained about in relation to your

17 discrimination claim all occurred -- you allege,

18 occurred at Walt Disney World in Florida.  Is that

19 right?

20      A     Yes.

21      Q     None of it occurred in California; correct?

22      A     No.

23      Q     "No" meaning no, none of it occurred in

24 California?

25      A     No.  Correct.
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0495

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1        Q     You did not mention -- he did not have any

 2   meltdowns during the November 2014 visit; right?

 3        A     I don't recall any.

 4        Q     Okay.  And as we talked about earlier, if he

 5   had had a meltdown, it's something you would remember.

 6        A     Yes.

 7        Q     Okay.  And so that would lead you to believe

 8   that he did not have a meltdown during the November 2014

 9   visit?

10        A     I don't know if he had one --

11        Q     Okay.

12        A     -- or not.

13        Q     And in the March 2014 visit, you mentioned

14   that he had a meltdown because he was trying to go

15   through the back entrance to a ride?

16        A     Repeat.

17        Q     You mentioned that he had a meltdown because

18   he had to go through -- he wanted to go through the back

19   entrance of a ride, the Mad Tea Party?

20        A     He had a meltdown during that particular ride.

21        Q     While he was on the ride?

22        A     Standing in line.

23        Q     But you don't know the reason why he had that

24   meltdown, do you?  Isn't it possible the meltdown could

25   have been because of a loud noise or for some other
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0496

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  reason?

2      A    He collapsed on the floor, on the ground.

3      Q    Isn't it possible he didn't want to go on the

4  ride and that's why he collapsed?

5      A    No.  He rode it.

6      Q    He did ride it?  Did he have a good time?

7      A    He liked the ride.

8      Q    Okay.  And you said he also had a meltdown

9  where he escaped from his wheelchair and was running

10  around It's Tough to be a Bug.

11      A    Correct.

12      Q    Did he enjoy that ride as well?

13      A    Yes.

14      Q    Okay.  Have you told -- is there anything you

15  haven't told me about these meltdowns that you claimed

16  he had at Walt Disney World?

17      A    What else are you wanting me to --

18      Q    I just want to make sure I've gotten

19  everything you remember about these meltdowns you've

20  told me.  Is that right?

21      A    Yes.

22      Q    He was never physically injured at the parks?

23      A    No.

24      Q    Were you or your husband ever physically

25  injured at the parks?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0497

 1     A     No.

 2            MR. WHITE:  I'd like to mark as

 3 Exhibit 18.

 4            [Exhibit 18 marked for identification.]

 5     Q     (BY MR. WHITE)  Ms. Campbell, these are the

 6 pictures, or photos, that you have produced in this

 7 case.  Can you just go through these and let me know if

 8 there are any photos which do not involve a visit to the

 9 parks in 2014 or 2016?  I want to confirm that all these

10 photos have to do with your visits in 2014 and in 2016.

11     A     So you want '14 and '16.

12            I know these were '14.

13     Q     Which -- can you refer to the number at the

14 bottom right-hand corner?

15     A     0937.

16     Q     That's '14?

17     A     That's '14.

18     Q     Everything else leading up to it is '16?

19     A     I believe everything leading up -- no.  I

20 don't know.  These might have been -- I'm merging

21 '14 and '13, so I don't -- I'm not sure.

22            I know this is '13.

23     Q     Mm-hmm.

24     A     This is '13.

25     Q     Which number is this?

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0498

```
 1              MR. WHITE:  I'll mark as Exhibit 20.

 2              THE COURT REPORTER:   19.

 3              [Exhibit 19 marked for identification.]

 4      Q    (BY MR. WHITE)  Do you see the report placed

 5 before you is Exhibit 19?  Refers to March 12th, 2014.

 6      A    Yes.

 7      Q    And this is where you -- this is when you

 8 claimed that he stood in the standby line.  Isn't that

 9 right?

10      A    I don't know this particular day that it

11 was -- this was Magic Kingdom or --

12      Q    Yes.

13      A    If that's the date that I said, then . . .

14      Q    So I'd like for you to turn to the page

15 marked --

16              Let me ask you:  What time did you go to

17 the park this day?

18      A    I don't recall.

19      Q    Do you -- when do you usually go to the parks

20 with your son?

21      A    Could be 10:30, 11:00 o'clock.

22      Q    And when do you usually leave?

23      A    4:00 or 5:00.

24      Q    So during these visits, you spend about five

25 to six hours in the park.  Is that right?
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0499

```
 1      A     Yes, mm-hmm.

 2      Q     During each day?  Okay.  That's a "yes"?

 3      A     Yes.

 4      Q     If you could go to page 79 of 86, please.

 5      A     Okay.

 6      Q     Do you see "Tomorrowland Speedway"?

 7      A     Yes.

 8      Q     Okay.  You said you usually go in the park --

 9 you said 10:30?

10      A     10:30, 11:00 o'clock.

11      Q     Okay.  So the times at 10:30 and 11:00 o'clock

12 for Tomorrowland Speedway are more than twenty minutes.

13 Isn't that -- twenty minutes or more.  Isn't that right?

14      A     Yes.

15      Q     Okay.  And all the way up until you typically

16 leave the park, it's always twenty minutes or more,

17 isn't it?

18      A     Yes.

19      Q     So does this refresh your recollection that he

20 waited twenty minutes in line at Tomorrowland Speedway?

21      A     What does his card say?

22      Q     Well, you said he stood in the regular line,

23 that he didn't use his DAS at Tomorrowland Speedway.

24      A     Is this when they didn't sign the card?

25      Q     Yes, ma'am.
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0500

UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1      A    I don't know, because I don't know -- if, you

 2 know, they didn't sign the card, I can't tell you.  All

 3 I know is we stood in the line.

 4      Q    Okay.  But Kendall is able to stand in line

 5 for ten or fifteen minutes, isn't he?

 6      A    Just depends.

 7      Q    Depends on how the day is going?

 8      A    Yes.

 9      Q    Okay.  So if it's a good day, he is able to

10 stand in line for ten to fifteen minutes?

11      A    Yes.

12      Q    All right.  If it's a good day, could he stand

13 in line for twenty minutes?

14      A    Not idly just standing in line.

15      Q    Okay.  Did this start off as a good day at

16 Magic Kingdom?

17      A    On the 12th?

18      Q    Yes, ma'am.

19      A    I'm gonna refer back because . . .

20 [Inaudible].

21           Did it start out as a good day for

22 Kendall, is what you're --

23      Q    Yes.  Did it start off as a good day for

24 Kendall?

25      A    Up until he had the meltdowns at the -- on the
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0501

```
 1      A    Such as?

 2      Q    I'm just asking.  Do you know what a contract

 3 is?

 4      A    Yes.

 5      Q    All right.  And so what is a contract?

 6      A    It's a legally binding agreement.

 7      Q    And my question to you is, do you have a

 8 contract with Disney with regards to your visits to Walt

 9 Disney World?

10           MR. DOGALI:  Object to the form of the

11 question.

12      A    I haven't signed any contract.

13      Q    (BY MR. WHITE)  Okay.  So you do not have a

14 contract, either on behalf of yourself or Kendall, with

15 regards to any of the visits to Walt Disney World.  Is

16 that right?

17           MR. DOGALI:  Same objection.

18      A    I don't recall a contract, unless you're

19 considering a DAS or GAC a contract.

20      Q    (BY MR. WHITE)  Okay.  So you have not signed

21 any contract with Disney with regards to the visits that

22 you took Kendall to Walt Disney World under DAS?

23      A    A contract for what?

24      Q    Well, you said a legally binding agreement.

25 You have not signed anything that binds you or Disney
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0502

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

November 11, 2015

```
 1  to -- with regards to your visits to the parks?

 2       A    No.

 3       Q    Okay.  If you look back at the exhibit which

 4  relates to -- which has your DAS card, please.  I'm

 5  sorry.  I don't have it at my fingertips, but the DAS

 6  card that you looked at earlier.

 7       A    Which one?  Oh, this one?

 8       Q    Yes.  Do you see that?

 9            MS. SCHANZ:  She doesn't have the front

10  of it.

11       A    Hmm?  This one?

12            MR. WHITE:  We'll put that as one

13  exhibit.  We'll fix that later.

14       Q    (BY MR. WHITE)  Is this the DAS card that you

15  signed?

16       A    Yes.

17       Q    And you see where it says, "By signing this

18  card, you acknowledge that the recipient of this card

19  has a disability requiring the service of this program

20  and accepts the terms and conditions of this card"?

21       A    Yes.

22       Q    And do you see, at the very top, it

23  italicizes -- it says, "This service does not provide

24  immediate or priority attraction access"?

25       A    Yes.
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0503

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1  system because the presence of persons with

 2  developmental or cognitive impairments in its theme

 3  parks upsets the Disney, quote, magic?

 4      A    I don't have that information.

 5      Q    Do you have any evidence or information to

 6  support the allegation that Disney designed DAS to

 7  reduce the number of autistic and cognitively impaired

 8  persons within its parks?

 9      A    I don't have that information.

10      Q    Do you have any information or evidence to

11  support the allegation that Disney trained its employees

12  to inconsistently, arbitrarily, and capriciously grant

13  additional passes to guests with developmental disorders

14  and cognitive impairments to deter those guests from

15  returning to the parks?

16      A    I don't have that information.

17      Q    Do you have any information or evidence that

18  supports the allegation that Disney implemented DAS to

19  cleanse its parks of anti-magic guests with autism?

20      A    I don't have any.

21      Q    You don't have any evidence that Disney

22  intentionally tried to prevent kids with autism, like

23  your son, from accessing its parks, do you?

24      A    I don't have that information.

25      Q    Do you have any information or evidence to
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0504

1  support an allegation that Disney intentionally tried to

2  injure your son?

3      A    I don't have that information.

4      Q    You don't have any evidence of that; correct?

5      A    I don't have that information.

6      Q    You don't have any evidence of it.

7      A    No.

8      Q    Is that what you're saying?

9      A    No.  I don't have that information.

10     Q    And you don't have any evidence of that

11 information, do you?

12     A    No.

13     Q    Have you or Kendall ever been evaluated by an

14 expert in connection with this lawsuit?

15     A    No.

16          MR. WHITE:  I have no further questions,

17 but I'm going to be keeping this deposition open just

18 because I have not had an opportunity to review the

19 198 pages of documents or the 16 or 18 thousand pages

20 that were produced to us on Friday night.

21          MR. DOGALI:  I don't agree that's

22 appropriate, but I don't see -- you can say whatever you

23 like.

24          MR. WHITE:  And Madam Court Reporter, can

25 you indicate how much time we have left on the record,

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0505

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3  T.P., by and through S.P.,  )
    as next friend, parent, and )
 4  natural guardian, et al.,    )
                                 )
 5       Plaintiffs,             )
                                 ) CIVIL ACTION NO.
 6  v.                           ) 2:15-cv-05346-R-E
                                 )
 7  Walt Disney Parks and        )
    Resorts U.S., Inc.,          )
 8                               )
         Defendant.              )
 9  *********************************************************

10                  REPORTER'S CERTIFICATION

11           DEPOSITION OF JULIA LEVY CAMPBELL

12                       VOLUME I

13                  NOVEMBER 11, 2019

14  *********************************************************

15       I, Candyce E. Fisher, Certified Shorthand Reporter

16  in and for the State of Texas, hereby certify to the

17  following:

18       That the witness, Julia Levy Campbell, was duly

19  sworn by the officer and that the transcript of the oral

20  deposition is a true record of the testimony given by

21  the witness;

22       That review by the witness of the deposition

23  transcript was requested;

24       That the deposition transcript was submitted on

25  _____ to Andy Dogali, attorney for the
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0506

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1  witness, for examination, and a signed errata shall be

 2  returned to U.S. Legal Support, Inc. within 30 days, by

 3  _____;

 4       That the amount of time used by each party at the

 5  deposition is as follows:

 6            Mr. White - 6 hrs, 4 mins

 7       That pursuant to information given to the

 8  deposition officer at the time said testimony was taken,

 9  the following includes counsel for all parties of

10  record:

11            Andy Dogali, Attorney for Plaintiffs

12            Jeremy M. White and Sarah Schanz, Attorney for

13  Defendants

14       I further certify that I am neither counsel for,

15  related to, nor employed by any of the parties or

16  attorneys in the action in which this proceeding was

17  taken, and further that I am not financially or

18  otherwise interested in the outcome of the action.

19       Certified to by me this 26th of November 2019.

20

21

22       _____

23            CANDYCE E. FISHER, Texas CSR No. 9421
              Expiration Date:  12/31/2019

24

25
```

Exhibit 1X
White Decl. ISO Disney's SJ Motion P.0507