# Exhibit 1-AA

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

ANDY DOGALI (admitted *Pro Hac Vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
401 E. Jackson Street, Suite 1825
Tampa, Florida 33602
Tel:   (813) 289-0700
Fax:   (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone: (310) 844-9696

JENNIFER A. LENZE (California Bar No. 246858)
jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Telephone: (310)322-8800

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

CONFIDENTIAL
Exhibit AAA
White Decl. ISO Disney's SJ Motion P.0546

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| T.P., et al., | ) Case No.: 15-cv-5346-R |
| Plaintiffs, | ) Honorable R. Gary Klausner |
| v. | ) **NOTICE OF SERVING** |
| | ) **PLAINTIFFS K.A.C. AND J.L.C.'S** |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) **ANSWERS TO DEFENDANT'S** |
| | ) **SECOND SET OF** |
| | ) **INTERROGATORIES** |
| Defendant. | |
| _____/ | TRIAL DATE: March 31, 2020 |

Plaintiffs, K.A.C., by and through J.L.C., as Next Friend, Parent and Natural Guardian and J.L.C., individually, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 33, give notice of serving their answers to Defendant's Second Set of Interrogatories to Plaintiffs dated September 4, 2019.

**DOGALI LAW GROUP, P.A.**

  /s/Andy Dogali
Andy Dogali, Esq.
*Admitted pro hac vice*
Barbara U. Uberoi, Esq.
California Bar No. 208389
Dogali Law Group, P.A.
401 E. Jackson Street, Suite 1825
Tampa, Florida 33602
Tel:  (813) 289-0700
Fax:  (813) 289-9435
Emails: adogali@dogalilaw.com,
buberoi@dogalilaw.com,
lfair@dogalilaw.com
reception@dogalilaw.com

CONFIDENTIAL
Exhibit AAA
White Decl. ISO Disney's SJ Motion P.0547

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Eugene Feldman, Esq.
California Bar No. 118497
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone: (310) 844-9696
Email:  eugene@asstlawyers.com

Jennifer A. Lenze, Esq.
California Bar No. 246858
Amanda D. McGee, Esq.
California Bar No. 282034
Lenze Layers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
*Attorneys for Plaintiffs*

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

ANDY DOGALI (admitted p*ro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
401 E. Jackson St., Suite 1825
Tampa, Florida 33602
Tel: (813) 289-0700
Fax: (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
eugene@asstlawyers.com
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Tel: (310) 844-9696

JENNIFER A. LENZE (California Bar No. 246858)
jlenze@lenzelawyers.com
AMANDA D. MCGEE (California Bar No. 282034)
mcgee@lenzelawyers.com
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Telephone: (310)322-8800

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

|  |  |
|---|---|
| T.P., et al., | ) Case No.: 15-cv-5346-R |
| Plaintiffs, | ) **PLAINTIFFS K.A.C.'S AND J.L.C.'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | |
| Defendant. | ) **Hon. Manuel L. Real** |

Plaintiffs, K.A.C., by and through J.L.C., as Next Friend, Parent and Natural Guardian, and J.L.C., individually, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 33, supplements their Answers to Defendant's Second Interrogatories to Plaintiffs dated September 4, 2019 as follows:

## GENERAL OBJECTIONS

Plaintiffs object to and disregard Disney's "Instructions" and "Definitions" to the extent they exceed or contradict the requirements of the Federal Rules of Civil Procedure, the Court's Local Rules, and applicable law. Words will be defined by their common, customary meaning.

## RESPONSES

**INTERROGATORY NO. 13**: For each person identified in your response to Interrogatory No. 1 (verified on April 5, 2016, as well as any supplementary responses to this interrogatory), describe the nature of your relationship with that individual, identify every date on which that individual attended any of the Disney Parks with you, and for each of those dates, describe the approximate length of time that he/she spent with you, the nature of the individual's knowledge regarding that visit.

**ANSWER**: Respondent hereby provides the following response to this request:

CONFIDENTIAL
Exhibit 44A
White Decl. ISO Disney's SJ Motion P.0550

ss.     *Janelle M. Traylor, A.P.R.N., F.N.P.*, Children's Urology, 1005 W. Ralph Hall Pkwy., Ste. 233, Rockwall, TX 75302, Ph: 214-467-7400, urology;

tt.     Gina M. Viktorin Potts, M.D. – Please note that Dr. Viktorin Potts last known address was listen in answer to Interrogatory No. 3; she may no longer practice at that address.  *See* Bates Nos. KAC,JLC0176-0182, KAC,JLC0393, KAC,JLC0396-0403, KAC,JLC0450, KAC,JLC0459, KAC,JLC1272-1274, KAC,JLC1280-1281, and KAC,JLC1335-1336;

uu.     Golder N. Wilson, M.D. – *See* answer to Interrogatory No. 3;

vv.     Hua Tracy Xu, P.A., Children's Health, 1935 Medical District Dr., Dallas, TX 75235, *see* Bates Nos. KAC,JLC0241-0242; and

ww.     Ilana Zeltser, M.D., Children's Health, 1935 Medical District Dr., Dallas, TX 75235, *see* Bates Nos. KAC,JLC0275-0281, and KAC,JLC0351-0352.

**INTERROGATORY NO. 17**:  Identify in detail any medical or mental health diagnoses that Plaintiffs have received over the past six (6) years and the current status of any such diagnoses, including whether any drugs or therapy were prescribed and/or provided.  Your answer should specify when each illness, disease, disability, psychological condition, or other physical or mental condition for manifested, was first diagnosed, the health care provider who made the diagnosis, its treatment and duration and whether Plaintiff was hospitalized or institutionalized for it (and if so, when and where).

**ANSWER**:  Objection in that this request is duplicative.  Please refer to the answers to Interrogatories 3, 15, and 16.

**INTERROGATORY NO. 18**:  Identify any visits made by Plaintiffs to any Disney Park not previously identified in your response to Interrogatory No. 8, including but not limited to the following for each visit:

a. The date(s) of the visit(s);

b. What ticket media was used to enter the park(s);

c. Any services or accommodations provided to (or available for use by) Plaintiffs during each visit, including DAS or readmission passes; and

d. All rides, attractions, shows, stores, character meet and greets, and other activities that Plaintiffs attended or experienced during each visit.

**ANSWER**: Respondent visited Walt Disney World on:

a. May 16, 2016 – May 22, 2016;

b. Respondent used previously obtained complimentary tickets and purchased additional tickets;

c. Respondent received three (3) readmission passes for Epcot and a DAS accommodation that had continued problems linking to the park passes in our party; and

d. Respondent visited: May 17, 2016 - Spaceship Earth and two visits to Epcot Guest Relations, May 18, 2016 - Festival of Lion King, Tricera Top Spin, and Animal Kingdom Guest Relations, and a restaurant, May 20, 2016 – Epcot Test Track.

**INTERROGATORY NO. 19**: Aside from Disney Parks, identify each and every amusement or theme park Plaintiffs have visited, either individually or together, over the past five (5) years, the type of ticket used to access each park, any services or accommodations provided to Plaintiffs at those parks, and the dates of each visit.

**ANSWER**: Respondent has not visited any other amusement or theme parks within the past five (5) years.

**INTERROGATORY NO. 20**: Identify any trips or vacations taken by K.A.C. since April 5, 2016 and indicate whether K.A.C. travelled by car or plane for each such trip or vacation.

**ANSWER**: Since April 5, 2016, Respondent has taken the following trips:

a. May 2016, Disney World via plane;
b. March 2017, Memphis, TN via car;
c. June 2017, Seattle WA via plane;
d. March 2018, Lafayette, LA via car;
e. June 2018, Niagara Falls via plane;
f. April 2019, New Orleans, LA via plane; and
g. July 2019, Nashville, TN via plane.

**INTERROGATORY NO. 21**: Describe all full or part-time employment K.A.C. has had over the past five (5) years, including, for each employer, the employer's name and address, a description of K.A.C.'s responsibilities, K.A.C.'s title(s) during the period of employment, employment begin and end dates, whether the employment is/was full or part time, and the name and contact information for all supervisors and/or managers.

**ANSWER**: K.A.C. is not employed.

**INTERROGATORY NO. 22**: Describe all volunteer positions, training programs, group activities or sports, classes, or other regularly scheduled activities in which K.A.C. participated over the past five (5) years, including, for each activity, the name and description of the activity, a description of K.A.C.'s participation in the activity, activity begin and end dates, frequency of K.A.C.'s participation in the activity, and name and contact information for any teacher,

supervisor, coordinator, instructor, caretaker, counselor, coach, or other leader with knowledge of K.A.C.'s participation in the activity.

**ANSWER**: Please review answers to Interrogatories Nos. 3 and 6 which address the information this request seeks. K.A.C. has participated and participates in the programs below. The names of current programs are *italicized*:

    a. *Behavioral Transformations*, 2701 Sunset Ridge Dr., Ste. 303, Rockwall, TX 75032, Ph: 469-458-9021. *See* Bates Nos. KAC,JLC-4602-5308 and KAC,JLC5163-5235 for additional information sought by this request; and

    b. *Focus on the Future Training Center*, 1717 W. Plano Pkwy., Plano, TX 75075, Ph: 972-599-1400: *see* information in K.A.C.'s answer to Interrogatory No. 6.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of October, 2019 a true and correct copy of the foregoing was furnished via electronic mail to:

**Jason Strabo, Esq.**
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
jstrabo@mwe.com

**Kerry A. Scanlon, Esq.**
**Jeremy White, Esq.**
**Julie McConnell, Esq.**
McDermott Will & Emery LLP
The McDermott Building
500 North Capital Street, N.W.
Washington, DC 20001
kscanlon@mwe.com;
jmwhite@mwe.com
jmcconnell@mwe.com

**DOGALI LAW GROUP, P.A.**

   /s/Andy Dogali
Andy Dogali
*Admitted pro hac vice*
Fla. Bar No.: 0615862
401 East Jackson St., Suite 1825

Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
adogali@dogalilaw.com

And

EUGENE FELDMAN
California Bar No. 118497
Arias, Sanguinetti, Stahle & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone: (310) 844-9696
eugene@asstlawyers.com

AND
Jennifer A. Lenze, Esq.
California Bar No. 246858
Amanda D. McGee, Esq.
California Bar No. 282034
Lenze Layers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266
Telephone: (310) 322-8800
jlenze@lenzelawyers.com
mcgee@lenzelawyers.com
*Attorneys for Plaintiffs*

Page 18

Plaintiffs K.L.C.'s and J.L.C.'s Answers to Defendant's Second Set of Interrogatories
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    Case No. 15-CV-5346-R

CONFIDENTIAL                    Exhibit AA
White Decl. ISO Disney's SJ Motion P.0555

## VERIFICATION

I, Julia L. Campbell, am the plaintiff in the above–entitled cause of action. I have reviewed the Defendant's Second Set of Interrogatories to K.A.C. and J.L.C. propounded to me by the defendant, WALT DISNEY PARKS AND RESORTS U.S. INC, and my responses, both individually and as Next Friend, Parent and Natural Guardian of K.A.C., to those interrogatories. I am familiar with the contents of both. Based on my knowledge, the responses to Defendant's Second Set of Interrogatories to K.A.C. and J.L.C. are true.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the above responses are true and correct.

Signed on this the 4th day of October, 2019.

*Julia Campbell*
J.L.C. as Next Friend, Parent and Natural Guardian of K.A.C.

*Julia Campbell*
J.L.C., individually

Page 19   CONFIDENTIAL

Plaintiffs K.L.C.'s and J.L.C.'s Answers to Defendant's Second Set of Interrogatories
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.            Case No. 2:15-CV-5346-R
                                                                Exhibit 1AA
White Decl. ISO Disney's SJ Motion P.0556