**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit 1-BB

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

T.P., by and through S.P., )
as next friend, parent, and )
natural guardian, et al., )
)
    Plaintiffs, )
) CIVIL ACTION NO.
v. ) 2:15-cv-05346-R-E
)
Walt Disney Parks and )
Resorts U.S., Inc., )
)
    Defendant. )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

DR. STEPHEN ELLIOTT

VOLUME I OF I

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

December 16, 2019

REPORTED BY:

CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

P.O. BOX 1264

RED OAK, TEXAS 75154

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0558

December 16, 2019                                                         2

BE IT REMEMBERED THAT oral and videotaped deposition of DR. STEPHEN ELLIOTT, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and -numbered cause on Monday, December 16, 2019, from 9:12 a.m. to 11:20 a.m., before Candyce E. Fisher, CSR in and for the State of Texas, reported by machine shorthand, at the offices of McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0559

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

December 16, 2019

```
 1                    APPEARANCES

 2

 3  FOR PLAINTIFFS:

 4          DOM LAW, PA

 5     BY:  Domenick Lazzara, Esq.
            1814 North 15th Street
 6          Ybor City, Florida 33605
            (813) 606-5036
 7          dom@domlaw.com

 8

 9

10  FOR DEFENDANT:

11          MCDERMOTT WILL & EMERY LLP

12     BY:  Jeremy M. White, Esq.
            -and-
13          Sarah Schanz, Esq.
            500 North Capitol Street, NW
14          Washington, D.C. 20001
            (202) 756-8000
15          jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20          Anthony Marlar, Videographer

21

22                    * * * * *

23

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0560

Page 4

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**
Case 2:15-cv-05346-CJC-E   Document 469-50   Filed 12/10/20   Page 5 of 13   Page ID #:31250

December 16, 2019

```
 1                    PROCEEDINGS
 2              THE VIDEOGRAPHER:  We're now on record.
 3  The date is December 16th, 2019.  The time is 9:12 a.m.
 4  This is the video deposition of Dr. Stephen Elliott in
 5  the matter of T.P., et al., versus Walt Disney Parks and
 6  Reporters [sic] U.S., Incorporated.  This deposition is
 7  being held at McDermott Will & Emery in Dallas, Texas.
 8              Counsel, please state your appearances
 9  for the record.
10              MR. LAZZARA:  Domenick Lazzara on behalf
11  of the plaintiff in this case, and my firm is
12  Dom Law PA.
13              MR. WHITE:  Jeremy White on behalf of
14  defendant, Walt Disney Parks and Resorts U.S.,
15  Incorporated.
16              THE VIDEOGRAPHER:  Will the court
17  reporter please swear in the witness.
18              [Witness sworn.]
19               DR. STEPHEN ELLIOTT,
20  having first been duly affirmed by me to tell the truth,
21  was examined and testified as follows:
22                    EXAMINATION
23     Q    (BY MR. WHITE)  Good morning.
24     A    Good morning.
25     Q    Can you please state your full name for the
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0561

Page 4

```
 1      Q    Well, is it out -- for Kendall, is it out of
 2 character for him to have aggressions?  I mean, he has
 3 aggressions a lot, doesn't he?
 4           MR. LAZZARA:  Form.
 5      A    Correct.
 6      Q    (BY MR. WHITE)  So -- and he has aggressions
 7 at many different places -- doctors' offices, home,
 8 school -- right?
 9           MR. LAZZARA:  Form.
10      A    Correct.
11      Q    (BY MR. WHITE)  And these aggressions are
12 sometimes -- they can happen in any environment and
13 they're unpredictable, aren't they?
14           MR. LAZZARA:  Form.
15      A    So clinic visits tend to be stimulating for
16 Kendall.
17      Q    (BY MR. WHITE)  What do you mean by
18 "stimulating"?  Meaning that they're likely to cause a
19 meltdown or not likely to cause a meltdown?
20      A    More likely.
21      Q    Right.  Because overstimulation can cause a
22 meltdown -- is that right? -- for him?
23      A    Correct.
24      Q    But it's hard to predict whether he's going
25 have a meltdown or not, isn't it?
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0562

```
 1                MR. LAZZARA:  Form.
 2       A     So his irritability and outbursts are
 3  unpredictable, but they do track with -- with things
 4  that the parents monitor for.
 5                [Reporter clarification.]
 6       Q     (BY MR. WHITE)  And, for example, medication
 7  changes can impact his behavior?
 8       A     They could.
 9                MR. LAZZARA:  Form.
10       Q     (BY MR. WHITE)  So if he's having a negative
11  behavior, it could be because the medication was
12  changed?
13                MR. LAZZARA:  Form.
14       A     It could be.
15       Q     (BY MR. WHITE)  Okay.  Kendall also had issues
16  sleeping, didn't he?
17       A     Correct.
18       Q     And certainly, him not sleeping enough could
19  impact his -- could cause him to have negative behaviors
20  or irritability, couldn't it?
21                MR. LAZZARA:  Form.
22       A     Correct.
23       Q     (BY MR. WHITE)  Okay.  And you see that an
24  increase in him having problems sleeping would increase
25  his aggressions?
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0563

```
 1    Q    I believe it was Exhibit-- might have been
 2 Exhibit 6, Bates-stamped 4108.
 3    A    Correct.
 4    Q    So they were going to the parks until
 5 May 22nd.  So this was the day after they finished their
 6 trip at Disney's parks; right?
 7              MR. LAZZARA:  Form.
 8    A    Per the record, correct.
 9    Q    (BY MR. WHITE)  Okay.  And can you please read
10 the comment starting with "received phone call"?
11    A    "Received phone call from mother with update.
12 She reports the family returned from their Disney trip
13 and Kendall did fairly well."
14    Q    So based on this note, the mother indicated
15 that Kendall did fairly well during their trip to
16 Disney; correct?
17              MR. LAZZARA:  Form.
18    A    That is what the nurse charted.
19    Q    (BY MR. WHITE)  Do you have any reason to
20 doubt what the nurse charted?
21              MR. LAZZARA:  Form.
22    A    No.  But that's what the nurse charted.
23    Q    (BY MR. WHITE)  Right.  That's what it says in
24 the note; correct?
25              MR. LAZZARA:  Form.
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0564

```
 1    A    Right.
 2    Q    (BY MR. WHITE)  That the mother, Julia
 3 Campbell, reported to your office that they returned
 4 from their trip to Disney and Kendall did fairly well
 5 during that trip; right?
 6              MR. LAZZARA:  Form.
 7    Q    (BY MR. WHITE)  That's what it says in the
 8 note?
 9    A    Correct.
10    Q    Is there any other indication in this document
11 that I just put before you about their trip to Disney?
12    A    There is not in this document.
13              Did you [inaudible]?
14    Q    Thank you.
15              And then they went to visit you in the
16 office on June 1st, 2016.  Do you remember that?
17              [Exhibit 9 marked for identification.]
18    A    Correct.  So he had an appointment on
19 June 1st.
20    Q    (BY MR. WHITE)  This was the first time that
21 you saw Kendall and his family in person after their
22 trip to Disney -- to Disney's parks in May of 2016?
23    A    Correct.
24    Q    And it says -- under "Informant," it says
25 "Patient and parent were present for forty-minute
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0565

```
 1  face-to-face appointment."
 2              Do you see that?
 3       A     Correct.
 4       Q     So you met with the patient, and you met with
 5  Kendall and his parents for forty minutes on June 1st,
 6  2016.  And it says -- in the "History of Present
 7  Illness," do you see what -- it says in the last
 8  sentence that --
 9       A     Oops.
10       Q     I'm sorry?
11       A     I said "Oops."  I said "Disneyland."
12       Q     Yeah.
13       A     Yeah.
14       Q     Right.
15              MR. LAZZARA:  Form.
16       Q     (BY MR. WHITE)  But you understand that they
17  went to Disney World?
18       A     Correct.
19       Q     Walt Disney World?
20       A     Correct.
21       Q     It doesn't -- doesn't change the impact of
22  your statement; right?
23       A     Correct.
24       Q     And you indicate in here, based on your
25  meeting with the parents, that Kendall generally
```

```
 1  tolerated the park.  Do you see that note?
 2              MR. LAZZARA:  Form.
 3      A    That is correct.
 4      Q    (BY MR. WHITE)  That's what it says in the
 5  record; right?
 6              MR. LAZZARA:  Form.
 7      A    Correct.
 8      Q    (BY MR. WHITE)  Okay.  And if you also could
 9  please turn to a couple pages later, 4068, and look at
10  your psychiatric reading, please.
11              So this -- again, this is an analysis you
12  did based on your observations of him?
13      A    Correct.
14      Q    At the June 1st meeting?
15      A    Correct.
16      Q    Okay.  And based on your observations of him
17  at this meeting, after -- under "Depressive mood", it
18  says -- I guess this is the rating category -- "sad,
19  tearful, depressive demeanor."  And with regards to how
20  that applies to Kendall, you wrote -- this is on
21  page 4068.
22      A    Right.  So "not present."
23      Q    Okay.  So based on your observations of
24  Kendall on June 1st, you didn't see any depression,
25  anything present regarding depressive mood.  Is that
```

U.S. LEGAL SUPPORT
(877) 479-White Decl. ISO Disney's SJ Motion P.0567

Exhibit 1BB

```
                                                  Stephen Elliott
                                                December 16, 2019    105

 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3   T.P., by and through S.P.,    )
     as next friend, parent, and   )
 4   natural guardian, et al.,     )
                                   )
 5       Plaintiffs,               )
                                   )
                                   ) CIVIL ACTION NO.
 6   v.                            ) 2:15-cv-05346-R-E
                                   )
 7   Walt Disney Parks and         )
     Resorts U.S., Inc.,           )
 8                                 )
         Defendant.                )
 9   *********************************************************

10                     REPORTER'S CERTIFICATION

11              DEPOSITION OF DR. STEPHEN ELLIOTT

12                        VOLUME I OF I

13                      DECEMBER 16, 2019

14   *********************************************************

15       I, Candyce E. Fisher, Certified Shorthand Reporter

16   in and for the State of Texas, hereby certify to the

17   following:

18       That the witness, Dr. Stephen Elliott, was duly

19   sworn by the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by

21   the witness;

22       That review by the witness of the deposition

23   transcript was not requested;

24       That the amount of time used by each party at the

25   deposition is as follows:
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1BB
White Decl. ISO Disney's SJ Motion P.0568

```
 1        Mr. White - 1 hrs, 42 mins
 2        Mr. Lazzara - 0 hrs, 11 mins
 3     That pursuant to information given to the
 4  deposition officer at the time said testimony was taken,
 5  the following includes counsel for all parties of
 6  record:
 7        Domenick Lazzara, Attorney for Plaintiffs
 8        Jeremy M. White and Sarah Schanz, Attorney for
 9  Defendants
10     I further certify that I am neither counsel for,
11  related to, nor employed by any of the parties or
12  attorneys in the action in which this proceeding was
13  taken, and further that I am not financially or
14  otherwise interested in the outcome of the action.
15     Certified to by me this 16th of December 2019.
```

*[Signature: Candyce Fisher]*

CANDYCE E. FISHER, Texas CSR No. 9421
Expiration Date: 12/31/2019

U.S. LEGAL SUPPORT
(877) 479-2484

White Decl. ISO Disney's SJ Motion P.0569

Exhibit 1BB