**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit 1-DD

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

T.P., by and through S.P., )
as next friend, parent, and )
natural guardian, et al.,   )
                            )
    Plaintiffs,             )
                            )
                            ) CIVIL ACTION NO.
v.                          ) 2:15-cv-05346-R-E
                            )
Walt Disney Parks and       )
Resorts U.S., Inc.,         )
                            )
    Defendant.              )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

ANGELA K. KLUTTS, M.ED., BCBA

VOLUME I OF I

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CANDYCE E. FISHER, TX CSR No. 9421, CA CSR No. 13771

P.O. BOX 1264

RED OAK, TEXAS 75154

December 17, 2019

2

BE IT REMEMBERED THAT oral and videotaped deposition of ANGELA K. KLUTTS, M.ED., BCBA, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and -numbered cause on Tuesday, December 17, 2019, from 9:01 a.m. to 11:09 a.m., before Candyce E. Fisher, CSR in and for the State of Texas, reported by machine shorthand, at the offices of McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1DD
White Decl. ISO Disney's SJ Motion P.0583

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

December 17, 2019

```
 1                   APPEARANCES
 2

 3  FOR PLAINTIFFS:

 4         DOM LAW, PA

 5    BY:  Domenick Lazzara, Esq.
            1814 North 15th Street
 6          Ybor City, Florida 33605
            (813) 606-5036
 7          dom@domlaw.com

 8

 9

10  FOR DEFENDANT:

11         MCDERMOTT WILL & EMERY LLP

12    BY:  Jeremy M. White, Esq.
            -and-
13          Sarah Schanz, Esq.
            500 North Capitol Street, NW
14          Washington, D.C. 20001
            (202) 756-8000
15          jmwhite@mwe.com

16

17

18

19  ALSO PRESENT:

20         Stephanie Moore, Videographer

21

22                * * * * *

23

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1DD
White Decl. ISO Disney's SJ Motion P.0584

```
 1                        PROCEEDINGS
 2              THE VIDEOGRAPHER:  We are now on the
 3  record at 9:01 a.m.  This is the videotaped deposition
 4  of Angela Klutts.
 5              Will the court reporter please swear in
 6  the witness.
 7              [Witness sworn.]
 8              ANGELA K. KLUTTS, M.ED., BCBA
 9  having first been duly affirmed by me to tell the truth,
10  was examined and testified as follows:
11                        EXAMINATION
12      Q    (BY MR. WHITE)  Good morning.
13      A    Hi.
14      Q    Can you please state your full name for the
15  record.
16      A    Yes.  It's Angela K. Klutts.
17      Q    And, Ms. Klutts, my name is Jeremy White.  We
18  met briefly before the deposition.
19      A    Yes.
20      Q    And I am counsel for Walt Disney Parks and
21  Resorts in this matter.
22      A    Okay.
23      Q    Do you know anything about this lawsuit, other
24  than what I briefly mentioned to you before?
25      A    No, I do not.
```

U.S. LEGAL SUPPORT
(877)  479-White 4Decl. ISO Disney's SJ Motion P.0585

Exhibit 1DD

```
 1  previous graph.  On this graph, you can also see the
 2  phase change line --
 3              [Reporter clarification.]
 4      A   Oh, I'm sorry.  I was just -- let me read it
 5  in my head.  Sorry.
 6              Okay.  So what is your question?  I'm
 7  sorry.
 8      Q   (BY MR. WHITE)  Sure.  And my question is,
 9  based on this document, it shows that since Kendall was
10  starting treatment with --
11      A   Mm-hmm.
12      Q   -- Behavioral Transformations in May 1st --
13      A   Mm-hmm.
14      Q   -- of 2017, he's experienced a decreased level
15  of aggression through the use of ABA therapy; right?
16      A   Yes.
17              MR. LAZZARA:  Form.
18      A   He has had a decrease.
19      Q   (BY MR. WHITE)  Okay.  And I understand you
20  mentioned that his average rate is still 32.38 instances
21  per day.
22      A   Yes.
23              MR. LAZZARA:  Form.
24      Q   (BY MR. WHITE)  Although that's an --
25  understanding that's an average rate through this entire
```

U.S. LEGAL SUPPORT
(877) 479-2484

Exhibit 1DD
White Decl. ISO Disney's SJ Motion P.0586

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

 3  T.P., by and through S.P.,    )
    as next friend, parent, and   )
 4  natural guardian, et al.,     )
                                  )
 5       Plaintiffs,              )
                                  ) CIVIL ACTION NO.
 6  v.                            ) 2:15-cv-05346-R-E
                                  )
 7  Walt Disney Parks and         )
    Resorts U.S., Inc.,           )
 8                                )
         Defendant.               )
 9  ***********************************************

10              REPORTER'S CERTIFICATION

11       DEPOSITION OF ANGELA K. KLUTTS, M.ED., BCBA

12                   VOLUME I OF I

13                 DECEMBER 17, 2019

14  ***********************************************

15       I, Candyce E. Fisher, Certified Shorthand Reporter

16  in and for the State of Texas, hereby certify to the

17  following:

18       That the witness, Angela K. Klutts, M.Ed., BCBA,

19  was duly sworn by the officer and that the transcript of

20  the oral deposition is a true record of the testimony

21  given by the witness;

22       That review by the witness of the deposition

23  transcript was not requested;

24       That the amount of time used by each party at the

25  deposition is as follows:
```

U.S. LEGAL SUPPORT
(877) 479-White Decl. ISO Disney's SJ Motion P.0587

Exhibit 1DD

```
 1      Mr. White - 1 hrs, 51 mins
 2      That pursuant to information given to the
 3 deposition officer at the time said testimony was taken,
 4 the following includes counsel for all parties of
 5 record:
 6           Domenick Lazzara, Attorney for Plaintiffs
 7           Jeremy M. White and Sarah Schanz, Attorney for
 8 Defendants
 9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties or
11 attorneys in the action in which this proceeding was
12 taken, and further that I am not financially or
13 otherwise interested in the outcome of the action.
14      Certified to by me this 18th of December 2019.
15
16           [signature: Candyce Fisher]
17           _____
18           CANDYCE E. FISHER, Texas CSR No. 9421
             Expiration Date: 12/31/2019
19
20
21
22
23
24
25
```

U.S. LEGAL SUPPORT
(877) 479-White Decl. ISO Disney's SJ Motion P.0588

Exhibit 1DD