**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit 1-LL

Evidence Packet in Support of Defendant's Motions for Summary Judgment

U.S.D.C., Central District of California, Case No.: 2:15-cv-05346-CJC-E

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

CONFIDENTIAL

OAKLAND UNIFIED SCHOOL DISTRICT
Programs for Exceptional Children
Psychological Services

Date Typed: September 14, 2015

PSYCHOLOGICAL EVALUATION

NAME: Yaxkin Zavala                C.A.: 5-11          BIRTHDATE: 9-21-2009

SCHOOL: Burckhalter                GRADE: Kindergarten

PSYCHOLOGIST: Barbara Weaver, Ph.D.     EVALUATION DATES: 8-29, 9-11, 9-14-15

ASSESSMENT MEASURES:   Differential Ability Scales - Early Years
Developmental Test of Visual Motor Integration
Vineland Adaptive Behavior Scale
Autism Spectrum Rating Scale
Review of Records
Observation

REASON FOR REFERRAL:

Yaxkin was assessed as a component of the triennial review of his eligibility and special education services.

BACKGROUND INFORMATION:

Medical: Information in his file indicates that Yaxkin was born at 35 weeks gestation after a pregnancy complicated by HELP syndrome, pre-eclampsia and high blood pressure. He weighed 5 pounds, 5 ounces and stayed in the hospital for nine days. Yaxkin was diagnosed with asthma as a preschooler. He has passed hearing screening over the years and functional vision has been described as being within normal limits. Yaxkin's motor developmental milestones were met within normal limits while his language development was an area of concern. He reportedly had several words at one year of age but then regressed and was considered essentially nonverbal by the age of 18 months.

Education: Prior to preschool Yaxkin received services through the Regional Center of the East Bay including speech and language therapy and applied behavior analysis (ABA) therapy. Yaxkin was then assessed at the OUSD Diagnostic Center at the age of 2 years, 11 months. He was found to meet eligibility criteria for special education services under the designation of Autism. Yaxkin was then enrolled in a preschool Autism SDC at Burbank Preschool Center. He is now a kindergartner in the K-2 Autism SDC at Burckhalter Elementary. Yaxkin continues to receive ABA therapy at home through the Regional Center.

Family: Yaxkin lives in a bilingual household where both Spanish and English are spoken. He lives with both parents and his younger sister, along with extended family members.

EXHIBIT
Rosas 4
11/13/19  TM

CONFIDENTIAL                                                   YZ,MYR0001
                                                               Exhibit 1LL
                                       White Decl. ISO Disney's SJ Motion P.0713

CONFIDENTIAL

Yaxkin Zavala

2

### OBSERVATIONS:

Yaxkin was observed on several occasions in his SDC classroom for the purposes of this evaluation. During each observation he was appropriately seated or following the classroom routine. He waited for his turn at the Smart Board and touched the designated letter or picture. He participated in the class activity of walking around the circle to a song. When the class transitioned to table activities Yaxkin found his name and sat at the designated table. Yaxkin worked on a worksheet on which he traced and copied the letter T. Yaxkin has also been observed to appropriately line up with his class after lunch before entering the classroom.

In the test situation Yaxkin was cooperative and attempted all presented tasks. His eye contact was adequate although he sometimes looked off or around the room. Yaxkin was easily redirected back to the task at hand. On the third test date Yaxkin was tested in the afternoon and appeared tired, yawning frequently. He leaned out of his seat and was somewhat more difficult to engage on this last test date. He appeared to understand most task requirements after explanation and demonstration. When he was unable to do a task it was discontinued and he was presented with another measure.

### PREVIOUS TEST FINDINGS:

When assessed at the age of three it was estimated that Yaxkin's cognition represented an area of some delay. He was able, however, to demonstrate foresight in problem solving and demonstrated an awareness of object concept as shown on matching and puzzle tasks. On the Vineland Adaptive Behavior Scale average skills were indicated in the area of daily living skills with moderately low socialization skills and a relative need in the communication domain. On both the SCQ and the ASRS relative needs were demonstrated in areas of social communication, peer socialization and social-emotional reciprocity.

### CURRENT RESULTS:

Validity statement: The tests used in this assessment have been validated for the purpose for which they have been used and the results are regarded as fair estimates of students' levels of functioning. These tasks, however, are dependent on imitation and the ability to follow directions which are challenges faced by students with ASD. As a result, these scores may be impacted and minimal estimates of the Yaxkin's true ability levels.

### TEST FINDINGS:

Cognition:

**DIFFERENTIAL ABILITIES SCALE 3RD EDITION - DAS-II - Early Years**

| Subtests | Standard Score | T-Score | Percentile |
|---|---|---|---|
| Verbal | 51 | | .1 |
| Verbal Comprehension | | 15 | <.1 |
| Naming Vocabulary | | 27 | 1 |
| Nonverbal Reasoning | 68 | | 2 |
| Picture Similarities | | 29 | 2 |
| Matrices | | 32 | 4 |

CONFIDENTIAL

YZ,MYR0002
Exhibit 1LL
White Decl. ISO Disney's SJ Motion P.0714

CONFIDENTIAL
Yaxkin Zavala
3

| | | | | |
|---|---|---|---|---|
| Spatial | | 65 | | 1 |
| Pattern Construction | | | 38 | 12 |
| Copying | | | 19 | .1 |

*Mean Standard Score 100, Standard Deviation +/-15; Mean T-Score 50, Standard Deviation +/-10; Mean Scaled Score 10, Standard Deviation +/-3.

The <u>Differential Ability Scales</u> is an individually administered test battery that measures a range of abilities associated with academic potential. It is a useful tool for providing a general classification of a student's ability level, including their learning strengths and weaknesses. The DAS – Early Years Scale was developed to assess these abilities in younger students.

Yaxkin was administered the two verbal tasks of the DAS to gain further information about these skills when compared to same age peers. Yaxkin's overall score reflects his relative need in this area. He was asked to follow directions on the Verbal Comprehension subtest such as "give me the dog" with an array of figures in front of him. He was able to follow such directives but was challenged on more complex ones such as "give me all the animals." On the Naming Vocabulary test Yaxkin was asked to label provided pictures and was able to name a number of familiar pictures. This is an area of significant improvement for Yaxkin since he was last assessed.

On the Nonverbal Reasoning scale of the DAS Yaxkin's overall score was in the below average range which, again, may be a minimal estimate of his true abilities due to challenges with understanding and following directions. On the Picture Similarities task he was asked to place a picture card under another with which it was paired. Yaxkin was able to match similar pictures and demonstrated emerging associative reasoning skills pairing, for example, a helicopter with an airplane. On the Matrices task, he was asked to point to a picture that would complete a pattern. This pointing response was demonstrated to Yaxkin and clarified by asking him to "show me" and to "put your finger" on the picture. He was able to complete simple patterns, indicating that a red balloon, for example, would go with other red balloons.

On the Spatial scale of the DAS Yaxkin's overall score is also in the below average range with emerging skills demonstrated. He showed a relative strength on the Pattern Construction subtest in which he was able to copy block patterns from a model and also from a picture. He demonstrated good part-to-whole reasoning on this task and referred back to the presented picture as he copied it, earning a borderline score. On the Copying task, Yaxkin initially scribbled when asked to copy a line, but then was able to copy the examiner's demonstration of other lines. He imitated a circle and a plus sign, holding the pencil in a fisted grip in his right hand.

Yaxkin was also administered informal measures of cognition, similar to those given to him three years ago. He again demonstrated his strong matching skills on shape sorter and puzzle tasks. He demonstrated foresight by first looking at the puzzle piece or shape and matching it to its corresponding hole. Yaxkin now demonstrates the ability to discriminate size. He easily assembled stacking rings and used a trial and error approach to nest cups of decreasing size. Yaxkin also easily sorted colors into corresponding cups. He did not count items when prompted, although his teacher notes that he can do this in the classroom.

CONFIDENTIAL

YZ,MYR0003
Exhibit 1LL
White Decl. ISO Disney's SJ Motion P.0715

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

CONFIDENTIAL
Yaxkin Zavala
4

### DIFFERENTIAL ABLITY SCALES - Diagnostic Subtests

| | T Score | Percentile |
|---|---|---|
| Early Number Concepts | attempted | |

*Mean Standard Score 100, Standard Deviation +/-15; Mean Scaled Score 10, Standard Deviation +/-3.

The Early Numbers Concept test of the DAS Diagnostic Scales was attempted with Yaxkin. This subtest measures the student's understanding of quantitative terms. When he was unable to indicate the "biggest shovel" in an array, this subtest was discontinued and not scored.

### BEERY DEVELOPMENTAL TEST OF VISUAL MOTOR INTEGRATION

| | Standard Score | Percentile |
|---|---|---|
| Visual Motor | 72 | 4 |

*Mean Standard Score 100, Standard Deviation +/-15;

Yaxkir was administered the VMI test on which he was first asked to imitate the examiner by drawing lines into provided boxes. Yaxkir drew a cross when asked to draw a vertical and then a horizontal line. He did not initially imitate a circle but then demonstrated his ability to do so. Yaxkin did not copy provided lines from a picture, however, without demonstration. While his resultant score on the VMI reflects an area of need, his performance also demonstrated his emerging paper and pencil and imitative skills.

Adaptive Behavior:

### VINELAND ADAPTIVE BEHAVIOR SCALE

| | Standard Score | Percentile |
|---|---|---|
| Communication | 69 | 2 |
| Daily Living Skills | 68 | 2 |
| Socialization | 71 | 3 |
| Motor Skills | 70 | 2 |

Yaxkir's teacher completed the Vineland Scale to assess areas of adaptive behavior. This scale consists of a number of statements to which the respondent notes the frequency of the observed skill or behavior. Sub-domain scores are then obtained, which are combined into overall domain scores. It should be noted that this scale was completed after only two weeks in the classroom so his teacher's familiarity with Yaxkin was somewhat limited. Yaxkin's scores on the Vineland reflect functioning generally commensurate with cognition. As rated by his teacher Yaxkir demonstrates a personal strength in his written language with emerging reading skills. His overall Communication skills continue to reflect an area of challenge.. His lower score on the Daily Living Skills subdomain reflects some ongoing needs in the areas of academics and school community skills. His personal daily living skills are an area of personal competence. He can toilet and eat independently although he drinks out of a sippy cup brought from home. Yaxkin's lower score on the Socialization scale compared to the one obtained three years ago on the Vineland-Survey Form may reflect the differing questions on the Teacher Form. Also a factor is that the social skills are expected to improve and keep pace as students grow when compared to same age peers. While Yaxkin does not demonstrate age-level socialization skills at this time, this has been an area of significant growth for him as his use of language has

CONFIDENTIAL

YZ,MYR0004
Exhibit 1LL
White Decl. ISO Disney's SJ Motion P.0716

CONFIDENTIAL

Yaxkin Zavala

5

increased. He is more interested in others and able to engage and to share enjoyment. Yaxkin plays next to other students and will share and take turns when directed to do so. His coping skills at school are another area of personal strength. He transitions easily between activities and usually follows adult directions. Yaxkin sometimes will say "no" and initially not comply, but can be redirected. Yaxkin's gross motor skills as reflected on the Motor scale are within age expectations. His fine motor skills are emerging but are an area of relative need due to his challenges with pencil and paper skills. Yaxkin was able to manipulate small items, however, during testing.

## AUTISM SPECTRUM RATING SCALE (ASRS)

| Scale | Classroom Teacher: T Score/Range | Index/Scale Description |
|---|---|---|
| **ASRS** | | |
| Social/Communication | 67 Elevated | Has difficulty using verbal and non-verbal communication appropriately to iniate, engage in and main social contact. |
| Unusual Behaviors | 54 Average | No problem indicated. |
| ASRS Total | 62 Slightly Elevated | Behavioral characteristics associated with Autism Spectrum Disorder |
| DSM-IV TR | 66 Elevated | Symptoms related to DSM criteria for Autism Spectrum Disorder |
| **Treatment Scales** | | |
| Peer Socialization | 70 Very Elevated | Has limited willingness and capacity to engage in activities that develop and maintain relationships with other children. |
| Adult Socialization | 64 Slightly Elevated | Has limited willingness and capacity to engage in activities that develop and maintain relationships with adults. |
| Social/Emotional Reciprocity | 63 Elevated | Has limited ability to provide an age-appropriate emotional response to another person In a social situation |
| Atypical Language | 79 Very Elevated | Spoken communication may be unconventional, unstructured and repetitive. |
| Stereotypy | 50 Average | No problem indicated. |
| Behavioral Rigidity | 55 Average | No problem indicated. |
| Sensory Sensitivity | 45 Average | No problem indicated |
| Attention/SelfRegulation | 54 Average | No problem indicated. |

Mean T-Score 50, Standard Deviation +/-10

Yaxkin's teacher was also asked to complete the ASRS rating scale to determine areas of need in the classroom. As reflected on this scale, completed after three weeks of school, Yaxkin demonstrates relative needs in the areas of peer socialization and atypical language. These scores were in the "very elevated" range on these subscales of the ASRS. Yaxkin "rarely", for example, shows good peer interactions and "frequently" chooses to play alone, although in parallel play. His score in the area of adult socialization also reflects an

CONFIDENTIAL

YZ,MYR0005

Exhibit 1LL

White Decl. ISO Disney's SJ Motion P.0717

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

CONFIDENTIAL

Yaxkin Zavala

6

area of relative need and in the "slightly elevated" range. He "frequently" has challenges talking to both adults and children and "rarely" starts conversations with others. His teacher's rating in the area of social/emotional reciprocity also reflects an area of challenge for Yaxkin Although these areas of need are noted, also reflected on this rating scale is the significant growth in Yaxkin's language and socialization skills since his initial evaluation. He is now able to use language to communicate, can follow simple directions and responds when spoken to by others. He is also more able to engage with others and to share enjoyment.

Yaxkin's mother also notes the growth he has made in his language, socialization and behavior since he was first assessed. She credits his ABA therapists who have supported this growth, as well as the program at Burbank Preschool. Now that his language is improved, she would like for Yaxkin to be better able to share his experiences at school with her and with his ABA therapists. She is also hoping that he may be able to communicate with school staff what he has done after school and on the weekends.

SUMMARY:

Yaxkin is now a kindergarten student in the K-2 Autism SDC at Burkhalter. He was reassessed for the triennial review of his eligibility and placement. Test findings from the DAS reflect a range of scores for Yaxkin. His performance on some measures was impacted by challenges with imitation and understanding of task requirements. His below average scores may be a minimal estimate of his true potential and his emerging skills in many areas are noted. Yaxkin's performance on a block design task was within borderline limits and an area of relative competence. His ability to copy on two administered paper and pencil tasks was below age expectations but his emerging imitation and copying skills were noted. He also was challenged on a task of following verbal directions. Yaxkin demonstrated an emerging pointing or "show me" response on several tasks. Yaxkin's adaptive behavior, based on observations during his first three weeks in kindergarten, is generally commensurate with his cognition. Yaxkin's academics are an area of emerging competence with early reading skills demonstrated. Yaxkin's personal daily living skills are another area of personal strength. Yaxkin has adjusted well to his new classroom, is able to follow the classroom routine and easily transitions between activities. Yaxkin's coping skills are another area of growth. While he is sometimes initially noncompliant with requests, he is easily redirected and will follow adult directions. Yakzin's peer interactions and social-communication skills continue to indicate areas of need but have also been areas of notable growth for Yaxkin since his initial evaluation.

Yaxkin continues to meet eligibility criteria under the designation of Autism due to his challenges in areas of social-communication and social interaction. He will benefit from continued placement in a program that can address his interpersonal and social communication needs.

Recommendations:

Continue to present Yaxkin with tasks that require imitation or copying an adult's action - such as reproducing a presented pattern, copying on a paper and pencil task, etc.

Continue to foster Yaxkin's peer interactions on tasks that require turn-taking, sharing, etc. Provide opportunities for cooperative play at school and at home.

CONFIDENTIAL

YZ,MYR0006

Exhibit 1LL

White Decl. ISO Disney's SJ Motion P.0718

CONFIDENTIAL

Yaxkin Zavala

7

Provide Yaxkin with tasks for which he is asked to "show me" a response, such as pointing to a matching picture.

Provide Yaxkin with association tasks where he is asked, for example, to pair pictures that belong to the same category - vegetables, vehicles, birds, etc.

Yaxkin may enjoy helping with sorting tasks at home such as putting the dark socks in one pile and the whites in another, helping to put silverware away, etc.

Yaxkin may benefit from a communication book that goes between school and home. This book could include a brief summary and/or pictures that indicate his schedule and experiences for the day.

In the future, Yaxkin may benefit from increased opportunities to interact with regular education peers as well as mainstreaming with support, as appropriate.

CONFIDENTIAL

YZ,MYR0007

Exhibit 1LL

White Decl. ISO Disney's SJ Motion P.0719