# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "14"

DOGALI LAW GROUP, P.A.

Thanks,

Mark Jones
Svcs for Guests w/Disabilities,
Disneyland & Walt Disney World

-this message composed on my BlackBerry-


**From**: Jones, Mark
**Sent**: Saturday, June 15, 2013 08:03 AM
**To**: Hale, Greg; Cardinali, Jay; Minnick, Bob; Appleton, Betty
**Cc**: Hogan, Maureen
**Subject**: Recap: GAC/DAS Work Sessions for Park Ops


Good morning everyone. I wanted to provide this recap of the Park Operations meetings on Thursday and Friday of this week related to the GAC/DAS service. Overall, I felt the sessions were productive and having everyone in one room was definitely the way to go (versus phone calls or VTC). At the meetings, 5 of the 6 domestic Ops GM's were present (only one missing was Tim Sypko from DAK) along with representatives from Park Ops LOB and selected WDW & DLR area/operations managers including Jenny Sweetman and Kappy Thorsen from DLR. Alison and Todd were the moderators and said they would be sending out and providing an 'official' summary of the meetings but I'm not sure if everything will be captured in those notes. Items of significance for each of you...


-<u>Name of the new program as decided by group</u>: Disability Access Service (or "DAS")

-<u>Name of the organization-specific (Give Kids the World and Make A Wish) cards providing "green light access"</u>: Disney Wishes


-DAS cards would only be issued by theme park Guest Relations to Guests with non-apparent disabilities who expressed a need for some type of service that allowed them to not physically wait in a lengthy line at attractions

-Guests with an apparent disability (wheelchair, ECV, cane, crutches, walker) would not be issued a DAS card unless they, in addition to their apparent disability, had a non-apparent one that did not allow them to physically wait in a lengthy line

-Disney Wishes cards (green light) would be issued as they are today (GKTW would issue cards from the Kids Village in Kissimmee; Make A Wish would have cards issued by DLR Guest Relations at the Wish Lounge at DL); these cards would be branded to these organizations (would have their organization's name on it) and these 2 organizations would be the ONLY ones with the ability to issue these cards

-In addition to the DAS card, Guests visiting the parks with non-apparent disabilities (including Autism) would be encouraged to use the standard FastPass process and standby queues (there would be no other alternatives for these Guests)

**Confidential**                                                                                      **Disney-AL1024578**

**Exhibit 14**            1264

-"Stroller As Wheelchair" tags would be used at both sites for this type of accommodation

-Guests just needing front row seating at shows/attractions would be handled locally by the attractions (they would not have a card of any sort)

-The DAS program/cards would only be used at those locations which generally sustain an average of a 30 minute wait; impacted attractions and exactly when each day the DAS cards would begin being used (at start of day, only when standby wait hits 30 minutes, etc.) is still being debated and each site is being asked to work on figuring this out

-DAS will be about the size of a pamphlet (4 x 10ish) and should be able to be folded (much like a golf score card). Will include the following on it... color photo of Guest (lots of debate on this because it requires purchase of new printers for each location including GKTW), tracking item(s) of some sort (bar code, serial number, place to write in Magic #), Guest name, dates of visit (no more than 7 days), party size (group wants to keep it to 6 but are okay with larger sizes per leader approval at Guest Relations), a brief explanation of the card itself, and then approx 25-30 blank lines to be filled in by the attractions. If/when a Guest "fills up" a card, they would need to return to Guest Relations to get a new one. Most felt that 25-30 blank lines on the card would last the average Guest, based on conditions, at least 3-4 days

-Guests not wanting their photo on the DAS card would need to present photo ID at each attraction to validate who they are

-There is a plan to handle Guests who are unable to explain their service need (Autism, etc) or need a parent to be the one on the DAS card because they are under age. In these situations, the DAS card will be made out to the parent (photo of the parent also) and Guest name line will include a "on behalf of" mention.

-At each location using the DAS card (as mentioned, the when and where still being debated), Guests would show the card to the Cast Member at, likely, greeter or FP return, who would fill out the current time of day, the current wait time, and when the Guest should come back (posted wait time minus 10 minutes)

-Guests can only get a new line item/attraction added to their DAS card when the previous one has been fulfilled/crossed out (one can't get multiple DAS entries at once)

-At those locations where the queue is not accessible (23 at Disneyland Park, 8 at MK, and a few others at the other 4 parks), Guests with an apparent disability (i.e. in a wheelchair, etc.), since they generally would not have a DAS card, would be issued a "return card" that is attraction specific and would be filled out with the current time, posted wait time, and when the Guest should come back (posted wait time minus 10 minutes)

-Group definitely feels additional labor out in the areas will be needed (at least for the first few months) to make the DAS program work

-Group okay with the idea of mentioning/marketing the availability of the DAS service on the website and in collateral if the feeling is it will help us be more transparent

-Group is worried about the initial transaction time at Guest Relations (which includes explaining the new service, taking the Guest's picture, entering/scanning the information in the Magic system, and answering questions) and, at attractions, where Guests may decide to congregate while waiting for their return time

to arrive

-Many other nuances/unique circumstances/operational needs were also addressed/discussed

WSA/SGD's Continued Concerns That Were Not Addressed (Greg, these are the items that I definitely recommend you elevate):

-Park Ops (Alison in particular) continues to state "there is no appetite to give any internal partners/individuals the ability to issue any kind of service or green light card beyond what has already been discussed". Bottom line... if we (SGD), Guest Comm, Meg/George/Michael, or Legal, based on discussions with a particular Guest, felt offering a service beyond telling the Guest to use a DAS card, regular FastPass, or standby queue was necessary, we would have NOTHING to offer

-How to handle Guests with certain types of Autism where waiting in line is not a reasonable on their disability and what our "fall back" plan might be if this becomes a bigger issue. I had even sent the Kings Island follow up piece to both Alison and Todd on Thursday evening with a note stating that it might be worth discussing for a bit in yesterday's session, however, it was not addressed at all.

If you would like clarification on anything I've mentioned above or if you have a follow up question (obviously I didn't capture everything above), let me know.

Thanks!

*Mark*

Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

Confidential                                                                                              Disney-AL1024580

Exhibit 14                                                       1266