**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "15"

DOGALI LAW GROUP, P.A.

Evidence in Support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   Case No. 15-CV-5346-CJC-E

**To:**    Jones, Mark[Mark.Jones@disney.com]; Hale, Greg[Greg.Hale@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Appleton, Betty[Betty.Appleton@disney.com]
**Cc:**    Hogan, Maureen[Maureen.Hogan@disney.com]
**From:**  Minnick, Bob
**Sent:**  Sat 6/15/2013 12:26:31 PM
**Importance:**    Normal
**Subject:**   RE: Recap: GAC/DAS Work Sessions for Park Ops

Greg;

My two cents. I would not photograph the Guest and have them sign a contract / waiver. I think that's onerous and we will likely get complaints from legitimate users that they are being unnecessarily picked upon because they have a disability.

I also agree with Mark about needing an additional tool for service recovery. Maybe rather than create a separate card, maybe we have the power to issue a Disney Wish card. For example, Maureen shared that she was contacted by a family from NY with a terminally ill child that she was able to provide a Green Light card. With the program below, we would have to send them to GTKW to get a Disney Wish card – a totally unnecessary step.

Bob Minnick; PE, CSP

Worldwide Facility and Accessibility

Office  407-827-6853

Mobile ▮▮▮▮▮▮▮▮

**From:** Jones, Mark
**Sent:** Saturday, June 15, 2013 11:55 AM
**To:** Hale, Greg; Cardinali, Jay; Minnick, Bob; Appleton, Betty
**Cc:** Hogan, Maureen
**Subject:** Re: Recap: GAC/DAS Work Sessions for Park Ops

Additional item I neglected to mention... Group was in support of requiring Guests obtaining a DAS card to sign a "contract" at GR that, amongst, other things, stated they were a person with a disability who needed this service.

**REDACTED**

Confidential                                                                Disney-AL1024577

**Exhibit 15**