**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "16"

**To:** Prihoda, Kathleen[Kathleen.Prihoda@disney.com]; Evans, Todd[Todd.Evans@disney.com]
**From:** Armor, Alison
**Sent:** Fri 11/1/2013 9:30:50 AM
**Importance:** Normal
**Subject:** RE: TIMELY - FW: reporter on deadline

Kathleen,

Responses below:

**From:** Prihoda, Kathleen
**Sent:** Thursday, October 31, 2013 4:01 PM
**To:** Evans, Todd
**Cc:** Armor, Alison
**Subject:** Re: TIMELY - FW: reporter on deadline

We can wait. When you have a chance, we are needing to know the following:

How many exceptions are we making for each site? Approximately. I would prefer to not disclose this information to the media if we can get around it. Internally, we are tracking that about 5% of guests that receive the DAS card are also receiving some number of re-ads. We are working on new methods for tracking that will be operationally easier and more holistic, though, and are continuing to refine the dialogue with the guests so I think this number could change.

Are we administering it consistently at each individual site and collectively? yes

Are we sharing practices between coasts? yes

Thanks,

**Kathleen Prihoda**
**Manager, External Communications**
**Walt Disney World Resort**
P.O. Box 10,000
Lake Buena Vista, FL 32830
Office: 407-828-1822 (8-222); Cell: 407-443-3284
**Visit our Web site @**



**Exhibit 16**

Disney-AL1017319