**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "17"

**To:** Manangu, Joan; Hogan, Maureen
**Subject:** RE: ACTION: Need your thoughts~! FW: WB from Wilson, Keith DAS Issues M3205050 F3332194

Good morning Joan and thanks for your note.  This was a topic of discussion very recently actually with Heather, Eric, and Leslie, so I would recommend you elevate it again to Heather and Leslie.  I believe your team and my team are under the same understanding that Park Ops needs (and has agreed) to honor any and all information we enter in Magic including "ongoing provisions" of readds/FP's for those who need it above and beyond the DAS card.  Please copy Maureen and I on your note and I can then add to it as we'll ultimately need to engage Alison Armor from Park Ops and her new leader to remind them of our "agreement".

Thanks!

Mark

**From:** Manangu, Joan
**Sent:** Tuesday, November 05, 2013 6:01 AM
**To:** Hogan, Maureen
**Cc:** Jones, Mark
**Subject:** ACTION: Need your thoughts~! FW: WB from Wilson, Keith DAS Issues M3205050 F3332194
**Importance:** High

Maureen and Mark,

Can you tell me if we will still be able to provide Guests with the FastPasses moving forward? There is some info being communicated to Guests who really have needs that it is a one-time courtesy.



**Highly Confidential**            **Exhibit 17**            Disney-AL1008394

Any comments on the notes in Green? I have another one I assisted Jim MacPhee will send that separately. Is ther anyone else I need to be including in these type of comments?

Please let me know.

*Joan (Martin) Manangu*
Guest Experience Services Coordinator
8-264-3251 or 407-560-3251

**From:** Manangu, Joan
**Sent:** Friday, November 01, 2013 12:16 PM
**To:** Havey, Heather L.
**Cc:** Iddings, Megan; Johanson, Eric
**Subject:** WB from Wilson, Keith DAS Issues M3205050 F3332194

Heather,

I want to make you aware of the ongoing issues Mr. Wilson is having with the DAS.

- He called me last week about problems with stroller as wheelchair at DAK, got that fixed, - CM error. This morning he left a message that he was having issues at Epcot with obtaining the assistance I set up for him.

- The week before DHS only gave him 2 Re-ads although my file for him stated 4.

- Today, he was told the re-entry passes were given once and they expired. He mentioned he spoke with Allison manager. She told him about the inconsistencies of the DAS card and not everyone knows what is going on. He wants to know if the re-entry passes expire and what he should be doing.

**Exhibit 17**

Highly Confidential

Disney-AL1008395

I called Allison - she said he was given 4 no strings today for Epcot. I explained that if the information is in the file, they should be honoring what is listed. I told her a little about his situation and she acknowledged seeing the little boy. She tells me it is a case by case basis and they are supposed to stick to the DAS as it is designed to work. She mentioned many issues with other Guests trying to get more FastPasses. They are telling them they may not be able to continue giving them the FP moving forward.

I noticed my file was marked redeemed and closed. Tried to fix, but unable to change. Again my case notes were moved to the bottom of the Magic information. However, it is still in the recovery side. She did find my original notes and assisted him. He walked off before she could finish speaking with him.

Mr. Oliver has a little boy 2.5 with extreme issues. They live here and visit daily while they wait for Oliver's next surgery in Miami.

1) I was under the impression the Guest would be able to obtain the Fastpasses / Re-Ads for each day of their visit. Seems like Guest Relations has a differing instruction.

2) I thought Guest Relations would read our file and assist with a seamless experience. Took a manager involvement to fix.

3) I also thought GR were supposed to leave the files open and not close or redeem them

I understand things have become very challenging in the parks for our Guest Relations with confrontations, etc. However, I am at a loss on what to tell him since he has been having so many issues and calls me almost weekly.

Can I tell him he should be able to obtain these FastPasses/ No Strings for each visit?

**Exhibit 17**

Highly Confidential
Disney-AL1008396

Thanks,

Joan

**From:** WDW Guest Communications
[mailto:WDW.Guest.Communications@disneyworld.com]
**Sent:** Friday, November 01, 2013 11:52 AM
**Subject:** Wilson, Keith WB Re: Email from the Walt Disney World Resort

wilson.1621@gmail.com

11/1/13 1:31 PM

20738993

Original Message Follows: -----------------------

Joan;

Was there an expiration date on getting re-entry passes. I'm at Epcot today and they say they have been redeemed and I get no more.

Thank you for your time
Keith Wilson

On Oct 11, 2013, at 9:16 AM, WDW Guest Communications <WDW.Guest.Communications@disneyworld.com> wrote:

> Reference: #M003205050

> Dear Mr. Wilson,

**Highly Confidential**

**Exhibit 17**

Disney-AL1008397

Thank you for your voice messages this morning. I am so very sorry I was on the phone at that time you called.

I just left you a voice message and wanted to assure you our Cast Members at Guest Relations will be assisting you and Oliver. I truly appreciate you taking the time to share your family's concern for the changes to our attractions access policy. I am sorry we have not had the opportunity to speak personally yet. However, in an effort make your trip more seamless, I have made arrangements to help you with your visit. Upon your arrival at any one of our Theme Parks, please bring this e-mail and a photo ID to any one of our theme park Guest Relations locations. Our Cast Members will be happy to assist you and provide you with some FastPasses, as well.

Mr. Wilson, it is my sincere hope your family's visit is filled with many happy memories.

Kindest regards,

Joan Martin

Guest Experience Services

Walt Disney World Resort

407-560-3251

3332194

-----Original Message-----

From: WDW Guest Communications [mailto:WDW.Guest.Communications@disneyworld.com]

Sent: Thursday, October 10, 2013 3:10 PM

To: Keith Wilson

Subject: Email from the Walt Disney World Resort

Dear Keith,

Thank you for your reply.

I am happy to speak with you tomorrow on the phone. If there is a good

time I can call you please let me know. My direct number is

**Highly Confidential** **Exhibit 17** Disney-AL1008398

407-560-3251.

I look forward to talking with you soon!

Kindest regards,

Joan Martin

Guest Experience Services

Walt Disney World Resort

407-560-3251

3332194

wilson.1621@gmail.com

10/10/13 5:41 PM

Original Message Follows:

----------------------

Joan;

I'm unavailable today but I wanted to make sure you knew I received your response. I will be with my son tomorrow at one of the parks. We can meet there in person or you can call my cell phone

937-935-1936

Thank you

Keith Wilson

>On Oct 10, 2013, at 8:53 AM, WDW Guest Communications <WDW.Guest.Communications@disneyworld.com> wrote:

>

>Dear Keith,

**Exhibit 17**

Highly Confidential

Disney-AL1008399

>
>Thank you for your email to Meg Crofton and so many of our Disney
>Executives about the new Disability Access Service Card Program. Your
>correspondence was forwarded to me so that I may personally respond to
>you.
>
>We truly appreciate you taking the time to share your thoughts and
>comments with us. I would welcome the opportunity to speak with you,
>but do not have your telephone number. You are welcome to send a reply
>to this message with your telephone number and the best time of day I
>can reach out to you. Typically, I am in the office Monday through
>Friday from 8:30 a.m. until 5 p.m. EST. Today, I will be out of the
>office at 4:45 p.m. My direct telephone number is 407-560-3251.
>
>Keith, I look forward to hearing from you soon.
>
>Kindest regards,
>
>Joan Martin
>Guest Experience Services
>Walt Disney World Resort

**Exhibit 17**

Highly Confidential

Disney-AL1008400

>407-560-3251

>

>

>3332194

>

>

>Sent from my iPad

>

>Begin forwarded message:

>From: Keith Wilson <wilson.1621@gmail.com>

>Date: October 10, 2013 at 1:03:32 AM EDT

>To: "Bird, Andy" <Andy.Bird@disney.com>, "andrew.bird@disney.com"

><andrew.bird@disney.com>, "garth.steever@disney.com"

><garth.steever@disney.com>, "bob.weise@disney.com"

><bob.weise@disney.com>, "robert.weise@disney.com"

><robert.weise@disney.com>, "alan.braverman@disney.com"

><alan.braverman@disney.com>, "Iden, Ronald" <Ronald.Iden@disney.com>,

>"ron.iden@disney.com" <ron.iden@disney.com>, "Mayer, Kevin (Strategic

>Planning)" <Kevin.Mayer@disney.com>, "McCarthy, Christine"

><Christine.McCarthy@disney.com>, "Mucha, Zenia"

><Zenia.Mucha@disney.com>, "Padden, Preston R."

><Preston.R.Padden@disney.com>, "dennis.shuler@disney.com"

><dennis.shuler@disney.com>, "Woodford, Brent"

**Exhibit 17**

Highly Confidential
Disney-AL1008401

><Brent.Woodford@disney.com>, "Bodenheimer, George"

><George.Bodenheimer@espn.com>, "richard.cook@disney.com"

><richard.cook@disney.com>, "Cook, Dick" <Dick.Cook@disney.com>,

>"walter.liss@disney.com" <walter.liss@disney.com>,

>"andrew.mooney@disney.com" <andrew.mooney@disney.com>,

>"andy.mooney@disney.com" <andy.mooney@disney.com>, "Rasulo, Jay"

><Jay.Rasulo@disney.com>, "james.rasulo@disney.com"

><james.rasulo@disney.com>, Anne Sweeney <Anne.Sweeney@disney.com>,

>"steve.wadsworth@disney.com" <steve.wadsworth@disney.com>,

>"steven.wadsworth@disney.com" <steven.wadsworth@disney.com>,

>"john.pepper@disney.com" <john.pepper@disney.com>,

>"robert.iger@disney.com" <robert.iger@disney.com>, Bob Iger

><Bob.Iger@disney.com>, "thomas.staggs@disney.com"

><thomas.staggs@disney.com>, "Staggs, Tom" <Tom.Staggs@disney.com>,

>"Crofton, Meg" <Meg.Crofton@disney.com>, "megan.crofton@disney.com"

><megan.crofton@disney.com>, "Weiss, Al" <Al.Weiss@disney.com>,

>"roy.disney@disney.com" <roy.disney@disney.com>, "Lasseter, John"

><jl@pixar.com>, "susan.arnold@disney.com" <susan.arnold@disney.com>,

>"susan.arneld@disney.com" <susan.arneld@disney.com>,

>"john.bryson@disney.com" <john.bryson@disney.com>, "Chen, John"

><John.Chen@disney.com>, "judith.estrin@disney.com"

><judith.estrin@disney.com>, "steve.jobs@disney.com"

><steve.jobs@disney.com>, "steven.jobs@disney.com"

**Exhibit 17**

Highly Confidential

Disney-AL1008402

><steven.jobs@disney.com>, "fred.langhammer@disney.com"

><fred.langhammer@disney.com>, "aylwin.lewis@disney.com"

><aylwin.lewis@disney.com>, "monica.lozano@disney.com"

><monica.lozano@disney.com>

>Subject: Complaint Walt Disney World

>Thomas O. Staggs?

>Chairman?Walt Disney Parks & Resorts ?

>500 South Buena Vista Street ?

>Burbank, CA 91521-4873

>

>Mr. Staggs I am writing concerning my latest trip to Walt Disney World

>and the not so Disney experience we had with the guest assistance

>card(GAC).

>

>My wife and I moved to Davenport Florida about a month ago from Ohio. We

>are in Florida for our 2 year old Oliver to have reconstructive

>surgeries on his legs. Oliver was born with bilateral tibial hemimelia

>and a bifurcation of his femur. In laymen?s terms he was born without

>his tibia?s(the weight bearing bone below your knee) and one of his

>femurs looks like a wish bone(Figure 1) These two rare conditions that

>happen separately in 1:1,000,000 live births. Together they are about

>1:3 trillion live births i.e. extremely rare and only 3 doctors

**Exhibit 17**

**Highly Confidential** Disney-AL1008403

>worldwide have a treatment option beyond amputation.

>

>FIGURE 1

>

>When my wife and I knew the options, and found that the foremost surgeon

>in the world happened to be in Miami, we decided on living close to WDW.

>We wanted to take advantage of the parks during periods away from the

>hospital so our son could enjoy himself.

>

>We are now past the first surgery that was to apply a Taylor Spatial

>Frame to Oliver?s right leg (figure 2,3,5) and have been using the

>parks. Up until now we had received a guest assistance card (GAC) and a

>tag to use the stroller as a wheelchair.

>

>During our visits over the last month we have noticed a difference in

>the way we have been treated by ride operators. Their attitudes have

>taken a not so friendly or helpful turn. Typically I would ignore it and

>move on with my life. But today they took great joy in not allowing my

>two-year-old child, who is in great pain, to wait in his stroller to

**Exhibit 17**

**Highly Confidential**　　　　　　　　　　　　　　　　　　　　　　　Disney-AL1008404

>ride the teacups. Now this may not seem like much to most people but its

>incredibly insensitive considering the very visible and painful device

>on his leg.

>

>Before the teacups we went to Buzz Lightyear, currently his favorite

>ride in Magic Kingdom. We have ridden this ride several times and knew

>what to expect. Normally we would be directed to the area where riders

>are unloading. We would pull his stroller up to the belt unload and

>quickly transfer to the ride. But not today, I would have to unload him

>near the gift shop and hold him until the staff deemed they where ready

>for us to load. As you can tell by figure 2 and 3 holding him for long

>isn?t much of an option considering the pain it causes.

>

>Figure 2

>

>Figure 3

>Now I completely understand the undertaking considering recent bad press

>with guest assistance cards, but punishing those who need it isn?t the

>way to go. I find it despicable that Disney employees find pleasure

**Exhibit 17**

Highly Confidential                                                           Disney-AL1008405

in

>this. I also find I need to put a face to this (figure 4)

>

>Figure 4

>Figure 4 shows my son Oliver, this picture was taken September 20,

2013

>after having a Taylor Spatial Frame attached to his right leg. I would

>like to point out what he is holding

>If you want to know what I would like out of this complaint, its

>simple---See figure 6.

>And Walt Disney World employees should have some sensitivity training

>towards the GAC?s. I don?t want to use it, I would much rather my son

>had two normal legs and be able to wait in line

>

>Figure 6 October 5th 10:20AM The Land EPCOT

>

>

Exhibit 17

Highly Confidential

Disney-AL1008406