# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

T.P., et al.,

    Plaintiffs,

v.

WALT DISNEY PARKS AND RESORTS U.S. INC.,

    Defendant.

Case No.: 15-cv-5346-CJC-E

Judge: Hon. Cormac J. Carney
Hearing Date: May 3, 2021
Time: 1:30 p.m.
Courtroom: 9B

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "18"

```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION

 3              Case No.:  6:14-cv-1544-Orl-22GJK

 4      . . . . . . . . . . . . . . .
                                      :
 5      A.L., by and through D.L.,    :
        as Next Friend,               :
 6      Parent and Natural Guardian,  :
                                      :
 7              Plaintiffs,           :   Orlando, Florida
                                      :   February 20, 2020
 8                   v.               :   1:32 p.m. - 3:27 p.m.
                                      :
 9      Walt Disney Parks             :
        and Resorts U.S., Inc.,       :
10                                    :
                Defendant.            :
11      . . . . . . . . . . . . . . .

12

13            TRANSCRIPT OF BENCH TRIAL, VOLUME VI
              BEFORE THE HONORABLE ANNE C. CONWAY
14                 UNITED STATES DISTRICT JUDGE

15

16      APPEARANCES:

17      Counsel for Plaintiff:

18           Anthony Anderson Benton Dogali
             Dogali Law Group, P.A.
19           401 East Jackson Street, Suite 1825
             Tampa, Florida  33602
20
             Eugene Feldman
21           Arias, Sanguinetti, Stahle & Torrijos, LLP
             6701 Center Drive West, Suite 1400
22           Los Angeles, California  90045

23           Domenick Giovanni Lazzara
             Dom Law, PA
24           1814 North 15th Street, Suite 7
             Ybor City, Florida  33605
25
```

```
 1            THE COURT:  Defendant Exhibit 88 will be received.
 2            MS. HAIDOSTION:  Thank you, Your Honor.  May I
 3    approach?
 4            THE COURTROOM DEPUTY:  Exhibit 88 was marked as the
 5    article on autism.  So this would actually be 89.
 6        (Defendant's Exhibit No. 89 received in evidence.)
 7            THE COURT:  Go ahead.
 8            MR. DOGALI:  Plaintiff calls Helen Rosemurgy,
 9    Your Honor.
10            THE COURTROOM DEPUTY:  Please just walk over to the
11    witness stand.
12            Please remain standing and raise your right hand.
13                         HELEN ROSEMURGY
14    was called as a witness and, having first been duly sworn,
15    testified as follows:
16            THE WITNESS:  Yes.
17            THE COURTROOM DEPUTY:  Please have a seat.
18                        DIRECT EXAMINATION
19    BY MR. DOGALI:
20    Q.   Can you state your name, please, ma'am.
21    A.   Helen Rosemurgy.
22    Q.   And where do you live?
23    A.   I live in Seffner, Florida.
24    Q.   Before I ask any more, do you have some concerns about
25    testifying today?
```

1  **A.**  I do.

2  **Q.**  What are those?

3  **A.**  I am very concerned that my son will be retaliated against

4  and that his accommodations will be removed. I have stage 4

5  ovarian -- metastatic ovarian cancer right now. Disney -- we

6  love Disney. And that's our happy, special place. And -- yes.

7  **Q.**  You are the parent of a son with autism?

8  **A.**  Yes.

9  **Q.**  How old is he?

10  **A.**  He's 24.

11  **Q.**  Did you have occasion to take him to the Disney theme

12  parks in the Orlando area before the DAS?

13  **A.**  Yes.

14  **Q.**  And have you done so since the DAS?

15  **A.**  Yes.

16  **Q.**  Approximately how many times?

17  **A.**  An approximate guess would be maybe 20 times.

18  **Q.**  And on those occasions -- on how many of those occasions

19  did your party receive 10 readmission passes for each member of

20  the party?

21  **A.**  Initially, when it first happened, we received 5. And it

22  wasn't working, and then we received 10 relatively -- within

23  probably the first couple of visits of trying it.

24  **Q.**  So after the first couple of the 20 visits, you started

25  receiving 10 and have ever since?

**Exhibit 18**

```
1    A.    Yes.
2              THE COURT:  Counsel, you don't have to repeat her
3    answer.
4              MR. DOGALI:  I'm sorry?
5              THE COURT:  Please don't repeat her answer.
6              MR. DOGALI:  I apologize, Your Honor.
7    BY MR. DOGALI:
8    Q.    Have you also been to Disneyland in California?
9    A.    Yes.
10   Q.    When?
11   A.    In September of 2018.
12   Q.    Did you also receive 10 readmission passes there for each
13   member of your party?
14   A.    Yes.
15   Q.    How frequently have your recent visits been to Disney
16   World?
17   A.    Every two weeks we try and go.
18             MR. DOGALI:  I don't have any more questions,
19   Your Honor.
20             MS. HAIDOSTION:  No questions, Your Honor.
21             THE COURT:  You may be excused.
22             MR. DOGALI:  Your Honor, Plaintiff calls Cheri
23   Maxwell.
24             THE COURTROOM DEPUTY:  Ma'am, if you would please
25   raise your right hand.
```

1  **C E R T I F I C A T E**

2       I certify that the foregoing is a correct transcript from

3  the record of proceedings in the above-entitled matter.

4

5  February 20, 2020

6

7       s\  Nikki L. Peters
   Nikki L. Peters, RPR, CRR, CRC
8  Federal Official Court Reporter
   United States District Court
9  Middle District of Florida

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25