**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|        Plaintiffs, | )  Case No.: 15-cv-5346-CJC-E |
|     v. | ) |
| | )  Judge:  Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | )  Hearing Date:  May 3, 2021 |
| | )  Time: 1:30 p.m. |
|     Defendant. | )  Courtroom: 9B |
| _____/ | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "20"

DOGALI LAW GROUP, P.A.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


Case No. 2:15-cv-05346-CJC-E

- - - - - - - - - - - - - - - - - -X
T.P. by and through S.P.,          :
as next friend, parent, and        :
natural guardian, et al.,          :
             Plaintiffs            :
                                   :
VS                                 :
                                   :
Walt Disney Parks and              :
Resorts U.S., Inc.,                :
             Defendant             :
- - - - - - - - - - - - - - - - - -X




Videotaped deposition of

L.A.

taken via videoconference before Clifford Edwards,

Certified Shorthand Reporter and Notary Public, on

February 3, 2021, at 10:06 a.m.


**Exhibit 20**

February 03, 2021

```
1   A P P E A R A N C E S:    (all via videoconference)

2

3   ON BEHALF OF THE PLAINTIFFS:

4   BARBARA UBEROI, ESQ.
    DOGALI LAW GROUP, P.A.
5   19321 US Hwy 19 North, Suite 301
    Clearwater, Florida  33764
6   buberoi@dogalilaw.com

7

8   ON BEHALF OF THE DEFENDANT:

9   KERRY ALAN SCANLON, ESQ.
    JULIE H. McCONNELL, ESQ.
10  McDERMOTT WILL & EMERY LLP
    500 North Capitol Street, NW
11  Washington, D.C.  20001
    kscanlon@mwe.com
12  jmcconnell@mwe.com

13

14  ALSO PRESENT:      GAYLE ASHTON, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

**Exhibit 20**

February 03, 2021

```
 1              INDEX OF EXAMINATION

 2                                              PAGE

 3  DIRECT EXAMINATION BY MR. SCANLON               7

 4

 5              INDEX OF EXHIBITS

 6

 7  Defendant's Exhibit                          PAGE

 8

 9  LA No. 1, Bates No. 3P-TJA-000319-2018-05-21

10          Cresskill Public Schools IEP for

11              T.J.A.                            79

12  LA No. 2, Six Flags 2015 Accessibility

13          Guide - Equal Access Pass           107

14  LA No. 3, Plaintiff's Response to Disney's

15          First Interrogatories               120

16  LA No. 4, TJA FCHR Complainant Answers       133

17  LA No. 5, DisneyCA-TP0132095 - TJA_LA

18          Entitlement Report, August 21,

19          2014 Visit                          215

20  LA No. 6, TJA, LA 0067-0079 - WDW Trip

21          Photos                              225

22  LA No. 7, 3P-TJA-000543 - 2011-04-12

23          Cresskill Public Schools, IEP

24          for TJA                             240

25
```

**Exhibit 20**

February 03, 2021

```
1                    INDEX OF EXHIBITS

2                        (continued)

3

4    Defendant's Exhibit                        PAGE

5

6    LA No. 8, 3P-TJA-000424 - 2014-05-13 -

7            Cresskill Public Schools,

8            IEP for TJA                        244

9    LA No. 9, 3P-TJA-000439 - 2014-05-13 -

10           Cresskill Public Schools, TJA

11           Present Level of Performance       250

12   LA No. 10, 3P-TJA-000067 - 2014-06-11 -

13           Ghacibeh, Neurology Office Notes   259

14   LA No. 11, 3P-TJA-000064 - 2014-09-30 -

15           Ghacibeh, Neurology Office Notes   261

16   LA No. 12, 3P-TJA-000299 - 2015-12-09 - IEA   275

17

18   (Reporter's Note:  Exhibits marked remotely and

19   forwarded to US Legal Support for production.)

20

21

22

23

24

25
```

**Exhibit 20**

1        Q      Okay.  And where else do you travel with

2    your sister and her family besides Grenada?  That's

3    how we got started on this.

4        A      Those have been the only trips in -- you

5    know, we'll do a trip a year and those have been it.

6    Prior to that there have been others.  I don't know

7    how far you're referring to.

8        Q      Okay.  So prior to the Grenada trips, did

9    you usually take a trip at Christmas break?

10       A      No.

11       Q      Okay.  When -- when did you go other

12   places prior to Grenada?

13       A      Those would be the trips to California

14   and -- mostly California we did in probably another,

15   like, five consecutive years.

16       Q      Which five consecutive years?

17       A      Again, I don't remember the dates.  I

18   don't -- I can't speak truthfully without looking at

19   a calendar or a photo to know exactly what year.

20       Q      But is it -- is it -- was it roughly the

21   five years before you started going to Grenada?

22       A      Yes.

23       Q      Okay.

24       A      Well, there was that one year in between

25   California and Grenada that we went to Florida.

**Exhibit 20**

February 03, 2021

1      Q     Right.  And you're --

2      A     And --

3      Q     -- referring to the trip that you went to

4    Florida in 2014 where you visited Walt Disney World?

5      A     Yes.

6      Q     Okay.  And you also went to other places

7    on that trip in Florida; right?  South Florida?

8      A     One other place, yes.

9      Q     What was that one other place?

10     A     Delray Beach.

11     Q     And where did you stay at Delray Beach?

12     A     My cousin has a condominium.  We stayed

13   there.

14     Q     And how is -- how are you related to this

15   person -- this cousin?

16     A     It's my mom's sister's son.

17     Q     Okay.  And on that trip did your sister

18   and her family go with you?

19     A     No.

20     Q     Okay.  Did you all stay at this one

21   condominium -- the people that were there, plus your

22   cousin and her family -- or his family?

23     A     My cousin wasn't there.  We just stayed

24   at his place.

25     Q     Okay.

**Exhibit 20**

February 03, 2021

1      A     Yes and the tradition of going to Disney

2   and -- yes.

3      Q     And so for these five or 10 years when

4   you were taking these trips to California --

5      A     Uh-huh.

6      Q     -- that would have been -- I mean,

7   your -- both of your sons would have been born

8   during that period; right?  They would have been

9   around?

10     A     No.

11     Q     No?

12     A     The one five to 10 years or the ones when

13  I was a little girl?

14     Q     The -- the five to 10 years?

15     A     Oh.  Yes, my kids were there.

16     Q     Sure.  Okay.  I just wanted to confirm

17  that.

18            Because -- because it would have been

19  2003 going back to 1995 or something like that.

20  Approximately those times; right?

21     A     So my --

22     Q     I'm sorry, 2013 going back to 2003 or

23  something?

24     A     Again, I -- I don't know the dates

25  offhand but the boys have been going since they were

**Exhibit 20**

February 03, 2021

1   little.

2       Q     Okay.  And would they typically go

3   because of this August trip to Palm Springs or did

4   you take them to Disneyland on other trips?

5                   MS. UBEROI:  Object to form.

6   BY MR. SCANLON:

7       Q     Go ahead.

8       A     I don't understand your question.

9       Q     Are all the trips that you took your boys

10  to Disneyland on -- did they come from one or -- one

11  of these trips to Palm Springs?  Or did you take

12  them to Disneyland at other times of the year other

13  than these August trips when you were in Palm

14  Springs?

15      A     Okay.  So the majority of the Disney

16  trips were from our trips to California, whether it

17  be Palm Springs or San Diego because for a couple

18  years we were at San Diego.

19              Prior to that, yes, we took the kids to

20  Florida when they were younger, like -- probably,

21  like, three and four and five years old before we

22  started going to California.

23      Q     And your -- is  T.J.A.  your younger son?

24      A     Yes.

25      Q     So how old was he when you went to

**Exhibit 20**

February 03, 2021

```
 1   this.

 2       Q     Okay.  But if you went to California for

 3   five or 10 years, how many of those years would you

 4   have gone to Disneyland?  What was --

 5       A     Every year that I went to California we

 6   went to Disney.  There was never a year we went to

 7   California that we didn't go to Disney.

 8       Q     Okay.  And did you ever stay overnight

 9   when you were coming -- driving from Palm Springs?

10   Did you ever stay overnight at Disneyland?

11       A     Almost every time, yes.

12       Q     Okay.  How long would you typically stay

13   overnight?  Like, was it one night or two or what?

14       A     It was normally one night.  There was a

15   year we stayed two because we won something at

16   Disney that allowed us to stay for a second night.

17   But mostly just one night.

18       Q     And did you typically spend one day in

19   the park or did you spend a day and a half in the

20   park or two days?

21       A     We spent one day at Disney theme park and

22   one day at California Adventure.

23       Q     And when you went to Orlando -- you

24   mentioned when the kids were really young, how many

25   days would you typically spend in the park on those
```

**Exhibit 20**

February 03, 2021

```
 1      A     I'm sorry?

 2      Q     How many people go to this park -- this

 3  Six Flags park on a given day?

 4                MS. UBEROI:  Objection to form.

 5      A     People in my family?

 6  BY MR. SCANLON:

 7      Q     No, people in general.  How --

 8      A     I -- I have no idea.  I don't know.

 9      Q     Well, you're a -- you've been going to

10  Disney parks for a long time and you've said

11  you've --

12      A     I -- I --

13      Q     -- been to Legoland --

14      A     -- wouldn't be able to answer.

15      Q     -- with other people.

16      A     Well --

17      Q     Do you have any idea how many people go

18  to Disney World on a crowded day in the summer?

19                MS. UBEROI:  Object to form.

20      A     I -- I have no idea.  I don't know.

21  BY MR. SCANLON:

22      Q     Do you have any idea how many -- you

23  don't have any idea how many people there are at

24  Disney World?

25                MS. UBEROI:  Object to form.
```

**Exhibit 20**

February 03, 2021

1    I can't tell you if it's thousands, hundreds of

2    thousands or hundreds, I don't -- I don't know.

3              Were we the only ones there?  No.  There

4    were definitely other people there, but I guess

5    because it's not an issue for me, I don't know.

6    BY MR. SCANLON:

7         Q     What did you do prior to your trip to

8    Walt Disney World in 2014, if anything, to learn

9    about the procedures -- the ride procedures there?

10        A     So again, I didn't do anything prior to

11   that trip because I was there the year before.  I

12   never -- and because of the amount of times I've

13   been to Disney, I thought I knew the procedure and

14   didn't know that that procedure had changed --

15        Q     Ma'am, I'm asking you --

16        A     -- from my last trip.

17        Q     I'm asking you about the trip to Walt

18   Disney World in Florida in 2014.

19        A     Okay.

20        Q     What did you do prior to that trip?  You

21   said you'd been there the year before?

22              MS. UBEROI:  Objection to form.

23        A     I've been to Disney --

24              THE WITNESS:  Sorry.

25        A     I've been to Disney for so many years

**Exhibit 20**

February 03, 2021

1    beforehand?

2        A    Right.  Because I was at Disney -- in my

3    opinion again, two of the same -- just the prior

4    year.

5                    I never had an issue with Disney up until

6    there.  So I never -- I didn't need to investigate

7    it.  In my opinion, I thought I knew the procedure

8    of what to do when you have a child with a

9    disability.

10       Q    Uh-huh.  So you -- you -- were you

11   aware -- so I take it you -- you -- you don't recall

12   being aware that they had adopted a new system at

13   Disney?

14       A    Correct.  I --

15       Q    At Disney World because of -- because of

16   DAS -- this new system called DAS?

17       A    I didn't know prior to arriving.

18       Q    Okay.  And you didn't try to -- you

19   didn't -- as I said, you didn't know about it and

20   you didn't -- you didn't try to find out anything

21   about it; correct?

22                    MS. UBEROI:  Object to form.

23       A    I didn't know about it and I didn't find

24   out about it until I got there.

25

**Exhibit 20**

February 03, 2021

1   BY MR. SCANLON:

2       Q     Okay.  Okay.

3             So tell me this:  Why is it that in your

4   sworn interrogatory answers -- answer eight -- you

5   said, "Disney World, August 2014.  We had heard

6   about the changes so we looked at the website and

7   also called Disney to inquire."

8             That's what you said in your

9   interrogatory answers.  And you've just denied that

10  under oath.

11      A     I still deny it.

12      Q     Okay.

13      A     Because --

14      Q     So you are --

15      A     Prior to my --

16      Q     Hold on.  I'm asking the questions,

17  ma'am.

18      A     Sure.

19      Q     So that statement in your sworn

20  interrogatory answers is false; is that what you're

21  saying?

22      A     If that's what it says, I -- if you want

23  the pull it up on the screen.

24      Q     Sure.

25      A     It would be false.

**Exhibit 20**

February 03, 2021

```
 1        A     Right.

 2        Q     Under oath.  Do you see that?

 3        A     Yes, I see it.

 4        Q     Okay.  Okay.

 5              Do you -- do you take an oath lightly,

 6   ma'am?  When you swear to tell the truth do you take

 7   that lightly?

 8        A     No.

 9        Q     Okay.  Are you -- did you take it

10   seriously when you took the oath this morning?

11        A     Sure.  Yes.

12        Q     You understand what perjury is; correct?

13        A     Yes.

14        Q     Okay.  And there's something else false

15   in this interrogatory answer, isn't there, about

16   whether or not you were told anything at Epcot that

17   first day on August 20th about DAS.

18                   MS. UBEROI:  Object to form.

19   BY MR. SCANLON:

20        Q     Right?

21        A     So to my knowledge right now, Epcot was

22   where I was told about the new pass.

23              Prior to Epcot -- and I think maybe

24   that's what I'm referring to here -- we stayed at

25   the Disney hotel.  And when we got to the hotel I
```

**Exhibit 20**

February 03, 2021

 1    spoke to someone at the hotel about getting a pass

 2    for T.J.A. -- my son has autism -- and she informed me

 3    that I had to go to the park to get that done.  It's

 4    not something that they can assist with at the

 5    hotel.

 6              And that may be where it said that she

 7    told me it's a case by case basis.  I honestly don't

 8    remember looking at a website or having knowledge to

 9    the change prior to getting to Florida.

10        Q    Well, yeah, this clearly says that you

11    did and you've said that it's false because that

12    didn't -- never happened.

13              Let's -- let's ask about this first

14    conversation when you went to Epcot on the 20th.

15        A    Okay.

16        Q    First of all, you flew down there that

17    same day; right?

18        A    Yes.  Uh-huh.

19        Q    So what time would you have to get up in

20    the morning to make a 6 a.m. flight from JFK?  What

21    time would you have to get up?

22        A    I don't remember.  And I don't remember

23    what airport I left from that day.

24        Q    Well, assuming it was JFK, and I can show

25    you that it was part of your expenses or your

**Exhibit 20**

February 03, 2021

```
 1                MS. UBEROI:  Object to form.
 2   BY MR. SCANLON:
 3        Q    They explained the differences -- they
 4   explained to you the differences which you already
 5   knew because you went on the website and you called
 6   them.
 7                But they explained to you the differences
 8   between DAS and the -- the old system, right, when
 9   you got to Epcot?
10                MS. UBEROI:  Objection.
11   BY MR. SCANLON:
12        Q    In guest -- and I'm talking about the
13   guest relations at City Hall?
14                MS. UBEROI:  Object to form.
15        A    So I don't really recall.  I do recall
16   specifically from the hotel that we were staying at.
17   It wasn't guest relations --
18   BY MR. SCANLON:
19        Q    I'm not asking you about the hotel.  I'm
20   asking you what happened when you got to Epcot?
21        A    That's what I was telling you.
22        Q    Okay.
23        A    When we got to Epcot it wasn't through,
24   like, the main entrance.  From the hotel we were
25   staying at on Disney property, there was, like, a
```

**Exhibit 20**

February 03, 2021

1    smaller entrance to Epcot and it was there where I

2    had the first incident with the Disney staff member

3    and it wasn't at the City Hall.  It --

4         Q     Okay.

5         A     -- was, like, a gated area.

6         Q     Okay.

7         A     Like a small side entrance.

8         Q     But you were talking to some cast member

9    there about getting a disability pass; correct?

10        A     I was talking to the person who was

11   working at that entrance area.

12        Q     Right.  And that's where you heard about

13   DAS, from -- I mean, they talked about the -- the

14   new system; right?

15        A     Exactly, yes.

16        Q     And they told you -- that person told you

17   how DAS worked, didn't they?

18                  MS. UBEROI:  Object to form.

19        A     No.  That person had to get another

20   supervisor or somebody there.  He -- he just told me

21   he couldn't do it and he had to call somebody.

22                  And then they -- I think it was that

23   person who tried to explain to me that there is a

24   new procedure.

25

**Exhibit 20**

February 03, 2021

1   BY MR. SCANLON:

2        Q     Well, are you aware that you might have

3   been in the wrong place to get that kind of a pass?

4   That you weren't supposed to go there?

5        A     Yeah, he told me that.

6        Q     Yeah, so did you go to the equivalent of

7   City Hall where the main guest relations office is?

8        A     I don't remember if he ended up giving it

9   to me or if I had to go to the main place.  I -- I

10   can't remember.

11        Q     Well, you said -- did you -- how long did

12   it take for the supervisor to come and did the

13   supervisor --

14        A     A while.

15        Q     -- to that?

16        A     It took a while.

17        Q     That's because you weren't in the right

18   place; right?

19              MS. UBEROI:  Object to form.

20        A     Again, I don't remember if he gave it to

21   me or if I had to go to additional place to get it.

22   BY MR. SCANLON:

23        Q     Uh-huh.  And when the supervisor came

24   he --

25        A     I'm -- can I just interrupt for a moment

**Exhibit 20**

February 03, 2021

```
 1   again to say that I'm on a screen with just the

 2   document.

 3        Q     Yeah, you want -- you want to change the

 4   screen?

 5        A     I don't know if that -- if that's okay.

 6        Q     That's fine.

 7        A     Okay.

 8        Q     Sure.

 9        A     Okay.  Okay.  That's better.  I'm sorry.

10        Q     If that -- if that -- it may be more

11   comfortable --

12        A     Yes.

13        Q     -- so you're not speaking into the, you

14   know --

15        A     The paper.

16        Q     So to speak.

17        A     Yes.

18        Q     So -- and when -- when that person --

19   that supervisor came, you talked about the system --

20   the new system.  And it was explained to you how DAS

21   worked; right?

22        A     Not at that time.  It was -- there -- it

23   was explained to me that there was a new procedure

24   but he didn't -- he wasn't -- I don't think he had

25   the ability to really elaborate on that procedure,
```

**Exhibit 20**

February 03, 2021

```
 1   rather than just say it's a new procedure and not be

 2   able to give me more details that I was able to find

 3   out the next day at Magic Kingdom.

 4        Q    Well, did he tell you anything about DAS?

 5              MS. UBEROI:  Objection to --

 6   BY MR. SCANLON:

 7        Q    Did he even mention DAS?

 8              MS. UBEROI:  Objection.  Form.

 9        A    I don't remember that specific acronym or

10   word, no.

11   BY MR. SCANLON:

12        Q    Do you know what DAS is?

13        A    It's the -- the new procedure --

14        Q    Right.

15        A    -- that they have.

16        Q    Okay.  Okay.

17              Well, if you go back to page 11 of the

18   document we were just looking at -- we'll pull it

19   back on the screen -- and you look at the top, it

20   says, "Rafael finally gave us three yellow passes

21   for everyone in the party to access the rides."

22              MR. SCANLON:  Can you highlight

23         that -- those two sentences?

24   BY MR. SCANLON:

25        Q    And then it says, "We left without even
```

**Exhibit 20**

February 03, 2021

```
1        A     I did not know.  No, I didn't know.

2   BY MR. SCANLON:

3        Q     You didn't know that you would no longer

4   be able to gain immediate access to rides?  When you

5   first went to Epcot you weren't told that?

6        A     When I got to Epcot I knew but not prior

7   to getting to Epcot.

8        Q     Well, they told you that at Epcot; right?

9        A     At Epcot, yes.  Prior to Epcot, no.

10             Well, no, actually, I don't remember.  To

11  be honest, I don't remember if it was explained that

12  I wouldn't have immediate access but then he gave me

13  these tickets that would have immediate access.

14             I -- I really honestly was confused and

15  it wasn't until the next day at Magic Kingdom that I

16  had a little more clarity.

17       Q     Ma'am, this interrogatory answer that

18  we've highlighted suggests it's very clear that this

19  guy didn't even explain the system to you.

20       A     Exactly.

21       Q     He didn't even tell you about DAS.

22             And you said the first person didn't

23  explain the system to you.

24             So when you went to Epcot, it's your

25  sworn testimony right now, is it not, that either
```

**Exhibit 20**

February 03, 2021

```
 1   BY MR. SCANLON:

 2       Q    And here it is, this is exactly what you

 3   said you were told that in this answer.

 4                MS. UBEROI:  Objection.

 5       A    I was told there was a change.  That the

 6   policy had changed.

 7   BY MR. SCANLON:

 8       Q    Right.  But you're not --

 9       A    And that's all.

10       Q    So were you told or were you not told

11   when you first went there that you would no longer

12   get immediate access to rides?

13                MS. UBEROI:  Objection to form.

14       A    Again, when I got to Epcot I was very --

15   I was told very -- very limited information and I --

16   today, verbatim I don't recall exactly.  I just know

17   that I -- at that point I knew that there was a new

18   policy.

19                I didn't know the details that day until

20   I got to the Magic Kingdom the next day of really

21   what the new --

22   BY MR. SCANLON:

23       Q    Right.

24       A    -- policy entailed.

25       Q    Right.  And the fact is, ma'am, that the
```

**Exhibit 20**

```
 1              All right.  Let's just do it like

 2         this.

 3              Okay.  We're good.  Okay.  I'm so,

 4         so sorry.

 5              MR. SCANLON:  It's okay.

 6              THE WITNESS:  Okay.

 7              MS. UBEROI:  Before we begin,

 8         Ms.  L.A. , could you just move the iPad

 9         just a little so you're in the center for

10         the court reporter?

11              THE WITNESS:  Yeah.  Is that better?

12         Is that good?

13              MS. UBEROI:  That's good.

14              THE WITNESS:  Okay.

15  BY MR. SCANLON:

16      Q    So the reason there was a 30-minute

17  wait -- are we back on the record?  Still on the

18  record?

19              COURT REPORTER:  I never went off,

20         sir.

21              THE VIDEOGRAPHER:  We are still on

22         the record.

23  BY MR. SCANLON:

24      Q    Okay.  The reason -- the reason there was

25  a 30-minute wait for a supervisor is because you
```

**Exhibit 20**

February 03, 2021

```
 1  were in the wrong place; correct?

 2              MS. UBEROI:  Object to form.

 3  BY MR. SCANLON:

 4      Q    You don't go through a side entrance to

 5  get a disability pass.  You go to the main guest

 6  relations office; right?

 7              MS. UBEROI:  Object to form.

 8      A    I -- I guess, yes.  But at the time I

 9  didn't know that I was in the wrong place.

10  BY MR. SCANLON:

11      Q    Even though you had been to Disney for

12  your whole life?

13              MS. UBEROI:  Object to form.

14      A    When you stay at the Disney hotel, it's a

15  different situation because you're not going in

16  certain entrances --

17  BY MR. SCANLON:

18      Q    Well, you know how to get to City Hall or

19  the equivalent of City Hall in these parks.  You've

20  done it every time --

21      A    I wasn't --

22      Q    -- you got a pass; right?

23              MS. UBEROI:  Object to form.

24      A    Right.  But not at Epcot.  I -- I know

25  how to do it at Magic Kingdom and Disneyland but I
```

**Exhibit 20**

February 03, 2021

```
 1  BY MR. SCANLON:

 2      Q    So you weren't in the park yet?

 3      A    I'm sorry?

 4              MS. UBEROI:  What is the --

 5  BY MR. SCANLON:

 6      Q    You weren't even inside the park when you

 7  had this first conversation with Rafael?

 8      A    We were at the gate to get into the park

 9  from a different entrance other than that main

10  entrance.  It was the -- it was the entrance that

11  connected the hotel we were staying at to the

12  entrance to Epcot.

13      Q    Okay.  And so -- and so you tried to have

14  this discussion that should have been with guest

15  relations with some guy at a side entrance?  And

16  you --

17      A    Well, I --

18      Q    Right?

19      A    I --

20              MS. UBEROI:  Object to form.

21  BY MR. SCANLON:

22      Q    Go ahead.

23      A    Originally I tried to have the

24  conversation at the hotel and then they told me -- I

25  believe it was at the hotel.  I don't remember that
```

**Exhibit 20**

February 03, 2021

1   they said there was a new policy.  That it's a case

2   by case basis.

3              And then from the hotel you don't go to

4   the main entrance at Epcot.  There's a -- like, a

5   little entrance for -- I guess, for the hotel

6   members that they used.  It was at that entrance.

7        Q    Right.  Okay.  And -- and it became --

8        A    And then the tickets themselves --

9        Q    It became --

10        A    -- were purchased --

11        Q    -- it became apparent that you were at

12   the wrong place to discuss an accessibility pass;

13   wasn't it?  That was pretty apparent to you; wasn't

14   it?

15        A    At that point --

16              MS. UBEROI:  Objection.  Form.

17        A    Again, at that point I didn't know I was

18   at the wrong place because I tried to do it at the

19   hotel where we purchased the tickets, had that

20   conversation, then we got to the Epcot via the

21   access to the -- from the hotel to Epcot.

22              So I didn't know where the right place

23   was to have this conversation at that time.

24   BY MR. SCANLON:

25        Q    Why would you have a discussion about an

**Exhibit 20**

February 03, 2021

```
 1   was calling a supervisor to help us and that was

 2   more of the wait getting that --

 3        Q     Well --

 4        A     -- waiting for that person --

 5        Q     -- when the supervisor?

 6        A     -- to come who could help us.

 7        Q     When the supervisor hadn't arrived in

 8   10 minutes, why didn't you think, hey, this isn't

 9   working, I'm probably at the wrong place.  I'm going

10   to go to the main entrance and go to guest

11   relations.

12             Why didn't you do that?

13                  MS. UBEROI:  Objection.

14        A     Because, again, I was not that familiar

15   with Epcot.  I was familiar with Magic Kingdom and

16   Disneyland and City Hall and guest relations.  I

17   didn't even know if there was a guest relations at

18   Epcot.

19             In the prior years to when I did go to

20   the Florida Disney, the pass that we were given was

21   for the whole entire length of the trip I think.  It

22   wasn't that we needed it at a separate place.

23   I'm -- I could be wrong --

24   BY MR. SCANLON:

25        Q     Right?
```

**Exhibit 20**

February 03, 2021

1        A      -- so I don't really recall.  But I don't

2    recall ever having to go to the guest relations at

3    Epcot again.

4              I only went there a handful of times.

5    It's not -- it wasn't like my knowledge with the

6    Magic Kingdom or Disneyland.

7        Q      Ma'am, that pass that you got before --

8    the GAC pass as they called it -- that was --

9        A      The what?

10       Q      The GAC.  It was called GAC, Guest

11   Assistance Card.

12       A      Okay.

13       Q      That's the one that you had before.

14       A      Okay.

15       Q      That was never given out at side

16   entrances.  It was always given out by guest

17   relations.

18       A      No, I didn't tell you where it was given

19   to me.  I just said I don't remember where it was

20   given to me.

21       Q      Well, the fact is you and your son  T.J.A.

22   hadn't been to Walt Disney World for at least

23   five years; right?

24              MS. UBEROI:  Objection.  Form.

25

**Exhibit 20**

February 03, 2021

```
 1   at the side entrance or the main entrance.

 2   BY MR. SCANLON:

 3        Q     Well, do you think a Disney bus driver

 4   should have been able to answer your questions about

 5   the accessibility pass?

 6                    MS. UBEROI:  Object to form.

 7             Argumentative.

 8        A     No.

 9   BY MR. SCANLON:

10        Q     Okay.  Well, what about the side

11   entrance, how is that any different from the tens of

12   thousands of other cast members who might not have

13   known anything about the guest assistance pass?

14                    MS. UBEROI:  Objection to form.

15        A     I don't know.

16   BY MR. SCANLON:

17        Q     Okay.  Okay.  So after -- after you got

18   through this side entrance experience, what did you

19   do next?

20        A     Again, I don't remember.  I believe we

21   went to rides and -- I -- I don't even remember.

22   We -- we --

23        Q     Do you remember what time of day it was

24   when you went to the park?

25        A     No.
```

**Exhibit 20**

February 03, 2021

1        Q      Okay.  So you got up at, you know, three,

2    four o'clock in the morning, something like that,

3    drove to JFK in time to be on a flight that left at

4    6 a.m.  You flew for two and a half hours to

5    Orlando.  Went from -- got your bags out of the

6    luggage, went to the -- where did you stay?  The

7    Swan and Dolphin?

8        A      Yes.

9        Q      Is that the hotel you stayed at?

10       A      Yes.

11       Q      Checked into the hotel.  It's got to be

12   at least mid-afternoon by that point; right?

13                   MS. UBEROI:  Object to form.

14       A      Probably.

15   BY MR. SCANLON:

16       Q      Okay.  So what did you do?

17              This is your first day at Disney World.

18   You filed a lawsuit over this experience.  Tell me

19   under oath what you did on that first day?

20                   MS. UBEROI:  Object to form.

21       A      As -- I would imagine that day was spent

22   going on a few rides at Epcot and going back to the

23   hotel.

24   BY MR. SCANLON:

25       Q      Okay.  That's all you remember.  You

**Exhibit 20**

February 03, 2021

1   don't have any specific memory of what rides you

2   went on?

3       A     I don't even remember the names of the

4   rides.  I -- and I don't remember -- we may have had

5   a meal there.

6       Q     And what did these yellow passes -- you

7   called them yellow passes.  How many of those did

8   they give each person in your party?

9       A     I don't remember the quantity offhand

10  right now.  I believe it was enough to go on three

11  rides.

12      Q     Okay.  So if there were five of you;

13  right?  Your parents, your two boys, and yourself --

14  or were there more?

15      A     No, it was my immediate -- it was the

16  five of us.

17      Q     Okay.  So that would have been -- you

18  would have gotten 15 of these yellow passes; right?

19              MS. UBEROI:  Object to form.

20      A     I don't remember but I don't know if -- I

21  don't remember if my parents went on the rides and I

22  don't know if it was the whole party on one ticket.

23  I just don't remember.

24  BY MR. SCANLON:

25      Q     Well --

**Exhibit 20**

February 03, 2021

```
1        A      If it --

2        Q      -- I could --

3        A      Yeah.

4        Q      I could tell you that -- I could tell you

5   that these passes were handed out like tickets.

6   They were an individual ticket for each person.

7        A      No.

8        Q      And you said that --

9        A      I don't think so.

10       Q      You said that in your -- in your

11  interrogatory answer.

12              Let's look at page 11 again if we can

13  bring that up on the screen.

14              Okay.  Right there at the first paragraph

15  it says, "Rafael finally gave us three yellow passes

16  for everyone in the party to access the rides."

17              Do you see that?

18       A      Right.  So that's what I -- I believe it

19  was -- wait -- three --

20       Q      It says three passes for everyone in the

21  party.  That would be 15 passes; right?

22       A      We didn't get 15 passes.  I think

23  three --

24       Q      But if you got --

25       A      Those --
```

**Exhibit 20**

February 03, 2021

```
1        Q      -- passes --

2        A      Those -- those yellow passes were for

3   everyone -- what -- it was three individual, not

4   three per person.

5        Q      But that's --

6        A      It was --

7        Q      -- not how it worked, ma'am.  That's not

8   how the system worked.

9               MS. UBEROI:  Objection.

10  BY MR. SCANLON:

11       Q      They didn't give you a pass because you

12  had to give up those passes when you used them on a

13  ride.

14       A      Yes.

15       Q      Do you remember that?

16       A      Yes.

17       Q      Right.  So each person had to give one of

18  those passes to get on the ride without waiting --

19  any waiting?

20       A      No, it was just one pass for the whole

21  party so the whole party can use three rides with

22  one pass per ride.

23       Q      Okay.  That's not the way it worked but

24  your -- do you have a specific recollection that you

25  did not receive 15 individual passes?  Do you have a
```

**Exhibit 20**

February 03, 2021

```
 1   specific recollection of that?

 2                   MS. UBEROI:  Object to form.

 3        A     I --

 4   BY MR. SCANLON:

 5        Q     Yes or no?

 6                   MS. UBEROI:  Objection.

 7        A     I'm almost a hundred percent sure I only

 8   had three tickets of those yellow tickets from

 9   Epcot, not three --

10   BY MR. SCANLON:

11        Q     Well, if you only had --

12        A     Not that I had three, my mother had

13   three --

14        Q     Okay.

15        A     -- my sons had three.  I remember three

16   for the entire day.

17        Q     Well, that would require everybody to go

18   on at the same time; right?  If you only had three?

19                   MS. UBEROI:  Object to form.

20        A     Exactly, yes.

21   BY MR. SCANLON:

22        Q     Okay.  Okay.  So -- and if it turns out

23   that that wasn't the way the system worked -- that

24   they were individual -- you would be wrong about

25   that; right?
```

**Exhibit 20**

February 03, 2021

```
 1              MS. UBEROI:  Objection to form.

 2       A     Yeah, but I'm -- I'm not wrong in the

 3   fact that I know that we only had the three

 4   passes -- the three tickets and that we -- I think

 5   we only went on three rides --

 6   BY MR. SCANLON:

 7       Q     Yeah --

 8       A     -- if I remember correctly.

 9       Q     I -- I understand -- I understand what

10   you're saying that you only had passes for three

11   rides.  But what I'm saying that the actual physical

12   tickets were separated, that each person got three

13   so there would have been a total of 15.

14       A     No, I believe it was just three and it

15   was -- you can take as many people on -- at your

16   party.  And, yeah, it --

17       Q     That's --

18       A     -- it was only three tickets.

19       Q     That's not the way it works.

20              MS. UBEROI:  Objection.

21              Kerry, let her finish, please,

22       kindly.

23   BY MR. SCANLON:

24       Q     Yeah.  So -- and so the only rides you

25   went on -- you don't remember which rides they
```

**Exhibit 20**

February 03, 2021

```
1    were -- the only rides you went on were the three

2    that you didn't -- you got immediate access to,

3    right, because of these passes?

4         A     Right.

5         Q     Okay.  But you don't remember which ones?

6                    MS. UBEROI:  Objection to form.

7         A     I don't know the names of them.  I don't

8    remember.

9    BY MR. SCANLON:

10        Q     Are -- are you -- are you aware that

11   there are other rides at Epcot that day that you

12   could have also gotten on without -- without any

13   passes that you could -- with your DAS pass you

14   could have walked right in?

15                   MS. UBEROI:  Objection.

16   BY MR. SCANLON:

17        Q     Are you aware of that?

18        A     I don't know.  We may have.  I -- I don't

19   remember.

20        Q     Okay.  You didn't find out; did you?  You

21   didn't even check?

22                   MS. UBEROI:  Object to form.

23        A     I don't remember.

24   BY MR. SCANLON:

25        Q     Well, did you check to find out what the
```

**Exhibit 20**

February 03, 2021

```
1    wait times were on any of the rides at Epcot that

2    day?

3         A     I don't remember.

4         Q     You don't remember doing so; do you?

5         A     I don't remember.

6         Q     Okay.  So -- so certainly the first day

7    of your visit there -- there's nothing that happened

8    that was negative that day; was there?  I mean --

9         A     Yes.

10        Q     -- you went on three rides and you didn't

11   have to wait at all?

12        A     No, the first day was the negative day.

13   And then there was negative the second day as well.

14        Q     Well, what was negative about the first

15   day?

16        A     The first day the negative experience was

17   trying to get the tickets, trying -- trying at the

18   entrance that we were at waiting for the

19   supervisor -- supervisor to come, and that

20   experience was not a positive one that --

21        Q     Right?

22        A     -- at all.

23        Q     Well, if you were at the wrong place you

24   know things like that could happen; right?  They may

25   not have known anything about DAS passes.
```

**Exhibit 20**

February 03, 2021

```
 1                    MS. UBEROI:  Object.

 2        A      My bad, but I was still forced to wait

 3   there and it was not a good experience.

 4   BY MR. SCANLON:

 5        Q      Well -- but if you were at the wrong

 6   place, how can you say you were forced to wait

 7   there?

 8                    MS. UBEROI:  Object to --

 9   BY MR. SCANLON:

10        Q      If you were in the right place you

11   wouldn't have to wait at all; right?

12                    MS. UBEROI:  Objection.

13                Argumentative.

14        A      That's not true.

15   BY MR. SCANLON:

16        Q      Why not?  If you go to --

17        A      Because even if I was at City Hall there

18   was's a wait there, too.  It's not about that.

19   It's --

20        Q      How do you know what the wait at City

21   Hall was?

22        A      You're asking me if it was a negative

23   experience the first day and, yes, it was a negative

24   experience the first day.

25                And it was the negative -- most -- the
```

**Exhibit 20**

February 03, 2021

```
 1              Argumentative.

 2       A    I know that not everyone who works at

 3  Disney is able to hand out a disability pass.  But I

 4  don't know that everyone at Disney doesn't have

 5  knowledge about a disability pass.

 6  BY MR. SCANLON:

 7       Q    Right.

 8       A    I don't know the answer to that.

 9       Q    Right.  And so once you got in the

10  park -- and you said that this Rafael yelled at your

11  son,  T.J.A. ?

12       A    I recall there being an incident where he

13  directly interacted with my son in a negative way

14  causing my son to get upset, yes.

15       Q    What did -- well, that's different than

16  yelling at him.  What did he do?

17       A    I don't remember.  It -- he was trying to

18  give commands to my son and it upset my son very

19  much so.

20       Q    He didn't yell at your son; did he?

21              MS. UBEROI:  Object to form.

22       A    Yes, he --

23  BY MR. SCANLON:

24       Q    What did -- what did he say then?

25       A    So I don't recall.  I don't recall
```

**Exhibit 20**

February 03, 2021

```
 1   verbatim.

 2        Q     Well, what did he say?

 3        A     I don't --

 4        Q     Tell me as close as --

 5        A     I don't remember.

 6        Q     -- you can remember.

 7        A     I don't --

 8        Q     The fact is -- the fact is you can't

 9   recall anything that he said to your son at this

10   time; can you?

11             MS. UBEROI:  Object to form.

12             Argumentative.

13        A     I can't recall what he said, but not that

14   he didn't say anything.  He --

15   BY MR. SCANLON:

16        Q     Right.  But you can't recall the

17   substance of what he said; right?

18        A     I recall that it was more like a command

19   to stop getting upset.  T.J.A. was getting upset and

20   he was trying to almost scold my son and that's when

21    T.J.A.  got extra upset.

22             He was becoming impatient with T.J.A. '

23   disruption.

24        Q     Okay.  How long did you talk to this

25   person, Rafael?
```

**Exhibit 20**

February 03, 2021

```
 1        A      I don't remember.

 2        Q      Well, how long?

 3        A      I don't remember.  I'll repeat --

 4        Q      Fifteen minutes?

 5        A      I don't remember.

 6        Q      You don't -- you don't know whether it

 7  was one minute or 15 minutes?

 8        A      I don't remember.

 9        Q      Okay.  So if you don't even remember such

10  a basic fact like that, how can you remember what it

11  is that this Rafael did to your son?

12                    MS. UBEROI:  Object to form.

13        A      Because --

14  BY MR. SCANLON:

15        Q      You either have --

16        A      -- it was --

17        Q      -- some recollection --

18        A      -- traumatic for -- it was upsetting.

19  Because it -- because it was not a typical

20  experience.  That's why I can remember.

21                    I just don't remember the specifics

22  because it's been a while.  But it -- I can tell you

23  it was a negative experience.

24        Q      Well --

25        A      It was not what I was accustomed to from
```

**Exhibit 20**

February 03, 2021

1   Disney ever.

2       Q    Well, do you think -- do you think he

3   might have been upset because -- because going to a

4   side entrance you basically caused him to wait for

5   30 minutes for a supervisor after getting him up at

6   3:30 in the morning and flying for two and a half

7   hours?

8                   MS. UBEROI:  Object to --

9   BY MR. SCANLON:

10      Q    You don't think that would get someone

11  upset?

12      A    No.

13      Q    You don't?

14      A    No.

15      Q    So that -- that kind of thing wouldn't

16  have any problem --  T.J.A.  wouldn't have any problem

17  with that?

18                  MS. UBEROI:  Object to form.

19  BY MR. SCANLON:

20      Q    Is that right?

21      A     T.J.A.   would not have a problem with

22  that, no.

23      Q    Okay.  So he wouldn't have a problem

24  going on a three hour flight; right?  Sitting in a

25  seat for three hours is not a problem for him?

**Exhibit 20**

February 03, 2021

1          MS. UBEROI:  Object to form.

2      A     I'm just saying I don't remember and I'm

3  not saying whether it's true or false.  I'm saying I

4  don't remember.

5  BY MR. SCANLON:

6      Q     That's because you've given inconsistent

7  testimony under oath at least three times now and

8  you don't want to remember because you don't want to

9  be guilty of perjury; isn't that right?

10          MS. UBEROI:  Object to form.

11     A     No.

12 BY MR. SCANLON:

13     Q     So had you ever taken  T.J.A.  to Epcot

14 before?

15     A     I don't remember.  I believe so, yes.

16 I -- I think so.

17     Q     Okay.  So you had been to Epcot before,

18 even if it had been years --

19     A     Many, many years before.  And I don't

20 really remember if he was there that trip.  He may

21 not have been.  I just don't remember.

22     Q     Uh-huh.  Uh-huh.  And so as far as you

23 know, all the rides that you went on with him at

24 Epcot were new rides -- new to him, as far as you

25 know?

**Exhibit 20**

February 03, 2021

```
 1        A      I guess, yes.

 2        Q      Yeah.  Although you don't remember now

 3  what those rides are?  You don't know which --

 4        A      I don't remember the names of the rides.

 5  I -- I can describe maybe one of them.  I just -- I

 6  don't remember.

 7        Q      What was one of them?  Can you

 8  describe --

 9        A      One of them I remember was a car that you

10  sat through and you saw, like, vegetables being

11  grown and something.  I just don't remember the name

12  of it.

13        Q      Okay.

14        A      And I don't remember the other ones.  I

15  don't know.  I can -- I remember more about Magic

16  Kingdom than I do about Epcot.

17        Q      Okay.  So why did you leave after going

18  on only three rides?

19        A      We left after going on three rides.  I

20  believe it -- for a variety of reasons.  And it

21  was -- we were done.  We were exhausted.  It was

22  hot.  We were aggravated.  It was time to leave.

23        Q      Why were you aggravated?

24        A      We were aggravated how the day started

25  when we got to Epcot.
```

**Exhibit 20**

February 03, 2021

```
1        Q      Okay.

2        A      Then --

3        Q      Go ahead.

4        A      The other reasons that I just mentioned.

5        Q      Because you were hot and you were tired;

6   right?

7        A      And I -- and I believe that there was

8   enough there that we were interested in doing.  We

9   weren't having a great time so we left.

10       Q      Why did you go to Epcot in the first

11  place?

12       A      We wanted to do something that we knew we

13  only needed a short time to do versus starting the

14  Magic Kingdom because we knew we needed the whole

15  entire day there versus Epcot we could do in a few

16  hours.

17       Q      Okay.  And does -- what time does  T.J.A.

18  normally wake up or what time --

19       A      Today?

20       Q      -- did he -- no, in 2014.  What time did

21  he normally --

22       A      I don't remember.  I don't --

23       Q      Seven o'clock?

24       A      I do not remember.  T.J.A.  has always had

25  sleeping difficulty and issues and I don't remember
```

**Exhibit 20**

February 03, 2021

```
 1    Sorry.

 2              Okay.  I apologize.

 3       Q    Right.  You --

 4       A    No, I don't --

 5       Q    You were saying that -- you were saying

 6    that you're not sure how many you went on and I

 7    said, but you're not sure if you went on more than a

 8    few?

 9       A    A few meaning what?  Like, two or three?

10       Q    Yeah.

11       A    We definitely went on more than two or

12    three.

13       Q    Okay.  But you just don't know which ones

14    they were?

15       A    Not specifically.  I don't remember.

16       Q    Okay.  And which ones did you go on on

17    August 21st when you went to Magic Kingdom?  Which

18    rides did you go on that day?

19       A    Again, I don't remember.

20       Q    Okay.  Okay.  And you were also given

21    some yellow -- what you called yellow passes that

22    allowed you to get immediate access to rides.  You

23    were given some of those in Magic Kingdom as well;

24    right?

25       A    Those were -- that -- you're now
```

**Exhibit 20**

February 03, 2021

1   referring to the year when the policy had changed?

2        Q      Correct.

3        A      Yes.  So that year -- that was my last

4   trip to Disney so, yes, that was when they gave us

5   the yellow tickets.

6        Q      Right.  And they gave you more yellow

7   tickets at Magic Kingdom than they had at -- at

8   Epcot; right?

9        A      I don't remember the quantity of -- but I

10  remember they gave me additional tickets from the

11  ones that I received at Epcot at Magic Kingdom, yes.

12       Q      Right.  Okay.  And did you use all of

13  the -- those yellow tickets that they gave you?

14       A      No, I don't think so.  I think --

15       Q      And --

16       A      -- maybe we had --

17       Q      You didn't use them all?

18       A      No.

19       Q      Okay.  So you had extra tickets when you

20  left the park that day?

21       A      I think -- I believe I had maybe one

22  extra ticket.

23       Q      Okay.

24       A      I don't -- I don't remember.

25       Q      Well, meaning one for each person in the

**Exhibit 20**

February 03, 2021

1   party, though, not just one --

2       A     No, again, no.  Because I know you're

3   saying that everyone gets a yellow ticket but it

4   wasn't -- I don't remember it being like that.

5             I remember just given -- being given a

6   certain amount of yellow tickets, not more than

7   three or four or five.  And it was only for the

8   whole party.  It wasn't per person.

9       Q     Right.  Right.  Okay.  But in any event,

10  you still had an ability to all go on at least one

11  more ride when you decided to leave the park, as you

12  recall it?

13      A     And you're talking about the Magic

14  Kingdom?

15      Q     Yeah, Magic Kingdom on the 21st?

16      A     Yeah, so I don't think my parents -- I

17  don't -- I don't remember.

18            What is -- what's your question exactly?

19      Q     Well, you said you didn't remember which

20  rides you went on but you thought you used some of

21  the yellow passes but you probably didn't use all of

22  them when you left that day?

23      A     Right.  So now on that trip I could

24  probably recall some of the rides we went on and I

25  believe there was at least one yellow ticket left

**Exhibit 20**

February 03, 2021

```
 1    over.
 2         Q    Okay.  Well, you just said you didn't
 3    recall which rides you went on that day?
 4         A    I don't recall all of them.  I
 5    recalled -- I could recall some of them.  I remember
 6    the rides where there were specific recollections
 7    that I have in my head and there could have been
 8    additional rides that we went on that I just don't
 9    remember.
10         Q    Okay.  Well, which rides --
11         A    Because it wasn't an issue at that ride.
12         Q    What -- what rides do you remember going
13    on that day?
14         A    Specifically, I remember going on Splash
15    Mountain --
16         Q    Uh-huh.
17         A    -- and Space Mountain.
18         Q    You went on both of those?
19         A    We went on both of those.
20              And then I -- you know, the other ones I
21    would just be speculating because I just don't
22    recall exactly.  I know we probably went on It's a
23    Small World and Pirates of the Caribbean and --
24         Q    But you --
25         A    T.J.A. has, like, an order that we follow
```

**Exhibit 20**

February 03, 2021

```
 1   of goes around the park in that order.

 2        Q     Uh-huh.  Okay.

 3              Returning to August 21st, you said you

 4   remember going on Splash Mountain and Space

 5   Mountain.  Those are the only ones you can recall

 6   for sure that you went on that day; right?

 7        A     Those are the ones where I had either an

 8   unpleasant or pleasant interaction.

 9              Throughout the day there were multiple

10   rides we went on.  I just don't remember -- I

11   remember going into, like, the Presidents Hall of

12   Fame.  I remember -- but I don't remember -- I mean,

13   I could sit here and pretty much tell you the rides

14   we --

15        Q     Well --

16        A     -- went on but I'm not a hundred percent

17   sure.  I could be mixing trips up because I just

18   don't remember.  But there were a lot of rides we

19   went on.

20        Q     But you did go to Presidents Hall of

21   Fame?

22        A     We did.  Not willingly, but that's we

23   ended up, because of an incident that I specifically

24   remember.

25        Q     What do you mean "not willingly"?
```

**Exhibit 20**

February 03, 2021

```
 1        A      Because when we got to Splash Mountain --

 2    I believe it was Splash Mountain where I had my

 3    initial lesson, really, about the pass.

 4                We had the find something else to do and

 5    it couldn't be another ride and that's how we ended

 6    up in the Presidents Hall of Fame, I think it was

 7    called.

 8        Q      All right.  You went on a ride -- another

 9    ride that had no wait time; right?

10                MS. UBEROI:  Object to form.

11        A      That's not a -- it wasn't a ride.

12    BY MR. SCANLON:

13        Q      Pardon me?

14        A      It --

15        Q      Oh, you went to another attraction?

16        A      -- wasn't --

17                Right.

18        Q      Okay.  Okay.  And did T.J.A. -- did

19    T.J.A. go with you to the Presidents Hall of Fame?

20        A      Yes.

21        Q      And was that an unpleasant experience in

22    any way?

23        A      It was not --

24        Q      Can you answer my question, "yes" or

25    "no"?
```

**Exhibit 20**

February 03, 2021

```
 1          MS. UBEROI:  Objection.

 2          Argumentative.

 3   BY MR. SCANLON:

 4      Q    Was it unpleasant for  T.J.A.  --

 5              MS. UBEROI:  She's trying to answer

 6          the question.

 7              Go ahead.

 8      A    I don't remember.

 9   BY MR. SCANLON:

10      Q    Okay.  You don't remember.  Okay.

11          You said that his behavior in the time

12   he's been going at the school -- to the school some

13   times changes from year to year or even within a

14   year; right?  Do you remember giving that testimony

15   before?

16      A    Uh-huh.

17              MS. UBEROI:  Object to form.

18   BY MR. SCANLON:

19      Q    Do you remember that testimony?

20      A    Yeah.  Certain behaviors change or

21   certain behaviors occur that weren't before, yeah.

22      Q    Yeah.  And do you remember whether there

23   was an indication in the medical records that we

24   were provided -- and we still need to get more of

25   them -- but there was an indication that a couple
```

**Exhibit 20**

February 03, 2021

```
 1    DVD or a Disney DVD.
 2         Q      Okay.  And besides the library and stores
 3    like Whole Foods and Target and the supermarket,
 4    when you went to doctors' appointments, for example,
 5    or dental appointments, is that another example
 6    where he'd be out in the community?
 7         A      Sure.
 8         Q      What?
 9         A      Yes.
10         Q      Okay.  And what kinds of things would
11    you -- did he have available to him to occupy him,
12    like -- like if he was waiting in a doctor's office?
13         A      Doctor's office knows  T.J.A.   very well so
14    they don't really require him to wait.  But he -- he
15    uses my cell phone in instances like that.
16         Q      Cell phone?
17         A      My cell phone.
18         Q      What does he do with your cell phone?
19         A      He'll play with apps or watch a video.
20         Q      What kind of apps does he play with?
21         A      I don't know the names of them.  Some are
22    like Candy Crush.  What does he play?  Toon Blast,
23    Pet Set Rescue, Minion Rush.
24                He's got a lot of apps.  I don't know the
25    names of all of them but those are some examples.
```

**Exhibit 20**

February 03, 2021

```
 1   or my phone.

 2        Q    Sure.  I understand that because you

 3   can't get cellular on the plane.

 4        A    Right.

 5        Q    But at a place like Walt Disney World he

 6   would have your phone?

 7        A    Right.  Because I wouldn't bring his iPad

 8   to Disney.

 9        Q    Uh-huh.  And he uses your phone a lot

10   when he's outside?

11        A    Yes.

12        Q    Like for many different things?

13        A    Yes.

14        Q    Okay.  I guess that would be considered

15   one of his preferred activities; is that correct?

16        A    I guess so.  It's more -- it's almost

17   like we share a phone when we're together because

18   it's meant for him to use when we're out.

19        Q    Right.  But he uses it mostly to use --

20   to do these video -- use these apps and these video

21   games; right?

22        A    For video games or he uses it to watch

23   YouTube videos.

24        Q    Right.  Right.

25             And do you remember whether you went on
```

**Exhibit 20**

February 03, 2021

```
 1    any rides on August 21st that you did not use the

 2    yellow passes for?  This is at Magic Kingdom.

 3         A     Yes.

 4         Q     Which rides were those?

 5         A     I don't remember the specific rides that

 6    I used the passes for and the rides that I didn't.

 7    But there were rides that I used the pass for and

 8    rides that I didn't.

 9         Q     Right.  And some of the rides you may not

10    have had to wait at all even.  You didn't need a

11    pass either; right?

12         A     I think -- I think that might be true but

13    I don't remember.  And I don't -- I -- I just

14    remember there being some staff members that just

15    said, go ahead, but I don't remember specifically

16    what ride it was.

17         Q     Right.  And that's because if you have a

18    DAS pass you're waved into rides that have wait

19    times of 15 minutes or less; right?

20               MS. UBEROI:  Object to form.

21         A     I'm not sure if that was the reason or if

22    they saw  T.J.A. ' disability and were like, go ahead,

23    and didn't even look at the pass.

24    BY MR. SCANLON:

25         Q     Right.  Are you aware that that is
```

**Exhibit 20**

February 03, 2021

```
 1   their -- that was their policy then and that is

 2   their policy that --

 3        A     That -- can you repeat that?

 4        Q     Yes, if the posted wait time is

 5   15 minutes or less they just wave you in.  Because

 6   normally they would subtract 10 minutes from the

 7   posted wait time but if it's -- if it's 15 minutes

 8   or less they just wave you directly in.

 9              Were you aware of that?

10        A     It sounds a little familiar.  I'm not a

11   hundred percent sure if I knew about it at that time

12   or that day.  But I can tell you that I don't think

13   there were many rides that didn't have at least a

14   15 minute wait time that day to my knowledge.

15        Q     Okay.  Would you be surprised if there

16   were quite a few rides that -- at Magic Kingdom that

17   day that had wait times of 15 minutes or less,

18   including some that you say are the ones that your

19   son likes to go on?

20        A     I would be surprised if they were the

21   rides that he wanted to go on that had less than

22   15 minute wait time for sure.

23        Q     Okay.  So you would be surprised if It's

24   a Small World or Tiki Room, for example, had very

25   short wait times that day?
```

**Exhibit 20**

February 03, 2021

1      A      Well, Tiki Room is not really a ride, so

2   it's possible that that specific -- that's just a

3   show.  So that would be -- you know when the next

4   show is going to start.

5      Q      Right?

6      A      You understand what I'm saying?

7      Q      But if the wait time --

8      A      There's not really a wait time for the

9   Tiki Room I don't think.

10      Q      Well, no, there is a wait time for that.

11   It's mostly close to zero that day.

12      A      Well, because it goes -- it's a

13   showing --

14      Q      Right.  But I'm --

15      A      It's one show and the next show.

16      Q      Right?

17      A      And then there's a little timer outside

18   that says when the next show is.

19      Q      Right.  Did you go to that on that day?

20      A      I think so but I don't -- I'm not a

21   hundred percent sure.

22      Q      What about It's a Small World?  Did you

23   go on that?

24      A      I think so.  But -- I'm -- I'm almost a

25   hundred percent sure we did.

**Exhibit 20**

February 03, 2021

```
 1        Q      And what pass did you use for that or
 2   were you just waved in?
 3        A      Again, I don't recall -- I -- I don't
 4   recall which rides we used the yellow ticket for
 5   versus -- we kind of had a system that it was get a
 6   time, use the yellow ticket, get a time, use the
 7   yellow ticket.  I just don't -- and then some that
 8   we didn't -- some --
 9        Q      Well --
10        A      We managed -- it was more manageable that
11   day.
12        Q      Right.  And when you say, "get a time,"
13   you're referring to get a DAS return time; right?
14        A      Exactly.
15        Q      Right.  And then you would -- you would
16   coordinate that with the next yellow ticket so you
17   could then basically --
18        A      Right.  Because the problem we found out,
19   which I didn't know --
20                    (Whereupon, the court reporter
21                     requests clarification.)
22                    MR. SCANLON:  Well, can you give me
23               the last thing you have on the
24               transcript?  What the last question was?
25
```

**Exhibit 20**

February 03, 2021

1    BY MR. SCANLON:

2        Q    So you would essentially be able to go on

3    rides continuously without having to -- when --

4    when -- when you got done with the yellow ticket

5    pass, then the return time would be up for the next

6    ride; correct?

7        A    Yes.

8        Q    Okay.  And that's what you recalled doing

9    that day; right?

10       A    Eventually, when I figured it out, yes.

11       Q    Okay.  Okay.  And are you -- do you know

12   what FastPass is?

13       A    I believe FastPass is another program

14   where you can schedule -- I -- I don't know the

15   extent of it.  I think it's a time -- another timed

16   feature.

17       Q    Well, do you know whether FastPass allows

18   you to not have to stand in the regular line and you

19   go at a certain time and you can reserve them in

20   advance of your visit?

21       A    Something like that, yes.

22       Q    Well, do you recall making FastPass

23   reservations before you went to -- or before your

24   trip to Walt Disney World?

25       A    No, I never made FastPass reservations.

**Exhibit 20**

February 03, 2021

```
 1    wasn't.

 2        Q    Did you -- did you ever read Disney's

 3    Guide to Guests with Disabilities?

 4             Did you ever read that guide?  It's

 5    specifically prepared for people like yourself who

 6    are coming to the park with children that have

 7    disabilities.

 8        A    I may have read it years ago.  I don't

 9    recall reading it recently.

10        Q    Uh-huh.  Well, did -- do you recall

11    reading it before you went to Disney World in August

12    of 2014?

13        A    I don't recall.  I don't recall because I

14    had prior experience with Disney that I didn't need

15    to.

16        Q    Right.  And --

17        A    I mean, I -- I feel like this is getting

18    repetitive because --

19        Q    Right.  And it's your testimony --

20        A    Right.

21        Q    -- that when you arrived in Orlando --

22        A    I --

23        Q    -- on August 20, it's your testimony

24    right now that you didn't know that there was a new

25    system?
```

**Exhibit 20**

February 03, 2021

```
 1        A     Right.

 2        Q     Right?  That's your testimony?

 3        A     (The witness nods head.)

 4        Q     Okay.  Do you recall what kind of a pass

 5   you and your party got when you got to Disney World

 6   that trip, where you went to Epcot the first day and

 7   Magic Kingdom the second day?  Do you remember?

 8        A     I don't -- I -- I don't remember --

 9        Q     There's an indication --

10        A     -- exactly the name of it.  I just know

11   that it was -- I believe it was the same pass I got

12   the next day at Magic Kingdom but I'm not -- I'm --

13        Q     Right.  But the question is -- what I'm

14   talking about is the -- not the accessibility pass

15   but the -- the -- the ticket to get in the park that

16   you had to pay for?

17        A     Oh.

18        Q     Do you remember -- because there was a

19   reference -- I believe I saw a reference that there

20   was a two-day pass that you bought.

21        A     Right.  So --

22        Q     Do you recall that?

23        A     Yes, we got the two-day passes.

24        Q     Okay.  And do you remember if you stayed

25   a third day on the property at -- at the -- at the
```

**Exhibit 20**

February 03, 2021

```
1         A     I don't remember.

2         Q     Did you -- you said you probably would

3    have had lunch at one of the restaurants.  Did you

4    go -- does  T.J.A.   like to go shopping in any of the

5    stores for Disney products, like hats or anything

6    like that?

7         A     Not really.  Sometimes -- like, a lot of

8    rides end up in a store but he's not -- I don't

9    recall buying anything.  I don't remember but we may

10   have been in a store shortly if it ends -- if the

11   ride ends in a store.

12        Q     Do you remember --

13        A     But --

14        Q     -- who was in your party that second day?

15        A     That's --

16        Q     Was it everybody that came with you?

17        A     With the exception of my mom.  It was

18   just every -- it was me,  T.J.A. ,  B.A. , and my dad.

19        Q     Okay.  Okay.  So in 2014,  T.J.A.  would

20   have been how old?  I mean -- I mean,  B.A.  would

21   have been how old?  Like --

22        A     A year older than  T.J.A. .  I have to use

23   my calculator.

24        Q     So 17 maybe?

25        A     Okay.
```

**Exhibit 20**

```
 1              C E R T I F I C A T E

 2              I, Clifford Edwards, Certified Shorthand

 3      Reporter, do hereby certify that prior to the

 4      commencement of the examination, the witness was

 5      duly remotely sworn by me to testify to the truth,

 6      the whole truth and nothing but the truth.

 7              I DO FURTHER CERTIFY that the

 8      foregoing is a verbatim transcript of the

 9      testimony, that said deposition was taken by me

10      stenographically at the time and date hereinbefore

11      set forth, and the foregoing is a true and

12      accurate transcript of the testimony.

13          I FURTHER CERTIFY that I am neither of

14      counsel nor attorney to any of the parties to said

15      suit, nor am I an employee of any party to said

16      suit, nor of any counsel in said suit, nor am I

17      interested in the outcome of said cause.

18          Witness my hand and seal as Notary Public

19      this 12th day of February, 2021.

20

21      _____

22                      Clifford Edwards

23                      Notary Public

24      My commission expires:  9/30/2021

25
```

**Exhibit 20**

```
 1

 2          UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA
 3
     Case No. 2:15-cv-05346-CJC-E
 4
     ----------------------------------------X
 5   T.P. by and through S.P., as next friend,
     parent, and natural guardian, et al.,
 6
                    Plaintiffs,
 7

 8                  VS.

 9   WALT DISNEY PARKS AND RESORTS U.S., INC.,

10                  Defendant.
     ----------------------------------------X
11

12

13                  CONTINUED

14             VIDEOTAPED DEPOSITION

15                    OF
                      L.A.
16             XXXXXXXXXXXXXX

17        WEDNESDAY, FEBRUARY 24, 2021

18                HELD REMOTELY

19

20

21

22

23

24   Reported by:
     CANDIDA BORRIELLO
25   JOB NO. 344072
```

```
 1

 2                  DATE:  FEBRUARY 24, 2021

 3                  TIME:  10:16 a.m. (EST)

 4

 5

 6     Continued videotaped deposition of XXXX  L.A.

 7   XXXXXX, held REMOTELY, before Candida

 8   Borriello, Certified Court Reporter and

 9   Notary Public.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1

2     A P P E A R A N C E S:

3

4     DOGALI LAW GROUP, P.A.
      Attorneys for Plaintiffs
5              19321 US Hwy 19 North, Ste 301
               Clearwater, Florida 33764
6     BY:      BARBARA U. UBEROI, ESQ.
      E-MAIL: buberoi@dogalilaw.com
7

8

9

      McDERMOTT WILL & EMERY LLP
10    Attorneys for Defendant
               2049 Century Park East, Ste 3200
11             Los Angeles, California 90067
      BY:      KERRY ALAN SCANLON, ESQ.
12             JULIE H. McCONNELL, ESQ.
      E-MAIL: kscanlon@mwecom
13             jmcconnell@mwe.com

14

15    ALSO PRESENT:

16             GEOFF BASSETT, Videographer

17

18

19

20

21

22

23

24

25
```

February 24, 2021                          379

```
 1              L.A.XXXXXXX
 2         3/8/2019, Bates TJA,LA0735 through
 3         0752, was marked for identification,
 4         as of this date.)
 5    BY MR. SCANLON:
 6         Q.   So -- so, this report, we can look
 7    at a couple of things.  This report seems to
 8    be a little different, it's more social
 9    skills and job skills as opposed to some of
10    the more basic learning skills we saw in the
11    earlier reports.
12              Are you familiar that they -- they
13    moved into that as he was getting to be,
14    like, he was, I guess, 20 at this point or
15    21?
16         A.   Yes.
17         Q.   Is that correct?
18         A.   Yes.
19         Q.   Okay.  Did you have a contract when
20    you went to Walt Disney World in 2014, did
21    you have a contract with Disney?
22         A.   Did you say a contract with Disney?
23         Q.   Yeah.  Was there any contract that
24    was related to your visit to Walt Disney
25    World in 2014?
```

                              L. XXXXXXXX

    2      A.    Not to my knowledge.

    3      Q.    Okay.

    4      A.    A contract with Walt Disney?

    5      Q.    Yeah, with the company.

    6      A.    No.

    7      Q.    Did you have a contract?  Okay.

    8            Do you have any evidence that --

    9   that Disney deliberately designed DAS to hurt

   10   people with autism?

   11      A.    No.

   12            THE COURT REPORTER:  Designed

   13      what?  I'm sorry.

   14      Q.   Do you have any evidence that

   15   Disney disfavored the prior system, the DAS

   16   system, because they thought the presence of

   17   people with cognitive disabilities would

   18   upset Disney's magic.

   19            Do you have any evidence that

   20   they -- that they disfavored the prior system

   21   because of that?

   22      A.   I don't know, I have heard things

   23   that that may be the case, but I have no

   24   real evidence --

   25      Q.   I'm only asking if you --

                         L. A█████████

a baby, and that was the first year and -- of

the last time we've been there because of the

situation.

     Q.   And you know why Disney --

     A.   I mean it was enough for us not to

ever want to go back.

     Q.   You know why Disney changed the

system.  It wasn't because they didn't like

people with disabilities, they changed it

because the GAC system had been massively

abused; isn't that right, and you --

          MS. UBEROI:  Objection.

     Argumentative.  Asked and answered.

     A.   Again, I don't know why, I have no

evidence of anything.  I just know that, as I

said, through all the years of our

experiences, the change that year was enough

to make us never want to go back.

     Q.   Okay.  Well --

     A.   Or I shouldn't say "us," me

personally, because my son would be thrilled

to go back.

     Q.   So, let me go back to my question.

          Do you think it's improper if a

Exhibit 20

February 24, 2021                                    395

```
 1                    L. A̶X̶X̶X̶X̶X̶X̶X̶

 2      A.   No.

 3           MR. SCANLON:  Okay.  I have no

 4      further questions.  Thank you.

 5           MS. UBEROI:  I just have a

 6      question.

 7           If the DAS system was changed to

 8      better accommodate your son's needs,

 9      would you consider returning?

10           THE WITNESS:  Yes.

11           MS. UBEROI:  That's all I have.

12      Thank you.

13           THE WITNESS:  Barb, is it okay to

14      leave?

15           MS. UBEROI:  Yes.

16           THE WITNESS:  Thank you.

17           MS. UBEROI:  Have a great day.

18           THE WITNESS:  You too.  Everyone

19      too.

20           THE VIDEOGRAPHER:  The time is --

21      are we good to go off the record?

22           MS. UBEROI:  Yes, please.  Hold on

23      a second, Lori.

24           THE WITNESS:  Okay, sorry.

25           THE VIDEOGRAPHER:  The time is now
```

L.A.

C E R T I F I C A T E

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF RICHMOND       )


        I, CANDIDA BORRIELLO, a Notary

Public for and within the State of New York,

do hereby certify:
                          **L.A.**
        That the witness, **L.A.**, whose

examination is hereinbefore set forth was

duly sworn and that such examination is a

true record of the testimony given by that

witness.

        I further certify that I am not

related to any of the parties to this action

by blood or by marriage and that I am in no

way interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto

set my hand this 8th day of March, 2021.


        _Candida Borriello_
        CANDIDA BORRIELLO