**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|     Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
|     Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "22"

DOGALI LAW GROUP, P.A.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S. INC.,<br><br>    Defendant. | Case No.: 2:15-cv-05346-CJC-E<br><br>**DECLARATION OF A.M.P. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: May 3, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Cormac J. Carney<br>Trial Date: June 29, 2021 |

I am known in this action as A.M.P. whose full name appears at the signature line below, declare and state as follows:

1. I am over the age of 18 years and of sound mind. I understand the obligation of the oath and am competent to testify as to the matters set forth in this declaration, which are within my personal knowledge.

2. I am the mother of E.W.V. I am his primary caregiver.

3. Like any parent, I want to see my child happy and have his best interests at heart.

4. E.W.V. is 12 years old born on June 6, 2008. He resides with his brother, his sister and me in Phoenix, Arizona.

5. E.W.V. has been diagnosed at the age of six with multiple disabilities including: autism, development delay, communication disorder, disruptive behavior, ADHD, hypotonia and joint hypermobility, a sleep disorder, and a chromosomal disorder.

6. E.W.V. has received ABA therapy in the Arizona Autism Charter School.

Page 1

Declaration of A.M.P. in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.  Case No. 2:15-cv-05346-CJC-E

**Exhibit 22**

7. E.W.V. has no concept of time. He will experience a meltdown if required to wait more than 10-15 minutes for an activity he expects to do. He has problems with self-expression and shows his frustration by engaging in self injurious behavior and screaming, yelling, hitting himself or striking me.

8. E.W.V has taken approximately six car trips in his lifetime, primarily to California. This includes three trips to Disneyland in 2014, 2011 and 2012. By car it takes roughly five hours to get from Phoenix to Anaheim.

9. My son's birthday is in June. In June 2014, we decided to go to Disneyland. The trip was scheduled for July 26, 2014. E.W.V.'s father and I explained to him that there were going to be crowds to try to prepare him for the experience. We also repeatedly discussed the rides he would go on. E.W.V. is a repeat rider for rides he likes such as Dumbo, Peter Pan and Small World. He remembered these rides from his previous visits.

10. I also prepared for the trip by getting a letter from my son's pediatrician explaining his physical and emotional disabilities. Due to poor muscle tone, E.W.V. gets physically exhausted waiting in lines more than ten minutes.

11. I visited the Disney website to see if Disney still offered disability access. I did not see information on the DAS program on the Disney website prior to our visit.

12. At the park on July 26, 2014, we had to wait 30-40 minutes at guest services to get the DAS card. After the DAS was explained, with selecting a ride and then coming back at the designated return time, I was concerned about whether it would accommodate my son's needs. He has both physical and emotional problems. I tried to show the guest services employee the letter from E.W.V.'s doctor. The employee refused to even look at the document. I was given a DAS.

13. Using the DAS card was difficult for E.W.V. because only one ride can be reserved at a time. One ride must be completed before getting a return time for

Page 2

Declaration of A.M.P. in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.    Case No. 2:15-cv-05346-CJC-E
Exhibit 22

another ride. It was tiring for him to go from the kiosk where a ride is selected to the rides because of problems walking and standing.

14. E.W.V. has an order he likes to go on for Disney rides. An interruption in the ride order creates anxiety for my son.

15. We had a 25-minute wait after the King Arthur ride. The duration of the wait in conjunction with crowd size and noise was very distressing to E.W.V.

16. E.W.V. has no comprehension of the concept of going on a ride he does not like, which have a wait time of 15 minutes or less, with the expectation that it will eventually allow him to go on a desired Disney ride.

17. We waited approximately 30 minutes for the Buzz Lightyear ride. E.W.V. was exhausted and frustrated at the wait. He wanted to go home so we did not go on the ride.

18. I complained at guest services about the problems E.W.V. had using the DAS. We were given passes for another visit. Our tickets for July 26, 2014 were ripped up. Then we escorted to the exit.

19. E.W.V. had a negative experience at Disneyland on July 26, 2014 with the DAS, which has deterred me from wanting to go back to Disneyland/California Adventure with E.W.V. If assured of proper accommodations for E.W.V. in the future, I would like to return to these theme parks. A guaranteed number of fast passes 5-7 on each visit would alleviate the waiting problem and accommodate him.

I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that the foregoing is true and correct.

Dated: April 12, 2021 at Phoenix, Arizona

A.M.P.

Page 3

Declaration of A.M.P. in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.    Case No. 2:15-cv-05346-CJC-E

**Exhibit 22**