**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Judge: Hon. Cormac J. Carney<br>) Hearing Date: May 3, 2021<br>) Time: 1:30 p.m.<br>) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "23"

DOGALI LAW GROUP, P.A.

Evidence in Support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.  Case No. 15-CV-5346-CJC-E

xxxxxxxxxxxxxxxxxxxxxxx R.M.
February 04, 2021

```
              UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA




Case No. 2:15-cv-05346-CJC-E

- - - - - - - - - - - - - - - - - - - -X
T.P. by and through S.P.,              :
as next friend, parent, and            :
natural guardian, et al.,              :
                 Plaintiffs            :
                                       :
VS                                     :
                                       :
Walt Disney Parks and                  :
Resorts U.S., Inc.,                    :
                 Defendant             :
- - - - - - - - - - - - - - - - - - - -X
```

              Videotaped deposition of

                 ROSE MANDRACCHIA

 taken via videoconference before Clifford Edwards,

 Certified Shorthand Reporter and Notary Public, on

           February 4, 2021, at 10:00 a.m.

xxxxxxxxxxxxxxxxxxxxxxxx R.M.
February 04, 2021

```
 1   A P P E A R A N C E S:    (all via videoconference)

 2


 3   ON BEHALF OF THE PLAINTIFFS:

 4   BARBARA UBEROI, ESQ.
     DOGALI LAW GROUP, P.A.
 5   19321 US Hwy 19 North, Suite 301
     Clearwater, Florida  33764
 6   buberoi@dogalilaw.com


 7


 8


 9   ON BEHALF OF THE DEFENDANT:

10   KERRY ALAN SCANLON, ESQ.
     JULIE H. McCONNELL, ESQ.
11   McDERMOTT WILL & EMERY LLP
     500 North Capitol Street, NW
12   Washington, D.C.  20001
     kscanlon@mwe.com
13   jmcconnell@mwe.com

14

15   ALSO PRESENT:        GAYLE ASHTON, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25
```

xxxxxxxxxxxxxxxxxxxxxx R.M.
February 04, 2021

```
 1        Q     Okay.  Would you say the whole trip was a
 2   pretty good time for him?
 3                  MS. UBEROI:  Object to form.
 4        A     While we were in Delray and I was there,
 5   I would say yes.  He enjoyed going on the boat, he
 6   enjoyed the beach, other than getting bit by the
 7   jellyfish.
 8                  While we were at the hotel in -- in
 9   Orlando, he was fine.  But then again, you know, I
10   wasn't with them the day in Disney.  So -- but --
11   BY MR. SCANLON:
12        Q     Okay.
13        A     -- all the things that I mentioned, yes,
14   I would say it was a good trip.
15        Q     Okay.
16        A     Other than that.
17        Q     Okay.  And you're saying other than the
18   part you weren't present for?
19        A     Exactly.
20        Q     Okay.  I want to show you a couple
21   photographs, one of which I think you are in --
22        A     Huh.
23        Q     -- from the time you went to Disney
24   World.  I think that -- that first day possibly.
25                  MR. SCANLON:  If -- if you could
```

xxxxxxxxxxxxxxxxxxxxxx R.M.
February 04, 2021

```
 1                    C E R T I F I C A T E
 2             I, Clifford Edwards, Certified Shorthand
 3   Reporter, do hereby certify that prior to the
 4   commencement of the examination, the witness was
 5   duly remotely sworn by me to testify to the truth,
 6   the whole truth and nothing but the truth.
 7              I DO FURTHER CERTIFY that the
 8   foregoing is a verbatim transcript of the
 9   testimony, that said deposition was taken by me
10   stenographically at the time and date hereinbefore
11   set forth, and the foregoing is a true and
12   accurate transcript of the testimony.
13             I FURTHER CERTIFY that I am neither of
14   counsel nor attorney to any of the parties to said
15   suit, nor am I an employee of any party to said
16   suit, nor of any counsel in said suit, nor am I
17   interested in the outcome of said cause.
18            Witness my hand and seal as Notary Public
19   this 16th day of February, 2021.
20
21            _____
22                          Clifford Edwards
23                          Notary Public
24   My commission expires:  9/30/2021
25
```