**DOGALI LAW GROUP, P.A.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

T.P., et al.,                                        )
                                                     )
          Plaintiffs,                                )   Case No.: 15-cv-5346-CJC-E
                                                     )
     v.                                              )
                                                     )   Judge:  Hon. Cormac J. Carney
WALT    DISNEY    PARKS    AND   )   Hearing Date:  May 3, 2021
RESORTS U.S. INC.,                                   )   Time: 1:30 p.m.
                                                     )   Courtroom: 9B
          Defendant.                                 )
_____ /

## EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

# Exhibit "24"

Evidence in Support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    Case No. 15-CV-5346-CJC-E
**Exhibit 24**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

To:         Armor, Alison[Alison.Armor@disney.com]
From:     Evans, Todd
Sent:      Wed 1/2/2013 9:34:15 AM
Importance:          Low
Subject:   FW: ███████████

Keith, shared this and it's interesting one, besides the GAC card abuse,  the choice for someone to go to outside tour service and loss of revenue is also a concern.

Todd

**From:** Gossett, Keith
**Sent:** Sunday, December 23, 2012 2:29 PM
**To:** Evans, Todd
**Subject:** Fw ███████████
**Importance:** Low

Todd - FYI only...this former CM and VIP guide has an outside tour business. She has had clients such as Justin Timberlake and the CEO of Twitter. She uses green light GACs to gain access to the Attractions. Just another wrinkle in the fun we deal with on this coast.

K

**From**: Krug, Marilyn
**Sent**: Sunday, December 23, 2012 11:07 AM
**To**: Gossett, Keith; Storbeck, Jon
**Cc**: Sweetman, Jenny
**Subject**: FW: ███████████

Know this is something on the radar…to keep you in the loop.

**From:** Dew, John
**Sent:** Sunday, December 23, 2012 11:07 AM
**To:** Miller, Lisa L.
**Cc:** Sweetman, Jenny; Atkins, Dave; Bettfreund, Travis J.; Garcia, Chuck; Krug, Marilyn; Robb, Tamarah; Strong, Dustin M; Woodward, Ronnell

**Exhibit 24**

**Highly Confidential**

Disney-AL1007045

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**Subject:** ▮▮▮▮▮

Hi Lisa,

Just got word that Dee just entered Racer's with an unofficial VIP tour utilizing (2) different GACs

FYI...

**John Dew**

Guest Relations

Disneyland Resort

Tel.714.781.3389

BB.714.720.1424

**Exhibit 24**

**Highly Confidential**                                                                    **Disney-AL1007046**