**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "25"

Evidence in Support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment
T.P., et al. v. Walt Disney Parks & Resorts US, Inc.    Case No. 15-CV-5346-CJC-E
**Exhibit 25**



**Highly Confidential**

**Exhibit 25**

Disney-AL1016070

## Agenda

- Welcome/Introduction
- WDP&R ECV Project
- Current State of GAC & Attraction Access
- Attraction Access Process (Deliverables & Concept)

- Todd Evans
- Alison Armor
- Ketan Sardeshmukh

- Todd Evans



2

**Highly Confidential**

**Exhibit 25**

Disney-AL1016071

## Executive Summary

- **Background**
  - ECV **usage has increased significantly** over the past 5 years and projections show trends **will continue to grow**.
    - Increases are driven by many factors including an aging population, a higher percentage of aging and disabled Guests willing to travel and increasing social acceptance.
  - Research show that ▇▇▇▇ **of our Guests who use ECVs rent from outside** vendors.
    - Findings highlight opportunities to develop strategies based on Guest behavior and potentially shift Guest behavior/actions by making the right options available.
  - The **Americans with Disabilities Act ("ADA") protects ECV usage by persons with disabilities.**
    - Strategies must be consistent with legal requirements.
  - **Industry benchmarks** with American Public Transportation Authority, Las Vegas and LYNX highlight **significant challenges** with growing number of mobility devices and lack of regulations to standardize devices.
- **ECV Strategies** – domestic approach, starting with WDW
  - Develop a holistic **Resorts and Park ECV** strategy to standardize devices, processes and improve Guest service.
  - Continue **Transportation improvements** and implementation of securement devices to drive safety & efficiency.
  - Develop **Attractions access** plan to improve alignment of queue access with the Guests needs and equality of service levels.
- **Input needed from EC**
  - Input/gain support from partners on ECV approach.



3

**Exhibit 25**

Highly Confidential

Disney-AL1016072

## ECV Usage

- Domestic ECV usage **increased an estimated** ▮ **to** ▮ **between 2006 and 2010** causing significant challenges such as transportation and attraction inefficiencies, guest/cast injuries, negative guest feedback and lost ECV market share.

- ECV volume by **2015 is expected to increase by at least** ▮ due to attendance growth and could reach up to ▮ if the usage rate continues at its current pace.

- According to a recent IE study, the total number of Guests using an ECV or other mobility aid is around **1.2% of the overall attendance at WDW theme parks.** On a peak day at MK ▮, there are over ▮ mobility aids.



WDW ECV Volume in Units



4

**Highly Confidential**                                   **Exhibit 25**                                   Disney-AL1016073

## Current State of GAC Usage

- According to recent data collection efforts focused on GAC distribution, approximately ▮▮ of the overall Attendance at WDW is issued GACs each day[1]

- The total number of Guest parties with GACs is likely higher, however, due to the length of time GACs are effective
    - Average Effective Duration: ▮▮▮
    - Average Party Size: ▮▮▮

- "Alternate Entry" and "Wheelchair" stamps tend to be applied most frequently, though practices on when to apply these stamps may differ across Parks
    - Current Queue accessibility varies across Parks
    - Experiences at Parks where GACs are issued can set the Guests' expectations regarding their ability to have expedited attraction access

- Sampling of GAC usage during recent FP Return Time studies highlights that GAC impacts at specific attractions varies (even within a park). Additional data collection is required to better understand impacts at the attraction level

---

[1] Source: POLOB GAC Cards Issued by Guest Relations Database for February 28 – May 6, 2012.



5

**Exhibit 25**

Highly Confidential

Disney-AL1016074

## Propose Deliverables

### CONTROLS
- Refine procedures
- Engage Advisory & Assurance, GBTS, NGE to create manual and system controls and processes

### GUEST
- Developing guest messaging
- Guest collateral
- FAQ's and reactionary messaging (Media)

### CAST
- Internal Communications
- Operation Training
- Global Documentation

- High guest contact areas.
- Impacted cast (Guest Relation and Attract.)
- Broader cast audience.



6

Highly Confidential

**Exhibit 25**

Disney-AL1016075

## Proposed Approvals

| Impacted Areas | Key Stakeholders |
|---|---|
| DLR Ops Leadership | George Kalogridis; Jon Storbeck |
| WDW Ops Leadership | Jim MacPhee |
| Park Ops LOB | Brian Britton; Alison Armor |
| WDW Transportation | Sam Lau; Mark Natter |
| Executive Leadership | Erin Wallace |
| Global Documentation/Ops Training | Kris Theiler; Teri Rosenfeld; Carla Mertz |
| WSA | Greg Hale |
| Legal | Jeff Smith; Jeff Craigmile; David Ontko |
| Media Relations | Mike Griffin; Kim Prunty; Marylyn Waters |
| Community Relations | Brian Besanceney |
| Internal Communications | Jackie Wahler; Brian Crimmins; Beverly Kavanaugh |
| DRC | Bob Simmons |
| Resort Call Center/Guest Correspondence and Collateral | Deb Beliva |
| F&B, Merchandise, Lodging LOBs | Maribeth Bisienere; Mary Burns; Mark Rucker |



Park Operations

7

Exhibit 25
Highly Confidential
Disney-AL1016076

## Attraction Access Objectives

- Readdress the current GAC Card process and how Guests traveling in Wheelchairs or Mobility Scooters are handled at all Attractions at the US Based Parks.
- Create a new Processes to address the accessibility issues while not granting preferential wait time. Equal wait time for all Guests.
- Where applicable leverage the FASTPASS® systems.


Park Operations

8

Exhibit 25
Highly Confidential                                                      Disney-AL1016077



Highly Confidential



- Potentially be park or site specific.
- May be multi-day or multi-park usage.
- Would create controls process to reduce Guest misuse.
- Future state

10

Exhibit 25

Disney-AL1016079

## Proposed Timeline

- Kickoff Meeting May 8th 2012
- Development and Refinement of Process Q3 FY 12
- Approvals Q4 FY 12
- Communication Q1 FY13
- Integration prior to holiday Season Q1 of FY13



11

# Next Steps

- Refine proposal
- Define Ownership of Action Items
- Seek Approvals
- Set Milestones/ Timeline
- Ongoing Team Meetings Bi Monthly

Park Operations

12

Highly Confidential

Exhibit 25

Disney-AL1016081



Exhibit 25
Highly Confidential
Disney-AL1016082



**Exhibit 25**

Highly Confidential    Disney-AL1016083



Highly Confidential

**Exhibit 25**

Disney-AL1016084

## Current Methodology for Queue Design and Configuration

Improvements have been made to our queue configurations over the years, resulting in queues having varying degrees of accessibility.

- **Full Mainstream Queues**
    - All Queues are accessible via W/C or ECV to the attraction vehicles.
- **Selected Main Stream Queue**
    - At least one Queue is accessible via W/C or ECV to the attraction Vehicles. (Typical the FASTPASS Queue)
- **Partial Main Stream Queue Access**
    - At least one or more Queues are accessible via W/C or ECV to a given point where then the guest moves to alternate entry point. This is due to physical limitations of facilities such as stairs.
- **Alternate Entrance**
    - Due to queues are not accessible and an alternate entrance (typically the exit area) is used to load guest. The Guest them by-passes the normal queues and sometime the wait time also.

Park Operations

16

## Current State Comparison

The majority of completely non-accessible queues exist at our two oldest parks, Disneyland Park and the Magic Kingdom. Experiences at these parks, however, can set the guests' expectations regarding their ability to have expedited attraction access.

|  | DLP | DCA | MK | EC | DHS | DAK |
|---|---|---|---|---|---|---|
| Full Mainstream |  |  |  |  |  |  |
| Partial Mainstream Queue |  |  |  |  |  |  |
| Selected Mainstream Queue |  |  |  |  |  |  |
| Alternate Entrance |  |  |  |  |  |  |
| Return Line Cards |  |  |  |  |  |  |



Park Operations

17

**Exhibit 25**

Highly Confidential

Disney-AL1016086