1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOGALI LAW GROUP, P.A.

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

T.P., et al.,                                  )
                                               )
            Plaintiffs,                        )    Case No.: 15-cv-5346-CJC-E
                                               )
        v.                                     )
                                               )    Judge:  Hon. Cormac J. Carney
WALT    DISNEY    PARKS    AND                 )    Hearing Date:  May 3, 2021
RESORTS U.S. INC.,                             )    Time: 1:30 p.m.
                                               )    Courtroom: 9B
            Defendant.                         )
_____ /

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "27"

---

Evidence in Support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                    Case No. 15-CV-5346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

LEGEND:    IE =    INDUSTRIAL ENGINEERING

SGD =  SERVICES FOR GUESTS WITH DISABILITIES

| Date | Sender/Group | Recipient/Group | The Message |
|---|---|---|---|
| April 16, 2012 | Armor/IE | All | Study group empanelled to "review and streamline our attraction access policies" flowing from a "work stream generated by an ECV Strategy project" **PID-0001-0002** |
| May 30, 2012 | Jones/SGD | Guest Rel. | Thanks for inviting SGD to the discussion... ***"My biggest concern with the discussion going on about the "future" of the GAC is how a new policy/process/dance card will impact those who need the degree of service that some of the GAC stamps have traditionally offered (in particular, with Autism... when I say Autism, I mean those Guests who truly have no concept of time and "coming back later" to an attraction)." PID1-0005*** |
| May 31, 2012 | Carr/Guest Rel. | Jones/SGD | Guest Relations appreciates the input, but it would be best to let the industrial engineers lead the discussion. **PID1-0003-0010** |
| June 12, 2012 | Jones/SGD | Armor/IE | SGD Suggests team meeting with Autism Speaks about GAC study. **PID1-0011** |
| June 14, 2012 | Armor/IE | Jones/SGC | Industrial engineers reject idea of early meeting with Autism Speaks about GAC study. **PID1-0012-0014** |
| May 15, 2013 | Jones/SGD | Evans/IE | "I certainly support many of the items/ideas we have discussed in our GAC strategy meetings over the past several months, however, ***the one concern I want to again raise related to the "no more GAC's" shift is the impact it will most definitely have on one of the major audiences GAC's were intended for... those with cognitive disabilities such as Autism... where the*** |

1

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|---|---|---|---|
| | | | *concept of "time" or "waiting" is an issue.*" PID1-0015 |
| May 15, 2013 | Minnick/SGD | SGD | "We should back away from changes like doctor's notes that will potentially embarrass those that truly need the service. ***I just hope that we don't over react to an instance of abuse to a service that has served thousands of deserving Guests in a positive way.***" **PID1-0016** |
| May 17, 2013 | Hale/SGD | Armor/IE | "[Attached] is what our [SGD] team drafted to state their concerns/issues in a constructive way… ***Guests with Autism will be the most impacted group as the concept of "time" or "waiting" (even if done virtually via the "dance card") is challenging for many with this disability***." **PID1-0017-0018** |
| May 23, 2013 | Jones/SGD | SGD | "[Appears these GAC meetings will now occur with all groups appropriate to the issue, and will include discussion of how any new system] will impact each major disability category (mobility, visual, hearing, cognitive) at every attraction." **PID1-0019-0022** |
| May 23, 2013 | Minnick/SGD | Armor/IE | "We feel strongly that we need an attraction by attraction analysis done that spells out how we will plan to deliver an equivalent (or better) service than we do today for our Guests with disabilities so that we don't risk reducing accessibility as we try and create "equal access" for everyone to our attractions. I don't know if anyone has started work on that front, but [SGD] need[s] to be part of the effort." **PID1-0023** |
| June 6, 2013 | Appleton/DLR | SGD | Important that Jones/SGD attend the GAC meetings. **PID1-0024** |
| June 15, 2013 | Jones/SGD | Meeting notes | "***SGD's Continued Concerns That Were Not Addressed...*** |

2

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|------|--------------|-----------------|-------------|
|  |  |  | -Park Ops (Alison in particular) continues to state "there is no appetite [for] any kind of service or green light card beyond what has already been discussed". Bottom line ... *if we* (SGD), Guest Comm, Meg/George/Michael, or Legal, based on discussions with a particular Guest, felt offering *a service beyond telling the Guest to use a DAS card, regular FastPass, or standby queue was necessary, we would have NOTHING to offer* <br> -*How to handle Guests with certain types of Autism where waiting in line is not a reasonable on their disability and what our "fall back" plan might be if this becomes a bigger issue*. I had even sent the Kings Island follow up piece to both Alison and Todd on Thursday evening with a note stating that it might be worth discussing for a bit in yesterday's session, however, it was not addressed at all." <br> **PID1-0025-0028** |
| June 15, 2013 | Hale/SGD | SGD | "We need to list specific significant directions that we don't agree with... <br> *1. We need to maintain an override process for any custom accommodation…* <br> *2. We should consider having a Guest Relations manual process similar Kings Island and our FASTPASS plus process where guest with Autism that states they can't go to an attraction and then come back without a melt down could get 3 or 4 FASTPASS times pre scheduled.* <br> *3. [REDACTED]* <br> *4. We need a major dose of sensitivity training to roll out with these changes to make sure our cast don't take this as a mandate to "clamp down on abusers" and treat GWD in any inappropriate* |

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|------|--------------|-----------------|-------------|
|  |  |  | *way as we will be extremely exposed on this and our GWD will take even hints of this as offensive.* **PID1-0029-0030** |
| June 15, 2013 | Jones/SGD |  | In addition to the DAS card, Guests visiting the parks with non-apparent disabilities (including Autism) would be encouraged to use the standard FastPass process and standby queues (there would be no other alternatives for these Guests). **PID1-0030-0032** |
| June 15, 2013 | Minnick/SGD | SGD | "I also agree with Mark about needing an additional tool for service recovery." **PID1-0029-0032** |
| June 17, 2013 | Jones/SGD | SGD | "I'm in the process of framing up some possible ideas for what our strategy might need to be if/when we find ourselves in a situation that requires us to modify our DAS card process for those on the Autism spectrum." **PID1-0033** |
| June 18, 2013 | Minnick/SGD | Meeting notes | Meeting of SGD and Park Ops with Autism Speaks... "Autism Speaks suggested 3-4 attractions up front on the DAS card would be an acceptable alternative to our GAC". **PID1-0034-0036** |
| June 28, 2013 | Evans/IE | Armor/IE | Attaches "Back-up plan for Autistic Guest;" "let me know your thoughts" **PID1-0037-0039** |
| June 28, 2013 | Evans/IE | Park Ops leaders | Attaches for discussion Back-up plan for Autistic Guest. **PID1-0038-0039** |
| June 30, 2013 | Jones/SGD | SGD | "Back-up plan for Autistic Guest" "seems like a 'reasonable' approach [need] finer details". **PID1-0040** |
| July 3, 2013 | Jones/SGD | Evans/IE | SGD generally supports the manual back-up plan at both DLR and WDW; as electronic pass system "becomes fully available at WDW (and eventually at DLR), we could then revisit this and |

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|------|-------------|-----------------|-------------|
| | | | determine and update/replacement strategy." **PID1-0041-0043** |
| July 4, 2013 | Jones/SGD | SGD | "*My 2 cents everyone… Based on how this whole process has gone with Park Ops, I believe we all can agree that "feedback/comments/suggestions" are not really being considered with a whole lot of weight from anyone. Park Ops is also wanting this to be "their" project with all facets being their idea*." **PID1-0044-0045** |
| July 4, 2013 | Appleton/DLR | Jones/SGD | "*I think we agree it is not perfect and we have proposed our best suggestions and should let them run their organization as we are a client. They will only change after they personally experience the issues first hand.*" **PID1-0046-0047** |
| July 6, 2013 | Park Ops | IE | "*[W]e do not believe we should launch a separate process for [autism]."* **PID1-0048-0049** |
| July 6, 2013 | Gossett/Park Ops | IE | "I too think it is a slippery slope to single out one disability. *I think our time should be spent developing a strong service recovery approach, and apply it when necessary <u>regardless the of the individual's needs</u>.*" **PID1-0048-0049** |
| July 22, 2013 | Jones/SGD | Armor/IE | SGD asks IE: When will the executives take up the new plan? **PID1-0050-0051** |
| July 23, 2013 | Armor/IE | Jones/SGD | "This has *already gone* to Tom and the site Presidents to get approval for implementation, we will probably be giving updates on timeline and pertinent details." **PID1-0050-0051** |
| August 12, 2013 | Minnick/SGD | Armor/IE | "*…our Cast are already sending negative signals to our Guests about GACs – giving them the impression that they are all trying to take advantage of the system*". **PID1-0052** |
| August 28, 2013 | Appleton/DKR | Armor/IE | "[Understand executives met and] discussed the new DAS and overall training that our cast members receive on disability awareness…it was |

5

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|---|---|---|---|
| | | | determined that the only awareness training for now would be for Guest Relations CMs. Do you know if there has been any other discussion on how we can update the Cast on disability awareness"? **PID1-0053** |
| September 4, 2013 | Armor/IE | Britton/Park Ops | "Got a VM from Bob Minnick with the Guests with Disabilities team. He voiced his considerable concern (and Greg's as well) that we are not going to be the industry leader in providing service above and beyond our competitors anymore. My sense is that ***they are primarily displeased that there will not be a formal exceptions process to pre-fill the card***.  I'm hoping you had a chance to connect with Greg. I'm getting the impression from them that they still think we can make "course corrections" (their choice of wording!) and do the exceptions process." **PID1-0054-0056** |
| September 19, 2013 | Jones/IE | IE | "In my call yesterday with Alison and Todd, I again asked the question about how we (SGD) can authorize service accommodations beyond the DAS card. Alison and Todd... did say that we could, at any time, enter a "service" for a particular Guest into MAGIC (the database Guest Relations and other areas use to keep track of Guest situations/service recovery, etc.)... Todd assured me they would reinforce that any entries we make into MAGIC need to be honored by Guest Relations. Reasonable solution I guess (we'll need to see how this works out though)." **PID1-0057-0058** |
| September 25, 2013 | Haines, Public Affairs | Various | "I am trying to pull together a call for a small group of us to discuss the changes to the GAC/DAS policy. As you all are well aware, we are hearing A LOT of |

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|---|---|---|---|
| | | | concern from the autism community - which I know you all anticipated. To help manage these concerns, we want to better understand how we arrived at the new process." **PID1-0059-0060** |
| September 28, 2013 | Mark Jones | | Re: Park Ops conference call: "***We brought up the call center/pre-validating idea (short or long term) and Alison immediately said "this is not the place to talk this, it was discussed yesterday amongst senior leadership, and there's not really an appetite for this." Not sure why, but this is the same broken record type response we've gotten for months when bringing up something***." **PID1-0061-0063** |
| October 2, 2013 | Jones/SGD | IE | Asks Armor/Evans (IE) to confirm that among autism-related scenarios "that ***the more common process a Guest Relations CM would follow would from #4 (offer Re-Admission passes without any kind of "cap" based on the circumstances and the Guests's service needs***)." **PID1-0064-0069** |
| **DAS Released at both WDW and DLR** | | | |
| October 24, 2013 | Hale-Jones/SGD | IE | SGD proposes a survey of DAS performance at both WDW and DLR. **PID1-0070-0072** |
| October 24, 2013 | Armor/IE | All | We do not support a survey of DAS performance, at least not for 3-6 months. **PID1-0070-0072** |
| November 1, 2013 | Manangu/Guest Communications | Guest Communications | "[Guest complains that the] week before DHS only gave him 2 Re-ads although my file for him stated 4. Today, he was told the re-entry passes were given once and they expired. I called Alison. She tells me it is a case by case basis and ***they are supposed to stick to the DAS as it is designed to work***. She mentioned many issues with other Guests trying to get more FastPasses. They are telling them |

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

### PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX
#### (Reference Exhibit by page number – PID-xxx)

| Date | Sender/Group | Recipient/Group | The Message |
|---|---|---|---|
| | | | they may not be able to continue giving them the FP moving forward." **PID1-0073-0085** |
| November 5, 2013 | Manangu/Guest Communications | SGD | "Can you tell me if we will still be able to provide Guests with the FastPasses moving forward? ***There is some info being communicated to Guests who really have needs that it is a one-time courtesy***." **PID1-0073-0085** |
| November 6, 2013 | Jones/SGD | Manangu/Guest Communications | I believe your team and my team are under the same understanding that Park Ops needs (and has agreed) to honor any and all information we enter in Magic including "ongoing provisions" of reads/FP's for those who need it above and beyond the DAS card. Please copy Maureen and I on your note and I can then add to it as we'll ultimately need to engage Alison Armor from Park Ops and her new leader to remind them of our "agreement." **PID1-0086-0091** |
| November 6, 2013 | Minnick/SGD | Armor/IE | "Were you planning to have the IE come back and measure to see if we have had an impact with the DAS vs. GAC in terms of ride capacity impact?" **PID1-0086-0091** |
| November 6, 2013 | Heather Havey | | "Alison/ Todd- ***another example of where Guests are being told the FastPasses are one time exceptions. And see the note about riding multiple times- I think we talked this, but it's not being appropriately operationalized.***" **PID1-0092** |
| November 11, 2013 | Armor/IE | SGD | "Once we get our full-time data collectors on-board in the next few weeks, we will start to think about how to do a more studies of FP redemption. We need these studies for many reasons and DAS is just one. The hard part is that we don't have very comprehensive historical GAC data to compare." **PID1-0093-0095** |
| November 12, 2013 | Jones/SGD | SGD | ***"I'm hearing rumors/grumblings that some Guests are being told at Guest*** |

8

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

### PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX
### (Reference Exhibit by page number – PID-xxx)

| Date | Sender/Group | Recipient/Group | The Message |
|---|---|---|---|
| | | | *Relations on both coasts that their readds/FP's above and beyond the DAS Card are "one time exceptions" and they should not expect to receive them during their next visit –OR- during a follow up visit, these Guests are not receiving readds/FP's (or are receiving a lesser number of readds/FP's that they did during the first visit). If any of this is, in fact, true and is happening more often than not, we will need to revisit this with Park Ops as their "agreement" with us was that readds/FP's would eternally be a part of the landscape for those Guests who need this service beyond what the DAS Card can offer."* PID-0096 |
| January 9, 2014 | Jones/SGD | Hale/SGD | "I think DAS is working for many of our Guests but, as you mentioned, *there is a still that percentage of guests with autism and other disabilities who are potentially being undeserved. I am also aware that each site as well as each park in Florida has their own thoughts around re-ads and what is appropriate.* PID1-0097 |
| January 20, 2014 | Kricorian | Various | "[L]eadership asked us to put the DAS Guest Research on hold. If/when the project is reactivated, we can pick up where we left off with this team. If you hear anything directly from DLR/WDW site leadership about wanting the project to be reactivated, please let us know." **PID1-0098-0100** |
| January 21, 2014 | Hale/SGD | SGD | "I don't recall [the decision to stop the DAS performance survey work] being discussed in any meetings I was in. I have been pushing that *we need to keep measuring how we are doing against <u>the original goal (eliminating ghost riders)</u> as well as our DAS performance*." PID1-0098-0100 |
| February 10, 2014 | Lowery/ | Jones/SGD | "Just a heads up, in the autism |

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|------|-------------|-----------------|-------------|
| | Community Relations | | community, some conversation now is that unless you "know somebody who can pull strings" the new DAS is a nightmare and just to stay away. Jacob, I don't blame you for doing what you need to do for these folks. I just hope it works out for them. But ***I do think someone needs to admit the new system does not work for Autism families. All disabilities are not equal.***" **PID1-0103-0111** |
| February 10, 2014 | Jones/SGD | Lowery/ Community Relations | "I hear you and am aware of the challenges the Autism community continues to face." **PID1-0103-0111** |
| February 11, 2014 | Jones/SGD | Hale/SGD | "Not sure how much you know about this one Greg but I will say that my continuing to be the "poster child" for our responses about an unfavorable service is getting old." **PID1-0101-0102** |
| February 11, 2014 | Jones | Hale/Appleton | Distribute letter from President of Assoc. of Regional Center Agencies (ARCA) to Michael Colglazier with critique of DAS **PID1-0112-0114** |
| February 18, 2014 | Hogan/SGD | Jones/SGD | "Were you aware Guest Comm is no longer able to set up Guests with Cognitive Disabilities with anything in advance? They are sending them to Guest Relations for assistance." **PID1-0115-0117** |
| February 20, 2014 | Hale/SGD | SGD | In discussions that did not include SGD, executives have rejected our proposal "of exploring a pre-assigned DAS card." **PID1-0118-0120** |
| February 26, 2014 | Jones/SGD | SGD | "ABSOLUTELY agree Greg that we need a customized "Option 3" (Guests able to choose their own attractions and order) as I'm uncertain how many of those guests with Autism-related concerns are really going to benefit from a "locked in" set of 4 attractions. I'll see if I can find a few letters to support this in the next day. Option 1 states this service "would be |

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**PLAINTIFFS' INTENTIONAL DISCRIMINATION ISSUE 1 – INDEX**
**(Reference Exhibit by page number – PID-xxx)**

| Date | Sender/Group | Recipient/Group | The Message |
|------|--------------|-----------------|-------------|
| | | | used for Guests who need additional help planning their day" and one of the "advantages" listed for both options is "Allows Guests to plan their days" however, based on what we're hearing from our Autism families, this is NOT what they want if it means WE dictate the attractions/ order of the attractions they visit.  Bottom line in my opinion… ***if this solution is being done mainly to serve the Autism Community, it falls short as written/ proposed and will not solve the issue at hand***." **PID1-0121-0125** |
| June, 2014 | | | Within days of the unsuccessful mediation of this case, Jones and the other SGD personnel who previously reported to Hale are restructured, and now report to Armor/IE. |

11

**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**REDACTED**

**From:** Armor, Alison
**Sent:** Monday, April 16, 2012 2:56 PM
**To:** Hale, Greg; Wahler, Jacquee M. (Polak); Bellavia, Deborah; Rosenfeld, Teri; Mertz, Carla; Martinez, Elisa; Giacalone, Margaret C; Muscaro, Kent; Morris, Julie
**Cc:** Evans, Todd; Britton, Brian
**Subject:** Attraction Access Working Team Membership

HI Everyone,

**REDACTED**

The Park Operations LOB will be leading an initiative to review and streamline our attraction access policies and tools for Guests with Disabilities for both US sites. This is a work stream generated by an ECV Strategy project which has recently been approved by senior leadership. Your departments have been identified as critical partners and we would like you to identify someone from your team to join our Attraction Access Working Team. This person should be able to represent you (ideally, leader of leader level) and have the authority to provide guidance related to their subject matter expertise. Their input would be vital in formulating our recommendations to be presented to the Steering Committees (recommendation target completion is in early Q4, with the hope of implementing in Q1 prior to NGE launch at WDW).

We anticipate this working team to be in existence for about 6 months as we move from recommendations to development and then implementation. Initially we will meet every other week and will adjust as necessary. Please let me know if you have any immediate questions and thank you in advance for your partnership and support!

EXHIBIT
depobook.com
JUL 0 7 2015

Confidential

Disney-AL1011162

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Alison

**Confidential**

**Disney-AL1011163**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**    Riles, Sarah (Fisk)[Sarah.Riles@disney.com]; Armor, Alison[Alison.Armor@disney.com]
**From:**  Evans, Todd
**Sent:**   Fri 6/1/2012 8:55:06 AM
**Importance:**     Normal
**Subject:**  RE: GAC's - What does your cast require?

They are aware of the work at the domestic point of view.  I think there is and has been
conflict with the WDW groups consistent execution of GAC cards and you are seeing
that being vented.  They all have varying points of view on this how they should handle
them.


*Todd Evans*
*Manager Global Park Operations Line of Business*

*Walt Disney Parks and Resorts U.S.*
*407-560-1099 or tie line 8-264-1099*


**From:** Riles, Sarah (Fisk)
**Sent:** Thursday, May 31, 2012 5:27 PM
**To:** Armor, Alison; Evans, Todd
**Subject:** Fwd: GAC's - What does your cast require?


See email chain below. Do the Main Entrance Ops mgrs know we are working on GAC?

Sent from my iPhone


Begin forwarded message:

> **From:** "Carr, Eric" <Eric.Carr@disney.com>
> **Date:** May 31, 2012 4:34:49 PM EDT
> **To:** "Jones, Mark" <Mark.Jones@disney.com>, "Smith, Marvin"
> <Marvin.Smith@disney.com>, "Kidd, Dawn" <Dawn.N.Zappitello-
> Kidd@disney.com>, "Ildefonso, Nayra" <Nayra.Ildefonso@disney.com>, "Mitchell,
> Lynn" <Lynn.Mitchell@disney.com>, "Smith, Matthew C"
> <Matthew.C.Smith@disney.com>
> **Cc:** "Hogan, Maureen" <Maureen.Hogan@disney.com>, "Riles, Sarah (Fisk)"
> <Sarah.Riles@disney.com>
> **Subject: RE: GAC's - What does your cast require?**
>
> I too appreciate the dialogue.



EXHIBIT
4
JUL 0 7 2015

**Confidential**

Disney-AL1007777

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

It was my intention to take on this topic and drive us to some consistency with
this issue. However, in light of the recent announcement for Sarah Riles, I
believe that this particular topic should be driven from that direction.

Thank you again for your passion.

Eric

**From:** Jones, Mark
**Sent:** Wednesday, May 30, 2012 4:05 PM
**To:** Smith, Marvin; Carr, Eric; Kidd, Dawn; Ildefonso, Nayra; Mitchell, Lynn;
Smith, Matthew C
**Cc:** Hogan, Maureen
**Subject:** RE: GAC's - What does your cast require?

Good afternoon WDW Guest Relations leaders and thanks for including me in
this healthy discussion about GAC's. I believe we all can agree that the GAC
has caused more than a few grey hairs for each of us over the years. As you
might be aware, there is much discussion at the LOB level via Alison and
Brian regarding the "future" of the GAC and how some of the service options
traditionally offered on the GAC might be transitioned to a "checklist"
distributed to Guests (the working name of this "checklist" is "dance card" in
case you hear it in passing). In the interim, I certainly think all of the
perspectives offered below have some validity. To add to Marvin's
comments, my initial thoughts on the two issues...

·       Requiring the "named" person on the GAC to be the one of the riders at
a particular attraction is reasonable. Because an attraction/group of
attractions may not bother to ensure the named person is present/riding is not
a reason for other attractions to abandon this policy.

·       I think it is reasonable to ask that the "named" person on the GAC be

**Confidential**                                                                      Disney-AI 1007778

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

present when it's issued "if possible" (no way this should be an "absolute, no flexibility policy" though… if the Guest cannot come into the Lobby for whatever reason… it's a child with Autism and the mom is the one coming in to get the GAC… then we should have some degree of flexibility to help the Guest).

So each of you are aware, my biggest concern with the discussion going on about the "future" of the GAC is how a new policy/process/dance card will impact those who need the degree of service that some of the GAC stamps have traditionally offered (in particular, those with Autism… when I say Autism, I mean those Guests who truly have no concept of time and "coming back later" to an attraction). I'm hoping at some point your perspectives/experiences will be factored into the discussions as each of you have much more "hands on" engagement with our Guests with GAC's.

I appreciate it,


*Mark*
Manager, Domestic Services for Guests with Disabilities
Disneyland Resort & Walt Disney World Resort

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile: ▮▮▮▮▮▮▮


**From:** Smith, Marvin
**Sent:** Sunday, May 27, 2012 7:54 AM
**To:** Carr, Eric; Kidd, Dawn; Ildefonso, Nayra; Mitchell, Lynn; Smith, Matthew C; Smith, Marvin
**Cc:** Jones, Mark
**Subject:** Re: GAC's - What does your cast require?


Just my thoughts…

**Confidential**                    Disney-AI 1007779

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

1 – The guest does need to be riding the attraction to use the GAC as it is primarily intended for that person not other guests in the party.

2 – Talking out of the other side of my mouth, I don't feel good about requiring the guest with a disability to come into the lobby.  If it is a child for example a parent may come inside to seek assistance with the GAC.  Also the card is intended for Guest with a NON APPARENT disability.  Having the cast "size up the guest" based on a visual inspection seems like we going backwards in the process and allowing the cast to decide if the disability is "good enough" to warrant a GAC.  We've all heard cast tell guest they don't need a GAC for a particular issue.  Or worse, when the cast doesn't feel the guest is being truthful and they issue a "wheelchair stamp" to punish the guest.  We've all seen it…

The cast must understand the basic role of GR.  We are here to help people. If that means talking with the guest to better understand the situation, then that's what the cast must do. Sometimes that may even mean stepping out from behind the counter to go talk with a guest outside the lobby about GAC procedures.  Speaking only from a MK perspective, I can understand why someone may not want to push a wheelchair up the ramp with a child just to wait in line inside a crowed lobby.  GAC's continue to the the number one opportunity for cast to say "NO" to our guests.  Personal bias and past guest experiences cannot dictate how we allow cast to adapt their own policing of GAC's.  If we can instead train the cast to remember their role of helping people, this becomes much more clear.

Thoughts?

**Marvin Smith**

**Disney Special Activities**

**Confidential**                                                    Disney-AL1007780

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

407-828-2122 (8-222)

 (mobile)

 Parks and Resorts

**From:** "Carr, Eric" <Eric.Carr@disney.com>
**Date:** Sat, 26 May 2012 11:10:35 -0400
**To:** "Kidd, Dawn" <Dawn.N.Zappitello-Kidd@disney.com>, "Ildefonso, Nayra"
<Nayra.Ildefonso@disney.com>, "Mitchell, Lynn"
<Lynn.Mitchell@disney.com>, "Smith, Matthew C"
<Matthew.C.Smith@disney.com>, "Smith, Marvin"
<Marvin.Smith@disney.com>
**Subject:** RE: GAC's - What does your cast require?

We had a Guest come in last night that was upset that a CM at Toy Story
would not allow them to use a GAC when the person wasn't going on the
attraction. The Guest response was that no other park checked.

Team, I want to include the right folks (Mark Jones et al) and formulate a
policy that we all can work with.

Eric

_____

**From:** Kidd, Dawn
**Sent:** Saturday, May 26, 2012 10:24 AM
**To:** Ildefonso, Nayra; Carr, Eric; Mitchell, Lynn; Smith, Matthew C; Smith,
Marvin
**Subject:** RE: GAC's - What does your cast require?

**Confidential**                                                    Disney-AL1007781

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Survey of my team that has come from/works shifts at Parks also suggests it is common practice to inquire about the Guest that is in actual need of the pass and identifying them in order to provide accurate information on how to utilize the pass. Since the pass is for that person the Cast feel it's important (if it's adult) that the person who needs accommodation is happy and understanding about how their service will work.

I think it's all in how our Cast approach the situation.

If it was future state, I would suggest that this is something our new LOB Manager would be providing clarification on J

d

**From:** Ildefonso, Nayra
**Sent:** Friday, May 25, 2012 5:11 PM
**To:** Carr, Eric; Mitchell, Lynn; Smith, Matthew C; Smith, Marvin; Kidd, Dawn
**Subject:** RE: GAC's - What does your cast require?

Agreed. I know some of my Cast have also asked to see the Guests needing assistance. We've actually had negative Gst letters (it's been a long time since I've received one) regarding this very incident.

**From:** Carr, Eric
**Sent:** Wednesday, May 23, 2012 4:37 PM
**To:** Mitchell, Lynn; Ildefonso, Nayra; Smith, Matthew C; Smith, Marvin; Kidd, Dawn
**Subject:** RE: GAC's - What does your cast require?

**Confidential**                                                                    **Disney-AL1007782**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I know most of my Cast would align with what you found.

We also found that there was a perception (again not all) that someone in a wheelchair doesn't need a GAC. While certainly he original intent, not what the expectation of both the Guests and our Operating Cast has become.

While the GAC still seems to be in a swirl with no resolution in sight, I think we should all agree on what the thing is going to be for Guest Relations and execute to it consistently.

Eric

---

**From:** Mitchell, Lynn
**Sent:** Wednesday, May 23, 2012 1:54 PM
**To:** Carr, Eric; Ildefonso, Nayra; Smith, Matthew C; Smith, Marvin
**Cc:** Mitchell, Lynn
**Subject:** GAC's - What does your cast require?

All,

I overheard a cast member the other day in the City Hall, tell a Guest that the Guest needing assistance would need come in and retrieve the Guest Assistance card. This does not feel right to me. My understanding is our cast specifically ask "what kind assistance does the Guest need or require?" and provide them with the appropriate stamp. I decided to ask around to other cast and I found that other cast (not all) have been trained to ask the Guest needing assistance to come in. After reviewing the OG's, it really doesn't get into any details about what to ask the Guest, the training comes from the verbal communication the trainer provides trainee.

**Confidential**                                                                    **Disney-AL1007783**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Can you please ask a few different cast members in your area if this is a common practice about GR "seeing" the Guest requiring assistance and let me know your findings?  I feel like our cast take so much ownership that it is possible they may be doing this to "protect" the process but in the mean time providing poor service.

Let me know what you find.

Lynn Mitchell

Guest Relations Operations Manager

Magic Kingdom Park

407-824-5631 (8-273)

**Confidential**                                                                                  **Disney-AL1007784**

**To:**     Armor, Alison[Alison.Armor@disney.com]; Evans, Todd[Todd.Evans@disney.com]; Riles,
Sarah (Fisk)[Sarah.Riles@disney.com]
**Cc:**     Hogan, Maureen[Maureen.Hogan@disney.com]
**From:**     Jones, Mark
**Sent:**     Tue 6/12/2012 3:04:56 PM
**Importance:**     **Normal**
**Subject:**     Possible Mtg w/Autism Speaks Reps re: GAC Mods?

Good morning Alison, Sarah, and Todd.  Hope all is well in sunny Orlando!  I wanted to
see if each of you would have interest in meeting with me and the two representatives
from the Greater Orlando Autism Speaks organization when I'm in town in a few
weeks?  I haven't extended a formal meeting invitation to them yet but was wondering if
a day/time between Mon, 6/25-Thurs, 6/28 was better/worse for each of you.  I'm
planning to meet with them anyway on some other initiatives but thought this might be a
good opportunity to broach the "dance card versus GAC" subject to see what they might
be able to offer by way of feedback and how we might leverage their expertise as we
move forward.  As mentioned previously, my two contacts with Autism Speaks… Karen
Thompson and Katy Formella… have been excellent partners over the years and I'd like
to engage them at some point during our process.

Thoughts please?

Thanks!

**Mark**
Manager, Domestic Services for Guests with Disabilities
Disneyland Resort & Walt Disney World Resort

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]

**Confidential**

**Disney-AL1008057**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**    Jones, Mark[Mark.Jones@disney.com]; Armor, Alison[Alison.Armor@disney.com]
**Cc:**    Hogan, Maureen[Maureen.Hogan@disney.com]; Prihoda,
Kathleen[Kathleen.Prihoda@disney.com]; Crimmins, Brian[Brian.Crimmins@disney.com]; Smith,
Leslie[Leslie.Smith@disney.com]
**From:**    Evans, Todd
**Sent:**    Thur 6/14/2012 9:53:47 AM
**Importance:**    Normal
**Subject:**    RE: Possible Mtg w/Autism Speaks Reps re: GAC Mods?

Mark,

I met with our communication team yesterday and we all felt it's too soon to discuss any changes to GAC process or introduction of new processes for Attraction Access with any Advocate Groups at this time.  The team is also going to set up time  with Sarah Riles to talk the larger project as it relates to the ECV work stream.

I'm actually out of town on the 25th and will not be able to join the conversation.

Thank you.

*Todd Evans*
*Manager Global Park Operations Line of Business*

*Walt Disney Parks and Resorts U.S.*
*407-560-1099 or tie line 8-264-1099*

**From:** Jones, Mark
**Sent:** Wednesday, June 13, 2012 5:06 PM
**To:** Armor, Alison; Evans, Todd; Riles, Sarah (Fisk)
**Cc:** Hogan, Maureen
**Subject:** RE: Possible Mtg w/Autism Speaks Reps re: GAC Mods?

Thanks Alison.  As an FYI, because of limited scheduling, I've confirmed my meeting with the Autism Speaks reps at 10 AM EST on Mon, 6/25.  The meeting will probably be over in my team's area backstage of Saratoga Springs.  At this point, I do not plan to discuss the "dance card" concept at all but hope this day and time might work for you

Confidential    Disney-AL1016496

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

and others (assuming Legal is good with it).  If this date/time work and you'd like
to be included, we can certainly meet over at FA.  Just keep me posted.


I appreciate it!


**Mark**
Manager, Domestic Services for Guests with Disabilities
Disneyland Resort & Walt Disney World Resort

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:




**From:** Armor, Alison
**Sent:** Tuesday, June 12, 2012 12:18 PM
**To:** Jones, Mark; Evans, Todd; Riles, Sarah (Fisk)
**Cc:** Hogan, Maureen
**Subject:** RE: Possible Mtg w/Autism Speaks Reps re: GAC Mods?


Hi Mark,

Thanks for the note.  I think it's a great idea, but we need to make sure media
relations and legal are okay if we have some sloppy dialogue.  I'll get with Todd
and we'll check on it!


Thanks,

Alison


**From:** Jones, Mark

**Confidential**

**Disney-AL1016497**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Sent:** Tuesday, June 12, 2012 3:05 PM
**To:** Armor, Alison; Evans, Todd; Riles, Sarah (Fisk)
**Cc:** Hogan, Maureen
**Subject:** Possible Mtg w/Autism Speaks Reps re: GAC Mods?


Good morning Alison, Sarah, and Todd. Hope all is well in sunny Orlando! I
wanted to see if each of you would have interest in meeting with me and the two
representatives from the Greater Orlando Autism Speaks organization when I'm
in town in a few weeks? I haven't extended a formal meeting invitation to them
yet but was wondering if a day/time between Mon, 6/25-Thurs, 6/28 was
better/worse for each of you. I'm planning to meet with them anyway on some
other initiatives but thought this might be a good opportunity to broach the "dance
card versus GAC" subject to see what they might be able to offer by way of
feedback and how we might leverage their expertise as we move forward. As
mentioned previously, my two contacts with Autism Speaks... Karen Thompson
and Katy Formella... have been excellent partners over the years and I'd like to
engage them at some point during our process.


Thoughts please?


Thanks!


*Mark*
Manager, Domestic Services for Guests with Disabilities
Disneyland Resort & Walt Disney World Resort

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**Confidential**

**Disney-AL1016498**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**     Evans, Todd[Todd.Evans@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]; Armor,
Alison[Alison.Armor@disney.com]
**Cc:**     Hogan, Maureen[Maureen.Hogan@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]
**From:**   Jones, Mark
**Sent:**   Wed 5/15/2013 5:56:16 PM
**Importance:**         Normal
**Subject:**   Re: Timely:  Guest Assistance Card Response

Thanks as always Todd. I certainly support many of the items/ideas we have discussed
in our GAC strategy meetings over the past several months, however, the one concern I
want to again raise related to the "no more GAC's" shift is the impact it will most
definitely have on one of the major audiences GAC's were intended for... those with
cognitive disabilities such as Autism... where the concept of "time" or "waiting" is an
issue. Was this, by chance, mentioned in the Monday Exec meeting or in any follow up
that might have occurred? I realize the timing is right for us to move forward with some
changes to the GAC/special assistance process, and just want to make sure we've not
skipped over anything (or anyone) it impacts.

Mark Jones
Svcs for Guests w/Disabilities,
Disneyland & Walt Disney World

-this message composed on my BlackBerry-


**From**: Evans, Todd
**Sent**: Wednesday, May 15, 2013 02:34 PM
**To**: Jones, Mark; Minnick, Bob; Armor, Alison
**Cc**: Hogan, Maureen; Cardinali, Jay
**Subject**: RE: Timely: Guest Assistance Card Response


Mark, the current thought is that Guest Collateral team, Leslie Smith WDW and Britt
Holmberg DLR would take the lead on the new product and program collateral
development with your teams input, being  a key partner.  As the recommendation is
coming down from Meg, George and Michael, the existing GAC cards would be
discontinued and there would be no need for the stamps as we know them in the future
state.  We'd also need to introduce the Stroller as Wheelchair Tag to the DLR to align
process.


Just high level thoughts at this point,  please let us know your thoughts and concerns as
this train is picking up speed every moment.

Confidential                                                                 Disney-AL1003954

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**       Jones, Mark[Mark.Jones@disney.com]
**Cc:**       Hale, Greg[Greg.Hale@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]
**From:**     Minnick, Bob
**Sent:**     Wed 5/15/2013 9:08:06 PM
**Importance:**       Normal
**Subject:**  Re: Disabled Group Influencer List

Greg;

We have a lot of advocacy groups to reach out to.  Mark's list is a good one.

Although it won't hurt us to reach out to the various groups, I don't think that they will
pick on us. I think it will be fringe individuals like our recent plaintiffs.

I think we make measured change to our GAC process.  We should back away from
changes like doctor's notes that will potentially embarrass those that truly need the
service.  I just hope that we don't over react to an instance of abuse to a service that
has served thousands of deserving Guests in a positive way.

Maybe we should engage some focus groups or engage these groups now instead of
the day before we make the change.

Thanks, Bob Minnick, PE, CSP
 Sent from my iPhone

On May 15, 2013, at 8:00 PM, "Jones, Mark" <Mark.Jones@disney.com> wrote:


Hi everyone and my apologies in advance on the length of my response.

I will say that the organizations/partners we suggest should definitely depend on
what we wind up doing (example... if we completely change the process for those w
Autism, we definitely need to inform Autism Speaks and the ASA). Possibilities,
without knowing the final outcome of the "update"...

1) Autism Speaks; we can get to the national office via Matt Asner, the Exec Director
of AS So Cal

2) Autism Society of America (ASA); we can get to the national office via Lori
Georganna from Research/Consumer Insights as she's pretty involved with the
Orlando chapter

3) Juvenile Diabetes group (convention of over 3k coming this again this summer to
WDW Property... July I think); we can get to the "right people" via Michele Caroli and
Marty Kamrada in our Convention and Sales areas who've been working with the
group for this year

**Confidential**                                                                                   **Disney-AL1044361**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

| | |
|---|---|
| **To:** | Britton, Brian[Brian.Britton@disney.com]; Armor, Alison[Alison.Armor@disney.com] |
| **From:** | Hale, Greg |
| **Sent:** | Fri 5/17/2013 3:06:01 PM |
| **Importance:** | **Normal** |
| **Subject:** | FW: Proposed Slide for Brian's deck |

GAC Mods-WSA Rec 5-13 Draft 2.pptx

Brain – This is what our Services for Guest with team drafted to state their concerns/issues in a constructive way – which could all be worked through with more time.


Greg

**Confidential**                                                     **Disney-AL1015954**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

# Guest Assistance Card (GAC) Modifications:

**The implementation team recommends extending the timeline to <TBD?> in order to accomplish the following process steps:**

- Develop processes for those who, based on their disability, do not/are unable to benefit from the  Attraction Return Service/"dance card" concept
- Implement a communication strategy to manage perception of "lowering Guest service for Guests with disabilities"
- Engage and educate impacted external organizations such as Autism Speaks & other key organizations to gain their perspective and support on proposed changes
  - Guests with Autism will be the most impacted group as the concept of "time" or "waiting" (even if done virtually via the "dance card") is challenging for many with this disability
- Fully develop collateral, documentation, and communication plan
- Modify existing disability awareness training & properly train Cast Members on new procedures
- Audit to assure that the proposed changes meet the reasonable accommodation ADA guidelines as written in the Americans with Disabilities Act (ADA)
- Longer term align with NGE to enhance the Guest experience for our Guests with disabilities

Confidential
Disney-AL1015955

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **To:** | Minnick, Bob[Bob.Minnick@disney.com] |
| **Cc:** | Cardinali, Jay[Jay.Cardinali@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com] |
| **From:** | Jones, Mark |
| **Sent:** | Thur 5/23/2013 7:59:44 PM |
| **Importance:** | Normal |
| **Subject:** | RE: Guest Assistance Card Response |

Hi again Bob and just following up on my voice mail to you regarding today's "Queue Accessibility" meeting with the GPOLOB so you might share with Greg. As mentioned, the meeting today, which will becoming a reoccurring one over the next several weeks, was designed to ensure all the right partners are thinking and talking through the Attraction Return Card (ARC) process and discussing all of the nuances from attraction to attraction. In my opinion, these meetings WILL fulfill Greg's (per his voice mail to you) and our desire to understand how the ARC will impact each attraction and disability group. I also feel the "right" partners were a part of the discussion today including our team, Todd Evans and Tom Webster (WDW attractions SME's), Jim Lake and Richard Towfigh (DLR attractions SME's), Bob Ennis, Jodi White, and MJ Crosby (OG SME's and Bob has WDW attractions expertise as well). Today's particular meeting focused on the following...

Type of queue access at each Disneyland, DCA, Magic Kingdom, and Epcot attraction (we'll discuss the Studios and DAK in the next meeting); "Choices" in today's discussion included...

- Mainstream (all possible queues accessible for Guests in wheelchairs/scooters including standby and FP)
- Partial Mainstream (queues accessible to a point; Ex: MK Splash Mtn where there is a bypass about half way through the queue for Guests in wheelchairs/scooters due to stairs)
- Select Mainstream (not all possible queues are accessible; Ex: MK Space Mtn where the only fully accessible queue is FP)
- Alternate Entry (neither the standby or FP queues are accessible; Guest in a wheelchair/scooter uses, generally, an exit)

As we went along, we had additional discussion/captured comments about the nuances at each of the attractions at the 4 parks mentioned above

Matrix being compiled breaking these into categories

Additional clarification will be shopped with local leaders (knowing we're still in the "confidentiality stage" of this work)

Once we have our completed matrix, we will then discuss/determine how the Attraction Return Card (ARC) will impact each major disability category (mobility, visual, hearing, cognitive) at every attraction

Excellent discussion for sure. Let me know if you need additional information/details at this point.

Thanks!

Mark

_____

**From:** Jones, Mark
**Sent:** Thursday, May 23, 2013 9:58 AM
**To:** Minnick, Bob
**Subject:** FW: Guest Assistance Card Response

**Confidential** **Disney-AL1052595**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Hi there Bob and got your and Greg's voice mails as well. Yes, a meeting request came to Jay, Maureen, and I late in the day yesterday from Todd Evans simply titled "Review Queue Accessibility" and no further information was given. I'm not sure if this will become a reoccurring meeting or not (I guess we'll find out today) and it's scheduled for an hour with several other members of the GPLOB team including the OG people.  We'll update you and Greg afterwards, and we'll see if this is going to fulfill our desire to understand how the ARC (Attractions Return Card... I want credit it this becomes the accepted term by the way! ☺) will impact each attraction and disability group.

Thanks,

Mark

---

**From:** Armor, Alison
**Sent:** Thursday, May 23, 2013 6:26 AM
**To:** Minnick, Bob
**Cc:** Jones, Mark; Cardinali, Jay; Hogan, Maureen; Evans, Todd; Lake, James H.
**Subject:** RE: Guest Assistance Card Response

Bob,

There is a meeting today with your team to work through this very topic (3pm).

Thanks!

Alison

---

**From:** Minnick, Bob
**Sent:** Thursday, May 23, 2013 9:03 AM
**To:** Armor, Alison
**Cc:** Jones, Mark; Cardinali, Jay; Hogan, Maureen
**Subject:** RE: Guest Assistance Card Response

Alison;

I was only able to be on the call last night for about half the meeting.  We'll be happy to work with Jacquee on the communication front.  Mark is leading the effort on putting a guidebook together for Guests with cognitive disabilities that he will accelerate so that we rollout one for DLR and WDW in parallel with this effort.

We feel strongly that we need an attraction by attraction analysis done that spells out how we will plan to deliver an equivalent (or better) service than we do today for our Guests with disabilities so that we don't risk reducing accessibility as we try and create "equal access" for everyone to our attractions.  I don't know if anyone has started work on that front, but Jay, Mark, and Maureen need to be part of the effort.  Is that something we should partner with Jim Lake at DLR and Todd Evens at WDW to

accomplish?

Thanks.

Bob Minnick; PE, CSP
Worldwide Facility and Accessibility
Office  407-827-6853
Mobile

---

**From:** Armor, Alison
**Sent:** Thursday, May 23, 2013 8:45 AM
**To:** Armor, Alison; Riles, Sarah (Fisk); Zappitello, Dawn; Evans, Todd; Cardinali, Jay; Holmberg, Britt;
Pacula, Scott; Appleton, Betty; Martinez, Elisa; Hogan, Maureen; Wahler, Jacquee M. (Polak); Smith,
Leslie; Ducker, Melissa A.; Gossett, Keith; Holbrook, Karlynn; Brown, Suzi; Prihoda, Kathleen; Minnick,
Bob; Ritti, Frank; Leys, Susan; Reisdorf, Jaclyn K.; Villa, Desiree S.
**Cc:** Somsky, Rich J.; Curry, Shelby D.; Jones, Mark; Severs, Pam; Barrett, Jason; Lake, James H.; Lane,
Meagan M.; Ducker, Melissa A.
**Subject:** RE: Guest Assistance Card Response

All,

Thanks for your time yesterday.  Attached are the revised notes.  Please let us know if you think of
anything else that we should be addressing as we move forward with implementation.

Thanks,
Alison

<< File: Attraction Access for Guests with Disabilities Project Update May 23.docx >>

-----Original Appointment-----
**From:** Wheeler, Leigh A **On Behalf Of** Armor, Alison
**Sent:** Wednesday, May 15, 2013 8:52 AM
**To:** Armor, Alison; Riles, Sarah (Fisk); Zappitello, Dawn; Evans, Todd; Cardinali, Jay; Holmberg, Britt;
Pacula, Scott; Appleton, Betty; Martinez, Elisa; Hogan, Maureen; Wahler, Jacquee M. (Polak); Smith,
Leslie; Ducker, Melissa A.; Gossett, Keith; Holbrook, Karlynn; Brown, Suzi; Prihoda, Kathleen; Minnick,
Bob; Ritti, Frank; Leys, Susan; Reisdorf, Jaclyn K.; Villa, Desiree S.
**Cc:** Somsky, Rich J.; Curry, Shelby D.; Jones, Mark; Severs, Pam; Barrett, Jason; Lake, James H.; Lane,
Meagan M.
**Subject:** Guest Assistance Card Response
**When:** Wednesday, May 22, 2013 4:30 PM-5:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** FA: Mahalo FA 3316 or Dial in 1-877-290-0784 Code: 5602283407

5/22: Adding Melissa Ducker
5/22: Adding Desiree Villa
5/22: Adding Jaclyn Reisdorf and Susan Leys.
5/17: Adding Frank Ritti

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

5/16:  Rescheduled from 5/30 due to new project deadlines.  Please try and attend.  Thank you!

Confidential

Disney-AL1052598

**To:** Armor, Alison[Alison.Armor@disney.com]
**Cc:** Jones, Mark[Mark.Jones@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Hogan,
Maureen[Maureen.Hogan@disney.com]
**From:** Minnick, Bob
**Sent:** Thur 5/23/2013 9:03:16 AM
**Importance:** Normal
**Subject:** RE: Guest Assistance Card Response

Alison;

I was only able to be on the call last night for about half the meeting. We'll be happy to
work with Jacquee on the communication front. Mark is leading the effort on putting a
guidebook together for Guests with cognitive disabilities that he will accelerate so that
we rollout one for DLR and WDW in parallel with this effort.

We feel strongly that we need an attraction by attraction analysis done that spells out
how we will plan to deliver an equivalent (or better) service than we do today for our
Guests with disabilities so that we don't risk reducing accessibility as we try and create
"equal access" for everyone to our attractions. I don't know if anyone has started work
on that front, but Jay, Mark, and Maureen need to be part of the effort. Is that
something we should partner with Jim Lake at DLR and Todd Evens at WDW to
accomplish?

Thanks.

Bob Minnick; PE, CSP
Worldwide Facility and Accessibility
Office 407-827-6853
Mobile

_____
**From:** Armor, Alison
**Sent:** Thursday, May 23, 2013 8:45 AM
**To:** Armor, Alison; Riles, Sarah (Fisk); Zappitello, Dawn; Evans, Todd; Cardinali, Jay; Holmberg, Britt;
Pacula, Scott; Appleton, Betty; Martinez, Elisa; Hogan, Maureen; Wahler, Jacquee M. (Polak); Smith,
Leslie; Ducker, Melissa A.; Gossett, Keith; Holbrook, Karlynn; Brown, Suzi; Prihoda, Kathleen; Minnick,
Bob; Ritti, Frank; Leys, Susan; Reisdorf, Jaclyn K.; Villa, Desiree S.
**Cc:** Somsky, Rich J.; Curry, Shelby D.; Jones, Mark; Severs, Pam; Barrett, Jason; Lake, James H.; Lane,
Meagan M.; Ducker, Melissa A.
**Subject:** RE: Guest Assistance Card Response

All,

Thanks for your time yesterday. Attached are the revised notes. Please let us know if you think of
anything else that we should be addressing as we move forward with implementation.

Thanks,
Alison

PID1-0023
**Exhibit 27**

**Confidential** **Disney-AL1003885**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:** Minnick, Bob[Bob.Minnick@disney.com]; Hale, Greg[Greg.Hale@disney.com]
**From:** Appleton, Betty
**Sent:** Thur 6/6/2013 5:48:36 PM
**Importance:** **Normal**
**Subject:** RE: Ops GAC Meet at WDW

Greg and Bob

I highly encourage that Mark attend these meeting since he is the Parks Services for Disability leader and needs to be seen and heard as the point for Parks on this very visible and important accessibility issue.  The results of the these meetings will impact Operations, Services for Guests with disabilities at our parks and even legal implications.  By having Mark present we will be able to avoid any missteps or at least have them identified.  I know that Jay is physically at WDW, but Mark is the Park Manager and needs to represent Parks since he understands the nuances of both WDW and DLR.  I hope you agree, and if funding is the issue, maybe we can put our heads together to find the dollars that in the end will be well spent.

Thanks for hearing my voice.

Betty

Betty Appleton
Director, DLR Risk Management Services
phone:  714-781-1219 or 8232-1219
fax: 818-973-7800
This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (714) 781-3863 and delete this e-mail message from your computer, Thank You.

Disney-AL1039659

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**        Hale, Greg[Greg.Hale@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Minnick,
Bob[Bob.Minnick@disney.com]; Appleton, Betty[Betty.Appleton@disney.com]
**Cc:**        Hogan, Maureen[Maureen.Hogan@disney.com]
**From:**     Jones, Mark
**Sent:**     Sat 6/15/2013 11:03:49 AM
**Importance:**         Normal
**Subject:**   Recap: GAC/DAS Work Sessions for Park Ops

Good morning everyone.  I wanted to provide this recap of the Park Operations
meetings on Thursday and Friday of this week related to the GAC/DAS service.
 Overall, I felt the sessions were productive and having everyone in one room was
definitely the way to go (versus phone calls or VTC). At the meetings, 5 of the 6
domestic Ops GM's were present (only one missing was Tim Sypko from DAK) along
with representatives from Park Ops LOB and selected WDW & DLR area/operations
managers including Jenny Sweetman and Kappy Thorsen from DLR.  Alison and Todd
were the moderators and said they would be sending out and providing an 'official'
summary of the meetings but I'm not sure if everything will be captured in those notes.
Items of significance for each of you…

-<u>Name of the new program as decided by group</u>:  Disability Access Service (or "DAS")

-<u>Name of the organization-specific (Give Kids the World and Make A Wish) cards
providing "green light access"</u>:  Disney Wishes

-DAS cards would only be issued by theme park Guest Relations to Guests with non-
apparent disabilities who expressed a need for some type of service that allowed them
to not physically wait in a lengthy line at attractions

-Guests with an apparent disability (wheelchair, ECV, cane, crutches, walker) would not
be issued a DAS card unless they, in addition to their apparent disability, had a non-
apparent one that did not allow them to physically wait in a lengthy line

-Disney Wishes cards (green light) would be issued as they are today (GKTW would
issue cards from the Kids Village in Kissimmee; Make A Wish would have cards issued
by DLR Guest Relations at the Wish Lounge at DL); these cards would be branded to
these organizations (would have their organization's name on it) and these  2
organizations would be the ONLY ones with the ability to issue these cards

-In addition to the DAS card, Guests visiting the parks with non-apparent disabilities
(including Autism) would be encouraged to use the standard FastPass process and
standby queues (there would be no other alternatives for these Guests)

-"Stroller As Wheelchair" tags would be used at both sites for this type of
accommodation

Confidential                                                  Disney-AL1024118

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

-Guests just needing front row seating at shows/attractions would be handled locally by the attractions (they would not have a card of any sort)

-The DAS program/cards would only be used at those locations which generally sustain an average of a 30 minute wait; impacted attractions and exactly when each day the DAS cards would begin being used (at start of day, only when standby wait hits 30 minutes, etc.) is still being debated and each site is being asked to work on figuring this out

-DAS will be about the size of a pamphlet (4 x 10ish) and should be able to be folded (much like a golf score card).  Will include the following on it… color photo of Guest (lots of debate on this because it requires purchase of new printers for each location including GKTW), tracking item(s) of some sort (bar code, serial number, place to write in Magic #), Guest name, dates of visit (no more than 7 days), party size (group wants to keep it to 6 but are okay with larger sizes per leader approval at Guest Relations), a brief explanation of the card itself, and then approx 25-30 blank lines to be filled in by the attractions.  If/when a Guest "fills up" a card, they would need to return to Guest Relations to get a new one. Most felt that 25-30 blank lines on the card would last the average Guest, based on conditions, at least 3-4 days

-Guests not wanting their photo on the DAS card would need to present photo ID at each attraction to validate who they are

-There is a plan to handle Guests who are unable to explain their service need (Autism, etc) or need a parent to be the one on the DAS card because they are under age. In these situations, the DAS card will be made out to the parent (photo of the parent also) and Guest name line will include a "on behalf of" mention.

-At each location using the DAS card (as mentioned, the when and where still being debated), Guests would show the card to the Cast Member at, likely, greeter or FP return, who would fill out the current time of day, the current wait time, and when the Guest should come back (posted wait time minus 10 minutes)

-Guests can only get a new line item/attraction added to their DAS card when the previous one has been fulfilled/crossed out (one can't get multiple DAS entries at once)

-At those locations where the queue is not accessible (23 at Disneyland Park, 8 at MK, and a few others at the other 4 parks), Guests with an apparent disability (i.e. in a wheelchair, etc.), since they generally would not have a DAS card, would be issued a "return card" that is attraction specific and would be filled out with the current time, posted wait time, and when the Guest should come back (posted wait time minus 10 minutes)

Confidential                                                                    Disney-AL1024119

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

-Group definitely feels additional labor out in the areas will be needed (at least for the first few months) to make the DAS program work

-Group okay with the idea of mentioning/marketing the availability of the DAS service on the website and in collateral if the feeling is it will help us be more transparent

-Group is worried about the initial transaction time at Guest Relations (which includes explaining the new service, taking the Guest's picture, entering/scanning the information in the Magic system, and answering questions) and, at attractions, where Guests may decide to congregate while waiting for their return time to arrive

-Many other nuances/unique circumstances/operational needs were also addressed/discussed


WSA/SGD's Continued Concerns That Were Not Addressed (Greg, these are the items that I definitely recommend you elevate):

-Park Ops (Alison in particular) continues to state "there is no appetite to give any internal partners/individuals the ability to issue any kind of service or green light card beyond what has already been discussed".  Bottom line… if we (SGD), Guest Comm, Meg/George/Michael, or Legal, based on discussions with a particular Guest, felt offering a service beyond telling the Guest to use a DAS card, regular FastPass, or standby queue was necessary, we would have NOTHING to offer

-How to handle Guests with certain types of Autism where waiting in line is not a reasonable on their disability and what our "fall back" plan might be if this becomes a bigger issue.  I had even sent the Kings Island follow up piece to both Alison and Todd on Thursday evening with a note stating that it might be worth discussing for a bit in yesterday's session, however, it was not addressed at all.


If you would like clarification on anything I've mentioned above or if you have a follow up question (obviously I didn't capture everything above), let me know.


Thanks!


*Mark*

Confidential

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**Confidential**                                   **Disney-AL1024121**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

REDACTED

Even though Cedar Fair is paving the way in the news, I do think this is a good thing that we are all following the same thinking, I would love IAPPA to get on board and embrace this as an Industry Standard.   I like that Cedar Fair, even with the exception of the Plan Your Day pass, the guest still can't stack rides. But, instead can go to each attraction at a specific planned time that would allow a guest for example  to see 3 prime attractions in 3 hours.

And last, I am assuming that whatever we decide will be able to work with our future vision of plan your day with NGE.

Good Luck.

Betty Appleton
Director, DLR Risk Management Services
phone:  714-781-1219 or 8232-1219
fax: 818-973-7800
This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (714) 781-3863 and delete this e-mail message from your computer, Thank You.


**From:** Hale, Greg
**Sent:** Saturday, June 15, 2013 9:26 AM
**To:** Jones, Mark
**Cc:** Cardinali, Jay; Minnick, Bob; Appleton, Betty; Hogan, Maureen
**Subject:** Re: Recap: GAC/DAS Work Sessions for Park Ops

I have a call with Brian Monday.  We need to list specific significant directions that we don't agree with or have have major concerns with.

I see at least three

 1. We need to maintain an override process for any custom accommodation that could be issued  from Betty, SGD or Legal that is part of the training to accept.

2. We should consider having a Guest Relations manual process similar Kings Island and our FASTPASS plus process where guest with Autism that states they cant go to an attraction and then come back without a melt down could get 3 or 4 FASTPASS times pre scheduled.

Confidential                                                                      Disney-AL1024573

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

REDACTED

4.  We need a major dose of sensitivity  training to roll out with these changes to make sure our cast don't take this as a mandate to "clamp down on abusers" and treat GWD in any inappropriate way as we will be extremely exposed on this and our GWD will take even hints of this as offensive.

 Am I close to capturing our major concerns?

Thanks,
Greg

Sent from my iPhone

On Jun 15, 2013, at 11:04 AM, "Jones, Mark" <Mark.Jones@disney.com> wrote:
Good morning everyone.  I wanted to provide this recap of the Park Operations meetings on Thursday and Friday of this week related to the GAC/DAS service.  Overall, I felt the sessions were productive and having everyone in one room was definitely the way to go (versus phone calls or VTC). At the meetings, 5 of the 6 domestic Ops GM's were present (only one missing was Tim Sypko from DAK) along with representatives from Park Ops LOB and selected WDW & DLR area/operations managers including Jenny Sweetman and Kappy Thorsen from DLR.  Alison and Todd were the moderators and said they would be sending out and providing an 'official' summary of the meetings but I'm not sure if everything will be captured in those notes.  Items of significance for each of you…

-Name of the new program as decided by group:  Disability Access Service (or "DAS")
-Name of the organization-specific (Give Kids the World and Make A Wish) cards providing "green light access":  Disney Wishes

-DAS cards would only be issued by theme park Guest Relations to Guests with non-apparent disabilities who expressed a need for some type of service that allowed them to not physically wait in a lengthy line at attractions
-Guests with an apparent disability (wheelchair, ECV, cane, crutches, walker) would not be issued a DAS card unless they, in addition to their apparent disability, had a non-apparent one that did not allow them to physically wait in a lengthy line
-Disney Wishes cards (green light) would be issued as they are today (GKTW would issue cards from the Kids Village in Kissimmee; Make A Wish would have cards issued by DLR Guest Relations at the Wish Lounge at DL); these cards would be branded to these organizations (would have their organization's name on it) and these  2 organizations would be the ONLY

Confidential

Disney-AL1024574

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

ones with the ability to issue these cards

-In addition to the DAS card, Guests visiting the parks with non-apparent disabilities (including Autism) would be encouraged to use the standard FastPass process and standby queues (there would be no other alternatives for these Guests)

-"Stroller As Wheeller" tags would be used at both sites for this type of accommodation

-Guests just needing front row seating at shows/attractions would be handled locally by the attractions (they would not have a card of any sort)

-The DAS program/cards would only be used at those locations which generally sustain an average of a 30 minute wait; impacted attractions and exactly when each day the DAS cards would begin being used (at start of day, only when standby wait hits 30 minutes, etc.) is still being debated and each site is being asked to work on figuring this out

-DAS will be about the size of a pamphlet (4 x 10ish) and should be able to be folded (much like a golf score card).  Will include the following on it… color photo of Guest (lots of debate on this because it requires purchase of new printers for each location including GKTW), tracking item(s) of some sort (bar code, serial number, place to write in Magic #), Guest name, dates of visit (no more than 7 days), party size (group wants to keep it to 6 but are okay with larger sizes per leader approval at Guest Relations), a brief explanation of the card itself, and then approx 25-30 blank lines to be filled in by the attractions.  If/when a Guest "fills up" a card, they would need to return to Guest Relations to get a new one.  Most felt that 25-30 blank lines on the card would last the average Guest, based on conditions, at least 3-4 days

-Guests not wanting their photo on the DAS card would need to present photo ID at each attraction to validate who they are

-There is a plan to handle Guests who are unable to explain their service need (Autism, etc) or need a parent to be the one on the DAS card because they are under age. In these situations, the DAS card will be made out to the parent (photo of the parent also) and Guest name line will include a "on behalf of" mention.

-At each location using the DAS card (as mentioned, the when and where still being debated), Guests would show the card to the Cast Member at, likely, greeter or FP return, who would fill out the current time of day, the current wait time, and when the Guest should come back (posted wait time minus 10 minutes)

-Guests can only get a new line item/attraction added to their DAS card when the previous one has been fulfilled/crossed out (one can't get multiple DAS entries at once)

-At those locations where the queue is not accessible (23 at Disneyland Park, 8 at MK, and a few others at the other 4 parks), Guests with an apparent disability (i.e. in a wheelchair, etc.), since they generally would not have a DAS card, would be issued a "return card" that is attraction specific and would be filled out with the current time, posted wait time, and when the Guest should come back (posted wait time minus 10 minutes)

Confidential                                                                                           Disney-AL1024575

-Group definitely feels additional labor out in the areas will be needed (at least for the first few months) to make the DAS program work

-Group okay with the idea of mentioning/marketing the availability of the DAS service on the website and in collateral if the feeling is it will help us be more transparent

-Group is worried about the initial transaction time at Guest Relations (which includes explaining the new service, taking the Guest's picture, entering/scanning the information in the Magic system, and answering questions) and, at attractions, where Guests may decide to congregate while waiting for their return time to arrive

-Many other nuances/unique circumstances/operational needs were also addressed/discussed

WSA/SGD's Continued Concerns That Were Not Addressed (Greg, these are the items that I definitely recommend you elevate):

-Park Ops (Alison in particular) continues to state "there is no appetite to give any internal partners/individuals the ability to issue any kind of service or green light card beyond what has already been discussed". Bottom line... if we (SGD), Guest Comm, Meg/George/Michael, or Legal, based on discussions with a particular Guest, felt offering a service beyond telling the Guest to use a DAS card, regular FastPass, or standby queue was necessary, we would have NOTHING to offer

-How to handle Guests with certain types of Autism where waiting in line is not a reasonable on their disability and what our "fall back" plan might be if this becomes a bigger issue. I had even sent the Kings Island follow up piece to both Alison and Todd on Thursday evening with a note stating that it might be worth discussing for a bit in yesterday's session, however, it was not addressed at all.

If you would like clarification on anything I've mentioned above or if you have a follow up question (obviously I didn't capture everything above), let me know.

Thanks!

### *Mark*
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort
WALT DISNEY Parks & Resorts U.S.
Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile: 

Confidential

Disney-AL1024576

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**From:** Jones, Mark
**Sent:** Monday, June 17, 2013 1:06 AM
**To:** Appleton, Betty; Hale, Greg
**Cc:** Cardinali, Jay; Minnick, Bob; Hogan, Maureen
**Subject:** RE: Recap: GAC/DAS Work Sessions for Park Ops

I think you've captured the "major" concerns Greg that should probably be raised with Brian on Monday. Additional thought... Erin Wallace stopped by the meeting on Friday to just say "hi" to participants and got me thinking, since she was our Senior Executive Leadership champion for CastABLE for a time, that she might also be someone else to reach out to if we feel our voice isn't being heard on some of these issues. Thoughts on this?  I also thought we were possibly reaching out to Lori Georganna in Research to see if she feels the need to weigh in as probably the most senior executive with an actual connection to the Autism community.  Has she been contacted by chance?

I'm in the process of framing up some possible ideas for what our strategy might need to be if/when we find ourselves in a situation that requires us to modify our DAS card process for those on the Autism spectrum and will forward that off to each of you on Monday.

Thanks,

Mark

**From:** Appleton, Betty
**Sent:** Sunday, June 16, 2013 8:28 AM
**To:** Hale, Greg; Jones, Mark
**Cc:** Cardinali, Jay; Minnick, Bob; Hogan, Maureen
**Subject:** RE: Recap: GAC/DAS Work Sessions for Park Ops

All

I would like to  add that if the signing of the pass is confirmation that the guest understand that this pass is for guests with disabilities, and is

PID1-0033
**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**       Vahle, Jeff[Jeff.Vahle@disney.com]
**Cc:**       Hale, Greg[Greg.Hale@disney.com]
**From:**    Hale, Greg
**Sent:**    Thur 9/26/2013 10:18:30 AM
**Importance:**        Normal
**Subject:**   FW: autism speaks call attendees

Hi Jeff – This looks like one of the main calls where the policy where Autism Speaks suggested the pre-assignment of 3-4 attractions.

Greg

**From:** Minnick, Bob
**Sent:** Thursday, September 26, 2013 10:17 AM
**To:** Hale, Greg; Metz, Winnie
**Cc:** Jones, Mark
**Subject:** RE: autism speaks call attendees

Greg;

My notes from the meeting June 18th included:

Autism Speaks
Matt Asner
Karen Thompson
Lisa Goring

Disney

Kathleen Phroda
Todd Evens
Brian Britton
Greg Hale
Nathalie Hawkins
Bob Minnick
Mark Jones

My notes from that meeting show that Autism Speaks suggested 3-4 attractions up front on the DAS card would be an acceptable alternative to our GAC.   I'll scan and send you a copy of my notes.

Mark can confirm.

**From:** Hale, Greg
**Sent:** Thursday, September 26, 2013 10:07 AM
**To:** Metz, Winnie; Minnick, Bob
**Subject:** autism speaks call attendees

Confidential                                                                                   Disney-AL1038121

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

Winnie/Bob/Mark – do you have the invitee list for of Disney invitees that shows
"list unavailable"?



Greg Hale
VP and Chief Safety Officer
Walt Disney Parks and Resorts

Confidential                                                                       Disney-AL1038122

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

407-827-6866

**Confidential**                                                                                          **Disney-AL1038123**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**To:** Armor, Alison[Alison.Armor@disney.com]
**From:** Evans, Todd
**Sent:** Fri 6/28/2013 11:28:46 AM
**Importance:** Normal
**Subject:** Plan for Autistic Guests
Back-up plan for Autisic Guest 6-28-2013.docx

Alison, can you view this and let me know your thoughts. I'd like to send it to some key operators for feedback, Jenny, Jim, Dawn and Frank S for review see what they think?

Let me know your thoughts.

Todd



EXHIBIT
19
JUL 07 2015

Disney-AI 1006916

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Park Operations Line of Business Point of View& Questions

An Alternative Solution for Guest with Autism

The POLOB is recommending that we have an alternative service available for Guest with Autism who expresses concerns about using the DAS card and program and due to need require a planned day.

We'd leverage the existing DAS collateral and leverage Guest Relations to assist with filtering/ pre planning and explaining this unique service to our Guest.

Below is some open questions and our draft of Operating Guideline content:

> ➢ With the introduction of" MyMagic+" at the Walt Disney World Resort should this service only be available at the Disneyland Resort?

> ➢ If so, how do we handle request at WDW from the new program launch in Mid August until everyone is eligible for MyMagic+ in early October?  Do we bring them into the MyMagic+ early as an exception and plan for them?

> ➢ For Guest with multiple day visits do we pre-plan their entire visit for them at one Guest Relation location?

> ➢ If we preplan for multiple days would we want to ensure a return time window?  If so what would that be?

> ➢ Should we allow for repeat attraction usage within the same day?

This is a working draft of Operating Guideline Content for this process if we leverage this additional service.  The Text in Red is in discussion based on questions above.

<u>Pre-Scheduled DAS cards Process for Guest Relations:</u>

Guests traveling with members of their party with Autism who express concerns about not being able to use the DAS card as designed should be directed to a <<Hourly Leader>> or Guest Service Manager.

At the direction of the Guest Service Manager or <<Hourly Leader>>, perform the following:

- Perform the Issuing a Disability Access Service Card procedure.
- Ask the Guest which three attraction they would like to visit.
  - Explain that the first attraction can be experienced at any time.
  - The additional two attractions would then be scheduled a minimum two hours apart.
  - The two hours allows them time to experience the previous attraction and

1 | P a g e

**Exhibit 27**

**Confidential**                                                                                                     **Disney-AL1006917**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

> travel to the next attraction in addition to simulating the wait time.
>
> – The Guest may repeat the same attraction multiple times provided there is two hours between each experience.

- Pre-fill in the first three lines on the DAS card with the attractions and times the Guest has requested.
- Stamp "Preapproved by Guest Relations" below the last attractions and sign the DAS card with your name and date.
- Advise the Guest that the DAS is only valid for one day and that he would need to visit Guest Relations each day of their visit for additional days.
- Advise the Guest that the DAS card is only valid for the three attractions and additional return times cannot be added to the card.

**NOTE:**     Guests may utilize Disney's FASTPASS Service to experience additional attractions.

**NOTE:**     Guests would be expedited on attractions that have a wait time less than 30-minutes.

Confidential                                                                                 Disney-AL1006918

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**      Jones, Mark[Mark.Jones@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]; Cardinali,
Jay[Jay.Cardinali@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com]
**From:**      Hale, Greg
**Sent:**      Mon 7/1/2013 8:43:41 AM
**Importance:**      Normal
**Subject:**   RE: New GAC process- Thoughts??

This is along the lines I discussed with Brian.  I would think we would use the same
manual process at both sites initially and then see how well my magic plus fulfills the
same service level at WDW before deciding to eliminate it at WDW and rely solely on
my magic plus.

Greg

**From:** Jones, Mark
**Sent:** Sunday, June 30, 2013 11:34 AM
**To:** Hale, Greg; Minnick, Bob; Cardinali, Jay; Hogan, Maureen
**Subject:** FW: New GAC process- Thoughts??

FYI for each of you on what Todd and POLOB is considering related to Autism/ASD and
the new DAS process.  Without knowing how the Park Ops leaders will respond (that is
the audience in the email below), it certainly seems like a 'reasonable' approach in my
opinion and now just seeking your thoughts on the finer details (should My Magic + be a
replacement to this option… I don't think it should; is 2 hours in between attraction #2
and #3 the right number, etc.?).

Thanks,

Mark

**From:** Evans, Todd
**Sent:** Friday, June 28, 2013 1:43 PM
**To:** Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello, Dawn; Santelli,
Frank; Jones, Mark
**Subject:** New GAC process- Thoughts??

All,

Brian Britton and Greg Hale have been discussing the need for a backup plan for a
Guest with Autism.  Attached is our initial thoughts on this one with some questions too,
we would like to get your get feedback before next Friday 5th if possible.  We are
meeting with Jon S and Phil H to discuss the entire program.

If you have questions please give me a call or shot me an email.

Thank you!

Todd

Confidential                                                      Disney-AL1024127

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**       Jones, Mark[Mark.Jones@disney.com]
**From:**   Appleton, Betty
**Sent:**    Thur 7/4/2013 3:10:55 PM
**Importance:**       **Normal**
**Subject:**   Re: New GAC process- Thoughts??

I think we agree it is not perfect and we have proposed our best suggestions and should let them run their organization as we are a client.  They will only change after they personally experience the issues first hand.

Betty

Sent from my iPhone

On Jul 4, 2013, at 10:28 AM, "Jones, Mark" <Mark.Jones@disney.com> wrote:


My 2 cents everyone... Based on how this whole process has gone with Park Ops, I believe we all can agree that "feedback/comments/suggestions" are not really being considered with a whole lot of weight from anyone. Park Ops is also wanting this to be "their" project with all facets being their idea. What they are proposing, in my opinion, is not terrible and will certainly assist those with autism more so than the std DAS card process. With all of this, is the proposal on the table something we can live with or do we want to haggle the details? Just thinking out loud.

Happy4th!

Mark Jones
Sent from my iPhone

On Jul 4, 2013, at 1:07 PM, "Hale, Greg" <Greg.Hale@disney.com> wrote:


Why wouldn't they be able to use the card for other attractions after the three that day like all other guest using a DAS card?


·       Advise the Guest that the DAS card is only valid for the three attractions and additional return times cannot be added to the card.

Greg



**From:** Jones, Mark

Confidential

Disney-AL1044498

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**Sent:** Wednesday, July 03, 2013 4:38 PM
**To:** Hale, Greg; Minnick, Bob; Cardinali, Jay; Hogan, Maureen; Appleton, Betty
**Subject:** FW: New GAC process- Thoughts??


FYI everyone on my response back to Todd/Park Ops on this.


Thanks,


Mark


**From:** Jones, Mark
**Sent:** Wednesday, July 03, 2013 4:37 PM
**To:** Evans, Todd; Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello, Dawn; Santelli, Frank
**Subject:** RE: New GAC process- Thoughts??


Good afternoon Todd and thanks for sending this information out to the larger team.  WSA/SGD is suggesting that we consider initially planning for and using this manual process for Guests with Autism at both DLR and WDW.  As My Magic + comes online and becomes fully available at WDW (and eventually at DLR), we could then revisit this and determine an update/replacement strategy.


Happy 4th everyone!


***Mark***
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C

**Exhibit 27**

Confidential                                                        Disney-AL1044499

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**From:** Evans, Todd
**Sent:** Friday, June 28, 2013 1:43 PM
**To:** Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello,
Dawn; Santelli, Frank; Jones, Mark
**Subject:** New GAC process- Thoughts??

All,

Brian Britton and Greg Hale have been discussing the need for a backup
plan for a Guest with Autism.  Attached is our initial thoughts on this one
with some questions too, we would like to get your get feedback before
next Friday 5th if possible.  We are meeting with Jon S and Phil H to
discuss the entire program.

If you have questions please give me a call or shot me an email.

Thank you!

Todd

PID1-0043
**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**     Hale, Greg[Greg.Hale@disney.com]
**Cc:**     Minnick, Bob[Bob.Minnick@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com]; Appleton, Betty[Betty.Appleton@disney.com]
**From:**     Jones, Mark
**Sent:**     Thur 7/4/2013 1:28:57 PM
**Importance:**     **Normal**
**Subject:**     Re: New GAC process- Thoughts??

My 2 cents everyone... Based on how this whole process has gone with Park Ops, I believe we all can agree that "feedback/comments/suggestions" are not really being considered with a whole lot of weight from anyone. Park Ops is also wanting this to be "their" project with all facets being their idea. What they are proposing, in my opinion, is not terrible and will certainly assist those with autism more so than the std DAS card process. With all of this, is the proposal on the table something we can live with or do we want to haggle the details? Just thinking out loud.

Happy4th!

Mark Jones
Sent from my iPhone

On Jul 4, 2013, at 1:07 PM, "Hale, Greg" <Greg.Hale@disney.com> wrote:


Why wouldn't they be able to use the card for other attractions after the three that day like all other guest using a DAS card?


·      Advise the Guest that the DAS card is only valid for the three attractions and additional return times cannot be added to the card.

Greg


**From:** Jones, Mark
**Sent:** Wednesday, July 03, 2013 4:38 PM
**To:** Hale, Greg; Minnick, Bob; Cardinali, Jay; Hogan, Maureen; Appleton, Betty
**Subject:** FW: New GAC process- Thoughts??


FYI everyone on my response back to Todd/Park Ops on this.

**Highly Confidential**      **Disney-AL1024851**

Thanks,

Mark

**From:** Jones, Mark
**Sent:** Wednesday, July 03, 2013 4:37 PM
**To:** Evans, Todd; Sweetman, Jenny; Lake, James H.; Thorsen, Kappy;
Zappitello, Dawn; Santelli, Frank
**Subject:** RE: New GAC process- Thoughts??

Good afternoon Todd and thanks for sending this information out to the larger
team. WSA/SGD is suggesting that we consider initially planning for and
using this manual process for Guests with Autism at both DLR and WDW. As
My Magic + comes online and becomes fully available at WDW (and
eventually at DLR), we could then revisit this and determine an
update/replacement strategy.

Happy 4th everyone!

### Mark
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**From:** Evans, Todd
**Sent:** Friday, June 28, 2013 1:43 PM
**To:** Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello, Dawn;
Santelli, Frank; Jones, Mark
**Subject:** New GAC process- Thoughts??

PID1-0045
**Exhibit 27**

**Disney-AL1024852**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**To:** Jones, Mark[Mark.Jones@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]; Cardinali,
Jay[Jay.Cardinali@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com]; Appleton,
Betty[Betty.Appleton@disney.com]
**From:**    Hale, Greg
**Sent:**    Thur 7/4/2013 1:06:06 PM
**Importance:**    **Normal**
**Subject:** RE: New GAC process- Thoughts??

Why wouldn't they be able to use the card for other attractions after the three that day
like all other guest using a DAS card?

·    Advise the Guest that the DAS card is only valid for the three attractions and
additional return times cannot be added to the card.
Greg

**From:** Jones, Mark
**Sent:** Wednesday, July 03, 2013 4:38 PM
**To:** Hale, Greg; Minnick, Bob; Cardinali, Jay; Hogan, Maureen; Appleton, Betty
**Subject:** FW: New GAC process- Thoughts??

FYI everyone on my response back to Todd/Park Ops on this.

Thanks,

Mark

**From:** Jones, Mark
**Sent:** Wednesday, July 03, 2013 4:37 PM
**To:** Evans, Todd; Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello,
Dawn; Santelli, Frank
**Subject:** RE: New GAC process- Thoughts??

Good afternoon Todd and thanks for sending this information out to the larger team.
WSA/SGD is suggesting that we consider initially planning for and using this manual
process for Guests with Autism at both DLR and WDW.  As My Magic + comes online
and becomes fully available at WDW (and eventually at DLR), we could then revisit this
and determine an update/replacement strategy.

Happy 4th everyone!

### *Mark*
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort
WALT DISNEY Parks & Resorts U.S.
Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**Highly Confidential**                                                                                    **Disney-AL1038179**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**From:** Evans, Todd
**Sent:** Friday, June 28, 2013 1:43 PM
**To:** Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello, Dawn; Santelli, Frank; Jones, Mark
**Subject:** New GAC process- Thoughts??

All,

Brian Britton and Greg Hale have been discussing the need for a backup plan for a Guest with Autism.  Attached is our initial thoughts on this one with some questions too, we would like to get your get feedback before next Friday 5th if possible.  We are meeting with Jon S and Phil H to discuss the entire program.

If you have questions please give me a call or shot me an email.

Thank you!

Todd

**Highly Confidential**                                                                                      Disney-AL1038180

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**      Sweetman, Jenny[Jenny.Sweetman@disney.com]
**Cc:**      Evans, Todd[Todd.Evans@disney.com]; Lake, James H.[James.H.Lake@disney.com];
Thorsen, Kappy[Kappy.Thorsen@disney.com]; Badin, Julio[Julio.Badin@disney.com]; Armor,
Alison[Alison.Armor@disney.com]
**From:**    Gossett, Keith
**Sent:**    Sat 7/6/2013 2:12:56 AM
**Importance:**        Normal
**Subject:**  Re: New GAC process- Thoughts??

I too think it is a slippery slope to single out one disability.  I think our time should be
spent developing a strong service recovery approach, and apply it when necessary
regardless of the individuals needs.

Sent from my iPhone

On Jul 6, 2013, at 3:25 AM, "Sweetman, Jenny" <Jenny.Sweetman@disney.com>
wrote:


Todd,


We have discussed this proposal and while we understand the need to assist Guests
with autism, we do not believe we should launch a separate process for one specific
disability.  We will be proposing Guest Relations Guest Assistance/Info locations in
the lands that would assist all Guests with their attraction times thus not requiring
guests to visit the specific attraction.  This will ensure that Guests who did not pick a
DAS would not have to go back to City Hall.  It would also allow us to assist any
disabled guest who needs assistance for an attraction right there in that land.  We
want to ensure that we are being fair and equitable to all disabled Guests visiting our
Parks.


Thank you,  Jenny


**From:** Evans, Todd
**Sent:** Friday, June 28, 2013 10:43 AM
**To:** Sweetman, Jenny; Lake, James H.; Thorsen, Kappy; Zappitello, Dawn; Santelli,
Frank; Jones, Mark

**Exhibit 27**
Confidential
Disney-AL1005114

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**Subject:** New GAC process- Thoughts??

All,

Brian Britton and Greg Hale have been discussing the need for a backup plan
for a Guest with Autism.  Attached is our initial thoughts on this one with some
questions too, we would like to get your get feedback before next Friday 5th if
possible.  We are meeting with Jon S and Phil H to discuss the entire
program.

If you have questions please give me a call or shot me an email.

Thank you!

Todd

Confidential

Disney-AL1005115

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**        Armor, Alison[Alison.Armor@disney.com]
**Cc:**        Evans, Todd[Todd.Evans@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**From:**    Jones, Mark
**Sent:**      Tue 7/23/2013 10:25:38 AM
**Importance:**        Normal
**Subject:**    Re: ESC Mug to Update Group on DAS Program?

Apologies Alison. I believe the question is more around when the autism/cognitive disability accommodation was going to be discussed with the ESC. Do you know?

Mark Jones
Sent from my iPhone

On Jul 23, 2013, at 6:16 AM, "Armor, Alison" <Alison.Armor@disney.com> wrote:

Hi there,

Thanks for the note.  Who do you mean by the "Executive Steering Committee"? This has already gone to Tom and the site Presidents to get approval for implementation, we will probably be giving updates on timeline and pertinent details, as appropriate, but I'm not sure if you are referring to a different audience or not….

Thanks,

Alison

**From:** Evans, Todd
**Sent:** Monday, July 22, 2013 3:36 PM
**To:** Jones, Mark; Armor, Alison
**Cc:** Minnick, Bob
**Subject:** RE: ESC Mtg to Update Group on DAS Program?

Alison is out sick today and Brian is also out of town,  I will check and let you know as soon as I can.

Todd

Disney-AL1006860

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**From:** Jones, Mark
**Sent:** Monday, July 22, 2013 3:30 PM
**To:** Armor, Alison; Evans, Todd
**Cc:** Minnick, Bob
**Subject:** ESC Mtg to Update Group on DAS Program?


Good afternoon Alison and Todd.  Hope all is well.  Bob and I are on a
monthly call with Greg Hale and Legal and the question came up as to when
your team/Brian is meeting again with the Executive Steering Committee to
update them on the Disability Access Service program?  Could you let us
know please?


Thanks!


**Mark**
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

Disney-AL1006861

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**       Armor, Alison[Alison.Armor@disney.com]
**Cc:**       Hale, Greg[Greg.Hale@disney.com]; Jones, Mark[Mark.Jones@disney.com]
**From:**     Minnick, Bob
**Sent:**     Mon 8/12/2013 8:37:07 AM
**Importance:**        Normal
**Subject:**  Recent Guest feedback on GACs
No Action Required: GC Resolution -
No Action Required: GC Resolution
No Action Required: GC Resolution -

Alison;


You may also be seeing these letters.  It seems that our Cast are already sending
negative signals to our Guests about GACs – giving them the impression that they are
all trying to take advantage of the system.


Is there any way we can let our Cast know that if a Guest has a GAC that they have
been "screened" already and should be treated positively?


Also, it seems like one season pass holder was surprised at the "two week" rule.



Bob Minnick; PE, CSP

Worldwide Facility and Accessibility

Office  407-827-6853

Mobile

**Confidential**                                                                                    **Disney-AL1019035**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**       Armor, Alison[Alison.Armor@disney.com]
**Cc:**       Garcia, Tiffanie[Tiffanie.Garcia@disney.com]; Jones, Mark[Mark.Jones@disney.com]; Hale, Greg[Greg.Hale@disney.com]
**From:**     Appleton, Betty
**Sent:**     Wed 8/28/2013 8:44:22 PM
**Importance:**            Normal
**Subject:**  GWD Training

Hi Alison


During Michael's Executive meeting this week they discussed the new DAS and overall training that our cast members receive on disability awareness.  I was told that Jon and Mary both agreed that line of business training takes place on how to put someone on an attraction, etc. but general awareness training could be improved.  David has asked me to get involved and report back to him on the overall disability training efforts.  I know we discussed this briefly at our last meeting and it was determined that the only awareness training for now would be for Guest Relations CMs.  Do you know if there has been any other discussion on how we can update the Cast on disability awareness.



Betty



Betty Appleton

Director, DLR Risk Management Services
phone:  714-781-1219 or 8232-1219
fax: 818-973-7800

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (714) 781-3863 and delete this e-mail message from your computer, Thank You.

Confidential                                                                      Disney-AL1019037

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

| | |
|---|---|
| **To:** | Britton, Brian[Brian.Britton@disney.com] |
| **From:** | Armor, Alison |
| **Sent:** | Wed 9/4/2013 8:29:48 AM |
| **Importance:** | **Normal** |
| **Subject:** | RE: Guest Assistance Card Program Replacement Update |

Okay, thanks.  I'll make sure our core team knows and will update you more tomorrow
on some of the discussions we had while I was out in CA.  It was actually good timing to
be there to work with that team on this project.

Also, got a VM from Bob Minnick with the Guests with Disabilities team.  He voiced his
considerable concern (and Greg's as well) that we are not going to be the industry
leader in providing service above and beyond our competitors anymore.  My sense is
that they are primarily displeased that there will not be a formal exceptions process to
pre-fill the card.  I'm hoping you had a chance to connect with Greg.  I'm getting the
impression from them that they still think we can make "course corrections" (their choice
of wording!) and do the exceptions process.  I have a call with them this afternoon…

Thanks!

Alison

**From:** Britton, Brian
**Sent:** Wednesday, September 04, 2013 7:50 AM
**To:** Armor, Alison
**Subject:** Fwd: Guest Assistance Card Program Replacement Update

Here we go

Sent from my iPad

Begin forwarded message:

PID1-0054
**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**From:** "Wallace, Erin J." <Erin.J.Wallace@disney.com>
**Date:** September 4, 2013, 7:09:02 AM EDT
**To:** "Britton, Brian" <Brian.Britton@disney.com>
**Subject: Fwd: Guest Assistance Card Program Replacement Update**

See below.

E

Sent from my iPad


Begin forwarded message:

> **From:** "Crofton, Meg" <Meg.Crofton@disney.com>
> **Date:** September 4, 2013, 1:07:46 AM EDT
> **To:** "Wallace, Erin J." <Erin.J.Wallace@disney.com>, "Kalogridis, George"
> <George.Kalogridis@disney.com>, "Colglazier, Michael"
> <Michael.Colglazier@disney.com>
> **Cc:** "Besanceney, Brian" <Brian.Besanceney@disney.com>, "Haines,
> Lisa" <Lisa.Haines@disney.com>
> **Subject: Fwd: Guest Assistance Card Program Replacement Update**
>
> Tom had me briefly cover this in EC tonight. I hit the high points from the
> deck and also mentioned that while we all feel good about this very well
> thought out recommendation, that there will be some noise about it when
> we implement.
>
> We have the green light to move forward and implement.
>
> Meg
>
> Sent from my iPad
>
>
> Begin forwarded message:
>
> > **From:** "Crofton, Meg" <Meg.Crofton@disney.com>
> > **To:** "Ernest, Bill" <Bill.Ernest@disney.com>, "Ferraro, Leslie"
> > <Leslie.Ferraro@disney.com>, "Franklin, Nick"
> > <Nick.Franklin@disney.com>, "Hodges, Julie"
> > <Julie.Hodges@disney.com>, "Holz, Karl" <Karl.Holz@disney.com>,
> > "Neumann, Spencer" <Spencer.Neumann@disney.com>, "Nolt
> > Wingard, Kristin" <Kristin.N.Wingard@disney.com>, "Russell, Craig S."
> > <Craig.S.Russell@disney.com>, "Smith, Jeff (Legal)"
> > <Jeff.Smith2@disney.com>, "Staggs, Tom"

**Exhibit 27**

Confidential                                                    Disney-AL1014665

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

<Tom.Staggs@disney.com>, "Vaughn, Bruce E."
<Bruce.E.Vaughn@disney.com>
**Cc:** "Kalogridis, George" <George.Kalogridis@disney.com>,
"Colglazier, Michael" <Michael.Colglazier@disney.com>, "Wallace,
Erin J." <Erin.J.Wallace@disney.com>, "Besanceney, Brian"
<Brian.Besanceney@disney.com>, "Haines, Lisa"
<Lisa.Haines@disney.com>
**Subject: Guest Assistance Card Program Replacement Update**

Attached is an update regarding the replacement program for the
current "Guest Assistance Card" program.  This new concept was
approved by the EC in May and will allow Guests to wait virtually for
attractions based on the current attraction wait time.  This will
accommodate Guests who cannot wait in a traditional queue
environment while equalizing the Guest experience for everyone.  The
team has defined the operational details of the new program as well as
a comprehensive implementation plan inclusive of a strong
communication plan.  We are recommending a bi-coastal
implementation the week of October 8.
We did make a couple of adjustments based on the EC feedback.  We
eliminated the 30 minute minimum wait time requirement.  Instead, we
decided to include all attractions regardless of the wait time.  This
simplifies the process for both Guests and Cast.  Also, we were able to
include a photo on the new card.  We also recommend changing the
name of the program to "Disability Access Service."  (The team did
extensive research with agencies for people with disabilities – they fully
support this language.)
Please let me know if you have any questions or concerns with the
attached proposal or if you would like further dialog before we
implement.
Thank you,
Meg

<Attractions Access Update August 28 2013.pdf>

**Confidential**                                                                                  **Disney-AL1014666**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**        Hale, Greg[Greg.Hale@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**Cc:**        Cardinali, Jay[Jay.Cardinali@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com]
**From:**      Jones, Mark
**Sent:**      Thur 9/19/2013 1:08:50 PM
**Importance:**        Normal
**Subject:**   DAS Process & Info Updates

Good morning Greg and Bob.  A few quick updates for both of you about the DAS Card
and related work…


Guide for Guests with Cognitive Disabilities:   I had a pleasant call yesterday with Todd
and Alison from Park Ops about the document so I could get their feedback/comments.
They were okay with all elements including leaving in mentions about the DAS card and
process (they only had a few "minor" edit suggestions).   Alison did say, however, that
Brian had been asking about it and she will be forwarding the most recent version to him
so he's aware (I'll have Draft 10 of the DLR version later today which includes their
suggestions  and will forward it to both of you as well).  Also, I have Draft 1 of the WDW
equivalent and should have Draft 2 early next week to share (I should be able to get to a
final version of it relatively quickly as it has many lifts from the DLR version).  Margaret
has a DLR version as well and Scott P will let us know if she has any thoughts (he's
pretty confident she's going to be okay with it).


Cognitive Guides Available on Website and In Print:  I have a meeting on Monday with
WDPRO and other partners to see how the work is proceeding in having the DLR and
WDW versions of the Cognitive Guide on the respective websites.  The goal is to have
them available for download by Guests within a week or so of DAS roll out (if roll-out
remains 10/8, the Guides should be available on the websites sometime during the
week of 10/19).  Printed copies will be created and available at Guest Relations in
January (I think we're all confident that the DAS process will undergo some changes
during the first few months so it doesn't make sense to have printed versions of
something that might change several times).


Autism Speaks Partnership:  I have a meeting today with Autism Speaks and our
Communications team (Jacquee, Kathleen, and Suzi) so we might update Autism
Speaks on our latest strategy, go over the latest version of the Cognitive Guide, and
also so the Comm team can coordinate any "communications messaging" with the right
folks at Autism Speaks (not sure why they haven't done this sooner as we've provided
all the contacts, etc.).  I think the Comm team will also be looking to get some official
"quotes" from Autism Speaks.

**Confidential**                                                        **Disney-AL1024116**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exceptions to Standard DAS Process: In my call yesterday with Alison and
Todd, I again asked the question about how we (SGD) can authorize service
accommodations beyond the DAS Card. Alison said Brian and team were not
willing to give us access to the "Wishes" lanyards BUT did say that we could, at
any time, enter a "service" for a particular Guest into MAGIC (the database Guest
Relations and other areas use to keep track of Guest situations/service recovery,
etc.) which would then be honored by the Guest Relations team (provided the
Guest tells GR they have a "MAGIC File"). I asked for an example of what we
could authorize and Alison said we could, if the situation warranted, tell all GR
areas in MAGIC that a particular Guest's party should be given FP's for 3/5
attractions daily for the length of their stay to be used in addition to DAS. I then
asked if GR would take the information in MAGIC at face value and act on it or
would they use it more as a "guidance" and wind up doing something different for
the Guest. Todd assured me they would reinforce that any entries we make into
MAGIC need to be honored by Guest Relations. Reasonable solution I guess
(we'll need to see how this works out though).

Let me know if you have any immediate questions.

Thanks!

*Mark*
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

PID1-0058
**Exhibit 27**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**      Armor, Alison[Alison.Armor@disney.com]
**From:**    Britton, Brian
**Sent:**    Wed 9/25/2013 2:18:54 PM
**Importance:**      Normal
**Subject:** Re: Important -- Meeting on GAC/DAS

Yep

Sent from my iPhone

On Sep 25, 2013, at 2:17 PM, "Armor, Alison" <Alison.Armor@disney.com> wrote:

> Just a heads-up, I think there is disagreement between PA and WSA regarding how
> "on board" Autism Speaks really was with our new program.  I know you all had a
> call with them while I was on vacation and I was invited to one session WSA hosted
> with the FL chapter regarding their new disability guide (which was a very positive
> meeting), but I don't think our team participated in any of the additional dialogues.
> That was all managed by Greg Hale's team and the PA team.  My guess is Autism
> Speaks is getting a lot of heat and the different chapters aren't necessary all in
> agreement (the CA chapter seems particularly upset).

> **From:** Haines, Lisa
> **Sent:** Wednesday, September 25, 2013 1:37 PM
> **To:** Britton, Brian; Armor, Alison; Jones, Mark; Besanceney, Brian; Hale, Greg;
> Killian, Cathi
> **Cc:** Williams, Kristin N.
> **Subject:** Important -- Meeting on GAC/DAS
> **Importance:** High

> All,

> I am trying to pull together a call for a small group of us to discuss the changes to
> the GAC/DAS policy.  As you all are well aware, we are hearing A LOT of concern
> from the autism community – which I know you all anticipated.  To help manage
> these concerns, we want to better understand  how we arrived at the new process
> and what feedback, if any, we incorporated from Autism Speaks or any other groups
> as we developed the policy.  We are out there saying that we consulted with these
> groups … and we need to keep ourselves honest on what exactly that means.
> We've also received a number of requests from Autism Advocacy groups who want

Confidential                                                      Disney-AL1003568

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

to work with us on how we execute the policy.  We do not want to start engaging these groups if there is no slack in the system to test/adjust.

I want to emphasize that this is NOT to question the new policy … it's just to give us a better understanding so we can engage the right advocacy groups in the right way … and manage expectations on this front, if needed.

My assistant Kristin Williams will work to schedule a call for us later today.  I am hoping you can all make yourselves available.

Thanks in advance, all.

Lisa

Lisa Haines

Vice President, Public Affairs

Disneyland Resort

**Exhibit 27**

Confidential                    Disney-AL1003569

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**        Vahle, Jeff[Jeff.Vahle@disney.com]
**From:**    Hale, Greg
**Sent:**     Sat 9/28/2013 3:20:21 PM
**Importance:**            Normal
**Subject:**   Fwd: Conference call update

Hi Jeff - just keeping you up to date on this while you are traveling.  No real news on
decisions.

There was a noon operations call today on DAS that Mark and Jay were included in.  I
briefed them ahead of time on the options discussed and they thought your
recommendation of standing up a call center and letting guest that have booked know
what accommodations would be made was a great idea to both ease the angst of
current guest concerns and to take some of the arrival processing load off of both the
guest and guest relations.  However, it sounds like the discussion was "shut down".  I
know there was push back and no consensus yesterday on the call center pre-
determining the specific accommodation but I thought there was general agreement to
at least temporarily standing up a call center to reassure guest that have booked that we
would take care of their specific needs.

I will keep you updated as I hear more.


Greg

Sent from my iPhone

Begin forwarded message:


   **From:** "Jones, Mark" <Mark.Jones@disney.com>
   **Date:** September 28, 2013 at 2:06:14 PM EDT
   **To:** "Hale, Greg" <Greg.Hale@disney.com>
   **Cc:** "Cardinali, Jay" <Jay.Cardinali@disney.com>
   **Subject: Re: Conference call update**


   We brought up the call center/pre-validating idea (short or long term) and Alison
   immediately said "this is not the place to talk this, it was discussed yesterday
   amongst senior leadership, and there's not really an appetite for this". Not sure why,
   but this is the same broken record type response we've gotten for months when
   bringing up something.

   Mark Jones
   Sent from my iPhone

Confidential                                                                                          Disney-AL1038978

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

On Sep 28, 2013, at 10:54 AM, "Hale, Greg" <Greg.Hale@disney.com>
wrote:

Thanks - so they weren't aware of any decisions?   And difference in tone
or listening?

Greg

Sent from my iPhone

On Sep 28, 2013, at 1:41 PM, "Cardinali, Jay"
<Jay.Cardinali@disney.com> wrote:

Will send you an update a bit later.  Nothing significant discussed or
resolved. Not worth bothering you by phone at this time.

Jay

Exhibit 27

Confidential
Disney-AL1038979

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Sent from my iPhone

Confidential

Disney-AL1038980

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**      Killian, Cathi[Cathi.Killian@disney.com]; Armor, Alison[Alison.Armor@disney.com]; Evans,
Todd[Todd.Evans@disney.com]
**From:**    Jones, Mark
**Sent:**    Wed 10/2/2013 1:13:59 AM
**Importance:**      Normal
**Subject:**   RE: DAS Guest Relations Temporary Scenarios

Hi again Cathi and thanks for chatting with me earlier as we prepare for the follow up
call with Autism Speaks on Wednesday morning.  I'm copying Alison and Todd from
Park Ops so they can clarify the differences in the Re-admission Passes possibilities as
mentioned in both "Scenario #4" and  "Scenario #8" below…

From #4

If additional concerns exist, offer the Guest Re-admission Passes, and document in the
Magic System.

From #8

Issue the Guest Re-admission Passes for every 2 hours they plan on staying, and
document in the Magic System.

In particular, why one scenario, #8, has limitations around it.  Although I've not seen
what the other scenarios around Autism/Cognitive Disabilities are beyond what you
were provided at the beginning of this e-mail, I'm guessing, and Alison and Todd can tell
us, that the more common process a Guest Relations CM would follow would be from
#4 (offer Re-Admission passes without any kind of "cap" based on the circumstances
and the Guest's service needs).  Alison/Todd, did I assume this correctly?

I appreciate it!

Mark

**From:** Killian, Cathi
**Sent:** Tuesday, October 01, 2013 6:43 PM
**To:** Jones, Mark

Disney-AL1044478

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**Subject:** FW: DAS Guest Relations Temporary Scenarios

**From:** <Killian>, Cathi Killian <cathi.killian@disney.com>
**Date:** Tuesday, October 1, 2013 6:33 PM
**To:** "O'toole, Kathryn D." <Kathryn.D.Otoole@disney.com>
**Cc:** "Mertz, Carla" <Carla.Mertz@disney.com>, "Prunty, Kim"
<Kim.Prunty@disney.com>
**Subject:** Re: DAS Guest Relations Temporary Scenarios

Katy – do you have any examples for extreme cases? For example if a guest
cannot wait at all and wants something like what they receive today (more than 3
re-admission during a 6 hour visit).

**From:** <O'toole>, "Kathryn D." <Kathryn.D.Otoole@disney.com>
**Date:** Tuesday, October 1, 2013 5:50 PM
**To:** Cathi Killian <cathi.killian@disney.com>
**Cc:** "Mertz, Carla" <Carla.Mertz@disney.com>, "Prunty, Kim"
<Kim.Prunty@disney.com>
**Subject:** Re: DAS Guest Relations Temporary Scenarios

Hello. My understanding is that the guest is going to be asked how long they are
planning on visiting the park and then be given the appropriate number of re-
admission passes. For example, if the guest is planning on staying in the park for
6 hours the will receive 3 re-admission passes. Does this answer your question?
If not, can you please specify where the confusion lies.

Thank you!

Katy O'Toole

Disney-AL1044479

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

Sent from my iPhone

On Oct 1, 2013, at 5:28 PM, "Killian, Cathi" <Cathi.Killian@disney.com> wrote:

> Kathryn – can you clarify for me what this comment (in the last scenario) means:

Ø  Issue the Guest Re-admission Passes for every 2 hours they plan on staying, and document in the Magic System.

> **From:** <O'toole>, "Kathryn D." <Kathryn.D.Otoole@disney.com>
> **Date:** Tuesday, October 1, 2013 4:13 PM
> **To:** Cathi Killian <cathi.killian@disney.com>, "Prunty, Kim" <Kim.Prunty@disney.com>
> **Cc:** "Mertz, Carla" <Carla.Mertz@disney.com>
> **Subject:** DAS Guest Relations Temporary Scenarios

> Hello.

> Per Brian Britton's request, below are three scenarios from the DAS Guest Relations Temporary documentation.

> Please let me know if you have any questions.

> Position-Related Scenario 1

> (Guest with Social Anxiety)

> t  Set up the following scenario for the Trainee: A Guest approaches and says, "I cannot wait in line."

> t  Ask the Trainee to explain and/or demonstrate how to handle the situation.

**Disney-AL1044480**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

Look for:

Ø  Ask the Guest questions such as:

·        What type of assistance you are requesting?

·        What type of assistance are you requiring today?

·        What services or assistance do you require?


t  Ask the Trainee to explain and/or demonstrate how to respond, using the Courtesy Basics, if the Guest says, "I have social anxiety and cannot be around other people or I might get stressed and strike someone."

Look for:

Ø  Project a positive image and energy.

Ø  Listen to the Guest without judgment.

Ø  Treat the Guest with courtesy and respect.

Ø  Do not assume the Guest is unable to participate in certain activities, use certain equipment, or ride certain attractions.


t  Ask the Trainee what services he could offer.

Look for:

Ø  Itinerary planning assistance, recommending areas that are least busy and breaks when attractions are busiest.

Ø  Use of Disney's FASTPASS® System.

Ø  Suggest "quiet locations."

Ø  Issue a DAS Card if the Guest feels it would be beneficial.

Position-Related Scenario 4

Disney-AL1044481

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

(Guest with Autism Has to Ride His Favorite Attraction the Minute He Sees Them or He Will Become Aggressive)

t  Set up the following scenario for the Trainee: A Guest approaches and states the following, "My son has to ride his favorite attractions the minute he sees them or he will bite himself and his mother. He cannot see his favorite attractions without riding them."

t  Ask the Trainee what Services he can offer.

Look for:

Ø  Explain the DAS program and how the Guest would obtain wait times at Guest Relation locations away from the attraction they are requesting.

Ø  Issue a DAS Card.

Ø  If additional concerns exist, offer the Guest
Re-admission Passes, and document in the Magic System.

Position-Related Scenario 8

(Guest with Autism Needs Constant Stimulation)

t  Set up the following scenario for the Trainee: A Guest approaches and states the following, "My child needs constant stimulation. He has serious meltdowns if he is not allowed to constantly move. He is on 17 different medications which help, but there are times when the rest of the family has to create a barrier around him to prevent him from attacking other people in line. I want him to have a great day, but it is so difficult. How can you help?"

t  Ask the Trainee what Services he can offer.

Look for:

Ø  Assist the Guests in planning the day to meet the child's need for constant stimulation.

Ø  Issue the Guest a DAS Card and explain how it works.

Ø  Issue the Guest Re-admission Passes for every 2 hours they plan on staying, and document in the Magic System.

Disney-AL1044482

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Thank you!

Kathryn O`Toole

Global Documentation

Documentation Administrator

TDA 440D

(714) 781-1847

ext: 8232- 1847

iphone

Disney-AL1044483

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**      Hale, Greg[Greg.Hale@disney.com]; Kricorian, Karin[Karin.Kricorian@disney.com]
**Cc:**      Jones, Mark[Mark.Jones@disney.com]; Brown, Suzi[Suzi.Brown@disney.com]; Wahler,
Jacquee M. (Polak)[Jacquee.M.Wahler@disney.com]; Appleton, Betty[Betty.Appleton@disney.com];
Minnick, Bob[Bob.Minnick@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Britton,
Brian[Brian.Britton@disney.com]
**From:**      Armor, Alison
**Sent:**      Thur 10/24/2013 4:25:15 PM
**Importance:**      Normal
**Subject:**      RE: Proposed DAS Survey/Feedback Work

All,


As we still have a punch list of operational, program, and system refinements to make, it
feels premature to do a research study now knowing we will be making changes in the
near future.  We are trying to get many enhancements out there prior to the holidays,
even.  Some of the system enhancements for controls will likely take a little longer.  Our
recommendation would be to hold off 3-6 months on a formal research study until we
can get those refinements in place.  This would be especially beneficial at DLR where
Michael wants to automate the local return time card for guests with mobility concerns
so we can provide a more equitable experience to the DAS card.


Thanks,

Alison



**From:** Hale, Greg
**Sent:** Thursday, October 24, 2013 2:50 PM
**To:** Kricorian, Karin
**Cc:** Jones, Mark; Brown, Suzi; Armor, Alison; Wahler, Jacquee M. (Polak); Appleton,
Betty; Minnick, Bob; Cardinali, Jay
**Subject:** Re: Proposed DAS Survey/Feedback Work


I would think we would definitely want both coasts.

Thanks,

Greg

Highly Confidential                                                                                          Disney-AL0005160

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

Sent from my iPhone

On Oct 24, 2013, at 11:45 AM, "Kricorian, Karin" <Karin.Kricorian@disney.com> wrote:

> Thanks Mark—I'm looking forward to this important work.  One initial question for the group, including Mark:  do we want to do this study at both DLR and WDW?  There may be some legal nuances between the two sites, but I imagine that leadership will appreciate a broad Domestic view.

> **From:** Jones, Mark
> **Sent:** Thursday, October 24, 2013 9:46 AM
> **To:** Kricorian, Karin; Brown, Suzi; Armor, Alison; Wahler, Jacquee M. (Polak)
> **Cc:** Appleton, Betty; Minnick, Bob; Hale, Greg; Cardinali, Jay
> **Subject:** Proposed DAS Survey/Feedback Work

> Good morning everyone.  Karin, I understand that you've had a brief conversation with Suzi regarding the possibility of framing up some survey-type questions and then scheduling survey work related to the new Disability Access Service (DAS) Card being used at our domestic theme parks .  I'm hoping to broaden this discussion to include other key partners (copied on this note) so we might further chat this possibility as compiling actual metrics (versus anecdotal details that we've been relying on so far) would be helpful for many.  Would a conference call over the next few weeks be a reasonable starting point for us?  I am aware that we would also need to engage our Legal partners on this and would recommend Scott Pacula when we get to that point in our discussions.   Thoughts from the larger group on this please?

> Thanks,

> *Mark*
> Manager, Domestic Services for Guests with Disabilities
> Supporting the Disneyland Resort & Walt Disney World Resort

> WALT DISNEY Parks & Resorts U.S.

> Office Location: Disneyland Resort TDA #205C
> CA Office: (714) 781-1384 [8-232]

**Exhibit 27**

Highly Confidential
Disney-AL0005161

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

FL Office: (407) 827-5600 [8-293]
Mobile: ▌

Highly Confidential                                                                                       Disney-AL0005162

**To:** Manangu, Joan; Hogan, Maureen
**Subject:** RE: ACTION: Need your thoughts~! FW: WB from ████████ DAS
Issues M3205050 F3332194

Good morning Joan and thanks for your note. This was a topic of discussion
very recently actually with Heather, Eric, and Leslie, so I would recommend you
elevate it again to Heather and Leslie. I believe your team and my team are
under the same understanding that Park Ops needs (and has agreed) to honor
any and all information we enter in Magic including "ongoing provisions" of
readds/FP's for those who need it above and beyond the DAS card. Please copy
Maureen and I on your note and I can then add to it as we'll ultimately need to
engage Alison Armor from Park Ops and her new leader to remind them of our
"agreement".

Thanks!

Mark

**From:** Manangu, Joan
**Sent:** Tuesday, November 05, 2013 6:01 AM
**To:** Hogan, Maureen
**Cc:** Jones, Mark
**Subject:** ACTION: Need your thoughts~! FW: WB from ████████ DAS
Issues M3205050 F3332194
**Importance:** High

Maureen and Mark,

Can you tell me if we will still be able to provide Guests with the FastPasses
moving forward? There is some info being communicated to Guests who really
have needs that it is a one-time courtesy.

PID1-0073
**Exhibit 27**

Any comments on the notes in Green? I have another one I assisted Jim
MacPhee will send that separately. Is ther anyone else I need to be including in
these type of comments?

Please let me know.

*Joan (Martin) Manangu*
Guest Experience Services Coordinator
8-264-3251 or 407-560-3251

**From:** Manangu, Joan
**Sent:** Friday, November 01, 2013 12:16 PM
**To:** Havey, Heather L.
**Cc:** Iddings, Megan; Johanson, Eric
**Subject:** WB from ▮▮▮▮▮▮▮ DAS Issues M3205050 F3332194

Heather,

I want to make you aware of the ongoing issues Mr. ▮▮▮▮ is having with the
DAS.

- He called me last week about problems with stroller as wheelchair at DAK,
got that fixed, - CM error. This morning he left a message that he was having
issues at Epcot with obtaining the assistance I set up for him.

- The week before DHS only gave him 2 Re-ads although my file for him
stated 4.

- Today, he was told the re-entry passes were given once and they expired.
He mentioned he spoke with Allison manager. She told him about the
inconsistencies of the DAS card and not everyone knows what is going on. He
wants to know if the re-entry passes expire and what he should be doing.

**Highly Confidential**                                    **Disney-AL1008395**

I called Allison - she said he was given 4 no strings today for Epcot. I explained that if the information is in the file, they should be honoring what is listed. I told her a little about his situation and she acknowledged seeing the little boy. She tells me it is a case by case basis and they are supposed to stick to the DAS as it is designed to work. She mentioned many issues with other Guests trying to get more FastPasses. They are telling them they may not be able to continue giving them the FP moving forward.

I noticed my file was marked redeemed and closed. Tried to fix, but unable to change. Again my case notes were moved to the bottom of the Magic information. However, it is still in the recovery side. She did find my original notes and assisted him. He walked off before she could finish speaking with him.

Mr. ▇ has a little boy 2.5 with extreme issues. They live here and visit daily while they wait for ▇ next surgery in Miami.

1)    I was under the impression the Guest would be able to obtain the Fastpasses / Re-Ads for each day of their visit. Seems like Guest Relations has a differing instruction.

2)    I thought Guest Relations would read our file and assist with a seamless experience. Took a manager involvement to fix.

3)    I also thought GR were supposed to leave the files open and not close or redeem them

I understand things have become very challenging in the parks for our Guest Relations with confrontations, etc. However, I am at a loss on what to tell him since he has been having so many issues and calls me almost weekly.

Can I tell him he should be able to obtain these FastPasses/ No Strings for each visit?

Highly Confidential

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Thanks,

Joan

**From:** WDW Guest Communications
[mailto:WDW.Guest.Communications@disneyworld.com]
**Sent:** Friday, November 01, 2013 11:52 AM
**Subject:**                WB Re: Email from the Walt Disney World Resort

11/1/13 1:31 PM

20738993

Original Message Follows: ------------------------

Joan;

Was there an expiration date on getting re-entry passes. I'm at Epcot today and
they say they have been redeemed and I get no more.

Thank you for your time

On Oct 11, 2013, at 9:16 AM, WDW Guest Communications
<WDW.Guest.Communications@disneyworld.com> wrote:

Reference: #M003205050

Dear Mr.             ,

**Highly Confidential**                                                                      **Disney-AL1008397**

Thank you for your voice messages this morning. I am so very sorry I was on the phone at that time you called.

I just left you a voice message and wanted to assure you our Cast Members at Guest Relations will be assisting you and          . I truly appreciate you taking the time to share your family's concern for the changes to our attractions access policy. I am sorry we have not had the opportunity to speak personally yet. However, in an effort make your trip more seamless, I have made arrangements to help you with your visit. Upon your arrival at any one of our Theme Parks, please bring this e-mail and a photo ID to any one of our theme park Guest Relations locations. Our Cast Members will be happy to assist you and provide you with some FastPasses, as well.

Mr.          , it is my sincere hope your family's visit is filled with many happy memories.

Kindest regards,

Joan Martin

Guest Experience Services

Walt Disney World Resort

407-560-3251

3332194

-----Original Message-----

From: WDW Guest Communications
[mailto:WDW.Guest.Communications@disneyworld.com]

Sent: Thursday, October 10, 2013 3:10 PM

To:

Subject: Email from the Walt Disney World Resort

Dear          ,

Thank you for your reply.

I am happy to speak with you tomorrow on the phone. If there is a good

time I can call you please let me know. My direct number is

PID1-0077
**Exhibit 27**

**Disney-AL1008398**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

407-560-3251.

I look forward to talking with you soon!

Kindest regards,

Joan Martin

Guest Experience Services

Walt Disney World Resort

407-560-3251

3332194

███████████████████

10/10/13 5:41 PM

Original Message Follows:

------------------------

Joan;

I'm unavailable today but I wanted to make sure you knew I received your

response. I will be with my son tomorrow at one of the parks. We can

meet there in person or you can call my cell phone

███████████

Thank you

███████████

>On Oct 10, 2013, at 8:53 AM, WDW Guest Communications

<WDW.Guest.Communications@disneyworld.com> wrote:

>

>Dear ███ ,

**Highly Confidential**

**Disney-AL1008399**

>

>Thank you for your email to Meg Crofton and so many of our Disney

>Executives about the new Disability Access Service Card Program. Your

>correspondence was forwarded to me so that I may personally respond

to

>you.

>

>We truly appreciate you taking the time to share your thoughts and

>comments with us. I would welcome the opportunity to speak with you,

>but do not have your telephone number. You are welcome to send a

reply

>to this message with your telephone number and the best time of day I

>can reach out to you. Typically, I am in the office Monday through

>Friday from 8:30 a.m. until 5 p.m. EST. Today, I will be out of the

>office at 4:45 p.m. My direct telephone number is 407-560-3251.

>

>▇▇▇, I look forward to hearing from you soon.

>

>Kindest regards,

>

>Joan Martin

>Guest Experience Services

>Walt Disney World Resort

Highly Confidential                    Disney-AL1008400

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

>407-560-3251

>

>

>3332194

>

>

>Sent from my iPad

>

>Begin forwarded message:

>From: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

>Date: October 10, 2013 at 1:03:32 AM EDT

>To: "Bird, Andy" <Andy.Bird@disney.com>, "andrew.bird@disney.com"

><andrew.bird@disney.com>, "garth.steever@disney.com"

><garth.steever@disney.com>, "bob.weise@disney.com"

><bob.weise@disney.com>, "robert.weise@disney.com"

><robert.weise@disney.com>, "alan.braverman@disney.com"

><alan.braverman@disney.com>, "Iden, Ronald" <Ronald.Iden@disney.com>,

>"ron.iden@disney.com" <ron.iden@disney.com>, "Mayer, Kevin (Strategic

>Planning)" <Kevin.Mayer@disney.com>, "McCarthy, Christine"

><Christine.McCarthy@disney.com>, "Mucha, Zenia"

><Zenia.Mucha@disney.com>, "Padden, Preston R."

><Preston.R.Padden@disney.com>, "dennis.shuler@disney.com"

><dennis.shuler@disney.com>, "Woodford, Brent"

**Highly Confidential**

**Disney-AL1008401**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

><Brent.Woodford@disney.com>, "Bodenheimer, George"

><George.Bodenheimer@espn.com>, "richard.cook@disney.com"

><richard.cook@disney.com>, "Cook, Dick" <Dick.Cook@disney.com>,

>"walter.liss@disney.com" <walter.liss@disney.com>,

>"andrew.mooney@disney.com" <andrew.mooney@disney.com>,

>"andy.mooney@disney.com" <andy.mooney@disney.com>, "Rasulo, Jay"

><Jay.Rasulo@disney.com>, "james.rasulo@disney.com"

><james.rasulo@disney.com>, Anne Sweeney
<Anne.Sweeney@disney.com>,

>"steve.wadsworth@disney.com" <steve.wadsworth@disney.com>,

>"steven.wadsworth@disney.com" <steven.wadsworth@disney.com>,

>"john.pepper@disney.com" <john.pepper@disney.com>,

>"robert.iger@disney.com" <robert.iger@disney.com>, Bob Iger

><Bob.Iger@disney.com>, "thomas.staggs@disney.com"

><thomas.staggs@disney.com>, "Staggs, Tom" <Tom.Staggs@disney.com>,

>"Crofton, Meg" <Meg.Crofton@disney.com>, "megan.crofton@disney.com"

><megan.crofton@disney.com>, "Weiss, Al" <Al.Weiss@disney.com>,

>"roy.disney@disney.com" <roy.disney@disney.com>, "Lasseter, John"

><jl@pixar.com>, "susan.arnold@disney.com" <susan.arnold@disney.com>,

>"susan.arneld@disney.com" <susan.arnold@disney.com>,

>"john.bryson@disney.com" <john.bryson@disney.com>, "Chen, John"

><John.Chen@disney.com>, "judith.estrin@disney.com"

><judith.estrin@disney.com>, "steve.jobs@disney.com"

><steve.jobs@disney.com>, "steven.jobs@disney.com"

Highly Confidential                                    **Disney-AL1008402**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

><steven.jobs@disney.com>, "fred.langhammer@disney.com"

><fred.langhammer@disney.com>, "aylwin.lewis@disney.com"

><aylwin.lewis@disney.com>, "monica.lozano@disney.com"

><monica.lozano@disney.com>

>Subject: Complaint Walt Disney World

>Thomas O. Staggs?

>Chairman?Walt Disney Parks & Resorts ?

>500 South Buena Vista Street ?

>Burbank, CA 91521-4873

>

>Mr. Staggs I am writing concerning my latest trip to Walt Disney World

>and the not so Disney experience we had with the guest assistance

>card(GAC).

>

>My wife and I moved to Davenport Florida about a month ago from Ohio. We

>are in Florida for our 2 year old ▮▮▮▮ to have reconstructive

>surgeries on his legs. ▮▮▮▮ was born with bilateral tibial hemimelia

>and a bifurcation of his femur. In laymen?s terms he was born without

>his tibia?s(the weight bearing bone below your knee) and one of his

>femurs looks like a wish bone(Figure 1) These two rare conditions that

>happen separately in 1:1,000,000 live births. Together they are about

>1:3 trillion live births i.e. extremely rare and only 3 doctors

**Highly Confidential**

**Disney-AL1008403**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

>worldwide have a treatment option beyond amputation.

>

>FIGURE 1

>

>When my wife and I knew the options, and found that the foremost

surgeon

>in the world happened to be in Miami, we decided on living close to

WDW.

>We wanted to take advantage of the parks during periods away from the

>hospital so our son could enjoy himself.

>

>We are now past the first surgery that was to apply a Taylor Spatial

>Frame to      right leg (figure 2,3,5) and have been using the

>parks. Up until now we had received a guest assistance card (GAC) and

a

>tag to use the stroller as a wheelchair.

>

>During our visits over the last month we have noticed a difference in

>the way we have been treated by ride operators. Their attitudes have

>taken a not so friendly or helpful turn. Typically I would ignore it

and

>move on with my life. But today they took great joy in not allowing my

>two-year-old child, who is in great pain, to wait in his stroller to

**Highly Confidential**

**Disney-AL1008404**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

>ride the teacups. Now this may not seem like much to most people but
its

>incredibly insensitive considering the very visible and painful device

>on his leg.

>

>Before the teacups we went to Buzz Lightyear, currently his favorite

>ride in Magic Kingdom. We have ridden this ride several times and knew

>what to expect. Normally we would be directed to the area where
riders

>are unloading. We would pull his stroller up to the belt unload and

>quickly transfer to the ride. But not today, I would have to unload
him

>near the gift shop and hold him until the staff deemed they where
ready

>for us to load. As you can tell by figure 2 and 3 holding him for long

>isn?t much of an option considering the pain it causes.

>

>Figure 2

>

>Figure 3

>Now I completely understand the undertaking considering recent bad
press

>with guest assistance cards, but punishing those who need it isn?t the

>way to go. I find it despicable that Disney employees find pleasure

**Exhibit 27**

**Highly Confidential**                                    **Disney-AL1008405**

in

>this. I also find I need to put a face to this (figure 4)

>

>Figure 4

>Figure 4 shows my son ████, this picture was taken September 20,

2013

>after having a Taylor Spatial Frame attached to his right leg. I would

>like to point out what he is holding

>If you want to know what I would like out of this complaint, its

>simple---See figure 6.

>And Walt Disney World employees should have some sensitivity training

>towards the GAC?s. I don?t want to use it, I would much rather my son

>had two normal legs and be able to wait in line

>

>Figure 6 October 5th 10:20AM The Land EPCOT

>

>

**Highly Confidential**                                                                                     **Disney-AL1008406**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**To:** Armor, Alison[Alison.Armor@disney.com]
**Cc:** Jones, Mark[Mark.Jones@disney.com]
**From:** Minnick, Bob
**Sent:** Wed 11/6/2013 10:23:00 AM
**Importance:** Normal
**Subject:** FW: Proposed DAS Survey/Feedback Work

Alison;

Greg raises a good question.  Were you planning to have the IE come back and measure to see if we have had an impact with the DAS vs. GAC in terms of ride capacity impact?  If so, when do we plan to do the study?  What can we do to help?

Bob Minnick, PE, CSP

Worldwide Facility Safety and Accessibility

Phone: 407-827-6853 (8-293)

Mobile:

**From:** Hale, Greg
**Sent:** Wednesday, November 06, 2013 7:47 AM
**To:** Jones, Mark
**Cc:** Minnick, Bob; Cardinali, Jay
**Subject:** FW: Proposed DAS Survey/Feedback Work

I haven't seen a report lately on the number of passes and number of exceptions given out at DLR and WDW daily.  Could we get a report and see the trend along with the overall report we discussed Friday that you would pull together – showing the good story of the number of GAC cards given out last year (maybe use the same week or month in 2012) to show the huge reduction in abuse. We also need to get the IEs to repeat the study of % guest in lines using a pass now compared to 2012 studies where they came up with the crazy high numbers on Toy Story and other attractions. I this it will show the huge success in reducing abuse without having to reduce the number of exceptions at this point in time.

Greg

**Confidential**

**Disney-AL1015258**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**From:** Schwack, Sheila
**Sent:** Wednesday, November 06, 2013 7:35 AM
**To:** Kricorian, Karin
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Jones, Mark; Holmberg, Britt; Hart, Deborah
**Subject:** RE: Proposed DAS Survey/Feedback Work


Absolutely!


Please see the attached.


**From:** Kricorian, Karin
**Sent:** Tuesday, November 05, 2013 10:32 PM
**To:** Schwack, Sheila
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Jones, Mark; Holmberg, Britt; Hart, Deborah
**Subject:** RE: Proposed DAS Survey/Feedback Work


Sheila-

Can you send the DAS deck you shared today with the DLR SC to this group?  I think they are already in the loop on this overarching feedback, but it will be good context for this group to see the specific deck in case any questions come up from meeting attendees.

Thanks!
Karin


**From:** Kricorian, Karin
**Sent:** Tuesday, November 05, 2013 7:22 PM
**To:** Jones, Mark

**Exhibit 27**

Confidential                                                     Disney-AL1015259

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee
M. (Polak); Armor, Alison; Brown, Suzi; Erickson, Marjorie L
**Subject:** RE: Proposed DAS Survey/Feedback Work

This sounds great.  We met with Michael C. today to talk about Guest comments
on the new DAS process at DLR, and he had keen interest in us moving forward
with this work and was on board with the early January timing for fielding a
survey.  We will work with your calendars to set up time to talk about information
objectives, etc. at both sites.

Thanks!
Karin

**From:** Jones, Mark
**Sent:** Tuesday, November 05, 2013 12:20 PM
**To:** Kricorian, Karin
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee
M. (Polak); Armor, Alison; Brown, Suzi
**Subject:** RE: Proposed DAS Survey/Feedback Work

Hi again and thanks for everyone's feedback.  So we can continue to move in the
right direction and begin thinking about how we might survey/gain additional
feedback from DAS Card users early in the new year, I'd like to set up a
preliminary call for later this month.

Karin, from what I've seen in Outlook, I believe your schedule is the hardest to
accommodate, so wonder if your admin person would be willing to set up an hour
and invite the following (most on this e-mail chain)…

-Karin

-Mark Jones

-Suzi Brown

Confidential                                                                                      Disney-AL1015260

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

-Jacquee Wahler

-Alison Armor

-Bob Minnick

-Jay Cardinali

-Betty Appleton


Others can be forwarded the invite as necessary.


Does this work for all?


Thanks!


**Mark**
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**From:** Minnick, Bob
**Sent:** Thursday, October 24, 2013 1:58 PM
**To:** Jones, Mark; Kricorian, Karin; Brown, Suzi; Armor, Alison; Wahler, Jacquee
M. (Polak)
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay
**Subject:** RE: Proposed DAS Survey/Feedback Work

PID1-0089
**Exhibit 27**

Confidential

Disney-AL1015261

Mark;

As we discussed, I think this is a great idea to get quality feedback from a broader audience.

Bob Minnick, PE, CSP

Worldwide Facility Safety and Accessibility

Phone: 407-827-6853 (8-293)

Mobile:

**From:** Jones, Mark
**Sent:** Thursday, October 24, 2013 12:46 PM
**To:** Kricorian, Karin; Brown, Suzi; Armor, Alison; Wahler, Jacquee M. (Polak)
**Cc:** Appleton, Betty; Minnick, Bob; Hale, Greg; Cardinali, Jay
**Subject:** Proposed DAS Survey/Feedback Work

Good morning everyone.  Karin, I understand that you've had a brief conversation with Suzi regarding the possibility of framing up some survey-type questions and then scheduling survey work related to the new Disability Access Service (DAS) Card being used at our domestic theme parks .  I'm hoping to broaden this discussion to include other key partners (copied on this note) so we might further chat this possibility as compiling actual metrics (versus anecdotal details that we've been relying on so far) would be helpful for many.  Would a conference call over the next few weeks be a reasonable starting point for us?
**REDACTED**

Thoughts from the larger group on this please?

Thanks,

*Mark*

**Confidential**

**Disney-AL1015262**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:

**Confidential**                                                      **Disney-AL1015263**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:** Manangu, Joan[Joan.Manangu@disney.com]; Smith, Leslie[Leslie.Smith@disney.com]; Armor, Alison[Alison.Armor@disney.com]; Todd, Judy[Judy.Todd@disney.com]
**Cc:** Iddings, Megan[Megan.L.Iddings@disney.com]; Jones, Mark[Mark.Jones@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com]
**From:** Havey, Heather L.
**Sent:** Wed 11/6/2013 10:44:59 AM
**Importance:** High
**Subject:** RE: NEW UPDATE - RE: ACTION:  Need info on FASTPASSES moving forward for DASFW: ASGO contact

Thanks Joan!


Alison/ Todd - another example of where Guests are being told the FastPasses are one time exceptions.  And see the note about riding multiple times - I think we talked this, but it's not being operationalized.  What can we share with this Guest (note, she is President of the Autism Society of Greater Orlando) other than that we've shared her feedback and we are continuing to do targeted follow-up training and communication when we identify areas of concern?


Thanks!




**From:** Manangu, Joan
**Sent:** Wednesday, November 06, 2013 10:36 AM
**To:** Manangu, Joan; Havey, Heather L.; Smith, Leslie
**Cc:** Iddings, Megan; Jones, Mark; Hogan, Maureen
**Subject:** NEW UPDATE - RE: ACTION: Need info on FASTPASSES moving forward for DASFW: ASGO contact


UPDATE: I received a new message from ███ about issues other Guests have been having. See below.  Please let me know if there is some "good" news or info I can share with her.


Joan

**Exhibit 27**

Disney-AL0000470

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**     Armor, Alison[Alison.Armor@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**Cc:**     Jones, Mark[Mark.Jones@disney.com]; Wiesenfeld, Kristin[Kristin.Wiesenfeld@disney.com]
**From:**     Swisher, Jackie N
**Sent:**     Mon 11/11/2013 11:37:07 PM
**Importance:**     Normal
**Subject:**     RE: Proposed DAS Survey/Feedback Work

Once we get our full-time data collectors on-board in the next few weeks, we will start to think about how to do a more studies of FP redemption.  We need these studies for many reasons and DAS is just one.  The hard part is that we don't have very comprehensive historical GAC data to compare.

I will keep you both posted as we start to develop our data collection plans.

**From:** Armor, Alison
**Sent:** Thursday, November 07, 2013 11:26 AM
**To:** Minnick, Bob
**Cc:** Jones, Mark; Swisher, Jackie N
**Subject:** RE: Proposed DAS Survey/Feedback Work

Hi Bob,

Regarding the IE study, I'm totally in favor of it, but our challenge is it was only done at WDW last year and right now WDW is experiencing extreme number of re-ads due to MM+ service breaks in addition to the DAS re-ads.  So while before we needed just a GAC study, now we need a DAS study plus a DAS re-ad study as we are giving both forms of media and we need to isolate them from all the other re-ads.  I also know the IE team is strapped at WDW due to ongoing MM+ support.  Copying Jackie who leads the team for any thoughts on how/when IE could measure capacity impacts of the DAS program.

Thanks,

Alison

**From:** Minnick, Bob
**Sent:** Wednesday, November 06, 2013 10:23 AM
**To:** Armor, Alison

**Exhibit 27**

Highly Confidential
Disney-AL0005146

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**Cc:** Jones, Mark
**Subject:** FW: Proposed DAS Survey/Feedback Work


Alison;


Greg raises a good question.  Were you planning to have the IE come back and
measure to see if we have had an impact with the DAS vs. GAC in terms of ride
capacity impact?  If so, when do we plan to do the study?  What can we do to
help?


Bob Minnick, PE, CSP

Worldwide Facility Safety and Accessibility

Phone: 407-827-6853 (8-293)

Mobile: ▮▮▮▮▮▮▮


**From:** Hale, Greg
**Sent:** Wednesday, November 06, 2013 7:47 AM
**To:** Jones, Mark
**Cc:** Minnick, Bob; Cardinali, Jay
**Subject:** FW: Proposed DAS Survey/Feedback Work


I haven't seen a report lately on the number of passes and number of exceptions
given out at DLR and WDW daily.  Could we get a report and see the trend along
with the overall report we discussed Friday that you would pull together –
showing the good story of the number of GAC cards given out last year (maybe
use the same week or month in 2012) to show the huge reduction in abuse.  We
also need to get the IEs to repeat the study of % guest in lines using a pass now
compared to 2012 studies where they came up with the crazy high numbers on
Toy Story and other attractions.  I this it will show the huge success in reducing
abuse without having to reduce the number of exceptions at this point in time.


Greg

Highly Confidential                                                                    Disney-AL0005147

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**From:** Schwack, Sheila
**Sent:** Wednesday, November 06, 2013 7:35 AM
**To:** Kricorian, Karin
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Jones, Mark; Holmberg, Britt; Hart, Deborah
**Subject:** RE: Proposed DAS Survey/Feedback Work

Absolutely!

Please see the attached.

**From:** Kricorian, Karin
**Sent:** Tuesday, November 05, 2013 10:32 PM
**To:** Schwack, Sheila
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Jones, Mark; Holmberg, Britt; Hart, Deborah
**Subject:** RE: Proposed DAS Survey/Feedback Work

Sheila-

Can you send the DAS deck you shared today with the DLR SC to this group?  I think they are already in the loop on this overarching feedback, but it will be good context for this group to see the specific deck in case any questions come up from meeting attendees.

Thanks!
Karin

**From:** Kricorian, Karin
**Sent:** Tuesday, November 05, 2013 7:22 PM
**To:** Jones, Mark

**Exhibit 27**

Highly Confidential                                                                                   Disney-AL0005148

**To:** Minnick, Bob[Bob.Minnick@disney.com]; Hale, Greg[Greg.Hale@disney.com]; Cardinali,
Jay[Jay.Cardinali@disney.com]; Hogan, Maureen[Maureen.Hogan@disney.com]
**From:** Jones, Mark
**Sent:** Tue 11/12/2013 2:27:40 PM
**Importance:** **Normal**
**Subject:** RE: Guest Letter:

I'll follow up Bob. Related, I'm hearing some rumors/grumblings that some Guests are being
told at Guest Relations on both coasts that their readds/FP's above and beyond the DAS Card are
"one time exceptions" and they should not expect to receive them during their next visit -OR-
during a follow up visit, these Guests are not receiving readds/FP's (or are receiving a lesser
number of readds/FP's that they did during the first visit). If any of this is, in fact, true and is
happening more often than not, we will need to revisit this with Park Ops as their "agreement"
with us was that readds/FP's would eternally be a part of the landscape for those Guests who
need this service beyond what the DAS Card can offer.

Thanks,

Mark

**From:** Minnick, Bob
**Sent:** Tuesday, November 12, 2013 11:12 AM
**To:** Jones, Mark; Hale, Greg; Cardinali, Jay; Hogan, Maureen
**Subject:** RE: Guest Letter:

Mark;

Mark;

Thanks for sharing. Painful to read. When the Guest is contacted, let's find out if they
had any "re-adds". I am thinking "no", but it appears that they should have. Would you
please follow up with whoever calls?

**Highly Confidential** **Disney-AL1023974**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **To:** | Hale, Greg[Greg.Hale@disney.com] |
| **From:** | Jones, Mark |
| **Sent:** | Thur 1/9/2014 9:49:54 PM |
| **Importance:** | **Normal** |
| **Subject:** | Your voicemail Greg |

Hi again Greg and I had a chance to listen to your voicemail. Yes, the points you make are valid. It is interesting that our DLR partners chose to temporarily change the parameters for DAS right in the middle of our data collection/survey work. Although a good idea from the Guest perspective, it certainly skews the data that we collected at DLR to imply that DAS might be much better than it truly is. In the grand scheme of things though, I think DAS is working for many of our Guests but, as you mentioned, there is still that percentage of guests with autism and other disabilities who are potentially being underserved. I am also aware that each site as well as each park in Florida has their own thoughts around re-ads and what is appropriate. I hope my other email listing some of the concerns we're receiving is helpful. Call me if we need to chat further sir.

Thanks!


Mark Jones
Sent from my iPhone

**Exhibit 27**

**Confidential**                                                                                                                        **Disney-AL1039047**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:** Jones, Mark[Mark.Jones@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**Cc:** Blitch, Anthony[Anthony.Blitch@disney.com]
**From:** Hale, Greg
**Sent:** Tue 1/21/2014 12:53:46 PM
**Importance:** Normal
**Subject:** RE: DAS Guest Research-- on hold

Since I wasn't copied on it, you ask first and see what you get as a response.


Greg


**From:** Jones, Mark
**Sent:** Tuesday, January 21, 2014 12:50 PM
**To:** Hale, Greg; Cardinali, Jay; Minnick, Bob
**Cc:** Blitch, Anthony
**Subject:** RE: DAS Guest Research-- on hold


Greg, are you going to pose the "why" question back to Karin are would you like me to do that (it will, obviously, have more impact coming from you, but I'm happy to do it)?


Thanks,


Mark


**From:** Hale, Greg
**Sent:** Tuesday, January 21, 2014 9:48 AM
**To:** Cardinali, Jay; Minnick, Bob; Jones, Mark
**Cc:** Blitch, Anthony
**Subject:** RE: DAS Guest Research-- on hold


I don't recall it being discussed in any meetings I was in.  I have been pushing that we need to keep measuring how we are doing against the original goal (eliminating ghost riders) as well as our DAS performance.  I have also suggested we provide the Attractions LOB an auditing template so they can do their own Tier 1 and 2 audits.

Confidential
Disney-AL1062466

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

Greg

**From:** Cardinali, Jay
**Sent:** Monday, January 20, 2014 7:24 PM
**To:** Hale, Greg; Minnick, Bob; Jones, Mark
**Subject:** FW: DAS Guest Research-- on hold

Do we know why this was put on hold?

**From:** Kricorian, Karin
**Sent:** Monday, January 20, 2014 3:12 PM
**To:** Jones, Mark; Brown, Suzi; Wahler, Jacquee M. (Polak); Armor, Alison;
Minnick, Bob; Cardinali, Jay; Appleton, Betty; Ma-Slawson, Angela C.; Pacula,
Scott; Martinez, Elisa; Bryson, Libby
**Subject:** DAS Guest Research-- on hold

Dear DAS team:

You may already be aware, but leadership asked us to put the DAS Guest
Research on hold.  If/when the project is reactivated, we can pick up where we
left off with this team.

If you hear anything directly from DLR/WDW site leadership about wanting the
project to be reactivated, please let us know.  We will do the same.

Thanks!
Karin

Exhibit 27

Confidential                                                                                  Disney-AL1062467

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

*Karin Kricorian*

*Director, Consumer Insight*

*8232-1834/ 714-781-1834*

Confidential

Disney-AL1062468

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

| | |
|---|---|
| **To:** | Jones, Mark[Mark.Jones@disney.com] |
| **From:** | Hale, Greg |
| **Sent:** | Tue 2/11/2014 3:15:29 PM |
| **Importance:** | **Normal** |
| **Subject:** | Re: DAS Letter from ARCA |

Unfortunately you are it for the association interface.  Maybe we can push back on individual guest though.  I think Michael was receptive to adding a pre filled out option that would help a lot.

Thanks,
Greg

Sent from my iPhone

> On Feb 11, 2014, at 1:56 PM, "Jones, Mark" <Mark.Jones@disney.com> wrote:
>
> Not sure how much you know about this one Greg but I will say that my continuing to be the "poster child" for our responses about an unfavorable service is getting old.
>
> Thanks,
>
> Mark
>

**REDACTED**

>>
>> -----Original Message-----

PID1-0101
**Exhibit 27**

**Confidential**                                                        **Disney-AL1038605**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

>> From: Sircable, Lannie
>> Sent: Tuesday, February 11, 2014 8:21 AM
>> To: Haines, Lisa; Hart, Deborah
>> Cc: Williams, Kristin N.; Serna, Julie; Iddings, Megan
>> Subject: DAS Letter from ARCA
>>
>> Michael has not seen this yet, but wanted you to have for your call today with Michael.
>> Thank you.
>> Lannie
>>
>> <Document.pdf>

**Confidential**                                                                                                    **Disney-AL1038606**

**To:**      Jones, Mark[Mark.Jones@disney.com]
**From:**    Lowery, Betty
**Sent:**    Tue 2/11/2014 2:05:54 PM
**Importance:**      Normal
**Subject:**  RE: Guest Assistance Card

Mark, I haven't shared outside of my own team and you, but agree with you that I should
be and will do so moving forward. Thanks for you wonderful guidance. – Betty

### Betty Martinez Lowery

Manager, Community Relationships

Walt Disney World Community Relations

P. O. Box 10,000

Lake Buena Vista, FL  32830

Direct Line: 407-828-1743

Tie Line: 8-222-1743

Main office: 407-828-3453

Cell: ▮▮▮▮▮▮▮▮

Beatriz.Lowery@disney.com

facebookLearn more about our community outreach
at www.WaltDisneyWorld.com/about/community

**From:** Jones, Mark
**Sent:** Tuesday, February 11, 2014 12:29 PM
**To:** Lowery, Betty
**Subject:** RE: Guest Assistance Card

Thanks Betty.  Are you also sharing this with our Deb's team at Guest Correspondence
or your senior leadership?  I think it's beneficial for our senior leaders to know that

**Highly Confidential**                                                      **Disney-AL1039818**

calls/comments continue to come in to us through avenues other than Guest
Correspondence as they continue to look at the overall DAS process.   Believe
me, the executive team is well aware of the calls/emails/comments that I and my
team receive on the issue (I share these regularly with my VP Greg Hale) but I
think there would also be value for other areas to bubble up the kinds of
calls/comments they are receiving.  Just a  thought.

Mark

**From:** Lowery, Betty
**Sent:** Tuesday, February 11, 2014 6:55 AM
**To:** Jones, Mark
**Subject:** RE: Guest Assistance Card

Thanks, Mark. Forwarded another voice message to you this morning from
another autism family who are annual pass holders at WDW. -- B

**Betty Martinez Lowery**

Manager, Community Relationships

Walt Disney World Community Relations

P. O. Box 10,000

Lake Buena Vista, FL  32830

Direct Line: 407-828-1743

Tie Line: 8-222-1743

Main office: 407-828-3453

Cell:

Beatriz.Lowery@disney.com

facebookLearn more about our community outreach

**Highly Confidential**                                                                                         **Disney-AL1039819**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

at www.WaltDisneyWorld.com/about/community

**From:** Jones, Mark
**Sent:** Monday, February 10, 2014 5:58 PM
**To:** Lowery, Betty
**Subject:** Re: Guest Assistance Card

Thanks Betty. I hear you and am aware of the challenges the Autism community
continues to face. Fortunately, my VP Greg Hale, who is a part of the executive
committee led by Michael Colglazier, is looking at all facets of DAS. Hopefully a
"solution" will come out of this group's work.

Mark Jones

Sent from my iPhone

On Feb 10, 2014, at 2:30 PM, "Lowery, Betty" <Beatriz.Lowery@disney.com>
wrote:

Just my POV. -- Betty

**Betty Martinez Lowery**

Manager, Community Relationships

Walt Disney World Community Relations

P. O. Box 10,000

Lake Buena Vista, FL 32830

Direct Line: 407-828-1743

Tie Line: 8-222-1743

Main office: 407-828-3453

Cell:

PID1-0105
**Exhibit 27**

**Disney-AL1039820**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

Beatriz.Lowery@disney.com

<image002.gif>Learn more about our community outreach
at www.WaltDisneyWorld.com/about/community

**From:** Lowery, Betty
**Sent:** Monday, February 10, 2014 5:29 PM
**To:** Gidusko, Nancy; DiPietre, Jacob
**Subject:** FW: Guest Assistance Card

Just as a heads up, in the autism community, some of the conversation now
is that unless you "know somebody at Disney who can pull some strings" the
new DAS is a nightmare and just stay away. Jacob, I don't blame you for
doing what you need to do for these folks. I hope it works out for them. But I
do think someone needs to admit the new system does not work for Autism
families. All disabilities are not equal. -- B

**From:** Waters, Marilyn J
**Sent:** Monday, February 10, 2014 4:37 PM
**To:** Jones, Mark; Wiley, Nick; DiPietre, Jacob; Riles, Sarah (Fisk); Hart,
Deborah
**Cc:** Gidusko, Nancy; Lowery, Betty; Bevan, Randy; Minnick, Bob; Evans,
Todd
**Subject:** Re: Guest Assistance Card

This is something we have done ONLY for V-VIP situations.

Marilyn Waters

PID1-0106
**Exhibit 27**

**Highly Confidential**

Disney-AL1039821

Walt Disney World Resort

External Communications/Public Affairs

Office 407-828-3814

Mobile

Marilyn.j.waters@disney.com

This e-mail message is confidential, intended only for the named recipient(s)
above and may contain confidential information. If you have received this
message in error, or are not the named recipient(s), please immediately notify
the sender at (407) 828-2527 and delete this e-mail message from your
computer. Thank you.

**From:** <Jones>, Mark <Mark.Jones@disney.com>
**Date:** Monday, February 10, 2014 4:22 PM
**To:** "Wiley, Nick" <Nick.Wiley@disney.com>, Walt Disney
<marilyn.j.waters@disney.com>, Jacob DiPietre
<Jacob.DiPietre@disney.com>, "Riles, Sarah (Fisk)"
<Sarah.Riles@disney.com>, "Hart, Deborah" <Deborah.Hart@disney.com>
**Cc:** Nancy Gidusko <Nancy.L.Gidusko@disney.com>, "Lowery, Betty"
<Beatriz.Lowery@disney.com>, "Bevan, Randy"
<Randy.Bevan@disney.com>, "Minnick, Bob" <Bob.Minnick@disney.com>,
"Evans, Todd" <Todd.Evans@disney.com>
**Subject:** RE: Guest Assistance Card

Hi everyone. I'm copying Sarah from Park Ops as well as Deb from Guest
Correspondence so they are both aware of this situation and the request you
are making. As you may be aware, the DAS card process continues to
evaluated at the most senior level and I certainly do not want to speak out of
turn as to what is "reasonable" for a particular Guest's needs based on recent
discussion the executives have had (especially what we're able/willing to do in
advance of a visit). It is mentioned that the family is coming on a "Make-A-
Wish" visit which, in theory, would qualify the entire party for the "Wishes
Lanyard" anyway so anything "above and beyond" may be unnecessary at
this point. Nancy, can you confirm this assumption?

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

Thanks,

**Mark**
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile:
<image001.jpg>

**From:** Wiley, Nick
**Sent:** Monday, February 10, 2014 1:20 PM
**To:** Waters, Marilyn J; DiPietre, Jacob
**Cc:** Jones, Mark; Gidusko, Nancy; Lowery, Betty
**Subject:** RE: Guest Assistance Card

Hey friends,

Yeah I should be able to help with this Guest, just need a little more
information.  Are they staying on property (ie: are they NGE eligible?).  If so
what resort?  That will help me search for their reservation.

**From:** Waters, Marilyn J
**Sent:** Monday, February 10, 2014 4:06 PM
**To:** DiPietre, Jacob; Wiley, Nick
**Cc:** Jones, Mark; Gidusko, Nancy; Lowery, Betty

**Highly Confidential**                                                        **Disney-AL1039823**

**Subject:** Re: Guest Assistance Card

Copying Nick to see if he can assist.

Marilyn Waters

Walt Disney World Resort

External Communications/Public Affairs

Office 407-828-3814

Mobile

Marilyn.j.waters@disney.com

This e-mail message is confidential, intended only for the named recipient(s)
above and may contain confidential information. If you have received this
message in error, or are not the named recipient(s), please immediately notify
the sender at (407) 828-2527 and delete this e-mail message from your
computer. Thank you.

**From:** <DiPietre>, Jacob DiPietre <Jacob.DiPietre@disney.com>
**Date:** Monday, February 10, 2014 4:03 PM
**To:** Walt Disney <marilyn.j.waters@disney.com>
**Cc:** "Jones, Mark" <Mark.Jones@disney.com>, Nancy Gidusko
<Nancy.L.Gidusko@disney.com>, "Lowery, Betty"
<Beatriz.Lowery@disney.com>
**Subject:** Re: Guest Assistance Card

That would be great if we can get for both kids.

Where do we tell them to go to get them?

Sent from my iPhone

PID1-0109
**Exhibit 27**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

On Feb 10, 2014, at 3:56 PM, "Waters, Marilyn J"
<Marilyn.J.Waters@disney.com> wrote:

The last time we did this, we just gave them a MagicBand with 30 non-
standard FastPass+ entitlements. That might be better?

Marilyn Waters

Walt Disney World Resort

External Communications/Public Affairs

Office 407-828-3814

Mobile

Marilyn.j.waters@disney.com

This e-mail message is confidential, intended only for the named
recipient(s) above and may contain confidential information. If you have
received this message in error, or are not the named recipient(s), please
immediately notify the sender at (407) 828-2527 and delete this e-mail
message from your computer. Thank you.

**From:** <DiPietre>, Jacob DiPietre <Jacob.DiPietre@disney.com>
**Date:** Monday, February 10, 2014 3:54 PM
**To:** Walt Disney <marilyn.j.waters@disney.com>, "Jones, Mark"
<Mark.Jones@disney.com>
**Cc:** Nancy Gidusko <Nancy.L.Gidusko@disney.com>, "Lowery, Betty"
<Beatriz.Lowery@disney.com>
**Subject:** Fwd: Guest Assistance Card

Mark,

**Highly Confidential**                                                              **Disney-AL1039825**

Can we make sure these guys have a good guest assistance card
experience?


Thanks

Sent from my iPhone


Begin forwarded message:

> **From:** "Moore, Jessica" <Jessica.Moore@disney.com>
> **Date:** February 10, 2014 at 3:49:11 PM EST
> **To:** "DiPietre, Jacob" <Jacob.DiPietre@disney.com>, "Casto, Robin"
> <Robin.Casto@disney.com>
> **Subject: Guest Assistance Card**
>
> Ok, so the family we are hoping to assist with picking up a Guest
> Assistance Card at Guest Relations is under the name
> █████ and is a party of five. His 8 year old son █████ has Autism
> AND Down Syndrome and has difficulty standing in lines and being in
> crowds for long periods of time. As a reminder, they will actually be at
> the Parks as a Make a Wish trip for their other son….I couldn't ask
> what his challenges are or how old he is… they will be in Hollywood
> Studios on Friday, 2/14, and Magic Kingdom on 2/15 and 2/16.
>
>
> Thanks for helping us get this family the most assistance we can….I'm
> heartbroken just typing this….
>
>
> Jess

<image001.jpg>

**Highly Confidential**                                                                                 **Disney-AL1039826**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

| | |
|---|---|
| **To:** | Hale, Greg[Greg.Hale@disney.com]; Appleton, Betty[Betty.Appleton@disney.com] |
| **From:** | Jones, Mark |
| **Sent:** | Tue 2/11/2014 3:06:06 PM |
| **Importance:** | **Normal** |
| **Subject:** | FW: Guest Letter - Fernando Gomez - Association of Regional Center Agencies - DAS Concern |

Document.pdf

Greg & Betty... updating both of you and continuing to wonder why I am the "chosen one" to handle the response.  Is it unreasonable  to suggest a "thanks for your letter and we're looking at all options" response to come from Michael himself as the letter was addressed to him and ARCA is aware he is leading a task force (Jill and I shared this in our most recent call with ARCA)?  Your thoughts/suggestions are appreciated as it seems, based on the way this is written, I may not have a choice.

Thanks,

Mark

-----Original Message-----
From: Serna, Julie
Sent: Tuesday, February 11, 2014 12:00 PM
To: Holmberg, Britt
Cc: Jones, Mark
Subject: Guest Letter - Fernando Gomez - Association of Regional Center Agencies - DAS Concern

 Britt - this letter has made the rounds with Deb Hart, Lisa Haines, Michael - and it was determined that Mark Jones would handle a response from the Resort.  Lannie has already forwarded to Mark - but I wanted to make sure you also saw and had entered in your database.

Thanks
Julie

**Confidential**                                                                                                    **Disney-AL1038070**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

ARCA   ASSOCIATION OF REGIONAL CENTER AGENCIES

915 L Street, Suite 1440 • Sacramento, CA 95814 • 916.446.7961 • Fax: 916.446.6912 • E-mail: arca@arcanet.org

February 6, 2014

Michael Colglazier
President, Disneyland Resort
P.O. Box 3232
Anaheim, CA
92802-3232

*(handwritten notes)*

**RE: DAS Card**

Dear Mr. Colglazier,

The Association of Regional Center Agencies (ARCA) represents the network of 21 non-profit regional centers that advocate on behalf of, and coordinate services for, California's over 275,000 people with developmental disabilities.

ARCA has very much appreciated the multiple conversations a select task force of our representatives have had with Disney representatives Mark Jones and Jill Bolton, going back to October 4, 2013, in response to the introduction of the DAS Card. The core issue for us is that Disney had done virtually no outreach to the community prior to making this change, and then has consistently provided minimal details about the ongoing evolution of its program. Late January rumors that readmission passes will be terminated are the most recent example.

This has created profound concerns for some of our members, and is reflected in feedback heard from the wider community. It is in the spirit of continued dialogue that we wish to note several points we feel speak to both those concerns and consistent themes we have encountered. It is our hope and anticipation that this letter will be shared with the Disney task force members currently evaluating the use of the DAS Card. In addition, we have provided extensive input – including survey data – to Mark and Jill. However, we stand ready and willing to be of additional assistance as Disney continues to improve and develop its new approach to meeting the needs of people with disabilities.

For many families with a member with a developmental disability – most significantly autism, but other disabilities as well – the Disney experience is precious beyond words. One comment that most perfectly encapsulates this came to us from a woman whose daughter has autism. "It's not just a theme park to her – the characters are her friends and her world." For some, those friendships and that world will last for a lifetime.

Late last year, ARCA distributed a survey to the community to provide more insight into how the change to the DAS Card had been received. A bit more that 1,500 completed surveys have shown a strong tendency towards profound concern, fear, and unhappiness. There have certainly been positive responses, but the majority trend is negative.

Underlying this is the fact that, for some families with a member with a developmental disability, the issue is not waiting *in a line*, but simply *waiting*. Individuals with either autism or

Disney-AL 1116623

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

 ASSOCIATION OF REGIONAL CENTER AGENCIES

915 L Street, Suite 1440 • Sacramento, CA 95814 • 916.446.7961 • Fax: 916.446.6912 • E-mail: arca@arcanet.org

certain other developmental disabilities are both fundamentally attached to routine and not always able to understand waiting. It is not a matter of learning. It can be the case that the very nature of the disability makes waiting an impossibility.

For the DAS Card to provide an experience that is substantially similar to that had by families without a member with a disability, it will need to address that core concern. Repeated visits to kiosks or the Town Center place a special burden on these families. "Virtually" waiting is cold comfort to a family whose child is in the midst of a meltdown because they, quite simply, can't understand the requirement that they wait. It is our hope that future refinements of the DAS process will place a premium on resolving this issue.

Long-term maintenance of records is an area that could dovetail well with this. For some individuals outside our system, their disability is temporary. *By definition*, a developmental disability is life-long. My child's disability is not going away. In both the survey and via anecdote, we've heard much willingness to provide documentation. To the extent families need not re-demonstrate their baseline need at each visit, their experience will be both better and more similar to that had by guests without disabilities.

It will also obviate the need to discuss a child's disability with a cast member. We have heard of many cases where that conversation was either inelegant, tactless, or painful. I am one of those cases. Explaining to a stranger why your child is "different" and having to enumerate their personal challenges – with your child seated next to you – was, at best, humiliating. Disney's continued work to improve its internal assessment process simply cannot come fast enough. We also hope that you will seize the opportunity to make it a one-time experience.

We recognize various tacks are being taken, including changes to the Fastpass. We are not attached to method – only process and outcome. The stress and angst generated by an opaque process deeply affects thousands of families for whom the Disney experience is so valuable. More openness is the solution. And as long as the outcome focuses on reasonably accommodating the unique needs of each individual, we are confident the DAS Card will be able to provide our families – many of whom are profoundly loyal, Disney fans – the experience they know and love.

We deeply appreciate Disney's willingness to begin to engage the state's community of people with developmental disabilities. The concept of "nothing about us without us" has long motivated the work of many advocates within our community. Thus, though we regret not having been part of discussions in the initial planning phases of this, we look forward to remaining positively involved in communicating our constituents' unique needs, that Disney may optimally meet them while providing an excellent experience for all guests.

Sincerely,

Fernando Gómez
President, Association of Regional Center Agencies

PID1-0114
**Exhibit 27**

Disney-AI 1116624

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**       Jones, Mark[Mark.Jones@disney.com]
**From:**     Hogan, Maureen
**Sent:**     Tue 2/18/2014 9:23:40 PM
**Importance:**       **Normal**
**Subject:**  Fwd: DAS Compensation Process Change

FYI... Meant to send this earlier.  Were you aware Guest Comm is no longer able to set up Guests with Cognitive Disabilities with anything in advance?  They are sending them to Guest Relations for assistance.  We can chat later this week if needed.

Thanks,

Maureen Hogan
Services for Guests with Disabilities Manager
WALT DISNEY Parks & Resorts
Office - 407-560-5600 [8-293]


Begin forwarded message:


**From:** "Manangu, Joan" <Joan.Manangu@disney.com>
**Date:** February 18, 2014 at 4:44:04 PM EST
**To:** "Hogan, Maureen" <Maureen.Hogan@disney.com>
**Subject: FW: DAS Compensation Process Change**


FYI


**From:** Johanson, Eric
**Sent:** Saturday, February 15, 2014 8:52 AM
**To:** Puig, Mark; Wegner, Brett M.; Dobosz, Melissa K; Carse, Diane; Wheatley, Janet; Smith, Leslie; Havey, Heather L.; Holmberg, Britt
**Cc:** Hart, Deborah; Iddings, Megan; Manangu, Joan; Stafford, Patti
**Subject:** DAS Compensation Process Change


Leaders,  Can you please share this message with your teams.  Diane, can you please share this with your DAS and leadership teams.  I appreciate it.  Eric


Team,

**Exhibit 27**

Confidential                                                                    Disney-AL1040006

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

I hope everyone enjoyed a great week.

The purpose of this email is to pass along a DAS process change regarding the use of FastPass+, Fastpass and re-ads.

Effective today, we are no longer offering compensation, which includes, FastPass+, FastPasses or re-ads as a means of "easing" our Guests into the new DAS process.  We continue to be mindful of assisting all of our Guests, however, it is important that our Guests visit Guest Relations at any of our Theme Parks to allow for a face to face conversation which will allow Guest Relations to assist our Guests based on the their needs.

As WDW continues to move forward with rolling out MyMagic+ to all of our Guests, Fastpass+ will soon become available to everyone which will allow Guests to select additional options to go along with a DAS card.

Here is what that means for you:

- Any compensation you have already offered will remain.
- Any conversations you have with a Guest moving forward will not include compensation, which includes FastPass+, Fastpass or re-ads.
- If you must escalate to your local leadership, assure the Guest a leader will contact them within 24 hours.
- Leaders will reiterate the DAS talking points and guide the Guest to Guest Relations.  In extreme circumstances, a leader may provide FastPasses   or re-ads.
- This process includes both WDW and DLR.

I mentioned in a previous email that I know you are potentially going to have a few "extreme"calls where this just is not going to do it for you.  For

Exhibit 27

Confidential                                                         Disney-AL1040007

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

that I apologize, however, just like you handle any other piece of Guest correspondence today, please know that FastPasses, while potentially the win, are not your only option in your "toolbox" of how to support our Guests. It is important that Guests are listened to and guided to Guests Relations for all DAS assistance.

Thanks

Eric

**Eric W Johanson III**

**Experience Services**

**Disney's Hollywood Studios**

**Trailer D5**

**Office: 407- 560-6867 / 8-264**

**Mobile:**

**NOTICE OF CONFIDENTIALITY - This material is internal to The Walt Disney Company and is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this material is not the intended recipient, or the employee or agent responsible for delivering the material to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.**

**Confidential**                                                                                    **Disney-AL1040008**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**       Jones, Mark[Mark.Jones@disney.com]; Hale, Greg[Greg.Hale@disney.com]
**Cc:**       Blitch, Anthony[Anthony.Blitch@disney.com]; Bevan, Randy[Randy.Bevan@disney.com]
**From:**     Cardinali, Jay
**Sent:**     Thur 2/20/2014 11:15:52 AM
**Importance:**         **Normal**
**Subject:**  RE: Guest Letter:

I was not part of any discussions either.  Jay


**From:** Jones, Mark
**Sent:** Thursday, February 20, 2014 9:57 AM
**To:** Hale, Greg
**Cc:** Blitch, Anthony; Cardinali, Jay; Bevan, Randy
**Subject:** Re: Guest Letter:


Thanks Greg and you're correct that I wasn't included in any recent discussions.


Mark Jones

Sent from my iPhone


On Feb 20, 2014, at 5:46 AM, "Hale, Greg" <Greg.Hale@disney.com> wrote:

Randy – good letter for you to start seeing what we are up against.


To all – I had a good conversation with Jon Storbeck and he was supportive of
exploring a pre-assigned DAS card even though Sara reported back at the last
meeting that operations discussed the pros and cons and decided it was not a good
idea.  I assume none of you were included in those discussions with operations –
correct?


I am setting up a call with you to discuss.


Greg


PID1-0118
**Exhibit 27**

**Highly Confidential**                                                                 **Disney-AL1038285**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**From:** Iddings, Megan **On Behalf Of** Hart, Deborah
**Sent:** Wednesday, February 19, 2014 3:10 PM
**To:** Colglazier, Michael; Armor, Alison; D'Amaro, Josh; Giacalone, Margaret
C; Haines, Lisa; Hale, Greg; Ontko, David A; Reynolds, Scot; Riles, Sarah
(Fisk); Smith, Leslie; Storbeck, Jon; Vogelgesang, Janet; Webby, Richard;
Jones, Mark
**Subject:** FW: Guest Letter:

FYI, a letter regarding DAS

Debbie

**From:** Hart, Deborah
**Sent:** Wednesday, February 19, 2014 3:06 PM
**To:** Kalogridis, George
**Cc:** MacPhee, Jim; Colglazier, Michael; D'Amaro, Josh; Butner, Caroline;
Keogh, Victoria
**Subject:** Guest Letter:

George,

Mr.          is a "frequent flyer" for Guest Services.  He spoke with one of
our Cast Members and still wanted to share his feedback, in writing, with
leadership.  We will reach out to the Guest.  I am also copying Michael and
Josh since they are leading the DAS efforts.  Due to the size of his letter, it is
included in the relayit link below.

Thanks,

Debbie

**Hello from Relay,**
You have been sent 2 files for pickup.

**Files:**

PID1-0119
**Exhibit 27**

**Highly Confidential**                                                **Disney-AL1038286**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

▮ Letter 1.pdf (2.02 MB)
▮ Letter 2.pdf (1.91 MB)

**Expires In:**

7 days

**Download:**

Click Here to Download Your Files

Can't click the link above? Just copy and paste the link below into your browser's address bar:

**Notice:** The download link provided is specific to this e-mail address and can be traced if forwarded.

**Highly Confidential**

**Disney-AL1038287**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**To:**       Hale, Greg[Greg.Hale@disney.com]
**From:**    Blitch, Anthony
**Sent:**     Thur 2/27/2014 4:36:12 PM
**Importance:**       **Normal**
**Subject:**   Fwd: Pre-populated DAS card
DAS program offering evaluation.pdf
ATT00001.htm

I had a great conversation with Janet before leaving DLR and I wanted to share some of the thoughts we talked.

Attached is a rough draft of what we are trying to solve for.  I like the approach and just wanted to get a gut check.  Anything else we need to include?  It is nice to see others starting to talk and think about pre-arrival.

This is still a work in progress so I didn't want to send it to the entire team.


AB

Sent from my iPhone

Begin forwarded message:


> **From:** "Vogelgesang, Janet" <Janet.Vogelgesang@disney.com>
> **Date:** 27 Feb 2014 03:44:28 pm EST
> **To:** "Blitch, Anthony" <Anthony.Blitch@disney.com>
> **Subject: RE: Pre-populated DAS card**



> After our conversation I thought of a different way to talk it.  I described it to Michael and he's good with it.  This is what I started yesterday – I'm not done and it's going to look different but I think it'll help the conversation.  Instead of evaluating the pros and cons of the pre-populated DAS card, instead let's first talk about what we're trying to solve for and what options we have to solve those issues.


> Here's just a rough thought….

Confidential                                                    Disney-AL1038088

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

**From:** "Jones, Mark" <Mark.Jones@disney.com>

**Date:** 26 Feb 2014 06:17:24 pm PST
**To:** "Hale, Greg" <Greg.Hale@disney.com>, "Cardinali, Jay"
<Jay.Cardinali@disney.com>, "Blitch, Anthony"
<Anthony.Blitch@disney.com>, "Bevan, Randy"
<Randy.Bevan@disney.com>, "Appleton, Betty"
<Betty.Appleton@disney.com>
**Subject: RE: Pre-populated DAS card**

ABSOLUTELY agree Greg that we need a customized "Option 3" (Guests
able to choose their own attractions and order) as I'm uncertain how many
of those with Autism-related concerns are really going to benefit from a
"locked in" set of 4 attractions.  I'll see if I can find a few letters to support
this in the next day.

A few questions/comments as well related to what has been proposed
which are probably the same ones you might have (they were not
mentioned in the deck but am not sure if they were, possibly, verbally
communicated)…

-Do we know what the 2-3 "lists of attractions" are for each park (there was
1 in the deck… DLR Buzz, Pirates, Mansion, and Splash) and how were
these determined?

-Is the order of attractions interchangeable?

-For Option 1, is the Guest also able to use the DAS card as designed (get
assigned times to return from GR Kiosk/attraction greeters) in conjunction
with the "pre-assigned" times/attractions?

-Why is "1 hour between attractions" the chosen number?

-Option 1 states this service "would be used for Guests who need
additional help planning their day" and one of the "advantages" listed for
both options is "Allows Guests to plan their days" however, based on what
we're hearing from our Autism families, this is NOT what they want if it
means WE dictate the attractions/order of attractions they visit.

Bottom line in my opinion… if this solution is being done to mainly serve
the Autism community, it falls short as written/proposed and will not solve

Confidential                                   Disney-AL1038089

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

the issue at hand.


Thanks,


Mark


_____

**From:** Hale, Greg
**Sent:** Wednesday, February 26, 2014 5:15 AM
**To:** Jones, Mark; Cardinali, Jay; Blitch, Anthony; Bevan, Randy
**Subject:** FW: Pre-populated DAS card




Thoughts?


I think we need to add a customized option and some feedback from
guests that would support adding this as an option.


Greg


_____

**From:** Vogelgesang, Janet
**Sent:** Tuesday, February 25, 2014 9:42 PM
**To:** D'Amaro, Josh; Giacalone, Margaret C; Haines, Lisa; Hale, Greg;
Hart, Deborah; Ontko, David A; Reynolds, Scot; Riles, Sarah (Fisk); Smith,
Leslie; Storbeck, Jon; Webby, Richard
**Subject:** Pre-populated DAS card

**Exhibit 27**

Confidential
Disney-AL1038090

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

All,

**REDACTED**

Thanks!
Janet

<< File: Pre-populated DAS cardv2.pptx >>

_____

*Janet (Hanna) Vogelgesang*

*WDPR Planning & Industrial Engineering*

*(714) 781-1397 (8232)*

**Confidential**                                                                      **Disney-AL1038091**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## DAS Program Offering Evaluation

| | | Guest Path | Action Taken | Do we think it's working as-is? | If "No", why? | Alternatives |
|---|---|---|---|---|---|---|
| Guest Calls | Pre-Arrival | Questions about the program | Answer questions | Yes | n/a | n/a |
| | | Concerned it won't work for them | Answer questions, direct to GR | Yes (will test soon) | n/a | Provide pre-arrival solution (e.g., re-ads, FP+ entitlements) |
| | | Concerned they won't qualify | Direct to GR | ? | ? | Some sort of pre-qualification |
| | Post-Visit | Inconsistent experience in the parks | Will improve processes | No | - Negative Guest experience<br>- Could disadvantage DAS Guests | TBD, will address |
| | | Program doesn't work for them | Provide re-ads | Yes | n/a | n/a |

| | Guest Path | Action Taken | Do we think it's working as-is? | If "No", why? | Alternatives |
|---|---|---|---|---|---|
| Guest Visits Guest Relations | Non-ambulatory | Instructed to use wheelchair or stroller as wheelchair | Yes | n/a | n/a |
| | Ambulatory but can't wait in line | Provide DAS | Yes and No | - Long transaction times at GR (and sometimes long waits)<br>- Labor cost of operating kiosks (at DLR) | - System enhancements<br>- Duration extension<br>- Pre-qualification (pre-arrival)<br>- Pre-populated DAS card<br>- FP+ entitlements (WDW) |
| | Ambulatory but can't wait in line and DAS doesn't work (e.g., autistic child needs to ride Buzz repeatedly) | Provide varying number of re-ads (number varies based on attendance level) | No | - Opportunities for inconsistencies (# of re-ads, qualification for re-ads)<br>- Requires Guests to go to GR each day/park | - Consistency in # of re-ads distributed<br>- Pre-populated DAS cards<br>- A new re-ad (enter an attraction or "choice", valid for LOS)<br>- FP+ entitlements (WDW) |
| | Expired DAS | Renew DAS | No | - Requires multiple visits to GR | Lengthen duration (will test 2 months) |

**Disney-AL1038092**