**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|           Plaintiffs, | )  Case No.: 15-cv-5346-CJC-E |
| | ) |
|      v. | ) |
| | )  Judge:  Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | )  Hearing Date:  May 3, 2021 |
| | )  Time: 1:30 p.m. |
|           Defendant. | )  Courtroom: 9B |
| _____/ | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "28"

DOGALI LAW GROUP, P.A.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**



Attraction Access Advisory Committee Update
July 2012
DRAFT

Park Operations



**Exhibit 28**

Confidential

Disney-AL1007247

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

## Meeting Agenda

- Project Grounding
  - Attraction Access Work Stream Objectives
  - Current Demand and Execution Consistency
  - Guest Comments Summary
- Future State Proposed Process
- Direction and Next Steps
  - Balancing legal requirement verses Guest Expectations
  - Timeline Concerns
  - Approvals



**Exhibit 28**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## Attraction Access Objectives

- Equalize the wait time for all Guests by creating new processes to address the attraction accessibility issues while not granting preferential wait time via an expedited back door process.

- Where applicable leverage the FASTPASS® systems and queues.

- Review the current GAC Card process and recommended improvements in process for issuance and tactical delivery at the attractions.



3

**Exhibit 28**

Confidential

Disney-AL1007249

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

## Current Guest Assistance Card Demand

- Guest Relations recently started tracking Guest Assistance Card (GAC) distribution at WDW and DLR.
- Based on this information, approximately ■% of the overall WDW Attendance and ■% of the overall DLR Attendance is issued GACs each day[1].
  - Attraction accessibility and the park of first visit impacts GAC distribution, likely driving higher distribution at Magic Kingdom and Disneyland.
- The total number of Guests with GACs is likely higher, due to the length of time GACs are effective ■ days on average).  Research visitation data was applied to estimate the percentage of Attendance in possession of a GAC: ■% at WDW and ■% at DLR.

**Guest Assistance Card (GAC) Distribution and Usage by Park[1]**

|  | AK | ST | EC | MK | WDW | DCA | DL | DLR |
|---|---|---|---|---|---|---|---|---|
| **Daily GAC Distribution** | | | | | | | | |
| Percentage of GACs Issued | | | | | | | | |
| Daily GACs Issued | | | | | | | | |
| Daily POG Issued GACs | | | | | | | | |
| Daily Guests Issued GACs | | | | | | | | |
| Issued GAC Party Size | | | | | | | | |
| FY11 Average Party Size[2] | | | | | | | | |
| **Estimated Daily GAC Attendance** | | | | | | | | |
| Daily POG Possessing GACs | | | | | | | | |
| Daily Guests Possessing GACs | | | | | | | | |
| FY11 Park Percentage of Site Attendance | | | | | | | | |



1 Source: GACs issued by Guest Relations at WDW from March 25 – June 10, 2012 and DLR from December 1, 2011 – May 28, 2012.
2 Provided by Research.  Includes all Guests, and not limited to Guests with GACs.

**Exhibit 28**

Disney-AL1007250

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

## WDW Guest Assistance Card Distribution and Usage

- The majority of the GAC Card users  based on the stamp the receive are being expedited  all attractions.
- There is  inconsistency in the type of GAC Card  issuance between parks based on the level of assessment of guest needs at Guest Relations.

### Percentage of GAC Card Stamps

| | AK | ST | EC | MK | WDW |
|---|---|---|---|---|---|
| Alternate Entrance | | | | | |
| Wheelchair | | | | | |
| Stroller = Wheelchair | | | | | |
| Shaded Wait Area | | | | | |
| Front Row | | | | | |
| Green Light (GKTW) | | | | | |





1 Source: GACs issued by Guest Relations at WDW from March 25 - June 10, 2012 and DLR from December 1, 2011 - May 28, 2012.
2 Provided by Research. Includes all Guests, and not limited to Guests with GACs

**Exhibit 28**

Confidential

Disney-AI 1007251

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Guest Comments Summary

Executive Summary: Since February 15, 2012, DLR Guest Experience Services, WDW Guest Experience Services, and WDW Guest Relations have received 268 comments regarding our Guest Assistance Cards (GAC). Our findings pertaining to this subject are below:



| Total Number of Comments in Four Months | | |
|---|---|---|
| | Guest Relations | Guest Correspondence (Guest Letters/Emails/Phone Calls) |
| WDW | ■ | ■ |
| DLR | N/A | ■ |

| Top Themes and Sampling of Verbatims | | |
|---|---|---|
| WDW | | "By offering this pass to her it enabled us to take full advantage of all the things the parks had to offer." |
| | | "He is continuously bragging that they were able to bypass the lines due to the 'disability' of his friend's daughters. " |
| | | "Unfortunately, the public has noticed Disneyland's lack of needed proof and have behaved accordingly." |
| DLR | | "By providing the special access pass, we were able to enjoy our 3 day visit |
| | | "The Cast Member who assisted asked too many questions and made us feel embarrassed. |

*Park* ⊕ *perations*

**Exhibit 28**

Confidential

Disney-AI 1007252

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Future State Proposed Process

### Current State

*Guest Assistance Cards*

### Proposed
*Guest Assistance Card*
*Attraction Access Process*
*Stroller as Wheelchair Tags*

    


 

**<u>New Attraction Access Process</u>**
Simulates standby wait times and
equalizes the Guest Experience.
(See next page)



 



**Exhibit 28**

**Confidential**

**Disney-AL1007254**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Future State Proposed Process



- Sample Attraction Access Pass
  - Short-term manual paper process
  - Potentially be park or site specific.
  - May be multi-day or multi-park usage.
  - Would create controls process to reduce Guest misuse.
- Future state
  - Seek out a long term technological system that leverages NGE Platform.

9

**Exhibit 28**

Disney-AL1007255

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Guiding Principles for Determination of AAP Requirement at Attractions

- Leverage wait time as a filter at Attractions to determine if AAP process for return should be executed:
    - Examples of Attractions that would not leverage AAP
        - Theater Attractions without FASTPASS offerings
        - All playgrounds
        - In-Park transportation such as trolleys, Main Street Vehicles, Friendship Launches, and River Boats
    - Universal uses 30 minutes wait time as the threshold to use the pass



**Exhibit 28**

Confidential

Disney-AL 1007256

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Exhibit 28**

Confidential

Disney-AL1007257

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## Discussion Points

- While the proposed plan will help to equalize wait time for all guests, are we comfortable with the guest service impacts?
- Additional feedback will be needed before proposal can be finalized
  - Legal, WSA, Claims, Media/Public Relations
  - Additional communication/approval partners will also need to be consulted
- Should we seek out the following external reviews?
  - Influential Advocacy Groups such as Autism Speaks
  - Guest Research
- Are we comfortable moving forward without a technology solution?
- When would be an appropriate time to implement, given NGE implementation in FY13?



**Exhibit 28**

Confidential

Disney-AL 1007258

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

## Communication and Approval Groups for New Processes

- DLR Ops Leadership
- WDW Ops Leadership
- Park Ops LOB
- WDW Transportation
- WDP&R  (DOC)
- Global Documentation
- Operation Training
- WSA
- Legal
- Human Resources

- Guest Claims
- Media Relations/ Public Relations
- Community Relations
- Internal  Communications
- Merchandise LOB
- Entertainment LOB
- Resorts LOB



**Exhibit 28**

Confidential                                                                         Disney-AL1007259

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL



**Exhibit 28**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

# WDW and DLR Guest Assistance Card Distribution and Usage

- Recent FP return studies at WDW and DLR were leveraged to estimate the impact of GAC usage through the FP queue. Based on these studies, ▉ of all Guests Carried at a specific attraction utilize a GAC to enter through the FP queue and ▉ Guests enter through FP queues.
  - The time of day studied varies across attractions and may impact GAC usage.
  - Not all GACs enter through the FP queue. These Guests may utilize the standby queue or an alternate entrance and are not included in the percentage of Total Guests Carried. Estimating this impact would require additional studies.
  - Any GACs entering through the exit or a separate GWD queue are also not included in the percentage of Total Guests Carried.
- Wheelchairs and ECVs are not required to have a GAC to utilize an alternate entrance if the standby queue is not accessible. These Guests are not included in the following table.

**Average Hourly GAC Impact at High Demand Attractions[1]**

| Park | Attraction | Guests Utilizing FP Queue | % of FP Guests Carried | % of Total Guests Carried | Wheelchair / ECV Accessibility |
|---|---|---|---|---|---|
| | | | | | Full Mainstream |
| | | | | | Full Mainstream |
| | | | | | Full Mainstream |
| | | | | | Full Mainstream |
| | | | | | Full Mainstream |
| | | | | | Full Mainstream |
| | | | | | Full Mainstream |
| | | | | | FP Queue |
| | | | | | Separate GWD Queue |
| | | | | | Accessible through Exit |
| | | | | | Accessible through Exit |


Park Operations

1 Source: IE FP return studies conducted from March 8 – March 12, 2012 at WDW and May 13 – May 26, 2012 at DLR.

**Exhibit 28**

Confidential

Disney-AI 1007261

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

## US Competitors Offerings

| Park | Product Name | Program Information Online | Where to Get it | What it Does |
|------|--------------|----------------------------|-----------------|--------------|
| Sea World Parks | Ride Accessibility Pass | No, Phone Only | Guest Services | Allows access at Exits and special seating for shows based on availability. |
| Busch Gardens Parks | Ride Accessibility Pass | No, Phone Only | Guest Services | Allows access at Exits and special seating for shows based on availability. |
| Universal Studios Parks | Guest Assistance Pass | No, Phone Only | Guest Relations | Gives Guest a Return time to come back through the Express Queue. Hollywood limits to Guest +3 |
| Legoland Florida | Assisted Access Pass | No, Phone Only | Guest Services/Ticket Sales | Gives Guest a Return time to come back through the exit. Valid for up to 6 Guests in party. |
| Knott's Berry Farm | Guest Assistance Pass | No, Phone Only | Information Center | 3 different stamps similar to GAC. Wouldn't elaborate on them. Based on phone conversation with agent, it sounds like it gives Guest a Return time to come back through the Express Queue |



**Exhibit 28**

Disney-AL 1007262

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

# Guest Letters/Emails/Phone Conversations and Guest Relations Visits

| Theme | Sample Verbatim from Guest Correspondence (Guest Letters/Emails/Phone Calls) |
|---|---|
| Positive Feedback on GAC | WDW - "We just returned from our trip to Disney World. It was a spectacular trip! We were traveling with our 19 year old daughter who has Down syndrome and also has Celiac Disease. We used the disability pass during our stay with Lindsey. This was a life saver throughout our visit. We would not have lasted as long in the parks each day if we didn't have the pass. By offering this pass to her it enabled us to take full advantage of all the things the perks had to offer."<br><br>WDW - "My older son has ADHD. Though he is gaining more self control as he gets more mature, he struggles with the ADHD issues of impulsiveness, hyperactivity, just general appropriate behavior. Managing this for our family is a big challenge. I wanted to hug Disney with appreciation. Being able to use the alternate entrance to the attractions was fantastic and Zach was actually able to enjoy the experience without having a meltdown."<br><br>DLR - "My wife and I would like to thank you for your special services provided for our youngest daughter with autism. By providing the special access pass, we were able to enjoy our 3 day visit at Disneyland and the California side of the park."<br><br>DLR - "The disabled pass for my son [with Type 1 diabetes] was very helpful. There were numerous times when he needed to use the restroom while in line and the Cast Members were very helpful in getting us in and out. Having that pass made a difference." |
| GAC Policy | WDW - "I have condition called CVID. When you would meet me you would never know of my disability. I first went to a cast member at Hollywood studios, she told me they don't give out passes for the disabled. The last 3 times at Disney I have received a pass. I then went inside to speak with someone, they told me they don't give out passes just get a wheelchair. We had finished at Hollywood studios and went over to EPCOT. I told the cast member about my health and without question she wrote me out a Guest Assistance Card. I'm curious as to how one cast member could be so nice and helpful and others could be so nasty and not helpful to people who have legitimate limitations. "<br><br>WDW - "Our daughter who has visible scars on both legs and her back from multiple orthopedic surgeries and is confined to a wheelchair has- until this trip - always been treated well. We came with a note from her specialists and got a GAC. We were turned away from Playhouse Disney - ultimately we waited in the regular queue then she was forced to stay in the back despite vision impairment. Same with Toy Story Mania - we were sent to the Stand-By line to wait for 100 minutes."<br><br>DLR - "We went into City Hall to get a Guest Assistance Card for my daughter, The Cast Member who assisted asked too many questions and made us feel embarrassed. I felt like he didn't believe me." |

*Park Operations*

**Exhibit 28**

Confidential

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

# Guest Letters/Emails/Phone Conversations and Guest Relations Visits

| Theme | Sample Verbatim from Guest Correspondence (Guest Letters/Emails/Phone Calls) |
|---|---|
| Perceived Abuse of GAC | WDW - "My co-worker just returned from Disney World with his friends. His friends have two daughters, both with hearing impairments who have hearing aids and can hear with the aids. **He is continuously bragging that they were able to bypass the lines due to the 'disability' of his friend's daughters.** The girls' hearing impairments do not limit their ability to stand in line like the rest of the children there. Additionally, he advised that they rode Toy Story Mania several times because they could go to the front of the line."<br><br>WDW - "We were in the Pirates of the Caribbean line. At one point we felt like we were getting much closer and I saw a door open, and about 40 people walked through this door, they were walking behind an employee, a lot of them had smiles as they were cutting through line, later after the ride, I noticed the line going back behind the building, I asked the employee what the line was for, he said special needs, I would think if there was someone who was in a wheelchair etc would have a limit of how many people can be with that one person going through these special lines."<br><br>DLR - "While we were waiting in the disabled line at Indiana Jones Adventure, I noticed a bunch of kids in a wheelchair who were running around and carrying on. **I asked why they needed it and they told me, 'Just so we don't have to wait,' which I felt they were taking advantage of the system. Why don't you folks ask for proof?"**<br><br>DLR - "As a mother with a child with a disability, I am truly angry that normal, everyday people are issued these passes when there is clearly nothing wrong. When I go in for a pass, I offer documentation, but am told there is no need. **Unfortunately, the public has noticed Disneyland's lack of needed proof and have behaved accordingly.**" |
| Negative CM interaction | DLR - "I have had two spinal surgeries, so I knew that I would not be able to ride a majority of the rides. I went to City Hall and I was issued a Guest Assistance Card. When I tried to use it on the attractions **I was treated like a second class citizen by many of the personnel.** I don't look handicapped. Many of the workers would just roll their eyes and tell me that I must just wait like the others."<br><br>DLR - "The Cast Member was rude. She denied helping me by telling me that the Guest Assistance Card did not exist. When I questioned her by pointing out that other Guests were leaving with them, she told me they were only for people with Autism and that I would need to get a wheelchair. When I asked to speak with someone else, she told me she was it and there was no one else she could talk to. **She made me feel less of a person by her actions.**"<br><br>DLR - "**The Cast Member was so loud and rude when asking about my husband's disabilities.** He is very embarrassed about it and had to leave because she was screaming his business for everyone to hear. And she didn't even give him a pass when all said and done." |

*Operations*

**Exhibit 28**

Confidential

Disney-AI 1007264

REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL

# WDW and DLR Guest Assistance Card Distribution and Usage

- Across the WDW Theme Parks the majority of GACs are effective for one week or less, approximately █████
- Guest Relations typically limits the maximum GAC duration to two months.



Distribution of GAC Effective Duration by WDW Theme Park[1]



1 Source: GACs issued by Guest Relations at WDW from March 25 – June 30, 2012. DLR does not track GAC durations.

**Exhibit 28**

Confidential

Disney-AI 1007265

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# WDW and DLR Guest Assistance Card Distribution and Usage

- The following chart summarizes the percentage of GACs that contain each respective stamp. Each GAC can contain up to two stamps.
- Approximately ▮▮ of GACs contain the "Alternate Entrance" stamp at WDW Theme Parks, driven by high usage at Magic Kingdom ▮▮).
    - Current queue accessibility varies based roughly on the attraction age. Magic Kingdom has more attractions that are not fully mainstreamed. Accordingly, "Wheelchair" stamps are not used frequently at Magic Kingdom relative to the other parks.
    - Experiences at parks where GACs are issued can set the Guests' expectations on their ability to have expedited attraction access



Distribution of GACs that Contain Each Stamp by WDW Theme Park[1]

■ Alternate Entrance   ⁊ Wheelchair   ■ Stroller = Wheelchair   ■ Shaded Wait Area   ■ Front Row   ■ Green Light (GKTW)

| | AK | ST | EC | MK | WDW |
|---|---|---|---|---|---|
| Alternate Entrance | | | | | |
| Wheelchair | | | | | |
| Stroller = Wheelchair | | | | | |
| Shaded Wait Area | | | | | |
| Front Row | | | | | |
| Green Light (GKTW) | | | | | |

Database records log up to 2 stamps per GAC

**Park Operations**

1 Source: GACs issued by Guest Relations at WDW from March 25 – June 10, 2012. DLR does not track GAC stamps.

**Exhibit 28**

Confidential

Disney-AL1007266

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW Attraction Wait Time Summary

- The following information has been used in the development of new attraction access procedures. This information is currently being compiled for DLR.



FY11 Standby and Posted Wait Time at WDW FLIK Attractions

1 Includes FY11 main gate operating hours with at least 95% uptime (85% for omnimovers).

Exhibit 28

Confidential

Disney-AI 1007267

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



**Exhibit 28**

Confidential

Disney-AL1007268