1

2     **UNITED STATES DISTRICT COURT FOR THE**
      **CENTRAL DISTRICT OF CALIFORNIA**

3

4     T.P., et al.,                                   )

5              Plaintiffs,                             )   Case No.: 15-cv-5346-CJC-E

6        v.                                            )

7                                                      )   Judge:  Hon. Cormac J. Carney
      WALT    DISNEY    PARKS    AND    )   Hearing Date:  May 3, 2021
8     RESORTS U.S. INC.,                         )   Time: 1:30 p.m.
                                                       )   Courtroom: 9B
9
              Defendant.                            )
10    _____ /

11

12

13

14

15

16

17

18            **EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO**
              **DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

19

20

21

22            Exhibit "29"

23

24

25

26

27

28

_____

Evidence in Support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*                Case No. 15-CV-5346-CJC-E

DOGALI LAW GROUP, P.A.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Attraction Access Update

Objective

- Readdress the GAC Card process and how Guests using mobility aids are granted attraction access at the US-based parks.
- Create a new process to address the queue accessibility issues while equalizing wait time for all Guests.
- Where applicable leverage the FASTPASS® systems.

Proposed Process

- Continue to leverage the traditional Guest Assistance Cards for extreme situations (e.g. Make-a-Wish guests} and for front row seating for visually impaired guests.
- Leverage a new Attraction Assistance Pass {AAP} for all other guests needing assistance. Guests would receive a return time based on the current stand-by wait time at attractions with a sustained **wait** time.

Progress to Date

- Created process map of new Attraction Assistance Pass given various operational scenarios (guest arrives at attraction without AAP, attraction does not have a wait time, does not have accessible queue, etc).
- Benchmarked attraction access policies of competitors (Universal is the only other theme park with a process similar to AAP}
- Analyzed each location for feasibility and process changes needed.
  - Some attractions rarely, if ever, have more than a 10 minute wait time and it often already takes that long to back door the guests with the existing GAC process. Universal only gives out a return time if the stand-by wait time is 30 min or greater
  - Some locations have the guests already completely mainstreamed, which we should probably continue (e.g. MS vehicles, character pop-up meet and greets, trams, monorails).

*Par®ratiuns*                                                                          1

**Highly Confidential**                                                            **Disney-AL 1008059**



EXHIBIT
j ____9____

Exhibit 29

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

# Attraction Access Update

Progress to Date Continued

- IE analyzed current GAC volumes by site, average number of guests using GACs per day, as well as propensity to give out each stamp by park at WDW.
- Received feedback from A&A on ideal controls to be implemented, including tracking and fraud prevention.
- Created project approval plan and Communications team is developing a high-level communication plan. Talking points will be developed once new process is approved.
- Partnering with GBTS to determine if a system and support this process and enable de-centralized distribution of the passes as well as track usage.

Outstanding Questions

- Can operations consistently execute on the new policy if we give them a wait time threshold at which to use the AAP process?  Would this confuse the guest?  Or does it need to be done all the time or never based on the location?
- Does this attraction access process need to be applied to entertainment spectaculars or character meet and greets?
- Should we engage external advocacy groups in the development process (e.g. Autism Speaks)?
- Others?



2

**Highly Confidential**

**Disney-AL1008060**

**Exhibit 29**