**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "30"



Attraction Access Update
Strategy Review
January 2013
Draft

Park Operations

Exhibit 30

Confidential					Disney-AL1020191

## Attraction Access Strategy

Initial objective: Develop **Attractions Access** plan to improve alignment of queue access with the Guests' needs and to equalize the service levels for U.S. based parks for all Guests.

- Goals:
    - Reduce incentive to being in a rental wheelchair/ECV
    - Reduce area congestion
    - Equalize wait time
    - Still provide current service levels to Guests who need it (guest who could not vacation at WDW without it)
    - Improve transparency
    - Simplify the process
    - Gain consistency
    - Stop fraud
    - Meet legal requirements
- Potential Tactics
    - Improve filtering of who gets what level of attraction access at Guest Relations
    - Reduce service level of some of the current tiers of access which are most predominately used
        - Numerous concepts to do this (e.g. Return Time service, Universal's dance card concept, limit party size)
    - Impose penalties for abuse when discovered



2

Exhibit 30
Confidential                                                                                                                                                Disney-AL1020192

## Attraction Access Strategy

No tactic meets the requirements for each goal. Under the current laws, prioritization of the goals and compromise in regards to our ability to fully achieve them will be necessary.

| | Improve Filtering | Reduce Service level of current GAC's | Penalties for abuse |
|---|---|---|---|
| Reduce rental WC/ECV incentive | ✓ | ✓ | |
| ...luce area congestion | ✓ | ✓ | ✓ |
| ...alize wait time | | ✓ | ✓ |
| ...vide current service levels to guests who could not vacation without it | ✓ | X | ✓ |
| ...rove transparency | X | ✓ | ✓ |
| ...plify the process | X | ✓ | ✓ |
| ...n consistency | ✓ | ✓ | ✓ |
| ...p fraud | ✓ | ✓ | ✓ |
| ...et legal requirements | X | ✓ | X |



3

Exhibit 30

Confidential                                                                                                                      Disney-AL1020193

## Attraction Access Strategy

### Option 1

- Leave current GAC card service levels as defined, improve filtering of which guests receive which card. Implement return card process only at attractions with congestion issues.
    - Pros:
        - Helps to equalize wait time by distributing less Alternative Entrance cards
        - Reduces area congestion
        - Guests who really need no-wait experiences will continue to receive that level of service
    - Cons:
        - Consistency in execution
        - Lacks transparency
        - Legal concerns to filter
        - Does not fully equalize wait time



4

Exhibit 30
Confidential                                       Disney-AL1020194

# Attraction Access Strategy

## Option 2

- Redefine Alternative Entrance card to it's original intent – provide alternative entrances to queues that are not mainstreamed (9 attractions at WDW, 25+ at DLR). For non-mainstreamed queues, provide return card service, for all others guests wait in mainstreamed queues.
    - Pros:
        - Equalizes wait time
        - Reduces area congestion
        - Legal
        - Transparent
        - Sustainable change
    - Cons:
        - Significant departure from current experience for guests with those cards. Will create dissatisfaction at the attraction greeter unless we communicate the change consistently at GR
        - Without new filtering mechanism, guests that truly need no-wait experiences will not receive that level of service. Do we increase Green Light cards distributed?



5

Exhibit 30
Confidential                                                                                                                    Disney-AL1020195

## Attraction Access Strategy

Option 3

- Stop giving guests with mobility disabilities GAC cards. Mainstream them in existing queues and provide return cards at queues that are not mainstreamed
    - Pros:
        - Helps to equalize wait time for all mobility impaired guests. Addresses original concern of incentive to rent WCs or ECVs to reduce wait time.
        - Legal
        - Allows guests with non-visible disabilities to still receive access they may need to vacation at WDW (e.g. autism, diabetes, anxiety)
        - Reduces area congestion
    - Cons:
        - Does not address abuse or equalize wait time for guests with non-visible disabilities
        - Could also improve filtering for guests with non-visible disabilities, but legal concerns hinder our ability to execute



6

Exhibit 30
Confidential                                                                 Disney-AL1020196

## Tactic Implementation Strategy

| | Phase 1 | Phase 2 | Phase 3 | Phase 3 Alternative |
|---|---|---|---|---|
| Return Card Process | Implement at attractions with congestion when there is significant wait time<br>** piloting at DLR at 1 attr** | Implement at remaining attractions that are not mainstreamed in high demand periods | Implement year-round at all attractions that are not mainstreamed and ones that traditionally are congested | Implement year-round at all attractions that are not mainstreamed and ones that traditionally are congested |
| Filtering | Re-instate issuance of wheelchair stamps at all WDW theme parks.<br>Validate length of stay of ticket entitlements when issuing duration on GAC | Increase discussion of alternatives to meet guest needs prior to issuing GAC.<br>• Wheelchair rental for mobility/endurance assistance<br>• Use of FP to reduce wait time<br>• Itinerary planning assistance, high-light no wait experiences and decompression zones<br>• Share expert advice on tips should they mention a specific condition<br>Have manager sign off on alternative entrance issuance of cards<br>**developing use cases and decision tool for GR** | | |
| Card modification | Put legal disclaimers on cards – non transferrable, void if altered, revocable, not for commercial use<br><br>**have prototype for legal review** | Take photos of guests to ensure consistent use by guest in need<br><br>Have guests sign for card, accepting terms and limitations<br><br>**have prototype for legal review** | Eliminate alternative entrance card. Provide Return Time Service card for guests that cannot wait. Mainstream or use Return Card service for all guests requiring mobility assistance. | Clearly state where alternate entrances will be provided.<br>Encourage use of FP for highly demanded attractions with mainstreamed queues |
| Attraction Policy | | | | Align policy b/w both coasts and only provide alternate entrance when queues are not mainstreamed. |

Exhibit 30

Confidential
Disney-AL1020197