**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|     Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
|     Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "33"

---

DOGALI LAW GROUP, P.A.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**To:** Jones, Mark[Mark.Jones@disney.com]; Cardinali, Jay[Jay.Cardinali@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**Cc:** Blitch, Anthony[Anthony.Blitch@disney.com]
**From:** Hale, Greg
**Sent:** Tue 1/21/2014 12:53:46 PM
**Importance:** Normal
**Subject:** RE: DAS Guest Research-- on hold

Since I wasn't copied on it, you ask first and see what you get as a response.

Greg

**From:** Jones, Mark
**Sent:** Tuesday, January 21, 2014 12:50 PM
**To:** Hale, Greg; Cardinali, Jay; Minnick, Bob
**Cc:** Blitch, Anthony
**Subject:** RE: DAS Guest Research-- on hold

Greg, are you going to pose the "why" question back to Karin are would you like me to do that (it will, obviously, have more impact coming from you, but I'm happy to do it)?

Thanks,

Mark

**From:** Hale, Greg
**Sent:** Tuesday, January 21, 2014 9:48 AM
**To:** Cardinali, Jay; Minnick, Bob; Jones, Mark
**Cc:** Blitch, Anthony
**Subject:** RE: DAS Guest Research-- on hold

I don't recall it being discussed in any meetings I was in. I have been pushing that we

[REDACTED]

**Exhibit 33**

Confidential                                                                                     Disney-AL1062466

Greg

**From:** Cardinali, Jay
**Sent:** Monday, January 20, 2014 7:24 PM
**To:** Hale, Greg; Minnick, Bob; Jones, Mark
**Subject:** FW: DAS Guest Research-- on hold

Do we know why this was put on hold?

**From:** Kricorian, Karin
**Sent:** Monday, January 20, 2014 3:12 PM
**To:** Jones, Mark; Brown, Suzi; Wahler, Jacquee M. (Polak); Armor, Alison; Minnick, Bob; Cardinali, Jay; Appleton, Betty; Ma-Slawson, Angela C.; Pacula, Scott; Martinez, Elisa; Bryson, Libby
**Subject:** DAS Guest Research-- on hold

Dear DAS team:

You may already be aware, but leadership asked us to put the DAS Guest Research on hold. If/when the project is reactivated, we can pick up where we left off with this team.

If you hear anything directly from DLR/WDW site leadership about wanting the project to be reactivated, please let us know. We will do the same.

Thanks!
Karin

**Exhibit 33**

**Confidential**                                                                                      Disney-AL1062467

*Karin Kricorian*

*Director, Consumer Insight*

*8232-1834/ 714-781-1834*

**Exhibit 33**

**Confidential**                                                                                                           **Disney-AL1062468**