**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|      Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
|      Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "34"

Exhibits in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*      Case No. 15-CV-5346-CJC-E

**To:** Armor, Alison[Alison.Armor@disney.com]
**Cc:** Jones, Mark[Mark.Jones@disney.com]
**From:** Minnick, Bob
**Sent:** Wed 11/6/2013 10:23:00 AM
**Importance:** Normal
**Subject:** FW: Proposed DAS Survey/Feedback Work

Alison;

Greg raises a good question. Were you planning to have the IE come back and measure to see if we have had an impact with the DAS vs. GAC in terms of ride capacity impact? If so, when do we plan to do the study? What can we do to help?

Bob Minnick, PE, CSP

Worldwide Facility Safety and Accessibility

Phone: 407-827-6853 (8-293)

Mobile: ▇▇▇▇▇▇▇▇

**From:** Hale, Greg
**Sent:** Wednesday, November 06, 2013 7:47 AM
**To:** Jones, Mark
**Cc:** Minnick, Bob; Cardinali, Jay
**Subject:** FW: Proposed DAS Survey/Feedback Work



Greg

**Exhibit 34**

Confidential
Disney-AL1015258

**From:** Schwack, Sheila
**Sent:** Wednesday, November 06, 2013 7:35 AM
**To:** Kricorian, Karin
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Jones, Mark; Holmberg, Britt; Hart, Deborah
**Subject:** RE: Proposed DAS Survey/Feedback Work


Absolutely!


Please see the attached.


**From:** Kricorian, Karin
**Sent:** Tuesday, November 05, 2013 10:32 PM
**To:** Schwack, Sheila
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Jones, Mark; Holmberg, Britt; Hart, Deborah
**Subject:** RE: Proposed DAS Survey/Feedback Work


Sheila-

Can you send the DAS deck you shared today with the DLR SC to this group? I think they are already in the loop on this overarching feedback, but it will be good context for this group to see the specific deck in case any questions come up from meeting attendees.

Thanks!
Karin


**From:** Kricorian, Karin
**Sent:** Tuesday, November 05, 2013 7:22 PM
**To:** Jones, Mark

Exhibit 34
Confidential                                                                                      Disney-AL1015259

**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi; Erickson, Marjorie L
**Subject:** RE: Proposed DAS Survey/Feedback Work

This sounds great. We met with Michael C. today to talk about Guest comments on the new DAS process at DLR, and he had keen interest in us moving forward with this work and was on board with the early January timing for fielding a survey. We will work with your calendars to set up time to talk about information objectives, etc. at both sites.

Thanks!
Karin

**From:** Jones, Mark
**Sent:** Tuesday, November 05, 2013 12:20 PM
**To:** Kricorian, Karin
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay; Minnick, Bob; Wahler, Jacquee M. (Polak); Armor, Alison; Brown, Suzi
**Subject:** RE: Proposed DAS Survey/Feedback Work

Hi again and thanks for everyone's feedback. So we can continue to move in the right direction and begin thinking about how we might survey/gain additional feedback from DAS Card users early in the new year, I'd like to set up a preliminary call for later this month.

Karin, from what I've seen in Outlook, I believe your schedule is the hardest to accommodate, so wonder if your admin person would be willing to set up an hour and invite the following (most on this e-mail chain)…

-Karin

-Mark Jones

-Suzi Brown

**Exhibit 34**
**Confidential** Disney-AL1015260

-Jacquee Wahler

-Alison Armor

-Bob Minnick

-Jay Cardinali

-Betty Appleton

Others can be forwarded the invite as necessary.

Does this work for all?

Thanks!

**Mark**
Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile: [REDACTED]

**From:** Minnick, Bob
**Sent:** Thursday, October 24, 2013 1:58 PM
**To:** Jones, Mark; Kricorian, Karin; Brown, Suzi; Armor, Alison; Wahler, Jacquee M. (Polak)
**Cc:** Appleton, Betty; Hale, Greg; Cardinali, Jay
**Subject:** RE: Proposed DAS Survey/Feedback Work

**Exhibit 34**

Confidential
Disney-AL1015261

Mark;

As we discussed, I think this is a great idea to get quality feedback from a broader audience.

Bob Minnick, PE, CSP

Worldwide Facility Safety and Accessibility

Phone: 407-827-6853 (8-293)

Mobile: ▮▮▮▮▮▮▮▮▮

**From:** Jones, Mark
**Sent:** Thursday, October 24, 2013 12:46 PM
**To:** Kricorian, Karin; Brown, Suzi; Armor, Alison; Wahler, Jacquee M. (Polak)
**Cc:** Appleton, Betty; Minnick, Bob; Hale, Greg; Cardinali, Jay
**Subject:** Proposed DAS Survey/Feedback Work

Good morning everyone. Karin, I understand that you've had a brief conversation with Suzi regarding the possibility of framing up some survey-type questions and then scheduling survey work related to the new Disability Access Service (DAS) Card being used at our domestic theme parks. I'm hoping to broaden this discussion to include other key partners (copied on this note) so we might further chat this possibility as compiling actual metrics (versus anecdotal details that we've been relying on so far) would be helpful for many. Would a conference call over the next few weeks be a reasonable starting point for us?

**REDACTED**

Thoughts from the larger group on this please?

Thanks,

**Mark**

**Exhibit 34**

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　Disney-AL1015262

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Manager, Domestic Services for Guests with Disabilities
Supporting the Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts U.S.

Office Location: Disneyland Resort TDA #205C
CA Office: (714) 781-1384 [8-232]
FL Office: (407) 827-5600 [8-293]
Mobile: ███████

**Exhibit 34**

Confidential

Disney-AL1015263