**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
|     Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
|     Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "35"

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**To:** Armor, Alison[Alison.Armor@disney.com]
**From:** Evans, Todd
**Sent:** Wed 1/2/2013 9:34:15 AM
**Importance:** Low
**Subject:** FW:

Keith, shared this and it's interesting one, besides the GAC card abuse, the choice for someone to go to outside tour service and loss of revenue is also a concern.

Todd

**From:** Gossett, Keith
**Sent:** Sunday, December 23, 2012 2:29 PM
**To:** Evans, Todd
**Subject:** Fw:
**Importance:** Low

Todd – FYI only…this former CM and VIP guide has an outside tour business. She has had clients such as Justin Timberlake and the CEO of Twitter. She uses green light GACs to gain access to the Attractions. Just another wrinkle in the fun we deal with on this coast.

K

**From:** Krug, Marilyn
**Sent:** Sunday, December 23, 2012 11:07 AM
**To:** Gossett, Keith; Storbeck, Jon
**Cc:** Sweetman, Jenny
**Subject:** FW:

Know this is something on the radar…to keep you in the loop.

**From:** Dew, John
**Sent:** Sunday, December 23, 2012 11:07 AM
**To:** Miller, Lisa L.
**Cc:** Sweetman, Jenny; Atkins, Dave; Bettfreund, Travis J.; Garcia, Chuck; Krug, Marilyn; Robb, Tamarah; Strong, Dustin M; Woodward, Ronnell



**Highly Confidential**    Disney-AL1007045

**Subject:** █

Hi Lisa,

Just got word that █ just entered Racer's with an unofficial VIP tour utilizing (2) different GACs

FYI…

**John Dew**

Guest Relations

Disneyland Resort

Tel.714.781.3389

BB.714.720.1424

**Highly Confidential**                                                                                     Disney-AL1007046

**Exhibit 35**