1

2

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

3

4

T.P., et al.,                                                    )
                                                                 )
5                   Plaintiffs,                                  )   Case No.: 15-cv-5346-CJC-E
                                                                 )
6            v.                                                  )
                                                                 )
7                                                                )   Judge:  Hon. Cormac J. Carney
WALT    DISNEY    PARKS    AND   )   Hearing Date:  May 3, 2021
8    RESORTS U.S. INC.,                                          )   Time: 1:30 p.m.
                                                                 )   Courtroom: 9B
9                                                                )
                                                                 )
10                  Defendant.                                   )
                                                                 /
11

12

13

14

15

16

17

18          **EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO**
       **DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

19

20

21

           Exhibit "36"

22

23

24

25

26

27

28

DOGALI LAW GROUP, P.A.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

**To:**        Vogelgesang, Janet[Janet.Vogelgesang@disney.com]
**From:**     Riles, Sarah (Fisk)
**Sent:**      Wed 2/26/2014 3:44:24 PM
**Importance:**        **Normal**
**Subject:**   FW: Pre-populated DAS card

Fyi - will send these as I get them.

**Sarah Riles**
office 407-560-5020 | cell 407-252-4445 | fax 407-560-1469

---

**From:** Sweetman, Jenny
**Sent:** Wednesday, February 26, 2014 3:42 PM
**To:** Riles, Sarah (Fisk); Badin, Julio; Evans, Todd; Lake, James H.
**Subject:** RE: Pre-populated DAS card

Sarah,

Here are my initial thoughts:



**Exhibit 36**

**Confidential**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE  FILED UNDER SEAL**

- Not certain how multiple cards issued to the same family would work or how the times on the card are coordinated with the LRT times for Guests who use both.  We could address this once we understood how the system issued times.

Let me know if you need more information or examples.

Thank you,  Jenny

**Exhibit 36**

Confidential

Disney-AL1007491