DOGALI LAW GROUP, P.A.

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S. INC.,<br><br>Defendant.<br>_______________/ | Case No.: 15-cv-5346-CJC-E<br><br>Judge: Hon. Cormac J. Carney<br>Hearing Date: May 3, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "37"

Exhibits in Support of Plaintiffs' Oppositions to Motions for Summary Judgment
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-CJC-E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW and DLR Guest Assistance Card (GAC) Distribution and Usage

DR

**Background:**

- Guest Relations tracks GAC distribution at WDW and DLR . This data was used to assess GAC issuance from April 2012 – March 2013.

- Operations and the Parks Support Team conducted ad-hoc studies throughout Spring Break to assess the volume of Guests using GACs at select WDW attractions. Analysis included limited hours (12:00 – 16:00) for the locations sampled (findings are on Page 2).

**GAC issuance:**

- At WDW, the volume of GACs did not increase over the past year. Seasonality was a contributing factor, driving higher volume during Spring Break/Summer and reduced volume during lower attendance periods (Fall 2012).
  - On average, ~███ GACs were distributed daily at WDW, ranging from ██ per day (AK) to ███ per day (MK). Decreases relative to the Summer 2012 assessment (in the Appendix) may be attributed to seasonality.
  - The lifetime of GACs at WDW has remained relatively flat over the past year. For example, the % of GACs distributed with greater than a 7 day life has remained flat. Overall, ~██% of GACs distributed were effective for one week or less.

- DLR issued more GACs than WDW. The opening of Cars Land in 6/2012 contributed to a higher volume of GACs distributed.

WDW Monthly GAC Distribution
30,000
160,000
4/2012
5/2012
6/2012
7/2012
8/2012
9/2012
10/2012
11/2012
12/2012
1/2013
2/2013
3/2013
Month/Year
DLR Monthly GAC Distribution
30,000
160,000
4/2012
5/2012
6/2012
7/2012
8/2012
9/2012
10/2012
11/2012
12/2012
1/2013
2/2013
3/2013
Month/Year

Document #: 215475
Source Doc #: 215478, 215477
Highly Confidential

EXHIBIT
tabbies
4

WDP&R Industrial Engineering
Exhibit 37
1
Disney-AL0004769

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW and DLR Guest Assistance Card (GAC) Distribution and Usage

DRAFT

**Attractions Impacts:**

- GAC Guests as a % of Total Ridership ranged from █% (Speedway) to █% (Mania) during WDW Spring Break GAC observations. As a % of FP Guests Carried, Mania experienced the highest volume with nearly █% of Guests coming through the FP queue having a GAC. More details are available in the table below.

- Total Ghost Riders (e.g. No Strings Attached, Re-Ads, Priority Entrance) represented a higher percentage of overall ridership and FP Guests Carried. At Mania, nearly █% of the FP Guests Carried were Ghost Riders.

- Various attractions have adopted policies to mitigate potential GAC abuse during high attendance periods. At DCA-Racers, GAC Guests are provided a card indicating a return time that aligns with the current Standby Wait Time. Several high affinity locations (e.g., ST-Mania) may reduce FP inventory due to high GAC demand.
  - Standard FP Templates range from █% to █%. Several factors contribute to this broad range, including attraction characteristics (e.g. long cycle times), parade/show dial downs, downtimes, no-shows, and Ghost Riders.
  - Buzz and Space have additional dial downs to account for higher Ghost Rider volume during peak attendance periods.

| Park-Attraction | GAC: Average Hourly Impact | | Total Ghost Riders: Average Hourly Impact | | Standard FP Templates |
|---|---|---|---|---|---|
| | % of Total Guests Carried | % of FP Guests Carried | % of Total Guests Carried | % of FP Guests Carried | (FP % of GCT) |
| MK-Buzz | | | | | |
| MK-Space Mtn | | | | | |
| MK-Speedway | | | | | |
| MK-Splash | | | | | |
| ST-Coaster | | | | | |
| ST-Mania | | | | | |
| AK-Dinosaur | | | | | |
| AK-Kali | | | | | |
| AK-KSR | | | | | |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

DRAFT

# Appendix

Summer 2012 WDW and DLR Guest Assistance Card Distribution and Usage Summary

Document #: 215475
Source Doc #: 215478, 215477

WDP&R Industrial Engineering

3

Highly Confidential

Exhibit 37

Disney-AL0004771

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW and DLR Guest Assistance Card Distribution and Usage

- Guest Relations recently started tracking Guest Assistance Card (GAC) distribution at WDW and DLR.
- Based on this information, approximately [redacted]% of the overall WDW Attendance and [redacted]% of the overall DLR Attendance is issued GACs each day[1].
  - Attraction accessibility and the park of first visit impacts GAC distribution, likely driving higher distribution at Magic Kingdom and Disneyland.
- The total number of Guests with GACs is likely higher, due to the length of time GACs are effective ([redacted] days on average). Research visitation data was applied to estimate the percentage of Attendance in possession of a GAC: [redacted]% at WDW and [redacted]% at DLR.

**Guest Assistance Card (GAC) Distribution and Usage by Park[1]**

| | AK | ST | EC | MK | WDW | DCA | DL | DLR |
|---|---|---|---|---|---|---|---|---|
| Daily GAC Distribution | | | | | | | | |
| Percentage of GACs Issued | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Daily GACs Issued | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Daily POG Issued GACs | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Daily Guests Issued GACs | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Issued GAC Party Size | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| FY11 Average Party Size[2] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Estimated Daily GAC Attendance | | | | | | | | |
| Daily POG Possessing GACs | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Daily Guests Possessing GACs | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| FY11 Park Percentage of Site Attendance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

1 Source: GACs issued by Guest Relations at WDW from March 25 – June 10, 2012 and DLR from December 1, 2011 – May 28, 2012.
2 Provided by Research. Includes all Guests, and not limited to Guests with GACs.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW and DLR Guest Assistance Card Distribution and Usage

- Across the WDW Theme Parks the majority of GACs are effective for one week or less, approximately ██%.
- Guest Relations typically limits the maximum GAC duration to two months.

Distribution of GAC Effective Duration by WDW Theme Park[1]
March 25 - June 10, 2012
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
AK
ST
EC
MK
WDW
62+ days
32 - 61 days
22 - 31 days
15 - 21 days
8 - 14 days
2 - 7 days
1 day

1 Source: GACs issued by Guest Relations at WDW from March 25 – June 10, 2012. DLR does not track GAC durations.

Doc #: 203739
Source Files: 202734, 203383

WDP&R Industrial Engineering

Summer 2012
5

Highly Confidential

Exhibit 37

Disney-AL0004773

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW and DLR Guest Assistance Card Distribution and Usage

- The following chart summarizes the percentage of GACs that contain each respective stamp. Each GAC can contain up to two stamps.
- Approximately ███% of GACs contain the "Alternate Entrance" stamp at WDW Theme Parks, driven by high usage at Magic Kingdom (97%).
  - Current queue accessibility varies based roughly on the attraction age. Magic Kingdom has more attractions that are not fully mainstreamed. Accordingly, "Wheelchair" stamps are not used frequently at Magic Kingdom relative to the other parks.
  - Experiences at parks where GACs are issued can set the Guests' expectations on their ability to have expedited attraction access.

Distribution of GACs that Contain Each Stamp by WDW Theme Park[1]
March 25 - June 10, 2012
150%
125%
100%
75%
50%
25%
0%
AK
ST
EC
MK
WDW
Alternate Entrance
Wheelchair
Stroller = Wheelchair
Shaded Wait Area
Front Row
Green Light (GKTW)
AK
ST
EC
MK
WDW
Alternate Entrance
Wheelchair
Stroller = Wheelchair
Shaded Wait Area
Front Row
Green Light (GKTW)
Database records log up to █ stamps per GAC

1 Source: GACs issued by Guest Relations at WDW from March 25 – June 10, 2012. DLR does not track GAC stamps.

Doc #: 203739
Source Files: 202734, 203383

WDP&R Industrial Engineering

Summer 2012
6

Highly Confidential

Exhibit 37

Disney-AL0004774

# WDW and DLR Guest Assistance Card Distribution and Usage

- Recent FP return studies at WDW and DLR were leveraged to estimate the impact of GAC usage through the FP queue. Based on these studies, [REDACTED]% of Total Guests Carried at a specific attraction utilize a GAC to enter through the FP queue.
  - The time of day studied varies across attractions and may impact GAC usage.
  - Not all GACs enter through the FP queue. These Guests may utilize the standby queue or an alternate entrance and are not included in the percentage of Total Guests Carried. Estimating this impact would require additional studies.
- Wheelchairs and ECVs are not required to have a GAC to utilize an alternate entrance if the standby queue is not accessible. These Guests are not included in the following table.

**Average Hourly GAC Impact at High Demand Attractions[1]**

| Park | Attraction | Guests Utilizing FP Queue | % of FP Guests Carried | % of Total Guests Carried | Wheelchair / ECV Accessibility |
|---|---|---|---|---|---|
| EC | Test Track | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| DL | Star Tours | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| ST | Toy Story Midway Mania | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| EC | Soarin' | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| DL | Indiana Jones Adventure | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| AK | Expedition Everest | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| DCA | California Screamin' | [REDACTED] | [REDACTED] | [REDACTED] | Full Mainstream |
| MK | Space Mountain | [REDACTED] | [REDACTED] | [REDACTED] | FP Queue |
| MK | Peter Pan | [REDACTED] | [REDACTED] | [REDACTED] | Separate GWD Queue |
| MK | Splash Mountain | [REDACTED] | [REDACTED] | [REDACTED] | Accessible through Exit |
| DL | Space Mountain | [REDACTED] | [REDACTED] | [REDACTED] | Accessible through Exit |

1 Source: IE FP return studies conducted from March 8 – March 12, 2012 at WDW and May 13 – May 26, 2012 at DLR.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW and DLR Guest Assistance Card Distribution and Usage

- WDW and DLR IE recently conducted studies at two non-FP attractions, MK Small World and DL Pirates, to capture the number of Guests demanding the alternate entrance.
- At MK Small World, all GACs, wheelchairs, and ECVs enter through an alternate entrance along the exit.
- At DL Pirates, all wheelchairs and ECVs enter through an alternate entrance. GACs without wheelchairs or ECVs are directed to the alternate entrance or standby queue depending on the alternate entrance wait time[1].
  - At DL Pirates, the alternate entrance wait time averaged ~[REDACTED] minutes and was occasionally longer than the standby wait time.
- Alternate entrance Guests accounted for [REDACTED]% of the Total Guests Carried at MK Small World and [REDACTED]% at DL Pirates.
- The average MK Small World GAC party size is in line with MK Guest Relations GAC distribution ([REDACTED]). However, the average party size at DL Pirates ([REDACTED] Guests) is higher than DL Guest Relations GAC distribution ([REDACTED]).

**Average Hourly Alternate Entrance Impact at Non-FP Attractions[2]**

| | Guests Carried | % of Total Guests Carried | Party Size | # of Wheelchairs and ECVs |
|---|---|---|---|---|
| MK-Small World | | | | |
| GAC Alternate Entrance Guests | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| Non-GAC Alternate Entrance Guests | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| All Alternate Entrance Guests | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| DL-Pirates | | | | |
| All Alternate Entrance Guests[1] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| GAC Standby/Main Entrance Guests | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |

1 DL Pirates did not require Guests to show GACs to use the alternate entrance.
2 Source: WDW IE study conducted on 7/31/12, and DLR IE study conducted on 7/26/12 (11:00 – 16:00 at both sites).

# DLR Cars Land GAC Impact and Racers GAC Policy

- Since Cars Land opened in June 2012, GAC distribution has directionally increased at both DLR parks. Approximately ██% of overall DLR Attendance is issued GACs each day[1]. However, this is not expected to represent the steady state operation.
- Due to high GAC demand for the Radiator Springs Racers (Racers) FP queue, DLR Guest Relations implemented the following policy at Racers shortly after opening.
  - When GAC Guests arrive at the FP entrance, they are directed to a satellite Guest Relations location near the attraction entrance.
  - These Guests are given a FP and asked to return to the attraction at a specific time, which is written on the FP. This time is determined by the posted standby wait time, with a 30 minute reduction to account for the FP return wait time. Ex. if the posted standby wait time is 2 hours, Guests are asked to return in 1.5 hours.
  - When Guests return at their specified time, they are granted access through the FP queue.
  - Guest Relations does not limit the number of times Guests can utilize this process.
- GAC Guests entering through the FP queue account for approximately ██% of Racers total Guests Carried[2]. This is also not expected to represent the steady state operation.

1 Source: GACs issued by DLR Guest Relations from June 15 – July 4, 2012.
2 Source: Racers GAC FPs issued by DLR Guest Relations from June 23 – July 11, 2012.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# WDW Attraction Wait Time Summary

- The following information has been used in the development of new attraction access procedures.

**FY11 Standby and Posted Wait Time at WDW Attractions[1]**

| | % of Hours in Actual Standby Wait Time Range (FLIK Attractions) | | | % of Hours in Posted Standby Wait Time Range (FLIK Attractions) | | |
|---|---|---|---|---|---|---|
| | 0 - 9 | 10 - 19 | ≥ 20 | 0 - 9 | 10 - 19 | ≥ 20 |
| **Disney's Animal Kingdom** | [redacted] | | | | | |
| AK-Everest | | | | | | |
| AK-Primeval | | | | | | |
| AK-KSR | | | | | | |
| AK-Kali[2] | | | | | | |
| AK-Dinosaur | | | | | | |
| AK-Bugs | | | | | | |
| **Epcot** | | | | | | |
| EC-Soarin | | | | | | |
| EC-Track | | | | | | |
| EC-MS Orange | | | | | | |
| EC-Norway | | | | | | |
| EC-MS Green | | | | | | |
| EC-Nemo Ride | | | | | | |
| EC-Land Boat | | | | | | |
| **Magic Kingdom** | | | | | | |
| MK-Pan | | | | | | |
| MK-Space Mtn | | | | | | |
| MK-Pooh | | | | | | |
| MK-Astro | | | | | | |
| MK-BTM | | | | | | |
| MK-Speedway | | | | | | |
| MK-Splash[2] | | | | | | |
| MK-Town Princess | | | | | | |
| MK-Buzz | | | | | | |
| MK-Jungle | | | | | | |
| MK-Mansion | | | | | | |
| MK-Small | | | | | | |
| MK-Barnstormer | | | | | | |
| MK-Town Mickey | | | | | | |
| MK-Monsters | | | | | | |
| MK-Pirates | | | | | | |
| MK-Philhar | | | | | | |
| MK-Stitch | | | | | | |
| **Disney's Hollywood Studios** | | | | | | |
| ST-Mania | | | | | | |
| ST-Coaster | | | | | | |
| ST-Tower | | | | | | |
| ST-Star Tours | | | | | | |
| ST-Backlot | | | | | | |
| ST-GMR | | | | | | |

1 Includes FY11 main gate operating hours with at least 95% uptime (85% for omnimovers). Wait time ranges are shown in minutes.
2 Kali and Splash wait time levels are significantly impacted by weather conditions.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# DLR Attraction Wait Time Summary

- The following information has been used in the development of new attraction access procedures.

**FY11 Standby and Posted Wait Time at DLR Attractions[1]**

| | % of Hours in Actual Standby Wait Time Range (FLIK Attractions) | | | % of Hours in Posted Standby Wait Time Range[2] (High Wait Attractions) | | |
|---|---|---|---|---|---|---|
| | 0 - 9 | 10 - 19 | ≥ 20 | 0 - 9 | 10 - 19 | ≥ 20 |
| **Disneyland** | | | | | | |
| DL-Star Tours | | | | | | |
| DL-Pixie Hollow | | | | | | |
| DL-Peter Pan | | | | | | |
| DL-Roger Rabbit | | | | | | |
| DL-Space Mt. | | | | | | |
| DL-Finding Nemo | | | | | | |
| DL-Indy | | | | | | |
| DL-Astro | | | | | | |
| DL-Alice | | | | | | |
| DL-Dumbo | | | | | | |
| DL-Splash Mt. | | | | | | |
| DL-Big Thunder | | | | | | |
| DL-Autopia | | | | | | |
| DL-Go Coaster | | | | | | |
| DL-Pirates | | | | | | |
| DL-Matterhorn | | | | | | |
| DL-Mansion | | | | | | |
| DL-Storybook | | | | | | |
| DL-Buzz Lightyear | | | | | | |
| DL-Mr. Toad | | | | | | |
| DL-Meet Mickey | | | | | | |
| DL-Small World | | | | | | |
| DL-Canoes | | | | | | |
| DL-Snow White | | | | | | |
| **Disney's California Adventure** | | | | | | |
| DCA-Toy Story Midway Mania | | | | | | |
| DCA-Goofy's Sky School | | | | | | |
| DCA-Soarin' | | | | | | |
| DCA-Fun Wheel | | | | | | |
| DCA-Tower of Terror | | | | | | |
| DCA-The Little Mermaid | | | | | | |
| DCA-Screamin' | | | | | | |
| DCA-Grizzly[3] | | | | | | |
| DCA-Silly Symphony Swings | | | | | | |
| DCA-Monsters Inc | | | | | | |
| DCA-Tuck and Roll | | | | | | |

1 Includes FY11 main gate operating hours with at least 95% uptime. Wait time ranges are shown in minutes.
2 Operations uses wait time matrices to estimate wait times at non-FLIK locations, which are shown as posted standby wait times.
3 Grizzly wait time levels are significantly impacted by weather conditions.

Doc #: 203739
Source Files: 202734, 203383

WDP&R Industrial Engineering

Summer 2012
11

Highly Confidential

Exhibit 37

Disney-AL0004779