# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., et al., | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Exhibit "38"

DOGALI LAW GROUP, P.A.

**To:** Evans, Todd[Todd.Evans@disney.com]
**From:** Armor, Alison
**Sent:** Fri 7/5/2013 9:55:38 AM
**Importance:** Normal
**Subject:** Fwd: Disability Access Service Update

Sent from my iPad

Begin forwarded message:

> **From:** "Badin, Julio" <Julio.Badin@disney.com>
> **Date:** July 4, 2013 4:41:33 PM EDT
> **To:** "Armor, Alison" <Alison.Armor@disney.com>
> **Cc:** "Gossett, Keith" <Keith.Gossett@disney.com>, "Sweetman, Jenny" <Jenny.Sweetman@disney.com>, "Lake, James H." <James.H.Lake@disney.com>, "Thorsen, Kappy" <Kappy.Thorsen@disney.com>
> **Subject: Disability Access Service Update**

Alison,

Happy 4th of July! I wanted to send you a quick update on our status with the new DAS process.

Next week we're scheduling a meeting to discuss the Guest Relations screening procedures related to issuing the new DAS card. We've included you on the meeting invite and Todd as well. Our concern is that we need to be clear on how the Guest Relations Cast will interact with Guest requesting the new service. If you combine the DAS card with FASTPASS or Fastpass+ we believe that many of our local Guest may still find value in procuring one of these cards. It basically doubles the amount of attractions you do not need to wait in line for. It's a 2 hour VTC. We sincerely hope you can be a part of the meeting and any other partner you feel would be useful in the conversation. Our goal is to actually come up with a rough procedure. Included on the invite will be Jenny Sweetman, Betty Appleton, Marilyn Krug, Mark Jones, Elisa Martinez (Legal), Keith Gossett (he may still be on vacation), Todd Evans and yourself.

Confidential
Disney-AL1008221

Exhibit 38

On Thursday of next week the DLR Attractions Ops Managers and selected area managers will be meeting for a 7 hour work session to clarify DAS card procedures at every DLR attraction. In our discussions this week, we have a couple of versions we are going to put together for review. One option is to have several DAS/Info board type locations throughout the Lands where Guest can go to a Cast Member who could help with attractions/show/entertainment related questions and facilitate planning of the DAS card. The Cast at the attraction would just have to validate the card use at their attraction. We like this option as it could consolidate the expertise necessary to specific Cast which could drive up the guest experience and minimize errors. We also think that it could be less labor intensive overall rather than having this function at every 30 minute and over location. We also believe that not having the Guest go all the way to the entrance could help with autism issues as well as crowding around the attraction entrance. Option 2 will be the entire attraction DAS fulfillment process at each participating attraction. We will be asking our Workforce Management team help us think about overall labor implications for both options.

The team will develop an attraction grid with the major components of the DAS program by attraction (e.g., DAS entry location, DAS participant Y/N, etc.)

Below are several questions we will be trying to address as we think about the DAS process at the attractions.

- How does an attraction handle fluctuations of wait times near the 30 minute mark?

  o Does the attraction stay off the DAS program or do we just keep them on the program during a minimum period of time?

- How can we leverage existing labor in both options to minimize incremental labor?

- Should we test a paging system concept/text to phone at difficult attractions like Space Mountain to address the attractions specific restrictions? (e.g., only certain number of rockets in the mountain with GWD)

- How will Guest try to abuse the processes that we are proposing to put in place?

Guest Relations process related questions

· Is there a pre-arrival process to simplify the Guest arrival experience with respect to DAS issuance?

· What would it take to the DAS cared to the right Guest only?

· How do we leverage wheelchair rental to help with communication/education of Guest? Do they need some training? Literature?

I have concerns on developing a special process for Autism.  We should really try to develop this process so it addresses the needs of the majority of our guest including those who have autism.  Our goal will be to meet this requirement.

Thanks,

**Julio Badin**

General Manager, Park Operations & Guest Services

Disney California Adventure

W # 714.817.2522  (tie line 8.432)

**Confidential**                                                                                                                  Disney-AL1008223

**Exhibit 38**