**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 15-cv-5346-CJC-E |
| | ) |
| v. | ) |
| | ) Judge: Hon. Cormac J. Carney |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | ) Hearing Date: May 3, 2021 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9B |
| Defendant. | ) |

**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

# Exhibit "39"

| | |
|---|---|
| To: | 'Matt Asner'[matt.asner@autismspeaks.org] |
| From: | Jones, Mark |
| Sent: | Wed 10/2/2013 12:41:46 PM |
| Importance: | Normal |
| Subject: | Update |

Good morning to you Matt. Just an FYI that Cathi and I have had 2 conversations over the past few days with Michael Rosen and Lisa Goring about how Disney will be proceeding with communication surrounding the new DAS program which also includes a mention of the new Cognitive Guide that has been developed. We hope to provide Michael with the communication later today so he has a chance to see it in advance of communication to a larger audience (there is no mention of Autism Speaks in it by the way). Related, Michael has asked that we remove all mentions of Autism Speaks in the Guides, so I'll be doing that immediately. Thought you'd want to know sir. Let me know if we need to chat about this or anything else.

I appreciate it!

Mark

**Exhibit 39**

Disney-AL0000569

Cel: █████████

On Sep 30, 2013, at 9:29 AM, "Jones, Mark" <Mark.Jones@disney.com> wrote:

Morning to you Matt! Any preference on when we chat today? Sometime between 10:30-2:30 perhaps? Let me know sir.

Thanks!

Mark Jones
Sent from my iPhone

On Sep 29, 2013, at 4:40 PM, "Matt Asner" <matt.asner@autismspeaks.org> wrote:

Yes. Let's.

I want to chat more about these other groups too. I have had an earful all weekend from many people and I am more concerned now than ever that these groups are positioning themselves with Disney solely for the purpose of discrediting AS.

Matthew Asner
Autism Speaks

Executive Director of Southern California

6330 San Vicente Blvd., Ste 401 -NEW

Los Angeles, CA 90048

Tel: 323-297-4720

Cel: █████████

On Sep 29, 2013, at 8:52 AM, "Jones, Mark" <Mark.Jones@disney.com> wrote:

Exhibit 39

Disney-AL0000267

To: Hale, Greg[Greg.Hale@disney.com]
From: Jones, Mark
Sent: Sat 9/28/2013 9:15:55 PM
Importance: Normal
Subject: Re: URGENT: Autism Speaks Interview About DAS

Very sad sir. We haven't done them any favors though in the past week I'm afraid.

Mark Jones
Sent from my iPhone

On Sep 28, 2013, at 5:38 PM, "Hale, Greg" <Greg.Hale@disney.com> wrote:

> Very disappointing. Not a single positive word about Disney - even when he brought up the guide. Just distancing himself. I understand distancing himself from a policy he hasn't seen or had any control of but he could have been more positive about our "partnership" at least on the guide
>
> Thanks,
> Greg
>
> Sent from my iPhone
>
> On Sep 28, 2013, at 6:34 PM, "Jones, Mark" <Mark.Jones@disney.com> wrote:
>
>> Happy Saturday Jacquee, Suzi, Cathi and Greg. Are any of you aware of this recent interview with Matt Asner? I talked with him on Thursday and he didn't mention it. Concerning on many fronts and probably important to share with your larger teams as well...
>>
>> http://m.youtube.com/watch?v=n6ZEauVUXqY&desktop_uri=%2Fwatch%3Fv%3Dn6ZEauVUXqY
>>
>> Thanks,
>>
>> Mark Jones
>> Sent from my iPhone

Confidential

Disney-AL1038685

**Exhibit 39**

**To:** Jones, Mark[Mark.Jones@disney.com]
**Cc:** Minnick, Bob[Bob.Minnick@disney.com]; Brown, Suzi[Suzi.Brown@disney.com]; Prunty, Kim[Kim.Prunty@disney.com]; Wahler, Jacquee M. (Polak)[Jacquee.M.Wahler@disney.com]; Prihoda, Kathleen[Kathleen.Prihoda@disney.com]
**From:** Hale, Greg
**Sent:** Fri 9/27/2013 7:48:37 AM
**Importance:** Normal
**Subject:** RE: Plz acknowledge u have seen this eMl: Disney

Mark – I don't like the tone and threats coming from their PA person (although I understand why he is concerned – he is not handling it well). I think it is very important that we continue the great relationship and communication directly with the East and West coast leadership so Michael isn't our communication funnel to the organizational leadership and they help keep him in check and on-board with our "partnership".
If he makes the call from a PA prospective to distance themselves from us publically, then it will force us to find other partners and distance ourselves from them behind-the-scenes as well – which would be very unfortunate.

Jackie and the PA team – Please let us know if you see Michael continuing down this path of threats and anything we can do to help keep them on board.

Greg

**From:** Metz, Winnie
**Sent:** Thursday, September 26, 2013 2:41 PM
**To:** Minnick, Bob; Hale, Greg
**Subject:** Plz acknowledge u have seen this eMl: Disney
**Importance:** High


**From:** Wahler, Jacquee M. (Polak)
**Sent:** Thursday, September 26, 2013 2:12 PM
**To:** Jones, Mark; Prihoda, Kathleen; Brown, Suzi
**Cc:** Hale, Greg; Minnick, Bob; Prunty, Kim
**Subject:** Re: Disney

Mark,
I called Leslie Smith to see if they are directing calls to AS and they are not. She is circling back with the team to make sure this does not happen. I sent a note to Michael addressing this.
Jacquee

**From:** <Jones>, Mark <Mark.Jones@disney.com>
**Date:** Thursday, September 26, 2013 1:45 PM
**To:** Jacquee Wahler <jacquee.m.wahler@disney.com>, Kathleen Prihoda <Kathleen.Prihoda@disney.com>, Suzi Brown <SUZI.BROWN@DISNEY.COM>
**Cc:** Greg Hale <Greg.Hale@disney.com>, "Minnick, Bob" <Bob.Minnick@disney.com>
**Subject:** FW: Disney

Disney-AL1119477

**Exhibit 39**

Jacquee and team, are you on this one? I know this came up yesterday in our chat as well.

Mark

**From:** Michael Rosen [mailto:Michael.Rosen@autismspeaks.org]
**Sent:** Thursday, September 26, 2013 10:43 AM
**To:** Wahler, Jacquee M. (Polak); Jones, Mark; Prihoda, Kathleen
**Cc:** Matt Asner
**Subject:** RE: Disney

Who is handling this with urgency, as in immediately?
It would see that your team might have worked on their talking points by now as we discussed. This is a Disney policy not an Autism Speaks policy.
These talking points need to be changed immediately before we really start to distance ourselves from our "partners"

**Michael Rosen**
*Executive Vice President, Strategic Communications*
**Autism Speaks**
1 East 33rd. Street, 4th. Floor
New York, NY 10016
(646) 385-8525
Michael.rosen@autismspeaks.org
@MichaelRosenAS

Description: AUTISMSPEAKSRIGHT


Description: Support Autism Speaks

**From:** Patty Tapia
**Sent:** Thursday, September 26, 2013 1:29 PM
**To:** Michael Rosen
**Subject:** Disney

Michael,

Disney-AL1119478

**Exhibit 39**

I just started getting phone calls about the Disney policy. It seems that Disney is having them call us to speak to someone and Mike Rosen is the name they are giving out. I didn't want to start forwarding calls to you without a) letting you know about it or b) giving me someone else to take these calls.

Let me know.

Patty

p.s. I can forward you the emails also if you like.

**A. Patty Tapia**
*Director, Field Services*
**Autism Speaks**
1060 State Road, 2nd Floor
Princeton, NJ 08540
(609) 228-7316
ptapia@autismspeaks.org


Description:
AUTISMSPEAKSRIGHT

**To:** Jones, Mark[Mark.Jones@disney.com]; Mike Wuebben[mike.wuebben@autismspeaks.org]; Matt Asner[matt.asner@autismspeaks.org]; Katy Formella[katy.formella@autismspeaks.org]; Denise Bianchi[dbianchi@autismspeaks.org]; Karen Thompson[kgthompson@cfl.rr.com]
**Cc:** Wahler, Jacquee M. (Polak)[Jacquee.M.Wahler@disney.com]; Prihoda, Kathleen[Kathleen.Prihoda@disney.com]; Brown, Suzi[Suzi.Brown@disney.com]; Hale, Greg[Greg.Hale@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**From:** Michael Rosen
**Sent:** Wed 9/25/2013 9:14:04 AM
**Importance:** Normal
**Subject:** RE: Latest Versions of DLR & WDW Guides for Guests w/Cognitive Disabilities

My thoughts and comments revolve around the huge number of our families who are calling Disney and saying the staff is unprepared to answer their questions. That and the degree to which Autism Speaks has been used as cover for this policy change.

Michael Rosen

*Executive Vice President,
Strategic Communications*

Autism Speaks
1 East 33rd. Street, 4th. Floor

New York, NY 10016

(646) 385-8525

Michael.rosen@autismspeaks.org

@MichaelRosenAS




**From:** Jones, Mark [mailto:Mark.Jones@disney.com]
**Sent:** Tuesday, September 24, 2013 8:47 PM
**To:** Michael Rosen; Mike Wuebben; Matt Asner; Katy Formella; Denise Bianchi; Karen Thompson
**Cc:** Wahler, Jacquee M. (Polak); Prihoda, Kathleen; Brown, Suzi; Hale, Greg; Minnick, Bob
**Subject:** Latest Versions of DLR & WDW Guides for Guests w/Cognitive Disabilities

Exhibit 39                                                                                        Disney-AL0000240

Greetings again Autism Speaks partners. Below, as a link, are the latest drafts of the "Disneyland Resort Guide for Guests with Cognitive Disabilities"(Draft 11) and the "Walt Disney World Resort Guide for Guests with Disabilities" (Draft 2). We are still targeting 10/9 as the "go live" date for these booklets on our respective Disney Guest-facing websites (www.disneyland.com and www.disneyworld.com) and there are still some minor edits we need to make leading up to this date.

Thanks and do let me know if you have any thoughts, comments, or feedback and we look to finalize these booklets.

Mark

*Mark Jones, CT*
Manager, Domestic Services for Guests with Disabilities

Disneyland Resort & Walt Disney World Resort

WALT DISNEY Parks & Resorts

CA Office: (714) 781-1384

FL Office: (407) 827-5600

**From:** Relay File Transfer [mailto:Relay@RelayIt.net] **On Behalf Of** Mark.Jones@disney.com
**Sent:** Tuesday, September 24, 2013 5:32 PM
**To:** Jones, Mark
**Subject:** Relay Delivery: Latest Versions of DLR & WDW Guides for Guests w/Cognitive Disabilities

**Hello from Relay,**
You have been sent 2 files for pickup.

**Exhibit 39**

Disney-AL0000241

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| From: | mark.jones@disney.com [ more about this address ] |
| Subject: | Latest Versions of DLR & WDW Guides for Guests w/Cognitive Disabilities |
| Files: | DRAFT 11-DLR Cognitive Guide 9_23_13.pdf (1.95 MB) |
| | Draft 2-WDW Cognitive Guide 9_23_13.pdf (3.2 MB) |
| Expires In: | 7 days |
| Download: | Click Here to Download Your Files |

Can't click the link above? Just copy and paste the link below into your browser's address bar:

[REDACTED]

Notice: The download link provided is specific to this e-mail address and can be traced if forwarded.

Thanks for using Relay!
https://www.RelayIt.net

Relay is a web-based utility for TWDC users to send files too large for e-mail. Use is restricted to authorized users for TWDC business purposes only. Only download files if you know the sender and are anticipating something specific. See Terms of Use for more details.

**Exhibit 39**

Disney-AL0000242

**To:** Appleton, Betty[Betty.Appleton@disney.com]
**Cc:** Jones, Mark[Mark.Jones@disney.com]; Wahler, Jacquee M. (Polak)[Jacquee.M.Wahler@disney.com]; Minnick, Bob[Bob.Minnick@disney.com]
**From:** Brown, Suzi
**Sent:** Tue 9/24/2013 1:31:38 AM
**Importance:** Normal
**Subject:** Re: DLR Nightly Report 09.23.13

When I was talking to a reporter yesterday, he asked if we've worked with any other groups. I told him that we are in the process of informing many of the nonprofit partners with whom we work of the changes. Other than that, I don't want to make it sound like we've done more. And frankly at this point, all the stories are focused on the Autism community.

From: <Appleton>, Betty <Betty.Appleton@disney.com>
Date: Monday, September 23, 2013 10:26 PM
To: Suzi Brown <suzi.brown@disney.com>
Cc: "Jones, Mark" <Mark.Jones@disney.com>, "Wahler, Jacquee M. (Polak)" <Jacquee.M.Wahler@disney.com>, "Minnick, Bob" <Bob.Minnick@disney.com>
Subject: Re: DLR Nightly Report 09.23.13


Thanks Suzi, I agree with Mark.

I still don't know what I should be providing
Goodwill to support the informational meeting from last week. Do you have any recommendations?

Betty

Sent from my iPhone

On Sep 23, 2013, at 10:16 PM, "Brown, Suzi" <Suzi.Brown@disney.com> wrote:


> Thanks for the feedback, Mark. I'm looping in Jacquee, as she's been speaking with Michael and WDW has been taking the lead in crafting our statements.
>
> From: <Jones>, Mark <Mark.Jones@disney.com>
> Date: Monday, September 23, 2013 10:11 PM
> To: Suzi Brown <suzi.brown@disney.com>
> Cc: "Appleton, Betty" <Betty.Appleton@disney.com>, "Minnick, Bob" <Bob.Minnick@disney.com>
> Subject: Re: DLR Nightly Report 09.23.13

Disney-AL1119364

**Exhibit 39**

Thanks Suzi. I'm concerned that we're still saying we "engaged Autism Speaks to develop this new process" which could lead a reporter to believe Autism Speaks fully supports all facets of the new program which is not exactly true. Both Matt Asner and Michael Rosen from the organization have already, from the quotes I've seen, stated they are aware of what we are doing and understand why, but have yet to see them say they fully support/helped develop what we're doing. Since Autism Speaks is my relationship, I'm also concerned they may get a sense we're throwing them under the bus which would reflect poorly on us (and, selfishly, me). Can we slightly modify what we're saying to include something about the development of the Cognitive Guide which is where Autism Speaks really contributed?

Mark Jones
Sent from my iPhone

On Sep 23, 2013, at 10:00 PM, "Brown, Suzi" <Suzi.Brown@disney.com> wrote:

**Media**
LA Times

CNN online
KNBC
Today Show (not sure they will report)
The Hollywood Reporter
KPCC – NPR
KFI News Radio
NBC Network
CBS News Radio
Desert Sun (Palm Springs)

Topic

We continued to field call regarding the transition from the GAC to the DAS program. We backgrounded reporters on the process and provided them with a high-level overview of the changes. We provided the following quote:"We have an unwavering commitments to making our parks

Disney-AL1119365

**Exhibit 39**

accessible to all Guests. Given the increasing volume of requests we receive for special access to our attractions, we are changing our process to create a more consistent experience for all our guests while providing accommodations for guests with disabilities. We engaged disability groups, such as Autism Speaks, to develop this new process, which is in line with the rest of our industry." (Suzi)

**?Timing**
Today and tomorrow

Suzi Brown
Director, Media Relations and External Communications
Disneyland Resort
P.O. Box 3232
Anaheim CA 92803-3232
suzi.brown@disney.com
(714) 781-4610 office
[REDACTED] cell

Disney-AL1119366

**Exhibit 39**