ANDY DOGALI (admitted pro hac vice)
adogali@dogalilaw.com
Dogali Law Group, P.A.
19321 US Hwy 19 North, Suite 307
Clearwater, Florida 33764
(813) 289-0700

EUGENE FELDMAN (CA Bar No. 118497)
Eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
(310) 844-9696

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T.P., et al.,** | Case No.: 2:15-cv-05346-CJC-E |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF FILING EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. LILA KIMEL [D489]** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | |
| Defendant. | **Date:** May 3, 2021<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. Cormac J. Carney<br>**Courtroom 9B**<br>**Trial Date:** June 21, 2021 |

Page 1

Plaintiffs' Evidence in Opposition to Defendant's Mot. To Exclude Testimony of Dr. Kimel
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*               Case No. 15-CV-5346-CJC-E

Plaintiffs T.J.A., L.A., E.W.V. and A.M.P., by and through undersigned counsel, provides their evidence in support of their Opposition [D. 496] and Amended Opposition [D. 498] to Defendant's Motion to Exclude the Testimony and Strike the Report and Opinions of Dr. Lila Kimel in Bellwether V [Doc. 489] (the "Daubert Motion").  Plaintiffs present the following evidence:

EXHIBIT 1 – Declaration of Lila Kimel, Ph.D. in Support of Plaintiffs' Opposition to Defendant's Motions for Summary Judgment and Motion to Exclude Expert Testimony with attached report (Exhibit A) and *curriculum vitae* (Exhibit B)

EXHIBIT 2 – Relevant excerpts of the deposition of Dr. Lila Kimel dated March 12, 2021 including Deposition Exhibits 1 and 2.

The undersigned hereby declares under the penalties of perjury that the forgoing documents are true and correct copies of the originals.

**DOGALI LAW GROUP, P.A.**

/s/ *Barbara U. Uberoi*

Andy Dogali, Esq.
Admitted *pro hac vice*
Fla. Bar No.: 0615862
Barbara U. Uberoi, Esq.
Cal. Bar No. 208389
19321 U.S. Hwy. 19 N., Suite 307
Clearwater, FL 33764
(813) 289-0700
adogali@dogalilaw.com
buberoi@dogalilaw.com

Page 2

Plaintiffs' Evidence in Opposition to Defendant's Mot. To Exclude Testimony of Dr. Kimel
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.*   Case No. 15-CV-5346-CJC-E

Eugene Feldman, Esq.
CA Bar No. 118497
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
(310) 844-9696
eugene@aswtlawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 13th day of April 2021.

/s/ *Barbara U. Uberoi*
Barbara U. Uberoi

Page 3

Plaintiffs' Evidence in Opposition to Defendant's Mot. To Exclude Testimony of Dr. Kimel
*T.P., et al. v. Walt Disney Parks & Resorts US, Inc.* Case No. 15-CV-5346-CJC-E