**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| T.P., *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Defendant. | Case No.: CV 15-05346-CJC(Ex) <br><br><br> FINAL JUDGMENT |

The original complaint in this case was filed against Walt Disney Parks and Resorts U.S., Inc. ("Disney") on behalf of fifty-five individual plaintiffs, representing twenty-seven plaintiff families. (*See* Dkt. 1-1 to 1-10.) Given the number of plaintiffs and claims at issue in the case, the Court issued Orders on May 25, 2016 and October 17, 2019, requiring the claims of the plaintiffs to be tried in successive bellwether phases, rather than all at once. (*See* Dkt. 50, 379.)

All fifty-five plaintiffs' claims have now been resolved. The parties have litigated the claims of five sets of bellwether plaintiffs, and in each phase, the Court granted summary judgment in favor of Disney on all of the bellwether plaintiffs' claims. (*See* Dkt. 126 [T.P., S.P., A.M.W., D.L.W. and R.D.W., or the "Bellwether I Plaintiffs"]; Dkts. 224, 225 [P.F.E., B.P.E., E.A.P. and A.E.P., or the "Bellwether II Plaintiffs"]; Dkt. 355 [C.M.H., H.A.H., J.A.S. and J.F.S., or the "Bellwether III Plaintiffs"]; Dkts. 464, 465, 466 [K.A.C., J.L.C., V.J.B., S.L.B., Y.Z. and M.Y.R., or the "Bellwether IV Plaintiffs"]; Dkts. 510 & 511 [T.J.A., L.A., E.W.V. and A.M.P., or the "Bellwether V Plaintiffs"].) The Court has also granted Disney's Motion for Judgment on the Pleadings on the claims of certain plaintiffs who filed claims against Disney in the Middle District of Florida. (*See* Dkt. 145 [A.M.N., V.M.N., B.D.G., D.F., C.F., D.L.B., L.V.F., E.G.R., L.D.J., D.A.J., L.T.T., L.J.T., M.I.P., T.A.L., G.L., A.T.W., and T.L.R., or the "Overlapping Plaintiffs"].) The remaining plaintiffs' claims have been voluntarily or involuntarily dismissed with prejudice (the "Dismissed Plaintiffs"), with Disney and each of the Dismissed Plaintiffs paying its own attorneys' fees and costs associated with the claims of the Dismissed Plaintiffs. (*See* Dkt. 35 [J.H.]; Dkt. 46 [T.M.J.]; Dkt. 367 [P.A.D. and A.C.E.]; Dkt. 380 [V.T.V. and N.L.C.]; Dkt. 473 [A.S.T., S.M.T. and S.D.T.]; Dkt. 481 [K.A.R. and D.R.]; Dkt. 482 [E.L.M. and C.P.]; Dkt. 514 [R.C.R. and T.W.R.].)

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that the Bellwether I, II, III, IV, and V and Overlapping Plaintiffs shall have and recover nothing on their claims against Disney.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Disney and against the Bellwether I, II, III, IV, and V and Overlapping Plaintiffs on the merits.

IT IS FURTHER ORDERED AND ADJUDGED that in all other cases brought by the "Dismissed Plaintiffs," each side shall bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice.

DATED: June 29, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE