# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

T.P., et al.

V.

Walt Disney Parks and Resorts U.S., Inc.

Case Number: 2:15-cv-05346-CJC-E

Judgment was entered in this action on  6/29/2021 (Date) / 516 (Docket No.) against Plaintiffs.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): | $22,460.30 |
| United States Marshal's Fees (L.R. 54-3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $0.00 |
| Depositions (L.R. 54-3.5): | $38,325.67 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $760.00 |
| Interpreter's Fees (L.R. 54-3.7): | $785.00 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $23,656.42 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| **TOTAL** | **$86,387.39** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

/s/ Jeremy White
Signature

Jeremy White
Print Name

Attorney for: Defendant Walt Disney Parks and Resorts U.S., Inc.

Costs are taxed in the amount of  $86,387.39

Kiry K. Gray
Clerk of Court

By: *[signature]*
Deputy Clerk

January 2, 2022
Date

| WITNESS FEES (computation, *see* <u>28 U.S.C. § 1821</u> for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dr. C. Leroy Anderson | 1 | $40.00 | | | | | $40.00 |
| N.F. | 1 | $40.00 | | | | | $40.00 |
| Dr. David Markowitz | 1 | $40.00 | | | | | $40.00 |
| Dr. Joette James | 1 | $40.00 | | | | | $40.00 |
| S.M. | 1 | $40.00 | | | | | $40.00 |
| K.G. | 1 | $40.00 | | | | | $40.00 |
| M.H. | 1 | $40.00 | | | | | $40.00 |
| A.H. | 1 | $40.00 | | | | | $40.00 |
| F.C. | 1 | $40.00 | | | | | $40.00 |
| Dr. Stephen Elliot | 1 | $40.00 | | | | | $40.00 |
| Dr. Angela Klutts | 1 | $40.00 | | | | | $40.00 |
| Dr. Lynne Foreman | 1 | $40.00 | | | | | $40.00 |
| Dr. Carissa Meyer | 1 | $40.00 | | | | | $40.00 |
| Dr. Quoc-Hung Tran | 1 | $40.00 | | | | | $40.00 |
| F.Z. | 1 | $40.00 | | | | | $40.00 |
| Diana Diaz-Harrison | 1 | $40.00 | | | | | $40.00 |
| W.V. | 1 | $40.00 | | | | | $40.00 |
| Dr. Lila Kimel | 2 | $80.00 | | | | | $80.00 |
| | | | | | | TOTAL | $760.00 |