

# Disability Access Service (DAS)

Learn more about how this service works and the exciting new features that are now available.

**EXHIBIT "3"**

## Accommodating Guests with Disabilities

Disney Parks have an unwavering commitment to providing a welcoming, inclusive environment and accessible experiences for our Guests. As part of this commitment, Disability Access Service (DAS) is a program offered at Walt Disney World theme parks to assist Guests who have difficulty tolerating extended waits in a conventional queue environment due to a disability.

View Frequently Asked Questions.

## Important Pre-Registration and DAS Advance Planning Update

Eligible Guests can now pre-register for DAS Advance virtually with a Cast Member, using live video chat. Please note that you may pre-register as soon as 30 days in advance of a park visit, but no less than 2 days before arrival.

During the registration chat, you will be able to work with a Cast Member to book up to 2 one-hour return windows for select experiences using our new DAS Advance planning option (you may also make additional DAS selections on the day of your visit). Please note that all park visits must be within 30 to 2 days of the live chat. Learn more.

## Top Things to Know About DAS

- DAS is intended for Guests who have difficulty tolerating extended waits in a conventional queue environment due to a disability.

**EXHIBIT "3"**

- DAS doesn't provide immediate access to experiences, but rather allows Guests to request a return time for a specific experience that is comparable to the current standby wait. This allows the Guest using DAS to enjoy other experiences in the park instead of physically waiting in the standby line.

- The Guest who is requesting to use DAS must be present during registration (in person or live video call) and when redeeming a DAS return time at Walt Disney World theme parks. The Guest using DAS doesn't need to be present when a return time is requested at an attraction or any Guest Relations location.

- Once registered, DAS is valid for up to 60 days.

- Two exciting new features have been added to the DAS program: (1) the opportunity to pre-register via live video call and use DAS Advance pre-arrival planning and (2) a convenient way to receive DAS return times through the My Disney Experience app.

Register for DAS.

Make DAS Advance Selections.

## How It Works – DAS Return Times in 3 Simple Steps

### Step 1: Register
There are 2 ways to register for DAS: (1) pre-arrival via live video chat or (2) on-site at Guest Relations.



Read More

### Step 2: Request a Return Time
After you've registered, you can request your first return time.



Read More

### Step 3: Enjoy the Park
On the day of your visit, have fun exploring other aspects of the park until you can redeem your return time.



Read More

**EXHIBIT "3"**

Other Considerations

A Guest whose disability is based on the necessity to use a wheelchair or scooter does not need DAS. Depending on the experience, Guests utilizing a wheelchair or scooter will either wait in the standard queue or receive a return time at the attraction that is comparable to the current standby wait. If you're a Guest who has mobility questions or concerns, please view Services for Guests with Mobility Disabilities.

Now Available: Same-Day DAS Return Time Self-Selection Tool

In lieu of having to physically go to an experience or to a kiosk to obtain a return time from a Cast Member, Guests registered in the DAS program (and their party members) can now make return time selections right from the My Disney Experience app during the day of a park visit.

Any member of a DAS party can obtain a return time for the whole party, but the registered Guest using DAS must be present when the DAS return time is redeemed. Return times do not expire, but a party can only hold one active return time.

Guests can also visit Guest Relations or speak with a member of the Guest Experience Team to receive return times when using a mobile device is not possible.

How to Access the DAS Return Time Self-Selection Tool
After entering a park, open the My Disney Experience app and sign in to your Disney account. Tap the "More" option at the bottom right of the welcome screen. Then, tap on the Disability Access Service (DAS) button to enter the self-selection flow. The tool can also be accessed from attraction detail screens.

Frequently Asked Questions

**EXHIBIT "3"**

Disney Parks have an unwavering commitment to providing a welcoming, inclusive and accessible environment for Guests. With the introduction of its new products and services, Disney will continue to fully accommodate Guests utilizing DAS as it has done in the past, plus there are exciting new features of the popular DAS program itself.

## General DAS FAQs

What is Disability Access Service (DAS), and how does it work?

How do Guests register for DAS?

What is DAS Advance and how does it work?

How long is DAS valid?

Is DAS issued at one Disney theme park valid at other Disney theme parks?

What happens if any of the statements made by a Guest in the process of registering for DAS are found to be not true?

## DAS Return Time FAQs

Where do Guests utilizing DAS go to request return times?

Can Guests now book DAS return times in the app? How does it work?

What can Guests do during their DAS virtual wait?

Does the Guest utilizing DAS have to be present to obtain a return time at an attraction or Guest Relations location?

Does a Guest utilizing DAS have to ride the attraction at the exact return time listed?

Can a Guest have more than one active DAS return time at one time?

Can a Guest with an active DAS return time receive a boarding group for one of the virtual queue attractions?

**EXHIBIT "3"**

the virtual queue attractions?

## Other DAS FAQs

Is DAS the only service available to Guests with disabilities?

In addition to DAS return times and DAS Advance selections, what other options will be available to Guests utilizing DAS to access attractions?

Does Disney's Guest Relations still offer help with itinerary planning?

Where can I find more information about pre-planning?

If a Guest's disability is based on the necessity to use a wheelchair or scooter, are they eligible to receive DAS?

**Need Help?**

For additional assistance, please call Disability Services at (407) 560-2547, or send an email to disability.services@disneyparks.com.

For assistance with your Walt Disney World vacation, including resort/package bookings and tickets, please call (407) 939-5277.
For Walt Disney World dining, please book your reservation online.
7:00 AM to 11:00 PM Eastern Time. Guests under 18 years of age must have parent or guardian permission to call.

| Parks & Tickets | Things to Do | Help | My Disney Experience |
|---|---|---|---|
| Magic Kingdom Park | Make Dining Reservations | Contact Us | My Plans |
| | | Help Center | |

**EXHIBIT "3"**

| | | | |
|---|---|---|---|
| EPCOT | About Dining | Help Center | My Profile |
| Disney's Hollywood Studios | All Restaurants | Frequently Asked Questions | My Family and Friends List |
| Disney's Animal Kingdom Park | Dining Plans | Guests with Disabilities | My Wish List |
| Water Parks | Attractions | Guest Services | MagicBands and Cards |
| Park Hours | Character Experiences | planDisney | Annual Passholders |
| Park Tickets | Entertainment | Guest Safety | My Photos |
| Theme Park Reservations | Events & Tours | Park Security | Memory Maker |
| Annual Passes | Enchanting Extras Collection | Privacy & Legal | Shop Online |
| Tickets & Visit Guide | Shops | Travel Agents | |
| Transportation | Spas & Fitness Centers | Website Help | |
| | Sports and Recreation | Property Rules | |
| **Places to Stay** | Activity Photos | CoBrowse | |
| Resort Hotels | Disney Springs | | |
| Special Offers | Disney's BoardWalk | **Learn About** | |
| Why Stay at a Disney Hotel? | ESPN Wide World of Sports | MyMagic+ | |
| Vacation Planning | | My Disney Experience | |
| Explore More Great Accommodations | | My Family & Friends | |
| | | Memory Maker | |
| Good Neighbor Hotels | | MagicBands and Cards | |
| | | Mobile App | |

---

**Stay Connected**

 Facebook

 Twitter

 Pinterest

 Instagram

**Disney Parks**

 YouTube Channel

 Blog

**Free Vacation Planning Videos**

 Start planning your dream Disney Vacation
View Videos

---

**Related Disney Sites**

| | | | |
|---|---|---|---|
| Disney Springs | Disney Vacation Club | Disney+ | Disney Youth Programs |
| Disney Parks | Disney's Fairy Tale Weddings & Honeymoons | Disney® Premier Visa® Card | *run*Disney |
| Disney Cruise Line | | Disney Merchandise Online | Disney Institute |
| Disney Gift Card | planDisney | Disney Meetings & Events | Disney Careers |

EXHIBIT "3"

**EXHIBIT "3"**