ANDY DOGALI (admitted p*ro hac vice*)
adogali@dogalilaw.com
BARBARA U. UBEROI (California Bar No. 208389)
buberoi@dogalilaw.com
Dogali Law Group, P.A.
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764
Tel: (813) 289-0700
Fax: (813) 289-9435

EUGENE FELDMAN (California Bar No. 118497)
eugene@aswtlawyers.com
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Tel: (310) 844-9696
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.P., et al., | Case No.: 15-cv-5346-CJC-E |
| Plaintiffs, | Hon. Cormac J. Carney |
| v. | **NOTICE OF APPEAL** |
| WALT DISNEY PARKS AND RESORTS U.S. INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiffs T.P., S.P., B.D.G., D.L.B., L.V.F., E.G.R., L.D.J., D.A.J., A.M.N., V.M.N., M.I.P., A.M.W., D.L.W., R.D.W., L.T.T., L.J.T., T.A.L., G.L., D.F., C.F., V.J.B., S.L.B., K.A.C., J.L.C., E.W.V., A.M.P., T.J.A., L.A., P.F.E., B.P.E., Y.Z., M.Y.R., C.M.H., H.A.H.,

E.A.P. and A.E.P appeal the Clerk's Taxation of Costs entered January 2, 2022 and Order Denying Plaintiff's Motion to Retax Costs [D. 532] entered on March 3, 2022, by the United States District Court, Central District of California. This appeal shall be made to the United States Court of Appeals for the Ninth Circuit.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2022, a true and correct copy of the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system.

**DOGALI LAW GROUP, P.A.**

 /s/ *Barbara Uberoi*
Andy Dogali
*Admitted pro hac vice*
Barbara U. Uberoi
California Bar No. 208389
19321 U.S. Highway 19, N., Ste. 307
Clearwater, Florida 33764
(813) 289-0700
Fax: (813) 289-9435
adogali@dogalilaw.com,
buberoi@dogalilaw.com

And

EUGENE FELDMAN
California Bar No. 118497
Arias, Sanguinetti, Wang & Torrijos, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA  90045
Telephone: (310) 844-9696
eugene@aswtlawyers.com

*Attorneys for Plaintiffs*