| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | MAY 17 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

T. P., by and through S.P. as Next Friend, Parent and Natural Guardian; et al.,

        Plaintiffs-Appellants,

v.

WALT DISNEY PARKS AND RESORTS U.S., INC.,

        Defendant-Appellee.

Nos. 21-55829

D.C. No. 2:15-cv-05346-CJC-E
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 38) to file Volumes 5 through 8 of the supplemental excerpts of record under seal is granted. The Clerk will file publicly the motion to seal (Docket Entry No. 38-1), the answering brief (Docket Entry No. 36), and Volumes 1 through 4 of the supplemental excerpts of record (Docket Entry No. 37). The Clerk will file under seal Volumes 5 through 8 of the supplemental excerpts of record (Docket Entry Nos. 38-3, 38-4, 38-5, 38-6).

The existing briefing schedule remains in effect.

MKS/MOATT