UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| T. P., by and through S.P. as Next Friend, Parent and Natural Guardian; S. P., Individually; A. M. W., by and through D.L.W., as Next Friend, Parent and Natural Guardian; R. D. W., Individually; D. L. W., Individually; L. D. J., by and through D.A.J., as Next Friend, Parent and Natural Guardian; D. A. J., Individually; E. G. R., Individually; T. A. L., by and through G.L., as Next Friend, Parent and Natural Guardian; G. L., Individually; D. F., by and through C.F., as Next Friend, Parent and Natural Guardian; C. F., Individually; M. I. P., Individually; A. M. N., by and through V.M.N., as Next Friend, Parent and Natural Guardian; V. M. N., Individually; D. L. B., by and through L.V.F., as Next Friend, Parent and Natural Guardian; L. V. F., Individually; B. D. G., Individually; V. J. B., by and through S.L.B., as Next Friend, Parent and Natural Guardian; S. L. B., Individually; K.A.C., by and through J.L.C., as Next Friend, Parent and Natural Guardian; J. L. C., Individually; E. L. M., by and through C.P., as Next Friend, Parent and Natural Guardian; C. P., Individually; T. J. A., by and through L.A., as Next Friend, Parent and Natural Guardian; L. A., Individually; P. F. E., by and through B.P.E., as Next Friend, Parent and Natural Guardian; B. P. E., Individually; Y. Z., by and through M.Y.R., as Next Friend, Parent and Natural Guardian; M. Y. R., Individually; K. A. R., by and through D.R.., as Next Friend, Parent and Court-appointed Co-Guardian; D. R., Individually; C. M. H., | No.   22-55340<br><br>D.C. No.<br>2:15-cv-05346-CJC-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |

by and through H.A.H., as Next Friend, Parent and Natural Guardian; H. A. H., Individually; E. A. P., by and through A.E.P., as Next Friend, Parent and Natural Guardian; A. E. P., Individually; L. T. T., by and through L.J.T., as Next Friend, Parent and Natural Guardian; L. J. T., Individually,

        Plaintiffs-Appellants,

 v.

WALT DISNEY PARKS AND RESORTS U.S., INC.,

        Defendant-Appellee.

    Pursuant to the stipulation of the parties, Dkt. 25, this appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b). Each party shall bear its own fees and costs. This order shall serve as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7